IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAC ACQUISITION LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12224 (MFW)<br><br>(Joint Administration Requested) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                   )  ss:
COUNTY OF KINGS    )

I, Frank Cardona Hernandez, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 18th day of October, 2017, I caused a true and accurate copy of the "Debtors' First Omnibus Motion for Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code and Bankruptcy Rule 6004, Authorizing (A) Rejection of Certain (1) Leases of Nonresidential Real Property and (2) Executory Contracts Nunc Pro Tunc to the Petition Date and (B) Abandonment of Any Remaining Property Located at Locations Covered by Real Property Leases" (Docket No. 25), to be served via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 1, via USPS Express Mail Overnight upon the parties as set forth in Exhibit 2; and via First US Class Mail upon the parties as set forth in Exhibit 3, attached hereto.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Mac Acquisition LLC (6362); Mac Parent LLC (6715); Mac Holding LLC (6682); Mac Acquisition of New Jersey LLC (1121); Mac Acquisition of Kansas LLC (3910); Mac Acquisition of Anne Arundel County LLC (6571); Mac Acquisition of Frederick County LLC (6881); Mac Acquisition of Baltimore County LLC (6865); and Macaroni Grill Services LLC (5963). The headquarters for the above-captioned Debtors is located at 1855 Blake St., Ste. 200, Denver, CO 80202.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 18th day of October, 2017 at Brooklyn, New York.

By *[signature]*
Frank Cardona Hernandez

Sworn before me this
18th day of October, 2017

*[signature]*
Notary Public

*[Notary stamp: Notary Public State of New York, New York County, Comm. Exp. September 4, 2021]*

**EXHIBIT 1**

# Mac Acquisition LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 1 of 3                                                                                                10/18/2017 08:15:39 PM

| | | | |
|---|---|---|---|
| 003821P001-1384A-003<br>100 UNIVERSITY LLC<br>C O SERBER AND ASSOCIATES PA<br>JOANNA PLESSIS ESQ COUNSEL<br>2875 NE 191ST ST STE 801<br>AVENTURA FL 33180 | 003821S001-1384A-003<br>100 UNIVERSITY LLC<br>LAW OFFICES OF JONATHAN A. HELLER, P.A.<br>JONATHAN A. HELLER, ESQ.<br>14 N.E. 1ST AVE. SUITE 1105<br>MIAMI FL 33132 | 003820P001-1384A-003<br>2728 GANNON RD LLC<br>JUDD KESSLER ESQ<br>9191 TOWNE CENTRE DR STE 180<br>SAN DIEGO CA 92122 | 003830P001-1384A-003<br>A NAZZARO ASSOCIATES INC<br>JAMES J NAZZARO<br>8 SAXON AVE STE C<br>BAY SHORE NY 11706 |
| 000265S001-1384A-003<br>ARAMARK UNIFORM AND CAREER<br>JEFF DANNER<br>2500 DELAWARE AVE<br>DES MOINES IA 50317 | 000265P001-1384A-003<br>ARAMARK UNIFORM AND CAREER (SUPPLY)<br>22808 NETWORK PL<br>CHICAGO IL 60673 | 002633P001-1384A-003<br>BRANDYWINE DEVELOPMENT GROUP LLC<br>105 FAULK RD<br>WILMINGTON DE 19803 | 002633S001-1384A-003<br>BRANDYWINE DEVELOPMENT GROUP LLC<br>JEFFREY M. WEINER, ESQ.<br>1332 KING STREET<br>WILMINGTON DE 19801 |
| 003833P001-1384A-003<br>BRINKER NEW JERSEY INC<br>GENERAL COUNSEL<br>DENISE MOORE VP PROPERTY MNGMT<br>6820 LBJ FWY<br>DALLAS TX 75240 | 003883P001-1384A-003<br>BRIXMOR GA SPRINGDALE<br>MOBILE LMITED PARTNERSHIP<br>BRIXMOR PROPERTY GROUP<br>BOB ATCHISON PROPERTY MANAGER<br>420 LEXINGTON AVE 7TH FL<br>NEW YORK NY 10170 | 000348P001-1384A-003<br>CARDLYTICS INC<br>75 REMITTANCE DR DEPT 3247<br>CHICAGO IL 60675 | 003823P001-1384A-003<br>CASUAL DINING ALTAMONTE SPRINGS LLC<br>VAL NASANO/RICHARD NASANO<br>MANAGER<br>26 KNIGHTS CT<br>UPPER SADDLE RIVER NJ 07458 |
| 003835P001-1384A-003<br>CASUAL DINING COOL SPRINGS LLC<br>VAL NASANO/RICHARD NASANO<br>MANAGER<br>26 KNIGHTS CT<br>UPPER SADDLE RIVER NJ 07458 | 003835S001-1384A-003<br>CASUAL DINING COOL SPRINGS LLC<br>LEFKOVITZ & LEFKOVITZ<br>STEVE LEFKOVITZ, ESQ.<br>618 CHURCH STREET<br>SUITE 410<br>NASHVILLE TN 37219 | 003869P002-1384A-003<br>CBL - FRIENDLY CENTER LLC<br>CBL AND ASSOCIATES PROPERTIES<br>JEFF CURRY CHIEF LEGAL OFFICER<br>2030 HAMILTON PL BLVD CBL CTR STE 500<br>CHATTANOOGA TN 37421 | 003869S001-1384A-003<br>CBLFRIENDLY CENTER LLC<br>BLANCO TACKABERY & MATAMOROS, P.A.<br>ELLIOT A. FUS, ESQ.<br>POST OFFICE DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 |
| 003837P001-1384A-003<br>CH/MG RAMSEY OWNER LLC<br>C O FEDERMAN STEIFMAN LLP<br>ARIANA GOLUB SR TRANSACTION MGR<br>220 EAST 42ND ST 29TH FL<br>NEW YORK NY 10017 | 003847P001-1384A-003<br>CHANSON LLC<br>C O JORDON PERLMUTTER AND CO<br>KENYA JENKINS DIR PROP MANAGEMENT<br>1601 BLAKE ST STE 600<br>DENVER CO 80202 | 003872P001-1384A-003<br>COLE CH MG FLANDERS NJ LLC<br>LEGAL DEPT<br>KATHY ROWLAND<br>2325 E CAMELBACK RD STE 1100<br>PHOENIX AZ 85016 | 004212P001-1384A-003<br>COLUMBUS DINING DST<br>2901 BUTTERFIELD RD<br>OAKBROOK IL 60523 |
| 004212S001-1384A-003<br>COLUMBUS DINING DST<br>HAHN, LOWESER & PARKS LLP<br>MICHAEL R. REED, ESQ.<br>65 EAST STATE STREET, STE 1400<br>COLUMBUS OH 43215 | 003819P001-1384A-003<br>DB FIVE GRILL LP<br>CARDINAL CAPITAL PARTNERS<br>GIL BESING<br>8214 WESTCHESTER DR 9TH FL<br>DALLAS TX 75225 | 003819S001-1384A-003<br>DB FIVE GRILL LP<br>CHERRY, PETERSEN, LANDRY, ALBERT LLP<br>KENNETH C. MEIXELSPERGER, ESQ.<br>8350 NORTH CENTRAL EXPRESSWAY<br>SUITE 1500<br>DALLAS TX 75206 | 000279P002-1384A-003<br>DINOVA LLC<br>NANCY LAWSON VP<br>11950 JONES BRIDGE RD STE 115117<br>JOHNS CREEK GA 30005 |
| 000533P001-1384A-003<br>DISCOVERLINK INC<br>1525 KAUTZ RD STE 700<br>WEST CHICAGO IL 60185 | 000533S001-1384A-003<br>DISCOVERLINK INC<br>ATTN: PRESIDENT<br>27 W 250 SAINT CHARLES ROAD<br>SUITE 1<br>WEST CHICAGO IL 60185 | 003857P001-1384A-003<br>DULLES TOWN CENTER MALL LLC<br>LERNER CORP<br>EMILY GAGLIARDI SR LEASING MANAGER<br>21100 DULLES TOWN CIR STE 234<br>DULLES VA 20166 | 000182P001-1384A-003<br>EVITE INC<br>600 WILSHIRE BLVD STE 400<br>LOS ANGELES CA 90017 |

# Mac Acquisition LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 2 of 3                                                                                                    10/18/2017 08:15:39 PM

| | | | |
|---|---|---|---|
| 000138P001-1384A-003<br>FACT AND FICTION LLC<br>2000 CENTRAL AVE STE 100<br>BOULDER CO 80301 | 003838P001-1384A-003<br>FAIR LAKES PROMENADE RETAIL LLC<br>RAPPAPORT MANAGEMENT CO<br>KIM MCEVERS PROPERTY MANAGER<br>8405 GREENSBORO DR 8TH FL<br>MCLEAN VA 22102 | 003878P001-1384A-003<br>GREEN CANE PROPERTY<br>JOSEPH B MAROGIL<br>JERRY MAROGIL MANAGER<br>2151 ROBINSON RD<br>GRAND RAPIDS MI 49506 | 003818P001-1384A-003<br>J NAZZARO PARTNERSHIP LP<br>JAMES J NAZZARO<br>8 SAXON AVE STE C<br>BAY SHORE NY 11706 |
| 004271P001-1384A-003<br>JOHN A POTTER ESQ<br>TWOHEY MAGGINI PLC<br>161 OTTAWA AVENUE SUITE 212<br>GRAND RAPIDS MI 49503 | 003826P001-1384A-003<br>JOSEPH A KEIM AND HELEN R KEIM<br>911 DEERPATH CT<br>WHEATON IL 60187 | 003827P001-1384A-003<br>THOMAS MAMAKOS<br>108 BRECKENRIDGE<br>WAYNE NJ 07470 | 004273P001-1384A-003<br>MAROGIL FAMILY LLC<br>5525 28TH ST SE<br>GRAND RAPIDS MI 49512 |
| 003854P001-1384A-003<br>MJDEL LLC<br>NICHOLAS DELEGAS<br>MANAGER<br>61 SOLOMON PIERCE RD<br>LEXINGTON MA 02420 | 003854S001-1384A-003<br>MJDEL LLC<br>DUNBAR GOLOBOY, LLP<br>RONALD W. DUNBAR, JR.<br>197 PORTLAND STREET<br>5TH FLOOR<br>BOSTON MA 02114 | 003874P001-1384A-003<br>MS INLAND FUND LLC<br>RPAI SOUTHWEST MANAGEMENT LLC<br>PRESIDENT OF PROPERTY MANAGEMENT<br>NIALL BYRNE<br>2021 SPRING RD STE 200<br>OAK BROOK IL 60523 | 003741P001-1384A-003<br>MVP INVESTMENTS LLC<br>DARRYL ROWLEY<br>JAN K VODA<br>14613 N KELLY AVE<br>EDMOND OK 73013 |
| 003741S001-1384A-003<br>MVP INVESTMENTS LLC<br>MCAFEE & TAFT PC<br>MICHAEL K AVERY, ESQ.<br>TWO LEADERSHIP SQUARE, 10TH FLOOR<br>211 NORTH ROBINSON<br>OKLAHOMA CITY OK 73102-7101 | 000260S001-1384A-003<br>NAVEX GLOBAL INC<br>5500 MEADOWS ROAD<br>SUITE 500<br>LAKE OSWEGO OR 97035 | 000291P001-1384A-003<br>NORTON CREATIVE LLC<br>9434 OLD KATY RD STE 400<br>HOUSTON TX 77055 | 003877P001-1384A-003<br>OGLETHORPE MALL LLC<br>GGP<br>HOWARD SIGAL VP AND SR ASSOCIATE GC<br>110 N WACKER DR<br>CHICAGO IL 60606 |
| 000060P002-1384A-003<br>REVENUE MANAGEMENT SOLUTIONS LLC<br>OLIVIER ROUGIE<br>PRESIDENT/CFO<br>777 S HARBOUR ISLAND BLVD #890<br>TAMPA FL 33602 | 000205P001-1384A-003<br>SANTY INTEGRATED INC<br>8370 E VIA DE VENTURA<br>STE K-100<br>SCOTTSDALE AZ 85258 | 003840P001-1384A-003<br>SCRANTON REALTY LLC<br>DONN WEINBERG<br>JOEL WINEGARDEN<br>7 PARK CTR CT<br>OWINGS MILLS MD 21117 | 003862P001-1384A-003<br>SECOND FLORIDA BS INVESTMENTS LLC<br>RAJA KHANNA<br>80 NASHUA RD<br>LONDONDERRY NH 03053 |
| 003834P001-1384A-003<br>SHOPPING CENTER ASSOC<br>SIMON PROPERTY GROUP<br>LEGAL LEASING DEPT<br>SUNDESH SHAH VP DEVELOPMENT<br>225 W WASHINGTON ST<br>INDIANAPOLIS IN 46204 | 003834S001-1384A-003<br>SHOPPING CENTER ASSOC<br>FISHMAN, MCINTYRE, BERKELEY, LEVINE,<br>SAMANSKY, P.C. LAWRENCE M. BERKELEY, ESQ.<br>120 EAGLE ROCK AVENUE<br>EAST HANOVER NJ 07936 | 003889P001-1384A-003<br>SIMON PROPERTY GROUP LP<br>SIMON PROPERTY GROUP<br>LEAGAL LEASING<br>MIKE FREESE ASST GENERAL COUNSEL<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204 | 003889S001-1384A-003<br>SIMON PROPERTY GROUP LP<br>MCKENNA, MCCAUSLAND & MURPHY PA<br>CHRISTINE J. MCKENNA, ESQ.<br>3020 NE 32ND AVE, SUITE 304<br>FORT LAUDERDALE FL 33308 |
| 000539P001-1384A-003<br>SNAPFINGER INC - TILLSTER<br>3025 WINDWARD PLZ STE 550<br>ALPHARETTA GA 30005 | 000200P001-1384A-003<br>SPROUT SOCIAL INC<br>131 S DEARBORN ST STE 700<br>CHICAGO IL 60603 | 001271P001-1384A-003<br>THE HIRAOKA FAMILY TRUST<br>475 OREGON AVE<br>PALO ALTO CA 94301 | 001271S001-1384A-003<br>THE HIRAOKA FAMILY TRUST<br>KUEVER & PLATT, LLC<br>ANDREW L PLATT, ESQ.<br>65 E WACKER PLACE<br>STE 2300<br>CHICAGO IL 60601 |

# Mac Acquisition LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 3 of 3                                                                                           10/18/2017 08:15:39 PM

| | | | |
|---|---|---|---|
| 003742P001-1384A-003<br>THE SKAFF FAMILY TRUST DATED 3/8/1991<br>EMILE SKAFF<br>4540 CHARMION LN<br>ENCINO CA 91316 | 003856P001-1384A-003<br>TIGRISWOODS LLC<br>THE SHOPS AT RIVERWOOD<br>LYNNE<br>4801 NORTH UNIVERSITY AVE 480<br>PROVO UT 84604 | 003829P001-1384A-003<br>TRADECOR GILBERT AND VAUGHN LLC<br>PERRY MANN MANAGING MEMBER<br>BRITT RAND SANCHEZ - MEMBER<br>4455 E CAMELBACK RD STE E180<br>PHOENIX AZ 85018 | 003829S001-1384A-003<br>TRADECOR GILBERT AND VAUGHN LLC<br>CLARK HILL PLC<br>ANDREW B. TURK, ESQ.<br>14850 NORTH SCOTTSDALE ROAD<br>SUITE 500<br>SCOTTSDALE AZ 85254 |
| 003822P001-1384A-003<br>TRES WOODLAND INVESTMENT LLC<br>BRYAN LY<br>3460 W WALNUT ST STE 120<br>GARLAND TX 75042 | 004272P001-1384A-003<br>TRUSTEE OF THE DEAN J OMALLEY<br>TRUST DATED 1/26/2009<br>925 E KEMPER RD<br>CINCINNATI OH 45246 | 000192P001-1384A-003<br>VOX MEDIA INC<br>1201 CONNECTICUT AVE NW - 11TH FL<br>WASHINGTON DC 20036 | |

Records Printed :         63

**EXHIBIT 2**

# Mac Acquisition LLC, et al.
# USPS Express Mail
## Exhibit Page

Page # : 1 of 1  
10/18/2017 08:17:14 PM

003823S001-1384A-003  
CASUAL DINING ALTAMONTE SPRINGS LLC  
KILLGORE, PEARLMAN, STAMP, DENIUS &  
SQUIRES, P.A. GREY SQUIRES-BINFORD, ESQ.  
2 SOUTH ORANGE AVENUE, 5TH FLOOR  
P.O. BOX 1913  
ORLANDO FL 32802

000275P001-1384A-003  
HARVEY NASH INC  
PO BOX 845415  
BOSTON MA 02284-

000260P001-1384A-003  
NAVEX GLOBAL INC  
PO BOX 60941  
CHARLOTTE NC 28260-

000286P001-1384A-003  
NCR CORP  
PO BOX 198755  
ATLANTA GA 30384-

003879P001-1384A-003  
VARNUM RIDDERING SCHMIDT AND HOWLETT LLP  
G MARK MCALEENAN ESQ  
COUNSEL  
PO BOX 35 2333 BRIDGE ST NW  
GRAND RAPIDS MI 49501-

003866P001-1384A-003  
WEINGARTEN REALTY INVESTORS  
KAT BLAIS  
KAT BLAIS SR ADMIN ASST  
PO BOX 924133  
HOUSTON TX 77292-

Records Printed :    6

**EXHIBIT 3**

# Mac Acquisition LLC, et al.
## Exhibit Pages

Page # : 1 of 2                                                                                                                    10/18/2017 06:51:58 PM

| | | | |
|---|---|---|---|
| 000046P001-1384S-003<br>100 UNIVERISTY, LLC<br>JOANNA PLESSIS, ESQ.<br>C/O SERBER & ASSOCIATES, P.A.<br>2875 N.E. 191ST STREET, STE 801<br>AVENTURA FL 33180 | 000042P001-1384S-003<br>2728 GANNON ROAD, LLC<br>JUDD KESSLER, ESQ<br>9191 TOWNE CENTRE DR.<br>SUITE 180<br>SAN DIEGO CA 92122 | 000043P001-1384S-003<br>A NAZZARO ASSOCIATES INC<br>JAMES J. NAZZARO<br>8 SAXON AVENUE<br>SUITE C<br>BAY SHORE NY 11706 | 000024P001-1384S-003<br>ARAMARK UNIFORM & CAREER<br>JEFF DANNER<br>2500 DELAWARE AVE.<br>DES MOINES IA 50317 |
| 000058P001-1384S-003<br>ASHBY & GEDDES<br>ATTN: GREGORY A. TAYLOR<br>500 DELAWARE AVENUE<br>WILMINGTON DE 19899 | 000060P001-1384S-003<br>BALL, SANTIN & MCLERAN, PLC<br>JAMES B. BALL<br>2999 N. 44TH STREET<br>SUITE 500<br>PHOENIX AZ 85018 | 000061P001-1384S-003<br>BRINKER INTERNATIONAL INC.<br>DAN FULLER<br>6820 LBJ FREEWAY<br>DALLAS TX 75240 | 000047P001-1384S-003<br>BRINKER NEW JERSEY, INC.<br>DENISE MOORE<br>6820 LBJ FREEWAY<br>DALLAS TX 75240 |
| 000036P001-1384S-003<br>CASUAL DINING ALTAMONTE SPRINGS, LLC<br>VAL NASANO/RICHARD NASANO<br>26 KNIGHTS COURT<br>UPPER SADDLE RIVER NJ 07458 | 000032P001-1384S-003<br>CASUAL DINING COOL SPRINGS, LLC<br>VAL NASANO/RICHARD NASANO<br>26 KNIGHTS COURT<br>UPPER SADDLE RIVER NJ 07458 | 000040P001-1384S-003<br>CBS - CUSTOM BUSINESS SOLUTIONS INC<br>ART JULIAN<br>12 MORGAN<br>IRVINE CA 92618 | 000053P001-1384S-003<br>CDW DIRECT LLC<br>DANIEL FISTLER<br>PO BOX 75723<br>CHICAGO IL 60675 |
| 000027P001-1384S-003<br>CH/MG RAMSEY OWNER LLC<br>ARIANA GOLUB<br>FEDERMAN STEIFMAN, LLP<br>220 EAST 42ND STREET 29TH FLOOR<br>NEW YORK NY 10017 | 000048P001-1384S-003<br>COLE CH/MG FLANDERS NJ, LLC<br>KATHY ROWLAND/LEGAL DEPT.<br>2325 E. CAMELBACK ROAD<br>SUITE 1100<br>PHOENIX AZ 85016 | 000052P001-1384S-003<br>CONCORD SQUARE ASSOCIATES, LLC<br>KAREN M. FINI<br>C/O CAPANO MANAGEMENT COMPANY<br>105 FOULK ROAD<br>WILMINGTON DE 19803 | 000050P001-1384S-003<br>CPY - CHAS P YOUNG COMPANY<br>DAVID A. CARLIN<br>1616 MCGOWEN<br>HOUSTON TX 77004 |
| 000026P001-1384S-003<br>DB FIVE GRILL LP C/O CARDINAL CAP. PARTNERS<br>GIL BESING<br>8214 WESTCHESTER DR.<br>9TH FLOOR<br>DALLAS TX 75225 | 000010P001-1384S-003<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON, BANKR. ADMIN.<br>CARVEL STATE OFFICE BUILD. 8TH FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | 000008P001-1384S-003<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL STREET, SUITE 4<br>DOVER DE 19901 | 000009P001-1384S-003<br>DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER DE 19904 |
| 000044P001-1384S-003<br>DULLES TOWN CENTER MALL LLC<br>EMILY GAGLIARDI<br>C/O LERNER CORPORATION<br>21100 DULLES TOWN CIRCLE STE 234<br>DULLES VA 20166 | 000031P001-1384S-003<br>ECOLAB<br>TOM WICK<br>5660 GREENWOOD PLAZA BLVD.<br>SUITE 230<br>GREENWOOD VILLAGE CO 80111 | 000011P001-1384S-003<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION, MS:A-340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000037P001-1384S-003<br>INLAND CONTINENTAL PROPERTY<br>JUDY OSWALD<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 |
| 000001P001-1384S-003<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1384S-003<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 000039P001-1384S-003<br>J NAZZARO PARTNERSHIP L P<br>JAMES J. NAZZARO<br>8 SAXON AVENUE<br>SUITE C<br>BAY SHORE NY 11706 | 000049P001-1384S-003<br>JOSEPH A & HELEN R KEIM<br>JOSEPH KEIM<br>911 DEERPATH COURT<br>WHEATON IL 60187 |

Case 17-12224-MFW   Doc 28   Filed 10/18/17   Page 11 of 11

# Mac Acquisition LLC, et al.
## Exhibit Pages

Page # : 2 of 2                                                                                                    10/18/2017 06:51:58 PM

| | | | |
|---|---|---|---|
| 000051P001-1384S-003<br>MAMAKOS ENTERPRISES, LLC<br>S. MAMAKOS<br>THOMAS MAMAKOS<br>108 BRECKENRIDGE<br>WAYNE NJ 07470 | 000054P001-1384S-003<br>MARKUS WILLIAMS YOUNG ET AL.<br>JAMES T. MARKUS<br>1700 LINCOLN STREET<br>SUITE 4550<br>DENVER CO 80203 | 000012P001-1384S-003<br>MICHIGAN DEPT. OF TREASURY, TAX POL. DIV.<br>ATTN: LITIGATION LIAISON<br>430 WEST ALLEGAN STREET<br>2ND FLOOR, AUSTIN BUILDING<br>LANSING MI 48922 | 000030P001-1384S-003<br>MJDEL LLC<br>NICHOLAS DELEGAS<br>61 SOLOMON PIERCE RD.<br>LEXINGTON MA 02420 |
| 000025P001-1384S-003<br>NCR CORPORATION<br>JORDAN HARRIS<br>PO BOX 198755<br>ATLANTA GA 30384 | 000003P001-1384S-003<br>OFFICE OF THE U.S. TRUSTEE<br>844 KING STREET<br>SUITE 2207<br>WILMINGTON DE 19801 | 000034P001-1384S-003<br>OGLETREE DEAKINGS NASH SMOAK & STEWART PC<br>KAREN MORINELLI; ALIX UDELSON<br>100 NORTH TAMPA ST<br>STE. 3600<br>TAMPA FL 33602 | 000029P001-1384S-003<br>SCRANTON REALTY, LLC<br>DONN WEINBERG; JOEL WINEGARDEN<br>7 PARK CENTER COURT<br>OWINGS MILLS MD 21117 |
| 000028P001-1384S-003<br>SECOND FLORIDA BS INVESTMENTS, LLC<br>RAJA KHANNA<br>80 NASHUA ROAD<br>LONDONDERRY NH 03053 | 000004P001-1384S-003<br>SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 | 000005P001-1384S-003<br>SECURITIES & EXCHANGE COMMISSION<br>NY REG. OFFICE  A. CALAMARI REG. DIR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | 000006P001-1384S-003<br>SECURITIES & EXCHANGE COMMISSION<br>SEC. OF THE TREASURY OFFICE OF GEN. COUNSEL<br>100 F STREET NE<br>WASHINGTON DC 20549 |
| 000062P001-1384S-003<br>SHAW FISHMAN<br>TOM HORAN<br>300 DELAWARE AVE. STE 1370<br>WILMINGTON DE 19801 | 000063P001-1384S-003<br>SHAW FISHMAN<br>JOHNNA DARBY<br>300 DELAWARE AVE. STE 1370<br>WILMINGTON DE 19801 | 000065P001-1384S-003<br>SHAW FISHMAN<br>BRIAN L. SHAW<br>321 N. CLARK ST. STE 800<br>CHICAGO IL 60654 | 000035P001-1384S-003<br>SHOPPING CENTER ASSOC<br>SUNDESH SHAH<br>C/O SIMON PROPERTY GROUP<br>225 W. WASHINGTON ST.<br>INDIANAPOLIS IN 46204 |
| 000064P001-1384S-003<br>SIMON PROPERTY GROUP INC<br>RONALD M TUCKER, ESQ<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204 | 000038P001-1384S-003<br>SIMON PROPERTY GROUP LP<br>MIKE FREESE/LEGAL LEASING<br>225 WEST WASHINGTON ST.<br>INDIANAPOLIS IN 46204 | 000014P001-1384S-003<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN. COUNSEL, REGION 3<br>300 SPRING GARDEN STREET<br>PHILADELPHIA PA 19123 | 000045P001-1384S-003<br>SYNERGYSUITE INC.<br>NIALL KEANE<br>68 WILLOW ROAD<br>MENLO PARK CA 94040 |
| 000059P001-1384S-003<br>SYSCO CORPORATION<br>ATTN:  LEGAL DEPT.<br>1390 ENCLAVE PARKWAY<br>HOUSTON TX 77077-2099 | 000033P001-1384S-003<br>TRADECOR GILBERT AND VAUGHN LLC<br>PERRY MANN;BRITT RAND SANCHEZ<br>4455 E. CAMELBACK RD.<br>STE. E-180<br>PHOENIX AZ 85018 | 000041P001-1384S-003<br>TRES WOODLAND INVESTMENT LLC<br>BRYAN LY<br>3460 W. WALNUT ST.<br>SUITE 120<br>GARLAND TX 75042 | 000007P001-1384S-003<br>US ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1007 N. ORANGE STREET<br>WILMINGTON DE 19801 |
| 000013P001-1384S-003<br>US EPA REG. 3, OFFICE OF REG. COUNSEL<br>BETTINA DUNN, PARALEGAL SPECIALIST<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103 | 000055P001-1384S-003<br>WINSTON & STRAWN LLP<br>ATTN: CAREY SCHREIBER<br>200 PARK AVENUE<br>NEW YORK NY 10166 | 000056P001-1384S-003<br>WINSTON & STRAWN LLP<br>ATTN: JUSTIN RAWLINS<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES CA 90071 | 000057P001-1384S-003<br>WINSTON & STRAWN LLP<br>ATTN: ERIC SAGERMAN<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES CA 90071 |

Records Printed :         56