# SIGN-IN SHEET

**CASE NAME:** Mac Acquisition LLC
**CASE NUMBER:** 17-12224 (MFW)
**COURTROOM NUMBER:** 4
**DATE:** October 19, 2017 at 2:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edmon Morton | YCST | Debtors |
| Ryan Bartley | " | " |
| Jeffrey Krause | Gibson Dunn | " |
| Carey Schreiber | Winston + Strawn | Raven Capital Management, Agent |
| Greg Taylor | Ashby + Geddes | " |
| Alana Darnell | Shaw Fishman | Bank of Colorado |
| Laurel Roglen | Ballard Spahr | Brixmor Property Group |
| " | " | Starwood Retail Properties LLC |
| " | " | PGIM |
| Jane Leamy | US Trustee | US Trustee |

# Court Conference

| | | |
|---|---|---|
| Calendar Date: | 10/19/2017 | |
| Calendar Time: | 02:00 PM ET | |

# U.S. Bankruptcy Court-Delaware
# Confirmed Telephonic Appearance Schedule
# Honorable Mary F. Walrath
## #4

2nd Revision  Oct 19 2017  9:33AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8664494 | Jason Adams | 212-808-5056 ext. | Kelley Drye & Warren LLP | Interested Party, Kelley Drye & Warren LLP / LISTEN ONLY |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8664071 | Dimitri Cohen | (212) 966-7926 ext. | Raven Capital Managent LLC | Interested Party, Raven Capital Management, LLC / LIVE |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8665379 | Andrew Cowie | (212) 782-1401 ext. | Berkley Research Group LLC | Interested Party, Andrew Cowie / LISTEN ONLY |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8664757 | Jason DiBattista | (212) 205-8553 ext. | LevFin Insights | Interested Party, LevFin Insights / LISTEN ONLY |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8664826 | Niclas A. Ferland | (203) 672-3211 ext. | LeClairRyan LLP | Creditor, Westfields, LLC. / LIVE |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8665378 | Andy First | (212) 966-7926 ext. | Raven Capital Managent LLC | Interested Party, Raven Capital Managent LLC / LIVE |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8665401 | Patrick Holohan Taylor Harrison | (646) 412-5336 ext. | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8666487 | Caleb T. Holzaepfel | (423) 266-5500 ext. | Husch Blackwell LLP | Creditor, CBL & Associates / LISTEN ONLY |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8664515 | James T Markus | (303) 830-0800 ext. | Markus Williams Young & Zimmermann, LLC | Creditor, Bank of Colorado / LIVE |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8666412 | Dawn McCarty | (212) 318-2300 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8664233 | Michael S. Neumeister | (213) 229-7006 ext. | Gibson, Dunn & Crutcher LLP | Debtor, Mac Acquisition, LLC / LIVE |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8665109 | Lisa M. Peters | (402) 661-8609 ext. | Kutak Rock LLP | Creditor/Claimant, Cole CH/MG Flanders NJ, LLC / LISTEN ONLY |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8664044 | Philip S. Ratner | (212) 294-6810 ext. | Winston & Strawn LLP | Interested Party, Raven Capital Management, LLC / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mac Acquisition LLC | 17-12224 | Hearing | | 8664054 | Justin Rawlins | (213) 615-1839 ext. | Winston & Strawn LLP | Interested Party, Raven Capital Management, LLC / LIVE |
| Mac Acquisition LLC | 17-12224 | Hearing | | 8666687 | Lillian A. Rizzo | (212) 416-2717 ext. | The Wall Street Journal | Interested Party, The Wall Street Journal / LISTEN ONLY |
| Mac Acquisition LLC | 17-12224 | Hearing | | 8664700 | ~~Kenneth~~ Rosen *Michael DiDonato* | (973) 597-2500 ext. | Lowenstein Sandler, LLP | Interested Party, Lowenstein Sandler / LISTEN ONLY |
| Mac Acquisition LLC | 17-12224 | Hearing | | 8666581 | Alex R. Rovira | 212-839-5989 ext. | Sidley Austin LLP | Interested Party, Sidley Austin LLP / LISTEN ONLY |
| Mac Acquisition LLC | 17-12224 | Hearing | ✓ | 8664014 | Eric E. Sagerman | 213-615-1829 ext. | Winston & Strawn LLP | Interested Party, Raven Capital Management, LLC / LIVE |
| Mac Acquisition LLC | 17-12224 | Hearing | | 8665365 | John Shaheen | (212) 966-7926 ext. | Raven Capital Management LLC | Interested Party, Raven Capital Management LLC / LIVE |
| Mac Acquisition LLC | 17-12224 | Hearing | | ~~8664255~~ | Emily B. Speak | (213) 229-7762 ext. | Gibson, Dunn & Crutcher LLP | Debtor, Mac Acquisition, LLC / LIVE |
| Mac Acquisition LLC | 17-12224 | Hearing | | 8666604 | Sarah Tufano | (212) 839-8411 ext. | Sidley Austin LLP | Interested Party, Sidley Austin LLP / LISTEN ONLY |
| Mac Acquisition LLC | 17-12224 | Hearing | | 8666578 | Wayne P. Weitz | 732-287-1000 ext. 152 | Eisner Amper LLP | Interested Party, Eisner Amper LLP / LISTEN ONLY |
| Mac Acquisition LLC | 17-12224 | Hearing | | 8665439 | Eric R. Wilson | (212) 808-5087 ext. | Kelley Drye & Warren LLP | Interested Party, Kelley Drye & Warren LLP / LISTEN ONLY |