# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAC ACQUISITION LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12224 (MFW)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: November 6, 2017 at 4:00 p.m. (ET)**<br>**Hearing Date: November 13, 2017 at 11:30 a.m. (ET)**<br><br>**Ref. Docket No. 25** |

## NOTICE OF HEARING ON MOTION

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL FOR RAVEN CAPITAL MANAGEMENT LLC; (III) COUNSEL FOR BANK OF COLORADO; (IV) COUNSEL FOR RIESEN FUNDING LLC; (V) THOSE CREDITORS HOLDING THE THIRTY (30) LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS' ESTATES (ON A CONSOLIDATED BASIS); (VI) ALL PARTIES WHO HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO DEL. BANKR. L.R. 2002-1; AND (VII) THE LANDLORDS AND COUNTERPARTIES UNDER THE REJECTED LEASES AND REJECTED EXECUTORY CONTRACTS.

**PLEASE TAKE NOTICE** that on October 18, 2017, Mac Acquisition LLC and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Debtors' First Omnibus Motion for Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code and Bankruptcy Rule 6004, Authorizing (A) Rejection of Certain (1) Leases of Non-Residential Real Property and (2) Executory Contracts* Nunc Pro Tunc *to the Petition Date and (B) Abandonment of Any Remaining Property Located at Locations Covered by Real Property Leases* [Docket No. 25] (the "Motion"). You were previously served with the Motion.

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Mac Acquisition LLC (6362); Mac Parent LLC (6715); Mac Holding LLC (6682); Mac Acquisition of New Jersey LLC (1121); Mac Acquisition of Kansas LLC (3910); Mac Acquisition of Anne Arundel County LLC (6571); Mac Acquisition of Frederick County LLC (6881); Mac Acquisition of Baltimore County LLC (6865); and Macaroni Grill Services LLC (5963). The headquarters for the above-captioned Debtors is located at 1855 Blake St., Ste. 200, Denver, CO 80202.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **NOVEMBER 13, 2017 AT 11:30 A.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the notice that accompanied the Motion, any objections or responses to the relief requested in the Motion must be filed on or before **November 6, 2017 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, copies of any responses or objections to the Motion must be served upon the proposed undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

*[Signature page follows]*

| Dated: | Wilmington, Delaware<br>October 19, 2017 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|---|

*/s/ Ryan M. Bartley*
Michael R. Nestor (No. 3526)
Edmon L. Morton (No. 3856)
Ryan M. Bartley (No. 4985)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253
Email: mnestor@ycst.com
       emorton@ycst.com
       rbartley@ycst.com
       ejustison@ycst.com

-and-

Jeffrey C. Krause (CA No. 94053)
Michael S. Neumeister (CA No. 274220)
Emily B. Speak (CA No. 294852)
Brittany N. Schmeltz (CA No. 313552)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone:   (213) 229-7000
Facsimile:   (213) 229-7520
Email: jkrause@gibsondunn.com
       mneumeister@gibsondunn.com
       espeak@gibsondunn.com
       bschmeltz@gibsondunn.com

*Proposed Counsel for the Debtors*
*and Debtors in Possession*