**CASE NAME:** MAC Acquisition LLC

**CASE NUMBER:** 17-12224 (MFW)

# SIGN-IN SHEET

**COURTROOM NUMBER:** 4

**DATE:** November 13, 2017 at 11:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Krause | Gibson Dunn & Crutcher | Mac Acquisition Debtors |
| Thomas Hazen | Shaw Fishman Glantz Towbin | Bank of Colorado |
| Michael Neumeister | GDC | Debtors |
| Eileen Morton | YCST | " |
| Evan Bartley | | " |
| Casey Schreiber | Winston + Strawn | Raven, DIP Agent |
| Justin Rawlins | " " | Raven, DIP Agent |
| Greg Tucker | Ashby + Geddes | Raven DIP Agent |
| David Prichard | MECleny Deutsch Mulvany | 900 Route 17 North Holding LLC |
| Justin Alberto | Bayard | Committee |
| Jason Adams | Kelly Drye | " " |
| Lauren Schlussel | " " | " " |
| Jane Leamy | UST/USTee | UST/USTee |
| Zeke Allinson | SHA | C+C Produce, Inc.; Coastal Sunbelt Produce, Inc.; LaGrasso Bros. Inc.; Charlie Sciaia Produce Co. Inc.; Sirna + Sons Inc. I/S/i |
| | | Sirna v Sons Produce |
| Leslie Heilman | Ballard Spahr LLP | Bixmor Property Group; DSIM Bay Estate; Edgewood Retail; Coastal Partners LLC |

SIGN-IN SHEET

CASE NAME: MAC Acquisition LLC

COURTROOM NUMBER: 4

CASE NUMBER: 17-12224 (MFW)

DATE: November 13, 2017 at 11:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Morgan Patterson | Womble Bond Dickins | NGR & Elkstead Dev & Co |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

| Calendar Date: | 11/13/2017 |
| Calendar Time: | 11:30 AM ET |

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Mary F. Walrath
### #4

Amended Calendar Nov 10 2017 4:47PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8710778 | Dimitri Cohen | (212) 966-7926 ext. | Raven Capital Management LLC | Interested Party, Raven Capital Management, LLC / LIVE |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8712739 | Jason DiBattista | (212) 205-8553 ext. | LevFin Insights | Interested Party, LevFin Insights / LISTEN ONLY |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8712110 | Andy First | (212) 966-7926 ext. | Raven Capital Management LLC | Interested Party, Raven Capital Managent LLC / LIVE |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8710325 | Eve Karasik | (310) 229-1234 ext. | Levene Neale Bender Yoo & Brill | Creditor, Castle & Cooke Corona Crossings, LLC / LISTEN ONLY |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8708472 | Gerald P. Kennedy | (619) 515-3239 ext. | Procopio Cory Hargreaves & Savitch LLP | Creditor, Cerritos GARP, LLC / LISTEN ONLY |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8707129 | James T Markus | (303) 830-0800 ext. | Markus Williams Young & Zimmermann, LLC | Creditor, Bank of Colorado / LIVE |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8710788 | Eric E. Sagerman | 213-615-1829 ext. | Winston & Strawn LLP | Interested Party, Raven Capital Management, LLC / LIVE |
| | | Mac Acquisition LLC | 17-12224 | Hearing | 8712115 | John shaheen | (212) 966-7926 ext. | Raven Capital Management LLC | Interested Party, Raven Capital Managent LLC / LIVE |