**Fill in this information to identify the case:**

**Debtor name:** MAC ACQUISITION LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 17-12224

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from Schedule A/B ................................................................ | $14,885,739.36

    1b. **Total personal property:**
Copy line 91A from Schedule A/B ............................................................ | $20,513,371.96

    1c. **Total of all property:**
Copy line 92 from Schedule A/B ............................................................... | $35,399,111.32

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ................ | $23,696,167.48

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................................ | $153,424.14

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ........................... | + $28,606,406.29

4. *Total liabilities*
Lines 2 + 3a + 3b ................................................................................................................... | $52,455,997.91

**Fill in this information to identify the case:**

**Debtor name:** MAC ACQUISITION LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 17-12224

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1.    Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2.    Cash on hand**

| | | |
| --- | --- | --- |
| 2.1. | PETTY CASH - STORE # 31003 | $1,800.00 |
| 2.2. | PETTY CASH - STORE # 31004 | $541.55 |
| 2.3. | PETTY CASH - STORE # 31015 | $2,268.00 |
| 2.4. | PETTY CASH - STORE # 31017 | $1,258.00 |
| 2.5. | PETTY CASH - STORE # 31022 | $1,688.00 |
| 2.6. | PETTY CASH -STORE # 31029 | $1,500.00 |
| 2.7. | PETTY CASH - STORE # 31033 | $1,800.00 |
| 2.8. | PETTY CASH - STORE # 31037 | $1,715.00 |
| 2.9. | PETTY CASH - STORE # 31039 | $703.00 |
| 2.10. | PETTY CASH - STORE # 31045 | $2,290.00 |
| 2.11. | PETTY CASH -STORE # 31050 | $1,000.00 |
| 2.12. | PETTY CASH -STORE # 31053 | $1,426.00 |
| 2.13. | PETTY CASH - STORE # 31060 | $1,800.00 |
| 2.14. | PETTY CASH - STORE # 31064 | $2,441.00 |
| 2.15. | PETTY CASH - STORE # 31067 | $1,415.00 |
| 2.16. | PETTY CASH - STORE # 31072 | $1,800.00 |

Debtor    **MAC ACQUISITION LLC**                                                                                            Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 2.17. | PETTY CASH - STORE # 31078 | $1,745.00 |
| 2.18. | PETTY CASH - STORE # 31081 | $1,800.00 |
| 2.19. | PETTY CASH - STORE # 31088 | $795.00 |
| 2.20. | PETTY CASH - STORE # 31089 | $1,691.00 |
| 2.21. | PETTY CASH - STORE # 31108 | $3,438.36 |
| 2.22. | PETTY CASH - STORE # 31109 | $2,300.00 |
| 2.23. | PETTY CASH -STORE # 31112 | $1,235.14 |
| 2.24. | PETTY CASH - STORE # 31115 | $2,954.50 |
| 2.25. | PETTY CASH - STORE # 31116 | $2,000.00 |
| 2.26. | PETTY CASH - STORE # 31120 | $1,800.00 |
| 2.27. | PETTY CASH - STORE # 31127 | $1,200.00 |
| 2.28. | PETTY CASH - STORE # 31131 | $1,622.20 |
| 2.29. | PETTY CASH - STORE # 31132 | $1,800.00 |
| 2.30. | PETTY CASH - STORE # 31141 | $1,253.00 |
| 2.31. | PETTY CASH - STORE # 31145 | $1,435.00 |
| 2.32. | PETTY CASH - STORE # 31148 | $5,427.00 |
| 2.33. | PETTY CASH - STORE # 31151 | $1,800.00 |
| 2.34. | PETTY CASH - STORE # 31156 | $2,053.73 |
| 2.35. | PETTY CASH - STORE # 31161 | $1,525.00 |
| 2.36. | PETTY CASH - STORE # 31163 | $1,718.90 |
| 2.37. | PETTY CASH - STORE # 31165 | $1,500.00 |
| 2.38. | PETTY CASH - STORE # 31167 | $2,126.00 |
| 2.39. | PETTY CASH - STORE # 31174 | $1,930.50 |
| 2.40. | PETTY CASH - STORE # 31176 | $2,988.80 |
| 2.41. | PETTY CASH - STORE # 31178 | $700.76 |
| 2.42. | PETTY CASH - STORE # 31179 | $2,059.84 |
| 2.43. | PETTY CASH - STORE # 31182 | $2,525.15 |
| 2.44. | PETTY CASH - STORE # 31184 | $1,539.00 |
| 2.45. | PETTY CASH - STORE # 31185 | $1,730.00 |
| 2.46. | PETTY CASH - STORE # 31195 | $1,973.00 |
| 2.47. | PETTY CASH - STORE # 31196 | $1,147.00 |
| 2.48. | PETTY CASH - STORE # 31197 | $1,500.00 |
| 2.49. | PETTY CASH - STORE # 31199 | $3,399.61 |
| 2.50. | PETTY CASH - STORE # 31203 | $1,800.00 |
| 2.51. | PETTY CASH - STORE # 31206 | $4,532.50 |
| 2.52. | PETTY CASH - STORE # 31212 | $1,800.50 |
| 2.53. | PETTY CASH - STORE # 31216 | $1,302.00 |
| 2.54. | PETTY CASH - STORE # 31222 | $1,687.00 |
| 2.55. | PETTY CASH - STORE # 31229 | $1,631.00 |

Debtor   **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 2.56. | PETTY CASH - STORE # 31233 | $678.00 |
| 2.57. | PETTY CASH - STORE # 31234 | $1,554.00 |
| 2.58. | PETTY CASH -STORE # 31235 | $1,319.00 |
| 2.59. | PETTY CASH - STORE # 31238 | $1,800.50 |
| 2.60. | PETTY CASH - STORE # 31245 | $2,077.00 |
| 2.61. | PETTY CASH - STORE # 31246 | $1,800.08 |
| 2.62. | PETTY CASH - STORE # 31251 | $1,800.00 |
| 2.63. | PETTY CASH - STORE # 31252 | $1,800.00 |
| 2.64. | PETTY CASH - STORE # 31255 | $1,800.00 |
| 2.65. | PETTY CASH - STORE # 31257 | $1,800.00 |
| 2.66. | PETTY CASH - STORE # 31268 | $1,400.00 |
| 2.67. | PETTY CASH - STORE # 31273 | $1,639.00 |
| 2.68. | PETTY CASH - STORE # 31279 | $1,034.00 |
| 2.69. | PETTY CASH - STORE # 31280 | $2,370.00 |
| 2.70. | PETTY CASH - STORE # 31283 | $1,346.17 |
| 2.71. | PETTY CASH - STORE # 31284 | $1,306.00 |
| 2.72. | PETTY CASH - STORE # 31285 | $936.00 |
| 2.73. | PETTY CASH - STORE # 31286 | $1,800.00 |
| 2.74. | PETTY CASH - STORE # 31287 | $1,523.00 |
| 2.75. | PETTY CASH - STORE # 31289 | $1,705.50 |
| 2.76. | PETTY CASH - STORE # 31292 | $1,485.00 |
| 2.77. | PETTY CASH - STORE # 31294 | $1,800.00 |
| 2.78. | PETTY CASH - STORE # 31296 | $2,027.00 |
| 2.79. | PETTY CASH - STORE # 31299 | $1,100.48 |
| 2.80. | PETTY CASH - STORE # 31300 | $1,936.00 |
| 2.81. | PETTY CASH - STORE # 31301 | $1,843.84 |
| 2.82. | PETTY CASH - STORE # 31302 | $1,750.00 |
| 2.83. | PETTY CASH - STORE # 31307 | $1,700.00 |
| 2.84. | PETTY CASH - STORE # 31314 | $1,358.00 |
| 2.85. | PETTY CASH - STORE # 31324 | $1,800.00 |
| 2.86. | PETTY CASH - STORE # 31327 | $1,700.00 |
| 2.87. | PETTY CASH - STORE # 31339 | $1,724.50 |
| 2.88. | PETTY CASH - STORE # 31340 | $2,790.91 |
| 2.89. | PETTY CASH - STORE # 31342 | $1,478.92 |
| 2.90. | PETTY CASH - STORE # 31345 | $2,644.55 |
| 2.91. | PETTY CASH - STORE # 31346 | $3,989.53 |
| 2.92. | PETTY CASH -STORE # 31347 | $1,200.00 |

Debtor  **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

**3.**        **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1.[1] | WELLS FARGO | 4552.49 DEPOSITORY - STORE DEPOSITORY ACCOUNT | 6998 | $773.55 |
| 3.2. | WELLS FARGO | ZBA DEPOSITORY - FRANCONIA | 6972 | $0.00 |
| 3.3. | WELLS FARGO | ZBA DEPOSITORY - SO. COLORADO SPRINGS-MAC GRILL | 8121 | $0.00 |
| 3.4. | BANK OF AMERICA | ZBA DEPOSITORY - ADDISON-MAC GRILL LLC | 1402 | $0.00 |
| 3.5. | BANK OF AMERICA | ZBA DEPOSITORY - KENDALL-MAC GRILL LLC | 1415 | $0.00 |
| 3.6. | BANK OF AMERICA | ZBA DEPOSITORY - AUSTIN-MAC GRILL LLC | 4946 | $0.00 |
| 3.7. | BANK OF AMERICA | ZBA DEPOSITORY - N.W. HWY-MAC GRILL LLC | 1428 | $0.00 |
| 3.8. | BANK OF AMERICA | ZBA DEPOSITORY - KANSAS CITY-MAC GRILL LLC | 1431 | $0.00 |
| 3.9. | BANK OF AMERICA | ZBA DEPOSITORY - LOUISVILLE-MAC GRILL LLC | 1460 | $0.00 |
| 3.10. | BANK OF AMERICA | ZBA DEPOSITORY - ARAPAHOE-MAC GRILL LLC | 1473 | $0.00 |
| 3.11. | BANK OF AMERICA | ZBA DEPOSITORY - ALTAMONTE SPRINGS-MAC GRILL LL | 1486 | $0.00 |
| 3.12. | BANK OF AMERICA | ZBA DEPOSITORY - BRANDON-MAC GRILL LLC | 1499 | $0.00 |
| 3.13. | BANK OF AMERICA | ZBA DEPOSITORY - WESTHEIMER-MAC GRILL LLC | 1512 | $0.00 |
| 3.14. | BANK OF AMERICA | ZBA DEPOSITORY - ALBUQUERQUE-MAC GRILL LLC | 1716 | $0.00 |
| 3.15. | BANK OF AMERICA | ZBA DEPOSITORY - N. OLMSTED-MAC GRILL LLC | 1813 | $0.00 |
| 3.16. | BANK OF AMERICA | ZBA DEPOSITORY - S. ARLINGTON-MAC GRILL LLC | 1622 | $0.00 |
| 3.17. | BANK OF AMERICA | ZBA DEPOSITORY - CARROLLWOOD-MAC GRILL LLC | 1729 | $0.00 |
| 3.18. | BANK OF AMERICA | ZBA DEPOSITORY - GOLD DUST-MAC GRILL LLC | 1538 | $0.00 |
| 3.19. | BANK OF AMERICA | ZBA DEPOSITORY - WILLOWBROOK-MAC GRILL LLC | 1635 | $0.00 |
| 3.20. | BANK OF AMERICA | ZBA DEPOSITORY - PLANO/544-MAC GRILL LLC | 1732 | $0.00 |
| 3.21. | BANK OF AMERICA | ZBA DEPOSITORY - HOFFMAN ESTATES-MAC GRILL LLC | 1541 | $0.00 |

Debtor   **MAC ACQUISITION LLC**                                                                 Case number *(if known)* **17-12224**

**3.**          **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.22. | BANK OF AMERICA | ZBA DEPOSITORY - LITTLE ROCK-MAC GRILL LLC | 1648 | $0.00 |
| 3.23. | BANK OF AMERICA | ZBA DEPOSITORY - LIVONIA-MAC GRILL LLC | 1745 | $0.00 |
| 3.24. | BANK OF AMERICA | ZBA DEPOSITORY - BOCA RATON-MAC GRILL LLC | 1842 | $0.00 |
| 3.25. | BANK OF AMERICA | ZBA DEPOSITORY - KISSIMMEE-MAC GRILL LLC | 1651 | $0.00 |
| 3.26. | BANK OF AMERICA | ZBA DEPOSITORY - EDISON-MAC GRILL LLC | 1758 | $0.00 |
| 3.27. | BANK OF AMERICA | ZBA DEPOSITORY - MONTROSE-MAC GRILL LLC | 1855 | $0.00 |
| 3.28. | BANK OF AMERICA | ZBA DEPOSITORY - COOL SPRINGS-MAC GRILL LLC | 1567 | $0.00 |
| 3.29. | BANK OF AMERICA | ZBA DEPOSITORY - UNIVERSITY-MAC GRILL LLC | 1664 | $0.00 |
| 3.30. | BANK OF AMERICA | ZBA DEPOSITORY - SAHARA-MAC GRILL LLC | 1868 | $0.00 |
| 3.31. | BANK OF AMERICA | ZBA DEPOSITORY - RAMSEY-MAC GRILL LLC | 1774 | $0.00 |
| 3.32. | BANK OF AMERICA | ZBA DEPOSITORY - ROSEVILLE-MAC GRILL LLC | 1871 | $0.00 |
| 3.33. | BANK OF AMERICA | ZBA DEPOSITORY - LAKE BUENA VISTA-MAC GRILL LLC | 1583 | $0.00 |
| 3.34. | BANK OF AMERICA | ZBA DEPOSITORY - TUTTLE CROSSING-MAC GRILL LLC | 1884 | $0.00 |
| 3.35. | BANK OF AMERICA | ZBA DEPOSITORY - WOODLANDS-MAC GRILL LLC | 1596 | $0.00 |
| 3.36. | BANK OF AMERICA | ZBA DEPOSITORY - ANNAPOLIS-MAC GRILL LLC | 1693 | $0.00 |
| 3.37. | BANK OF AMERICA | ZBA DEPOSITORY - COCKEYSVILLE-MAC GRILL LLC | 1606 | $0.00 |
| 3.38. | BANK OF AMERICA | ZBA DEPOSITORY - GREENVILLE-MAC GRILL LLC | 1703 | $0.00 |
| 3.39. | BANK OF AMERICA | ZBA DEPOSITORY - STRONGSVILLE-MAC GRILL LLC | 1800 | $0.00 |
| 3.40. | BANK OF AMERICA | ZBA DEPOSITORY - HENRIETTA-MAC GRILL LLC | 1910 | $0.00 |
| 3.41. | BANK OF AMERICA | ZBA DEPOSITORY - CARY-MAC GRILL LLC | 1936 | $0.00 |
| 3.42. | BANK OF AMERICA | ZBA DEPOSITORY - OXFORD VALLEY-MAC GRILL LLC | 1949 | $0.00 |

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

**3.**        **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.43. | BANK OF AMERICA | ZBA DEPOSITORY - HUNTINGTON BEACH-MAC GRILL LLC | 1952 | $0.00 |
| 3.44. | BANK OF AMERICA | ZBA DEPOSITORY - SANTA CLARITA-MAC GRILL LLC | 1965 | $0.00 |
| 3.45. | BANK OF AMERICA | ZBA DEPOSITORY - S. PORTLAND-MAC GRILL LLC | 2003 | $0.00 |
| 3.46. | BANK OF AMERICA | ZBA DEPOSITORY - CORPUS CHRISTI-MAC GRILL LLC | 2016 | $0.00 |
| 3.47. | BANK OF AMERICA | ZBA DEPOSITORY - BEACON CENTER-MAC GRILL LLC | 2113 | $0.00 |
| 3.48. | BANK OF AMERICA | ZBA DEPOSITORY - ANN ARBOR-MAC GRILL LLC | 2029 | $0.00 |
| 3.49. | BANK OF AMERICA | ZBA DEPOSITORY - ALISO VIEJO-MAC GRILL LLC | 2320 | $0.00 |
| 3.50. | BANK OF AMERICA | ZBA DEPOSITORY - TUSTIN-MAC GRILL LLC | 2032 | $0.00 |
| 3.51. | BANK OF AMERICA | ZBA DEPOSITORY - SUMMERLIN-MAC GRILL LLC | 2139 | $0.00 |
| 3.52. | BANK OF AMERICA | ZBA DEPOSITORY - HENDERSON-MAC GRILL LLC | 2333 | $0.00 |
| 3.53. | BANK OF AMERICA | ZBA DEPOSITORY - FRESNO-MAC GRILL LLC | 2142 | $0.00 |
| 3.54. | BANK OF AMERICA | ZBA DEPOSITORY - TUCSON-MAC GRILL LLC | 2346 | $0.00 |
| 3.55. | BANK OF AMERICA | ZBA DEPOSITORY - COLONIE-MAC GRILL LLC | 2058 | $0.00 |
| 3.56. | BANK OF AMERICA | ZBA DEPOSITORY - DENVER WEST-MAC GRILL LLC | 2155 | $0.00 |
| 3.57. | BANK OF AMERICA | ZBA DEPOSITORY - BIRMINGHAM-MAC GRILL LLC | 2168 | $0.00 |
| 3.58. | BANK OF AMERICA | ZBA DEPOSITORY - ROUND ROCK-MAC GRILL LLC | 4962 | $0.00 |
| 3.59. | BANK OF AMERICA | ZBA DEPOSITORY - DEER VALLEY-MAC GRILL LLC | 2362 | $0.00 |
| 3.60. | BANK OF AMERICA | ZBA DEPOSITORY - VISTA RIDGE-MAC GRILL LLC | 2074 | $0.00 |
| 3.61. | BANK OF AMERICA | ZBA DEPOSITORY - FASHION PLACE-MAC GRILL LLC | 2278 | $0.00 |
| 3.62. | BANK OF AMERICA | ZBA DEPOSITORY - RENO-MAC GRILL LLC | 2375 | $0.00 |
| 3.63. | BANK OF AMERICA | ZBA DEPOSITORY - SHELBY-MAC GRILL LLC | 2087 | $0.00 |

Debtor  **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

**3.**      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.64. | BANK OF AMERICA | ZBA DEPOSITORY - WOLFCHASE-MAC GRILL LLC | 2388 | $0.00 |
| 3.65. | BANK OF AMERICA | ZBA DEPOSITORY - CERRITOS-MAC GRILL LLC | 2090 | $0.00 |
| 3.66. | BANK OF AMERICA | ZBA DEPOSITORY - AUBURN HILLS-MAC GRILL LLC | 2294 | $0.00 |
| 3.67. | BANK OF AMERICA | ZBA DEPOSITORY - NORTHRIDGE-MAC GRILL LLC | 2100 | $0.00 |
| 3.68. | BANK OF AMERICA | ZBA DEPOSITORY - MANDEVILLE-MAC GRILL LLC | 2207 | $0.00 |
| 3.69. | BANK OF AMERICA | ZBA DEPOSITORY - UNCC-MAC GRILL LLC | 2304 | $0.00 |
| 3.70. | BANK OF AMERICA | ZBA DEPOSITORY - CEDAR HILL-MAC GRILL LLC | 3400 | $0.00 |
| 3.71. | BANK OF AMERICA | ZBA DEPOSITORY - MALL OF GEORGIA-MAC GRILL LLC | 3439 | $0.00 |
| 3.72. | BANK OF AMERICA | ZBA DEPOSITORY - RETAMA-MAC GRILL LLC | 3442 | $0.00 |
| 3.73. | BANK OF AMERICA | ZBA DEPOSITORY - LEGACY-MAC GRILL LLC | 3471 | $0.00 |
| 3.74. | BANK OF AMERICA | ZBA DEPOSITORY - DESERT RIDGE-MAC GRILL LLC | 3484 | $0.00 |
| 3.75. | BANK OF AMERICA | ZBA DEPOSITORY - FRISCO-MAC GRILL LLC | 3497 | $0.00 |
| 3.76. | BANK OF AMERICA | ZBA DEPOSITORY - SOUTH AUSTIN-MAC GRILL LLC | 4988 | $0.00 |
| 3.77. | BANK OF AMERICA | ZBA DEPOSITORY - TYRONE SQUARE-MAC GRILL LLC | 2430 | $0.00 |
| 3.78. | BANK OF AMERICA | ZBA DEPOSITORY - PROMENADE-MAC GRILL LLC | 2443 | $0.00 |
| 3.79. | BANK OF AMERICA | ZBA DEPOSITORY - FOLSOM-MAC GRILL LLC | 2472 | $0.00 |
| 3.80. | BANK OF AMERICA | ZBA DEPOSITORY - PALM VALLEY-MAC GRILL LLC | 2485 | $0.00 |
| 3.81. | BANK OF AMERICA | ZBA DEPOSITORY - TEMECULA-MAC GRILL LLC | 2498 | $0.00 |
| 3.82. | BANK OF AMERICA | ZBA DEPOSITORY - ELK GROVE-MAC GRILL LLC | 2508 | $0.00 |
| 3.83. | BANK OF AMERICA | ZBA DEPOSITORY - SEAL BEACH-MAC GRILL LLC | 2524 | $0.00 |
| 3.84. | BANK OF AMERICA | ZBA DEPOSITORY - ANAHEIM HILLS-MAC GRILL LLC | 2728 | $0.00 |

Debtor  **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

**3.**      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.85. | BANK OF AMERICA | ZBA DEPOSITORY - VENTURA-MAC GRILL LLC | 2634 | $0.00 |
| 3.86. | BANK OF AMERICA | ZBA DEPOSITORY - EAST EL PASO-MAC GRILL LLC | 2566 | $0.00 |
| 3.87. | BANK OF AMERICA | ZBA DEPOSITORY - TRIANGLE TOWN CENTER-MAC GRILL | 2579 | $0.00 |
| 3.88. | BANK OF AMERICA | ZBA DEPOSITORY - FREDERICK-MAC GRILL LLC | 2689 | $0.00 |
| 3.89. | BANK OF AMERICA | ZBA DEPOSITORY - OPRY MILLS-MAC GRILL LLC | 2595 | $0.00 |
| 3.90. | BANK OF AMERICA | ZBA DEPOSITORY - OCEANSIDE-MAC GRILL LLC | 2692 | $0.00 |
| 3.91. | BANK OF AMERICA | ZBA DEPOSITORY - NORTH COUNTY FAIR-MAC GRILL | 2605 | $0.00 |
| 3.92. | BANK OF AMERICA | ZBA DEPOSITORY - BAKERSFIELD-MAC GRILL LLC | 2702 | $0.00 |
| 3.93. | BANK OF AMERICA | ZBA DEPOSITORY - STOCKTON-MAC GRILL LLC | 2618 | $0.00 |
| 3.94. | BANK OF AMERICA | ZBA DEPOSITORY - WINDWARD PARKWAY-MAC GRILL LLC | 2715 | $0.00 |
| 3.95. | BANK OF AMERICA | ZBA DEPOSITORY - FT. COLLINS-MAC GRILL LLC | 2757 | $0.00 |
| 3.96. | BANK OF AMERICA | ZBA DEPOSITORY - CORONA-MAC GRILL LLC | 2760 | $0.00 |
| 3.97. | BANK OF AMERICA | ZBA DEPOSITORY - NORTH AURORA-MAC GRILL LLC | 2773 | $0.00 |
| 3.98. | BANK OF AMERICA | ZBA DEPOSITORY - WEST COBB-MAC GRILL LLC | 2799 | $0.00 |
| 3.99. | BANK OF AMERICA | ZBA DEPOSITORY - NORTH TUCSON-MAC GRILL LLC | 2809 | $0.00 |
| 3.100. | BANK OF AMERICA | ZBA DEPOSITORY - VIRGINIA BEACH-MAC GRILL LLC | 2812 | $0.00 |
| 3.101. | BANK OF AMERICA | ZBA DEPOSITORY - PUENTE HILLS-MAC GRILL LLC | 2825 | $0.00 |
| 3.102. | BANK OF AMERICA | ZBA DEPOSITORY - SIMI VALLEY-MAC GRILL LLC | 2838 | $0.00 |
| 3.103. | BANK OF AMERICA | ZBA DEPOSITORY - CHURCH RANCH-MAC GRILL LLC | 2854 | $0.00 |
| 3.104. | BANK OF AMERICA | ZBA DEPOSITORY - REDLANDS-MAC GRILL LLC | 2870 | $0.00 |
| 3.105. | BANK OF AMERICA | ZBA DEPOSITORY - HARRISBURG-MAC GRILL LLC | 2980 | $0.00 |

Debtor   **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.106. | BANK OF AMERICA | ZBA DEPOSITORY - PENSACOLA-MAC GRILL LLC | 3002 | $0.00 |
| 3.107. | BANK OF AMERICA | ZBA DEPOSITORY - OTAY RANCH-MAC GRILL LLC | 2922 | $0.00 |
| 3.108. | BANK OF AMERICA | ZBA DEPOSITORY - WINTER GARDEN-MAC GRILL LLC | 3028 | $0.00 |
| 3.109. | BANK OF AMERICA | ZBA DEPOSITORY - MURFREESBORO-MAC GRILL LLC | 3507 | $0.00 |
| 3.110. | BANK OF AMERICA | ZBA DEPOSITORY - OVIEDO-MAC GRILL LLC | 3510 | $0.00 |
| 3.111. | BANK OF AMERICA | ZBA DEPOSITORY - MILPITAS-MAC GRILL LLC | 4594 | $0.00 |
| 3.112. | BANK OF AMERICA | ZBA DEPOSITORY - EL CERRITO-MAC GRILL LLC | 4620 | $0.00 |
| 3.113. | BANK OF AMERICA | ZBA DEPOSITORY - ALDERWOOD-MAC GRILL LLC | 4604 | $0.00 |
| 3.114. | BANK OF AMERICA | ZBA DEPOSITORY - PAYROLL ACCOUNT | 6608 | $0.00 |
| 3.115. | BANK OF AMERICA | ZBA DEPOSITORY - BENEFIT DISBURSEMENTS | 9721 | $0.00 |
| 3.116. | BANK OF AMERICA | ZBA DEPOSITORY - ACCOUNTS PAYABLE DISBURSEMENTS | 6611 | $0.00 |
| 3.117. | BANK OF AMERICA | ZBA DEPOSITORY - CASH REPLENISHMENT DISBURSEMENTS | 6624 | $0.00 |
| 3.118. | BANK OF AMERICA | ZBA DEPOSITORY - CREDIT CARD RECEIPTS | 6637 | $0.00 |
| 3.119. | BANK OF AMERICA | ZBA DEPOSITORY - INTERMEDIARY STORE DESPOSITORY ACCOUNT | 2029 | $0.00 |
| 3.120.[1] | BANK OF AMERICA | 3227406.25 MASTER CONCENTRATION - MASTER CONCENTRATION ACCOUNT | 1001 | $3,227,406.25 |
| 3.121.[1] | BANK OF AMERICA | 18864.95 DEPOSITORY - ROYALTIES ACCOUNT | 0383 | $18,864.95 |
| 3.122.[1] | BANK OF AMERICA | 79007.48 DEPOSITORY - MONEY MARKET ACCOUNT FOR CORPORATE CREDIT CARD ACCOUNTS | 7380 | $79,007.48 |

[1]BALANCE AS OF 10/18/17

Debtor    **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

**4.**    **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | CREDIT CARD RESTRICTED CASH | BANK OF AMERICA | DEPOSIT | 7380 | $78,981.08 |

**5.**    **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$3,571,762.33

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6.**    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below

**7.**    **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| 7.1.    RENT | $5,646.67 |
| CAROLINA PARTNERS | |
| 7.2.    UTILITY | $6,000.00 |
| CITY OF BUFORD | |
| 7.3.    UTILITY | $6,385.00 |
| CITY OF GREEN | |
| 7.4.    UTILITY | $3,775.00 |
| CITY OF HOUSTON | |
| 7.5.    UTILITY | $420.00 |
| CITY OF HUNTINGTON BEACH | |
| 7.6.    UTILITY | $350.00 |
| CITY OF LEWISVILLE | |
| 7.7.    UTILITY | $160.00 |
| CITY OF MANDEVILLE | |
| 7.8.    UTILITY | $3,377.00 |
| CITY OF OCEANSIDE | |
| 7.9.    UTILITY | $1,800.00 |
| CITY OF TULSA | |
| 7.10.   UTILITY | $2,909.75 |
| CITY OF WINTER GREEN | |
| 7.11.   VENDOR | $448.50 |
| D M DISTRIBUTING CO INC | |
| 7.12.   UTILITY | $75.00 |
| EL PASO WATER | |
| 7.13.   UTILITY | $1,448.38 |
| EMERALD COAST | |

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
|--------|-------------------------|----------------------------------------|

**7.**     **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.14. | UTILITY | $1,640.63 |
| | FLORDA PUBLIC | |
| 7.15. | UTILITY | $1,401.64 |
| | FLORIDA POWER AND LIGHT | |
| 7.16. | UTILITY | $5,035.00 |
| | FORT WORTH WATER | |
| 7.17. | VENDOR | $20,000.00 |
| | GARDA CREDIT AT SYSTEMS, INC | |
| 7.18. | UTILITY | $150.00 |
| | GWINNETT CO DEPT WTR RESOURCES | |
| 7.19. | UTILITY | $1,530.00 |
| | HILLSBOROUGH CO PUB UTILITY | |
| 7.20. | UTILITY | $2,450.00 |
| | KISSIMMEE UTIL | |
| 7.21. | VENDOR | $5,000.00 |
| | LIBERTY MUTUAL | |
| 7.22. | UTILITY | $6,500.00 |
| | LOS ANGELES | |
| 7.23. | VENDOR | $1,000.00 |
| | M & M DISTRIBUTING | |
| 7.24. | UTILITY | $5,973.51 |
| | ORANGE COUNTY | |
| 7.25. | RENT | $7,042.00 |
| | REGUS MANAGEMENT | |
| 7.26. | UTILITY | $2,400.00 |
| | SUMMIT ENERGY-LACLEDE GAS CO | |
| 7.27. | UTILITY | $200.00 |
| | TOWN OF CARY | |
| 7.28. | UTILITY | $479.48 |
| | TRUCKEE MEADOW | |
| 7.29. | VENDOR | $500.00 |
| | USS LEXINGTON PR | |
| 7.30. | VENDOR | $58.50 |
| | WANTZ DISTRIBUTORS INC - BEER | |

Debtor  **MAC ACQUISITION LLC**                                                 Case number *(if known)* **17-12224**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment                             Current value of
                                                                                debtor's interest

| | | |
|---|---|---|
| 8.1. | CAM | $2,102.15 |
| | 2199 NORTH RAINBOW BLVD HOLD | |
| 8.2. | RENT | $8,333.33 |
| | 2199 NORTH RAINBOW BLVD HOLDINGS | |
| 8.3. | LIQUOR/BUSINESS/HEALTH LICENSE | $5,463.64 |
| | ALCOHOL/BEV COMM. : ABC COMMISSION | |
| 8.4. | CAM | $0.02 |
| | AMERICAS GATEWAY PARK POA INC | |
| 8.5. | IT SUPPORT-SERVICE | $5,061.54 |
| | APP TECHNOGIES | |
| 8.6. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,550.97 |
| | ARIZIONA DEPARTMENT OF LIQUOR | |
| 8.7. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,144.23 |
| | ARKANSAS ALCOHOL COMMISSION | |
| 8.8. | CAM | $350.60 |
| | BAYER RETAIL COMPANY LLC | |
| 8.9. | IT SUPPORT-SERVICE | $4,471.15 |
| | BLACK BOX INTELLIGENCE | |
| 8.10. | IT SUPPORT-SERVICE | $36.48 |
| | BRIARWOOD LLC- | |
| 8.11. | CAM | $769.51 |
| | BRINKER INTERNATIONAL INC | |
| 8.12. | IT SUPPORT-SERVICE | $27.15 |
| | BRIXMOR OPER - | |
| 8.13. | CAM | $529.36 |
| | BRIXMOR OPER PTNSHIP LP | |
| 8.14. | IT SUPPORT-SERVICE | $12,187.20 |
| | CDW | |
| 8.15. | ADVERTISING | $28,587.79 |
| | CHAS P YOUNG COMPANY | |
| 8.16. | MARKETING SUPPLIES AND PRINT | $121,775.49 |
| | CHAS P YOUNG COMPANY | |
| 8.17. | RENT | $283.00 |
| | CHILDRESS KLEIN PROPERTIES | |
| 8.18. | INSURANCE | $84,715.85 |
| | CHUBB INSURANCE | |
| 8.19. | IT SUPPORT-SERVICE | $1,012.22 |
| | CISCO | |

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

**8.        Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment                    Current value of
                                                                       debtor's interest

| | | |
|---|---|---|
| 8.20. | LIQUOR/BUSINESS/HEALTH LICENSE | $354.09 |
| | CITY MURRAY | |
| 8.21. | LIQUOR/BUSINESS/HEALTH LICENSE | $222.11 |
| | CITY OF ALBUQUERQUE | |
| 8.22. | LIQUOR/BUSINESS/HEALTH LICENSE | $182.70 |
| | CITY OF ALPHARETTA | |
| 8.23. | LIQUOR/BUSINESS/HEALTH LICENSE | $323.65 |
| | CITY OF ANNAPOLIS | |
| 8.24. | LIQUOR/BUSINESS/HEALTH LICENSE | $354.33 |
| | CITY OF AURORA | |
| 8.25. | LIQUOR/BUSINESS/HEALTH LICENSE | $838.43 |
| | CITY OF AUSTIN - PUBLIC HEALTH | |
| 8.26. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,232.32 |
| | CITY OF BIRMINGHAM | |
| 8.27. | LIQUOR/BUSINESS/HEALTH LICENSE | $120.03 |
| | CITY OF BOCA ROTAN | |
| 8.28. | LIQUOR/BUSINESS/HEALTH LICENSE | $288.88 |
| | CITY OF CERRITOS BUSINESS LIC DVI | |
| 8.29. | LIQUOR/BUSINESS/HEALTH LICENSE | $170.05 |
| | CITY OF CHULA VISTA | |
| 8.30. | LIQUOR/BUSINESS/HEALTH LICENSE | $483.20 |
| | CITY OF COLUMBUS | |
| 8.31. | LIQUOR/BUSINESS/HEALTH LICENSE | $8.08 |
| | CITY OF CORPUS CHRISTI | |
| 8.32. | LIQUOR/BUSINESS/HEALTH LICENSE | $413.46 |
| | CITY OF DULLES | |
| 8.33. | LIQUOR/BUSINESS/HEALTH LICENSE | $150.00 |
| | CITY OF EDISON- FOOD APPLICATION | |
| 8.34. | LIQUOR/BUSINESS/HEALTH LICENSE | $789.56 |
| | CITY OF EL CERRITO | |
| 8.35. | LIQUOR/BUSINESS/HEALTH LICENSE | $244.77 |
| | CITY OF ESCONDIDO | |
| 8.36. | LIQUOR/BUSINESS/HEALTH LICENSE | $420.51 |
| | CITY OF FORT COLLINS | |
| 8.37. | LIQUOR/BUSINESS/HEALTH LICENSE | $252.31 |
| | CITY OF FORT WORTH | |
| 8.38. | LIQUOR/BUSINESS/HEALTH LICENSE | $14.11 |
| | CITY OF FRANKVILLE | |

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |

**8.      Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.39. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF GREENVILLE | $882.69 |
| 8.40. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF HENDERSON | $1,956.88 |
| 8.41. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF HOUSTON | $1,313.98 |
| 8.42. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF HUNTSVILLE | $2,173.77 |
| 8.43. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF JEFFERSON | $1,965.42 |
| 8.44. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF LAKEWOOD REVENUE DIVISION | $490.38 |
| 8.45. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF LAS VEGAS | $311.46 |
| 8.46. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF LEWISVILLE | $139.98 |
| 8.47. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF LITTLE ROCK | $1,411.44 |
| 8.48. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF LOS ANGELES - BUSINESS TAX | $826.36 |
| 8.49. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF LYNNWOOD | $1,482.74 |
| 8.50. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF MANDEVILLE | $16.66 |
| 8.51. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF MEMPHIS - PERMITS OFFICE | $262.81 |
| 8.52. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF MOBILE | $1,349.07 |
| 8.53. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF MURFREESBORO | $78.43 |
| 8.54. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF OCEANSIDE | $15.09 |
| 8.55. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF OKLAHOMA CITY | $237.86 |
| 8.56. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF OVERLAND PARK | $317.29 |
| 8.57. LIQUOR/BUSINESS/HEALTH LICENSE<br>CITY OF PENSACOLA FLORIDA | $64.34 |

Debtor **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment | Current value of debtor's interest
---|---
8.58.  LIQUOR/BUSINESS/HEALTH LICENSE | $202.28
CITY OF PLANO- |
8.59.  LIQUOR/BUSINESS/HEALTH LICENSE | $498.74
CITY OF RENO |
8.60.  LIQUOR/BUSINESS/HEALTH LICENSE | $362.60
CITY OF SAN ANTONIO |
8.61.  LIQUOR/BUSINESS/HEALTH LICENSE | $2,185.59
CITY OF SAVANNAH |
8.62.  LIQUOR/BUSINESS/HEALTH LICENSE | $15.38
CITY OF SCOTTSDALE |
8.63.  LIQUOR/BUSINESS/HEALTH LICENSE | $131.42
CITY OF SELMA - FOOD ESTABLISHMENT PERMIT |
8.64.  LIQUOR/BUSINESS/HEALTH LICENSE | $2,904.94
CITY OF SIMI VALLEY |
8.65.  LIQUOR/BUSINESS/HEALTH LICENSE | $106.93
CITY OF SOUTH PORTLAND |
8.66.  LIQUOR/BUSINESS/HEALTH LICENSE | $241.22
CITY OF SPRINGDALE |
8.67.  LIQUOR/BUSINESS/HEALTH LICENSE | $250.77
CITY OF STRONGSVILLE-HEALTH |
8.68.  LIQUOR/BUSINESS/HEALTH LICENSE | $232.27
CITY OF TEMECULA |
8.69.  LIQUOR/BUSINESS/HEALTH LICENSE | $264.50
CITY OF TIMMONIUM |
8.70.  LIQUOR/BUSINESS/HEALTH LICENSE | $1,525.33
CITY OF VENTURA |
8.71.  LIQUOR/BUSINESS/HEALTH LICENSE | $1,130.30
CITY OF VIRGINIA BEACH - BUSINESS LICENSE |
8.72.  LIQUOR/BUSINESS/HEALTH LICENSE | $172.96
CITY OF WELLINGTON |
8.73.  LIQUOR/BUSINESS/HEALTH LICENSE | $115.38
CITY OF WESTMINSTER |
8.74.  LIQUOR/BUSINESS/HEALTH LICENSE | $32.04
CITY OF WHEATON |
8.75.  LIQUOR/BUSINESS/HEALTH LICENSE | $1,147.49
COLORADO DEPT OF REVENUE |
8.76.  LANDLORD PREPAID ADV CAM | $62.44
COLUMBIA SC L- |

Debtor   **MAC ACQUISITION LLC**                                                                 Case number *(if known)* **17-12224**

8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment                                                     Current value of
                                                                                                         debtor's interest

| | | |
|---|---|---|
| 8.77. | LIQUOR/BUSINESS/HEALTH LICENSE | $682.71 |
| | CORPORATE SERVICE COMPANY | |
| 8.78. | LIQUOR/BUSINESS/HEALTH LICENSE | $173.08 |
| | COUNTY OF ALEXANDRIA | |
| 8.79. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,491.09 |
| | COUNTY OF ANNE ARUNDEL | |
| 8.80. | LIQUOR/BUSINESS/HEALTH LICENSE | $3,163.47 |
| | COUNTY OF BALTIMORE MARYLAND | |
| 8.81. | LIQUOR/BUSINESS/HEALTH LICENSE | $2,434.49 |
| | COUNTY OF COBB | |
| 8.82. | LIQUOR/BUSINESS/HEALTH LICENSE | $303.42 |
| | COUNTY OF COLLIN | |
| 8.83. | LIQUOR/BUSINESS/HEALTH LICENSE | $250.77 |
| | COUNTY OF CUYAHOGA | |
| 8.84. | LIQUOR/BUSINESS/HEALTH LICENSE | $101.14 |
| | COUNTY OF DALLAS | |
| 8.85. | LIQUOR/BUSINESS/HEALTH LICENSE | $101.14 |
| | COUNTY OF DENTON | |
| 8.86. | LIQUOR/BUSINESS/HEALTH LICENSE | $484.08 |
| | COUNTY OF DUPAGE | |
| 8.87. | LIQUOR/BUSINESS/HEALTH LICENSE | $303.95 |
| | COUNTY OF EL PASO | |
| 8.88. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,459.12 |
| | COUNTY OF FAIRFAX | |
| 8.89. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,192.30 |
| | COUNTY OF FREDERICK | |
| 8.90. | LIQUOR/BUSINESS/HEALTH LICENSE | $180.55 |
| | COUNTY OF FRESNO | |
| 8.91. | LIQUOR/BUSINESS/HEALTH LICENSE | $116.13 |
| | COUNTY OF FULTON | |
| 8.92. | LIQUOR/BUSINESS/HEALTH LICENSE | $3,738.64 |
| | COUNTY OF GWINNETT | |
| 8.93. | LIQUOR/BUSINESS/HEALTH LICENSE | $120.89 |
| | COUNTY OF HARRIS | |
| 8.94. | LIQUOR/BUSINESS/HEALTH LICENSE | $53.92 |
| | COUNTY OF JEFFERSON | |
| 8.95. | LIQUOR/BUSINESS/HEALTH LICENSE | $343.98 |
| | COUNTY OF KENT | |

Debtor    **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

8.          **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment                                   Current value of
                                                                                      debtor's interest

| | | |
|---|---|---|
| 8.96. | LIQUOR/BUSINESS/HEALTH LICENSE | $487.50 |
| | COUNTY OF KERN | |
| 8.97. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,184.16 |
| | COUNTY OF LOS ANGELES | |
| 8.98. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,720.56 |
| | COUNTY OF LOUDOUN | |
| 8.99. | LIQUOR/BUSINESS/HEALTH LICENSE | $357.69 |
| | COUNTY OF MACOMB | |
| 8.100. | LIQUOR/BUSINESS/HEALTH LICENSE | $708.07 |
| | COUNTY OF MARICOPA | |
| 8.101. | LIQUOR/BUSINESS/HEALTH LICENSE | $19.24 |
| | COUNTY OF MIAMI DADE | |
| 8.102. | LIQUOR/BUSINESS/HEALTH LICENSE | $5.77 |
| | COUNTY OF MOBILE | |
| 8.103. | LIQUOR/BUSINESS/HEALTH LICENSE | $120.85 |
| | COUNTY OF NUECES | |
| 8.104. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,380.00 |
| | COUNTY OF ORANGE | |
| 8.105. | LIQUOR/BUSINESS/HEALTH LICENSE | $472.39 |
| | COUNTY OF PLACER | |
| 8.106. | LIQUOR/BUSINESS/HEALTH LICENSE | $655.98 |
| | COUNTY OF RIVERSIDE | |
| 8.107. | LIQUOR/BUSINESS/HEALTH LICENSE | $918.84 |
| | COUNTY OF SACRAMENTO EMD | |
| 8.108. | LIQUOR/BUSINESS/HEALTH LICENSE | $65.60 |
| | COUNTY OF SAN BERNADINO | |
| 8.109. | LIQUOR/BUSINESS/HEALTH LICENSE | $350.62 |
| | COUNTY OF SAN DIEGO | |
| 8.110. | LIQUOR/BUSINESS/HEALTH LICENSE | $204.37 |
| | COUNTY OF SANTA CLARA | |
| 8.111. | LIQUOR/BUSINESS/HEALTH LICENSE | $266.99 |
| | COUNTY OF SUMMIT | |
| 8.112. | LIQUOR/BUSINESS/HEALTH LICENSE | $212.20 |
| | COUNTY OF TARRANT | |
| 8.113. | LIQUOR/BUSINESS/HEALTH LICENSE | $379.93 |
| | COUNTY OF TRAVIS | |
| 8.114. | LIQUOR/BUSINESS/HEALTH LICENSE | $675.44 |
| | COUNTY OF WASHTENAW | |

Debtor   **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment                          Current value of
                                                                             debtor's interest

| | | |
|---|---|---|
| 8.115. | LIQUOR/BUSINESS/HEALTH LICENSE | $409.56 |
| | COUNTY OF WAYNE | |
| 8.116. | LIQUOR/BUSINESS/HEALTH LICENSE | $101.14 |
| | COUNTY OF WILLIAMSON | |
| 8.117. | LANDLORD PREPAID ADV CAM | $40.38 |
| | DDR CORP DBA - | |
| 8.118. | CAM | $838.71 |
| | DDR CORP DBA DDR WINTER GARDEN | |
| 8.119. | LIQUOR/BUSINESS/HEALTH LICENSE | $17,599.73 |
| | DEPART OF ALCOHOLIC BEVERAGE CONTROL | |
| 8.120. | CAM | $23,191.66 |
| | DULLES TOWN CENTER | |
| 8.121. | IT SUPPORT-SERVICE | $807.28 |
| | EONE SOLUTION | |
| 8.122. | INSURANCE | $9,113.44 |
| | EVANSTON INSURANCE COMPANY | |
| 8.123. | MARKETING WRAPS ON AUTOS | $1,989.09 |
| | FIAT | |
| 8.124. | LIQUOR/BUSINESS/HEALTH LICENSE | $5,149.25 |
| | FL DBPR | |
| 8.125. | CAM | $53.95 |
| | GERRITY ATLANT RTL PTNRS INC | |
| 8.126. | CAM | $49.00 |
| | HARSCH INVESTMENT PROPERTIES | |
| 8.127. | STD | $20,168.86 |
| | HARTFORD | |
| 8.128. | CAM | $12.47 |
| | HINES GLOBAL REIT INC | |
| 8.129. | CAM | $121.24 |
| | ILLINOIS ST BRD OF INVEST | |
| 8.130. | INSURANCE | $1,679.33 |
| | IMPERIAL FIRE & CASUALTY INSURANCE COMPANY | |
| 8.131. | INSURANCE | $647.85 |
| | IMPERIAL FIRE & CASUALTY INSURANCE COMPANY | |
| 8.132. | RENT | $2,148.61 |
| | KENDALLGATE CENTER ASSOC LTD | |
| 8.133. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,254.81 |
| | KENTUCKY STATE TREASURER | |

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment                        Current value of
                                                                           debtor's interest

| | | |
|---|---|---|
| 8.134. | LANDLORD PREPAID ADV CAM | $38.46 |
| | LAKE POINTE C- | |
| 8.135. | LIQUOR/BUSINESS/HEALTH LICENSE | $623.07 |
| | LEWKOWITZ LAW OFFICE PLC | |
| 8.136. | INSURANCE | $1,355.61 |
| | LIBERTY MUTUAL | |
| 8.137. | INSURANCE | $170,142.16 |
| | LIBERTY MUTUAL | |
| 8.138. | INSURANCE | $53,085.47 |
| | LIBERTY MUTUAL | |
| 8.139. | INSURANCE | $34,238.60 |
| | LIBERTY MUTUAL | |
| 8.140. | INSURANCE | $2,925.25 |
| | LIBERTY MUTUAL | |
| 8.141. | INSURANCE | $11,871.82 |
| | LIBERTY MUTUAL | |
| 8.142. | WORK COMP | $301,546.25 |
| | LIBERTY MUTUAL | |
| 8.143. | INSURANCE | $31,539.87 |
| | LLOYDS OF LONDON | |
| 8.144. | IT SUPPORT-SERVICE | $85.14 |
| | LOGMEIN | |
| 8.145. | IT SUPPORT-SERVICE | $15,236.12 |
| | LUCERNEX | |
| 8.146. | CAM | $711.47 |
| | MALL AT BRIARWOOD, LLC | |
| 8.147. | CAM | $189.11 |
| | MEIJER, INC. | |
| 8.148. | LIQUOR/BUSINESS/HEALTH LICENSE | $2,116.36 |
| | MICHIGAN LIQUOR CONTROL COMMISSION (MLCC) | |
| 8.149. | INSURANCE | $24,059.08 |
| | NATIONAL SURETY CORPORATION | |
| 8.150. | IT SUPPORT-SERVICE | $12,845.49 |
| | NAVEX | |
| 8.151. | IT SUPPORT-SERVICE | $6,025.02 |
| | NCR | |
| 8.152. | IT SUPPORT-SERVICE | $2,175.99 |
| | NEGOTIUM | |

Debtor   **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

Current value of
debtor's interest

| | | |
|---|---|---|
| 8.153. | LIQUOR/BUSINESS/HEALTH LICENSE | $2,342.48 |
| | NEW JERSEY STATE LIQUOR | |
| 8.154. | LIQUOR/BUSINESS/HEALTH LICENSE | $708.99 |
| | NEW MEXICO ALCOHOL/GAMING DIVISION | |
| 8.155. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,214.26 |
| | NY STATE LIQUOR AUTHORITY | |
| 8.156. | LIQUOR/BUSINESS/HEALTH LICENSE | $13,745.85 |
| | OHIO DIVISION OF LIQUOR CONTROL | |
| 8.157. | LIQUOR/BUSINESS/HEALTH LICENSE | $375.84 |
| | OKLAHOMA ABLE | |
| 8.158. | IT SUPPORT-SERVICE | $207.46 |
| | PAPERVISION | |
| 8.159. | LIQUOR/BUSINESS/HEALTH LICENSE | $862.12 |
| | PENNSYLVANIA LIQUOR CONTROL BOARD | |
| 8.160. | CAM | $24.00 |
| | PK II EL CAMINO NORTH LP | |
| 8.161. | CAM | $12.47 |
| | PRISA LHC LLC | |
| 8.162. | CAM | $73.00 |
| | PROMENADE SHOPPING CENTER LLC | |
| 8.163. | IT SUPPORT-SERVICE | $4,959.22 |
| | QUALYS | |
| 8.164. | CAM | $41.91 |
| | RANCH TOWN CENTER LLC | |
| 8.165. | CAM | $1,079.27 |
| | REDLANDS JOINT VENTURE LLC | |
| 8.166. | CAM | $37.54 |
| | RIVER PARK PROPERTIES II | |
| 8.167. | LIQUOR/BUSINESS/HEALTH LICENSE | $542.50 |
| | S PORTLAND LIQUOR LICENSES | |
| 8.168. | IT SUPPORT-SERVICE | $2,015.31 |
| | SAGE | |
| 8.169. | LIQUOR/BUSINESS/HEALTH LICENSE | $182.84 |
| | SC DEPT OF REVENUE | |
| 8.170. | LIQUOR/BUSINESS/HEALTH LICENSE | $3.22 |
| | SECRETARY OF STATE OF MARYLAND | |
| 8.171. | LIQUOR/BUSINESS/HEALTH LICENSE | $3,159.96 |
| | SOUTHERN NEVADA HEALTH | |

Debtor  **MAC ACQUISITION LLC**                              Case number *(if known)* **17-12224**

**8.      Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment                     Current value of
                                                                        debtor's interest

| | | |
|---|---|---|
| 8.172. | LIQUOR/BUSINESS/HEALTH LICENSE | $471.50 |
| | STATE OF ALABAMA | |
| 8.173. | SALES TAX | $24,000.00 |
| | STATE OF ALABAMA | |
| 8.174. | SALES TAX | $105,000.00 |
| | STATE OF FLORIDA | |
| 8.175. | SALES TAX | $11,932.43 |
| | STATE OF GEORGIA | |
| 8.176. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,682.68 |
| | STATE OF ILLINOIS | |
| 8.177. | SALES TAX | $8,000.00 |
| | STATE OF KANSAS | |
| 8.178. | LIQUOR/BUSINESS/HEALTH LICENSE | $955.14 |
| | STATE OF NEW JERSEY | |
| 8.179. | LIQUOR/BUSINESS/HEALTH LICENSE | $25.41 |
| | STATE OF NEW YORK | |
| 8.180. | SALES TAX | $90,000.00 |
| | STATE OF NORTH CAROLINA | |
| 8.181. | LIQUOR/BUSINESS/HEALTH LICENSE | $140.20 |
| | STATE OF PENNSYLVANIA | |
| 8.182. | CAM | $145.20 |
| | SUPER LLC | |
| 8.183. | LIQUOR/BUSINESS/HEALTH LICENSE | $171.55 |
| | TCI ACQUISITION - VALUATION SVC | |
| 8.184. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,134.47 |
| | TENNESSEE ALCOHOLIC BEVERAGE COMMISSION | |
| 8.185. | LIQUOR/BUSINESS/HEALTH LICENSE | $210.26 |
| | TENNESSEE DEPARTMENT OF FINANCE | |
| 8.186. | LIQUOR/BUSINESS/HEALTH LICENSE | $7,294.21 |
| | TEXAS ALCOHOL BOARD | |
| 8.187. | LIQUOR/BUSINESS/HEALTH LICENSE | $4,041.23 |
| | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | |
| 8.188. | RENT | $99,813.46 |
| | THE HIRAOKA FAMILY TRUST | |
| 8.189. | LANDLORD PREPAID ADV CAM | $86.30 |
| | THE WOODLANDS- | |
| 8.190. | CAM | $1,700.92 |
| | THE WOODLANDS COMMERCIAL PROPERTIES, LP | |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

|  | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.191. | CAM | $100.61 |
| | TIGRISWOODS LLC | |
| 8.192. | LIQUOR/BUSINESS/HEALTH LICENSE | $352.84 |
| | TOWN OF ADDISON | |
| 8.193. | LIQUOR/BUSINESS/HEALTH LICENSE | $2,607.59 |
| | TOWN OF BURLINGTON | |
| 8.194. | LIQUOR/BUSINESS/HEALTH LICENSE | $3,157.06 |
| | TOWNSHIP OF EAST HANOVER | |
| 8.195. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,914.75 |
| | TOWNSHIP OF EDISON NEW JERSEY | |
| 8.196. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,237.69 |
| | TOWNSHIP OF MOUNT OLIVE | |
| 8.197. | LIQUOR/BUSINESS/HEALTH LICENSE | $2,030.13 |
| | TOWNSHIP OF WAYNE | |
| 8.198. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,028.84 |
| | TREASURER OF FREDERICK COUNTY | |
| 8.199. | IT SUPPORT-SERVICE | $3,930.00 |
| | TRINTECH | |
| 8.200. | CAM | $259.99 |
| | TUTTLE CROSSING OWNERS ASSOC | |
| 8.201. | HEALTH DEPT | $4,651.20 |
| | US DEPT OF HEALTH | |
| 8.202. | LIQUOR/BUSINESS/HEALTH LICENSE | $301.99 |
| | UTAH DABC | |
| 8.203. | CAM | $151.48 |
| | VENTURA GATEWAY LLC | |
| 8.204. | LIQUOR/BUSINESS/HEALTH LICENSE | $1,688.41 |
| | VIRGINIA DEPART OF ALCOHOLIC BEVERAGE CONTORL | |
| 8.205. | IT SUPPORT-SERVICE | $2,498.09 |
| | VIRTEVA | |
| 8.206. | CAM | $3,192.76 |
| | WC ASSOCIATION | |
| 8.207. | RENT | $1,273.70 |
| | WEINGARTEN MILLER AURORA IILLC | |
| 8.208. | INSURANCE | $47,026.07 |
| | XL INSURANCE AMERICA INC | |

**9.**      **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.                    $1,655,163.73

Debtor    **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

---

| Part 3: | Accounts receivable |
|---|---|

**10.    Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  |  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|---|

**11.    Accounts receivable**

|  |  | Face amount | Doubtful or uncollectible accounts |  | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $264,901.52 | - $18,265.89 | = ........ → | $246,635.63 |
| 11a.[1] | 90 days old or less: | $1,710,004.44 | - $0.00 | = ........ → | $1,710,004.44 |
|  |  | Face amount | Doubtful or uncollectible accounts |  |  |
| 11b. | Over 90 days old: | $71,200.06 | - $0.00 | = ........ → | $71,200.06 |
| 11b.[1] | Over 90 days old: | $_____ | - $_____ | = ........ → | $_____ |

**12.    Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

|  |
|---|
| $2,027,840.13 |

[1]CREDIT CARD RECEIVABLE

---

| Part 4: | Investments |
|---|---|

**13.    Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| 14.1. | _____ | _____ | $_____ |
|---|---|---|---|

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity | % of ownership | | |
|---|---|---|---|---|
| 15.1. | MAC ACQUISITION OF ANNE ARUNDEL COUNTY LLC 1855 BLAKE ST. STE 200 DENVER CO 80202 | 100.00% | _____ | UNDETERMINED |
| 15.2. | MAC ACQUISITION OF BALTIMORE COUNTY LLC 1855 BLAKE ST. STE 200 DENVER CO 80202 | 100.00% | _____ | UNDETERMINED |

---

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| | | | | |
|---|---|---|---|---|
| 15.3. | MAC ACQUISITION OF FREDERICK COUNTY LLC<br>1855 BLAKE ST.<br>STE 200<br>DENVER CO 80202 | 100.00% | _____ | UNDETERMINED |
| 15.4. | MAC ACQUISITION OF KANSAS LLC<br>1855 BLAKE ST.<br>STE 200<br>DENVER CO 80202 | 100.00% | _____ | UNDETERMINED |
| 15.5. | MAC ACQUISITION OF NEW JERSEY LLC<br>1855 BLAKE ST.<br>STE 200<br>DENVER CO 80202 | 100.00% | _____ | UNDETERMINED |
| 15.6. | RMG DEVELOPMENT LLC<br>1855 BLAKE ST.<br>STE 200<br>DENVER CO 80202 | 100.00% | _____ | UNDETERMINED |

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1.    _____    _____    $_____

**17.    Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

> UNDETERMINED

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.    Raw materials**

19.1.    _____    _____    $_____    _____    $_____

**20.    Work in progress**

20.1.    _____    _____    $_____    _____    $_____

**21.    Finished goods, including goods held for resale**

21.1.    _____    _____    $_____    _____    $_____

**22.    Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 22.1. | FOOD | 10/17/2017 | $1,076,900.10 | COST | $1,076,900.10 |
| 22.2. | NON-ALCOHOLIC BEVERAGE | 10/17/2017 | $89,799.92 | COST | $89,799.92 |
| 22.3. | BEVERAGE | 10/17/2017 | $517,612.30 | COST | $517,612.30 |

**23.    Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

> $1,684,312.32

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes Book value: $1,684,312.32 Valuation method: COST Current value: $1,684,312.32

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.** **Farm animals.** Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

33. **Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes Book value: $_____ Valuation method: _____ Current value: $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39.**  **Office furniture** | | | |
| 39.1.   OWNED[1] | $19,454.34 | LOWER OF COST OR MARKET | $19,454.34 |

[1]LOCATED AT CORPORATE OFFICE

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **40.**  **Office fixtures** | | | |
| 40.1. | $_____ | _____ | $_____ |
| **41.**  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1.   OWNED[1] | $1,042,311.67 | LOWER OF COST OR MARKET | $1,042,311.67 |
| 41.2.   OWNED[1] | $401,963.37 | LOWER OF COST OR MARKET | $401,963.37 |
| 41.3.   LEASED[1] | $158,156.77 | LOWER OF COST OR MARKET | $158,156.77 |

[1]LOCATED AT CORPORATE OFFICE

| | | | |
| --- | --- | --- | --- |
| **42.**  **Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. | $_____ | _____ | $_____ |

**43.  Total of part 7**

Add lines 39 through 42. Copy the total to line 86.                    $1,621,886.15

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available)<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2006 FORDX E-150 RWD CA 1FTRE14W86HB20734 | $0.00 | Kelley Blue Book | $5,738.00 |
| 47.2.   2006 FORDX E-150 RWD CA 1FTRE14W96HB39728 | $0.00 | Kelley Blue Book | $5,738.00 |
| 47.3.   2007 FORDX E-150 RWD CA 1FTNE14W17DA28484 | $0.00 | Kelley Blue Book | $5,626.00 |
| 47.4.   2007 FORDX E-150 RWD CA 1FTNE14W67DB21808 | $0.00 | Kelley Blue Book | $5,626.00 |
| 47.5.   2007 FORDX E-150 RWD CA 1FTNE14W07DB44100 | $0.00 | Kelley Blue Book | $5,626.00 |
| 47.6.   2007 FORDX E-150 RWD CA 1FTNE14W47DA92681 | $0.00 | Kelley Blue Book | $5,626.00 |
| 47.7.   2007 FORDX E-150 RWD CA 1FTNE14W57DA67224 | $0.00 | Kelley Blue Book | $5,626.00 |
| 47.8.   2007 FORDX E-150 RWD CA 1FTNE14W97DB03562 | $0.00 | Kelley Blue Book | $5,626.00 |
| 47.9.   2008 FORDX E-150 RWD CA 1FTNE14W28DA91501 | $0.00 | Kelley Blue Book | $7,960.00 |
| 47.10.  2008 FORDX E-150 RWD CA 1FTNE14W58DA28683 | $0.00 | Kelley Blue Book | $7,960.00 |
| 47.11.  2010 FORD E-150 VAN 1FTNE1EW6ADA15879 | $0.00 | OPERATING LEASE | $0.00 |
| 47.12.  2010 FORD E-150 VAN 1FTNE1EWXADA09874 | $0.00 | OPERATING LEASE | $0.00 |
| 47.13.  2016 FIAT 500 L EASY ZFBCFABHXGZ038235 | $0.00 | OPERATING LEASE | $0.00 |
| 47.14.  2016 FIAT 500 L EASY ZFBCFABH2GZ038469 | $0.00 | OPERATING LEASE | $0.00 |
| 47.15.  2016 FIAT 500 L EASY ZFBCFABH5GZ038496 | $0.00 | OPERATING LEASE | $0.00 |
| 47.16.  2016 FIAT 500 L EASY ZFBCFABH0GZ038227 | $0.00 | OPERATING LEASE | $0.00 |

**48.   Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1.   _____    $_____    _____    $_____

**49.   Aircraft and accessories**

49.1.   _____    $_____    _____    $_____

**50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 50.1.   RESTAURANT EQUIPMENT[1] | $2,932,772.00 | Lower of Cost or Market | $2,932,772.00 |
| 50.2.   EQUIPMENT - HVAC[1] | $365,383.99 | Lower of Cost or Market | $365,383.99 |
| 50.3.   WALKIN COOLERS/FREEZERS[1] | $738,930.05 | Lower of Cost or Market | $738,930.05 |
| 50.4.   BEER SYSTEMS[1] | $115.64 | Lower of Cost or Market | $115.64 |

[1]LOCATED AT RESTAURANTS

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

**51.    Total of part 8**

Add lines 47 through 50. Copy the total to line 87.                    | $4,098,353.68 |

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☒ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 9:**    **Real property**

**54.    Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1.  DOOR - BACK DOOR<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31033<br>25001 COUNTRY CLUB BLVD.<br>NORTH OLMSTED OH 44070 | LEASED | $2,380.01 | Lower of Cost or Market | $2,380.01 |
| 55.2.  DOOR - MECH ROOM EXT DOOR<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31229<br>7205 N CENTRAL EXPY<br>PLANO TX 75025 | LEASED | $2,654.21 | Lower of Cost or Market | $2,654.21 |
| 55.3.  DOOR - BACK SECURITY DOOR<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31132<br>8700 NW 18TH TERRACE<br>DORAL FL 33172 | LEASED | $2,667.48 | Lower of Cost or Market | $2,667.48 |
| 55.4.  LHI - OVIEDO<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31345<br>7123 RED BUG LAKE RD.<br>OVIEDO FL 32765 | LEASED | $4,302.56 | Lower of Cost or Market | $4,302.56 |
| 55.5.  LHI - HENDERSON<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31156<br>573 N STEPHANIE ST.<br>HENDERSON NV 89014 | LEASED | $5,342.23 | Lower of Cost or Market | $5,342.23 |

Debtor  **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse,<br>apartment or office building), if available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value<br>of debtor's<br>interest<br><br>(Where available) | Valuation<br>method used for<br>current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.6.   LHI - SEAL BEACH<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31255<br>12380 SEAL BEACH BLVD.<br>SEAL BEACH CA 90740 | LEASED | $6,672.55 | Lower of Cost or<br>Market | $6,672.55 |
| 55.7.   SEWAGE LIFT STATION<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31081<br>12148 S APOPKA VINELAND RD.<br>ORLANDO FL 32836 | LEASED | $7,049.56 | Lower of Cost or<br>Market | $7,049.56 |
| 55.8.   LHI - ARLINGTON<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31037<br>1670 W INTERSTATE 20<br>ARLINGTON TX 76017 | LEASED | $9,824.81 | Lower of Cost or<br>Market | $9,824.81 |
| 55.9.   LHI - LITTLE ROCK<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31050<br>11100 W MARKHAM ST.<br>LITTLE ROCK AR 72211 | LEASED | $9,824.81 | Lower of Cost or<br>Market | $9,824.81 |
| 55.10.   LHI - LIVONIA<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31053<br>39300 7 MILE RD.<br>LIVONIA MI 48152 | LEASED | $9,824.81 | Lower of Cost or<br>Market | $9,824.81 |
| 55.11.   LHI - PLANO<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31045<br>5005 W PARK BLVD.<br>PLANO TX 75093 | LEASED | $9,824.81 | Lower of Cost or<br>Market | $9,824.81 |
| 55.12.   PLUMBING - UNDERGROUND IN BLG<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31185<br>14331 HALL RD.<br>SHELBY TOWNSHIP MI 48315 | LEASED | $15,925.41 | Lower of Cost or<br>Market | $15,925.41 |
| 55.13.   LHI - EL CERRITO<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31347<br>8000 EL CERRITO BLVD.<br>EL CERRITO CA 94530 | LEASED | $16,167.85 | Lower of Cost or<br>Market | $16,167.85 |

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.14. LHI - NORTHRIDGE<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31203<br>19400 PLUMMER ST.<br>NORTHRIDGE CA 91324 | LEASED | $16,675.58 | Lower of Cost or Market | $16,675.58 |
| 55.15. LHI - OTAY RANCH<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31339<br>2015 BIRCH RD. SUITE 2500<br>CHULA VISTA CA 91915 | LEASED | $22,779.20 | Lower of Cost or Market | $22,779.20 |
| 55.16. LHI - ALBUQUERQUE<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31029<br>2100 LOUISIANA BLVD. NE<br>ALBUQUERQUE NM 87110 | LEASED | $29,607.95 | Lower of Cost or Market | $29,607.95 |
| 55.17. LHI - TO GO ENTRY WALL<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31342<br>2535 MEDICAL CENTER PKWY.<br>MURFREESBORO TN 37129 | LEASED | $20,634.42 | Lower of Cost or Market | $20,634.42 |
| 55.18. LHI - CORONA<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31294<br>3591 GRAND OAKS<br>CORONA CA 92881 | LEASED | $62,728.16 | Lower of Cost or Market | $62,728.16 |
| 55.19. LHI - ALDERWOOD<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31349<br>3000 184TH ST. SW #922<br>ALDERWOOD WA 98037 | LEASED | $66,152.77 | Lower of Cost or Market | $66,152.77 |
| 55.20. LHI - FRESNO<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31161<br>7650 N BLACKSTONE AVE.<br>FRESNO CA 93720 | LEASED | $79,723.78 | Lower of Cost or Market | $79,723.78 |
| 55.21. LHI - NORTH TUCSON<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31301<br>2265 W INA RD.<br>TUCSON AZ 85741 | LEASED | $80,908.77 | Lower of Cost or Market | $80,908.77 |

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.22.  LHI - CEDAR HILL<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31212<br>388 N HIGHWAY 67<br>CEDAR HILL TX 75104 | LEASED | $93,928.16 | Lower of Cost or Market | $93,928.16 |
| 55.23.  LHI - TRIANGLE TOWN CENTER<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31273<br>3421 SUMNER BLVD.<br>RALEIGH NC 27616 | LEASED | $97,294.58 | Lower of Cost or Market | $97,294.58 |
| 55.24.  LHI - NORTH AURORA<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31296<br>14241 E ALAMEDA AVE.<br>AURORA CO 80012 | LEASED | $100,457.58 | Lower of Cost or Market | $100,457.58 |
| 55.25.  LHI - WINTER GARDEN<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31340<br>3143 DANIELS RD.<br>WINTER GARDEN FL 34787 | LEASED | $117,543.94 | Lower of Cost or Market | $117,543.94 |
| 55.26.  LHI - STOCKTON<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31287<br>5420 PACIFIC AVE.<br>STOCKTON CA 95207 | LEASED | $115,079.67 | Lower of Cost or Market | $115,079.67 |
| 55.27.  LHI - KENDALL<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31003<br>12100 SW 88TH ST.<br>MIAMI FL 33186 | LEASED | $136,329.88 | Lower of Cost or Market | $136,329.88 |
| 55.28.  LHI - CARY<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31115<br>740 SE MAYNARD RD.<br>CARY NC 27511 | LEASED | $137,362.82 | Lower of Cost or Market | $137,362.82 |
| 55.29.  LHI - ANNAPOLIS<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31089<br>178 JENNIFER RD.<br>ANNAPOLIS MD 21401 | LEASED | $144,269.69 | Lower of Cost or Market | $144,269.69 |

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.30. LHI - SAHARA<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31072<br>2400 W SAHARA AVE.<br>LAS VEGAS NV 89102 | LEASED | $153,691.39 | Lower of Cost or Market | $153,691.39 |
| 55.31. LHI - TEMECULA<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31251<br>41221 MARGARITA RD.<br>TEMECULA CA 92591 | LEASED | $156,120.86 | Lower of Cost or Market | $156,120.86 |
| 55.32. LHI - SIMI VALLEY<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31307<br>2920 TAPO CANYON RD.<br>SIMI VALLEY CA 93063 | LEASED | $164,121.12 | Lower of Cost or Market | $164,121.12 |
| 55.33. LHI - HUNTINGTON BEACH<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31120<br>7901 EDINGER AVE.<br>HUNTINGTON BEACH CA 92647 | LEASED | $165,972.08 | Lower of Cost or Market | $165,972.08 |
| 55.34. LHI - DEER VALLEY<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31178<br>2949 W AGUA FRIA FWY.<br>PHOENIX AZ 85027 | LEASED | $176,626.89 | Lower of Cost or Market | $176,626.89 |
| 55.35. LHI - TYRONE SQUARE<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31238<br>2302 TYRONE BLVD. N<br>ST. PETERSBURG FL 33710 | LEASED | $178,188.04 | Lower of Cost or Market | $178,188.04 |
| 55.36. LHI - OXFORD VALLEY<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31116<br>640 COMMERCE BLVD.<br>FAIRLESS HILLS PA 19030 | LEASED | $184,791.65 | Lower of Cost or Market | $184,791.65 |
| 55.37. LHI - CORPUS CHRISTI<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31131<br>5133 S PADRE ISLAND DR.<br>CORPUS CHRISTI TX 78411 | LEASED | $185,382.77 | Lower of Cost or Market | $185,382.77 |

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.38.  LHI - E. EL PASO<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31268<br>11885 GATEWAY BLVD. W<br>EL PASO TX 79936 | LEASED | $188,698.02 | Lower of Cost or Market | $188,698.02 |
| 55.39.  LHI - TUSTIN<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31148<br>13652 JAMBOREE RD.<br>IRVINE CA 92602 | LEASED | $198,987.61 | Lower of Cost or Market | $198,987.61 |
| 55.40.  LHI - ANAHEIM HILLS<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31257<br>8150 E SANTA ANA CANYON RD.<br>ANAHEIM CA 92808 | LEASED | $203,079.16 | Lower of Cost or Market | $203,079.16 |
| 55.41.  LHI - OPRY MILLS<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31280<br>517 OPRY MILLS DR.<br>NASHVILLE TN 37214 | LEASED | $210,232.57 | Lower of Cost or Market | $210,232.57 |
| 55.42.  LHI - FRISCO<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31234<br>3111 PRESTON RD.<br>FRISCO TX 75034 | LEASED | $217,783.69 | Lower of Cost or Market | $217,783.69 |
| 55.43.  LHI - OCEANSIDE<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31283<br>2655 VISTA WAY<br>OCEANSIDE CA 92054 | LEASED | $224,473.37 | Lower of Cost or Market | $224,473.37 |
| 55.44.  LHI - VIRGINIA BEACH<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31300<br>4574 VIRGINIA BEACH BLVD.<br>VIRGINIA BEACH VA 23462 | LEASED | $232,232.44 | Lower of Cost or Market | $232,232.44 |
| 55.45.  LHI - FASHION PLACE<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31182<br>102 E WINCHESTER ST.<br>SALT LAKE CITY UT 84107 | LEASED | $237,874.43 | Lower of Cost or Market | $237,874.43 |

| Debtor | **MAC ACQUISITION LLC** | | | Case number *(if known)* **17-12224** | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.46. | LHI - ROUNDROCK<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31176<br>2501 S IH 35<br>ROUND ROCK TX 78664 | LEASED | $241,804.66 | Lower of Cost or Market | $241,804.66 |
| 55.47. | LHI - ANN ARBOR<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31141<br>3010 S STATE ST.<br>ANN ARBOR MI 48108 | LEASED | $253,860.93 | Lower of Cost or Market | $253,860.93 |
| 55.48. | LHI - RENO<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31184<br>5505 S VIRGINIA ST.<br>RENO NV 89502 | LEASED | $255,164.11 | Lower of Cost or Market | $255,164.11 |
| 55.49. | LHI - STRONGVILLE<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31109<br>17095 SOUTHPARK CTR.<br>STRONGSVILLE OH 44136 | LEASED | $251,265.28 | Lower of Cost or Market | $251,265.28 |
| 55.50. | LHI - HENRIETTA<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31112<br>760 JEFFERSON RD.<br>ROCHESTER NY 14623 | LEASED | $260,630.08 | Lower of Cost or Market | $260,630.08 |
| 55.51. | LHI - BIRMINGHAM<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31174<br>241 SUMMIT BLVD.<br>VESTAVIA AL 35243 | LEASED | $259,463.57 | Lower of Cost or Market | $259,463.57 |
| 55.52. | LHI - CARROLLWOOD<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31039<br>14904 N DALE MABRY HWY.<br>TAMPA FL 33618 | LEASED | $263,791.84 | Lower of Cost or Market | $263,791.84 |
| 55.53. | LHI - ROSEVILLE<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31078<br>2010 DOUGLAS BLVD.<br>ROSEVILLE CA 95661 | LEASED | $273,422.73 | Lower of Cost or Market | $273,422.73 |

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.54. LHI - S. PORTLAND<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31127<br>415 PHILBROOK AVE. SUITE 100<br>SOUTH PORTLAND ME 04106 | LEASED | $275,158.74 | Lower of Cost or Market | $275,158.74 |
| 55.55. LHI - WOODLANDS<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31088<br>1155 LAKE WOODLANDS DR.<br>SPRING TX 77380 | LEASED | $273,885.59 | Lower of Cost or Market | $273,885.59 |
| 55.56. PROJECT MANAGEMENT-MCWHINNEY<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 90901<br>1883 BLAKE STREET<br>STE 228<br>DENVER CO 80202 | LEASED | $26,163.80 | Lower of Cost or Market | $26,163.80 |
| 55.57. LHI - WINWARD PARKWAY<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31289<br>5045 WINDWARD PKWY.<br>ALPHARETTA GA 30004 | LEASED | $279,325.17 | Lower of Cost or Market | $279,325.17 |
| 55.58. LHI - LOUISVILLE<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31015<br>401 S HURSTBOURNE PKWY.<br>LOUISVILLE KY 40222 | LEASED | $272,017.91 | Lower of Cost or Market | $272,017.91 |
| 55.59. LHI - UNIVERSITY<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31067<br>1505 S UNIVERSITY DR.<br>FORT WORTH TX 76107 | LEASED | $282,686.89 | Lower of Cost or Market | $282,686.89 |
| 55.60. LHI - CHURCH RANCH<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31314<br>10411 TOWN CENTER DR.<br>BROOMFIELD CO 80021 | LEASED | $292,052.64 | Lower of Cost or Market | $292,052.64 |
| 55.61. LHI - PUENTE HILLS<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31302<br>17603 COLIMA RD.<br>CITY OF INDUSTRY CA 91748 | LEASED | $294,186.91 | Lower of Cost or Market | $294,186.91 |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse,<br>apartment or office building), if available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value<br>of debtor's<br>interest<br><br>(Where available) | Valuation<br>method used for<br>current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.62.  LHI - CERRITOS<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31197<br>12875 TOWNE CENTER DR.<br>CERRITOS CA 90703 | LEASED | $294,919.53 | Lower of Cost or<br>Market | $294,919.53 |
| 55.63.  LHI - SUMMERLIN<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31151<br>2001 N RAINBOW BLVD.<br>LAS VEGAS NV 89108 | LEASED | $302,810.42 | Lower of Cost or<br>Market | $302,810.42 |
| 55.64.  LHI - COLONIE<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31165<br>1 METRO PARK RD.<br>ALBANY NY 12205 | LEASED | $305,538.97 | Lower of Cost or<br>Market | $305,538.97 |
| 55.65.  LHI - BAKERSFIELD<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31286<br>8850 ROSEDALE HWY.<br>BAKERSFIELD CA 93312 | LEASED | $299,762.68 | Lower of Cost or<br>Market | $299,762.68 |
| 55.66.  LHI - MALL OF GEORGIA<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31216<br>3207 BUFORD DR.<br>BUFORD GA 30519 | LEASED | $314,038.06 | Lower of Cost or<br>Market | $314,038.06 |
| 55.67.  LHI - NORTH COUNTY FAIR<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31285<br>202 E VIA RANCHO PKWY.<br>ESCONDIDO CA 92025 | LEASED | $319,513.10 | Lower of Cost or<br>Market | $319,513.10 |
| 55.68.  LHI - ELK GROVE<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31252<br>8295 LAGUNA BLVD<br>ELK GROVE CA 95758 | LEASED | $328,050.38 | Lower of Cost or<br>Market | $328,050.38 |
| 55.69.  LHI - GREENVILLE<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31108<br>105 E BEACON DR.<br>GREENVILLE SC 29615 | LEASED | $335,611.38 | Lower of Cost or<br>Market | $335,611.38 |

Debtor    **MAC ACQUISITION LLC**                                                        Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.70.   LHI - DENVER WEST<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31167<br>14245 W COLFAX AVE.<br>LAKEWOOD CO 80401 | LEASED | $339,182.65 | Lower of Cost or Market | $339,182.65 |
| 55.71.   LHI - FREDERICK<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31279<br>5201 BUCKEYSTOWN PIKE<br>FREDERICK MD 21704 | LEASED | $343,194.00 | Lower of Cost or Market | $343,194.00 |
| 55.72.   LHI - AUSTIN<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31004<br>9828 GREAT HILLS TRAIL<br>AUSTIN TX 78759 | LEASED | $317,384.50 | Lower of Cost or Market | $317,384.50 |
| 55.73.   LHI - VISTA RIDGE<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31179<br>2437 S STEMMONS FWY.<br>LEWISVILLE TX 75067 | LEASED | $356,697.29 | Lower of Cost or Market | $356,697.29 |
| 55.74.   LHI - RETAMA<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31222<br>8355 AGORA PKWY.<br>SELMA TX 78154 | LEASED | $363,057.45 | Lower of Cost or Market | $363,057.45 |
| 55.75.   PLUMBING - GREASE TRAP<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31346<br>110 RANCH DR.<br>MILPITAS CA 95035 | LEASED | $22,180.50 | Lower of Cost or Market | $22,180.50 |
| 55.76.   LHI - REDLANDS<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31324<br>27490 W LUGONIA AVE.<br>REDLANDS CA 92374 | LEASED | $515,536.05 | Lower of Cost or Market | $515,536.05 |
| 55.77.   LHI - HARRISBURG<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31327<br>2531 BRINDLE DR.<br>HARRISBURG PA 17110 | LEASED | $552,964.86 | Lower of Cost or Market | $552,964.86 |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.78.   LHI - MONTROSE<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31064<br>41 SPRINGSIDE DR.<br>AKRON OH 44333 | LEASED | $583,435.91 | Lower of Cost or Market | $583,435.91 |
| 55.79.   LHI - FRACONIA<br><br>LEASEHOLD IMPROVEMENTS<br><br>STORE NO. 31284<br>5925 KINGSTOWNE TOWNE CTR.<br>ALEXANDRIA VA 22315 | LEASED | $434,786.64 | Lower of Cost or Market | $434,786.64 |
| 55.80.   REAL PROPERTY LEASE STORE # 10897<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>OMILOS 1 LLC<br>GEORGE NICHOLAKOS<br>5242 YORKTOWN BLVD<br>ARLINGTON VA 22207 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.81.   REAL PROPERTY LEASE STORE # 31003<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>KENDALLGATE CENTER ASSOCIATES LTD<br>BERKOWITZ DEVELOPMENT GROUP<br>DAVID MARKOWITZ PROPERTY MANAGER<br>2665 S BAYSHORE DR STE 1200<br>COCONUT GROVE FL 33133 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.82.   REAL PROPERTY LEASE STORE # 31004<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>THE RETAIL CONNECTION<br>CARLA NEEL<br>221 W 6TH ST STE 1030<br>AUSTIN TX 78701 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.83.   REAL PROPERTY LEASE STORE # 31015<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>RDT LIMITED PARTNERSHIP<br>RICHARD D THURMAN<br>DIANE CONLEE EXEC ASSISTANT<br>10000 SHELBYVILLE RD STE 210<br>LOUISVILLE KY 40223 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.84.   REAL PROPERTY LEASE STORE # 31017<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>7979 MAC LLC<br>SCOTT AUTREY<br>16 CHERRYMOOR DR<br>ENGLEWOOD CO 80113 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor  **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.85.  REAL PROPERTY LEASE STORE # 31022<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>307 EAST EDGEWATER AVENUE LLC<br>FRANK MCGINITY<br>1114 STATE ST STE 250<br>SANTA BARBARA CA 93101 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.86.  REAL PROPERTY LEASE STORE # 31029<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>WINROCK PARTNERS LLC<br>COLETTE WHARTON<br>GOODMAN REALTY GROUP<br>100 SUN AVE NE STE 210<br>ALBUQUERQUE NM 87109 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.87.  REAL PROPERTY LEASE STORE # 31033<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>25001 COUNTRY CLUB LLC<br>TOM GOEBEL<br>6855 ROSEROAD CIR<br>INDEPENDENCE OH 44131 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.88.  REAL PROPERTY LEASE STORE # 31037, 31045, 31131<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BRINKER TEXAS INC<br>GENERAL COUNSEL<br>DENISE MOORE VP PROPERTY MNGMT<br>6820 LBJ FWY<br>DALLAS TX 75240 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.89.  REAL PROPERTY LEASE STORE # 31039<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>KIMCO CARROLLWOOD 664 INC<br>KIMCO REALTY CORP<br>VICKI ANTHONY<br>3333 NEW HYDE PK RD STE 100<br>NEW HYDE PARK NY 11042 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.90.  REAL PROPERTY LEASE STORE # 31050<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BRINKER ARKANSAS INC<br>GENERAL COUNSEL<br>DENISE MOORE VP PROPERTY MNGMT<br>6820 LBJ FWY<br>DALLAS TX 75240 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                                                    Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.91.  REAL PROPERTY LEASE STORE # 31053<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BRINKER MICHIGAN INC<br>GENERAL COUNSEL<br>DENISE MOORE VP PROPERTY MNGMT<br>6820 LBJ FWY<br>DALLAS TX 75240 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.92.  REAL PROPERTY LEASE STORE # 31064<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>GRILLONI LLC<br>MICHAEL SCHMIDT<br>222 GRAND AVE<br>ENGLEWOOD NJ 07631 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.93.  REAL PROPERTY LEASE STORE # 31067<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BEARDEN CHILDRENS TRUST<br>CC BEARDEN ENTERPRISES<br>CASSIE POORE<br>PO BOX 101717<br>FORT WORTH TX 76158 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.94.  REAL PROPERTY LEASE STORE # 31072<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>NFC LLC<br>THOMAS AND MACK DEVELOPMENT GROUP<br>NICOLA B FRYATT LEASING MANAGER<br>7181 AMIGO ST STE 100<br>LAS VEGAS NV 89119 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.95.  REAL PROPERTY LEASE STORE # 31078<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>ROCKY RIDGE STATION LLC<br>ROBERT F MYERS COO LEASE<br>ADMINISTRATION DEPT<br>11501 NORTHLAKE DR<br>CINCINNATI OH 45249 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.96.  REAL PROPERTY LEASE STORE # 31081<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>WELLS LAKE BUENA VISTA LLC<br>BILL HALE<br>40 FRANCIS RD<br>HENDERSONVILLE NC 28792 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.97.  REAL PROPERTY LEASE STORE # 31084<br><br>REAL PROPERTY SUBLEASE AGREEMENT<br><br>THE PELICAN BATON ROUGE LLC<br>FENET TREADWAY GAUDIN<br>JENNIFER TREADWAY COUNSEL<br>4021 WE HECK CT<br>BATON ROUGE LA 70816 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                                                Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse,<br>apartment or office building), if available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value<br>of debtor's<br>interest<br>(Where available) | Valuation<br>method used for<br>current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.98.   REAL PROPERTY LEASE STORE # 31084<br><br>REAL PROPERTY SUBLEASE AGREEMENT<br><br>BRINKER LOUISIANA INC<br>GENERAL COUNSEL 001009085<br>DENISE MOORE VP PROPERTY MNGMT<br>6820 LBJ FWY<br>DALLAS TX 75240 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.99.   REAL PROPERTY LEASE STORE # 31088<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>AMREIT INC<br>CRAIG VANCE PROPERTY MANAGER<br>8 GREENWAY PLZ STE 1000<br>HOUSTON TX 77046 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.100.  REAL PROPERTY LEASE STORE # 31097<br><br>REAL PROPERTY SUBLEASE AGREEMENT<br><br>LILLIE MAE CAIN TRUST<br>FIRST TENNESSEE BANK NA A TENNESSEE<br>BANKING<br>TRUST DEPT ROBERT KILLEFER SENIOR VP<br>PO BOX 1991<br>KNOXVILLE TN 37901 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.101.  REAL PROPERTY LEASE STORE # 31108<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>CENTRAL REALTY CORP<br>TODD HARDAWAY VP LEASING AND PROP<br>MNGT<br>PO BOX 1805 400 EAST STONE AVE<br>GREENVILLE SC 29602 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.102.  REAL PROPERTY LEASE STORE # 31109<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>SOUTHPARK MALL LLC<br>SRP PROPERTY MANAGEMENT LLC<br>LEASE COORDINATION GINA LOEHR<br>1 E WACKER DR STE 3700<br>CHICAGO IL 60601 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.103.  REAL PROPERTY LEASE STORE # 31109<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>SOUTHPARK MALL LLC<br>GENERAL MANAGER<br>KURT REDDICK GENERAL MANAGER<br>500 SOUTHPARK CTR<br>STRONGSVILLE OH 44136 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.104.  REAL PROPERTY LEASE STORE # 31112<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>RB 3 ASSOCIATES<br>C O BENDERSON DEVELOPMENT CO<br>MIKE WALKER<br>7978 COOPER CREEK BLVD STE 100<br>UNIVERSITY PARK FL 34201 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.105.  REAL PROPERTY LEASE STORE # 31115<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BRINKER NORTH CAROLINA INC<br>GENERAL COUNSEL<br>DENISE MOORE VP PROPERTY MNGMT<br>6820 LBJ FWY<br>DALLAS TX 75240 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.106.  REAL PROPERTY LEASE STORE # 31116<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>OXFORD VALLEY ROAD ASSOCIATES<br>KURTZMAN STEADY LLC<br>JEFFREY KURTZMAN ESQ<br>401 S 2ND ST<br>PHILADELPHIA PA 19147 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.107.  REAL PROPERTY LEASE STORE # 31120<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BELLA TERRA ASSOCIATES LLC<br>DJM CAPITAL PARTNERS INC<br>OLEG F SIVRYUK DIR OF REAL ESTATE ACCOUNTING<br>7777 EDINGER AVE STE 133<br>HUNTINGTON BEACH CA 92647 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.108.  REAL PROPERTY LEASE STORE # 31127<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>PHILBROOK AVENUE ASSOCIATES LLC<br>C O SR WEINER AND ASSOCIATES<br>DAVID YORK<br>1330 BOYLSTON ST STE 212<br>CHESTNUT HILL MA 02467 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.109.  REAL PROPERTY LEASE STORE # 31132<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>FRANCISCO R UNANUE MARIA ELENA ORTEGA WOLLBERG AND JOSE A ORTEGA JR AS COTRUSTEES OF THE P AND L TRUST DTD SEP 22 1999<br>2000 NW 92ND AVE<br>MIAMI FL 33172 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor  **MAC ACQUISITION LLC**                                           Case number *(if known)* **17-12224**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.110. REAL PROPERTY LEASE STORE # 31133 REAL PROPERTY SUBLEASE AGREEMENT SERGIOS 4 PINES BLVD LLC RENE PRATS 12380 SW 130 ST MIAMI FL 33186 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.111. REAL PROPERTY LEASE STORE # 31133 REAL PROPERTY SUBLEASE AGREEMENT JOSE A AND LUCILA G ORTEGA AS COTRUSTEES OF THE LUCILA G ORTEGA 1995 TRUST DTD SEP 1 1995 MARIA WOLLBERG 4970 SW 80TH ST MIAMI FL 33143 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.112. REAL PROPERTY LEASE STORE # 31141 REAL PROPERTY LEASE AGREEMENT BRIARWOOD LLC SIMON PROPERTY GROUP IDA HENDRIX PROPERTY MANAGER 225 W WASHINGTON ST INDIANAPOLIS IN 46204 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.113. REAL PROPERTY LEASE STORE # 31145 REAL PROPERTY LEASE AGREEMENT MGAVC LLC AND MGLBC LLC RONALD DE MILT MANAGING MEMBER 4468 BRYNWOOD DR NAPLES FL 34119 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.114. REAL PROPERTY LEASE STORE # 31145 REAL PROPERTY LEASE AGREEMENT POWERSTONE PROPERTY MANAGEMENT MINA RIOS ACCOUNTS RECEIVABLE 9060 IRVINE CTR DR IRVINE CA 92618 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.115. REAL PROPERTY LEASE STORE # 31148 REAL PROPERTY LEASE AGREEMENT THE IRVINE CO LLC GENERAL COUNSEL KAROL H REDDY PROPERTY ASSISTANT 550 NEWPORT CTR DR NEWPORT BEACH CA 92660 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.116. REAL PROPERTY LEASE STORE # 31151 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| REAL PROPERTY LEASE AGREEMENT<br><br>NORTH RAINBOW BOULEVARD HOLDINGS<br>INTEGRIS REALTY SVC<br>6440 SKY POINTE DR 140175<br>LAS VEGAS NV 89131 | | | | |
| 55.117. REAL PROPERTY LEASE STORE # 31156 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| REAL PROPERTY LEASE AGREEMENT<br><br>HIP STEPHANIE LLC<br>HARSCH INVESTMENT PROPERTIES<br>SHARON MATLOCK RETAIL LEASE MANAGER<br>1121 SW SALMON ST<br>PORTLAND OR 97205 | | | | |
| 55.118. REAL PROPERTY LEASE STORE # 31161 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| REAL PROPERTY LEASE AGREEMENT<br><br>LANCEKASHIAN AND CO<br>RACHELLE DUNNE<br>PROPERTY MANAGER<br>265 E RIVER PK CIR STE 150<br>FRESNO CA 93720 | | | | |
| 55.119. REAL PROPERTY LEASE STORE # 31163 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| REAL PROPERTY LEASE AGREEMENT<br><br>PARTCIA WAHL LAPAN AS TRUSTEE OF THE PATRCIA<br>LAPAN LIVING TRUST PURSUANT TO THE DECLATRATION ETC<br>OF TRUST DTD 04/15/94 WHICH TRUST WAS REST ON OR<br>6363 CHRISTIE AVE 2925<br>EMERYVILLE CA 94608 | | | | |
| 55.120. REAL PROPERTY LEASE STORE # 31165 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| REAL PROPERTY LEASE AGREEMENT<br><br>WOLF ROAD PARK II LLC<br>C O THE BELTRONE GROUP LLC<br>JOSEPH G CARANFA VICE PRESIDENT<br>14 HEMLOCK ST BOX 517<br>LATHAM NY 12110 | | | | |
| 55.121. REAL PROPERTY LEASE STORE # 31167 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| REAL PROPERTY LEASE AGREEMENT<br><br>DENVER WEST MILLS LP<br>C O SIMON PROPERTY GROUP INC<br>MIKE FREESE ASST GENERAL COUNSEL<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204 | | | | |

Debtor  **MAC ACQUISITION LLC**                                     Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.122.  REAL PROPERTY LEASE STORE # 31167<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>DENVER WEST MILLS LP<br>SIMON PROPERTY GROUP<br>MELISSA A BREEDEN COUNSEL<br>225 W WASHINGTON ST<br>INDIANAPOLIS IN 46204 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.123.  REAL PROPERTY LEASE STORE # 31171<br><br>REAL PROPERTY SUBLEASE AGREEMENT<br><br>CENTENNIAL LAKES GRILL LLC<br>UNITED PROPERTIES INVESTMENT LLC<br>EVA STEVENS EXE VP ASSET MNGMT<br>3600 AMERICAN BLVD WEST STE 750<br>BLOOMINGTON MN 55431 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.124.  REAL PROPERTY LEASE STORE # 31174<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BAYER RETAIL CO LLC<br>SAM HEIDE GENERAL COUNSEL<br>2222 ARLINGTON AVE<br>BIRMINGHAM AL 35205 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.125.  REAL PROPERTY LEASE STORE # 31176<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>MACARONI RR I35 PARTNERSHIP LTD<br>HOWARD CHAPMAN<br>10461 WESTPARK DR<br>HOUSTON TX 77042 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.126.  REAL PROPERTY LEASE STORE # 31178<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>DDRA COMMUNITY CENTERS EITHER LP<br>DEVELOPERS DIVERSIFIED REALTY CORPORATION<br>BRYAN STONE ASSOCIATE ATTORNEY<br>3300 ENTERPRISE PKWY<br>BEACHWOOD OH 44122 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.127.  REAL PROPERTY LEASE STORE # 31179<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BILL STUBBS AND CO<br>RICK RUSSELL<br>4216 NORTH PORTLAND AVE STE 101<br>OKLAHOMA CITY OK 73112 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.128.  REAL PROPERTY LEASE STORE # 31182<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>RODERICK ENTERPRISES<br>RENEE SCHMID ASSET/PROPERTY MNGR<br>1214 EAST VINE ST<br>SALT LAKE CITY UT 84121 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.129.  REAL PROPERTY LEASE STORE # 31184<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>SHANKAR NEVADA LLC<br>EUGENE BURGER MANAGEMENT CORPORATION<br>KEVIN MOLONEY DISTRICT MANAGER<br>5011 MEADOWOOD MALL WAY STE 200<br>RENO NV 89502 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.130.  REAL PROPERTY LEASE STORE # 31185<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>WDRE MG LLC<br>CINDI ANDERSON PRESIDENT<br>10172 INDIAN RIDGE<br>RENO NV 89511 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.131.  REAL PROPERTY LEASE STORE # 31195<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BRIXMOR WOLFCREEK OUTPARCEL OWNER<br>BRIXMOR PROPERTY GROUP<br>ROBERT DELIZZIO/PROPERTY COLLECTOR<br>PO BOX 645349<br>CINCINNATTI OH 45264-5349 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.132.  REAL PROPERTY LEASE STORE # 31196<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>HARKAN PROPERTIES LLC<br>J HARTLEY KANTOR<br>2122 FIFE ST<br>TACOMA WA 98406 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.133.  REAL PROPERTY LEASE STORE # 31197<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>CERRITOS GARP LLC<br>FELECIA SERRA DIRECTOR OF PROPERTY<br>977 LOMAS SANTA FE DR STE A<br>SOLANA BEACH CA 92075 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.134.  REAL PROPERTY LEASE STORE # 31199<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>FIRST MICHIGAN MAC ASSOCIATES LLC<br>RAJA KHANNA<br>80 NASHUA RD STE 24<br>LONDONDERRY NH 03053 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.135.  REAL PROPERTY LEASE STORE # 31203<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>GGP NORTHRIDGE FASHION CENTER LP<br>GENERAL GROWTH PROPERTIES INC<br>THOMAS K HORNACEK ASSOC GENERAL COUNSEL<br>110 NORTH WACKER DR<br>CHICAGO IL 60606 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.136.  REAL PROPERTY LEASE STORE # 31205<br><br>REAL PROPERTY SUBLEASE AGREEMENT<br><br>TANGI EAST LLC NO 1<br>BRUNO AND BRUNO<br>JAMIE BUTTS<br>70325 HIGHWAY 1077 STE 2A<br>COVINGTON LA 70433 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.137.  REAL PROPERTY LEASE STORE # 31205<br><br>REAL PROPERTY SUBLEASE AGREEMENT<br><br>STIRLING PROPERTIES LLC<br>ASHEE WHITE PROPERTY ASSISTANT<br>109 NORTHPARK BLVD STE 300<br>COVINGTON LA 70433 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.138.  REAL PROPERTY LEASE STORE # 31212<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>VR PARTNERS I LP<br>BILL DEMUTH PRESIDENT<br>6831 PRESTONSHIRE LN<br>DALLAS TX 75225 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.139.  REAL PROPERTY LEASE STORE # 31216<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>MALL OF GEORGIA LLC SIMON PROPERTY GROUP<br>JOHN MILAM<br>MARY STULTZ PROPERTY MANAGER<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.140.  REAL PROPERTY LEASE STORE # 31222<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>MIKE AND MARTHA WITT<br>MARTHA WITT/OWNER<br>3300 E LAKE CREEK RD<br>HEBER UT 84032 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.141.  REAL PROPERTY LEASE STORE # 31229<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>LEGACY<br>WELLS PLANO LLC<br>BILL HALE<br>40 FRANCIS RD<br>HENDERSONVILLE NC 28792 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.142.  REAL PROPERTY LEASE STORE # 31233<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>VESTAR DRMOP LLC<br>PRESIDENT<br>PAT MCGINLEY PROPERTY MANAGEMENT<br>2425 E CAMELBACK ROAD STE 750<br>PHOENIX AZ 85016 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.143. REAL PROPERTY LEASE STORE # 31234<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BRE RETAIL RESIDUAL OWNER 1 LLC<br>OFFICE OF GENERAL COUNSEL PROPERTY<br>CHRISTOPHER BISHOP ASSOC GENERAL<br>COUNSEL<br>420 LEXINGTON AVE 7TH FL<br>NEW YORK NY 10170 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.144. REAL PROPERTY LEASE STORE # 31234<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BRE RETAIL RESIDUAL OWNER 1 LLC<br>LEGAL COUNSEL<br>40 SKOKIE BLVD STE 600<br>NORTHBROOK IL 60062 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.145. REAL PROPERTY LEASE STORE # 31235<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>THOMAS TYLER PATRICIA TYLER AND<br>WILLIAM SEIDER<br>PATRICIA TYLER<br>2202 CASEY KEY RD<br>NOKOMIS FL 34275 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.146. REAL PROPERTY LEASE STORE # 31238<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>SERITAGE GROWTH PROPERTIES LP<br>MATTHEW FERNAND<br>OWNER<br>54 W 40TH ST STE 10N<br>NEW YORK NY 10018 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.147. REAL PROPERTY LEASE STORE # 31238<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>SERITAGE GROWTH PROPERTIES LP<br>MARY ROTTLER<br>EXECUTIVE VP OPERATIONS AND LEASING<br>54 W 40TH ST STE 10N<br>NEW YORK NY 10018 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.148. REAL PROPERTY LEASE STORE # 31245<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>KELLER FAMILY TRUST<br>JOHN KELLER TRUSTEE<br>JOHN KELLER<br>14435-C BIG BASIN WAY #291<br>SARATOGA CA 95070 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.149. REAL PROPERTY LEASE STORE # 31246<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>THE ANN DREVER COTTRELL TRUST<br>SCOTT C MCDERMAND TRUSTEE<br>PO BOX 691<br>JAMUL CA 91935 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.150. REAL PROPERTY LEASE STORE # 31251<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>PFP TEMECULA REAL ESTATE HOLDINGS LLC<br>MEISSNER JACQUET COMMERCIAL REAL ESTATE SVC<br>LYSLIE J BROOKS REAL ESTATE MANAGER<br>4995 MURPHY CANYON RD STE 100<br>SAN DIEGO CA 92122 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.151. REAL PROPERTY LEASE STORE # 31252<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>PAPPAS LAGUNA NO 2 LP<br>JOHN PAPPAS LOUIS J PAPPAS<br>2020 L ST 5TH FL<br>SACRAMENTO CA 95811 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.152. REAL PROPERTY LEASE STORE # 31255<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>RANCH TOWN CENTER LLC<br>C O DSB PROPERTIES INC<br>KATHLEEN YOUNG<br>101 N WESTLAKE BLDG 201<br>WESTLAKE VILLAGE CA 91362 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.153. REAL PROPERTY LEASE STORE # 31257<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>DONAHUE SCHRIBER REALTY GROUP LP<br>KAREN J FINKE<br>PROPERTY MANAGER<br>8020 EAST SANTA ANA CANYON RD<br>ANAHEIM CA 92808 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.154. REAL PROPERTY LEASE STORE # 31257<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>OTR<br>REAL ESTATE MANAGER<br>KIM WAIPA<br>275 EAST BROAD ST<br>COLUMBUS OH 43215 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.155. REAL PROPERTY LEASE STORE # 31268<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BRE RC LAS PALMAS MP TX LP<br>LINDA MADWAY<br>307 FELLOWSHIP RD STE 116<br>MOUNT LAUREL NJ 08054 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.156.  REAL PROPERTY LEASE STORE # 31268<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>SHOPCORE PROPERTIES RS MANAGEMENT LLC<br>LINDA MADWAY<br>307 FELLOWSHIP RD STE 116<br>MOUNT LAUREL NJ 08054 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.157.  REAL PROPERTY LEASE STORE # 31272<br><br>REAL PROPERTY SUBLEASE AGREEMENT<br><br>COLE MG OB MT LAUREL NJ LLC<br>AMERICAN REALTY CAPITAL PROPERTIES<br>LEGAL DEPT<br>2325 E CAMELBACK RD STE 1100<br>PHOENIX AZ 85016 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.158.  REAL PROPERTY LEASE STORE # 31272<br><br>REAL PROPERTY SUBLEASE AGREEMENT<br><br>GRAYLING CORP<br>JOHN C FIRTH PRESIDENT<br>DIANA M SHIVELY PROPERTY MANAGER<br>4220 EDISON LAKES PKWY<br>MISHAWAKA IN 46545 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.159.  REAL PROPERTY LEASE STORE # 31273, 31266<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>CBL AND ASSOCIATES MANAGEMENT INC<br>CBL AND ASSOCIATES PROPERTIES<br>JEFF CURRY CHIEF LEGAL OFFICER<br>2030 HAMILTON PL BLVD CBL CTR STE 500<br>CHATTANOOGA TN 37421 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.160.  REAL PROPERTY LEASE STORE # 31278<br><br>REAL PROPERTY SUBLEASE AGREEMENT<br><br>PPF RTL ROSEDALE SHOPPING CENTER<br>ASSET MANAGER/ROSEDALE CENTER<br>SCOTT MICHAELIS GENERAL MANAGER<br>3424 PEACHTREE RD NE STE 300<br>ATLANTA GA 30326 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.161.  REAL PROPERTY LEASE STORE # 31279<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>FREDERICK WESTVIEW PROPERTIES LLC<br>ANTHONY E GIULIO<br>CONNOR DEVLIN/PROPERTY MGR<br>9640 DEERECO RD<br>TIMONIUM MD 21093 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **MAC ACQUISITION LLC**                                                                    Case number *(if known)* **17-12224**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | (Where available) | | |

**55.      Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.162. REAL PROPERTY LEASE STORE # 31280<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>OPRY MILLS MALL LIMITED PARTNERSHIP<br>C O MS MANAGEMENT ASSOCIATES INC<br>MIKE FREESE ASST GENERAL COUNSEL<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.163. REAL PROPERTY LEASE STORE # 31283<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>PK II EL CANINO NORTH LP<br>KIMCO REALTY CORP<br>MORTGAGE DEPT<br>333 NEW HYDE PK RD SUIT 100<br>NEW HYDE PARK NY 11042 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.164. REAL PROPERTY LEASE STORE # 31284<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>KINGSTOWNE TOWN CENTER LP<br>C O COMAR MANAGEMENT INC<br>JOHN HALLE PRESIDENT<br>2900 LINDEN LN STE 300<br>SILVER SPRING MD 20910 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.165. REAL PROPERTY LEASE STORE # 31285<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>EWH ESCONDIDO ASSOCIATES LP<br>C O WESTFIELD CORP INC<br>DAMIEN OSIP GENERAL MANAGER<br>11601 WILSHIRE BLVD 12TH FL<br>LOS ANGELES CA 90025 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.166. REAL PROPERTY LEASE STORE # 31286<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>FLUSHING QUAIL LLC<br>MR LEE JAMIESON<br>DAN KREMERS PROPERTY MANAGER<br>3101 STATE RD<br>BAKERSFIELD CA 93308 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.167. REAL PROPERTY LEASE STORE # 31286<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>COX CASTLE AND NICHOLSON LLP<br>GARY GLICK ESQ<br>2049 CENTURY PK EAST STE 2800<br>LOS ANGELES CA 90067 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.168. REAL PROPERTY LEASE STORE # 31286<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>DAN KREMERS MD ATKINSON CO INC<br>DAN KREMERS<br>1401 19TH ST STE 400<br>BAKERSFIELD CA 93301 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.169.  REAL PROPERTY LEASE STORE # 31287<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BRIXTON SHERWOOD LLC<br>CRAIG PETTITT<br>120 S SIERRA AVE STE 200<br>SOLANA BEACH CA 92014 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.170.  REAL PROPERTY LEASE STORE # 31287<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>JONES LANG LASALLE AMERCAS INC<br>PRESIDENT AND CEO RETAIL<br>JEFF BARBER<br>3344 PEACHTREE RD STE 1110<br>ATLANTA GA 30326 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.171.  REAL PROPERTY LEASE STORE # 31287<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>SHERWOOD MALL MALL MANAGEMENT OFFICE<br>GENERAL MANAGER<br>5308 PACIFIC AVE<br>STOCKTON CA 95207 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.172.  REAL PROPERTY LEASE STORE # 31289<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>PIONEER REAL ESTATE DEVELOPMENT<br>DENNIS TATE VICE-PRESIDENT<br>742 PEACHOID RD<br>GAFFNEY SC 29341 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.173.  REAL PROPERTY LEASE STORE # 31292<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>MORIAH INVESTMENTS LLC<br>BRIAN ARTZER<br>11409 BUSINESS PK CIR STE 300<br>FIRESTONE CO 80504 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.174.  REAL PROPERTY LEASE STORE # 31294<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>CASTLE AND COOKE CORONA INC<br>LAURA WHITAKER<br>DARLENE CARPENTER<br>10000 STOCKDALE HWY STE 300<br>BAKERSFIELD CA 93311 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.175.  REAL PROPERTY LEASE STORE # 31294<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>CASTLE AND COOKE DEVELOPMENT<br>KAY WILSON<br>PROPERTY MANAGER<br>2470 TUSCANY ST STE 104<br>CORONA CA 92881 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.176. REAL PROPERTY LEASE STORE # 31296<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>WEINGARTEN MILLER AURORA II LLC AND GDC AURORA LLC TENANTS IN COMMON TIFFANY TRAN LEGAL ADMINISTRATOR 2600 CITADEL PLZ DR STE 125 HOUSTON TX 77008 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.177. REAL PROPERTY LEASE STORE # 31299<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>PRUDENTIAL INSURANCE CO OF AMERICA CARLY MILLER 7 GIRALDA FARMS MADISON NJ 07940 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.178. REAL PROPERTY LEASE STORE # 31299<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>CP VENTURE FIVE AWC LLC LENNAR COMMERCIAL SVC LLC VICKIE BOCK REGIONAL GM 7000 CENTRAL PKWY NE STE 700 ATLANTA GA 30328 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.179. REAL PROPERTY LEASE STORE # 31299<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>THE AVENUE WEST COBB HAZEL PAYNE GENERAL MANAGER 3625 DALLAW HIGHWAY STE 470 MARIETTA GA 30064 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.180. REAL PROPERTY LEASE STORE # 31299<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>PRUDENTIAL INSURANCE CO OF AMERICA LAW DEPT 7 GIRALDA FARMS MADISON NJ 07940 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.181. REAL PROPERTY LEASE STORE # 31300<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>PEMBROKE SQUARE ASSOCIATES DEBRA GUERRERO DIR PROP MNGMN 4460 CORPORATION LN STE 300 VIRGINIA BEACH VA 23462 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.182. REAL PROPERTY LEASE STORE # 31301<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>CASAS ADOBES BAPTIST CHURCH CUSHMAN AND WAKEFIELD/PICOR DANA ELCESS PROPERTY MANAGER 1100 N WILMOT STE 200 TUCSON AZ 85712 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse,<br>apartment or office building), if available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value<br>of debtor's<br>interest<br>(Where available) | Valuation<br>method used for<br>current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.183.  REAL PROPERTY LEASE STORE # 31302<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>JCC CALIFORNIA PROPERTIES LLC<br>FESTIVAL MANAGEMENT CORP<br>LEGAL DEPT<br>9841 AIRPORT BLVD STE 700<br>LOS ANGELES CA 90045 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.184.  REAL PROPERTY LEASE STORE # 31307<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>SOUTH STREET CENTER LLC<br>C O DSB PROPERTIES INC<br>CAROLINE SACHS PROPERTY ADMINISTRATOR<br>101 N WESTLAKE BLVD STE 201<br>WESTLAKE VILLAGE CA 91362 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.185.  REAL PROPERTY LEASE STORE # 31307<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>SOUTH STREET CENTER LLC<br>ROYAL OAK PROPERTY SVC<br>STEVE WELCH PROPERTY MANAGER<br>7750 BURNET AVE<br>VAN NUYS CA 91405 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.186.  REAL PROPERTY LEASE STORE # 31314<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BOAS LAGUNA VILLAGE LLC<br>REGENCY MANAGEMENT<br>JEANNE LICARI<br>15260 VENTURA BLVD STE 1705<br>SHERMAN OAKS CA 91403 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.187.  REAL PROPERTY LEASE STORE # 31324<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>REDLANDS JOINT VENTURE LLC<br>C O MAJECTIC REALTY CO<br>SARA BOMBARDIER PROPERTY MANAGER<br>13191 CROSSROADS PKWY NORTH 6TH FL<br>CITY OF INDUSTRY CA 91746 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.188.  REAL PROPERTY LEASE STORE # 31327<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>ISBI SUSQUEHANNA LLC<br>METRO COMMERCIAL MANAGEMENT SVC INC<br>PROPERTY MANAGEMENT ELAINE MANEVAL<br>307 FELLOWSHIP RD STE 300<br>MOUNT LAUREL NJ 08054 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

| Debtor | **MAC ACQUISITION LLC** | | Case number *(if known)* **17-12224** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.189. REAL PROPERTY LEASE STORE # 31339<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>GGPOTAY RANCH LP<br>GENERAL GROWTH PROPERTIES<br>HOWARD SIGAL VP AND SR ASSOCIATE GC<br>110 NORTH WACKER DR<br>CHICAGO IL 60606 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.190. REAL PROPERTY LEASE STORE # 31340<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>DDR WINTER GARDEN LLC<br>1 EXECUTIVE VP LEASING 2 GENERAL COUNSEL<br>RICHARD FORREST OPERATIONS MANAGER<br>3300 ENTERPRISE PKWY<br>BEACHWOOD OH 44122 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.191. REAL PROPERTY LEASE STORE # 31342<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>HINES GLOBAL REIT 2615 MED CENTER PARKWAY LLC<br>DHA ASSET MANAGEMENT LLC<br>LAUREN ROWLAND GENERAL MANAGER<br>1901 FREDERICA ST<br>OWENSBORO KY 42301 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.192. REAL PROPERTY LEASE STORE # 31345<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>CWSOVIEDO DEVELOPMENT LLC<br>CWS DEVELOPMENT LLC<br>CARL W SAHLSTEN MANAGING MEMBER<br>12302 MARBLEHEAD DR<br>TAMPA FL 33626 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.193. REAL PROPERTY LEASE STORE # 31346<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>H AND Y NORTHERN CALIFORNIA LLC<br>BHG REAL ESTATE MASON MCDUFFIE<br>ANNA LI<br>2 ADRIAN CT #38<br>BURLINGAME CA 94010 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.194. REAL PROPERTY LEASE STORE # 31347<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>8000 EL CERRITO INVESTORS LLC<br>PHIL MALOUF<br>1777 MANOR DR<br>HILLSBOROUGH CA 94010 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

Debtor  **MAC ACQUISITION LLC**                                                        Case number *(if known)* **17-12224**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.195. REAL PROPERTY LEASE STORE # 31349<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>ALDERWOOD MALL LLC<br>GENERAL GROWTH PROPERTIES<br>HOWARD SIGAL VP AND SR ASSOCIATE GC<br>110 N WACKER DR<br>CHICAGO IL 60606 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.196. REAL PROPERTY LEASE STORE # 81595<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>RICHARD J. ROSENTHAL<br>PO BOX 837<br>VENICE CA 90294 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.197. REAL PROPERTY LEASE STORE # 90901<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BLK220 LLC<br>MARK WITKIEWICZ<br>1404 LARIMER ST STE 300<br>DENVER CO 80538 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |
| 55.198. REAL PROPERTY LEASE STORE # 90901<br><br>REAL PROPERTY LEASE AGREEMENT<br><br>BLK220 LLC<br>MCWHINNEY<br>CRHISTINA SONG MOLINARO<br>2725 ROCKY MOUNTAIN AVE STE 200<br>LOVELAND CO 80538 | LESSEE | UNDETERMINED | _____ | UNDETERMINED |

**56.  Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

$14,885,739.36

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☒ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 10:  Intangibles and intellectual property**

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1. _____ | $_____ | _____ | $_____ |
| **61.** **Internet domain names and websites** | | | |
| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1. _____ | $_____ | _____ | $_____ |
| **62.** **Licenses, franchises, and royalties** | | | |
| 62.1. STATE LIQUOR LICENSE - CA ABC, NO. 472501 QUOTA LICENSE | $15,000.00 | _____ | UNDETERMINED |
| 62.2. STATE LIQUOR LICENSE - CA ABC, NO. 472523 QUOTA LICENSE | $15,000.00 | _____ | UNDETERMINED |
| 62.3. STATE LIQUOR LICENSE - CA ABC, NO. 527022 QUOTA LICENSE | $15,000.00 | _____ | UNDETERMINED |
| 62.4. STATE LIQUOR LICENSE - CA ABC, NO. 472508 QUOTA LICENSE | $15,000.00 | _____ | UNDETERMINED |
| 62.5. STATE LIQUOR LICENSE - CA ABC, NO. 472516 QUOTA LICENSE | $15,000.00 | _____ | UNDETERMINED |
| 62.6. STATE LIQUOR LICENSE - CA ABC, NO. 472490 QUOTA LICENSE | $18,000.00 | _____ | UNDETERMINED |
| 62.7. STATE LIQUOR LICENSE - CA ABC, NO. 47-526552 QUOTA LICENSE | $18,000.00 | _____ | UNDETERMINED |
| 62.8. STATE LIQUOR LICENSE - CA ABC, NO. 472513 QUOTA LICENSE | $20,000.00 | _____ | UNDETERMINED |
| 62.9. STATE LIQUOR LICENSE - CA ABC, NO. 472500 QUOTA LICENSE | $20,000.00 | _____ | UNDETERMINED |
| 62.10. STATE LIQUOR LICENSE - CA ABC, NO. 472499 QUOTA LICENSE | $20,000.00 | _____ | UNDETERMINED |
| 62.11. STATE LIQUOR LICENSE - CA ABC, NO. 472506 QUOTA LICENSE | $20,000.00 | _____ | UNDETERMINED |
| 62.12. STATE LIQUOR LICENSE - OHIO DIV. OF LIQUOR CONTROL, NO. 5402025-0005-QUOTA | $20,000.00 | _____ | UNDETERMINED |
| 62.13. STATE LIQUOR LICENSE - CA ABC, NO. 472505 QUOTA LICENSE | $22,000.00 | _____ | UNDETERMINED |
| 62.14. STATE LIQUOR LICENSE - CA ABC, NO. 472478 QUOTA LICENSE | $22,000.00 | _____ | UNDETERMINED |
| 62.15. STATE LIQUOR LICENSE - CA ABC, NO. 472480 QUOTA LICENSE | $22,000.00 | _____ | UNDETERMINED |
| 62.16. STATE LIQUOR LICENSE - CA ABC, NO. 472489 QUOTA LICENSE | $22,000.00 | _____ | UNDETERMINED |
| 62.17. STATE LIQUOR LICENSE - CA ABC, NO. 472503 QUOTA LICENSE | $22,000.00 | _____ | UNDETERMINED |
| 62.18. STATE LIQUOR LICENSE - MICHIGAN LIQUOR CONTROL COMMISSION, NO. 196286-2015 SS 215262 | $25,000.00 | _____ | UNDETERMINED |
| 62.19. STATE LIQUOR LICENSE - CA ABC, NO. 472495 QUOTA LICENSE | $40,000.00 | _____ | UNDETERMINED |
| 62.20. STATE LIQUOR LICENSE - CA ABC, NO. 472494 QUOTA LICENSE | $40,000.00 | _____ | UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|
| 62.21. | STATE LIQUOR LICENSE - MICHIGAN LIQUOR CONTROL COMMISSION, NO. 196282-2017 SS 215264 QUOTA | $40,000.00 | _____ UNDETERMINED |
| 62.22. | STATE LIQUOR LICENSE - MICHIGAN LIQUOR CONTROL COMMISSION, NO. 215263 196290-2015 SS QUOTA | $40,000.00 | _____ UNDETERMINED |
| 62.23. | STATE LIQUOR LICENSE - CA ABC, NO. 472519 QUOTA LICENSE | $40,000.00 | _____ UNDETERMINED |
| 62.24. | STATE LIQUOR LICENSE - MICHIGAN LIQUOR CONTROL COMMISSION, NO. QUOTA 215265 196281-2017 | $45,000.00 | _____ UNDETERMINED |
| 62.25. | STATE LIQUOR LICENSE - CA ABC, NO. 472518 QUOTA LICENSE | $52,000.00 | _____ UNDETERMINED |
| 62.26. | STATE LIQUOR LICENSE - CA ABC, NO. 472510 QUOTA LICENSE | $52,000.00 | _____ UNDETERMINED |
| 62.27. | STATE LIQUOR LICENSE - CA ABC, NO. 472509 QUOTA LICENSE | $52,000.00 | _____ UNDETERMINED |
| 62.28. | STATE LIQUOR LICENSE - MICHIGAN LIQUOR CONTROL COMMISSION, NO. 215261 196283-2015 SS-QUOTA | $55,000.00 | _____ UNDETERMINED |
| 62.29. | STATE LIQUOR LICENSE - CA ABC, NO. 472520 QUOTA LICENSE | $75,000.00 | _____ UNDETERMINED |
| 62.30. | STATE LIQUOR LICENSE - CA ABC, NO. 472479 QUOTA LICENSE | $80,000.00 | _____ $80,000.00 - PURCHASE AGREEMENT |
| 62.31. | STATE LIQUOR LICENSE - COMMONWEALTH OF PENNSYLVANIA LIQUOR CONTROL BOARD, NO. R 19406 / LID 60901 QUOTA LICENSE | $100,000.00 | _____ UNDETERMINED |
| 62.32. | STATE LIQUOR LICENSE - PA LIQUOR CONTROL BOARD, NO. R-19174 / LID 60904 QUOTA LIC | $225,000.00 | _____ UNDETERMINED |
| 62.33. | STATE LIQUOR LICENSE - NM ALCOHOL AND GAMING DIVISION, NO. 1372 QUOTA LICENSE | $300,000.00 | _____ UNDETERMINED |
| 62.34. | LOCAL/CITY LIQUOR LICENSE - TOWN OF BURLINGTON, NO. 16-016000029 QUOTA-CLOSING 2/20/17 | $400,000.00 | _____ UNDETERMINED |
| 62.35. | COUNTY LIQUOR LICENSE - COUNTY OF FAIRFAX, NO. 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 | UNDETERMINED | _____ UNDETERMINED |
| 62.36. | STATE LIQUOR LICENSE - OHIO DIV. OF LIQUOR CONTROL, NO. 5402025-0020-QUOTA | UNDETERMINED | _____ UNDETERMINED |
| 62.37. | STATE LIQUOR LICENSE - VA ABC, NO. 055591 | UNDETERMINED | _____ UNDETERMINED |
| 62.38. | STATE LIQUOR LICENSE - NC ABC COMMISSION, NO. 00167131AJ-994 | UNDETERMINED | _____ UNDETERMINED |
| 62.39. | LOCAL/CITY LIQUOR LICENSE - CITY-COUNTY TAX COLLECTOR, NO. 0104615 31206LLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.40. | STATE LIQUOR LICENSE - NC ABC COMMISSION, NO. 00167131AJ-993 | UNDETERMINED | _____ UNDETERMINED |
| 62.41. | LOCAL/CITY LIQUOR LICENSE - TOWN OF CARY, NO. 18-00000573 | UNDETERMINED | _____ UNDETERMINED |
| 62.42. | COUNTY LIQUOR LICENSE - WAKE COUNTY REVENUE DEPT., NO. 33138 | UNDETERMINED | _____ UNDETERMINED |
| 62.43. | STATE LIQUOR LICENSE - NC ABC COMMISSION, NO. 00167131AJ-998 | UNDETERMINED | _____ UNDETERMINED |
| 62.44. | COUNTY LIQUOR LICENSE - WAKE COUNTY REVENUE DEPT, NO. 31820 | UNDETERMINED | _____ UNDETERMINED |
| 62.45. | LOCAL/CITY LIQUOR LICENSE - CITY OF RALEIGH, NO. 45942 LLIQ | UNDETERMINED | _____ UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

| | | | | |
|---|---|---|---|---|
| 62.46. | STATE LIQUOR LICENSE - ALABAMA ALCOHOLIC BEVERAGE CONTROL BOARD, NO. 001809637 | UNDETERMINED | _____ | UNDETERMINED |
| 62.47. | SUNDAY PERMIT - SC DOR, ABL SECTION, NO. LOP 320471529 | UNDETERMINED | _____ | UNDETERMINED |
| 62.48. | STATE LIQUOR LICENSE - SC DOR, ABL SECTION, NO. PBW 320471529 | UNDETERMINED | _____ | UNDETERMINED |
| 62.49. | STATE LIQUOR LICENSE - SC DOR, ABL SECTION, NO. PLB 320471529 | UNDETERMINED | _____ | UNDETERMINED |
| 62.50. | STATE LIQUOR LICENSE - GA DEPT OF REVENUE ALCOHOL AND TOBACCO TAX UNIT, NO. 0042298 | UNDETERMINED | _____ | UNDETERMINED |
| 62.51. | COUNTY LIQUOR LICENSE - GWINNETT COUNTY, NO. 20160161 | UNDETERMINED | _____ | UNDETERMINED |
| 62.52. | STATE LIQUOR LICENSE - GA DEPT OF REVENUE ALCOHOL AND TOBACCO TAX UNIT, NO. 0046891 | UNDETERMINED | _____ | UNDETERMINED |
| 62.53. | LOCAL/CITY LIQUOR LICENSE - CITY OF ALPHARETTA, NO. 3893 ACCT: 5593 | UNDETERMINED | _____ | UNDETERMINED |
| 62.54. | STATE LIQUOR LICENSE - GA DEPT OF REVENUE ALCOHOL AND TOBACCO TAX UNIT, NO. 0046989 | UNDETERMINED | _____ | UNDETERMINED |
| 62.55. | COUNTY LIQUOR LICENSE - COBB COUNTY, NO. 901171 | UNDETERMINED | _____ | UNDETERMINED |
| 62.56. | STATE LIQUOR LICENSE - WA LIQUOR CONTROL BOARD, NO. 603 184 292 / 086737 | UNDETERMINED | _____ | UNDETERMINED |
| 62.57. | STATE LIQUOR LICENSE - CO DOR, NO. 12-79114-0002 SLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.58. | LOCAL/CITY LIQUOR LICENSE - CITY OF WESTMINSTER, NO. 2868101 LLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.59. | LOCAL/CITY LIQUOR LICENSE - CITY OF LAKEWOOD, NO. 12-79114-0004 LLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.60. | STATE LIQUOR LICENSE - CO DOR, NO. 12791140004 SLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.61. | LOCAL/CITY LIQUOR LICENSE - CITY OF FT. COLLINS, NO. 12-791140009 LLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.62. | STATE LIQUOR LICENSE - CO DOR, NO. 12-791140009 SLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.63. | LOCAL/CITY LIQUOR LICENSE - CITY OF FT. COLLINS, NO. 25 | UNDETERMINED | _____ | UNDETERMINED |
| 62.64. | LOCAL/CITY LIQUOR LICENSE - CITY OF FORT WORTH, NO. 6832 | UNDETERMINED | _____ | UNDETERMINED |
| 62.65. | COUNTY LIQUOR LICENSE - TARRANT COUNTY, NO. MB/LB710745 CLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.66. | STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB710745 SLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.67. | STATE LIQUOR LICENSE - VA ABC, NO. 055594 | UNDETERMINED | _____ | UNDETERMINED |
| 62.68. | STATE LIQUOR LICENSE - KY DEPT OF ABC, NO. 056-NQ2-1597 / 056-RS-2940 | UNDETERMINED | _____ | UNDETERMINED |
| 62.69. | LOCAL/CITY LIQUOR LICENSE - CITY OF JEFFERSONTOWN, NO. 6580 | UNDETERMINED | _____ | UNDETERMINED |
| 62.70. | LOCAL/CITY LIQUOR LICENSE - CITY OF MURFREESBORO, NO. 101-10-001 101-410-0-142 | UNDETERMINED | _____ | UNDETERMINED |
| 62.71. | LOCAL BEER PERMIT - CITY OF MURFREESBORO, NO. 210 | UNDETERMINED | _____ | UNDETERMINED |
| 62.72. | STATE LIQUOR LICENSE - TN ABC, NO. 50202 | UNDETERMINED | _____ | UNDETERMINED |
| 62.73. | STATE LIQUOR LICENSE - CO DOR, NO. 12791140006 SLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.74. | LOCAL/CITY LIQUOR LICENSE - CITY OF COLORADO SPRINGS, NO. 715818 LLIQ | UNDETERMINED | _____ | UNDETERMINED |

| | | | |
|---|---|---|---|
| Debtor | **MAC ACQUISITION LLC** | | Case number *(if known)* **17-12224** |

| | | | |
|---|---|---|---|
| 62.75. | LOCAL/CITY LIQUOR LICENSE - ARLINGTON CITY SECRETARY'S OFFICE, NO. 08-734688 | UNDETERMINED | _____    UNDETERMINED |
| 62.76. | COUNTY LIQUOR LICENSE - TARRANT COUNTY, NO. MB/PE710776 CLIQ | UNDETERMINED | _____    UNDETERMINED |
| 62.77. | STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB710776 SLIQ | UNDETERMINED | _____    UNDETERMINED |
| 62.78. | LOCAL/CITY LIQUOR LICENSE - CITY OF PHOENIX, NO. 08009076 LLIQ | UNDETERMINED | _____    UNDETERMINED |
| 62.79. | STATE LIQUOR LICENSE - AZ DLLC, NO. 12077862 | UNDETERMINED | _____    UNDETERMINED |
| 62.80. | SPECIAL USE PERMIT - LEWKOWITZ LAW OFFICE, PLC, NO. 15590.02 | UNDETERMINED | _____    UNDETERMINED |
| 62.81. | LOCAL/CITY LIQUOR LICENSE - CITY OF CORONA, NO. ABP09-002 | UNDETERMINED | _____    UNDETERMINED |
| 62.82. | LOCAL/CITY LIQUOR LICENSE - CITY OF EL CERRITO, NO. 10183 | UNDETERMINED | _____    UNDETERMINED |
| 62.83. | COUNTY LIQUOR LICENSE - DALLAS COUNTY TAX ASSESSOR-COLLECTOR, NO. MB/PE710767 CLIQ | UNDETERMINED | _____    UNDETERMINED |
| 62.84. | STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB/PE710767 SLIQ | UNDETERMINED | _____    UNDETERMINED |
| 62.85. | STATE LIQUOR LICENSE - AZ DLLC, NO. 12103935 | UNDETERMINED | _____    UNDETERMINED |
| 62.86. | LOCAL/CITY LIQUOR LICENSE - CITY OF TUCSON, NO. 3003705 LLIQ | UNDETERMINED | _____    UNDETERMINED |
| 62.87. | SPECIAL USE PERMIT - LEWKOWITZ LAW OFFICE, PLC, NO. 4112631163 SUP | UNDETERMINED | _____    UNDETERMINED |
| 62.88. | STATE LIQUOR LICENSE - ARKANSAS ABC DIVISION, NO. 2841-80061589 | UNDETERMINED | _____    UNDETERMINED |
| 62.89. | LOCAL/CITY LIQUOR LICENSE - CITY OF LITTLE ROCK, NO. AL142353 | UNDETERMINED | _____    UNDETERMINED |
| 62.90. | LOCAL/CITY LIQUOR LICENSE - CITY OF SOUTH PORTLAND, NO. 135255 | UNDETERMINED | _____    UNDETERMINED |
| 62.91. | STATE LIQUOR LICENSE - MAINE DEPT. OF PUBLIC SAFETY LIQUOR LICENSING & INSPECTION, NO. CAR-2013-7072 | UNDETERMINED | _____    UNDETERMINED |
| 62.92. | LOCAL/CITY LIQUOR LICENSE - CITY OF PLANO, NO. 336 | UNDETERMINED | _____    UNDETERMINED |
| 62.93. | COUNTY LIQUOR LICENSE - COLLIN COUNTY CLERK, NO. RM710747/PE CLIQ | UNDETERMINED | _____    UNDETERMINED |
| 62.94. | STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. RM710747/PE SLIQ | UNDETERMINED | _____    UNDETERMINED |
| 62.95. | LOCAL/CITY LIQUOR LICENSE - CITY OF PLANO (CITY SECRETARY), NO. 335 | UNDETERMINED | _____    UNDETERMINED |
| 62.96. | COUNTY LIQUOR LICENSE - COLLIN COUNTY CLERK, NO. RM710769 CLIQ | UNDETERMINED | _____    UNDETERMINED |
| 62.97. | STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. RM710769 SLIQ | UNDETERMINED | _____    UNDETERMINED |
| 62.98. | STATE LIQUOR LICENSE - CO DOR, NO. 12791140003 SLIQ | UNDETERMINED | _____    UNDETERMINED |
| 62.99. | LOCAL/CITY LIQUOR LICENSE - CITY OF AURORA, NO. 165506 | UNDETERMINED | _____    UNDETERMINED |
| 62.100. | LOCAL/CITY LIQUOR LICENSE - CITY OF GOODYEAR, NO. 12077861 LLIQ | UNDETERMINED | _____    UNDETERMINED |
| 62.101. | STATE LIQUOR LICENSE - AZ DLLC, NO. 12077861 SLIQ | UNDETERMINED | _____    UNDETERMINED |
| 62.102. | SPECIAL USE PERMIT - LEWKOWITZ LAW OFFICE, PLC, NO. 15590.01 | UNDETERMINED | _____    UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 62.103.  STATE LIQUOR LICENSE - AZ DLLC, NO. 12077866 | UNDETERMINED | _____  UNDETERMINED |
| 62.104.  SPECIAL USE PERMIT - LEWKOWITZ LAW OFFICES, PLC, NO. 15590.03 | UNDETERMINED | _____  UNDETERMINED |
| 62.105.  LOCAL/CITY LIQUOR LICENSE - CITY OF PHOENIX, NO. 08009081 LLIQ | UNDETERMINED | _____  UNDETERMINED |
| 62.106.  STATE LIQUOR LICENSE - AZ DLLC, NO. 12103936 | UNDETERMINED | _____  UNDETERMINED |
| 62.107.  SPECIAL USE PERMIT - LEWKOWITZ LAW OFFICES, PLC, NO. 15590.06 | UNDETERMINED | _____  UNDETERMINED |
| 62.108.  STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB,LB,LPE 710757 SLIQ | UNDETERMINED | _____  UNDETERMINED |
| 62.109.  COUNTY LIQUOR LICENSE - NUECES COUNTY TAX COLLECTOR, NO. MB,LB,PE 710757 CLIQ | UNDETERMINED | _____  UNDETERMINED |
| 62.110.  LOCAL/CITY LIQUOR LICENSE - CITY OF CORPUS CHRISTI, NO. MB710757/LB/PE | UNDETERMINED | _____  UNDETERMINED |
| 62.111.  LOCAL/CITY LIQUOR LICENSE - MURRAY CITY CORPORATION, NO. 12232 LLIQ-QUOTA | UNDETERMINED | _____  UNDETERMINED |
| 62.112.  STATE LIQUOR LICENSE - UTAH DABC, NO. RE01844-QUOTA | UNDETERMINED | _____  UNDETERMINED |
| 62.113.  LOCAL/CITY LIQUOR LICENSE - CITY OF GREENWOOD VILLAGE, NO. 1279114-0007 LLIQ OL-17-02503 | UNDETERMINED | _____  UNDETERMINED |
| 62.114.  STATE LIQUOR LICENSE - CO DOR, NO. 12791140007 SLIQ | UNDETERMINED | _____  UNDETERMINED |
| 62.115.  LOCAL/CITY LIQUOR LICENSE - CITY OF LAS VEGAS, NO. L16-00324 | UNDETERMINED | _____  UNDETERMINED |
| 62.116.  LOCAL/CITY LIQUOR LICENSE - CITY OF ALBUQUERQUE, NO. FA0086461 | UNDETERMINED | _____  UNDETERMINED |
| 62.117.  LOCAL/CITY LIQUOR LICENSE - CITY OF HENDERSON, NO. 2009300078 72400 | UNDETERMINED | _____  UNDETERMINED |
| 62.118.  LOCAL/CITY LIQUOR LICENSE - CITY OF LAS VEGAS, NO. L21-00075 | UNDETERMINED | _____  UNDETERMINED |
| 62.119.  COUNTY LIQUOR LICENSE - DENTON COUNTY ASSESSOR-COLLECTOR, NO. RM 710756/PE CLIQ | UNDETERMINED | _____  UNDETERMINED |
| 62.120.  STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. RM710756 SLIQ | UNDETERMINED | _____  UNDETERMINED |
| 62.121.  LOCAL/CITY LIQUOR LICENSE - CITY OF LEWISVILLE, NO. RM710756/02-2005-00016 | UNDETERMINED | _____  UNDETERMINED |
| 62.122.  STATE LIQUOR LICENSE - TN ABC, NO. 82037 | UNDETERMINED | _____  UNDETERMINED |
| 62.123.  LOCAL BEER PERMIT - CITY OF MEMPHIS, NO. BR3604 | UNDETERMINED | _____  UNDETERMINED |
| 62.124.  LOCAL/CITY LIQUOR LICENSE - CITY OF MEMPHIS, NO. T-4522 LLIQ | UNDETERMINED | _____  UNDETERMINED |
| 62.125.  LOCAL BEER PERMIT - METRO BEER PERMIT BOARD COUNTY, NO. 18939 | UNDETERMINED | _____  UNDETERMINED |
| 62.126.  LOCAL/CITY LIQUOR LICENSE - METROPOLITAN GOVT. OF NASHVILLE & DAVIDSON COUNTY, NO. 52482 LLIQ | UNDETERMINED | _____  UNDETERMINED |
| 62.127.  STATE LIQUOR LICENSE - TN ABC, NO. 52482 SLIQ | UNDETERMINED | _____  UNDETERMINED |
| 62.128.  COUNTY LIQUOR LICENSE - BEXAR COUNTY TAX ASSESSOR, NO. MB710781/PE CLIQ | UNDETERMINED | _____  UNDETERMINED |
| 62.129.  LOCAL/CITY LIQUOR LICENSE - CITY OF SELMA, NO. MB710781/PE LLIQ | UNDETERMINED | _____  UNDETERMINED |
| 62.130.  STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB710781/PE SLIQ | UNDETERMINED | _____  UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 62.131. LOCAL/CITY LIQUOR LICENSE - CITY OF ANN ARBOR, NO. 17766 LLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.132. LOCAL/CITY LIQUOR LICENSE - CITY OF RENO, NO. R101706Q-LIC | UNDETERMINED | _____ UNDETERMINED |
| 62.133. LOCAL / CITY LIQUOR LICENSE - CITY OF AUBURN HILLS, NO. 31199 / 7549LLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.134. LOCAL / CITY LIQUOR LICENSE - CITY OF AUBURN HILLS, NO. 31199 / 7549LLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.135. LIQUOR CITY/COUNTY - TRAVIS COUNTY, NO. MB/PE 710753/RO711 | UNDETERMINED | _____ UNDETERMINED |
| 62.136. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB/PE710753 SLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.137. LIQUOR CITY/COUNTY - TRAVIS COUNTY TAX ASSESSOR/COLLECTOR, NO. MB/LB/PE 710760 COUNTY-CITY | UNDETERMINED | _____ UNDETERMINED |
| 62.138. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB/LB/PE 710760 SLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.139. LOCAL/CITY LIQUOR LICENSE - CITY OF EL PASO, NO. 60LALC13-00924 | UNDETERMINED | _____ UNDETERMINED |
| 62.140. COUNTY LIQUOR LICENSE - EL PASO COUNTY TAX ASSESSOR, NO. MB/PE710754 CLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.141. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB/PE710754 SLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.142. STATE LIQUOR LICENSE - OHIO DIV. OF LIQUOR CONTROL, NO. 5402025-0025-QUOTA | UNDETERMINED | _____ UNDETERMINED |
| 62.143. COUNTY LIQUOR LICENSE - MONTGOMERY COUNTY TAX ASSESSOR, NO. MB710759 CLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.144. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB710759 SLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.145. STATE LIQUOR LICENSE - OHIO DIV. OF LIQUOR CONTROL, NO. 5402025-0010 | UNDETERMINED | _____ UNDETERMINED |
| 62.146. LOCAL/CITY LIQUOR LICENSE - CITY OF FRISCO, OFFICE OF THE CITY SECRETARY, NO. A08-0038 | UNDETERMINED | _____ UNDETERMINED |
| 62.147. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. RM710752/FB/PE SLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.148. COUNTY LIQUOR LICENSE - COLLIN COUNTY CLERK, NO. RM710752/PE CLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.149. COUNTY LIQUOR LICENSE - WILLIAMSON COUNTY TAX ASSESSOR COLLECTOR, NO. MB-710751 | UNDETERMINED | _____ UNDETERMINED |
| 62.150. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB/PE710751 | UNDETERMINED | _____ UNDETERMINED |
| 62.151. LOCAL/CITY LIQUOR LICENSE - CITY OF ROUND ROCK, NO. MB710751/PE | UNDETERMINED | _____ UNDETERMINED |
| 62.152. STATE LIQUOR LICENSE - KY DEPT OF ABC, NO. 056-NQ2-1597 / 056-RS-2940 | UNDETERMINED | _____ UNDETERMINED |
| 62.153. LOCAL/CITY LIQUOR LICENSE - CITY OF JEFFERSONTOWN, NO. 6580 | UNDETERMINED | _____ UNDETERMINED |
| 62.154. HEALTH PERMIT - KENTUCKY CABINET FOR HEALTH AND FAMILY SERVICES, NO. 82741 | UNDETERMINED | _____ UNDETERMINED |
| 62.155. HEALTH PERMIT - TN DEPT. OF HEALTH, NO. 0605206951 AND 952 | UNDETERMINED | _____ UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|
| 62.156. | LOCAL/CITY LIQUOR LICENSE - CITY OF MURFREESBORO, NO. 101-10-001 101-410-0-142 | UNDETERMINED | _____ | UNDETERMINED |
| 62.157. | BUSINESS LICENSE - C/O TN DEPT OF REV CITY & COUNTY TAX, NO. 166436111 - 500968672 | UNDETERMINED | _____ | UNDETERMINED |
| 62.158. | BURGLAR ALARM PERMIT - MURFREESBORO POLICE DEPT. ANNEX, NO. 19952 | UNDETERMINED | _____ | UNDETERMINED |
| 62.159. | BUSINESS LICENSE - CITY OF MURFREESBORO, NO. 2018 124872 | UNDETERMINED | _____ | UNDETERMINED |
| 62.160. | LOCAL BEER PERMIT - CITY OF MURFREESBORO, NO. 210 | UNDETERMINED | _____ | UNDETERMINED |
| 62.161. | LIQUOR TAX BOND - MARSH & MCLENNAN AGENCY, NO. 2168995 | UNDETERMINED | _____ | UNDETERMINED |
| 62.162. | STATE LIQUOR LICENSE - TN ABC, NO. 50202 | UNDETERMINED | _____ | UNDETERMINED |
| 62.163. | BOILER PERMIT - TN DEPT OF LABOR WORKFORCE DEV, NO. T102190 T66508 | UNDETERMINED | _____ | UNDETERMINED |
| 62.164. | BOILER PERMIT - STATE OF TN DEPT. OF LABOR & WFD, NO. T66508 | UNDETERMINED | _____ | UNDETERMINED |
| 62.165. | BUSINESS LICENSE - CITY OF CHULA VISTA, NO. 064420 | UNDETERMINED | _____ | UNDETERMINED |
| 62.166. | BURGLAR ALARM PERMIT - CITY OF CHULA VISTA POLICE DEPT., NO. 17628 | UNDETERMINED | _____ | UNDETERMINED |
| 62.167. | HEALTH PERMIT - SAN DIEGO COUNTY ENVIRONMENTAL HEALTH, NO. FA00-431477 / DEH2008-FFPP-431477 | UNDETERMINED | _____ | UNDETERMINED |
| 62.168. | SALES TAX REGISTRATION - CITY OF COLORADO SPRINGS, NO. 07027800 | UNDETERMINED | _____ | UNDETERMINED |
| 62.169. | BOILER PERMIT - DEPT OF LABOR/BOILER INSPECTION, NO. 105728 | UNDETERMINED | _____ | UNDETERMINED |
| 62.170. | SALES TAX REGISTRATION - CO DOR, NO. 12-79114-0006 STAX | UNDETERMINED | _____ | UNDETERMINED |
| 62.171. | STATE LIQUOR LICENSE - CO DOR, NO. 12791140006 SLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.172. | BURGLAR ALARM PERMIT - CITY OF COLORADO SPRINGS, NO. 235489 | UNDETERMINED | _____ | UNDETERMINED |
| 62.173. | FIRE PREVENTION PERMIT - CITY OF COLORADO SPRINGS, NO. 3004635 | UNDETERMINED | _____ | UNDETERMINED |
| 62.174. | LOCAL/CITY LIQUOR LICENSE - CITY OF COLORADO SPRINGS, NO. 715818 LLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.175. | OCCUPATIONAL LICENSE - CITY OF COLORADO SPRINGS, NO. 715818 OCC | UNDETERMINED | _____ | UNDETERMINED |
| 62.176. | BOILER PERMIT - COLORADO DEPT. OF LABOR, NO. 86763 - 82898 | UNDETERMINED | _____ | UNDETERMINED |
| 62.177. | HEALTH PERMIT - EL PASO COUNTY HEALTH DEPARTMENT, NO. FA0002879 AR0001038 | UNDETERMINED | _____ | UNDETERMINED |
| 62.178. | LOCAL/CITY LIQUOR LICENSE - ARLINGTON CITY SECRETARY'S OFFICE, NO. 08-734688 | UNDETERMINED | _____ | UNDETERMINED |
| 62.179. | HEALTH PERMIT - CITY OF ARLINGTON, NO. 17-291072-HFEP | UNDETERMINED | _____ | UNDETERMINED |
| 62.180. | BURGLAR ALARM PERMIT - ARLINGTON POLICE DEPT., NO. 1720471 | UNDETERMINED | _____ | UNDETERMINED |
| 62.181. | FIRE PREVENTION PERMIT - CITY OF ARLINGTON, NO. 2009-142006-AFI | UNDETERMINED | _____ | UNDETERMINED |
| 62.182. | BOILER PERMIT - TEXAS DEPT. OF LICENSING, NO. 246790 | UNDETERMINED | _____ | UNDETERMINED |
| 62.183. | BOILER PERMIT - TX DEPT OF LICENSING & REGULATIONS, NO. 258655 | UNDETERMINED | _____ | UNDETERMINED |

| Debtor | **MAC ACQUISITION LLC** | | Case number *(if known)* **17-12224** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 62.184. COUNTY LIQUOR LICENSE - TARRANT COUNTY, NO. MB/PE710776 CLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.185. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB710776 SLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.186. LOCAL/CITY LIQUOR LICENSE - CITY OF PHOENIX, NO. 08009076 LLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.187. STATE LIQUOR LICENSE - AZ DLLC, NO. 12077862 | UNDETERMINED | _____ | UNDETERMINED |
| 62.188. SPECIAL USE PERMIT - LEWKOWITZ LAW OFFICE, PLC, NO. 15590.02 | UNDETERMINED | _____ | UNDETERMINED |
| 62.189. SALES TAX REGISTRATION - STATE OF AZ - DEPT OF REVENUE, NO. 20375394-31233 | UNDETERMINED | _____ | UNDETERMINED |
| 62.190. BURGLAR ALARM PERMIT - PHOENIX POLICE DEPT., NO. 94259 | UNDETERMINED | _____ | UNDETERMINED |
| 62.191. BOILER PERMIT - ADOSH - BOILER SAFETY SECTION, NO. AZ816152 | UNDETERMINED | _____ | UNDETERMINED |
| 62.192. BOILER PERMIT - ADOSH - BOILER SAFETY SECTION, NO. AZ816153 | UNDETERMINED | _____ | UNDETERMINED |
| 62.193. HEALTH PERMIT - MARICOPA COUNTY ENVIRONMENTAL SERVICES, NO. FD-30407 | UNDETERMINED | _____ | UNDETERMINED |
| 62.194. BURGLAR ALARM PERMIT - CORONA POLICE DEPARTMENT, NO. 09-4216 | UNDETERMINED | _____ | UNDETERMINED |
| 62.195. BUSINESS LICENSE - CITY OF CORONA, NO. 638660 | UNDETERMINED | _____ | UNDETERMINED |
| 62.196. LOCAL/CITY LIQUOR LICENSE - CITY OF CORONA, NO. ABP09-002 | UNDETERMINED | _____ | UNDETERMINED |
| 62.197. ENVIRONMENTAL PERMIT - RIVERSIDE COUNTY DEPT. OF ENVIRONMENTAL HEALTH, NO. FA0029701 / AR0064686 | UNDETERMINED | _____ | UNDETERMINED |
| 62.198. HEALTH PERMIT - COUNTY OF RIVERSIDE HEALTH, NO. FA0029723 / AR0064733 | UNDETERMINED | _____ | UNDETERMINED |
| 62.199. LOCAL/CITY LIQUOR LICENSE - CITY OF EL CERRITO, NO. 10183 | UNDETERMINED | _____ | UNDETERMINED |
| 62.200. HEALTH PERMIT - CONTRA COSTA HEALTH SERVICES, NO. PT0007917 PR0008418 | UNDETERMINED | _____ | UNDETERMINED |
| 62.201. BURGLAR ALARM PERMIT - CEDAR HILL POLICE DEPT., NO. 10252 | UNDETERMINED | _____ | UNDETERMINED |
| 62.202. HEALTH PERMIT - CITY OF CEDAR HILL, NO. 14-113 | UNDETERMINED | _____ | UNDETERMINED |
| 62.203. CERTIFICATE OF USE/OCCUPANCY - CITY OF CEDAR HILL, TX DEPT. OF BUILDING INSPECTION, NO. 31212 COFO | UNDETERMINED | _____ | UNDETERMINED |
| 62.204. COUNTY LIQUOR LICENSE - DALLAS COUNTY TAX ASSESSOR-COLLECTOR, NO. MB/PE710767 CLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.205. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB/PE710767 SLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.206. SIGNAGE PERMIT - CITY OF TUCSON, NO. 1061 | UNDETERMINED | _____ | UNDETERMINED |
| 62.207. STATE LIQUOR LICENSE - AZ DLLC, NO. 12103935 | UNDETERMINED | _____ | UNDETERMINED |
| 62.208. SALES TAX REGISTRATION - STATE OF AZ - DEPT OF REVENUE, NO. 20375394-31163 | UNDETERMINED | _____ | UNDETERMINED |
| 62.209. LOCAL/CITY LIQUOR LICENSE - CITY OF TUCSON, NO. 3003705 LLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.210. BUSINESS LICENSE - CITY OF TUCSON, NO. 3003705 PLL | UNDETERMINED | _____ | UNDETERMINED |
| 62.211. HEALTH PERMIT - PIMA COUNTY HEALTH DEPARTMENT, NO. 3080786-1621A | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 62.212. BURGLAR ALARM PERMIT - TUCSON POLICE DEPARTMENT, NO. 37331 | UNDETERMINED | _____  UNDETERMINED |
| 62.213. SPECIAL USE PERMIT - LEWKOWITZ LAW OFFICE, PLC, NO. 4112631163 SUP | UNDETERMINED | _____  UNDETERMINED |
| 62.214. HEALTH PERMIT - SUSQUEHANNA TWP. BOARD OF HEALTH, NO. 1114 | UNDETERMINED | _____  UNDETERMINED |
| 62.215. SIGNAGE PERMIT - PA TOURISM SIGNING TRUST, NO. 81/69 | UNDETERMINED | _____  UNDETERMINED |
| 62.216. BOILER PERMIT - ARKANSAS DEPT OF LABOR, NO. 113214 | UNDETERMINED | _____  UNDETERMINED |
| 62.217. SIGNAGE PERMIT - CITY OF LITTLE ROCK, NO. 22390 | UNDETERMINED | _____  UNDETERMINED |
| 62.218. STATE LIQUOR LICENSE - ARKANSAS ABC DIVISION, NO. 2841-80061589 | UNDETERMINED | _____  UNDETERMINED |
| 62.219. HEALTH PERMIT - ARKANSAS DEPT OF HEALTH, NO. 601791 7601002719 | UNDETERMINED | _____  UNDETERMINED |
| 62.220. BOILER PERMIT - ARKANSAS DEPT OF LABOR, NO. 95581 | UNDETERMINED | _____  UNDETERMINED |
| 62.221. LOCAL/CITY LIQUOR LICENSE - CITY OF LITTLE ROCK, NO. AL142353 | UNDETERMINED | _____  UNDETERMINED |
| 62.222. BUSINESS LICENSE - CITY OF LITTLE ROCK, NO. BL142353 | UNDETERMINED | _____  UNDETERMINED |
| 62.223. SALES TAX REGISTRATION - STATE OF ME-REVENUE SERVICES, NO. 1135869 | UNDETERMINED | _____  UNDETERMINED |
| 62.224. LOCAL/CITY LIQUOR LICENSE - CITY OF SOUTH PORTLAND, NO. 135255 | UNDETERMINED | _____  UNDETERMINED |
| 62.225. HEALTH PERMIT - MAINE DEPT. OF HEALTH AND HUMAN SERVICES, NO. 7898 | UNDETERMINED | _____  UNDETERMINED |
| 62.226. STATE LIQUOR LICENSE - MAINE DEPT. OF PUBLIC SAFETY LIQUOR LICENSING & INSPECTION, NO. CAR-2013-7072 | UNDETERMINED | _____  UNDETERMINED |
| 62.227. HEALTH PERMIT - CITY OF PLANO ENVIRONMENTAL HEALTH, NO. 11667 | UNDETERMINED | _____  UNDETERMINED |
| 62.228. LOCAL/CITY LIQUOR LICENSE - CITY OF PLANO, NO. 336 | UNDETERMINED | _____  UNDETERMINED |
| 62.229. BURGLAR ALARM PERMIT - PLANO POLICE DEPARTMENT, NO. 51734 | UNDETERMINED | _____  UNDETERMINED |
| 62.230. COUNTY LIQUOR LICENSE - COLLIN COUNTY CLERK, NO. RM710747/PE CLIQ | UNDETERMINED | _____  UNDETERMINED |
| 62.231. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. RM710747/PE SLIQ | UNDETERMINED | _____  UNDETERMINED |
| 62.232. HEALTH PERMIT - PLANO HEALTH DEPT., NO. 11668 | UNDETERMINED | _____  UNDETERMINED |
| 62.233. FIRE PREVENTION PERMIT - CITY OF PLANO, NO. 14479 | UNDETERMINED | _____  UNDETERMINED |
| 62.234. LOCAL/CITY LIQUOR LICENSE - CITY OF PLANO (CITY SECRETARY), NO. 335 | UNDETERMINED | _____  UNDETERMINED |
| 62.235. BURGLAR ALARM PERMIT - PLANO POLICE DEPT. ALARM PERMIT UNIT, NO. 51708 | UNDETERMINED | _____  UNDETERMINED |
| 62.236. COUNTY LIQUOR LICENSE - COLLIN COUNTY CLERK, NO. RM710769 CLIQ | UNDETERMINED | _____  UNDETERMINED |
| 62.237. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. RM710769 SLIQ | UNDETERMINED | _____  UNDETERMINED |
| 62.238. BOILER PERMIT - TX DEPT OF LICENSING & REGULATION, NO. TX262100 | UNDETERMINED | _____  UNDETERMINED |
| 62.239. SALES TAX REGISTRATION - CO DOR, NO. 12-79114-0003 STAX | UNDETERMINED | _____  UNDETERMINED |
| 62.240. HEALTH PERMIT - ARAPAHOE COUNTY HEALTH DEPT/TRI-COUNTY, NO. 12791140003 | UNDETERMINED | _____  UNDETERMINED |

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|
| 62.241. STATE LIQUOR LICENSE - CO DOR, NO. 12791140003 SLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.242. BUSINESS LICENSE - CITY OF AURORA, CO, NO. 161056 | UNDETERMINED | _____ | UNDETERMINED |
| 62.243. OCCUPATIONAL LICENSE - CITY OF AURORA, NO. 161060 | UNDETERMINED | _____ | UNDETERMINED |
| 62.244. LOCAL/CITY LIQUOR LICENSE - CITY OF AURORA, NO. 165506 | UNDETERMINED | _____ | UNDETERMINED |
| 62.245. BOILER PERMIT - CO DEPT OF LABOR & EMPLOYMENT, NO. 83979 / 83980 | UNDETERMINED | _____ | UNDETERMINED |
| 62.246. LOCAL/CITY LIQUOR LICENSE - CITY OF GOODYEAR, NO. 12077861 LLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.247. STATE LIQUOR LICENSE - AZ DLLC, NO. 12077861 SLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.248. SPECIAL USE PERMIT - LEWKOWITZ LAW OFFICE, PLC, NO. 15590.01 | UNDETERMINED | _____ | UNDETERMINED |
| 62.249. BUSINESS OPERATION PERMIT - CITY OF GOODYEAR, NO. 16-00001134 | UNDETERMINED | _____ | UNDETERMINED |
| 62.250. SALES TAX REGISTRATION - STATE OF AZ - DEPR OF REVENUE, NO. 20375394-31246 | UNDETERMINED | _____ | UNDETERMINED |
| 62.251. BURGLAR ALARM PERMIT - , NO. 31246 BALP | UNDETERMINED | _____ | UNDETERMINED |
| 62.252. HEALTH PERMIT - MARICOPA COUNTY, NO. FD-13762 | UNDETERMINED | _____ | UNDETERMINED |
| 62.253. STATE LIQUOR LICENSE - AZ DLLC, NO. 12077866 | UNDETERMINED | _____ | UNDETERMINED |
| 62.254. SPECIAL USE PERMIT - LEWKOWITZ LAW OFFICES, PLC, NO. 15590.03 | UNDETERMINED | _____ | UNDETERMINED |
| 62.255. SALES TAX REGISTRATION - STATE OF AZ - DEPT OF REVENUE, NO. 20375394-31178 | UNDETERMINED | _____ | UNDETERMINED |
| 62.256. BURGLAR ALARM PERMIT - PHOENIX POLICE DEPT., NO. 70374 SAP# 4815153 | UNDETERMINED | _____ | UNDETERMINED |
| 62.257. HEALTH PERMIT - MARICOPA COUNTY HEALTH, NO. FD-13528 AND 13529 | UNDETERMINED | _____ | UNDETERMINED |
| 62.258. LOCAL/CITY LIQUOR LICENSE - CITY OF PHOENIX, NO. 08009081 LLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.259. STATE LIQUOR LICENSE - AZ DLLC, NO. 12103936 | UNDETERMINED | _____ | UNDETERMINED |
| 62.260. SPECIAL USE PERMIT - LEWKOWITZ LAW OFFICES, PLC, NO. 15590.06 | UNDETERMINED | _____ | UNDETERMINED |
| 62.261. SALES TAX REGISTRATION - STATE OF AZ - DEPT OF REVENUE, NO. 20375394-31301 | UNDETERMINED | _____ | UNDETERMINED |
| 62.262. HEALTH PERMIT - PIMA COUNTY HEALTH DEPARTMENT, NO. 3080787 – 1621B | UNDETERMINED | _____ | UNDETERMINED |
| 62.263. FIRE PREVENTION PERMIT - CITY OF CORPUS CHRISTI - FIRE DEPT, NO. 12177-25266 | UNDETERMINED | _____ | UNDETERMINED |
| 62.264. HEALTH PERMIT - CORPUS CHRISTI-NUECES COUNTY HEALTH, NO. 14007280 | UNDETERMINED | _____ | UNDETERMINED |
| 62.265. BOILER PERMIT - TX DEPARTMENT OF LICENSING & REGULATION, NO. 254600 | UNDETERMINED | _____ | UNDETERMINED |
| 62.266. BURGLAR ALARM PERMIT - CORPUS CHRISTI POLICE DEPT., NO. 72998 | UNDETERMINED | _____ | UNDETERMINED |
| 62.267. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB,LB,LPE 710757 SLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.268. COUNTY LIQUOR LICENSE - NUECES COUNTY TAX COLLECTOR, NO. MB,LB,PE 710757 CLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.269. LOCAL/CITY LIQUOR LICENSE - CITY OF CORPUS CHRISTI, NO. MB710757/LB/PE | UNDETERMINED | _____ | UNDETERMINED |

Debtor  **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 62.270. LOCAL/CITY LIQUOR LICENSE - MURRAY CITY CORPORATION, NO. 12232 LLIQ-QUOTA | UNDETERMINED | _____ UNDETERMINED |
| 62.271. BOILER PERMIT - UT DIVISION OF BOILER, NO. 148708 U-39686 | UNDETERMINED | _____ UNDETERMINED |
| 62.272. LIQUOR TAX BOND - MARSH & MCLENNAN AGENCY, NO. 2168992 | UNDETERMINED | _____ UNDETERMINED |
| 62.273. HEALTH PERMIT - SALT LAKE VALLEY HEALTH, NO. 35-018714 | UNDETERMINED | _____ UNDETERMINED |
| 62.274. STATE LIQUOR LICENSE - UTAH DABC, NO. RE01844-QUOTA | UNDETERMINED | _____ UNDETERMINED |
| 62.275. SALES TAX REGISTRATION - CITY OF FRESNO-, NO. 127293 | UNDETERMINED | _____ UNDETERMINED |
| 62.276. HEALTH PERMIT - FRESNO COUNTY ENVIRONMENTAL HEALTH, NO. AR0028876 FA0273056 | UNDETERMINED | _____ UNDETERMINED |
| 62.277. LOCAL/CITY LIQUOR LICENSE - CITY OF GREENWOOD VILLAGE, NO. 1279114-0007 LLIQ OL-17-02503 | UNDETERMINED | _____ UNDETERMINED |
| 62.278. SALES TAX REGISTRATION - CO DOR, NO. 1279114-0007 STAX | UNDETERMINED | _____ UNDETERMINED |
| 62.279. HEALTH PERMIT - TRI COUNTY HEALTH DEPARTMENT, NO. 12791140007 | UNDETERMINED | _____ UNDETERMINED |
| 62.280. STATE LIQUOR LICENSE - CO DOR, NO. 12791140007 SLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.281. BOILER PERMIT - COLORADO DEPT. OF LABOR, NO. 86654 | UNDETERMINED | _____ UNDETERMINED |
| 62.282. ENVIRONMENTAL PERMIT - COLORADO DEPT. OF PUBLIC HEALTH & ENVIRONMENT, NO. 9920107687 | UNDETERMINED | _____ UNDETERMINED |
| 62.283. FIRE PREVENTION PERMIT - CITY OF LAS VEGAS, NO. 13279HF | UNDETERMINED | _____ UNDETERMINED |
| 62.284. LOCAL/CITY LIQUOR LICENSE - CITY OF LAS VEGAS, NO. L16-00324 | UNDETERMINED | _____ UNDETERMINED |
| 62.285. HEALTH PERMIT - SOUTHERN NEVADA HEALTH DISTRICT, NO. PR0019188 | UNDETERMINED | _____ UNDETERMINED |
| 62.286. BUSINESS LICENSE - CITY OF LAS VEGAS, NO. R09-00763-2-000680 | UNDETERMINED | _____ UNDETERMINED |
| 62.287. FIRE PREVENTION PERMIT - CITY OF ALBUQUERQUE FIRE DEPT., NO. 5586-16 | UNDETERMINED | _____ UNDETERMINED |
| 62.288. BURGLAR ALARM PERMIT - ALBUQUERQUE POLICE, NO. 57480 | UNDETERMINED | _____ UNDETERMINED |
| 62.289. HEALTH PERMIT - CITY OF ALBUQUERQUE, NO. FA0084795 PT0098096/98/99 | UNDETERMINED | _____ UNDETERMINED |
| 62.290. LOCAL/CITY LIQUOR LICENSE - CITY OF ALBUQUERQUE, NO. FA0086461 | UNDETERMINED | _____ UNDETERMINED |
| 62.291. BUSINESS LICENSE - CITY OF ELK GROVE, NO. 14-00008138 | UNDETERMINED | _____ UNDETERMINED |
| 62.292. BURGLAR ALARM PERMIT - ELK GROVE POLICE DEPARTMENT, NO. 14779 | UNDETERMINED | _____ UNDETERMINED |
| 62.293. HEALTH PERMIT - SACRAMENTO COUNTY ENVIRONMENTAL HEALTH, NO. AR0058874 / FA0015404 / PR0031846 | UNDETERMINED | _____ UNDETERMINED |
| 62.294. BUSINESS OPERATION PERMIT - CITY OF CERRITOS, NO. 14053 | UNDETERMINED | _____ UNDETERMINED |
| 62.295. KITCHEN EQUIPMENT PERMIT - SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, NO. 492445 157652 | UNDETERMINED | _____ UNDETERMINED |
| 62.296. HEALTH PERMIT - LOS ANGELES CO. PUBLIC HEALTH DEPT., NO. FA0046120 PR0024174 AR0087768 | UNDETERMINED | _____ UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                                              Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|
| 62.297. BUSINESS LICENSE - CITY OF STOCKTON FINANCE REVENUE DIV, NO. 15-00098581 | UNDETERMINED | _____ | UNDETERMINED |
| 62.298. BURGLAR ALARM PERMIT - STOCKTON POLICE DEPT, NO. 29008 | UNDETERMINED | _____ | UNDETERMINED |
| 62.299. ENVIRONMENTAL PERMIT - CITY OF STOCKTON FINAR REVENUE SVS DIV, NO. 38370/84861 | UNDETERMINED | _____ | UNDETERMINED |
| 62.300. FIRE PREVENTION PERMIT - CITY OF STOCKTON FIRE PREVENTION DIVISION, NO. 82938/96856 | UNDETERMINED | _____ | UNDETERMINED |
| 62.301. HEALTH PERMIT - SAN JOAQUIN COUNTY ENVIRONMENTAL HEALTH DEPT., NO. AR0024926 / FA0014657-HEA | UNDETERMINED | _____ | UNDETERMINED |
| 62.302. ENVIRONMENTAL PERMIT - SAN JOAQUIN COUNTY, NO. FA0014657 / AR0024926 HMBP | UNDETERMINED | _____ | UNDETERMINED |
| 62.303. ASSEMBLY PERMIT - FOLSOM FIRE DEPARTMENT, NO. 15-001435 | UNDETERMINED | _____ | UNDETERMINED |
| 62.304. BURGLAR ALARM PERMIT - CITY OF FOLSOM-ALARM ADMIN PROGRAM, NO. 200204716 | UNDETERMINED | _____ | UNDETERMINED |
| 62.305. BUSINESS LICENSE - CITY OF FOLSOM, NO. 9912014458 | UNDETERMINED | _____ | UNDETERMINED |
| 62.306. HEALTH PERMIT - SACRAMENTO CO. ENVIRONMENTAL MANAGEMENT DEPT., NO. AR0058871 / FA0015205 / PR0031366 | UNDETERMINED | _____ | UNDETERMINED |
| 62.307. BOILER PERMIT - STATE OF NEVADA MECHANICAL COMPLIANCE, NO. 15-1701NV | UNDETERMINED | _____ | UNDETERMINED |
| 62.308. BUSINESS LICENSE - CITY OF HENDERSON, NO. 2008304328 | UNDETERMINED | _____ | UNDETERMINED |
| 62.309. LOCAL/CITY LIQUOR LICENSE - CITY OF HENDERSON, NO. 2009300078 72400 | UNDETERMINED | _____ | UNDETERMINED |
| 62.310. FIRE PREVENTION PERMIT - CITY OF HENDERSON BUILDING & FIRE SAFETY DEPT., NO. 2009480029 | UNDETERMINED | _____ | UNDETERMINED |
| 62.311. HEALTH PERMIT - SOUTHERN NEVADA HEALTH DISTRICT, NO. PR0019191 - PR0019192 - PR0019193 | UNDETERMINED | _____ | UNDETERMINED |
| 62.312. BUSINESS LICENSE - CITY OF ESCONDIDO, NO. 153156 | UNDETERMINED | _____ | UNDETERMINED |
| 62.313. BURGLAR ALARM PERMIT - CITY OF ESCONDIDO ALARM REGISTRATION, NO. 16-113649 | UNDETERMINED | _____ | UNDETERMINED |
| 62.314. HEALTH PERMIT - COUNTY OF SAN DIEGO DEPT. OF ENVIRONMENTAL HEALTH, NO. DEH2009-FFPP-433036 | UNDETERMINED | _____ | UNDETERMINED |
| 62.315. KITCHEN EQUIPMENT PERMIT - SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, NO. 157426 491847 | UNDETERMINED | _____ | UNDETERMINED |
| 62.316. HEALTH PERMIT - ORANGE COUNTY HEALTHCARE AGENCY, NO. AR1367544 / FA0004450 / PR0004450 | UNDETERMINED | _____ | UNDETERMINED |
| 62.317. FIRE PREVENTION PERMIT - ORANGE COUNTY FIRE AUTHORITY, NO. C77455 | UNDETERMINED | _____ | UNDETERMINED |
| 62.318. ENVIRONMENTAL PERMIT - ORANGE COUNTY HEALTH CARE AGENCY, NO. FA0066936 PR0097781 | UNDETERMINED | _____ | UNDETERMINED |
| 62.319. KITCHEN EQUIPMENT PERMIT - SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, NO. 157672 | UNDETERMINED | _____ | UNDETERMINED |
| 62.320. BURGLAR ALARM PERMIT - HUNTINGTON BEACH POLICE DEPT., NO. 2807/00009357 | UNDETERMINED | _____ | UNDETERMINED |
| 62.321. ENTERTAINMENT LICENSE - CITY OF HUNTINGTON BEACH POLICE DEPT., NO. 31120 ENMT | UNDETERMINED | _____ | UNDETERMINED |
| 62.322. FIRE PREVENTION PERMIT - CITY OF HUNTINGTON BEACH FIRE DEPARTMENT, NO. 4304 | UNDETERMINED | _____ | UNDETERMINED |

| Debtor | **MAC ACQUISITION LLC** | | Case number *(if known)* **17-12224** |
|--------|--------------------------|---|----------------------------------------|

| | | | |
|---|---|---|---|
| 62.323. | BUSINESS LICENSE - CITY OF HUNTINGTON BEACH, NO. A271892 | UNDETERMINED | _____ | UNDETERMINED |
| 62.324. | HEALTH PERMIT - ORANGE COUNTY ENVIRONMENTAL HEALTH, NO. AR1367547/ FA0004494/ PR0004494 | UNDETERMINED | _____ | UNDETERMINED |
| 62.325. | ENVIRONMENTAL PERMIT - ORANGE COUNTY HEALTH CARE AGENCY, NO. FA0068378 HB-03084-04 304 | UNDETERMINED | _____ | UNDETERMINED |
| 62.326. | KITCHEN EQUIPMENT PERMIT - SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, NO. 157682 | UNDETERMINED | _____ | UNDETERMINED |
| 62.327. | HEALTH PERMIT - COUNTY OF SAN BERNARDINO ENVIRONMENTAL SERVICES, NO. PT0018052 | UNDETERMINED | _____ | UNDETERMINED |
| 62.328. | ASSEMBLY PERMIT - CITY OF REDLANDS, NO. V00008628 | UNDETERMINED | _____ | UNDETERMINED |
| 62.329. | KITCHEN EQUIPMENT PERMIT - SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, NO. 157686 | UNDETERMINED | _____ | UNDETERMINED |
| 62.330. | HEALTH PERMIT - ORANGE COUNTY ENVIRONMENTAL HEALTH, NO. AR1367545 / FA0002464 / PR0002464 | UNDETERMINED | _____ | UNDETERMINED |
| 62.331. | BUSINESS LICENSE - IRVINE POLICE DEPT., NO. BUS0803276 | UNDETERMINED | _____ | UNDETERMINED |
| 62.332. | BURGLAR ALARM PERMIT - CITY OF IRVINE-POLICE DEPT., NO. C2014001182 | UNDETERMINED | _____ | UNDETERMINED |
| 62.333. | BOILER PERMIT - NV MECHANICAL SECTION, NO. 16-0363NV | UNDETERMINED | _____ | UNDETERMINED |
| 62.334. | ASSEMBLY PERMIT - CITY OF LAS VEGAS DEPT OF FINANCE, NO. 1882HF 72232 | UNDETERMINED | _____ | UNDETERMINED |
| 62.335. | LOCAL/CITY LIQUOR LICENSE - CITY OF LAS VEGAS, NO. L21-00075 | UNDETERMINED | _____ | UNDETERMINED |
| 62.336. | HEALTH PERMIT - SOUTHERN NEVADA HEALTH DISTRICT, NO. PR0019189 - PR0019190 | UNDETERMINED | _____ | UNDETERMINED |
| 62.337. | BUSINESS LICENSE - CITY OF LAS VEGAS, NO. R09-00593 | UNDETERMINED | _____ | UNDETERMINED |
| 62.338. | BURGLAR ALARM PERMIT - CITY OF LEWISVILLE, NO. 16215 | UNDETERMINED | _____ | UNDETERMINED |
| 62.339. | FIRE PREVENTION PERMIT - CITY OF LEWISVILLE, NO. 2561 GROUP A | UNDETERMINED | _____ | UNDETERMINED |
| 62.340. | HEALTH PERMIT - LEWISVILLE DEPT. OF HEALTH, NO. 371 / 08-20000273 | UNDETERMINED | _____ | UNDETERMINED |
| 62.341. | COUNTY LIQUOR LICENSE - DENTON COUNTY ASSESSOR-COLLECTOR, NO. RM 710756/PE CLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.342. | STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. RM710756 SLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.343. | LOCAL/CITY LIQUOR LICENSE - CITY OF LEWISVILLE, NO. RM710756/02-2005-00016 | UNDETERMINED | _____ | UNDETERMINED |
| 62.344. | BOILER PERMIT - TEXAS DEPT. OF LICENSING & REGULATION, NO. TX 261707 | UNDETERMINED | _____ | UNDETERMINED |
| 62.345. | BUSINESS LICENSE - C/O TN DEPT OF REV COUNTY & CITY TAX, NO. 166436120 - 500968681 | UNDETERMINED | _____ | UNDETERMINED |
| 62.346. | HEALTH PERMIT - TN DEPT. OF HEALTH, NO. 206957 / 206958 | UNDETERMINED | _____ | UNDETERMINED |
| 62.347. | LIQUOR TAX BOND - MARSH & MCLENNAN AGENCY, NO. 2168996 | UNDETERMINED | _____ | UNDETERMINED |
| 62.348. | ENVIRONMENTAL PERMIT - CITY-MEMPHIS DIV OF PUBLIC WKS/ENVIRO, NO. 2942 | UNDETERMINED | _____ | UNDETERMINED |
| 62.349. | BURGLAR ALARM PERMIT - MEMPHIS/SHELBY COUNTY METRO ALARM OFFICE, NO. 301513 | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 62.350.  HEALTH PERMIT - SHELBY COUNY HEALTH DEPT, NO. 59760 | UNDETERMINED | _____   UNDETERMINED |
| 62.351.  HEALTH PERMIT - SHELBY COUNY HEALTH DEPT, NO. 59760 | UNDETERMINED | _____   UNDETERMINED |
| 62.352.  STATE LIQUOR LICENSE - TN ABC, NO. 82037 | UNDETERMINED | _____   UNDETERMINED |
| 62.353.  LOCAL BEER PERMIT - CITY OF MEMPHIS, NO. BR3604 | UNDETERMINED | _____   UNDETERMINED |
| 62.354.  SIGNAGE PERMIT - , NO. SR001778 | UNDETERMINED | _____   UNDETERMINED |
| 62.355.  LOCAL/CITY LIQUOR LICENSE - CITY OF MEMPHIS, NO. T-4522 LLIQ | UNDETERMINED | _____   UNDETERMINED |
| 62.356.  BOILER PERMIT - TN DEPT OF LABOR - BOILER DIVISON, NO. T90384 801695 | UNDETERMINED | _____   UNDETERMINED |
| 62.357.  BUSINESS LICENSE – C/O TN DEPT OF REV FOR CITY & COUNTY, NO. 172594019 - 504790669 | UNDETERMINED | _____   UNDETERMINED |
| 62.358.  LOCAL BEER PERMIT - METRO BEER PERMIT BOARD COUNTY, NO. 18939 | UNDETERMINED | _____   UNDETERMINED |
| 62.359.  LIQUOR TAX BOND - MARSH & MCLENNAN AGENCY, NO. 2168998 | UNDETERMINED | _____   UNDETERMINED |
| 62.360.  HEALTH PERMIT - TN DEPT. OF HEALTH, NO. 221806 / 221807 | UNDETERMINED | _____   UNDETERMINED |
| 62.361.  LOCAL/CITY LIQUOR LICENSE - METROPOLITAN GOVT. OF NASHVILLE & DAVIDSON COUNTY, NO. 52482 LLIQ | UNDETERMINED | _____   UNDETERMINED |
| 62.362.  STATE LIQUOR LICENSE - TN ABC, NO. 52482 SLIQ | UNDETERMINED | _____   UNDETERMINED |
| 62.363.  BOILER PERMIT - TN DEPT OF LABOR /BOILER INSP UNIT, NO. T98343 T103107 | UNDETERMINED | _____   UNDETERMINED |
| 62.364.  BURGLAR ALARM PERMIT - SELMA PD, NO. 176 | UNDETERMINED | _____   UNDETERMINED |
| 62.365.  HEALTH PERMIT - CITY OF SELMA, NO. 3710 | UNDETERMINED | _____   UNDETERMINED |
| 62.366.  COUNTY LIQUOR LICENSE - BEXAR COUNTY TAX ASSESSOR, NO. MB710781/PE CLIQ | UNDETERMINED | _____   UNDETERMINED |
| 62.367.  LOCAL/CITY LIQUOR LICENSE - CITY OF SELMA, NO. MB710781/PE LLIQ | UNDETERMINED | _____   UNDETERMINED |
| 62.368.  STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB710781/PE SLIQ | UNDETERMINED | _____   UNDETERMINED |
| 62.369.  BOILER PERMIT - TX DEPT. OF LICENSING & REGULATION, NO. TX269799 | UNDETERMINED | _____   UNDETERMINED |
| 62.370.  BURGLAR ALARM PERMIT - CITY OF ANN ARBOR, NO. 17766 BALP | UNDETERMINED | _____   UNDETERMINED |
| 62.371.  LOCAL/CITY LIQUOR LICENSE - CITY OF ANN ARBOR, NO. 17766 LLIQ | UNDETERMINED | _____   UNDETERMINED |
| 62.372.  FIRE PREVENTION PERMIT - CITY OF ANN ARBOR, NO. 23790 14669 | UNDETERMINED | _____   UNDETERMINED |
| 62.373.  BOILER PERMIT - MI DEPT OF LICENSING & REGULATORY AFFAIRS, NO. MIR438105 | UNDETERMINED | _____   UNDETERMINED |
| 62.374.  HEALTH PERMIT - WASHTENAW COUNTY HEALTH DEPT., NO. SFE 4781061952 | UNDETERMINED | _____   UNDETERMINED |
| 62.375.  SALES TAX REGISTRATION - MI DEPT OF TREASURY, NO. U26-3096362 31141STAX | UNDETERMINED | _____   UNDETERMINED |
| 62.376.  BUSINESS OPERATION PERMIT - CITY OF BAKERSFIELD, NO. 1800112931 | UNDETERMINED | _____   UNDETERMINED |
| 62.377.  BURGLAR ALARM PERMIT - BAKERSFIELD POLICE DEPT., NO. C13670 | UNDETERMINED | _____   UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                                                  Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|
| 62.378. HEALTH PERMIT - KERN COUNTY PUBLIC HEALTH SERVICES DEPT., NO. PR0048037 / AR0042657 | UNDETERMINED | _____ | UNDETERMINED |
| 62.379. BURGLAR ALARM PERMIT - CITY OF RENO, NO. 195224 | UNDETERMINED | _____ | UNDETERMINED |
| 62.380. FIRE PREVENTION PERMIT - CITY OF RENO- RENO FIRE DEPT., NO. 26284 | UNDETERMINED | _____ | UNDETERMINED |
| 62.381. ENVIRONMENTAL PERMIT - WASHOE COUNTY HEALTH DEPT., NO. AAIR16-0728 | UNDETERMINED | _____ | UNDETERMINED |
| 62.382. HEALTH PERMIT - WASHOE COUNTY DISTRICT HEALTH DEPT., NO. F080420 F080421 F080422 | UNDETERMINED | _____ | UNDETERMINED |
| 62.383. LOCAL/CITY LIQUOR LICENSE - CITY OF RENO, NO. R101706Q-LIC | UNDETERMINED | _____ | UNDETERMINED |
| 62.384. BUSINESS LICENSE - CITY OF RENO, NO. R111669A | UNDETERMINED | _____ | UNDETERMINED |
| 62.385. LOCAL/CITY LIQUOR LICENSE - CITY OF AUBURN HILLS, NO. 31199 / 7549LLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.386. LOCAL/CITY LIQUOR LICENSE - CITY OF AUBURN HILLS, NO. 31199 / 7549LLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.387. BOILER PERMIT - MI DEPT OF LICENSING,LARA/BOILER DIV, NO. MIR432372 | UNDETERMINED | _____ | UNDETERMINED |
| 62.388. HEALTH PERMIT - OAKLAND COUNTY HEALTH DIVISION, NO. SFE 3963061824 | UNDETERMINED | _____ | UNDETERMINED |
| 62.389. SALES TAX REGISTRATION - MI DEPT OF TREASURY, NO. U26-3096362 31199STAX | UNDETERMINED | _____ | UNDETERMINED |
| 62.390. HEALTH PERMIT - AUSTIN/TRAVIS COUNTY HEALTH, NO. 2013 058572 FP / 10959806 | UNDETERMINED | _____ | UNDETERMINED |
| 62.391. LIQUOR CITY/COUNTY - TRAVIS COUNTY, NO. MB/PE 710753/RO711 | UNDETERMINED | _____ | UNDETERMINED |
| 62.392. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB/PE710753 SLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.393. BURGLAR ALARM PERMIT - AUSTIN POLICE DEPT, NO. T65663 | UNDETERMINED | _____ | UNDETERMINED |
| 62.394. HEALTH PERMIT - AUSTIN/TRAVIS COUNTY HEALTH AND HUMAN SERVICES DEPT., NO. 2013-062598 FP / 10964551 | UNDETERMINED | _____ | UNDETERMINED |
| 62.395. LIQUOR CITY/COUNTY - TRAVIS COUNTY TAX ASSESSOR/COLLECTOR, NO. MB/LB/PE 710760 COUNTY-CITY | UNDETERMINED | _____ | UNDETERMINED |
| 62.396. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB/LB/PE 710760 SLIQ | UNDETERMINED | _____ | UNDETERMINED |
| 62.397. BURGLAR ALARM PERMIT - AUSTIN POLICE DEPT., NO. T65664 | UNDETERMINED | _____ | UNDETERMINED |
| 62.398. BOILER PERMIT - TX DEPT. OF LICENSING & REGULATION, NO. TX233477 201509160003 | UNDETERMINED | _____ | UNDETERMINED |
| 62.399. BOILER PERMIT - MI DEPT OF LICENSING & REGULATORY AFFAIRS, NO. MIR410820 | UNDETERMINED | _____ | UNDETERMINED |
| 62.400. BOILER PERMIT - MI DEPT OF LICENSING & REGULATORY AFFAIRS, NO. MIR420287 | UNDETERMINED | _____ | UNDETERMINED |
| 62.401. BOILER PERMIT - MI DEPT OF LICENSING & REGULATORY AFFAIRS, NO. MIR423757 | UNDETERMINED | _____ | UNDETERMINED |
| 62.402. HEALTH PERMIT - MACOMB COUNTY HEALTH DEPT., NO. SFE5550061813 | UNDETERMINED | _____ | UNDETERMINED |
| 62.403. SALES TAX REGISTRATION - MI DEPT OF TREASURY, NO. U26-3096362 31185STAX | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 62.404. BOILER PERMIT - TX DEPT. OF LICENSING & REG., NO. 254864 | UNDETERMINED | _____ UNDETERMINED |
| 62.405. LOCAL/CITY LIQUOR LICENSE - CITY OF EL PASO, NO. 60LALC13-00924 | UNDETERMINED | _____ UNDETERMINED |
| 62.406. ASSEMBLY PERMIT - EL PASO ENGINEERING & CONSTRUCTION & MGMT., NO. LFIR15-03076 | UNDETERMINED | _____ UNDETERMINED |
| 62.407. HEALTH PERMIT - CITY OF EL PASO DEPT. OF PUBLIC HEALTH, NO. LFOD16-00144 | UNDETERMINED | _____ UNDETERMINED |
| 62.408. BURGLAR ALARM PERMIT - CITY OF EL PASO, NO. LSAL14-03117 | UNDETERMINED | _____ UNDETERMINED |
| 62.409. COUNTY LIQUOR LICENSE - EL PASO COUNTY TAX ASSESSOR, NO. MB/PE710754 CLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.410. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB/PE710754 SLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.411. BOILER PERMIT - OHIO DEPT. OF COMMERCE BUREAU OF OPS AND MAINTENANCE - BOILERS, NO. 282395 | UNDETERMINED | _____ UNDETERMINED |
| 62.412. SIGNAGE PERMIT - OHIO LOGOS, INC., NO. 31109-HWY | UNDETERMINED | _____ UNDETERMINED |
| 62.413. STATE LIQUOR LICENSE - OHIO DIV. OF LIQUOR CONTROL, NO. 5402025-0025-QUOTA | UNDETERMINED | _____ UNDETERMINED |
| 62.414. HEALTH PERMIT - STATE OF OHIO DEPARTMENT OF HEALTH, NO. NFRY-9G5BFM | UNDETERMINED | _____ UNDETERMINED |
| 62.415. BOILER PERMIT - OH DEPT OF COMMERCE BUREAU, NO. 294054 | UNDETERMINED | _____ UNDETERMINED |
| 62.416. SIGNAGE PERMIT - OHIO LOGOS, INC., NO. 31033-HWY | UNDETERMINED | _____ UNDETERMINED |
| 62.417. HEALTH PERMIT - OHIO DEPARTMENT OF HEALTH, NO. NFRY-9G59ZH | UNDETERMINED | _____ UNDETERMINED |
| 62.418. BOILER PERMIT - OHIO DEPT. OF COMMERCE DIV.OF INDUSTRIAL COMPLIANCE, NO. 296077 | UNDETERMINED | _____ UNDETERMINED |
| 62.419. HEALTH PERMIT - SUMMIT COUNTY HEALTH, NO. SYOG-7VBUQA | UNDETERMINED | _____ UNDETERMINED |
| 62.420. BUSINESS OPERATION PERMIT - CITY OF MILPITAS, NO. 35343 | UNDETERMINED | _____ UNDETERMINED |
| 62.421. ENVIRONMENTAL PERMIT - COUNTY OF SANTA CLARA, HEALTH, NO. AR1306978 / FA0276529 / PR0417761 | UNDETERMINED | _____ UNDETERMINED |
| 62.422. HEALTH PERMIT - SANTA CLARA ENVIRONMENTAL HEALTH, NO. PT0440162 | UNDETERMINED | _____ UNDETERMINED |
| 62.423. HEALTH PERMIT - ORANGE CO. HEALTH CARE AGENCY ENVIRONMENTAL HEALTH, NO. AR1367409 / FA0041250 / PR0047353 | UNDETERMINED | _____ UNDETERMINED |
| 62.424. BUSINESS LICENSE - CITY OF ANAHEIM, NO. BUS2008-04651 | UNDETERMINED | _____ UNDETERMINED |
| 62.425. ENVIRONMENTAL PERMIT - CITY OF ANAHEIM, NO. FEP-0001481 | UNDETERMINED | _____ UNDETERMINED |
| 62.426. BUSINESS LICENSE - CITY OF OCEANSIDE, NO. BL-117968 | UNDETERMINED | _____ UNDETERMINED |
| 62.427. HEALTH PERMIT - SAN DIEGO DEPT. OF ENVIRONMENTAL HEALTH, NO. DEH2009-FFPP-433599 | UNDETERMINED | _____ UNDETERMINED |
| 62.428. CERTIFICATE OF INSPECTION - COSCO FIRE PROTECTION, NO. FIRE SPRINKLER INSP | UNDETERMINED | _____ UNDETERMINED |
| 62.429. ENVIRONMENTAL PERMIT - COUNTY OF LOS ANGELES DEPT. OF PUBLIC HEALTH, ENVIRONMENTAL HEALTH SECTION, NO. AR0236546 BD0025417 | UNDETERMINED | _____ UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 62.430. HEALTH PERMIT - COUNTY OF LOS ANGELES PUBLIC HEALTH DEPT., NO. FA0069716 AR0064172 PR0020855 | UNDETERMINED | _____ UNDETERMINED |
| 62.431. CERTIFICATE OF INSPECTION - TRI CITY FIRE SPRINKLERS, NO. FIRE INSPECTION | UNDETERMINED | _____ UNDETERMINED |
| 62.432. HEALTH PERMIT - MONTGOMERY COUNTY ENVIRO HEALTH, NO. 518392-14 | UNDETERMINED | _____ UNDETERMINED |
| 62.433. BURGLAR ALARM PERMIT - MONTGOMERY COUNTY SHERIFF'S OFFICE, NO. 9904954 | UNDETERMINED | _____ UNDETERMINED |
| 62.434. COUNTY LIQUOR LICENSE - MONTGOMERY COUNTY TAX ASSESSOR, NO. MB710759 CLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.435. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB710759 SLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.436. BOILER PERMIT - TEXAS DEPT. OF LICENSING & REGULATION, NO. TX260842 | UNDETERMINED | _____ UNDETERMINED |
| 62.437. STATE LIQUOR LICENSE - OHIO DIV. OF LIQUOR CONTROL, NO. 5402025-0010 | UNDETERMINED | _____ UNDETERMINED |
| 62.438. LOCAL/CITY LIQUOR LICENSE - CITY OF FRISCO, OFFICE OF THE CITY SECRETARY, NO. A08-0038 | UNDETERMINED | _____ UNDETERMINED |
| 62.439. CERTIFICATE OF USE/OCCUPANCY - CITY OF FRISCO, NO. CO08-0134 | UNDETERMINED | _____ UNDETERMINED |
| 62.440. HEALTH PERMIT - CITY OF FRISCO HEALTH & FOOD SERVICES, NO. H08-0302 | UNDETERMINED | _____ UNDETERMINED |
| 62.441. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. RM710752/FB/PE SLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.442. COUNTY LIQUOR LICENSE - COLLIN COUNTY CLERK, NO. RM710752/PE CLIQ | UNDETERMINED | _____ UNDETERMINED |
| 62.443. BUSINESS OPERATION PERMIT - CITY OF LIVONIA, NO. BARR-16-00002 | UNDETERMINED | _____ UNDETERMINED |
| 62.444. BOILER PERMIT - MICHIGAN DEPT OF LIC/BOILER DIVISION, NO. MIR430258 | UNDETERMINED | _____ UNDETERMINED |
| 62.445. HEALTH PERMIT - WAYNE COUNTY HEALTH DEPT., NO. SFE4882062297 | UNDETERMINED | _____ UNDETERMINED |
| 62.446. SALES TAX REGISTRATION - MI DEPT OF TREASURY, NO. U26-3096362 31053STAX | UNDETERMINED | _____ UNDETERMINED |
| 62.447. COUNTY LIQUOR LICENSE - WILLIAMSON COUNTY TAX ASSESSOR COLLECTOR, NO. MB-710751 | UNDETERMINED | _____ UNDETERMINED |
| 62.448. STATE LIQUOR LICENSE - TEXAS COMPTROLLER, NO. MB/PE710751 | UNDETERMINED | _____ UNDETERMINED |
| 62.449. LOCAL/CITY LIQUOR LICENSE - CITY OF ROUND ROCK, NO. MB710751/PE | UNDETERMINED | _____ UNDETERMINED |
| 62.450. HEALTH PERMIT - WILLIAMSON COUNTY AND CITIES HEALTH DISTRICT, NO. RR-753 | UNDETERMINED | _____ UNDETERMINED |
| 62.451. BOILER PERMIT - TEXAS DEPT. OF LICENSING AND REGULATION, NO. TX258570 | UNDETERMINED | _____ UNDETERMINED |
| 62.452. ANNUAL REPORT - , NO. 02591359 - IL | UNDETERMINED | _____ UNDETERMINED |
| 62.453. ANNUAL REPORT - SECRETARY OF STATE - NJ, NO. 0600331586 - NJ | UNDETERMINED | _____ UNDETERMINED |
| 62.454. ANNUAL REPORT - SECRETARY OF STATE - KY, NO. 0712559 - KY | UNDETERMINED | _____ UNDETERMINED |
| 62.455. ANNUAL REPORT - SECRETARY OF STATE - GA, NO. 08067712 | UNDETERMINED | _____ UNDETERMINED |

| Debtor | **MAC ACQUISITION LLC** | | Case number *(if known)* **17-12224** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 62.456. | ANNUAL REPORT - NE SECRETARY OF STATE, NO. 10114722 - NE | UNDETERMINED | _____ | UNDETERMINED |
| 62.457. | ANNUAL REPORT - SECRETARY OF STATE - CO, NO. 20081448207 - CO | UNDETERMINED | _____ | UNDETERMINED |
| 62.458. | ANNUAL REPORT - SECRETARY OF STATE - CA, NO. 200824110114 - CA | UNDETERMINED | _____ | UNDETERMINED |
| 62.459. | ANNUAL REPORT - SECRETARY OF STATE - ME, NO. 20090115FC -ME | UNDETERMINED | _____ | UNDETERMINED |
| 62.460. | ANNUAL REPORT - SECRETARY OF STATE - MA, NO. 263096362-MA | UNDETERMINED | _____ | UNDETERMINED |
| 62.461. | ANNUAL REPORT - SECRETARY OF STATE - MN, NO. 2986567-2-MN | UNDETERMINED | _____ | UNDETERMINED |
| 62.462. | ANNUAL REPORT - SECRETARY OF STATE - LA, NO. 36834009Q - LA | UNDETERMINED | _____ | UNDETERMINED |
| 62.463. | ANNUAL REPORT - SECRETARY OF STATE - OK, NO. 3712196134 - OK | UNDETERMINED | _____ | UNDETERMINED |
| 62.464. | ANNUAL REPORT - , NO. 4079281 - NM | UNDETERMINED | _____ | UNDETERMINED |
| 62.465. | ANNUAL REPORT - SECRETARY OF STATE - DE, NO. 4569940 - DE | UNDETERMINED | _____ | UNDETERMINED |
| 62.466. | ANNUAL REPORT - SECRETARY OF STATE - WA, NO. 603184292 - WA | UNDETERMINED | _____ | UNDETERMINED |
| 62.467. | ANNUAL REPORT - SECRETARY OF STATE - UT, NO. 7116021-0161 - UT | UNDETERMINED | _____ | UNDETERMINED |
| 62.468. | ANNUAL REPORT - SECRETARY OF STATE - AR, NO. 800140902 - AR | UNDETERMINED | _____ | UNDETERMINED |
| 62.469. | ANNUAL REPORT - DEPT. OF LICENSING & REGULATORY AFFAIRS, NO. B94556 - MI | UNDETERMINED | _____ | UNDETERMINED |
| 62.470. | ASSUMED NAME FILINGS - , NO. CLARK COUNTY-31072 | UNDETERMINED | _____ | UNDETERMINED |
| 62.471. | ASSUMED NAME FILINGS - , NO. CLARK COUNTY-31151 | UNDETERMINED | _____ | UNDETERMINED |
| 62.472. | ANNUAL REPORT - SECRETARY OF STATE - NV, NO. E0545592008-9 - NV | UNDETERMINED | _____ | UNDETERMINED |
| 62.473. | ASSUMED NAME FILINGS - , NO. FRESNO COUNTY-31161 | UNDETERMINED | _____ | UNDETERMINED |
| 62.474. | ASSUMED NAME FILINGS - , NO. GWINNET CO-31216 | UNDETERMINED | _____ | UNDETERMINED |
| 62.475. | ASSUMED NAME FILINGS - , NO. KERN COUNTY-31286 | UNDETERMINED | _____ | UNDETERMINED |
| 62.476. | ASSUMED NAME FILINGS - , NO. LOS ANGELES COUNTY-31197 | UNDETERMINED | _____ | UNDETERMINED |
| 62.477. | ASSUMED NAME FILINGS - , NO. MD SOS-31089 | UNDETERMINED | _____ | UNDETERMINED |
| 62.478. | ASSUMED NAME FILINGS - , NO. MD SOS-31104 | UNDETERMINED | _____ | UNDETERMINED |
| 62.479. | ASSUMED NAME FILINGS - , NO. MD SOS-31159 | UNDETERMINED | _____ | UNDETERMINED |
| 62.480. | ASSUMED NAME FILINGS - , NO. MD SOS-31198 | UNDETERMINED | _____ | UNDETERMINED |
| 62.481. | ASSUMED NAME FILINGS - , NO. MD SOS-31279 | UNDETERMINED | _____ | UNDETERMINED |
| 62.482. | ASSUMED NAME FILINGS - , NO. ME SOS-31127 | UNDETERMINED | _____ | UNDETERMINED |
| 62.483. | ASSUMED NAME FILINGS - , NO. MO SOS-31256 | UNDETERMINED | _____ | UNDETERMINED |
| 62.484. | ASSUMED NAME FILINGS - , NO. NJ SOS | UNDETERMINED | _____ | UNDETERMINED |
| 62.485. | ASSUMED NAME FILINGS - , NO. ORANGE COUNTY-31145 | UNDETERMINED | _____ | UNDETERMINED |
| 62.486. | ASSUMED NAME FILINGS - , NO. PLACER COUNTY-31078 | UNDETERMINED | _____ | UNDETERMINED |
| 62.487. | ANNUAL REPORT - , NO. R-14733305 - AZ | UNDETERMINED | _____ | UNDETERMINED |

| Debtor | **MAC ACQUISITION LLC** | | Case number *(if known)* **17-12224** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 62.488. ASSUMED NAME FILINGS - , NO. RIVERSIDE COUNTY-31294 | UNDETERMINED | _____ | UNDETERMINED |
| 62.489. ASSUMED NAME FILINGS - , NO. SACRAMENTO COUNTY-31252 | UNDETERMINED | _____ | UNDETERMINED |
| 62.490. ASSUMED NAME FILINGS - , NO. SAN DIEGO COUNTY-31339 | UNDETERMINED | _____ | UNDETERMINED |
| 62.491. ASSUMED NAME FILINGS - , NO. SAN JOAQUIN-31287 | UNDETERMINED | _____ | UNDETERMINED |
| 62.492. ANNUAL REPORT - SECRETARY OF STATE - NC, NO. SEC1062000 - NC | UNDETERMINED | _____ | UNDETERMINED |
| 62.493. ASSUMED NAME FILINGS - , NO. SOS MI | UNDETERMINED | _____ | UNDETERMINED |
| 62.494. ASSUMED NAME FILINGS - , NO. SOS MN | UNDETERMINED | _____ | UNDETERMINED |
| 62.495. ASSUMED NAME FILINGS - , NO. SOS PA | UNDETERMINED | _____ | UNDETERMINED |
| 62.496. ANNUAL REPORT - SECRETARY OF STATE - VA, NO. T038621-1 - VA | UNDETERMINED | _____ | UNDETERMINED |
| 62.497. ASSUMED NAME FILINGS - , NO. TN SOS | UNDETERMINED | _____ | UNDETERMINED |
| 62.498. ASSUMED NAME FILINGS - , NO. UTAH-31181 | UNDETERMINED | _____ | UNDETERMINED |
| 62.499. ASSUMED NAME FILINGS - , NO. VENTURA COUNTY-31307 | UNDETERMINED | _____ | UNDETERMINED |
| 62.500. ASSUMED NAME FILINGS - , NO. WASHOE COUNTY-31184 | UNDETERMINED | _____ | UNDETERMINED |
| 62.501. ANNUAL REPORT - SECRETARY OF STATE - TN, NO. 000585132 - TN | UNDETERMINED | _____ | UNDETERMINED |
| 62.502. TRADEMARK LICENSE FROM MAC ACQUISITION IP, LLC PURSUANT TO TRADEMARK LICENSE AGREEMENT DATED AS OF DECEMBER 18, 2008 | UNDETERMINED | _____ | UNDETERMINED |
| 62.503. HEALTH PERMIT - ALBANY COUNTY HEALTH DEPT., NO. 01-3009 / 676720 | UNDETERMINED | _____ | UNDETERMINED |
| 62.504. STATE LIQUOR LICENSE - NYS LIQUOR AUTHORITY, NO. 2147331 | UNDETERMINED | _____ | UNDETERMINED |
| 62.505. LIQUOR TAX BOND - MARSH & MCLENNAN AGENCY, NO. 2200658 | UNDETERMINED | _____ | UNDETERMINED |
| 62.506. BURGLAR ALARM PERMIT - TOWN OF COLONIE, NO. FS-14-00062 | UNDETERMINED | _____ | UNDETERMINED |
| 62.507. BURGLAR ALARM PERMIT - MIAMI-DADE COUNTY POLICE DEPT., NO. 100105 | UNDETERMINED | _____ | UNDETERMINED |
| 62.508. CERTIFICATE OF USE/OCCUPANCY - MIAMI-DADE COUNTY, NO. 2009048018 AND 2009048017 | UNDETERMINED | _____ | UNDETERMINED |
| 62.509. SALES TAX REGISTRATION - FLORIDA DOR, NO. 23-8014912026-6 | UNDETERMINED | _____ | UNDETERMINED |
| 62.510. BUSINESS LICENSE - MIAMI-DADE COUNTY, NO. 6406094 | UNDETERMINED | _____ | UNDETERMINED |
| 62.511. FIRE PREVENTION PERMIT - MIAMI-DADE FIRE RESCUE DEPARTMENT, NO. 99120-11948 | UNDETERMINED | _____ | UNDETERMINED |
| 62.512. STATE LIQUOR LICENSE - DBPR DIV. OF ALCOHOLIC BEVERAGES AND TOBACCO, NO. BEV2310904-QUOTA | UNDETERMINED | _____ | UNDETERMINED |
| 62.513. KITCHEN EQUIPMENT PERMIT - MIAMI-DADE COUNTY ENVIRONMENTAL RESOURCES MANAGEMENT, NO. GDO-000091 | UNDETERMINED | _____ | UNDETERMINED |
| 62.514. BOILER PERMIT - MIAMI-DADE BLDG AND NEIGHBORHOOD COMPLIANCE DEPT, NO. NB65699 | UNDETERMINED | _____ | UNDETERMINED |
| 62.515. HEALTH PERMIT - DBPR – DIVISION OF HOTELS AND RESTAURANTS, NO. SEA2323585 | UNDETERMINED | _____ | UNDETERMINED |
| 62.516. BUSINESS LICENSE - OSCEOLA COUNTY, NO. 112619 | UNDETERMINED | _____ | UNDETERMINED |

| Debtor | **MAC ACQUISITION LLC** | | Case number *(if known)* **17-12224** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 62.517. | SALES TAX REGISTRATION - FLORIDA DOR, NO. 59-8014913699-8 | UNDETERMINED | _____ UNDETERMINED |
| 62.518. | STATE LIQUOR LICENSE - DBPR DIV. OF ALCOHOLIC BEVERAGES AND TOBACCO, NO. BEV5901672-QUOTA | UNDETERMINED | _____ UNDETERMINED |
| 62.519. | HEALTH PERMIT - DBPR – DIVISION OF HOTELS AND RESTAURANTS, NO. SEA5906039 | UNDETERMINED | _____ UNDETERMINED |
| 62.520. | BUSINESS LICENSE - SEMINOLE COUNTY TAX COLLECTOR, NO. 161041 | UNDETERMINED | _____ UNDETERMINED |
| 62.521. | SALES TAX REGISTRATION - FLORIDA DOR, NO. 69-8014912155-5 | UNDETERMINED | _____ UNDETERMINED |
| 62.522. | STATE LIQUOR LICENSE - DBPR DIV. OF ALCOHOLIC BEVERAGES AND TOBACCO, NO. BEV6910160-QUOTA | UNDETERMINED | _____ UNDETERMINED |
| 62.523. | HEALTH PERMIT - DBPR – DIVISION OF HOTELS AND RESTAURANTS, NO. SEA6904703 | UNDETERMINED | _____ UNDETERMINED |
| 62.524. | BUSINESS LICENSE - CITY OF ST. PETERSBURG, NO. 17-00038770 | UNDETERMINED | _____ UNDETERMINED |
| 62.525. | BURGLAR ALARM PERMIT - CITY OF ST. PETERSBURG POLICE DEPT., NO. 55125 | UNDETERMINED | _____ UNDETERMINED |
| 62.526. | SALES TAX REGISTRATION - FLORIDA DOR, NO. 62-8014912705-5 | UNDETERMINED | _____ UNDETERMINED |
| 62.527. | STATE LIQUOR LICENSE - DBPR DIV. OF ALCOHOLIC BEVERAGES AND TOBACCO, NO. BEV6210099-QUOTA | UNDETERMINED | _____ UNDETERMINED |
| 62.528. | GREASE PERMIT - CITY OF ST. PETERSBURG, NO. GMP-295-04-3 7986 | UNDETERMINED | _____ UNDETERMINED |
| 62.529. | HEALTH PERMIT - DBPR – DIVISION OF HOTELS AND RESTAURANTS, NO. SEA6215377 | UNDETERMINED | _____ UNDETERMINED |
| 62.530. | BUSINESS LICENSE - ORANGE COUNTY TAX COLLECTOR, NO. 1701-1106767 | UNDETERMINED | _____ UNDETERMINED |
| 62.531. | BUSINESS LICENSE - CITY OF WINTER GARDEN, NO. 18-00004998 | UNDETERMINED | _____ UNDETERMINED |
| 62.532. | SALES TAX REGISTRATION - FLORIDA DOR, NO. 58-8014912127-0 | UNDETERMINED | _____ UNDETERMINED |
| 62.533. | STATE LIQUOR LICENSE - DBPR DIV. OF ALCOHOLIC BEVERAGES AND TOBACCO, NO. BEV5810065-QUOTA | UNDETERMINED | _____ UNDETERMINED |
| 62.534. | HEALTH PERMIT - DBPR – DIVISION OF HOTELS AND RESTAURANTS, NO. SEA5811831 | UNDETERMINED | _____ UNDETERMINED |
| 62.535. | BUSINESS LICENSE - HILLSBOROUGH COUNTY TAX COLLECTOR, NO. 18289 | UNDETERMINED | _____ UNDETERMINED |
| 62.536. | SALES TAX REGISTRATION - FLORIDA DEPT. OF REVENUE, NO. 39-8014912106-8 | UNDETERMINED | _____ UNDETERMINED |
| 62.537. | STATE LIQUOR LICENSE - DBPR DIV. OF ALCOHOLIC BEVERAGES AND TOBACCO, NO. BEV3904063-QUOTA | UNDETERMINED | _____ UNDETERMINED |
| 62.538. | HEALTH PERMIT - DBPR – DIVISION OF HOTELS AND RESTAURANTS, NO. SEA3910442 | UNDETERMINED | _____ UNDETERMINED |
| 62.539. | BUSINESS LICENSE - CITY OF DORAL, NO. 2018007617 | UNDETERMINED | _____ UNDETERMINED |
| 62.540. | SALES TAX REGISTRATION - FLORIDA DOR, NO. 23-8014911873-7 | UNDETERMINED | _____ UNDETERMINED |
| 62.541. | BURGLAR ALARM PERMIT - CITY OF DORAL, NO. 3 | UNDETERMINED | _____ UNDETERMINED |
| 62.542. | BUSINESS LICENSE - MIAMI-DADE COUNTY, NO. 6406086 | UNDETERMINED | _____ UNDETERMINED |
| 62.543. | FIRE PREVENTION PERMIT - MIAMI-DADE COUNTY FIRE RESCUE DEPT., NO. 99120-16716 | UNDETERMINED | _____ UNDETERMINED |

| Debtor | **MAC ACQUISITION LLC** | | Case number *(if known)* **17-12224** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 62.544. | STATE LIQUOR LICENSE - DBPR DIV. OF ALCOHOLIC BEVERAGES AND TOBACCO, NO. BEV2321986 - QUOTA | UNDETERMINED | _____ UNDETERMINED |
| 62.545. | BOILER PERMIT - CITY OF DORAL, NO. BR1211 | UNDETERMINED | _____ UNDETERMINED |
| 62.546. | KITCHEN EQUIPMENT PERMIT - MIAMI-DADE COUNTY ENVIRONMENTAL RESOURCES MANAGEMENT, NO. GDO-002876 | UNDETERMINED | _____ UNDETERMINED |
| 62.547. | HEALTH PERMIT - DBPR – DIVISION OF HOTELS AND RESTAURANTS, NO. SEA2326493 | UNDETERMINED | _____ UNDETERMINED |
| 62.548. | BUSINESS LICENSE - HILLSBOROUGH COUNTY, DOUG BELDEN TAX COLLECTOR, NO. 20278 | UNDETERMINED | _____ UNDETERMINED |
| 62.549. | ANNUAL REPORT - CITY OF TAMPA, NO. 31039 GROSS SALES REPORT | UNDETERMINED | _____ UNDETERMINED |
| 62.550. | SALES TAX REGISTRATION - FLORIDA DOR, NO. 39-8014911909-6 | UNDETERMINED | _____ UNDETERMINED |
| 62.551. | STATE LIQUOR LICENSE - DBPR DIV. OF ALCOHOLIC BEVERAGES AND TOBACCO, NO. BEV3904214-QUOTA | UNDETERMINED | _____ UNDETERMINED |
| 62.552. | HEALTH PERMIT - DBPR – DIVISION OF HOTELS AND RESTAURANTS, NO. SEA3912795 | UNDETERMINED | _____ UNDETERMINED |
| 62.553. | LIQUOR TAX BOND - MARSH & MCLENNAN AGENCY, NO. 2168985 | UNDETERMINED | _____ UNDETERMINED |
| 62.554. | HEALTH PERMIT - MONROE COUNTY DEPT. OF HEALTH, NO. 275658201 | UNDETERMINED | _____ UNDETERMINED |
| 62.555. | STATE LIQUOR LICENSE - NYS LIQUOR AUTHORITY, NO. 3141160 | UNDETERMINED | _____ UNDETERMINED |
| 62.556. | FIRE ALARM PERMIT - TOWN OF HENRIETTA, NO. FP705 | UNDETERMINED | _____ UNDETERMINED |
| 62.557. | SIGNAGE PERMIT - TOWN OF HENRIETTA, NO. SG04230 | UNDETERMINED | _____ UNDETERMINED |
| 62.558. | SIGNAGE PERMIT - TOWN OF HENRIETTA, NO. SG05161 | UNDETERMINED | _____ UNDETERMINED |
| 62.559. | SALES TAX REGISTRATION - FLORIDA DOR, NO. 58-8014913706-0 | UNDETERMINED | _____ UNDETERMINED |
| 62.560. | STATE LIQUOR LICENSE - DBPR DIV. OF ALCOHOLIC BEVERAGES AND TOBACCO, NO. BEV5807042 - QUOTA | UNDETERMINED | _____ UNDETERMINED |
| 62.561. | HEALTH PERMIT - DBPR – DIVISION OF HOTELS AND RESTAURANTS, NO. SEA5807899 | UNDETERMINED | _____ UNDETERMINED |
| 62.562. | ANNUAL REPORT - SECRETARY OF STATE - NY, NO. 3715250 - NY | UNDETERMINED | _____ UNDETERMINED |
| 62.563. | ASSUMED NAME FILINGS - FLORIDA DEPT OF STATE, NO. G94319900076 | UNDETERMINED | _____ UNDETERMINED |
| 62.564. | ANNUAL REPORT - STATE OF FLORIDA, NO. M08000003949 - FL | UNDETERMINED | _____ UNDETERMINED |

| | | | | |
|---|---|---|---|---|
| **63.** | **Customer lists, mailing lists, or other compilations** | | | |
| 63.1. | _____ | $_____ | _____ | $_____ |
| **64.** | **Other intangibles, or intellectual property** | | | |
| 64.1. | _____ | $_____ | _____ | $_____ |
| **65.** | **Goodwill** | | | |
| 65.1. | _____ | $_____ | _____ | $_____ |

**66.    Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

> UNDETERMINED

Debtor   **MAC ACQUISITION LLC**                                                                        Case number *(if known)* **17-12224**

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70.    Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**71.    Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ | $_____ - | $_____ | = ........ → | $_____ |
| _____ | | | | |

**72.    Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. _____ | $_____ | $_____ | _____ | $_____ |

**73.    Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | LIBERTY MUTUAL FIRE INSURANCE COMPANY | 3097 | _____ | _____ | _____ | UNDETERMINED |
| 73.2. | INTEGON NATIONAL INSURANCE COMPANY | 8377 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | IMPERIAL FIRE & CASUALTY INSURANCE COMPANY | 8027 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | IMPERIAL FIRE & CASUALTY INSURANCE COMPANY | 8042 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | EVANSTON INSURANCE COMPANY | 2044 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | LLOYDS LONDON | 7019 | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | LIBERTY MUTUAL FIRE INSURANCE COMPANY | 3037 | _____ | _____ | _____ | UNDETERMINED |

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | | | | | |
|---|---|---|---|---|---|---|
| 73.8. | LIBERTY MUTUAL FIRE INSURANCE COMPANY | 3027 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | LIBERTY MUTUAL FIRE INSURANCE COMPANY | 3047 | _____ | _____ | _____ | UNDETERMINED |
| 73.10. | LIBERTY INSURANCE COMPANY | 3057 | _____ | _____ | _____ | UNDETERMINED |
| 73.11. | FIREMAN'S FUND | 2286 | _____ | _____ | _____ | UNDETERMINED |
| 73.12. | XL CAITLIN | 24 01 | _____ | _____ | _____ | UNDETERMINED |
| 73.13. | LIBERTY INSURANCE COMPANY | 3067 | _____ | _____ | _____ | UNDETERMINED |
| 73.14. | FEDERAL INSURANCE COMPANY | 6508 | _____ | _____ | _____ | UNDETERMINED |
| 73.15. | LIBERTY INSURANCE COMPANY | 3017 | _____ | _____ | _____ | UNDETERMINED |
| 73.16. | OHIO BUREAU OF WORKERS' COMPENSATION | 2377-0 | _____ | _____ | _____ | UNDETERMINED |
| 73.17. | WASHINGTON STATE DEPT. OF LABOR & INDUSTRIES | _____ | _____ | _____ | _____ | UNDETERMINED |

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. | PROOF OF CLAIM NO. 995 FILED IN IGNITE BANKRUPTCY | INDEMNIFICATION | UNLIQUIDATED | UNDETERMINED |
| 74.2. | PROOF OF CLAIM NO. 996 FILED IN IGNITE BANKRUPTCY | INDEMNIFICATION | UNLIQUIDATED | UNDETERMINED |

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 75.1. | OUTSTANDING INSURANCE SETTLEMENT FOR WHEATON RESTAURANT | INSURANCE SETTLEMENT | $89,053.62 | $89,053.62 |

**76.    Trusts, equitable or future interests in property**

76.1.   _____    $_____

**77.    Other property of any kind not already listed**

Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | INTERCOMPANY RECEIVABLE - MAC ACQUISITION OF NEW JERSEY LLC | $2,240,000.00 |
| 77.2. | INTERCOMPANY RECEIVABLE - MAC ACQUISITION OF FREDERICK COUNTY LLC | $225,000.00 |
| 77.3. | INTERCOMPANY RECEIVABLE - RMG DEVELOPMENT LLC | $3,300,000.00 |

**78.    Total of part 11**

Add lines 71 through 77. Copy the total to line 90.                         $5,854,053.62

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,571,762.33 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,655,163.73 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,027,840.13 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,684,312.32 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,621,886.15 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,098,353.68 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................................ → | | $14,885,739.36 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*                                          **+** | $5,854,053.62 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $20,513,371.96 | + 91b.   $14,885,739.36 |

92.    **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..........................................................................    $35,399,111.32

| **Fill in this information to identify the case:** |
| **Debtor name:** MAC ACQUISITION LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 17-12224 |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

2.1. **Creditor's name and address**

AIRTEMP INC
DRUMMOND WOODSUM
JEFFREY T PLAMPLANO
84 MARGINAL WAY
STE 600
PORTLAND ME 04101-2480

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

OUTSTANDING INVOICES IN THE AMOUNT OF $9,899.89 FOR SERVICES RENDERED AT 415 PHILBROOK AVE, SOUTH PORTLAND, ME

**Describe the lien**

CLAIM OF LIEN RECORDED 7/20/2017 AT BOOK 34173, PAGES 48-49, CUMBERLAND COUNTY REGISTRY OF DEEDS

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

$9,899.89                    UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| | |
|---|---|
| **2.2.**[1] **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

BANK OF COLORADO
1801 BROADWAY STE 100
DENVER CO 80202

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/8/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority. THE PRIORITY OF LIENS IS AS FOLLOWS: FIRST, BANK OF COLORADO; SECOND, CISCO SYSTEMS CAPITAL CORPORATION; THIRD, EDWARD DON & COMPANY; AND FOURTH, RIESEN FUNDING LLC

　☐ Yes. The relative priority of creditors is specified on lines: _____

ALL INVENTORY, CHATTEL PAPER, ACCOUNTS, EQUIPMENT AND GENERAL INTANGIBLES, WHETHER NOW OWNED OR HEREAFTER ACQUIRED, WHETHER NOW EXISTING OR HEREAFTER ARISING, AND WHEREVER LOCATED, ETC                $17,929,080.00    UNDETERMINED

**Describe the lien**

UCC-1 RECORDED 6/8/2015 IN DELAWARE AS DOCUMENT # 20152433331

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

---

**2.3.    Creditor's name and address**

CISCO SYSTEMS CAPITAL CORPORATION
170 W TASMAN DR
MS SJ133
SAN JOSE CA 95134

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/4/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☑ Yes. The relative priority of creditors is specified on lines: 2.2

**Describe debtor's property that is subject to a lien**

RIGHT, TITLE AND INTEREST, NOW EXISTING AND HEREAFTER ARISING, IN AND TO LEASED PROPERTY MORE SPECIFICALLY IDENTIFIED IN RECORDED FINANCING STATEMENT, ETC                $100,000.00    UNDETERMINED

**Describe the lien**

UCC-1 RECORDED 8/4/2015 IN DELAWARE AS DOCUMENT # 20153370573

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

---

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| **2.4.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

EDWARD DON AND COMPANY
9801 ADAM DON PKWY
WOODRIDGE IL 60517

SECURED FULL AND TIMELY PAYMENT OF ALL NOW EXISTING AND HEREAFTER ARISING AMOUNTS DUE, ETC    $480,892.09    UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

UCC-1 RECORDED 6/7/2017 IN DELAWARE AS DOCUMENT # 20173749246

**Date debt was incurred:** 6/7/2017

**Last 4 digits of account number:**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines: 2.2

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

| | | |
|---|---|---|
| **2.5.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

FACILITY RESPONSE GROUP INC
2100 GREENWOOD DR
#200
SOUTHLAKE TX 76092

OUTSTANDING INVOICES FOR SERVICES & REPAIR AT REAL PROPERTY LOCATED AT 8355 AGORA PARKWAY, TX 78154    $900.50    UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

AFFIDAVIT CLAIMING LIEN DATED 10/13/2017 COUNTY OF BEXAR, TX

**Date debt was incurred:** JULY-AUGUST 2017

**Last 4 digits of account number:**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

**2.6.**    **Creditor's name and address**                        **Describe debtor's property that is subject to a lien**

GRAMPIAN STRIPING INC                      OUTSTANDING INVOICES FOR SERVICES    $3,390.00    UNDETERMINED
PO BOX 154                                 AT 2111 N SQUIRREL RD, AUBURN HILLS,
OXFORD MI 48371                            MI 48326

**Creditor's email address, if known**            **Describe the lien**

_____            AFFIDAVIT CLAIMING LIEN DATED
                                           5/24/2017 CITY OF AUBURN HILLS,
**Date debt was incurred:** 4/26/2017      COUNTY OF OAKLAND, MI AND WAYNE
                                           COUNTY, MI
**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**    **Is the creditor an insider or related party?**

☑ No                                       ☑ No

☐ Yes. Have you already specified the      ☐ Yes
relative priority?
                                           **Is anyone else liable on this claim?**
   ☐ No. Specify each creditor, including
   this creditor, and its relative priority.    ☑ No

   _____    ☐ Yes. Fill out Schedule H: Codebtors
                                           (Official Form 206H).

   ☐ Yes. The relative priority of creditors is    **As of the petition filing date, the claim is:**
   specified on lines: _____              Check all that apply.

                                           ☑ Contingent

                                           ☑ Unliquidated

                                           ☑ Disputed

**2.7.**    **Creditor's name and address**                        **Describe debtor's property that is subject to a lien**

HY-TECH ROOFING SERVICES INC               OUTSTANDING INVOICES FOR SERVICES    $21,605.00    UNDETERMINED
LESTER J HAYDEL JR                         AT 2572 CITIPLACE CT, BATON ROUGE, LA
10371 AIRLINE HWY                          70808 IN THE AMOUNT OF $21,605.00
ST ROSE LA 70087
                                           **Describe the lien**
**Creditor's email address, if known**
                                           CLAIM OF LIEN RECORDED 4/25/2017 AS
_____            ORIGINAL 775 OF BUNDLE 12,808 PARISH
                                           OF EAST BATON ROUGE, LA
**Date debt was incurred:** 4/25/2017
                                           **Is the creditor an insider or related party?**
**Last 4 digits of account number:**
                                           ☐ No
**Do multiple creditors have an interest in the same property?**
                                           ☐ Yes
☑ No
                                           **Is anyone else liable on this claim?**
☐ Yes. Have you already specified the
relative priority?                         ☑ No

   ☐ No. Specify each creditor, including    ☐ Yes. Fill out Schedule H: Codebtors
   this creditor, and its relative priority.    (Official Form 206H).

   _____    **As of the petition filing date, the claim is:**
                                           Check all that apply.
   ☐ Yes. The relative priority of creditors is
   specified on lines: _____              ☑ Contingent

                                           ☑ Unliquidated

                                           ☑ Disputed

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| **2.8.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

LIG ELECTRIC INC
GREYSTONE RECOVERY GROUP CORP
CHRISTOPHER BUCHAR ESQ
5864 N MILWAUKEE AVE
CHICAGO IL 60646

OUTSTANDING INVOICES FOR SERVICES      $20,400.00      UNDETERMINED
RENDERED AT 21 BLANCHRD CIR,
WHEATON, IL 60189

**Creditor's email address, if known**

**Describe the lien**

SUBCONTRACTS CLAIM OF LIEN
RECORDED 9/7/2017 DUPAGE COUNTY
RECORDER, IL, DOCUMENT # R2017-09212

_____

**Date debt was incurred:** 9/7/2017

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☒ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

_____

☒ Contingent

☐ Yes. The relative priority of creditors is specified on lines: _____

☒ Unliquidated

☒ Disputed

| | | |
|---|---|---|
| **2.9.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

RIESEN FUNDING LLC
PO BOX 25040
SCOTTSDALE AZ 85255

ACCOUNTS AND ACCOUNTS RECEIVABLE,      $5,130,000.00      UNDETERMINED
INVENTORY, EQUIPMENT, MACHINERY,
FURNISHINGS AND FURNITURE,
WHERESOEVER THE SAME MAY BE
LOCATED, CONTRACT RIGHTS, ETC

**Creditor's email address, if known**

**Describe the lien**

_____

UCC-1 RECORDED 7/3/2017 IN DELAWARE
AS DOCUMENT # 20174386873; AND
GUARANTEE

**Date debt was incurred:** 7/3/2017

**Last 4 digits of account number:**

**Is the creditor an insider or related party?**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes

☐ No

**Is anyone else liable on this claim?**

☒ Yes. Have you already specified the relative priority?

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

_____

☐ Contingent

☒ Yes. The relative priority of creditors is specified on lines: 2.2

☒ Unliquidated

☐ Disputed

[1]INCLUDES $4,100,000.00 UNDRAWN LETTERS OF CREDIT

Debtor    **MAC ACQUISITION LLC**                                     Case number *(if known)* **17-12224**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        **$23,696,167.48**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | AIRTEMP INC<br>20 THOMAS DR<br>WESTBROOK ME 04092 | Line 2.1 | _____ |
| 3.2. | ARIA PLUMBING LLC<br>247 WILLIAM ST<br>BENSENVILLE IL 60106 | Line 2.8 | _____ |
| 3.3. | BALL, SANTIN & MCLERAN, PLC<br>JAMES B. BALL<br>2999 N. 44TH STREET<br>SUITE 500<br>PHOENIX AZ 85018 | Line 2.9 | _____ |
| 3.4. | BRINKER RESTAURANT CORPORATION<br>GENERAL COUNSEL<br>DENISE MOORE VP PROPERTY MNGMT<br>6820 LBJ FWY<br>DALLAS TX 75240 | Line 2.1 | _____ |
| 3.5. | BURNS WALL AND MUELLER PC<br>ROBERT T COSGROVE<br>303 EAST 17TH AVE STE 800<br>DENVER CO 80203 | Line 2.4 | _____ |
| 3.6. | HELEN R KEIM TRUSTEE<br>THE HELEN R KEIM REVOCABLE LIVING TRUST ECT<br>911 DEERPATH CT<br>WHEATON IL 60187 | Line 2.8 | _____ |
| 3.7. | JOSEPH A KEIM TRUSTEE<br>THE JOSEPH A KEIM REVOCABLE LIVING TRUST ETC<br>911 DEERPATH CT<br>WHEATON IL 60187 | Line 2.8 | _____ |
| 3.8. | KALLAS & HENK PC<br>JOHN F FLEMING ESQ<br>43902 WOODWARE AVE<br>STE 200<br>BLOOMFIELD HILLS MI 48302 | Line 2.6 | _____ |
| 3.9. | LAURENS RESTORATIONS INC<br>1536 VOLTZ RD<br>NORTHBROOK IL 60062 | Line 2.8 | _____ |
| 3.10. | MARKUS WILLIAMS YOUNG ET AL.<br>JAMES T. MARKUS<br>1700 LINCOLN STREET<br>SUITE 4550<br>DENVER CO 80203 | Line 2.2 | _____ |

Debtor   **MAC ACQUISITION LLC**                              Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|
| 3.11. | MIKE AND MARTHA WITT<br>3300 LAKE CREEK RD<br>HERBER CITY UT 84032-4183 | Line 2.5 | _____ |
| 3.12. | PHILBROOK AVENUE ASSOCIATES LLC<br>PO BOX 0853<br>BRATTLEBORO VT 05302-0853 | Line 2.1 | _____ |
| 3.13. | RIMROCK PARTNERS LLC<br>2415 E CAMELBACK RD STE 700<br>PHOENIX AZ 85016 | Line 2.8 | _____ |
| 3.14. | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>BRIAN L. SHAW<br>321 N. CLARK ST. STE 800<br>CHICAGO IL 60654 | Line 2.2 | _____ |
| 3.15. | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>THOMAS M HORAN; JOHNNA M DARBY<br>300 DELAWARE AVE. STE 1370<br>WILMINGTON DE 19801 | Line 2.2 | _____ |
| 3.16. | THOMPSON COBURN LLP<br>LAUREN NEWMAN<br>55 EAST MONROE ST., 37TH FLOOR<br>CHICAGO IL 60603 | Line 2.4 | _____ |
| 3.17. | WOMBLE BOND DICKINSON (US) LLP<br>MATTHEW P WARD<br>222 DELAWARE AVE STE 1501<br>WILMINGTON DE 19801 | Line 2.4 | _____ |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** MAC ACQUISITION LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 17-12224 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| | CITY OF AURORA<br>TAX & LICENSING DIVISION<br>PO BOX 33001<br>AURORA CO 80041 | *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $68.00 | UNDETERMINED |
| | | | **Nonpriority amount** | |
| | | | UNDETERMINED | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.2. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| | CITY OF EDINA<br>4801 W 50TH STREET<br>EDINA MN 55424 | *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $4,161.95 | UNDETERMINED |
| | | | **Nonpriority amount** | |
| | | | UNDETERMINED | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

Debtor    **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

| 2.3. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

CITY OF FOLSOM
ALARM ADMINISTRATION PROGRAM
PO BOX 398101
SAN FRANCISCO CA 94139-8101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**
$308.00

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.4.    Priority creditor's name and mailing address**

CITY OF GREENWOOD VILLAGE
PO BOX 910841
DENVER CO 80274

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**
$116.00

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.5.    Priority creditor's name and mailing address**

CITY OF JEFFERSONTOWN
PO BOX 991458
JEFFERSONTOWN KY 40269

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**
$1,487.80

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 2.6. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|------|---------|---------|---------|---------|

**2.6.** | **Priority creditor's name and mailing address**

COBB COUNTY TAX COMMISSIONER
PO BOX 100127
MARIETTA GA 30061-7027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: $1,592.98

**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.7.** | **Priority creditor's name and mailing address**

COUNTY OF FAIRFAX
DEPARTMENT OF TAX
ADMINISTRATION (DTA)
PO BOX 10203
FAIRFAX VA 22035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: $7,952.85

**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.8.** | **Priority creditor's name and mailing address**

COUNTY OF GREENVILLE
301 UNIVERSITY RIDGE, STE. 600
GREENVILLE SC 29601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: $1,948.01

**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                 Case number *(if known)* **17-12224**

| 2.9. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.9.** Priority creditor's name and mailing address

GWINNETT COUNTY TAX COMMISSIONER
PO BOX 372
LAWRENCEVILLE GA 30046

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**     $1,820.69

**Priority amount**     UNDETERMINED

**Nonpriority amount**     UNDETERMINED

---

**2.10.** Priority creditor's name and mailing address

HARRIS COUNTY TAX ASSESSOR-COLLECTOR
TAX ASSESSOR - COLLECTOR & VOTER REGISTRAR
PO BOX 4622
HOUSTON TX 77210-4622

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**     $101.53

**Priority amount**     UNDETERMINED

**Nonpriority amount**     UNDETERMINED

---

**2.11.** Priority creditor's name and mailing address

HENNEPIN COUNTY TREASURER
A-600 GOVERNMENT CENTER
MINNEAPOLIS MN 55487-0060

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**     $58,936.35

**Priority amount**     UNDETERMINED

**Nonpriority amount**     UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 2.12. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.12.** **Priority creditor's name and mailing address**

LOUISVILLE METRO REVENUE COMMISSION
PO BOX 37740
LOUISVILLE KY 40233

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,235.09 | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.13.** **Priority creditor's name and mailing address**

MIAMI-DADE COUNTY TAX COLLECTOR
CONVENTION AND TOURIST TAX COLLECTOR
PO BOX 10099
MIAMI FL 33101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,700.27 | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.14.** **Priority creditor's name and mailing address**

NORTHWEST ALCOHOL LAW
123 NE THIRD AVENUE
SUITE 310
PORTLAND OR 97232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $450.00 | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.15. | **Priority creditor's name and mailing address** | | |

PHILADELPHIA DEPT OF REVENUE
MUNICIPAL SERVICES BUILDING
1401 JFK BOULEVARD
PHILADELPHIA PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $345.93 | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.16. | **Priority creditor's name and mailing address** |
|---|---|

PIMA COUNTY TREASURERS OFFICE
PO BOX 29011
PHOENIX AZ 85038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $37,871.29 | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.17. | **Priority creditor's name and mailing address** |
|---|---|

PULASKI COUNTY TREASURER
PO BOX 8101
LITTLE ROCK AR 72203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $23,696.42 | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

| 2.18. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Priority creditor's name and mailing address: SACRAMENTO COUNTY TAX COLLECTOR'S OFFICE PO BOX 508 SACRAMENTO CA 95812-0508

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Total claim: $53.00

Priority amount: UNDETERMINED

Nonpriority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.19.**

**Priority creditor's name and mailing address**
SC DEPARTMENT OF REVENUE
PO BOX 125
COLUMBIA SC 29214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Total claim** $158.80

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.20.**

**Priority creditor's name and mailing address**
TOWNSHIP OF FALLS
188 LINCOLN HWY STE 100
FAIRLESS HILLS PA 19030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Total claim** $326.60

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **MAC ACQUISITION LLC**                                Case number *(if known)* **17-12224**

| 2.21. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | TREASURER, VIRGINIA BEACH<br>2401 COURTHOUSE DRIVE BLDG 1<br>VIRGINIA BEACH VA 23456 | *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $6,085.20 | UNDETERMINED |

**Priority amount** $6,085.20 UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

| 2.22. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | WAKE COUNTY REVENUE DEPT<br>PREPARED FOOD & BEV TAX COLLECTOR<br>PO BOX 2719<br>RALEIGH NC 27602 | *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $2,007.38 | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.      List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1.**  **Nonpriority creditor's name and mailing address**

JORDON PERLMUTTER & CO
PO BOX 480070
DENVER CO 80248

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEASE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,965.47

**3.2.**  **Nonpriority creditor's name and mailing address**

1 CALL PLUMBING INC.
7407 REEDY CREEK ROAD
CHARLOTTE NC 28215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$159.80

**3.3.**  **Nonpriority creditor's name and mailing address**

100 UNIVERSITY LLC
JONATHAN A. HELLER, ESQ.
14 N.E. 1ST. AVE. SUITE 1105
LAW OFFICES OF JONATHAN A. HELLER, P.A.
MIAMI FL 33132

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CASE NO. CACE-17-013666 PENDING
REAL ESTATE LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 9 of 698

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

100 UNIVERSITY LLC
C O SERBER AND ASSOCIATES PA
JOANNA PLESSIS ESQ COUNSEL
2875 NE 191ST ST STE 801
AVENTURA FL 33180

**Amount of claim**

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.5.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*

2199 NO. RAINBOW BLVD HOLDINGS, LLC
C/O CUSHMAN & WAKEFIELD COMMERCE
SDS-12-2659 PO BOX 86
MINNEAPOLIS MN 55486-2659

**Amount of claim**

$5,130.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.6.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*

24 HR EXPRESS SERVICES INC
26047 JEFFERSON AVE STE D
MURRIETA CA 92562

**Amount of claim**

$1,157.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                                         Case number *(if known)* **17-12224**

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.7.

**Nonpriority creditor's name and mailing address**

25001 COUNTRY CLUB LLC
TOM GOEBEL
6855 ROSEROAD CIR
INDEPENDENCE OH 44131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.8.

**Nonpriority creditor's name and mailing address**

2728 GANNON RD LLC
KEVIN MASON, ESQ WHITE GOSS, PC
4510 BELLEVIEW AVE
STE 300
KANSAS CITY MO 64111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CASE NO. 17LA03132 PENDING REAL
ESTATE LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.9.

**Nonpriority creditor's name and mailing address**

307 EAST EDGEWATER AVENUE LLC
FRANK MCGINITY
1114 STATE ST STE 250
SANTA BARBARA CA 93101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                            Case number *(if known)* **17-12224**

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

4-L ENGINNEERING COMPANY INC
420 N DOROTHY DRIVE
RICHARDSON TX 75081

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,623.33

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

7979 MAC LLC
16 CHERRYMOOR DRIVE
ENGLEWOOD CO 80113

☐ Contingent
☐ Unliquidated
☐ Disputed

$961.93

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          LEASE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

8000 EL CERRITO INVESTORS LLC
PHIL MALOUF
1777 MANOR DR
HILLSBOROUGH CA 94010

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          LANDLORD CLAIM

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | 8X8 INC<br>DEPT 848080<br>LOS ANGELES CA 90084 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37,518.70 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.14. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | A AND G UPHOLSTERY<br>2649 1/2 EARLE AVENUE<br>ROSEMEAD CA 91770 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $592.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.15. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | A NAZZARO ASSOCIATES INC<br>JAMES J NAZZARO<br>8 SAXON AVE STE C<br>BAY SHORE NY 11706 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LANDLORD CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

A PLUS COMMERICAL SERVICES INC
PO BOX 611861
SAN JOSE CA 95161

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,340.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.17. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

A&A MECHANICAL SERVICE INC
7200 DISTRIBUTION DRIVE
LOUISVILLE KY 40258

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,465.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.18. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

A-1 INC.
295 SOUTH 250 EAST
BURLEY MD 83318

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13,720.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

| 3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

A1 LOCKSMITH
2508 HIGHALNDER WAY, STE 230
CARROLLTON TX 75006

☐ Contingent
☐ Unliquidated
☐ Disputed

$118.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.20. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ABC HOME & COMMERCIAL SERVICES
1424 BONITA STREET
CORPUS CHRISTI TX 78404

☐ Contingent
☐ Unliquidated
☐ Disputed

$566.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.21. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ABC LOCKSMITH
1414 INDUSTRIAL ROAD
LAS VEGAS NV 89102

☐ Contingent
☐ Unliquidated
☐ Disputed

$213.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                        Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|
| 3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ABCO FIRE, LLC
PO BOX 931933
CLEVELAND OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,203.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.23. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

AC/DC ELECTRIC INC
PO BOX 51745
PHOENIX AZ 85076

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,368.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.24. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ACTION LOCKSMITH
10919 S STATE STREET
SANDY UT 84070

☐ Contingent
☐ Unliquidated
☐ Disputed

$354.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

**3.25.**    **Nonpriority creditor's name and mailing address**

ACTION WINDOW CLEANING CO INC
PO BOX 320
RENSSELAER NY 12144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $139.48 |

**3.26.**    **Nonpriority creditor's name and mailing address**

ADAMS, ADAM KALEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.27.**    **Nonpriority creditor's name and mailing address**

ADAMS, EMMA KATHERINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADAMS, KELLY MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

| 3.29. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADAMS, KIMBERLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

| 3.30. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADAMS, SAVANNAH LEE CHENELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | |
|---|---|
| 3.31. | **Nonpriority creditor's name and mailing address** |

ADDERLY, OLYMPIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | |
|---|---|
| 3.32. | **Nonpriority creditor's name and mailing address** |

ADVANCE PINTO MAINTENANCE INC.
1301 SW 117TH WAY
DAVIE FL 33325

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$800.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | |
|---|---|
| 3.33. | **Nonpriority creditor's name and mailing address** |

AECSI, CORP
19525 WIED ROAD, STE. 510
SPRING TX 77388

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$661.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AFFORDABLE TREE SERVICES OF OH LLC
44313 HUGHES ROAD
OBERLIN OH 44074

☐ Contingent
☐ Unliquidated
☐ Disputed

$378.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.35. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AHERN, KAILEE C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.36. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AIELLO, ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AIRE-MASTER OF MIAMI
11301 S DIXIE HWY #565776
MIAMI FL 33256

☐ Contingent
☐ Unliquidated
☐ Disputed

$128.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.38. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AIRE-MASTER OF PHOENIX
PO BOX 43258
PHOENIX AZ 85080

☐ Contingent
☐ Unliquidated
☐ Disputed

$49.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.39. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALBANO, BROOKE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.40. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | ALCALA, ALIA<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.41. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | ALCO SIGN INC<br>PO BOX 1243<br>GRAND BAY AL 36541 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,600.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.42. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | ALDERWOOD MALL LLC<br>GENERAL GROWTH PROPERTIES<br>LAW/LEASE ADMINISTRATION HOWARD SIGAL<br>VP AND SR ASSOCIATE GC<br>110 N WACKER DR<br>CHICAGO IL 60606 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LANDLORD CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALESNA, JACOB RYAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.44. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALEXANDER, ANTHONY DWAYNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.45. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALEXANDER, DOMINIQUE NARAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                                                     Case number *(if known)* **17-12224**

---

| 3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALEXANDER, KERRIAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.47. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALI, ANEESA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.48. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALI, NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| 3.49. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ALISO VIEJO COMMUNITY ASSOCIATION
C/O POWERSTONE PROPERTY MGMT
PO BOX 15446
SANTA ANNA CA 92735-0446

☐ Contingent
☐ Unliquidated
☐ Disputed

$680.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.50. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ALL BRITE MAINTENANCE INC
155 W 10TH STREET
CHULUOTA FL 32766

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,055.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.51. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ALL DADE PLUMBING, INC
12225 SW 128TH ST #111
MIAMI FL 33186

☐ Contingent
☐ Unliquidated
☐ Disputed

$185.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| 3.52. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.52.

**Nonpriority creditor's name and mailing address**

ALLGAIER, NICKLAUS JOHN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.53.

**Nonpriority creditor's name and mailing address**

ALLISON ERDELJAC

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,000.00

---

3.54.

**Nonpriority creditor's name and mailing address**

ALLISON, JENA LYN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALL-STATE BUILDING MAINTENANCE
7771 BOYD AVE
C/O NORMA FERNANDEZ
LAS VEGAS NV 89179

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,550.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.56. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALMANZA, PEDRO JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.57. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALMON, TAJEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.58. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.58.**

**Nonpriority creditor's name and mailing address**

ALMON, TAJEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.59.**

**Nonpriority creditor's name and mailing address**

ALONSO, FILEMON

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM - NO.
201612071343

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.60.**

**Nonpriority creditor's name and mailing address**

ALONZO, ERIKA LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
|---|---|---|

**3.61.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ALSCO INC (SUPPLY)
505 EAST SOUTH TEMPLE
SALT LAKE CITY UT 84102

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$123,599.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.62.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ALTERNATIVE SERVICES INC
24682 MILLER ROAD
LACOMBE LA 70445

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,721.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.63.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ALTHOFF, DANIELLE ROSE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| 3.64. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.64.** **Nonpriority creditor's name and mailing address**

ALVARADO, GUADALUPE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.65.** **Nonpriority creditor's name and mailing address**

ALVAREZ, JUAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.66.** **Nonpriority creditor's name and mailing address**

AM SIGNS & LED
14031 SCHILLER RD
HOUSTON TX 77082

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,082.50

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.67. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |

3.67.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
Check all that apply.

AMADOR, RACHEL MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent                    UNDETERMINED
693 EAST AVENUE
ROCHESTER NY 14607                           ☑ Unliquidated

                                             ☑ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                      CIVIL ACTION NO. 6:15-CV-06742
                                             PENDING LITIGATION
**Last 4 digits of account number:**

                                             **Is the claim subject to offset?**

                                             ☑ No

                                             ☐ Yes

3.68.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
Check all that apply.

AMATO, DANIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent                    UNDETERMINED
693 EAST AVENUE
ROCHESTER NY 14607                           ☑ Unliquidated

                                             ☑ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                      CIVIL ACTION NO. 6:15-CV-06742
                                             PENDING LITIGATION
**Last 4 digits of account number:**

                                             **Is the claim subject to offset?**

                                             ☑ No

                                             ☐ Yes

3.69.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
Check all that apply.

AMD MAINTENANCE LLC
13779 SW 116 TERRANCE                        ☐ Contingent                    $550.00
C/O AMD MAINTENANCE LLC
MIAMI FL 33186                               ☐ Unliquidated

                                             ☐ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                      TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

                                             ☑ No

                                             ☐ Yes

Debtor   **MAC ACQUISITION LLC**                                  Case number *(if known)* **17-12224**

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN FIREWOOD COMPANY
22 EDWIN PLACE NW
ATLNATA GA 30318

☐ Contingent
☐ Unliquidated
☐ Disputed

$930.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.71. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN LOCK & KEY
1923 W UINTAH
COLORADO SPRINGS CO 80904

☐ Contingent
☐ Unliquidated
☐ Disputed

$272.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.72. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN RESTAURANT
6942 FM 1960 E #204
HOUSTON TX 77346

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,630.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 32 of 698

Debtor   **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

| 3.73. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.73.

**Nonpriority creditor's name and mailing address**

AMERICAS GATEWAY PARK POA INC
EDWARD W EASTON & COMPANY
PO BOX 19312
MIAMI FL 33101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,480.09

---

3.74.

**Nonpriority creditor's name and mailing address**

AMERICA'S PLUMBING CO CORP
4878 PASADENA AVE, UNIT 1
SACRAMENTO CA 95841

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$999.00

---

3.75.

**Nonpriority creditor's name and mailing address**

ANDERLE, ROSE ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                  Case number *(if known)* **17-12224**

| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANDERSON, CARLY
1200 AVENIDA CESAR CHAVEZ SE, #1422
ALBUQUERQUE NM 87106

☐ Contingent
☐ Unliquidated
☐ Disputed

$12.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.77. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANDREE, CABRINA LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.78. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANDROSOFF, STEVEN ROBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.79. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.79.    **Nonpriority creditor's name and mailing address**

ANDRUCHIW, VALERIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.80.    **Nonpriority creditor's name and mailing address**

ANDRUCHIW, VALERIE LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.81.    **Nonpriority creditor's name and mailing address**

ANIMAL PLANET, LP
PO BOX 79961
BALTIMORE MD 21279

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,100.00

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

---

| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.82.

**Nonpriority creditor's name and mailing address**

ANNAPOLIS MALL OWNER LLC
WESTFIELD AMERICA INC SCOTT GROSSMAN
SCOTT GROSSMAN EXECUTIVE VICE
PRESIDENT
2049 CENTURY PK EAST 42ND FL
LOS ANGELES CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.83.

**Nonpriority creditor's name and mailing address**

ANSELMAN, TRACI LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.84.

**Nonpriority creditor's name and mailing address**

AOUN, FRANCES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.85.

**Nonpriority creditor's name and mailing address**

APPLEONE EMPLOYMENT SERVICES
327 W. BROADWAY
GLENDALE CA 91204

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,260.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.86.

**Nonpriority creditor's name and mailing address**

ARAMARK UNIFORM & CAREER (SUPPLY)
22808 NETWORK PLACE
CHICAGO IL 60673

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$767,707.15

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.87.

**Nonpriority creditor's name and mailing address**

ARBI, KAIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.88.

**Nonpriority creditor's name and mailing address**

ARCHIBALD, PAIGE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.89.

**Nonpriority creditor's name and mailing address**

ARCIA, DANIELLE MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.90.

**Nonpriority creditor's name and mailing address**

ARCIGAZUNO, DAVID

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM - NO.
201507081136

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                                                   Case number *(if known)* **17-12224**

| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARELLANO, JOSE
LAW OFFICES OF KESLUK, SILVERSTEIN &
JACOB
9255 SUNSET BLVD., STE. 411
MICHAEL G. JACOB
LOS ANGELES CA 90069

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

EMPLOYMENT CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.92. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARELLANO, JOSE

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.93. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARG PUBLICATIONS LLC
300 E HIGHLAND MALL BLVD #395
AUSTIN TX 78752

☐ Contingent
☐ Unliquidated
☐ Disputed

$487.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.94. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARIZONA RESTAURANT SUPPLY INC.
6077 N TRAVEL CENTER DRIVE
TUCSON AZ 85741

☐ Contingent
☐ Unliquidated
☐ Disputed

$126.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.95. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARNOLD, PATRICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.96. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARONSON, HEATHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARRELL, ISABELLE A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.98. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASAP DRAIN GUYS DRAIN GUYS & PLUMBING
999 RANCHEROS DR
SUITE B
SAN MARCOS CA 92069

☐ Contingent
☐ Unliquidated
☐ Disputed

$147.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.99. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASAP ELECTRIC INC
PO BOX 692362
STOCKTON CA 95269

☐ Contingent
☐ Unliquidated
☐ Disputed

$170.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                Case number *(if known)* **17-12224**

| 3.100. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ASHER, BOBBIE<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.101. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ATON, AUDREY MARTINE<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.102. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AUSTIN, JADE<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **MAC ACQUISITION LLC**                                                           Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.103.**

**Nonpriority creditor's name and mailing address**

AVALOS, ALMA D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.104.**

**Nonpriority creditor's name and mailing address**

AVERUS USA INC (PROFESSION)
1800 NATIONS DRIVE, STE. 215
GURNEE IL 60031

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$21,010.44

---

**3.105.**

**Nonpriority creditor's name and mailing address**

AVILA, ISSAC RAMON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| **3.106.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

AVISE PROPERTIES
RAJA KHANNA
80 NASHUA RD STE 24
LONDONDERRY NH 03053

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.107.** **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

AZUA, JENNIFER LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.108.** **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

B & G STAINLESS WORKS, INC
8538 H TERMINAL RD
LORTON VA 22079

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,950.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                Case number *(if known)* **17-12224**

| 3.109. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.109.**

Nonpriority creditor's name and mailing address

B & J TEPPS INC DBA SOUTHGATE LOCK & SECURITY
21000 SOUTHGATE PARK BLVD
MAPLE HEIGHTS OH 44137

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Amount of claim

$145.26

---

**3.110.**

Nonpriority creditor's name and mailing address

BACAK, ANGELA CHRISTINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.111.**

Nonpriority creditor's name and mailing address

BACKE, RACHEL ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Amount of claim

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

**3.112.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BACON, SHAWN MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.113.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BADILLO, ALEJANDRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.114.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BAINES, KASSANDRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

3.115.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

BAIRD, ELIZABETH                                                                         UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                          ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                               CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

3.116.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

BAKER, SHELBY NICOLE                                                                     UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                          ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                               CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

3.117.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

BAKER, VICKI RENE                                                                        UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                          ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                               CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BALL, JOHN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.119. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BALLESTEROS, VANYA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.120. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BANCHEK, MEREDITH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.121. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BANDY, CYNTHIA L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.122. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BANEGAS, MANFREDY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.123. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BANEGAS, MANFREDY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 49 of 698

Debtor  **MAC ACQUISITION LLC**                                                                     Case number *(if known)* **17-12224**

| 3.124. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

BANK OF AMERICA MERCHANT SRVS
PO BOX 1256
ENGLEWOOD CO 80150

☐ Contingent
☐ Unliquidated
☐ Disputed

$208.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.125. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

BANYARD, BAILEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.126. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

BARBERENA, DAVID

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                  Case number *(if known)* **17-12224**

3.127.   **Nonpriority creditor's name and mailing address**

BARINEAU, J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.128.   **Nonpriority creditor's name and mailing address**

BARKER, SHEMANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.129.   **Nonpriority creditor's name and mailing address**

BARLOW, THAILAND ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.130. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARNETT, WILLIAM R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.131. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARNETTE, STACI E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.132. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARRAGAN LANDSCAPING LLC
6306 ATTICA ROAD
IMLAY CITY MI 48444

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,747.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|

**3.133.**   **Nonpriority creditor's name and mailing address**

BARRAS, MICHAEL ALEXANDER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.134.**   **Nonpriority creditor's name and mailing address**

BARRERA, TERESA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.135.**   **Nonpriority creditor's name and mailing address**

BARRETT, CAROLYN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.136. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARRETT, PATRICIA LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.137. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARRUS, MARY ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.138. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARRY STURDIVANTDBA STURDIVANT
PLUMBING SERVICE
18430 LAWSON ROAD
LITTLE ROCK AR 72210

☐ Contingent
☐ Unliquidated
☐ Disputed

$825.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.139. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.139.**

**Nonpriority creditor's name and mailing address**

BARTLETT, DANDY MICHELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.140.**

**Nonpriority creditor's name and mailing address**

BARTLEY, BRITTANY MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.141.**

**Nonpriority creditor's name and mailing address**

BASILE, MORIAH JOY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.142. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

BASILE, MORIAH JOY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.143.   **Nonpriority creditor's name and mailing address**

BASS, BRENT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.144.   **Nonpriority creditor's name and mailing address**

BASS, JERRI WILSON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

| 3.145. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.145.

**Nonpriority creditor's name and mailing address**

BATEMAN, JAMES ROBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.146.

**Nonpriority creditor's name and mailing address**

BATINI, GUILHERME C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.147.

**Nonpriority creditor's name and mailing address**

BATTLE, COURTNEY A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 57 of 698

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.148. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.148.

**Nonpriority creditor's name and mailing address**

BATZ, KIMBERLY LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.149.

**Nonpriority creditor's name and mailing address**

BAUZA, GABRIEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.150.

**Nonpriority creditor's name and mailing address**

BAYER RETAIL CO LLC
SAM HEIDE GENERAL COUNSEL
2222 ARLINGTON AVE
BIRMINGHAM AL 35205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.151. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|--------|--------|--------|--------|

3.151.    **Nonpriority creditor's name and mailing address**

BEACH, ALEXANDRIA PATRICE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.152.    **Nonpriority creditor's name and mailing address**

BEACH, ALEXANDRIA PATRICE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.153.    **Nonpriority creditor's name and mailing address**

BEACH, WESLEY EDWIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.154. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.154.

**Nonpriority creditor's name and mailing address**

BEACH, WESLEY EDWIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.155.

**Nonpriority creditor's name and mailing address**

BEAGHAN, CAITLIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.156.

**Nonpriority creditor's name and mailing address**

BEAN, MARIKO JULIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

| 3.157. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.157.

**Nonpriority creditor's name and mailing address**

BEANE, BRANDICE MIKHAIL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.158.

**Nonpriority creditor's name and mailing address**

BEAR, HELENE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.159.

**Nonpriority creditor's name and mailing address**

BEARDEN CHILDRENS TRUST
CC BEARDEN ENTERPRISES
CASSIE POORE
PO BOX 101717
FORT WORTH TX 76158

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

| 3.160. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

<table>
<tr><td>3.160.</td><td><b>Nonpriority creditor's name and mailing address</b><br><br>BEASLEY, YVONNA<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607<br><br><b>Date or dates debt was incurred</b><br><br>VARIOUS<br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br><b>Basis for the claim:</b><br><br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION<br><br><b>Is the claim subject to offset?</b><br>☑ No<br>☐ Yes</td><td><b>Amount of claim</b><br><br>UNDETERMINED</td></tr>
<tr><td>3.161.</td><td><b>Nonpriority creditor's name and mailing address</b><br><br>BEAUDOIN, JADE ALEXIS<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607<br><br><b>Date or dates debt was incurred</b><br><br>VARIOUS<br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br><b>Basis for the claim:</b><br><br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION<br><br><b>Is the claim subject to offset?</b><br>☑ No<br>☐ Yes</td><td><b>Amount of claim</b><br><br>UNDETERMINED</td></tr>
<tr><td>3.162.</td><td><b>Nonpriority creditor's name and mailing address</b><br><br>BEAUDOIN, JADE ALEXIS<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607<br><br><b>Date or dates debt was incurred</b><br><br>VARIOUS<br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br><b>Basis for the claim:</b><br><br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION<br><br><b>Is the claim subject to offset?</b><br>☑ No<br>☐ Yes</td><td><b>Amount of claim</b><br><br>UNDETERMINED</td></tr>
</table>

Debtor   **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

| 3.163. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.163.  **Nonpriority creditor's name and mailing address**

BECKER ELECTRIC CO., LTD
4830 LAKE CECILE DRIVE
C/O MARTIN BECKER
KISSIMMEE FL 34746

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,715.24

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.164.  **Nonpriority creditor's name and mailing address**

BELCO ELECTRIC INC
3118 MARJAN DRIVE
ATLANTA GA 30340

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$494.54

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.165.  **Nonpriority creditor's name and mailing address**

BELL, JAMES MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

| 3.166. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.166.**

**Nonpriority creditor's name and mailing address**

BELLA TERRA ASSOCIATES LLC
DJM CAPITAL PARTNERS INC
OLEG F SIVRYUK DIR OF REAL ESTATE
ACCOUNTING
7777 EDINGER AVE STE 133
HUNTINGTON BEACH CA 92647

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.167.**

**Nonpriority creditor's name and mailing address**

BENDER, CATHY B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.168.**

**Nonpriority creditor's name and mailing address**

BENDER, CATHY BERLIEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

| 3.169. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.169. **Nonpriority creditor's name and mailing address**

BENDIN SUMRALL & LADNER LLC
1360 PEACHTREE STREET, STE. 800
ATLANTA GA 30309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$560.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.170. **Nonpriority creditor's name and mailing address**

BENSON , MARAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.171. **Nonpriority creditor's name and mailing address**

BENSON, KACEE DANIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| **3.172.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| **3.172.** | **Nonpriority creditor's name and mailing address**<br><br>BENSON, MARAN<br>LAURA MARLE HUNT ESQ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Amount of claim**<br><br>UNDETERMINED |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CASE NO. A-15-724314-C<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **3.173.** | **Nonpriority creditor's name and mailing address**<br><br>BERGSTROM, JACOB MICHOLE<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Amount of claim**<br><br>UNDETERMINED |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **3.174.** | **Nonpriority creditor's name and mailing address**<br><br>BERGSTROM, JACOB MICHOLE<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Amount of claim**<br><br>UNDETERMINED |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.175. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.175. **Nonpriority creditor's name and mailing address**

BERGSTROM, JARED WILLIAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.176. **Nonpriority creditor's name and mailing address**

BERGSTROM, JARED WILLIAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.177. **Nonpriority creditor's name and mailing address**

BERNHARDT, JORDAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

3.178.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
Check all that apply.

BEST, BRIAN STEVEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

3.179.  **Nonpriority creditor's name and mailing address**

BETANCOURT, REBECCA ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.180.  **Nonpriority creditor's name and mailing address**

BETHANCOURT, HEATHER ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.181. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.181.    **Nonpriority creditor's name and mailing address**

BETTS, PATRICIA

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.182.    **Nonpriority creditor's name and mailing address**

BEVIS, CHRISTOPHER IAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.183.    **Nonpriority creditor's name and mailing address**

BEZRUKOVA, IRINA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **MAC ACQUISITION LLC**                                                                  Case number *(if known)* **17-12224**

| 3.184. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BGHIGH, HANAE<br>ADAM CRIACO, CRIACO & ASSOC | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **Basis for the claim:**<br>CAUSE NO. 2017-03317 PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.185. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BHAM, OMAR MASOOM<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742 PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.186. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BHASKAR, MANISH | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **Basis for the claim:**<br>GENERAL LIABILITY CLAIMS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **MAC ACQUISITION LLC**                                                     Case number *(if known)* **17-12224**

| 3.187. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BILCHIK, ADAM J.<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.188. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BILL STUBBS AND CO<br>RICK RUSSELL<br>4216 NORTH PORTLAND AVE STE 101<br>OKLAHOMA CITY OK 73112 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LANDLORD CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.189. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BILZIN SUMBERG BAENA PRICE & AXELROD<br>LLP<br>1450 BRICKELL AVENUE, STE 2300<br>MIAMI FL 33131 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,021.25 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LEGAL | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

3.190.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BISHOP, MARIA LE ANN COBB
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.191.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BI-STATE PROPANE
PO BOX 7155
PASADENA CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

$10.83

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.192.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BJORKLUND, GEOFFREY RYAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.193. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLACK, ALLISON NICHOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.194. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLACK, ALLISON NICHOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.195. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLACK-GREENING, ARIEL LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                             Case number *(if known)* **17-12224**

---

| 3.196. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLAKESLEE, RENEE ANNETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.197. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLAND, BRYAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.198. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLAUGRUND HAYNES KESSLER MYERS &
POSTALAKIS INC
300 W. WILSON BRIDGE ROAD
SUITE 100
WORTHINGTON OH 43085

☐ Contingent
☐ Unliquidated
☐ Disputed

$958.87

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | |
|---|---|
| **3.199.** | **Nonpriority creditor's name and mailing address** |

**3.199.**

**Nonpriority creditor's name and mailing address**

BLK220 LLC
MARK WITKIEWICZ
1404 LARIMER ST STE 300
DENVER CO 80538

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.200.**

**Nonpriority creditor's name and mailing address**

BOAS LAGUNA VILLAGE LLC
REGENCY MANAGEMENT
JEANNE LICARI
15260 VENTURA BLVD STE 1705
SHERMAN OAKS CA 91403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.201.**

**Nonpriority creditor's name and mailing address**

BOCK, BRIONNA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

| 3.202. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOFILIOS, IRENE HELEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| 3.203. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOGDAN, CATHERINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| 3.204. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOGROFF, TIFFANI C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.205. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.205.**

**Nonpriority creditor's name and mailing address**

BOGUS, STEVEN CHARLES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.206.**

**Nonpriority creditor's name and mailing address**

BOJORQUEZ, JONATHAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.207.**

**Nonpriority creditor's name and mailing address**

BOJORQUEZ, JONATHAN LUIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.208. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.208.**

**Nonpriority creditor's name and mailing address**

BOND, ASHLEY MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.209.**

**Nonpriority creditor's name and mailing address**

BONNER, JR., ARZELL MARVIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.210.**

**Nonpriority creditor's name and mailing address**

BOOMER, CHERYL FERNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F                  **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

**3.211.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BORDERS, KELLY M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.212.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BOSCO, MICHELE

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.213.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BOTTA, COURTNEY A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | |
|---|---|
| **3.214.** | |

**3.214. Nonpriority creditor's name and mailing address**

BOTTA, TAYLOR MADISON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.215. Nonpriority creditor's name and mailing address**

BOTTOMS, CHRISTINA LEIGH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.216. Nonpriority creditor's name and mailing address**

BOULAIS, CHRISTOPHER ROBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

**3.217.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

BOULTON, CALEB JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.218.** **Nonpriority creditor's name and mailing address**

BOWERS, JAKE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.219.** **Nonpriority creditor's name and mailing address**

BOWSER, BAYLEY JEANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

3.220.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |
Check all that apply.

BOY, LISA MICHELE                                              ☑ Contingent                           UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                               ☑ Unliquidated
ROCHESTER NY 14607                                            ☑ Disputed

**Date or dates debt was incurred**                            **Basis for the claim:**

VARIOUS                                                       CIVIL ACTION NO. 6:15-CV-06742
                                                              PENDING LITIGATION
**Last 4 digits of account number:**
                                                              **Is the claim subject to offset?**

                                                              ☑ No
                                                              ☐ Yes

3.221.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |
Check all that apply.

BOYCE, MELISSA A.                                             ☑ Contingent                           UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                               ☑ Unliquidated
ROCHESTER NY 14607                                            ☑ Disputed

**Date or dates debt was incurred**                            **Basis for the claim:**

VARIOUS                                                       CIVIL ACTION NO. 6:15-CV-06742
                                                              PENDING LITIGATION
**Last 4 digits of account number:**
                                                              **Is the claim subject to offset?**

                                                              ☑ No
                                                              ☐ Yes

3.222.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |
Check all that apply.

BOYD, ANTHONY                                                 ☑ Contingent                           UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                               ☑ Unliquidated
ROCHESTER NY 14607                                            ☑ Disputed

**Date or dates debt was incurred**                            **Basis for the claim:**

VARIOUS                                                       CIVIL ACTION NO. 6:15-CV-06742
                                                              PENDING LITIGATION
**Last 4 digits of account number:**
                                                              **Is the claim subject to offset?**

                                                              ☑ No
                                                              ☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                              Case number *(if known)* **17-12224**

---

3.223.    **Nonpriority creditor's name and mailing address**

BOYD, ASHLEY ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.224.    **Nonpriority creditor's name and mailing address**

BOYD, JR., ANTHONY TYRONE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.225.    **Nonpriority creditor's name and mailing address**

BOZARTH LOCK AND SAFE
PO BOX 2569
BAKERSFIELD CA 93303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $579.00 |

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.226. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRADFORD, HEATHER NOEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.227. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRADSHAW, KELVIN EDWARD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.228. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRAGG, AMY VICTORIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.229. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BRAND COMMERCIAL SERIVCES INC<br>414 E CHURCH STREET<br>LEWISVILLE TX 75057 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $508.78 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.230. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BRANDYWINE DEVELOPMENT GROUP, LLC<br>JEFFREY M. WEINER, ESQ.<br>1332 KING STREET<br>WILMINGTON DE 19801 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CASE NO. N17C-08 PENDING REAL ESTATE LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.231. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BRE RC LAS PALMAS MP TX LP<br>LINDA MADWAY<br>307 FELLOWSHIP RD STE 116<br>MOUNT LAUREL NJ 08054 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LANDLORD CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   **MAC ACQUISITION LLC**                                                                 Case number *(if known)* **17-12224**

---

| 3.232. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRE RETAIL RESIDUAL OWNER 1 LLC
OFFICE OF GENERAL COUNSEL PROPERTY
CHRISTOPHER BISHOP ASSOC GENERAL
COUNSEL
420 LEXINGTON AVE 7TH FL
NEW YORK NY 10170

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.233. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BREWBAKER, ALYSSA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.234. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BREZEAL, CHRISTOPHER JOSHUA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

---

Debtor **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

**3.235.** **Nonpriority creditor's name and mailing address**

BRIARWOOD LLC
SIMON PROPERTY GROUP
IDA HENDRIX PROPERTY MANAGER
225 W WASHINGTON ST
INDIANAPOLIS IN 46204

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LANDLORD CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

**3.236.** **Nonpriority creditor's name and mailing address**

BRIDGES, EMILY MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

**3.237.** **Nonpriority creditor's name and mailing address**

BRINGHURST, RONETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

Debtor   **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

---

3.238.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
*Check all that apply.*

BRINKER ARKANSAS INC                                                                UNDETERMINED
GENERAL COUNSEL                                          ☑ Contingent
DENISE MOORE VP PROPERTY MNGMT
6820 LBJ FWY                                             ☑ Unliquidated
DALLAS TX 75240                                          ☑ Disputed

**Date or dates debt was incurred**                      **Basis for the claim:**

VARIOUS                                                  LANDLORD CLAIM

**Last 4 digits of account number:**                     **Is the claim subject to offset?**

☑ No
☐ Yes

3.239.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
*Check all that apply.*

BRINKER NEW JERSEY INC                                                              UNDETERMINED
GENERAL COUNSEL                                          ☑ Contingent
DENISE MOORE VP PROPERTY MNGMT
6820 LBJ FWY                                             ☑ Unliquidated
DALLAS TX 75240                                          ☑ Disputed

**Date or dates debt was incurred**                      **Basis for the claim:**

VARIOUS                                                  LANDLORD CLAIM

**Last 4 digits of account number:**                     **Is the claim subject to offset?**

☑ No
☐ Yes

3.240.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
*Check all that apply.*

BRITO, EMILY SILVIA                                                                 UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP                    ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                       ☑ Unliquidated
                                                         ☑ Disputed

**Date or dates debt was incurred**                      **Basis for the claim:**

VARIOUS                                                  CIVIL ACTION NO. 6:15-CV-06742
                                                         PENDING LITIGATION
**Last 4 digits of account number:**
                                                         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

---

| 3.241. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRIXMOR GA SPRINGDALE
MOBILE LMITED PARTNERSHIP
BRIXMOR PROPERTY GROUP BOB ATCHISON
PROPERTY MANAGER
420 LEXINGTON AVE 7TH FL
NEW YORK NY 10170

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                                 LANDLORD CLAIM

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.242. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRIXTON SHERWOOD LLC
CRAIG PETTITT
120 S SIERRA AVE STE 200
SOLANA BEACH CA 92014

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                                 LANDLORD CLAIM

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.243. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROADSPIRE SERVICES INC.
PO BOX 404325
ATLANTA GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,500.00

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                                 TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

**3.244.**    **Nonpriority creditor's name and mailing address**

BROMLEY PARTS AND SERVICE INC
PO BOX 539
LITTLE ROCK AR 72203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$590.24

---

**3.245.**    **Nonpriority creditor's name and mailing address**

BROOKINS, MATTHEW S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.246.**    **Nonpriority creditor's name and mailing address**

BROOKS, MEGAN MICHELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.247. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.247.    **Nonpriority creditor's name and mailing address**

BROOKS, TABITHA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.248.    **Nonpriority creditor's name and mailing address**

BROUDRICK (SCHULTZ), LYNETTE CHRISTINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.249.    **Nonpriority creditor's name and mailing address**

BROUDRICK (SCHULTZ), LYNETTE CHRISTINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.250. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROWN, HALLIE R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.251. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROWN, KARL LAMAR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.252. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROWN, KATHLEEN RAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **MAC ACQUISITION LLC**                                     Case number *(if known)* **17-12224**

3.253. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BROWN, SHELBY DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.254. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BROWN, SHELBY LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.255. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BROWN, TONYA ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.256. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.256.    **Nonpriority creditor's name and mailing address**

BROWN, TORI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.257.    **Nonpriority creditor's name and mailing address**

BRYAN III, JOHN T.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.258.    **Nonpriority creditor's name and mailing address**

BRYANT, JUSTIN KEITH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

---

**3.259.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BRYCE, DENISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.260.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BUBKO, KIM L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.261.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BUCHICCHIO, BRIANNA MIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                   Case number *(if known)* **17-12224**

3.262.    **Nonpriority creditor's name and mailing address**

BUCK, CHERYL W.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.263.    **Nonpriority creditor's name and mailing address**

BUCK, CONRAD KENNETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.264.    **Nonpriority creditor's name and mailing address**

BUCKNER, LACY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

**3.265.**  **Nonpriority creditor's name and mailing address**

BUDGET PLUMBING & ROOTER LLC
390 WEST MAIN
AMERICAN FORK UT 84003

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $588.00 |

**3.266.**  **Nonpriority creditor's name and mailing address**

BUDGET SEWER & DRAIN CLEANING SRV INC
872 ALBANY SHAKER ROAD
LATHAM NY 12110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $324.00 |

**3.267.**  **Nonpriority creditor's name and mailing address**

BUGLIOLI, SAMANTHA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |

---

3.268. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

BUGLIOLI, SAMANTHA LYN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.269. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

BULBMAN INC
PO BOX 12280
RENO NV 89510

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$399.83

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.270. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

BULFON, LISA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

---

3.271.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

BURGESS, BENJAMIN DANIEL
J. NELSON THOMAS THOMAS & SOLOMON LLP                                             UNDETERMINED
693 EAST AVENUE                                  ☑ Contingent
ROCHESTER NY 14607                               ☑ Unliquidated
                                                 ☑ Disputed

**Date or dates debt was incurred**             **Basis for the claim:**

VARIOUS                                          CIVIL ACTION NO. 6:15-CV-06742
                                                 PENDING LITIGATION
**Last 4 digits of account number:**
                                                 **Is the claim subject to offset?**

                                                 ☑ No
                                                 ☐ Yes

---

3.272.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

BURMAN, ANASTASIA                                                                 UNDETERMINED
                                                 ☑ Contingent
                                                 ☑ Unliquidated
                                                 ☑ Disputed

**Date or dates debt was incurred**             **Basis for the claim:**

VARIOUS                                          GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**            **Is the claim subject to offset?**

                                                 ☑ No
                                                 ☐ Yes

---

3.273.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

BURNETT, AUSTIN BLAKE
J. NELSON THOMAS THOMAS & SOLOMON LLP                                             UNDETERMINED
693 EAST AVENUE                                  ☑ Contingent
ROCHESTER NY 14607                               ☑ Unliquidated
                                                 ☑ Disputed

**Date or dates debt was incurred**             **Basis for the claim:**

VARIOUS                                          CIVIL ACTION NO. 6:15-CV-06742
                                                 PENDING LITIGATION
**Last 4 digits of account number:**
                                                 **Is the claim subject to offset?**

                                                 ☑ No
                                                 ☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.274. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.274.    **Nonpriority creditor's name and mailing address**

BURNS, CHERYL LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.275.    **Nonpriority creditor's name and mailing address**

BURNS, JIM ARTHUR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.276.    **Nonpriority creditor's name and mailing address**

BURNS, MARIE KASHAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.277. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.277.  **Nonpriority creditor's name and mailing address**

BUSH, RYAN CHRISTOPHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.278.  **Nonpriority creditor's name and mailing address**

BUSH, ZACHERY JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.279.  **Nonpriority creditor's name and mailing address**

BUTTICE, MADISON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.280. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.280.** | **Nonpriority creditor's name and mailing address**

BUTTON, CARLA LYNNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.281.** | **Nonpriority creditor's name and mailing address**

BUYERS EDGE, INC.
351 N. FRONTAGE RD
SUITE A210
NEW LONDON CT 06320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,000.00

---

**3.282.** | **Nonpriority creditor's name and mailing address**

BYARS, MARISSA ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

**3.283.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

C T CORPORATION SYSTEM
111 8TH AVENUE
13TH FLOOR
NEW YORK NY 10011

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$41.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.284.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CABRER, GABRIELA
DAYTON MAGALLANES, LAW OFFICES OF
DAYTON MAGALLANES,
10540 WILSHIRE BLVD
STE 417
LOS ANGELES CA 90024

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ADA PUBLIC ACCOMMODATIONS CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.285.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CAGLE, JESSICA D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

| | | |
|---|---|---|

3.286.  **Nonpriority creditor's name and mailing address**

CAGWIN & DORWARD
PO BOX 1600
NOVATO CA 94948

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$276.00

---

3.287.  **Nonpriority creditor's name and mailing address**

CALABRESE, ADAM S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.288.  **Nonpriority creditor's name and mailing address**

CALABRESE, LAUREN ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.289. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CALABRO, KATHRYN ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.290. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CALDWELL, SHATIRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.291. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CALIFORNIA MAINTENANCE SERVICE INC
12919 HALLDALE AVENUE
GARDENA CA 90249

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,275.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.292. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.292.

**Nonpriority creditor's name and mailing address**

CALKINS, MATTHEW
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.293.

**Nonpriority creditor's name and mailing address**

CAMACHO, ADRIAN EDWARD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.294.

**Nonpriority creditor's name and mailing address**

CAMARATA, KEITH ALLEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.295. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

CAMARATA, KEITH ALLEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.296.    **Nonpriority creditor's name and mailing address**

CAMINITI, JONATHAN FABRY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.297.    **Nonpriority creditor's name and mailing address**

CAMLEY, BOBBI JOANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

3.298.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

CAMP, MARY                                                                                          UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                          ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.299.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

CAMP, PRESTON JOHN                                                                                   UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                          ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.300.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

CAMPBELL, CHRYSTAL                                                                                   UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                          ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.301. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.301.

**Nonpriority creditor's name and mailing address**

CAMPBELL, SCHYVON VIOLET
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.302.

**Nonpriority creditor's name and mailing address**

CAMPS, JODY ROBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.303.

**Nonpriority creditor's name and mailing address**

CANDICE HENDERSON

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.304. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CANFIELD, VALERIE HOPE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.305. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CANTY, RICHARD RUSSELL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.306. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAPITAL DISTRICT MECHANICAL
1000 WEDGEWOOD HEIGHTS
SCHENECTADY NY 12306

☐ Contingent
☐ Unliquidated
☐ Disputed

$912.06

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| 3.307. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARCICH, ELIZABETH JEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

| 3.308. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARDINALI III, ANTHONY G.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

| 3.309. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARDINALI III, ANTHONY G.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
|---|---|---|

---

| 3.310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARDINALI III, ANTHONY G.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.311. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARDLYTICS INC
75 REMITTANCE DRIVE, DEPT 3247
CHICAGO IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,799.97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.312. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARIOTO PRODUCE INC
80 COHOES AVEUNE
GREEN ISLAND NY 12183

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,432.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                             Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.313. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Nonpriority creditor's name and mailing address**

CAROLINA COOKWOOD LLC
767 SUMMERWOOD DRIVE
ROCK HILL SC 29732

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$720.00

---

3.314.    **Nonpriority creditor's name and mailing address**

CARPENTER, CARMIN RAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.315.    **Nonpriority creditor's name and mailing address**

CARPENTER, JUSTIN ROBERT BENJAMIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

| 3.316. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CARPENTER, REAGAN | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | GENERAL LIABILITY CLAIMS |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.317. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CARR, DORIAN<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.318. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CARRELL, STACY DELYNN<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

| 3.319. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARRILLO, JUANA

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WORKERS COMPENSATION CLAIM - NO. 201507161205

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.320. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARRILLO, JUANA

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WORKERS COMPENSATION CLAIM - NO. 201604201331

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.321. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARROLL, CANDACE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

---

**3.322.**    **Nonpriority creditor's name and mailing address**

CARROLL, SHEVONNE P.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.323.**    **Nonpriority creditor's name and mailing address**

CARVAJAL LEONI, MIGUEL A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.324.**    **Nonpriority creditor's name and mailing address**

CARVAJAL, JACQUELINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.325. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CASAS ADOBES BAPTIST CHURCH
CUSHMAN AND WAKEFIELD/PICOR
DANA ELCESS PROPERTY MANAGER
1100 N WILMOT STE 200
TUCSON AZ 85712

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.326. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CASEY, KEVIN ROSS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.327. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CASS PLUMBING INC.
PO BOX 272876
TAMPA FL 33688

☐ Contingent
☐ Unliquidated
☐ Disputed

$684.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

---

3.328.  **Nonpriority creditor's name and mailing address**

CASSIDY, JUSTIN DAVID
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.329.  **Nonpriority creditor's name and mailing address**

CASTANEDA, ROBERT GABRIEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.330.  **Nonpriority creditor's name and mailing address**

CASTLE AND COOKE CORONA INC
LAURA WHITAKER
DARLENE CARPENTER
10000 STOCKDALE HWY STE 300
BAKERSFIELD CA 93311

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.331. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.331.    **Nonpriority creditor's name and mailing address**

CASTLE, MICHELLE B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.332.    **Nonpriority creditor's name and mailing address**

CASTO, MICHELLE SZREJTER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.333.    **Nonpriority creditor's name and mailing address**

CASUAL DINING ALTAMONTE SPRINGS LLC
GREY SQUIRES-BINFORD, ESQ. KILLGORE,
PEARLMAN ET AL
2 SOUTH ORANGE AVE 5TH FL
PO BOX 1913
ORLANDO FL 32802-1913

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CASE NO. 2017-CA-000895-15-W
PENDING REAL ESTATE LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| 3.334. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CASUAL DINING ALTAMONTE SPRINGS LLC
VAL NASANO/RICHARD NASANO
MANAGER
26 KNIGHTS CT
UPPER SADDLE RIVER NJ 07458

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.335. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CASUAL DINING COOL SPRINGS, LLC
STEVE LEFKOVITZ, ESQ.
618 CHURCH STREET, SUITE 410
LEFKOVITZ & LEFKOVITZ,
NASHVILLE TN 37219

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CASE NO. 2017-CV-1153 PENDING REAL
ESTATE LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.336. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CATALAN, BENITO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

3.337.    **Nonpriority creditor's name and mailing address**

CATALAN, BENITO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.338.    **Nonpriority creditor's name and mailing address**

CBL-FRIENDLY CENTER CMBS, LLC
ELLIOT A. FUS, ESQ.
PO DRAWER 25008
BLANCO TACKABERY & MATAMOROS, P.A.
WINSTON-SALEM NC 27114-5008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CASE NO. 17-CVD-7502 PENDING REAL
ESTATE LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.339.    **Nonpriority creditor's name and mailing address**

CBS - CUSTOM BUSINESS SOLUTIONS INC
12 MORGAN
IRVINE CA 92618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$153,994.84

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.340. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CDW DIRECT LLC
PO BOX 75723
CHICAGO IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$85,884.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.341. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CECIL, CARRIE ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.342. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CELING PRO ETC. INC.
PO BOX 784
SORRENTO FL 32776

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,159.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

| 3.343. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**3.343.**    **Nonpriority creditor's name and mailing address**

CENTRAL REALTY CORP
TODD HARDAWAY VP LEASING AND PROP MNGT
PO BOX 1805 400 EAST STONE AVE
GREENVILLE SC 29602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.344.**    **Nonpriority creditor's name and mailing address**

CENTROS-RESTO(?), JOYLIZ
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.345.**    **Nonpriority creditor's name and mailing address**

CERNEA, ELLYTHABETH K.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.346. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | CERRITOS GARP LLC | *Check all that apply.* |
| | FELECIA SERRA DIRECTOR OF PROPERTY | ☑ Contingent |
| | 977 LOMAS SANTA FE DR STE A | ☑ Unliquidated |
| | SOLANA BEACH CA 92075 | ☑ Disputed |

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.347. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | CFS COMPLETE FACILITY SOLUT INC | *Check all that apply.* |
| | 2230 N RIDGE ROAD | ☐ Contingent |
| | WICHITA KS 67205 | ☐ Unliquidated |
| | | ☐ Disputed |

**Amount of claim**

$3,072.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.348. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | CH/MG RAMSEY OWNER LLC | *Check all that apply.* |
| | C O FEDERMAN STEIFMAN LLP | ☑ Contingent |
| | ARIANA GOLUB SR TRANSACTION MGR | ☑ Unliquidated |
| | 220 EAST 42ND ST 29TH FL | ☑ Disputed |
| | NEW YORK NY 10017 | |

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.349. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CHADHA, MAMTA | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>GENERAL LIABILITY CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.350. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CHADHA, SAHIBA<br>ZACHARY M. BEST<br>332 NORTH SECOND ST<br>SAN JOSE CA 95112 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CASE NO. 3:17-CV-060921-LB - PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.351. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CHADHA, SAHIBA<br>ELAN N. STONE, RASNER & RASNER<br>18881 VON KARMAN AVE<br>STE 920<br>IRVINE CA 92612 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CASE NO. 30-2016-00862227-CU-PO-CJC PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.352.**   **Nonpriority creditor's name and mailing address**

CHADHA, SAHIBA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

**3.353.**   **Nonpriority creditor's name and mailing address**

CHADHA, SUBHASH

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

**3.354.**   **Nonpriority creditor's name and mailing address**

CHAMBERS, DANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                  Case number *(if known)* **17-12224**

| | |
|---|---|
| 3.355. | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

CHANEY, JR., RODRICK DONNELL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.356.    **Nonpriority creditor's name and mailing address**

CHAO, SHANE PEI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.357.    **Nonpriority creditor's name and mailing address**

CHAPA, JAVIER

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.358. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.358.    **Nonpriority creditor's name and mailing address**

CHAPEL, HANNAH L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.359.    **Nonpriority creditor's name and mailing address**

CHAPEL, HANNAH LESLIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.360.    **Nonpriority creditor's name and mailing address**

CHAPMAN, ALEXANDER LEWIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |

---

**3.361.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHAPMAN, BROCK THEODORE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.362.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHARLIE SCIARA & SON PRODUCE CO INC
4700 BURBANK RD
MEMPHIS TN 38118

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,526.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.363.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHEF DUDS INC
300 SHAWNEE NORTH DR., STE. 300
SUWANEE GA 30024

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,449.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                                                          Case number *(if known)* **17-12224**

---

| 3.364. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHEN, JACKIE H.

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.365. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHEN, JACKIE H.

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.366. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHEN, JULIA J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                           Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.367. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.367.**

**Nonpriority creditor's name and mailing address**

CHERNY, ERIC LAMONT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.368.**

**Nonpriority creditor's name and mailing address**

CHERRY, MELISSA RAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.369.**

**Nonpriority creditor's name and mailing address**

CHIAZ, TERRI ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
|---|---|---|

**3.370.** | **Nonpriority creditor's name and mailing address**

CHILTON, THOMAS A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.371.** | **Nonpriority creditor's name and mailing address**

CHRISTENSEN & JENSEN PC
257 EAST 200 SOUTH, SUITE 1100
SUTIE 1100
SALT LAKE CITY UT 84111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$300.00

**3.372.** | **Nonpriority creditor's name and mailing address**

CHRISTIAN, SANDRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor **MAC ACQUISITION LLC**                                     Case number *(if known)* **17-12224**

3.373. **Nonpriority creditor's name and mailing address**

CHRISTIAN, SANDRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.374. **Nonpriority creditor's name and mailing address**

CHU, BRANDON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.375. **Nonpriority creditor's name and mailing address**

CIANCI, JR., RICHARD JOSEPH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.376. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.376.

**Nonpriority creditor's name and mailing address**

CILWA, KAREN HOPE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.377.

**Nonpriority creditor's name and mailing address**

CIMOCK, AMANDA SUZETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.378.

**Nonpriority creditor's name and mailing address**

CINCINNATI BELL 513-107-9886 736
PO BOX 748003
CINCINNATI OH 45274

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$271.52

---

Debtor    **MAC ACQUISITION LLC**                                                            Case number *(if known)* **17-12224**

| 3.379. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.379. **Nonpriority creditor's name and mailing address**

CINTAS CORP #2
4601 CREEKSTONE DRIVE
STE 200
DURHAM NC 27703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$20,887.25

---

3.380. **Nonpriority creditor's name and mailing address**

CIPOLLETTI, VICENZO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.381. **Nonpriority creditor's name and mailing address**

CIRCLE CITY PRODUCE INC
4733 MASSACHUSETTS AVE
INDIANAPOLIS IN 46218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,865.86

---

| | |
|---|---|
| Debtor    **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |

**3.382.**  **Nonpriority creditor's name and mailing address**

CISCO SYSTEMS CAPITAL CORP
PO BOX 742927
LOS ANGELES CA 90074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$0.00

---

**3.383.**  **Nonpriority creditor's name and mailing address**

CISCO SYSTEMS CAPITAL CORP.
C/O PROPERTY TAX ALLIANCE, INC.
PO BOX 311746
NEW BRAUNFELS TX 78131-1746

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$54.45

---

**3.384.**  **Nonpriority creditor's name and mailing address**

CLARK, ALEXANDRA JEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.385. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Amount of claim**

3.385.

**Nonpriority creditor's name and mailing address**

CLARK, ERIK JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.386.

**Nonpriority creditor's name and mailing address**

CLARK, JAMES F.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.387.

**Nonpriority creditor's name and mailing address**

CLARK, RYAN PATRICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.388. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLARK, TERRANCE XAVIER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.389. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLARKE KENT PLUMBING INC
1408 W BEN WHITE BLVD
AUSTIN TX 78704

☐ Contingent
☐ Unliquidated
☐ Disputed

$792.52

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.390. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLEMENS, TARAH L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

**3.391.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CLIFFORD, MARY CAROLEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.392.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CLIMA COOL A/C & HEATING
PO BOX 76168
SAN ANTONIO TX 78245

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,206.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.393.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CLINE, AMANDA RENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|

3.394.    **Nonpriority creditor's name and mailing address**

CLINE, ANDREW TIMOTHY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.395.    **Nonpriority creditor's name and mailing address**

CLINE, HOLLEY CHRISTINA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.396.    **Nonpriority creditor's name and mailing address**

CLINTON LAW FIRM
100 OCEANGATE 14TH FLOOR
LONG BEACH CA 90802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$8,578.22

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.397. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

3.397.

**Nonpriority creditor's name and mailing address**

COAST TO COAST COMPUTER PRODUCTS INC.
4277 VALLEY FAIR STREET
SIMI VALLEY CA 93063

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$340.54

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.398.

**Nonpriority creditor's name and mailing address**

COASTAL SUNBELT PRODUCE LLC
PO BOX 62860
BALTIMORE MD 21264-2860

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18,517.64

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.399.

**Nonpriority creditor's name and mailing address**

COASTLINE ELECTRIC CO INC
DEPT 627 PO BOX 4346
HOUSTON TX 77210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$256.39

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.400. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | COBB, CRAIG ALLEN<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.401. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | COBB, THERESA A.<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.402. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | COBB, THERESA A.<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

| 3.403. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.403.**

**Nonpriority creditor's name and mailing address**

COCA-COLA COMPANY (R&M ONLY)
121 BAKER ST NW
PO BOX 102703
ATLANTA GA 30368

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,979.71

---

**3.404.**

**Nonpriority creditor's name and mailing address**

COCHRAN, TRACY ALISON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.405.**

**Nonpriority creditor's name and mailing address**

COCKMAN, TYLER MATTHEW
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.406. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.406.

**Nonpriority creditor's name and mailing address**

COKE, LINDSAY ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.407.

**Nonpriority creditor's name and mailing address**

COLANTUONI, KYLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.408.

**Nonpriority creditor's name and mailing address**

COLD AIR RESOURCES LLC
302 W MAIN STREET
ROYSE CITY TX 75189

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,681.74

Debtor  **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| **3.409.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

COLD TECH REFRIGERATION INC.
PO BOX 33686
LAS VEGAS NV 89133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$653.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.410.**  **Nonpriority creditor's name and mailing address**

COLD TEMP REFRIGERATION INC
PO BOX 608476
ORLANDO FL 32860

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,399.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.411.**  **Nonpriority creditor's name and mailing address**

COLDITZ, SHANNON LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                                   Case number *(if known)* **17-12224**

---

**3.412.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COLE CH MG FLANDERS NJ LLC
LEGAL DEPT
KATHY ROWLAND
2325 E CAMELBACK RD STE 1100
PHOENIX AZ 85016

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.413.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COLEMAN, TAJA R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.414.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COLLARD, JONATHAN W.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.415. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.415.

**Nonpriority creditor's name and mailing address**

COLUMBUS DINING DST
MICHAEL R. REED, ESQ. HAHN, LOWESER &
PARKS LLP
65 EAST STATE STREET
STE 1400
COLUMBUS OH 43215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CASE NO. 17CV-04-3549 PENDING REAL
ESTATE LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.416.

**Nonpriority creditor's name and mailing address**

COLUNGA, MARIA LUISA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.417.

**Nonpriority creditor's name and mailing address**

COLVIN, SYDNEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

| 3.418. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.418.

**Nonpriority creditor's name and mailing address**

COLWELL, ANA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.419.

**Nonpriority creditor's name and mailing address**

COLWELL, MARISA BIANCA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.420.

**Nonpriority creditor's name and mailing address**

COMCAST 09544 271735-01-3
PO BOX 105257
ATLANTA GA 30348

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$228.70

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| 3.421. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMCAST 8497 40 424 1041349
PO BOX 34744
SEATTLE WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

$105.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.422. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMCAST 8499 20 007 1106022
PO BOX 3001
SOUTHEASTERN PA 19398

☐ Contingent
☐ Unliquidated
☐ Disputed

$154.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.423. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMCAST 8771 10 122 0648030
PO BOX 3001
SOUTHEASTERN PA 19398

☐ Contingent
☐ Unliquidated
☐ Disputed

$219.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

**3.424.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---
| COMCAST 8771 20 047 0670015<br>PO BOX 3001<br>SOUTHEASTERN PA 19398-3001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $642.06
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | TRADE ACCOUNTS PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☒ No<br>☐ Yes |

**3.425.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---
| COMCAST 8777 70 216 5501078<br>PO BOX 660618<br>DALLAS TX 75266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $112.03
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | TRADE ACCOUNTS PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☒ No<br>☐ Yes |

**3.426.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---
| COMCAST 8777 70 317 5199150<br>PO BOX 660618<br>DALLAS TX 75266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,152.37
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | TRADE ACCOUNTS PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☒ No<br>☐ Yes |

---

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.427. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | COMMERCIAL KITCHEN OF SOUTH FL INC<br>DBA PROFESSIONAL TECHNOLOGIES<br>PO BOX 901283<br>HOMESTEAD FL 33090 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $749.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.428. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | COMMERCIAL RESTORATION SERVICE<br>PO BOX 577<br>SANDROD NC 27331 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $350.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.429. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | COMMERCIAL SEATING SPEC INC<br>481 LAURELWOOD RD<br>SANTA CLARA CA 95054 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,072.12 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| 3.430. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMPETITION ELECTRIC
PO BOX 1274
FORNEY TX 75126

☐ Contingent
☐ Unliquidated
☐ Disputed

$758.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.431. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMPTON, JR., WARREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.432. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMSAL - TAXPSAVER PLAN
PO BOX 609002
DALLAS TX 75360

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,557.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| 3.433. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CONCORD SQUARE ASSOCIATES LLC
CAPANO MANAGEMENT CO
KAREN M FINI DIR COMMERCIAL PROP
105 FOULK RD
WILMINGTON DE 19803

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.434. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CONKLIN, RAYMOND
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.435. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CONNELLY, KELLY ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|

**3.436.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CONSTRUCTION SOLUTIONS INC
222 W STONE ROAD
VILLA PARK IL 60181

☐ Contingent
☐ Unliquidated
☐ Disputed

$600.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.437.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COOK, JESSICA LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.438.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COOKE, CRYSTAL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.439. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.439.  **Nonpriority creditor's name and mailing address**

COOKE, CRYSTAL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.440.  **Nonpriority creditor's name and mailing address**

COOP, AMANDA N.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.441.  **Nonpriority creditor's name and mailing address**

COORDINATED SYSTEMS & SUPPLIES, INC.
PO BOX 58
WICHITA KS 67201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$7,345.61

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| 3.442. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.442.**

**Nonpriority creditor's name and mailing address**

COPAY-HALL, MARCEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.443.**

**Nonpriority creditor's name and mailing address**

COPAY-HALL, MARCEL ISIDORE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.444.**

**Nonpriority creditor's name and mailing address**

COPELAND, ILEY SCOTT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.445. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.445.

**Nonpriority creditor's name and mailing address**

COPPEDGE, WILLIAM JACOB
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.446.

**Nonpriority creditor's name and mailing address**

CORKERY, JULIA MARIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.447.

**Nonpriority creditor's name and mailing address**

COSCO FIRE PROTECTION, INC
3620 W RENO AVE STE K
LAS VEGAS NV 89118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,248.73

Debtor  **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

| 3.448. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COSCO FIRE PROTECTION, INC.
1075 W LAMBERT RD, BLDG D
BREA CA 92821-2944

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,320.04

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.449. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COSGRIFF, COURTNEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.450. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COTNER, JOAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

3.451.   **Nonpriority creditor's name and mailing address**

COUNTS, TERAH RANETHA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.452.   **Nonpriority creditor's name and mailing address**

COUNTY OF LOUDOUN
PO BOX 3232
LEESBURG VA 20177

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$500.00

---

3.453.   **Nonpriority creditor's name and mailing address**

COURREGE, DAVID J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| 3.454. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COURTNEY HECKMAN

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EMPLOYMENT CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.455. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COWLES, CLYDE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.456. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COX, ROSANNA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                                                    Case number *(if known)* **17-12224**

| 3.457. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.457.

**Nonpriority creditor's name and mailing address**

COX, ROSANNA GAIL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.458.

**Nonpriority creditor's name and mailing address**

COZZINI BROS INC (SUPPLY)
350 HOWARD AVE
DES PLAINES IL 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$26,191.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.459.

**Nonpriority creditor's name and mailing address**

CPY - CHAS P YOUNG COMPANY
7810 SOLUTIONS CENTER
CHICAGO IL 60677-7008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$94,956.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.460. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.460.**

**Nonpriority creditor's name and mailing address**

CRAIG, COLLEEN ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.461.**

**Nonpriority creditor's name and mailing address**

CRANSTON, ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.462.**

**Nonpriority creditor's name and mailing address**

CRAYTON, CHARESE
CHARESE CRAYTON

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

EEOC CHARGE NO. 420-2016-01077

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.463. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CREACY-REED, CYDNI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.464. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CREASEY III, CHARLES R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.465. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CREASMAN, BREANA ELISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 163 of 698

Debtor    **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

| 3.466. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.466.

**Nonpriority creditor's name and mailing address**

CRISANTE, RACHEL M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.467.

**Nonpriority creditor's name and mailing address**

CRISTO, BRITTANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.468.

**Nonpriority creditor's name and mailing address**

CRISTO, BRITTANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.469. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CROSSLEY, KEVIN C.<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.470. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CROWDER, KENDALL<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.471. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CROWELL, NANCY | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>GENERAL LIABILITY CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

| 3.472. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRUM, RICHARD SCOTT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.473. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRUPI, DOMINION
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.474. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRUZ, EMMANUEL D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

3.475.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

CRUZ, INOEL                                                         UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                          ☑ Contingent
ROCHESTER NY 14607                       ☑ Unliquidated
                                         ☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                                CIVIL ACTION NO. 6:15-CV-06742
                                       PENDING LITIGATION
**Last 4 digits of account number:**

                                       **Is the claim subject to offset?**

                                       ☑ No
                                       ☐ Yes

3.476.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

CRUZ, INOEL                                                         UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                          ☑ Contingent
ROCHESTER NY 14607                       ☑ Unliquidated
                                         ☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                                CIVIL ACTION NO. 6:15-CV-06742
                                       PENDING LITIGATION
**Last 4 digits of account number:**

                                       **Is the claim subject to offset?**

                                       ☑ No
                                       ☐ Yes

3.477.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

CRYER, JR., DENNIS RAY                                              UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                          ☑ Contingent
ROCHESTER NY 14607                       ☑ Unliquidated
                                         ☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                                CIVIL ACTION NO. 6:15-CV-06742
                                       PENDING LITIGATION
**Last 4 digits of account number:**

                                       **Is the claim subject to offset?**

                                       ☑ No
                                       ☐ Yes

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
|---|---|---|

| 3.478. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CSP - CLARK ASSOCIATES
121 KANE STREET
BALTIMORE MD 21224

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,331.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.479. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CUARTAS, JUAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.480. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CUEVA, JAVIER FERNANDO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor  **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.481. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.481.

**Nonpriority creditor's name and mailing address**

CULINARY ECO SERVICES
PO BOX 2563
ADDISON TX 75001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,500.00

---

3.482.

**Nonpriority creditor's name and mailing address**

CULLIGAN TROY, NY
131 LITTLE BRITAIN ROAD
NEWBURGH NY 12550

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$135.00

---

3.483.

**Nonpriority creditor's name and mailing address**

CULVER, SHAWNA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| 3.484. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.484.

**Nonpriority creditor's name and mailing address**

CUMMINGS, JEAN

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.485.

**Nonpriority creditor's name and mailing address**

CUMMINGS, WILLIAM NICHOLAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.486.

**Nonpriority creditor's name and mailing address**

CURRIE, MICHAEL ANTHONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| **3.487.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.487.**

**Nonpriority creditor's name and mailing address**

CURTIS, NATHAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.488.**

**Nonpriority creditor's name and mailing address**

CUSTOM SIGN CREATIONS, LLC
1703 DUNGAN LN
AUSTIN TX 78754

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$771.28

---

**3.489.**

**Nonpriority creditor's name and mailing address**

CUSTOM UPHOLSTERY SERVICES
3506 COLBY AVE
EVERETT WA 98201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$839.54

---

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.490. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.490.**

Nonpriority creditor's name and mailing address

CYOPTIONS LLC DBA CYOPSIS
600 GRANT STREET
SUITE 208
DENVER CO 80203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$2,994.00

---

**3.491.**

Nonpriority creditor's name and mailing address

CZAPINSKI, JOHN P.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.492.**

Nonpriority creditor's name and mailing address

DAGNER SCHLUTER MITZNER WERBER, LLC
5105 DTC PARKWAY, SUITE 250
GREENWOOD VILLAGE CO 80111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$3,060.73

Debtor   **MAC ACQUISITION LLC**                                                        Case number *(if known)* **17-12224**

---

| 3.493. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAKA, ZOJ
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.494. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DALE, REBEKAH DIANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.495. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DALTO, MARIO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |

**3.496.** 

**Nonpriority creditor's name and mailing address**

DALTO, MARIO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.497.**

**Nonpriority creditor's name and mailing address**

DANG, BINH H.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.498.**

**Nonpriority creditor's name and mailing address**

DARLING INTERNATIONAL INC.
PO BOX 552210
DETROIT MI 48255

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$16,772.11

Debtor    **MAC ACQUISITION LLC**                                             Case number *(if known)* **17-12224**

| 3.499. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.499.** | **Nonpriority creditor's name and mailing address**

DARYANANI, RAM A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.500.** | **Nonpriority creditor's name and mailing address**

DATABANK HOLDINGS, LTD.
PO BOX 732200
DALLAS TX 75373-2200

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,215.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.501.** | **Nonpriority creditor's name and mailing address**

DATE LABEL CORPORATION
PO BOX 684
INDIANAPOLIS IN 46206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$410.42

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.502. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.502.

**Nonpriority creditor's name and mailing address**

DAVID MARDEN DBA DAVE MARDEN'S TREE
TRIMMING
1625 CLARE DR
CORPUS CHRISTI TX 78412

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$533.00

---

3.503.

**Nonpriority creditor's name and mailing address**

DAVIDS & COHEN
40 WASHINGTON STREET
SUITE 20
WELLESLEY MA 02481

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,819.23

---

3.504.

**Nonpriority creditor's name and mailing address**

DAVIS, JANAY NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.505. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.505.

**Nonpriority creditor's name and mailing address**

DAVIS, MEAGAN ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.506.

**Nonpriority creditor's name and mailing address**

DAVIS, SEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.507.

**Nonpriority creditor's name and mailing address**

DAVISON, JULIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.508. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**3.508.**

**Nonpriority creditor's name and mailing address**

DAYSTAR FACILITIES & EQUIP REPAIR INC.
3801 WEST WESTCOTT DRIVE
GLENDALE AZ 85308

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,333.33

---

**3.509.**

**Nonpriority creditor's name and mailing address**

DB FIVE GRILL LP CARDINAL CAPTIAL
PARTNERS
KENNETH C. MEIXELSPERGER, ESQ. CHERRY
PETERSEN LANDRY ALBERT LLP
8350 NORTH CENTRAL EXPRESSWAY, SUITE
1500
DALLAS TX 75206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CASE NO. DC-17-05064 PENDING REAL
ESTATE LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.510.**

**Nonpriority creditor's name and mailing address**

DDR WINTER GARDEN LLC
1 EXECUTIVE VP LEASING 2 GENERAL
COUNSEL
RICHARD FORREST OPERATIONS MANAGER
3300 ENTERPRISE PKWY
BEACHWOOD OH 44122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

3.511.    **Nonpriority creditor's name and mailing address**

DDRA COMMUNITY CENTERS EITHER LP
DEVELOPERS DIVERSIFIED REALTY
CORPORATION
BRYAN STONE ASSOCIATE ATTORNEY
3300 ENTERPRISE PKWY
BEACHWOOD OH 44122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.512.    **Nonpriority creditor's name and mailing address**

DE LA PAZ, DEANNA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.513.    **Nonpriority creditor's name and mailing address**

DEBLASS, GLENYS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.514. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.514. **Nonpriority creditor's name and mailing address**

DEBORAH A CLAPPER DBA GNEURAL LLC
210 MANHATTAN DRIVE
BOULDER CO 80303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$525.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.515. **Nonpriority creditor's name and mailing address**

DECAMP, JILL LESLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.516. **Nonpriority creditor's name and mailing address**

DECKER, NATISHA J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.517. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

DECKER, PATRICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.518. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

DEEDS, KATHLEEN SUSAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.519. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

DEITRICK, RAECHAL LEE ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.520. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.520.

**Nonpriority creditor's name and mailing address**

DELATORRE, MAGEAN ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.521.

**Nonpriority creditor's name and mailing address**

DELVISCOVO, DUANE CHARLES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.522.

**Nonpriority creditor's name and mailing address**

DEMAND COOLING LLC
2540 GLENDA LANE STE. 112
DALLAS TX 75229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,492.10

---

Debtor   **MAC ACQUISITION LLC**                                                                       Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.523. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Nonpriority creditor's name and mailing address**

DEMASI, TANYA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.524.**

**Nonpriority creditor's name and mailing address**

DEMEESTER, ROSANA AND NYLE
DBA THE MASTERS GARDENING SERVICE
2715 TRENTINO AVE
BAKERSFIELD CA 93313

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$390.00

---

**3.525.**

**Nonpriority creditor's name and mailing address**

DENA, BARBER

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

---

**3.526.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

DENNIS, SHAWNA

UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.527.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

DENVER CUTLERY INC.
PO BOX 21797
DENVER CO 80221

$469.99

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.528.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

DENVER WEST MILLS LP
C O SIMON PROPERTY GROUP INC
MIKE FREESE ASST GENERAL COUNSEL
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204

UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          LANDLORD CLAIM

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
|---|---|---|

| 3.529. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION, DIVISION OF
HOTELS AND RESTAURANTS
MARC DREXLER, CHIEF ATTORNEY, OFFICE OF
THE GENERAL COUNSEL
2601 BLAIR STONE RD
TALLAHASSEE FL 32399-1011

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CASE NO. 2017-027313

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.530. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DERILLIER, GERALDINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.531. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEROUSELLE, KRISTEN GABRIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.532. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.532.

**Nonpriority creditor's name and mailing address**

DESMOND, NICHOLAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.533.

**Nonpriority creditor's name and mailing address**

DEVINE, MICHAEL L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.534.

**Nonpriority creditor's name and mailing address**

DEWALLI, VANESSA VAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.535. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.535.** 

**Nonpriority creditor's name and mailing address**

DIAZ, CELSO A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.536.**

**Nonpriority creditor's name and mailing address**

DIAZ, MOISES ESTEBAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.537.**

**Nonpriority creditor's name and mailing address**

DIBS SAFE & LOCK SERVICE
342 W 6TH ST
SAN BERNARDINO CA 92401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$90.00

Debtor    **MAC ACQUISITION LLC**                                  Case number *(if known)* **17-12224**

---

3.538.    **Nonpriority creditor's name and mailing address**

DICARLO, ARIANE MARIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.539.    **Nonpriority creditor's name and mailing address**

DIDONNA, TAYLOR VISCTORIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.540.    **Nonpriority creditor's name and mailing address**

DIFRANCO, MIRELLA LUCIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

| 3.541. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DIGGS, ALYSSA PAIGE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.542. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DIGIORGIO, ANTHONY A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.543. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DIGITAL FUNCTION
16107 KENSINGTON DR., #450
SUGAR LAND TX 77479

☐ Contingent
☐ Unliquidated
☐ Disputed

$892.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.544. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DINICOLA, SELIGSON & UPTON, LLP
6 BEACON STREET, SUITE 700
BOSTON MA 02108

☐ Contingent
☐ Unliquidated
☐ Disputed

$612.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.545. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DINOVA LLC
11950 JONES BRIDGE RD, STE 115-117
JOHNS CREEK GA 30005

☐ Contingent
☐ Unliquidated
☐ Disputed

$85,027.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.546. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DINOVA, INC.
LISA WOLGAST, MORRIS MANNING & MARTIN
LLP
1600 ATLANTA FINANCIAL CTR
3343 PEACHTREE RD NE
ATLANTA GA 30326

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

STATE OF GEORGIA, CIVIL ACTION NO.
17A 09176-8 PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.547. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DIPAOLO, AMANDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.548. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DISABATINO, ANNA C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.549. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DM DISTRIBUTING CO INC.
7976 LONG HILL ROAD
PASADENA MD 21122

☐ Contingent
☐ Unliquidated
☐ Disputed

$243.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| **3.550.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.550.**

**Nonpriority creditor's name and mailing address**

DMX INC
PO BOX 602777
CHARLOTTE NC 28260-2777

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$6,575.96

---

**3.551.**

**Nonpriority creditor's name and mailing address**

DODSON, MONICA JENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.552.**

**Nonpriority creditor's name and mailing address**

DOLAN-FOX, DEBORAH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.553. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | DOLAN-FOX, DEBORAH ANN<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.554. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | DOMBROWSKI, RICHARD ANDREW<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.555. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | DOMINGUE, AIMEE ELIZABETH<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.556. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

DOMMASCH, NOELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.557.**

**Nonpriority creditor's name and mailing address**

DONAHUE SCHRIBER REALTY GROUP LP
KAREN J FINKE
PROPERTY MANAGER
8020 EAST SANTA ANA CANYON RD
ANAHEIM CA 92808

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.558.**

**Nonpriority creditor's name and mailing address**

DONAHUE, CAITLIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **MAC ACQUISITION LLC**                                                                      Case number *(if known)* **17-12224**

| 3.559. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.559.

**Nonpriority creditor's name and mailing address**

DONAHUE, CAITLIN MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.560.

**Nonpriority creditor's name and mailing address**

DONALDSON, STEPHANIE AUTUMN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.561.

**Nonpriority creditor's name and mailing address**

DONOHUE, JAMESON E

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

---

| 3.562. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.562.**

**Nonpriority creditor's name and mailing address**

DORIA, FABRIZIO JAVIER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.563.**

**Nonpriority creditor's name and mailing address**

DORRIES, STEVEN H.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.564.**

**Nonpriority creditor's name and mailing address**

DOUGLAS, STEVIE HARRISON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.565. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

DOUGLAS, TAJMA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

| | | |
|---|---|---|
| 3.566. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

DOVE, RAVEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

| | | |
|---|---|---|
| 3.567. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

DOZE, MARC ANTHONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.568. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.568.**

**Nonpriority creditor's name and mailing address**

DR. VINYL OF OKLAHOMA CITY
1913 LANKESTAR PLACE
YUKON OK 73099

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$380.00

---

**3.569.**

**Nonpriority creditor's name and mailing address**

DRAFFEN, MATTHEW JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.570.**

**Nonpriority creditor's name and mailing address**

DRAKE, KENNETH MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

| 3.571. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.571. **Nonpriority creditor's name and mailing address**

DRAPER, CHRISTION DIOR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.572. **Nonpriority creditor's name and mailing address**

DRASNY, TAMARA A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.573. **Nonpriority creditor's name and mailing address**

DRIFFILL, CHERYL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor  **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

| 3.574. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.574.

**Nonpriority creditor's name and mailing address**

DRIFFILL, CHERYL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.575.

**Nonpriority creditor's name and mailing address**

DRUM, KEVIN ERIC
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.576.

**Nonpriority creditor's name and mailing address**

DRUMMER, VERONICA JIMENEZ
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.577. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.577.  **Nonpriority creditor's name and mailing address**

DSI/DATASOURCE, INC.
DEPT 730023
PO BOX 660919
DALLAS TX 75266-0919

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,077.41

---

3.578.  **Nonpriority creditor's name and mailing address**

DUBOIS, CHELSEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.579.  **Nonpriority creditor's name and mailing address**

DUCK DELIVERY OF WASHINGTON INC
1509 45TH STREET E
SUMNER WA 98390

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$4,729.57

---

Debtor  **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.580. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.580.  **Nonpriority creditor's name and mailing address**

DUERKSEN, CHRISTIANA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.581.  **Nonpriority creditor's name and mailing address**

DUGAN, EMILY ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.582.  **Nonpriority creditor's name and mailing address**

DULLES TOWN CENTER MALL LLC
LERNER CORP
EMILY GAGLIARDI SR LEASING MANAGER
21100 DULLES TOWN CIR STE 234
DULLES VA 20166

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

| 3.583. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.583.**

Nonpriority creditor's name and mailing address

DURAN, JULIA E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.584.**

Nonpriority creditor's name and mailing address

DVORAK, JAMES THOMAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.585.**

Nonpriority creditor's name and mailing address

DYKEMA GOSSETT, PLLC
400 RENAISSANCE CENTER
DETROIT MI 48226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☒ No
☐ Yes

Amount of claim

$4,441.00

---

Debtor   **MAC ACQUISITION LLC**                                     Case number *(if known)* **17-12224**

**3.586.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

EASTWOOD LOCKSMITH SERIVCE INC.
9400 CARNEGIE AVENUE, STE. A
EL PASO TX 79925

☐ Contingent
☐ Unliquidated
☐ Disputed

$254.39

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.587.** **Nonpriority creditor's name and mailing address**

EBERSOLE, EMILY PATRICIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.588.** **Nonpriority creditor's name and mailing address**

ECHEONA, RICARDO ROLANDO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |

---

3.589.

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|
| ECKHART, PATRICIA DAWN<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.590.

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|
| ECO SERVICES OF ARKANSAS INC<br>13220 PLEASANT FOREST DRIVE<br>LITTLE ROCK AR 72212 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $381.50 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.591.

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|
| ECOLAB EQUIPMENT CARE (PROFESSION)<br>GCS SERVICE INC.<br>24673 NETWORK PLACE<br>CHICAGO IL 60673 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,778.63 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                Case number *(if known)* **17-12224**

| 3.592. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.592.

**Nonpriority creditor's name and mailing address**

ECOLAB INC (PROFESSION)
PO BOX 70343
CHICAGO IL 60673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$62,452.90

---

3.593.

**Nonpriority creditor's name and mailing address**

ECOLAB INC. DBA ECOSURE
1601 W DIEHL ROAD
NAPERVILLE IL 60563

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$19,737.90

---

3.594.

**Nonpriority creditor's name and mailing address**

ECOLAB PEST ELIMINATION (PROFESSION)
26252 NETWORK PLACE
CHICAGO IL 60673-1262

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$120,695.58

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.595. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EDELMAN, ARIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.596. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EDENS LIMITED PARTNERSHIP
1155 LAKE WOODLANDS DRIVE LLC
PO BOX 536856
ATLANTA GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,298.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.597. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EDWARDS, CASONDRA LYNNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.598. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.598.

**Nonpriority creditor's name and mailing address**

EDWARDS-EL, ANIKKA MAURA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.599.

**Nonpriority creditor's name and mailing address**

EFAX CORPORATE
PO BOX 51873
C/O J2 CLOUD SERVICES INC.
LOS ANGELES CA 90051

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$142.71

---

3.600.

**Nonpriority creditor's name and mailing address**

EFTYCHIOU, JEFF
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

**3.601.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

EGBERT, AMANDA RENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.602.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

EKRYSS, JHARED
J. NELSON THOMAS, MICHAEL J.LINGLE, JARED
K. COOK, THOMAS & SULLIVAN LLP

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.603.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

EKRYSS, JHARED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.604. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELANNAN, HAISSAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.605. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELLISON, BAILOR SCOTT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.606. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELSA CARENBAUER
2073 N. DOWNING ST
DENVER CO 80205

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,015.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
|---|---|---|

3.607. **Nonpriority creditor's name and mailing address**

EMERGENCY ICE
8700 DIPLOMACY ROW
DALLAS TX 75247

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $405.00 |

3.608. **Nonpriority creditor's name and mailing address**

EMERGENCY PLUMBING SERVICE
C/O CRESTMARK BANK
DRAWER #2176 PO BOX 5935
TROY MI 48007-5935

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $4,339.37 |

3.609. **Nonpriority creditor's name and mailing address**

EMPIRE ROOFING INC.
16311 CENTRAL COMMERCE DR
PFLUGERVILLE TX 78660

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $752.34 |

Debtor    **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

| 3.610. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

**3.610.**

**Nonpriority creditor's name and mailing address**

EMPLOYMENT SCREENING SVC INC
DEPT K, PO BOX 830520
BIRMINGHAM AL 35283

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,277.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.611.**

**Nonpriority creditor's name and mailing address**

ENCORE TRIM INC.
5126 EBONY DRIVE
SAN ANTONIO TX 78228

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,554.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.612.**

**Nonpriority creditor's name and mailing address**

ENGELMANN, BRENDA

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                                                    Case number *(if known)* **17-12224**

---

| 3.613. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

**3.613.**

ENGELMANN, EMILY M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.614.**

ENRIQUE COSTA DBA COSTA GROUP
PRESSURE CLEANING
PO BOX 661280
MIAMI SPRINGS FL 33266

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,296.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.615.**

ENVIRO-MASTER OF ORANGE COUNTY
PO BOX 12350
CHARLOTTE NC 28220

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$347.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                  Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.616. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.616.  **Nonpriority creditor's name and mailing address**

EON OFFICE
60 TEJON STREET
DENVER CO 80223

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$838.15

---

3.617.  **Nonpriority creditor's name and mailing address**

EPIC SERVICES LLC
PO BOX 1015
KAYSVILLE UT 84037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$8,385.01

---

3.618.  **Nonpriority creditor's name and mailing address**

ERICKSON, CRAIG B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.619. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.619.

**Nonpriority creditor's name and mailing address**

ERVIN, TRAVIS LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.620.

**Nonpriority creditor's name and mailing address**

ESCARMENT, RENOD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.621.

**Nonpriority creditor's name and mailing address**

ESPINOZA, MARCO ANTONIO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.622. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.622.

**Nonpriority creditor's name and mailing address**

ESTOK, BRETT KENNETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.623.

**Nonpriority creditor's name and mailing address**

ETS PLUMBING
PO BOX 608
CLOVIS CA 93613

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$541.00

---

3.624.

**Nonpriority creditor's name and mailing address**

EVANS, DARIAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.625. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.625.  **Nonpriority creditor's name and mailing address**

EVANS, DARRELL ALLEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.626.  **Nonpriority creditor's name and mailing address**

EVCO HEATING & AIR CONDITIONING, INC.
8863 GREENBACK LANE, #330
ORANGEVALE CA 95662

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,363.00

---

3.627.  **Nonpriority creditor's name and mailing address**

EVERS, CHRISTY N.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.628. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | EVERSOFT INC.<br>PO BOX 92769<br>LONG BEACH CA 90809 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $429.88 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.629. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | EVITE, INC<br>600 WILSHIRE BLVD., STE 400<br>LOS ANGELES CA 90017 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,341.49 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.630. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | EWH ESCONDIDO ASSOCIATES LP<br>C/O WESTFIELD SHOPPINGTOWN LLC<br>FILE #55697<br>LOS ANGELES CA 90074 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,452.66 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LEASE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.631. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

|   | **Amount of claim** |
|---|---|

3.631.   **Nonpriority creditor's name and mailing address**

FACILITY RESPONSE GROUP
2100 GREENWOOD DR, STE 200
SOUTHLAKE TX 76092

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$768.58

---

3.632.   **Nonpriority creditor's name and mailing address**

FACILITY SOLUTIONS GROUP INC ACH
(SUPPLY)
PO BOX 896508
CHARLOTTE NC 28289

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$4,151.79

---

3.633.   **Nonpriority creditor's name and mailing address**

FACT & FICTION LLC
2000 CENTRAL AVE STE. 100
BOULDER CO 80301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$25,100.00

---

Debtor **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.634. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | FAIOLA, TIMOTHY DAVID<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.635. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | FAIR LAKES PROMENADE RETAIL LLC<br>RAPPAPORT MANAGEMENT CO<br>KIM MCEVERS PROPERTY MANAGER<br>8405 GREENSBORO DR 8TH FL<br>MCLEAN VA 22102 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LANDLORD CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.636. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | FARDENESH, AGHDAF | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>GENERAL LIABILITY CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.637. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.637.

**Nonpriority creditor's name and mailing address**

FARDENESH, AGHDAF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.638.

**Nonpriority creditor's name and mailing address**

FARMER, KARL NEIL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.639.

**Nonpriority creditor's name and mailing address**

FARNAM, FRANCESCA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| 3.640. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.640.   **Nonpriority creditor's name and mailing address**

FARNAM, FRANCESCA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.641.   **Nonpriority creditor's name and mailing address**

FAWCETT, JERRIE LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.642.   **Nonpriority creditor's name and mailing address**

FAZZARI, COURTNEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                        Case number *(if known)* **17-12224**

---

**3.643.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| FEDERAL HEATH SIGN CO | | $18,309.04
| DEPT 41283, PO BOX 650823 | ☐ Contingent |
| DALLAS TX 75265 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.644.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| FEDEX | | $21,171.04
| PO BOX 660481 | ☐ Contingent |
| DALLAS TX 75266 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.645.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| FERNANDES, STEVEN | | UNDETERMINED
| J. NELSON THOMAS THOMAS & SOLOMON LLP | ☑ Contingent |
| 693 EAST AVENUE | ☑ Unliquidated |
| ROCHESTER NY 14607 | ☑ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       CIVIL ACTION NO. 6:15-CV-06742
                                              PENDING LITIGATION
**Last 4 digits of account number:**
                                              **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.646. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|--------|--------------------------------------------------|---------------------------------------------------------------------------|------------------|

3.646.     **Nonpriority creditor's name and mailing address**

FERNANDEZ, ALYSSA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.647.     **Nonpriority creditor's name and mailing address**

FERRO'S AND SONS LANDSCAPING
PO BOX 464
DBA FREDI FERRO
WEST CHICAGO IL 60186

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$8,505.00

---

3.648.     **Nonpriority creditor's name and mailing address**

FINNEY, MATTHEW
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.649. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

| | FIRE KING COMMERCIAL SERVICES<br>2789 SOLUTION CENTER<br>CHICAGO IL 60677-2007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $748.90 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.650. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

| | FIRST CLASS PLUMBING LLC<br>17032 SILVER CHARM PLACE<br>LEESBURG VA 20176 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,963.69 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.651. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

| | FIRST MICHIGAN MAC ASSOCIATES LLC<br>RAJA KHANNA<br>80 NASHUA RD STE 24<br>LONDONDERRY NH 03053 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                                     Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.652. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FISH WINDOW
16757 SQUYRES ROAD #106
SPRING TX 77379

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$136.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.653. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FISH WINDOW CLEANING
1308 COMMON ST, STE 205 #304
NEW BRAUNFELS TX 78130

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$261.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.654. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FISHBOWL INC
PO BOX 740513
ATLANTA GA 30374-0513

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$31,234.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

| 3.655. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.655.**

**Nonpriority creditor's name and mailing address**

FITZGERALD PETERSEN COMMUNICATIONS INC.
7033 E BUCKNELL PLACE
DENVER CO 80224

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$5,000.00

---

**3.656.**

**Nonpriority creditor's name and mailing address**

FIX RIGHT LLC
10 LA POBLANA ROAD NW
ALBUQUERQUE NM 87107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,244.55

---

**3.657.**

**Nonpriority creditor's name and mailing address**

FLAHERTY & O'HARA, PC
610 SMITHFIELD ST., SUITE 300
PITTSBURGH PA 15222

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$726.50

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.658. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

FLATER, JACK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.659. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

FLATER, JACK CURTIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.660. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

FLATLEY, EMILY ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.661. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | FLEMING, ANTONIO J. NELSON THOMAS THOMAS & SOLOMON LLP 693 EAST AVENUE ROCHESTER NY 14607 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** CIVIL ACTION NO. 6:15-CV-06742 PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.662. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | FLEMING, ASHLEY J. NELSON THOMAS THOMAS & SOLOMON LLP 693 EAST AVENUE ROCHESTER NY 14607 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** CIVIL ACTION NO. 6:15-CV-06742 PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.663. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | FLEMING, JORDAN J. NELSON THOMAS THOMAS & SOLOMON LLP 693 EAST AVENUE ROCHESTER NY 14607 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** CIVIL ACTION NO. 6:15-CV-06742 PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.664. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.664.**

**Nonpriority creditor's name and mailing address**

FLORES, JOSE LUIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.665.**

**Nonpriority creditor's name and mailing address**

FLORES, MARIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.666.**

**Nonpriority creditor's name and mailing address**

FLORIAN, PETER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

| 3.667. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.667.

**Nonpriority creditor's name and mailing address**

FLUSHING QUAIL LLC
MR LEE JAMIESON
DAN KREMERS PROPERTY MANAGER
3101 STATE RD
BAKERSFIELD CA 93308

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.668.

**Nonpriority creditor's name and mailing address**

FLYNN REMODELING & CONSTRUCTION, INC
17 NOB VIEW CIRCLE
LITTLE ROCK AR 72205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$430.15

---

3.669.

**Nonpriority creditor's name and mailing address**

FOLEY, MICHAEL ALAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.670. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

3.670. Nonpriority creditor's name and mailing address

FONTANILLAS, LINDSAY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.671. Nonpriority creditor's name and mailing address

FORD, LINDA

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.672. Nonpriority creditor's name and mailing address

FORESTWOOD FARM INC
PO BOX 310728
BIRMINGHAM AL 35231

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,614.04

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.673. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.673.**

**Nonpriority creditor's name and mailing address**

FORGUE, MICHAEL LAWRENCE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.674.**

**Nonpriority creditor's name and mailing address**

FORKOS, BRIAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.675.**

**Nonpriority creditor's name and mailing address**

FORKOS, BRIAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

| 3.676. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.676.

**Nonpriority creditor's name and mailing address**

FORSYTH, PATRICK R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.677.

**Nonpriority creditor's name and mailing address**

FORTIN, ALEXANDRIA GRACE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.678.

**Nonpriority creditor's name and mailing address**

FOSNER, REBECCA GAIL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.679. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

FOY, CARLY CASEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.680.**    **Nonpriority creditor's name and mailing address**

FRANCIS, CORDELL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.681.**    **Nonpriority creditor's name and mailing address**

FRANCISCO R UNANUE MARIA ELENA ORTEGA
WOLLBERG AND JOSE A ORTEGA JR AS
COTRUSTEES OF THE P AND L TRUST DTD SEP
22 1999 JOSE ORTEGA
2000 NW 92ND AVE
MIAMI FL 33172

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.682. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

FRANKLIN MACHINE PRODUCTS INC
PO BOX 781570
PHILADELPHIA PA 19178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,723.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.683.**

**Nonpriority creditor's name and mailing address**

FREDERICK WESTVIEW PROPERTIES
PO BOX 4835
TIMONIUM MD 21094

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,235.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.684.**

**Nonpriority creditor's name and mailing address**

FREDRIKSON AND BRYON PA
PO BOX 1484
ATTORNEY'S AND ADVISORS
MINNEAPOLIS MN 55480

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$480.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

3.685.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

**Nonpriority creditor's name and mailing address**

FREEDMAN, RANNAH LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.686.

**Nonpriority creditor's name and mailing address**

FREEDMAN, RANNAH LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.687.

**Nonpriority creditor's name and mailing address**

FREEMAN, MANDY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.688. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | FREEMAN, MANDY | *Check all that apply.* |

**Amount of claim**

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.689. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FREITAS, FERNANDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

**Amount of claim**

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.690. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FRENCH, RICHARD WILLIAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

**Amount of claim**

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.691. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.691.

**Nonpriority creditor's name and mailing address**

FRENCH, RICHARD WILLIAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.692.

**Nonpriority creditor's name and mailing address**

FRESHPOINT ATLANTA
1200 OAKLEY INDUSTRIAL BLVD STE. B
FAIRBURN GA 30213

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$11,270.75

---

3.693.

**Nonpriority creditor's name and mailing address**

FRESHPOINT CENTRAL CALIFORNIA
5900 N GOLDEN STATE BLVD
TURLOCK CA 95382

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$42,387.19

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.694. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

FRESHPOINT CENTRAL FL
8801 EXCHANGE DRIVE
ORLANDO FL 32809

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,760.30

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.695. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

FRESHPOINT CHARLOTTE CORP
1200 OAKLEY INDUSTRIAL BLVD, STE. B
FAIRBURN GA 30213

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,651.76

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.696. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

FRESHPOINT DALLAS INC
4721 SIMONTON ROAD
DALLAS TX 75244

☐ Contingent
☐ Unliquidated
☐ Disputed

$25,625.87

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

---

| 3.697. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRESHPOINT DENVER INC
PO BOX 815219
DALLAS TX 75381

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,418.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.698. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRESHPOINT NASHVILLE
740 MASSMAN DRIVE
NASHVILLE TN 37210

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,295.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.699. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRESHPOINT OF LAS VEGAS
155 N. ORANGE AVE
CITY OF INDUSTRY CA 91744

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,161.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                      **Schedule E/F: Creditors Who Have Unsecured Claims**                      Page 241 of 698

Debtor  **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.700. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FRESHPOINT OF SO. CA
155 N ORANGE AVE
CITY OF INDUSTRY CA 91744

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$60,025.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.701. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FRESHPOINT RALEIGH
1200 OAKLEY INDUSTRIAL BLVD, STE. B
FAIRBURN GA 30213

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,072.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.702. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FRESHPOINT SOUTH FLORIDA INC
2300 NW 19TH ST
POMPANO BEACH FL 33069

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,323.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

---

| 3.703. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRESHPOINT W COAST FL
5445 BONACKER DRIVE
TAMPA FL 33610

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,451.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.704. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRIELDS, ALYX SUMMER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.705. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRISON, TARIK OMAR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

| 3.706. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.706.

**Nonpriority creditor's name and mailing address**

FRISON, TARIK OMAR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.707.

**Nonpriority creditor's name and mailing address**

FRITSCH, MIKAYLA MARTHA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.708.

**Nonpriority creditor's name and mailing address**

FUENTES, JOES G.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|

**3.709.**  **Nonpriority creditor's name and mailing address**

FULLER, JUSTIN MARTEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.710.**  **Nonpriority creditor's name and mailing address**

FURLOW, CARL JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.711.**  **Nonpriority creditor's name and mailing address**

FURLOW, CARL JAMES RICHARDS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                           Case number *(if known)* **17-12224**

| | | |
|---|---|---|

**3.712.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GABRIEL, TALAT

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.713.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GABRIEL, TALAT
MORGAN & MORGAN

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.714.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GADD, JULIA ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 246 of 698

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

| 3.715. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GAINEY, LULA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.716. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GAJDIKOVA, LADA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.717. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GALEANA, LUIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.718. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

GALLAGHER, ADAM E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.719.  **Nonpriority creditor's name and mailing address**

GALLAGHER, ALEXA RAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.720.  **Nonpriority creditor's name and mailing address**

GALLAGHER, ROBERT S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

| 3.721. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

GALLEGOS, MICHELLE L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.722. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

GALLEGOS, MICHELLE LAVOE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.723. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

GALLIART, KRISTEN SHELBY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.724. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.724.**

**Nonpriority creditor's name and mailing address**

GALLIMORE, COREY ALAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.725.**

**Nonpriority creditor's name and mailing address**

GARCIA, GUILLERMO SANCHEZ
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.726.**

**Nonpriority creditor's name and mailing address**

GARCIA, GUILLERMO SANCHEZ
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 250 of 698

Debtor    **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.727. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

GARCIA, MIGUEL FLORES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.728.    **Nonpriority creditor's name and mailing address**

GARCIA, STEPHEN RAYMOND
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.729.    **Nonpriority creditor's name and mailing address**

GARDA CL SOUTHWEST INC.
LOCKBOX 233209
3209 MOMENTUM PLACE
CHICAGO IL 60689

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,580.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.730. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GARDERE WYNNE SEWELL LLP<br>2021 MCKINNEY AVENUE<br>SUITE 1600<br>DALLAS TX 75201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,816.03 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LEGAL | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.731. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GARDNER HOLDITCH DBA MARQUEE RENTS<br>4616 W HOWARD<br>AUSTIN TX 78728 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $529.19 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.732. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GARRISON, DURRELL<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

---

| 3.733. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GARRISON, MIRANDA SUE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.734. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GARWOOD, THOMAS C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.735. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GASTON HEATING & AIR CONDITIONING
PO BOX 1120
COLUMBUS NC 28782

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,229.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

---

**3.736.**    **Nonpriority creditor's name and mailing address**

GAY, JEFF H
DBA ALL SEASONS WINDOW CLEANING
PO BOX 40073
BAKERSFIELD CA 93384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $58.00 |

---

**3.737.**    **Nonpriority creditor's name and mailing address**

GAYAN, APRIL DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.738.**    **Nonpriority creditor's name and mailing address**

GAYHEART-ALDEA, HEATHER CHRISTINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **MAC ACQUISITION LLC**                                  Case number *(if known)* **17-12224**

---

| 3.739. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GEORGE ARAUJO

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.740. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GEORGE, JALYNNE A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.741. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GERSH, MATTHEW THOMAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.742. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

GETGO INC A SUBSIDIARY OF LOGMEIN INC
PO BOX 83308
WOBURN MA 18130

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$3,198.63

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.743. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

GGPOTAY RANCH LP
GENERAL GROWTH PROPERTIES
LAW/LEASE ADMINISTRATION HOWARD SIGAL
VP AND SR ASSOCIATE GC
110 NORTH WACKER DR
CHICAGO IL 60606

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.744. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

GIBB, ELIZABETH ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.745. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GIBBS, BRANDON MATTHEW
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.746. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GIGLIA, RENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.747. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GILBERT, DAYLE LEA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 257 of 698

Debtor    **MAC ACQUISITION LLC**                                                     Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.748. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Nonpriority creditor's name and mailing address**

GILDOW, STEPHEN E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.749.    **Nonpriority creditor's name and mailing address**

GILLOGLY, ELENA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.750.    **Nonpriority creditor's name and mailing address**

GILMOUR, DEBORAH J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

| 3.751. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GILROY, ADAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.752. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GILSTER, MICHAEL ALEXANDER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.753. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLACIER REFRIGERATION & AIR INC
1200 VALLEY VIEW
SELMA CA 93662

☐ Contingent
☐ Unliquidated
☐ Disputed

$967.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.754. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLADU, BRITNI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.755. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLAZENER, KYRSTYNA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.756. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLIDDON, MIRANDA COLETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

**3.757.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GLIDDON, MIRANDA COLETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.758.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GLOWACKI, LAURA C. FALLECKER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.759.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GOLISH, ALLISON PAIGE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

| 3.760. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.760.

**Nonpriority creditor's name and mailing address**

GOMEZ, LISA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.761.

**Nonpriority creditor's name and mailing address**

GONZALES, RAMIRO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.762.

**Nonpriority creditor's name and mailing address**

GONZALES, RUBEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

**3.763.**    **Nonpriority creditor's name and mailing address**

GONZALEZ, JONATHAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.764.**    **Nonpriority creditor's name and mailing address**

GONZALEZ, JONATHON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.765.**    **Nonpriority creditor's name and mailing address**

GOODREDS, CHRISTINA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.766. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.766.

**Nonpriority creditor's name and mailing address**

GORDILLO RIOS, FRANCISCO GUSTAVO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.767.

**Nonpriority creditor's name and mailing address**

GORDON, ASHLEY NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.768.

**Nonpriority creditor's name and mailing address**

GOREN, LISA J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

| 3.769. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.769.

**Nonpriority creditor's name and mailing address**

GOUGH-WILLIAMS, LASHAINA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.770.

**Nonpriority creditor's name and mailing address**

GOUVEIA, AMANDA MARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.771.

**Nonpriority creditor's name and mailing address**

GP ELECTRIC, LLC
30866 KENWOOD CT.
LIVONIA MI 48152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$867.60

---

Debtor    **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

| 3.772. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.772.

**Nonpriority creditor's name and mailing address**

GRAB, ALEXANDRA N.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.773.

**Nonpriority creditor's name and mailing address**

GRACE, CHRISTOPHER MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.774.

**Nonpriority creditor's name and mailing address**

GRAFFEO, CLARK SAMUEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC ACQUISITION LLC**                                                                   Case number *(if known)* **17-12224**

| 3.775. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.775.   **Nonpriority creditor's name and mailing address**

GRAGG, TAYLOR BREANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.776.   **Nonpriority creditor's name and mailing address**

GRAHAM, JASON JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.777.   **Nonpriority creditor's name and mailing address**

GRAHAM, JOSHUA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.778. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.778.**

**Nonpriority creditor's name and mailing address**

GRAND RAPIDS CHAIR CO
1250 84TH STTREET SW
BYRON CENTER MI 49315

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$10,392.00

---

**3.779.**

**Nonpriority creditor's name and mailing address**

GRANITE TELECOMMUNICATIONS
PO. BOX 983119
BOSTON MA 02298-3119

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$294.33

---

**3.780.**

**Nonpriority creditor's name and mailing address**

GRAYSON, CINDY MICHELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

| 3.781. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GREEN CANE PROPERTY
JOSEPH B MAROGIL
JERRY MAROGIL MANAGER
2151 ROBINSON RD
GRAND RAPIDS MI 49506

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.782. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GREEN, MARIA N.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.783. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GREEN, RONNIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.784. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.784.**

**Nonpriority creditor's name and mailing address**

GREENCARE LANDSCAPE MANAGEMENT
125 PLEASANT HILL ROAD
SCARBOROUGH ME 04074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$677.29

---

**3.785.**

**Nonpriority creditor's name and mailing address**

GREENE, MICHAELA CARYN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.786.**

**Nonpriority creditor's name and mailing address**

GREENLEAF WHSLE FLORIST INC
4100 WILL ROGERS PKWY, STE. 900
OKLAHOMA CITY OK 73108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$191.52

---

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
|---|---|---|

---

**3.787.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GREENSCAPERS LLC
DAVID ROBERT SMITH
1753 E BROADWAY #407
TEMPE AZ 85282-1600

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$665.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.788.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GREENSCAPES LANDSCAPE SERVICES, INC.
PO BOX 9553
TAMPA FL 33674

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$665.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.789.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GREGG, ROBERT A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                                Case number *(if known)* **17-12224**

| 3.790. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.790.   **Nonpriority creditor's name and mailing address**

GRESH ASSOCIATES INC
PO BOX 1417
FAIRPORT NY 14450

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$217.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.791.   **Nonpriority creditor's name and mailing address**

GRIFFIN, STEPHANIE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.792.   **Nonpriority creditor's name and mailing address**

GRIFFIN, TIFFANY ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                        Case number *(if known)* **17-12224**

| 3.793. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GRIGSBY, KENYA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.794. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GRILLONI LLC
MICHAEL SCHMIDT
222 GRAND AVE
ENGLEWOOD NJ 07631

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.795. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GRIMALDI, MICHELE MONICA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                        Case number *(if known)* **17-12224**

3.796. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

**Nonpriority creditor's name and mailing address**

GRIMSLEY, TAYLOR SCOTT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.797.

**Nonpriority creditor's name and mailing address**

GRINDLE, NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.798.

**Nonpriority creditor's name and mailing address**

GRIVETT, JORDAN JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.799. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.799.**  **Nonpriority creditor's name and mailing address**

GRODEKI, EDWARD FRANCIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.800.**  **Nonpriority creditor's name and mailing address**

GROSSMAN, JARED JOSEPH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.801.**  **Nonpriority creditor's name and mailing address**

GROVENSTEIN, BRIAN CHRISTOPHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

**3.802.**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

GTT COMMUNICATIONS INC.                                                      $61,553.99
PO BOX 842630
DALLAS TX 75284-2630                          ☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                          TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No

☐ Yes

**3.803.**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

GUAJARDO, SUSAN MARLENE                                                      UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☒ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                          ☒ Unliquidated

☒ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                          CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.804.**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

GUERRERO, JOSE LUIS                                                      UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☒ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                          ☒ Unliquidated

☒ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                          CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.805.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GUERRERO, JOSE LUIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.806.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GULF ELECTRIC COMPANY
12522 N US HWY 301, STE 12
THONOTOSASSA FL 33592

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,487.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.807.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GUPTON, JEREMY EDWARD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

| 3.808. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.808.**

**Nonpriority creditor's name and mailing address**

GURTLER, SAMANTHA
SARAH PARADY, LOWERY & PARADY LLC

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CASE NO. FE2017703326

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.809.**

**Nonpriority creditor's name and mailing address**

GUTIERREZ, GILBERT GEOFFREY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.810.**

**Nonpriority creditor's name and mailing address**

GUTIERREZ, JAIME
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

**3.811.**   **Nonpriority creditor's name and mailing address**

GUTIERREZ, JAIME
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.812.**   **Nonpriority creditor's name and mailing address**

GUTIERREZ, JOHNNY YRINEO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.813.**   **Nonpriority creditor's name and mailing address**

GUTIERREZ, SAMANTHA L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | |
|---|---|
| **3.814.** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

GUZMAN, ASHLEY VALARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.815.**    **Nonpriority creditor's name and mailing address**

H AND Y NORTHERN CALIFORNIA LLC
BHG REAL ESTATE MASON MCDUFFIE
ANNA LI
2 ADRIAN CT #38
BURLINGAME CA 94010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.816.**    **Nonpriority creditor's name and mailing address**

H&S WINDOW CLEANING
PO BOX 3654
ALPHARETTA GA 30023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$60.00

---

Debtor   **MAC ACQUISITION LLC**                                           Case number *(if known)* **17-12224**

| | | |
|---|---|---|

**3.817.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HAFER, RICHARD JONATHAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.818.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HAGAR RESTAURANT SERVICE INC.
6200 NW 2ND STREET
OKLAHOMA CITY OK 73127-6520

☐ Contingent
☐ Unliquidated
☐ Disputed

$549.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.819.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HAINES, GEORGE ROBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

3.820.     **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
                                                                    *Check all that apply.*
           HAINES, KELLEY                                                                                           UNDETERMINED
           J. NELSON THOMAS THOMAS & SOLOMON LLP     ☑ Contingent
           693 EAST AVENUE                           ☑ Unliquidated
           ROCHESTER NY 14607                        ☑ Disputed

           **Date or dates debt was incurred**       **Basis for the claim:**

           VARIOUS                                    CIVIL ACTION NO. 6:15-CV-06742
                                                      PENDING LITIGATION
           **Last 4 digits of account number:**
                                                      **Is the claim subject to offset?**
                                                      ☑ No
                                                      ☐ Yes

3.821.     **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
                                                                    *Check all that apply.*
           HALL, BRITTANY MAISE                                                                                     UNDETERMINED
           J. NELSON THOMAS THOMAS & SOLOMON LLP     ☑ Contingent
           693 EAST AVENUE                           ☑ Unliquidated
           ROCHESTER NY 14607                        ☑ Disputed

           **Date or dates debt was incurred**       **Basis for the claim:**

           VARIOUS                                    CIVIL ACTION NO. 6:15-CV-06742
                                                      PENDING LITIGATION
           **Last 4 digits of account number:**
                                                      **Is the claim subject to offset?**
                                                      ☑ No
                                                      ☐ Yes

3.822.     **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
                                                                    *Check all that apply.*
           HALL, JEREMY                                                                                             $9.05
           5590 SPRING VALLEY ROAD #G103            ☐ Contingent
           DALLAS TX 75254                          ☐ Unliquidated
                                                    ☐ Disputed

           **Date or dates debt was incurred**       **Basis for the claim:**

           VARIOUS                                    TRADE ACCOUNTS PAYABLE

           **Last 4 digits of account number:**      **Is the claim subject to offset?**
                                                      ☑ No
                                                      ☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.823. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.823. **Nonpriority creditor's name and mailing address**

HAMRICK, AMY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.824. **Nonpriority creditor's name and mailing address**

HANDY HANKS REPAIR SERVICE
852 S GOSHEN AVE
C/O HENRY SEIB
FRESNO CA 93720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$547.98

---

3.825. **Nonpriority creditor's name and mailing address**

HANLEY, EILEEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                             Case number *(if known)* **17-12224**

| 3.826. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.826.

**Nonpriority creditor's name and mailing address**

HANSBROUGH, ASHLEY DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.827.

**Nonpriority creditor's name and mailing address**

HARBIN, CHARLES BRADLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.828.

**Nonpriority creditor's name and mailing address**

HARDY, ANDRE JEFFREY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.829. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.829.

**Nonpriority creditor's name and mailing address**

HARDY, BRIAN KEITH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.830.

**Nonpriority creditor's name and mailing address**

HARKAN PROPERTIES LLC
J HARTLEY KANTOR
2122 N FIFE ST
TACOMA WA 98406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.831.

**Nonpriority creditor's name and mailing address**

HARMON, CARLI ANTONIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

**3.832.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HARPER, MISTI LEEANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.833.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HARRIS, KIMBERLY CHAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.834.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HARRIS, LEANDRE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

Debtor   **MAC ACQUISITION LLC**                                Case number *(if known)* **17-12224**

| 3.835. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.835.**

**Nonpriority creditor's name and mailing address**

HARRIS, SR., JASON ANDRE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.836.**

**Nonpriority creditor's name and mailing address**

HARRIS, TODD MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.837.**

**Nonpriority creditor's name and mailing address**

HARRISON LANDSCAPE & DESIGN, LLC
2745 N DALLAS PKWY #455
PLANO TX 75093

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,136.18

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.838. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.838.**

**Nonpriority creditor's name and mailing address**

HARRISON, CHRISTOPHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.839.**

**Nonpriority creditor's name and mailing address**

HARVEY NASH INC.
PO BOX 845415
BOSTON MA 02284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$63,424.00

---

**3.840.**

**Nonpriority creditor's name and mailing address**

HASTY, OTIS JEFFREY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                             Case number *(if known)* **17-12224**

| 3.841. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.841. **Nonpriority creditor's name and mailing address**

HAUGHT, ELISABETH MARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.842. **Nonpriority creditor's name and mailing address**

HAWKINS ELECTRIC SERVICE INC
8667 CHERRY LANE
LAUREL MD 20707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,820.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.843. **Nonpriority creditor's name and mailing address**

HAWS SASSMAN, LEAH ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.844. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.844.

**Nonpriority creditor's name and mailing address**

HAYDEN, SARA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.845.

**Nonpriority creditor's name and mailing address**

HAYNE, DENISE SUZANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.846.

**Nonpriority creditor's name and mailing address**

HAYNES & BOONE ATTY & COUNSELORS AT
LAW
PO BOX 841399
DALLAS TX 75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,430.00

---

Debtor   **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

---

3.847. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HEALTH MATS CO.
100 PENNELL ST
CHESTER PA 19013

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$66.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.848. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HEIGHTS KEY LOCK & SAFE, INC
P.O. BOX 80202
ALBUQUERQUE NM 87110

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$613.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.849. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HEILEMANN, WILLIAM ALBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.850. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.850.**

Nonpriority creditor's name and mailing address

HEISLER, EMILY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.851.**

Nonpriority creditor's name and mailing address

HEJL, ASHLYN SHEA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.852.**

Nonpriority creditor's name and mailing address

HELMSMAN MANAGEMENT SERVICES LLC
PO BOX 85307
SAN DIEGO CA 92186-5307

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$42,074.97

---

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

3.853.   **Nonpriority creditor's name and mailing address**

HEMMINGWAY, SHEILA YVETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.854.   **Nonpriority creditor's name and mailing address**

HENDERSON, BRITTANY CHRISTINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.855.   **Nonpriority creditor's name and mailing address**

HENDERSON, TYLER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor  **MAC ACQUISITION LLC**                                                        Case number *(if known)* **17-12224**

| 3.856. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.856.**

**Nonpriority creditor's name and mailing address**

HENDRYX, DANIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.857.**

**Nonpriority creditor's name and mailing address**

HENRIE, BRENTON PORTER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.858.**

**Nonpriority creditor's name and mailing address**

HERNADEZ MART, JOSE D

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM - NO.
201603021248

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

---

3.859.   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
*Check all that apply.*

HERNANDEZ, CHRISTOPHER                                                                          UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                          ☑ Unliquidated

                                                            ☑ Disputed

**Date or dates debt was incurred**                        **Basis for the claim:**

VARIOUS                                                    CIVIL ACTION NO. 6:15-CV-06742
                                                           PENDING LITIGATION
**Last 4 digits of account number:**

                                                           **Is the claim subject to offset?**

                                                           ☑ No
                                                           ☐ Yes

---

3.860.   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
*Check all that apply.*

HERNANDEZ, MELISSA                                                                             UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                          ☑ Unliquidated

                                                            ☑ Disputed

**Date or dates debt was incurred**                        **Basis for the claim:**

VARIOUS                                                    CIVIL ACTION NO. 6:15-CV-06742
                                                           PENDING LITIGATION
**Last 4 digits of account number:**

                                                           **Is the claim subject to offset?**

                                                           ☑ No
                                                           ☐ Yes

---

3.861.   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
*Check all that apply.*

HERNANDEZ,NELDA S                                                                              UNDETERMINED

                                                            ☑ Contingent

                                                            ☑ Unliquidated

                                                            ☑ Disputed

**Date or dates debt was incurred**                        **Basis for the claim:**

VARIOUS                                                    WORKERS COMPENSATION CLAIM - NO.
                                                           17282281
**Last 4 digits of account number:**

                                                           **Is the claim subject to offset?**

                                                           ☑ No
                                                           ☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

3.862.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

**Nonpriority creditor's name and mailing address**

HEYWOOD, BELIA STEPHANIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.863.

**Nonpriority creditor's name and mailing address**

HEYWOOD, MORGAN STEPHANIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.864.

**Nonpriority creditor's name and mailing address**

HEYWOOD, SPENCER ALLEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                           Case number *(if known)* **17-12224**

| 3.865. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.865.

**Nonpriority creditor's name and mailing address**

HICKEY, RYAN KEITH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.866.

**Nonpriority creditor's name and mailing address**

HICKS, CHARLES
DANIEL PARKER JETT
2596 MISSION ST., STE 200
SAN MARINO CA 91108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

EMPLOYMENT CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.867.

**Nonpriority creditor's name and mailing address**

HICKS, SARA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

| | |
|---|---|
| 3.868. | **Nonpriority creditor's name and mailing address** |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|
| HIEMWORTH , OLGA | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>GENERAL LIABILITY CLAIMS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | |
|---|---|
| 3.869. | **Nonpriority creditor's name and mailing address** |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|
| HILL, MATTHEW LEE<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | |
|---|---|
| 3.870. | **Nonpriority creditor's name and mailing address** |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|
| HILL, RODNEY TREYVON<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **MAC ACQUISITION LLC**                                                              Case number *(if known)* **17-12224**

| 3.871. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HILL, TIANA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.872. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HILTON, SHELBY NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.873. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HIP STEPHANIE LLC
HARSCH INVESTMENT PROPERTIES
SHARON MATLOCK RETAIL LEASE MANAGER
1121 SW SALMON ST
PORTLAND OR 97205

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.874. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.874.** **Nonpriority creditor's name and mailing address**

HITAFFER, TIFFANY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.875.** **Nonpriority creditor's name and mailing address**

HI-TECH MECHANICAL CONTRACTORS INC.
2580 AUBURN FOLSOM ROAD
NEWCASTLE CA 95658

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$150.00

---

**3.876.** **Nonpriority creditor's name and mailing address**

HO, HAM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.877. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.877.    **Nonpriority creditor's name and mailing address**

HOBART SERVICE
ITW FOOD EQUIP GROUP LLC
PO BOX 2517
CAROL STREAM IL 60132-2517

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,906.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.878.    **Nonpriority creditor's name and mailing address**

HOCKER, KATIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.879.    **Nonpriority creditor's name and mailing address**

HOFFMAN SOUTHWEST DBA ROTO ROOTER
ROTO ROOTER PLUMBING
1183 N KRAMER PL
ANAHEIM CA 92806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$330.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

---

**3.880.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HOLDERS AIR CONDITIONING & HEATING INC.
1140 BLACK GOLD RD
BAKERSFIELD CA 93308

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$98.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.881.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HOLLINGS, SHANICE NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.882.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HOLLOWAY, CODY LEON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.883. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.883.**

**Nonpriority creditor's name and mailing address**

HOLLOWAY, TOMMY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.884.**

**Nonpriority creditor's name and mailing address**

HOLLY, AMBRE
MACK T. JONES, JONES & RACZKOWSKI PC

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CASE NO. CV2017-002500 PENDING
LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.885.**

**Nonpriority creditor's name and mailing address**

HOLT PLUMBING CO., LLC
2608 MURFREESBORO ROAD, STE. 100
NASHVILLE TN 37217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$921.13

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

3.886.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
          *Check all that apply.*

          HONEYWELL, KYLE                                          ☑ Contingent                    UNDETERMINED
          J. NELSON THOMAS THOMAS & SOLOMON LLP
          693 EAST AVENUE                                          ☑ Unliquidated
          ROCHESTER NY 14607                                       ☑ Disputed

          **Date or dates debt was incurred**                     **Basis for the claim:**

          VARIOUS                                                  CIVIL ACTION NO. 6:15-CV-06742
                                                                   PENDING LITIGATION
          **Last 4 digits of account number:**
                                                                   **Is the claim subject to offset?**

                                                                   ☑ No
                                                                   ☐ Yes

3.887.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
          *Check all that apply.*

          HOPE BUILDERS INC                                        ☐ Contingent                    $4,980.35
          7611 G RICKENBACKER DRIVE
          GAITHERSBURG MD 20879                                    ☐ Unliquidated
                                                                   ☐ Disputed

          **Date or dates debt was incurred**                     **Basis for the claim:**

          VARIOUS                                                  TRADE ACCOUNTS PAYABLE

          **Last 4 digits of account number:**                    **Is the claim subject to offset?**

                                                                   ☑ No
                                                                   ☐ Yes

3.888.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
          *Check all that apply.*

          HORAN DRAFT SERVICE                                      ☐ Contingent                    $51.84
          2003 OAK TREE LN
          SCHENECTADY NY 12303                                     ☐ Unliquidated
                                                                   ☐ Disputed

          **Date or dates debt was incurred**                     **Basis for the claim:**

          VARIOUS                                                  TRADE ACCOUNTS PAYABLE

          **Last 4 digits of account number:**                    **Is the claim subject to offset?**

                                                                   ☑ No
                                                                   ☐ Yes

Debtor   **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.889. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HORNBECK II, CHARLES BENNIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.890. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HORNBECK, CHARLES BENNIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.891. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HOSPITALITY RESOURCE SUPPLY INC
499 N SR 434 #1005
ALTAMONTE SPRINGS FL 32714

☐ Contingent
☐ Unliquidated
☐ Disputed

$256.95

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

| 3.892. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.892.

**Nonpriority creditor's name and mailing address**

HOTSCHEDULES.COM INC
PO BOX 848472
DALLAS TX 75284

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10,527.14

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.893.

**Nonpriority creditor's name and mailing address**

HOUSE DOCTOR
469 STRICKLAND CT
LAWRENCEVILLE GA 30046

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$600.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.894.

**Nonpriority creditor's name and mailing address**

HOUSTON ARMOUR INC
PO BOX 473
MADISON GA 30650

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$470.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.895. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.895.  **Nonpriority creditor's name and mailing address**

HOWELL, DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.896.  **Nonpriority creditor's name and mailing address**

HOWLETT LOCK & DOOR INC
1933 SWARTHOUT ROAD
PINCKNEY MI 48169

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$213.50

---

3.897.  **Nonpriority creditor's name and mailing address**

HOYLES, LATOYA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.898. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.898.

**Nonpriority creditor's name and mailing address**

HUB TELEVISION NETWORK DBA DISCOVERY
FAMILY CHANNEL
ONE DISCOVERY PLACE
SILVER SPRING MD 20910

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$935.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.899.

**Nonpriority creditor's name and mailing address**

HUBER, JOSHUA B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.900.

**Nonpriority creditor's name and mailing address**

HUDSON, MERANDA DAIGREPONT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.901. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.901.    **Nonpriority creditor's name and mailing address**

HUGGENBERGER, ABIGAIL J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.902.    **Nonpriority creditor's name and mailing address**

HUGHES, RHONDA R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.903.    **Nonpriority creditor's name and mailing address**

HUGHES, RHONDA R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.904. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

HUNTER, EMMA SOPHIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.905. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

HUNTER, SARA ANJONETT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.906. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

HUNTINGTON, KELLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.907. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.907.**

**Nonpriority creditor's name and mailing address**

HURFORD, MICHAEL KEITH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.908.**

**Nonpriority creditor's name and mailing address**

HURT, ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.909.**

**Nonpriority creditor's name and mailing address**

IAC SERVICE LLC - MARYLAND
14801 BUILD AMERICA DRIVE
WOODBRIDGE VA 22191

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,662.25

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.910. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.910.

**Nonpriority creditor's name and mailing address**

ICEE COMPANY
1205 S. DUPONT AVE
ONTARIO CA 91761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$933.87

---

3.911.

**Nonpriority creditor's name and mailing address**

IESLIN, KIMBERLY ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.912.

**Nonpriority creditor's name and mailing address**

IGLESIAS, GILMER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                                        Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.913. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.913.**

**Nonpriority creditor's name and mailing address**

IMBER, EVAN J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.914.**

**Nonpriority creditor's name and mailing address**

IMPACT TELECOM
PO BOX 981038
BOSTON MA 02298

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$968.33

---

**3.915.**

**Nonpriority creditor's name and mailing address**

INCONTACT
PAYMENT CENTER #5450
PO BOX 410468
SALT LAKE CITY UT 84141

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$13,195.98

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.916. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.916.

**Nonpriority creditor's name and mailing address**

INDAY OF SARASOTA, INC.
1920 ADAMS LANE
SARASOTA FL 34236

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,000.00

---

3.917.

**Nonpriority creditor's name and mailing address**

INDUSTRIAL MAINTENANCE EQUIP SRV INC.
8780 19TH STREET #335
ALTA LOMA CA 91701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,352.25

---

3.918.

**Nonpriority creditor's name and mailing address**

INFELISE, CHRISTOPHER JOHN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

| 3.919. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

INGRAM, LAWANDA FAY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.920. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

INKBOX LLC
4822 N SAM HOUSTON PKWY W, STE 200
HOUSTON TX 77086

☐ Contingent
☐ Unliquidated
☐ Disputed

$863.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.921. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

INLAND CONTINENTAL PROPERTY
MANAGEMENT CO
JUDY OSWALD
JUDY OSWALD PROPERTY MANAGER
2901 BUTTERFIELD RD
OAK BROOK IL 60523

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

| 3.922. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTEGRITY SECUTY SERVICES
PO BOX 10816
TAMPA FL 33679

☐ Contingent
☐ Unliquidated
☐ Disputed

$65.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.923. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IRISH, PRESLEY ROSE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.924. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IRON MOUNTAIN INC
PO BOX 27128
NEW YORK NY 10087-7128

☐ Contingent
☐ Unliquidated
☐ Disputed

$61.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.925. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ISBI SUSQUEHANNA LLC
METRO COMMERCIAL MANAGEMENT SVC INC
PROPERTY MANAGEMENT ELAINE MANEVAL
307 FELLOWSHIP RD STE 300
MOUNT LAUREL NJ 08054

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.926. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

J NAZZARO PARTNERSHIP LP
JAMES J NAZZARO
8 SAXON AVE STE C
BAY SHORE NY 11706

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.927. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

J&D WAGNER DRAFT SERVICE
861 S FRANKLIN STREET
PALMYRA PA 17078

☐ Contingent
☐ Unliquidated
☐ Disputed

$96.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 317 of 698

Debtor    **MAC ACQUISITION LLC**                                                         Case number *(if known)* **17-12224**

| 3.928. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JACKLE, ISABEL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.929.**

**Nonpriority creditor's name and mailing address**

JACKLE, ISABEL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.930.**

**Nonpriority creditor's name and mailing address**

JACKSON COMFORT SYSTEMS, INC
40 CHAMISA RD STE A
COVINGTON GA 30016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,256.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                Case number *(if known)* **17-12224**

| 3.931. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.931.

**Nonpriority creditor's name and mailing address**

JACKSON LEWIS P.C.
PO BOX 416019
BOSTON MA 02241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$22,948.90

---

3.932.

**Nonpriority creditor's name and mailing address**

JACKSON, LATASHA MICHELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.933.

**Nonpriority creditor's name and mailing address**

JACOBS, EMILY CHRISTINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                   Case number *(if known)* **17-12224**

---

| 3.934. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JANES, SPENSER BJORN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.935. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JAQUITH, KIMBERLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.936. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JAQUITH, RYAN M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.937. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.937.

**Nonpriority creditor's name and mailing address**

JC BEERTECH LTD
4125 LORAIN AVENUE
CLEVELAND OH 44113

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$45.00

---

3.938.

**Nonpriority creditor's name and mailing address**

JCC CALIFORNIA PROPERTIES LLC
FESTIVAL MANAGEMENT CORP
LEGAL DEPT DIANA WHITT SR REAL ESTATE
MNGR
9841 AIRPORT BLVD STE 700
LOS ANGELES CA 90045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.939.

**Nonpriority creditor's name and mailing address**

JD HIGGINS COMPANY INC
PO BOX 5948
ARLINGTON TX 76005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$8,181.96

---

Debtor   **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.940. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

JDS UPHOLSTERY
212 FESSLERS LANE
NASHVILLE TN 37210

**Amount of claim**

$628.19

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.941.   **Nonpriority creditor's name and mailing address**

JEFFERSON, AMBER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.942.   **Nonpriority creditor's name and mailing address**

JELKS, ANDREW
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.943. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.943.

**Nonpriority creditor's name and mailing address**

JENKINS, ASHLEY LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.944.

**Nonpriority creditor's name and mailing address**

JENNIFER WRIGHTDBA AMERICAN BACKFLOW
& PLUMBING
AMERICAN BACKFLOW
1515 N TOWN EAST BLVD #138350
MESQUITE TX 75150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,694.33

---

3.945.

**Nonpriority creditor's name and mailing address**

JET SERVICES INC
DBA JET PLUMBING AND DRAIN SERVICES
1553 HYMER AVE
RENO NV 89431

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$233.00

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.946. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JIM'S SIGN SERVICE DBA JAMES MULLENDORE
9911 MT TABOR ROAD
MYERSVILLE MD 21773

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,347.80

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.947. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JIMSON INC.
5001 AMBASSADOR ROW
DBA ALL BRANDS SALES AND SERVICE
CORPUS CHRISTI TX 78416

☐ Contingent
☐ Unliquidated
☐ Disputed

$407.70

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.948. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JMEG, LP
13995 DIPOLMAT DRIVE
#400
FARMERS BRANCH TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,659.50

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                                           Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.949. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

| **Amount of claim** |
|---|

JOHN TERHAAR DBA BETTER BEER
5618 BUFFALO ROAD
CHURCHVILLE NY 14428

☐ Contingent
☐ Unliquidated
☐ Disputed

$48.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.950.   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Amount of claim**

JOHN'S PLUMBING INC.
5851 SERVICE ROAD
BIRMINGHAM AL 35235

☐ Contingent
☐ Unliquidated
☐ Disputed

$326.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.951.   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Amount of claim**

JOHNSON, BRIONA AMANDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.952. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.952.  **Nonpriority creditor's name and mailing address**

JOHNSON, CRAIG MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.953.  **Nonpriority creditor's name and mailing address**

JOHNSON, DANYELLE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.954.  **Nonpriority creditor's name and mailing address**

JOHNSON, DANYELLE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

| 3.955. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.955.

**Nonpriority creditor's name and mailing address**

JOHNSON, JERMAINE WYMAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.956.

**Nonpriority creditor's name and mailing address**

JOHNSON, KAYEESHA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.957.

**Nonpriority creditor's name and mailing address**

JOHNSON, KEVIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor  **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

---

3.958.  **Nonpriority creditor's name and mailing address**

JOHNSON, KEVIN J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.959.  **Nonpriority creditor's name and mailing address**

JOHNSON, MICHAEL ANTWAN TAYLOR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.960.  **Nonpriority creditor's name and mailing address**

JONES GLASS CO INC
PO BOX 1679
BENTON AR 72018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$157.51

---

Debtor  **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

3.961.  **Nonpriority creditor's name and mailing address**

JONES SIGN CO. INC.
1711 SCHEURING ROAD
DE PERE WI 54115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$404.91

3.962.  **Nonpriority creditor's name and mailing address**

JONES, ALICIA SARAH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.963.  **Nonpriority creditor's name and mailing address**

JONES, DOMINIQUE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.964. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JONES, DOMINIQUE DEVEREAUX
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.965. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JONES, JR., MARTIN DALE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.966. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JONES, KAYLA ROCHELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.967. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.967.**

**Nonpriority creditor's name and mailing address**

JONES, KENYATTA C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.968.**

**Nonpriority creditor's name and mailing address**

JONES, KENYATTA CHAREASE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.969.**

**Nonpriority creditor's name and mailing address**

JONES, MARY ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                                     Case number *(if known)* **17-12224**

3.970.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   **Amount of claim**
*Check all that apply.*

JONES, NIA MALIKA
J. NELSON THOMAS THOMAS & SOLOMON LLP             ☑ Contingent                        UNDETERMINED
693 EAST AVENUE                                   ☑ Unliquidated
ROCHESTER NY 14607                                ☑ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                           CIVIL ACTION NO. 6:15-CV-06742
                                                  PENDING LITIGATION
**Last 4 digits of account number:**

                                                  **Is the claim subject to offset?**
                                                  ☑ No
                                                  ☐ Yes

3.971.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   **Amount of claim**
*Check all that apply.*

JONES, SCHUYLER
J. NELSON THOMAS THOMAS & SOLOMON LLP             ☑ Contingent                        UNDETERMINED
693 EAST AVENUE                                   ☑ Unliquidated
ROCHESTER NY 14607                                ☑ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                           CIVIL ACTION NO. 6:15-CV-06742
                                                  PENDING LITIGATION
**Last 4 digits of account number:**

                                                  **Is the claim subject to offset?**
                                                  ☑ No
                                                  ☐ Yes

3.972.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   **Amount of claim**
*Check all that apply.*

JONES, STEVEN DAVID
J. NELSON THOMAS THOMAS & SOLOMON LLP             ☑ Contingent                        UNDETERMINED
693 EAST AVENUE                                   ☑ Unliquidated
ROCHESTER NY 14607                                ☑ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                           CIVIL ACTION NO. 6:15-CV-06742
                                                  PENDING LITIGATION
**Last 4 digits of account number:**

                                                  **Is the claim subject to offset?**
                                                  ☑ No
                                                  ☐ Yes

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

---

3.973.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |

JONES, ZIYAH    *Check all that apply.*    UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.974.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |

JORDAN, ABIGAIL PIPER    *Check all that apply.*    UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE    ☑ Contingent
ROCHESTER NY 14607    ☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.975.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |

JORDAN, MAGGIE LOUISE    *Check all that apply.*    UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE    ☑ Contingent
ROCHESTER NY 14607    ☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                           Case number *(if known)* **17-12224**

| 3.976. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.976.

**Nonpriority creditor's name and mailing address**

JORDAN, TAMARA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.977.

**Nonpriority creditor's name and mailing address**

JOSEPH A KEIM AND HELEN R KEIM
911 DEERPATH CT
WHEATON IL 60187

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.978.

**Nonpriority creditor's name and mailing address**

JP HARRIS ASSOCIATES LLV
LOCAL SERVICES TAX DEPT
PO BOX 226
MECHANICSBURG PA 17005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$734.00

---

Debtor    **MAC ACQUISITION LLC**                                Case number *(if known)* **17-12224**

| 3.979. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.979.** 

**Nonpriority creditor's name and mailing address**

JRB SERVICE, LLC
8535 HIGHFIELD PKWY, SUITE 100
ENGLEWOOD CO 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,862.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.980.**

**Nonpriority creditor's name and mailing address**

JUERGENS, CONNIE JEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.981.**

**Nonpriority creditor's name and mailing address**

JULIAN, ASHLEY MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.982. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.982.**

**Nonpriority creditor's name and mailing address**

JW LOCK CO
520 N SECOND AVE.
COVINA CA 91723

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$627.76

---

**3.983.**

**Nonpriority creditor's name and mailing address**

K&D FACTORY SERVICE INC
1833 41 N CAMERON ST
HARRISBURG PA 17103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,582.19

---

**3.984.**

**Nonpriority creditor's name and mailing address**

K-9 FINANCIAL LLC
701 NORTH GREEN VALLEY PARKWAY #200
HENDERSON NV 89074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,071.26

---

Debtor    **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

| 3.985. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.985.**

**Nonpriority creditor's name and mailing address**

KACALA, KIRK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.986.**

**Nonpriority creditor's name and mailing address**

KAMMER, WILLIAM CHRISTOPHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.987.**

**Nonpriority creditor's name and mailing address**

KAN, MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.988. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Nonpriority creditor's name and mailing address**

KANE RUSSELL COLEMAN AND LOGAN PC
1601 ELM STREET STE 3700
DALLAS TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$3,691.79

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.989.    **Nonpriority creditor's name and mailing address**

KANKA, NICHOLAS JOHN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.990.    **Nonpriority creditor's name and mailing address**

KAPPES, ROBIN MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

3.991.   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     | **Amount of claim**

KARAN, MARK
BRADLEY D. MCADORY, ADA GROUP
4001 CARMICHAEL RD
STE 570
MONTGOMERY AL 36116

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PUBLIC ACCOMODATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.992.   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     | **Amount of claim**

KATSIROUBAS BROS
40 NEWMARKET SQUARE
BOSTON MA 02118

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,888.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.993.   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     | **Amount of claim**

KAY, WILLIAM HASTINGS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.994. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | KAYLA COMMERCIAL CLEANING LLC 11310 CICERO DR ALPHARETA GA 30022 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $480.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.995. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | KEANE, ERIC JAMES J. NELSON THOMAS THOMAS & SOLOMON LLP 693 EAST AVENUE ROCHESTER NY 14607 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** CIVIL ACTION NO. 6:15-CV-06742 PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.996. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | KEATHLEY SERVICE CO INC 196 MAJESTIC CIRCLE MAUMELLE AR 72113 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $174.40 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor    **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

| 3.997. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.997.

**Nonpriority creditor's name and mailing address**

KELCH, BLAKE TAYLOR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.998.

**Nonpriority creditor's name and mailing address**

KELCH, CAITLIN LAURA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.999.

**Nonpriority creditor's name and mailing address**

KELLER FAMILY TRUST
JOHN KELLER TRUSTEE
JOHN KELLER
14435-C BIG BASIN WAY #291
SARATOGA CA 95070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F                        **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

---

3.1000. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KELLER, BRANDI SHARAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1001. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KELLER, JOHN D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1002. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KELLY, DEIDRE LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|

3.1003.  **Nonpriority creditor's name and mailing address**

KELLY, SVETLANA ALEXANDROVNA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1004.  **Nonpriority creditor's name and mailing address**

KENDALL, ERIC BRIAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1005.  **Nonpriority creditor's name and mailing address**

KENDALLGATE CENTER ASSOCIATES LTD
BERKOWITZ DEVELOPMENT GROUP
DAVID MARKOWITZ PROPERTY MANAGER
2665 S BAYSHORE DR STE 1200
COCONUT GROVE FL 33133

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                Case number *(if known)* **17-12224**

3.1006.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

KENNEALLY, KIMBERLY DAWN                                                   UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                      ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                    CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

3.1007.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

KENNETT, MICHAEL RYAN                                                      UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                      ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                    CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

3.1008.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

KENNEY, QUINN THOMAS                                                       UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                      ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                    CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor  **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

| 3.1009. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

3.1009.

**Nonpriority creditor's name and mailing address**

KENT, ALEXA BRIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1010.

**Nonpriority creditor's name and mailing address**

KERN, CHRISTOPHER RAYMOND
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1011.

**Nonpriority creditor's name and mailing address**

KERSMAN, KARA ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

---

3.1012.    **Nonpriority creditor's name and mailing address**

KETCHUM, RORY J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1013.    **Nonpriority creditor's name and mailing address**

KEYIFLI, GANI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1014.    **Nonpriority creditor's name and mailing address**

KIDDER, BRANDY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

3.1015.    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
           *Check all that apply.*

           KIEFER, ASHELI                                                                     UNDETERMINED
           J. NELSON THOMAS THOMAS & SOLOMON LLP     ☑ Contingent
           693 EAST AVENUE
           ROCHESTER NY 14607                          ☑ Unliquidated
                                                        ☑ Disputed
           **Date or dates debt was incurred**       **Basis for the claim:**

           VARIOUS                                    CIVIL ACTION NO. 6:15-CV-06742
                                                      PENDING LITIGATION
           **Last 4 digits of account number:**

                                                      **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

3.1016.    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
           *Check all that apply.*

           KIENHOLZ, SORAIDA M.                                                              UNDETERMINED
           J. NELSON THOMAS THOMAS & SOLOMON LLP     ☑ Contingent
           693 EAST AVENUE
           ROCHESTER NY 14607                          ☑ Unliquidated
                                                        ☑ Disputed
           **Date or dates debt was incurred**       **Basis for the claim:**

           VARIOUS                                    CIVIL ACTION NO. 6:15-CV-06742
                                                      PENDING LITIGATION
           **Last 4 digits of account number:**

                                                      **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

3.1017.    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
           *Check all that apply.*

           KILE, KIMBERLI ANNE                                                              UNDETERMINED
           J. NELSON THOMAS THOMAS & SOLOMON LLP     ☑ Contingent
           693 EAST AVENUE
           ROCHESTER NY 14607                          ☑ Unliquidated
                                                        ☑ Disputed
           **Date or dates debt was incurred**       **Basis for the claim:**

           VARIOUS                                    CIVIL ACTION NO. 6:15-CV-06742
                                                      PENDING LITIGATION
           **Last 4 digits of account number:**

                                                      **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
|---|---|---|

**3.1018.** **Nonpriority creditor's name and mailing address**

KILEY SIPPERLEY, LISA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1019.** **Nonpriority creditor's name and mailing address**

KIM, NICHOLAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1020.** **Nonpriority creditor's name and mailing address**

KIMBALL & THOMPSON PRODUCE CO INC
305 S LINCOLN ST
LOWELL AR 72745

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,784.03

Debtor    **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

| 3.1021. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---------|---|---|---|

3.1021.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

KIMBROUGH FIRE EXTINGUISHER CO., INC.    $4,629.98
PO BOX 13296
ARLINGTON TX 76094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1022.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

KIMCO CARROLLWOOD 664 INC    UNDETERMINED
KIMCO REALTY CORP
VICKI ANTHONY
3333 NEW HYDE PK RD STE 100
NEW HYDE PARK NY 11042

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    LANDLORD CLAIM

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1023.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

KING & SPALDING LLP    $19,031.54
PO BOX 116133
ATLANTA GA 30368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    LEGAL

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

**3.1024.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

KING, COLBY DARTY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1025.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

KINGSTOWNE TOWN CENTER LP
C O COMAR MANAGEMENT INC
JOHN HALLE PRESIDENT
2900 LINDEN LN STE 300
SILVER SPRING MD 20910

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1026.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

KIPER, BEVERLY A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| | |
|---|---|
| **3.1027.** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

KISS ELECTRICAL CONTRACTORS INC.
6 LOMBARDY PLACE
MAPLEWOOD NJ 07040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,106.16

---

**3.1028.**

**Nonpriority creditor's name and mailing address**

KISS-BICE, DONNA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1029.**

**Nonpriority creditor's name and mailing address**

KIZER, PORSCHE M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1030. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1030.
**Nonpriority creditor's name and mailing address**
KLEIN, BRIDGET
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

---

3.1031.
**Nonpriority creditor's name and mailing address**
KLEMBITH, MARY JASMINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

---

3.1032.
**Nonpriority creditor's name and mailing address**
KNOCKUM, CHRISTOPHER GREGORY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

Debtor   **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| | | |
|---|---|---|

3.1033.    **Nonpriority creditor's name and mailing address**

KOHLER, FRANCIS S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1034.    **Nonpriority creditor's name and mailing address**

KOHLER, FRANCIS S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1035.    **Nonpriority creditor's name and mailing address**

KOLESAR, NICOLE MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                 Case number *(if known)* **17-12224**

---

**3.1036.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KONARE, MAMADOU

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1037.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KREICHMAN, ANATOLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1038.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KRIEGER, DUSTIN CRAIG
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1039. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1039.    **Nonpriority creditor's name and mailing address**

KROPCZAK, GREGORY A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1040.    **Nonpriority creditor's name and mailing address**

KROW, HOLLY DANIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1041.    **Nonpriority creditor's name and mailing address**

KRUMWIEDE, ROBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor  **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

---

**3.1042.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KRYSTAL KLEEN INC
PO BOX 908
WARREN MI 48090

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$625.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1043.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KUBICKI DRAPER PA
25 WEST FLAGER ST PH
MIAMI FL 33130

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$477.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1044.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KULURIS-SPADE, NICOLE ANNE ZITA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **MAC ACQUISITION LLC**                                                                Case number *(if known)* **17-12224**

| 3.1045. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

KUMMING, ERICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1046.    **Nonpriority creditor's name and mailing address**

KUPFER, MAXIM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1047.    **Nonpriority creditor's name and mailing address**

KUPFER, MAXIM B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

**3.1048.**    **Nonpriority creditor's name and mailing address**

LA GRASSO BROS INC
PO BOX 2638
DETRIOT MI 48202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$15,975.48

---

**3.1049.**    **Nonpriority creditor's name and mailing address**

LABRINY, MOURAD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1050.**    **Nonpriority creditor's name and mailing address**

LAFRANCHISE, VERONICA MAY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                     Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1051. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Amount of claim**

LAGARDE, MELZENA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1052. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Amount of claim**

LAIBLY, THOMAS B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1053. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Amount of claim**

LAKE BEVERAGE CORPORATION
900 JOHN STREET
WEST HENRIETTA NY 14586

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$45.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| **3.1054.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

**3.1054.** **Nonpriority creditor's name and mailing address**

LAKOTA PLUMBING INC
3901 W. 88TH AVE.
WESTMINISTER CO 80031

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$2,104.62

---

**3.1055.** **Nonpriority creditor's name and mailing address**

LALLY, PATRICK COOGAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1056.** **Nonpriority creditor's name and mailing address**

LANCASTER, TIA LEIGH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

---

3.1057.  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      | **Amount of claim** |
*Check all that apply.*

LAND, CHRISTINE A.                                                                    UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                       ☑ Contingent
ROCHESTER NY 14607                                    ☑ Unliquidated
                                                       ☑ Disputed

**Date or dates debt was incurred**                   **Basis for the claim:**

VARIOUS                                               CIVIL ACTION NO. 6:15-CV-06742
                                                       PENDING LITIGATION
**Last 4 digits of account number:**
                                                       **Is the claim subject to offset?**

                                                       ☑ No
                                                       ☐ Yes

---

3.1058.  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      | **Amount of claim** |
*Check all that apply.*

LANE, MICHAEL KENT                                                                   UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                       ☑ Contingent
ROCHESTER NY 14607                                    ☑ Unliquidated
                                                       ☑ Disputed

**Date or dates debt was incurred**                   **Basis for the claim:**

VARIOUS                                               CIVIL ACTION NO. 6:15-CV-06742
                                                       PENDING LITIGATION
**Last 4 digits of account number:**
                                                       **Is the claim subject to offset?**

                                                       ☑ No
                                                       ☐ Yes

---

3.1059.  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      | **Amount of claim** |
*Check all that apply.*

LANG, JOI L.                                                                         UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                       ☑ Contingent
ROCHESTER NY 14607                                    ☑ Unliquidated
                                                       ☑ Disputed

**Date or dates debt was incurred**                   **Basis for the claim:**

VARIOUS                                               CIVIL ACTION NO. 6:15-CV-06742
                                                       PENDING LITIGATION
**Last 4 digits of account number:**
                                                       **Is the claim subject to offset?**

                                                       ☑ No
                                                       ☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

---

| 3.1060. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---------|--------|--------|--------|

**3.1060.**

**Nonpriority creditor's name and mailing address**

LANGER, LISA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1061.**

**Nonpriority creditor's name and mailing address**

LANGFORD, PAUL ANTHONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1062.**

**Nonpriority creditor's name and mailing address**

LANIER FORD SHAVER & PAYNE PC
2101 WEST CLINTON AVENUE
SUITE 102
HUNTSVILLE AL 35805

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,518.50

---

Debtor    **MAC ACQUISITION LLC**                                     Case number *(if known)* **17-12224**

| 3.1063. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

LANIER, JONATHON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1064. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

LANOTTE REFRIGERATION INC.
1835 S. VAN NESS AVENUE
FRESNO CA 93721

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,068.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1065. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

LARA, JORGE

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WORKERS COMPENSATION CLAIM - NO.
201605261530

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

---

3.1066.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
           *Check all that apply.*

LARS HOME SERVICES                                                              $934.20
49 ALGONQUIN ROAD
CLIFTON PARK NY 12065                          ☐ Contingent

                                               ☐ Unliquidated

                                               ☐ Disputed

**Date or dates debt was incurred**           **Basis for the claim:**

VARIOUS                                        TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                               ☒ No
                                               ☐ Yes

---

3.1067.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
           *Check all that apply.*

LARSON, HILLARY                                                                 UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                ☒ Contingent
ROCHESTER NY 14607
                                               ☒ Unliquidated

                                               ☒ Disputed

**Date or dates debt was incurred**           **Basis for the claim:**

VARIOUS                                        CIVIL ACTION NO. 6:15-CV-06742
                                               PENDING LITIGATION
**Last 4 digits of account number:**
                                               **Is the claim subject to offset?**

                                               ☒ No
                                               ☐ Yes

---

3.1068.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
           *Check all that apply.*

LATIN TILE DBA FILTAFRY OF TAMPA BAY                                            $180.00
PO BOX 263183
TAMPS FL 33685                                 ☐ Contingent

                                               ☐ Unliquidated

                                               ☐ Disputed

**Date or dates debt was incurred**           **Basis for the claim:**

VARIOUS                                        TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                               ☒ No
                                               ☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

**3.1069.**   **Nonpriority creditor's name and mailing address**

LAURENS RESTORATION INC
1870 ELMDALE AVE
GLENVIEW IL 60026

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$73,506.80

---

**3.1070.**   **Nonpriority creditor's name and mailing address**

LAUSCH, JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1071.**   **Nonpriority creditor's name and mailing address**

LAVERGNE, MESHELL R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                     Case number *(if known)* **17-12224**

| 3.1072. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAVOIE, MATTHEW LOUIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1073. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAW OFFICE OF ROGER W FRAZIER
145 SOUTH SIXTH AVENUE
TUCSON AZ 85701

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1074. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAWN RANGER
11717 TONY TEJEDA
C/O LAWN RANGER
EL PASO TX 79936

☐ Contingent
☐ Unliquidated
☐ Disputed

$378.87

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1075. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.1075.

**Nonpriority creditor's name and mailing address**

LAWRENCE, JEFFREY M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1076.

**Nonpriority creditor's name and mailing address**

LAWRENCE, SOFIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1077.

**Nonpriority creditor's name and mailing address**

LAWTON COMMERCIAL SERVICES LP
1444 N CENTRAL EXPRESSWAY
MCKINNEY TX 75070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,247.98

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1078. | **Nonpriority creditor's name and mailing address** | **Amount of claim** |

LE, THANH
PAUL M. BOOTS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1079. | **Nonpriority creditor's name and mailing address** | **Amount of claim** |

LEANHART PLUMBING INC
PO BOX 58127
LOUISBILLE KY 40268

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$601.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1080. | **Nonpriority creditor's name and mailing address** | **Amount of claim** |

LEAVY, CASSANDRA N.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

3.1081. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LECLAIRE, ANTHONY EUGENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1082. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LEE, JOHN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1083. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LEE, LUKE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                                              Case number *(if known)* **17-12224**

---

3.1084.  **Nonpriority creditor's name and mailing address**

LEE, SHANNON JEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1085.  **Nonpriority creditor's name and mailing address**

LEE, SHANNON JEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1086.  **Nonpriority creditor's name and mailing address**

LEEP, KARI L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.1087. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---------|---|---|---|
| | LEEREEDY DBA LRXD<br>1480 HUMBOLDT ST<br>DENVER CO 80218 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $293,948.22 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1088. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---------|---|---|---|
| | LEGACY<br>WELLS PLANO LLC<br>BILL HALE<br>40 FRANCIS RD<br>HENDERSONVILLE NC 28792 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LANDLORD CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1089. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---------|---|---|---|
| | LEGACY AIR<br>6525 BUTTON QUAIL ST<br>NORTH LAS VEGAS NV 89084 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,422.07 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor  **MAC ACQUISITION LLC**                                           Case number *(if known)* **17-12224**

---

| 3.1090. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1090.

**Nonpriority creditor's name and mailing address**

LEGACY AIR INC.
3529 E WOOD SREET
PHOENIX AZ 85040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,209.17

---

3.1091.

**Nonpriority creditor's name and mailing address**

LEGER, RYAN WADE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1092.

**Nonpriority creditor's name and mailing address**

LEGER, RYAN WADE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.1093. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

LEGGETT, STEFON J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1094. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

LEGGETT, STEFON JEROME
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1095. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

LEIGHTON, TRACY L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

| 3.1096. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LERMA, JUAN | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1097. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LESTER, THOMAS E.<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1098. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LESTER, THOMAS EDWARD<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **MAC ACQUISITION LLC**                                                                  Case number *(if known)* **17-12224**

| 3.1099. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LESZCZ, CHRISTOPHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LESZCZ, CHRISTOPHER M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1101. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEVAN, ISABELLA RACHEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1102. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEVENTHAL PLLC
527 MARQUETTE AVE SOUTH
SUITE 2100
MINNEAPOLIS MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,257.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 E. WASHINGTON STREET
SUITE 1200
PHOENIX AZ 85004

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,557.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEWIS, BRITTNEY M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.1105. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.1105.** | **Nonpriority creditor's name and mailing address**

LEWIS, JR., SEAN J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1106.** | **Nonpriority creditor's name and mailing address**

LEWIS-MCNEAL, MYLES CHRISTOPHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1107.** | **Nonpriority creditor's name and mailing address**

LEWKOWITZ LAW OFFICE PLC
2600 N CENTRAL AVE #1775
PHOENIX AZ 85004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,200.00

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| | | |
|---|---|---|

**3.1108.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LEYDET, NICOLE DANIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1109.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LIBERTY LOCKSMITHS & SECURITY PRODUCTS INC
541 N PARK AVENUE
APOPKA FL 32712

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$998.31

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1110.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LIBERTY MUTUAL GROUP INC.
PO BOX 85307
SAN DIEGO CA 92186-5307

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$241,338.03

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                     Case number *(if known)* **17-12224**

| 3.1111. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LIDDICK, KATHLEEN MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LIFETIME - DISCOVERY COMMUNICATIONS LLC
ONE DISCOVERY PLACE
SILVER SPRINGS MD 20910-3354

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,232.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1113. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LINAHON, LAUREN ELIZABETH WENZL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

---

3.1114.   **Nonpriority creditor's name and mailing address**

LINDA L AIKIN
530 B HARKLE ROAD
SANTA FE NM 87505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $1,224.22 |

---

3.1115.   **Nonpriority creditor's name and mailing address**

LINDER , LORIE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1116.   **Nonpriority creditor's name and mailing address**

LINDSEY, DWAYNE PAUL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor   **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.1117. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|
| | LINER, KATIE NICOLE<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|
| | LIQUID ENVIRONMENTAL SOLUTIONS<br>PO BOX 733372<br>DALLAS TX 75373 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40,813.30 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1119. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|
| | LIQUID LOGISTICS<br>1928 BOBBYWOODS LN<br>MANCHACA TX 78652 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $753.10 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **MAC ACQUISITION LLC**                                                 Case number *(if known)* **17-12224**

| 3.1120. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | LIVOTI, PHILLIP CARMEN<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1121. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | LLUIS, JEFFREY BRENT<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1122. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | LMH INC PROFESSIONAL LANSCAPE SERVICES<br>1146 N GILBERT STREET<br>ANAHEIM CA 92801 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,150.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

---

**3.1123.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LODGING SOURCE, LLC
PO BOX 744
MT. PLEASANT SC 29465

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,838.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1124.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LONG, AMY JANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1125.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LOOMIS, JACLYN NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.1126. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.1126.

**Nonpriority creditor's name and mailing address**

LOPEZ, ERIC STEPHEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1127.

**Nonpriority creditor's name and mailing address**

LOPEZ, JOHANN ERIC
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1128.

**Nonpriority creditor's name and mailing address**

LOPEZ, SELENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.1129. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|
| | LOSCH, JULIE F.<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1130. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|
| | LOSCH, JULIE FRANZ<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1131. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|
| | LOUDON LOCKSMITH SERIVCE INC.<br>595 NEW LOUDON ROAD, STE. 125<br>LATHAM NY 12110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $162.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

| 3.1132. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.1132.**

**Nonpriority creditor's name and mailing address**

LOUISVILLE CITY FC, LLC
127 S 6TH ST
LOUISVILLE KY 40202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$200.00

---

**3.1133.**

**Nonpriority creditor's name and mailing address**

LOVE, JOHN BRYANT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1134.**

**Nonpriority creditor's name and mailing address**

LOVELACE, ELIZABETH M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1135. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.1135.**

**Nonpriority creditor's name and mailing address**

LOWDER, MARK R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1136.**

**Nonpriority creditor's name and mailing address**

LOWE, DEANNA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM - NO.
20176081150

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1137.**

**Nonpriority creditor's name and mailing address**

LOWE, JANE M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

3.1138.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

LOY, ALEXANDRA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1139.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

LOY, ALEXANDRA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1140.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

LOZANO, JR., MARK A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| 3.1141. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1141.

**Nonpriority creditor's name and mailing address**

LOZANO, JR., MARK A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1142.

**Nonpriority creditor's name and mailing address**

LUCAS, JOHN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1143.

**Nonpriority creditor's name and mailing address**

LUCERNEX INC
AN ACCRUENT COMPANY
DEPT 3636
DALLAS TX 75312-3636

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$22,532.58

---

Debtor    **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

| | |
|---|---|
| **3.1144.** | **Nonpriority creditor's name and mailing address** |

**3.1144.**

**Nonpriority creditor's name and mailing address**

LUCERO JR., JIMMIE
10235 ECHO CIRCLE
FIRESTONE CO 80504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$540.00

---

**3.1145.**

**Nonpriority creditor's name and mailing address**

LUKE, GEORGIA CAROL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1146.**

**Nonpriority creditor's name and mailing address**

LUKE, GEORGIA CAROL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| **3.1147.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.1147.**

**Nonpriority creditor's name and mailing address**

LUKSO, BYRON
ROGER W. FRAZIER, LAW OFFICES OF ROGER
W. FRAZIER

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CASE NO. C20164230 PENDING
LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1148.**

**Nonpriority creditor's name and mailing address**

LULLEY, ESTELLE ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1149.**

**Nonpriority creditor's name and mailing address**

LYNCH, SARA ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                                                Case number *(if known)* **17-12224**

| 3.1150. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1150.

**Nonpriority creditor's name and mailing address**

LYON, JOSHUA CASEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1151.

**Nonpriority creditor's name and mailing address**

MAC GRILL SERVICES LLC
1855 BLAKE ST
STE 200
DENVER CO 80202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$3,893,399.00

---

3.1152.

**Nonpriority creditor's name and mailing address**

MAC PARENT LLC
1855 BLAKE ST
STE 200
DENVER CO 80202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$19,209,265.00

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.1153. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MACARONI RR I35 PARTNERSHIP LTD<br>HOWARD CHAPMAN<br>10461 WESTPARK DR<br>HOUSTON TX 77042 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LANDLORD CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1154. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MACBALE, NEIL<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1155. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MACH A/C HEATING AND REFRIGERATION<br>DBA PRECISION CLIMATE CONTROLL LLC<br>27 NIMITZ RD<br>WAYNE NJ 07407 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,398.13 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor  **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1156. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

MACIAS, JAVIER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1157. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

MACIAS, JAVIER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1158. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

MACKEY , THOMAS

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

| | | |
|---|---|---|
| 3.1159. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

MACKEY, THOMAS
MICHAEL V. PARRAS, RODMAN LLP
101 FEDERAL ST
STE 1900
BOSTON MA 02110

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EMPLOYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1160. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

MACON, NICK WILLIAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1161. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

MACPHERSON, MATTHEW
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

3.1162.   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
*Check all that apply.*

MAD HATTER MUSIC, LLC
109 WEST WILSON BLVD                                     ☐ Contingent                     $850.00
HAGERSTOWN MD 21740
☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                          TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**             **Is the claim subject to offset?**

☑ No

☐ Yes

---

3.1163.   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
*Check all that apply.*

MAGLIARO, STEPHEN J.
J. NELSON THOMAS THOMAS & SOLOMON LLP            ☑ Contingent                     UNDETERMINED
693 EAST AVENUE
ROCHESTER NY 14607                               ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                          CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.1164.   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
*Check all that apply.*

MAINTENANCE SPECIALITST
PO BOX 271391                                    ☐ Contingent                     $649.50
C/O HOWARD LIPSTREU
CORPUS CHRISTI TX 78427                           ☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                          TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**             **Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

3.1165.    **Nonpriority creditor's name and mailing address**

MAJLINGER, GARRET EVAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1166.    **Nonpriority creditor's name and mailing address**

MALIZIA, VINCENT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1167.    **Nonpriority creditor's name and mailing address**

MALKAWI, ISSA Y.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.1168. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1168.

**Nonpriority creditor's name and mailing address**

MALL OF GEORGIA LLC SIMON PROPERTY
GROUP
JOHN MILAM
MARY STULTZ PROPERTY MANAGER
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1169.

**Nonpriority creditor's name and mailing address**

MALLICK PLUMBING & HEATING, INC.
8010 CESSNA AVENUE
GAITHERSBURG MD 20879

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,878.27

---

3.1170.

**Nonpriority creditor's name and mailing address**

MALSON, MELISSA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

---

| 3.1171. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MANLUCCIA, NICHOLAS L.<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1172. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MANNING, STEVEN O'NEAL<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1173. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MANZO FOOD SALES INC.<br>13290 NW 25TH STREET<br>MIAMI FL 33182 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,334.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.1174. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARCANO, ANTHONY CASTO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1175. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARCOS, MATTHEW S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1176. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARINO, JILLIAN FRANCES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

**3.1177.**    **Nonpriority creditor's name and mailing address**

MARIO BROTHERS PAINTING
19200 MATENY HILL ROAD
GERMANTOWN MD 20874

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$960.00

---

**3.1178.**    **Nonpriority creditor's name and mailing address**

MARK, JENNIFER LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1179.**    **Nonpriority creditor's name and mailing address**

MARKET FORCE INFORMATION, INC.
DEPT. 0320
PO BOX 120320
DALLAS TX 75312-0320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$4,624.50

---

Debtor   **MAC ACQUISITION LLC**                                           Case number *(if known)* **17-12224**

| 3.1180. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---------|--------------------------------------------------|-----------------------------------------------|-----------------|

3.1180.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
          *Check all that apply.*

MARKLEY, RYAN SCOTT                                              ☑ Contingent                                      UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                                 ☑ Unliquidated
ROCHESTER NY 14607
                                                                ☑ Disputed

**Date or dates debt was incurred**                              **Basis for the claim:**

VARIOUS                                                         CIVIL ACTION NO. 6:15-CV-06742
                                                                PENDING LITIGATION
**Last 4 digits of account number:**
                                                                **Is the claim subject to offset?**

                                                                ☑ No
                                                                ☐ Yes

---

3.1181.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
          *Check all that apply.*

MARKS, ASHLEE N.                                                ☑ Contingent                                      UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                                 ☑ Unliquidated
ROCHESTER NY 14607
                                                                ☑ Disputed

**Date or dates debt was incurred**                              **Basis for the claim:**

VARIOUS                                                         CIVIL ACTION NO. 6:15-CV-06742
                                                                PENDING LITIGATION
**Last 4 digits of account number:**
                                                                **Is the claim subject to offset?**

                                                                ☑ No
                                                                ☐ Yes

---

3.1182.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
          *Check all that apply.*

MARLING, MICHAEL WILLIAM                                        ☑ Contingent                                      UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                                 ☑ Unliquidated
ROCHESTER NY 14607
                                                                ☑ Disputed

**Date or dates debt was incurred**                              **Basis for the claim:**

VARIOUS                                                         CIVIL ACTION NO. 6:15-CV-06742
                                                                PENDING LITIGATION
**Last 4 digits of account number:**
                                                                **Is the claim subject to offset?**

                                                                ☑ No
                                                                ☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

3.1183.    **Nonpriority creditor's name and mailing address**

MARQUEZ, COURTNEY WARNER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1184.    **Nonpriority creditor's name and mailing address**

MARQUEZ, MARINA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1185.    **Nonpriority creditor's name and mailing address**

MARQUEZ, MARINA BEATRICE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

---

**3.1186.**    **Nonpriority creditor's name and mailing address**

MARSH & MCLENNAN AGENCY LLC
62886 COLLECTION CENTER DRIVE
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$718.00

---

**3.1187.**    **Nonpriority creditor's name and mailing address**

MARTIN, FROST & HILL P.C.
3345 BEE CAVE ROAD
SUITE #105
AUSTIN TX 78746

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$3,827.35

---

**3.1188.**    **Nonpriority creditor's name and mailing address**

MARTIN, GEORGE SAMUEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                   Case number *(if known)* **17-12224**

3.1189.    **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**       | **Amount of claim** |
*Check all that apply.*

MARTIN, JESSICA SARA                                                                       UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                     ☑ Unliquidated
                                                        ☑ Disputed

**Date or dates debt was incurred**                       **Basis for the claim:**

VARIOUS                                                 CIVIL ACTION NO. 6:15-CV-06742
                                                        PENDING LITIGATION
**Last 4 digits of account number:**
                                                        **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

3.1190.    **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**       | **Amount of claim** |
*Check all that apply.*

MARTIN, JOSHUA SCOTT                                                                       UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                     ☑ Unliquidated
                                                        ☑ Disputed

**Date or dates debt was incurred**                       **Basis for the claim:**

VARIOUS                                                 CIVIL ACTION NO. 6:15-CV-06742
                                                        PENDING LITIGATION
**Last 4 digits of account number:**
                                                        **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

3.1191.    **Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**       | **Amount of claim** |
*Check all that apply.*

MARTIN, KHRISTINA M.                                                                       UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                     ☑ Unliquidated
                                                        ☑ Disputed

**Date or dates debt was incurred**                       **Basis for the claim:**

VARIOUS                                                 CIVIL ACTION NO. 6:15-CV-06742
                                                        PENDING LITIGATION
**Last 4 digits of account number:**
                                                        **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1192. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1192.    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        **Amount of claim**
*Check all that apply.*

MARTIN, NICHOLAS EDWARD                                          UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP       ☑ Contingent
693 EAST AVENUE                                          ☑ Unliquidated
ROCHESTER NY 14607                                       ☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                          CIVIL ACTION NO. 6:15-CV-06742
                                                 PENDING LITIGATION
**Last 4 digits of account number:**

                                                 **Is the claim subject to offset?**
                                                 ☑ No
                                                 ☐ Yes


3.1193.    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        **Amount of claim**
*Check all that apply.*

MARTIN, TYLER SALVADORE                                          UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP       ☑ Contingent
693 EAST AVENUE                                          ☑ Unliquidated
ROCHESTER NY 14607                                       ☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                          CIVIL ACTION NO. 6:15-CV-06742
                                                 PENDING LITIGATION
**Last 4 digits of account number:**

                                                 **Is the claim subject to offset?**
                                                 ☑ No
                                                 ☐ Yes


3.1194.    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        **Amount of claim**
*Check all that apply.*

MARTINEZ, DOMARIS                                          UNDETERMINED
                                                 ☑ Contingent
                                                 ☑ Unliquidated
                                                 ☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                          GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                                 ☑ No
                                                 ☐ Yes

Debtor  **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| 3.1195. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARTINEZ, KORAL MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1196. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARTINEZ, RACHEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1197. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARTINEZ, SHERRI

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.1198. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

MARTINEZ, VERONICA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1199. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

MARVIN F. POER AND COMPANY
PO BOX 674300
DALLAS TX 75267-4300

☑ Contingent
☑ Unliquidated
☑ Disputed

$7,695.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1200. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

MASHBURN, KATHLEEN G.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| 3.1201. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---------|--------------------------------------------------|------------------------------------------------------------------------|-----------------|

3.1201.    **Nonpriority creditor's name and mailing address**

MASON, KAYLA JENEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1202.    **Nonpriority creditor's name and mailing address**

MASON, SHAYNELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1203.    **Nonpriority creditor's name and mailing address**

MATHEWS, JACKY E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1204. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.1204.

**Nonpriority creditor's name and mailing address**

MATHIEU ELECTRIC CO, INC.
1222 LAREDO STREET
CORPUS CHRISTI TX 78401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$731.12

---

3.1205.

**Nonpriority creditor's name and mailing address**

MATTINGLY, ELIZABETH ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1206.

**Nonpriority creditor's name and mailing address**

MAURICIO DOMINGUEZ

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

---

**3.1207.**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    Amount of claim

MAXWELL MECHANICAL SERVICE
7432 CIENEGA NW
ALBUQUERQUE NM 87120

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,095.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1208.**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    Amount of claim

MAY, HEIDI MARIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1209.**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    Amount of claim

MAYLE, MATTHEW DONALD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                           Case number *(if known)* **17-12224**

---

3.1210.  **Nonpriority creditor's name and mailing address**

MAYNARD, LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1211.  **Nonpriority creditor's name and mailing address**

MAYNARD, LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1212.  **Nonpriority creditor's name and mailing address**

MCBRIDE PLUMBING
5944 S 350 W
MURRAY UT 84107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$243.28

---

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

3.1213.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

MCBRIDE, LUCAS ZACHARY                                                                   UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE                                          ☑ Unliquidated
ROCHESTER NY 14607                                       ☑ Disputed

**Date or dates debt was incurred**                      **Basis for the claim:**

VARIOUS                                                  CIVIL ACTION NO. 6:15-CV-06742
                                                         PENDING LITIGATION
**Last 4 digits of account number:**
                                                         **Is the claim subject to offset?**

                                                         ☑ No
                                                         ☐ Yes

3.1214.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

MCBRIDE, WILLIE T.                                                                       UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE                                          ☑ Unliquidated
ROCHESTER NY 14607                                       ☑ Disputed

**Date or dates debt was incurred**                      **Basis for the claim:**

VARIOUS                                                  CIVIL ACTION NO. 6:15-CV-06742
                                                         PENDING LITIGATION
**Last 4 digits of account number:**
                                                         **Is the claim subject to offset?**

                                                         ☑ No
                                                         ☐ Yes

3.1215.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

MCCLAIN-RUSSELL, MARY K.                                                                 UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE                                          ☑ Unliquidated
ROCHESTER NY 14607                                       ☑ Disputed

**Date or dates debt was incurred**                      **Basis for the claim:**

VARIOUS                                                  CIVIL ACTION NO. 6:15-CV-06742
                                                         PENDING LITIGATION
**Last 4 digits of account number:**
                                                         **Is the claim subject to offset?**

                                                         ☑ No
                                                         ☐ Yes

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| | |
|---|---|
| 3.1216. | **Nonpriority creditor's name and mailing address** |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| MCCLISH, DANIELLE MARIE<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

3.1217.

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| MCCLISH, DANIELLE MARIE<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

3.1218.

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| MCCORMICK & PRIORE<br>4 PENN CENTER, STE. 800<br>1600 JOHN F KENNEDY BLVD<br>PHILADELPHIA PA 19103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,667.90 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LEGAL | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor  **MAC ACQUISITION LLC**                                                                Case number *(if known)* **17-12224**

---

**3.1219.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MCCUNE, LORI ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1220.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MCDERMOTT & MCGEE LLP
75 MAIN STREET, STE. 305
MILLBURN NJ 70410

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1221.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MCFOY, SOPHIA ANN-MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

3.1222.    **Nonpriority creditor's name and mailing address**

MCGAUGHEY, AMY CATHERINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1223.    **Nonpriority creditor's name and mailing address**

MCGOWAN, BRENNA KATHLEEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1224.    **Nonpriority creditor's name and mailing address**

MCGRATH, WILLIAM GREGORY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 416 of 698

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

---

3.1225.  **Nonpriority creditor's name and mailing address**

MCINTOSH, TARA BETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1226.  **Nonpriority creditor's name and mailing address**

MCKENNA, KYLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1227.  **Nonpriority creditor's name and mailing address**

MCKENNEY, KAYLEIGH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1228. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.1228.**

**Nonpriority creditor's name and mailing address**

MCKINLEY, TAMRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1229.**

**Nonpriority creditor's name and mailing address**

MCKINNON, SEMAJ AKIL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1230.**

**Nonpriority creditor's name and mailing address**

MCLAUGHLIN, JENNY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| 3.1231. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.1231.

**Nonpriority creditor's name and mailing address**

MCWETHY, MICHELLE D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1232.

**Nonpriority creditor's name and mailing address**

MEDINA'S RESTRAURANT CLEANING
SERVICES
2034 CANYON DRIVE NO 8
DBA MANUEL MEDINA
OCEANSIDE CA 92054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$495.00

---

3.1233.

**Nonpriority creditor's name and mailing address**

MEEDS, JEANNINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                                                    Case number *(if known)* **17-12224**

---

| 3.1234. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.1234.

**Nonpriority creditor's name and mailing address**

MEHRYARI, NEDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1235.

**Nonpriority creditor's name and mailing address**

MEIZLER, KIMBERLY RENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1236.

**Nonpriority creditor's name and mailing address**

MELO, VERA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

---

| 3.1237. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MELTON, DYLAN

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1238. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MELVIN, MANNY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1239. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MENDEZ, CHELSEY M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 421 of 698

Debtor    **MAC ACQUISITION LLC**    Case number *(if known)* **17-12224**

| 3.1240. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.1240.**

**Nonpriority creditor's name and mailing address**

MENDIETA, LAZARO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1241.**

**Nonpriority creditor's name and mailing address**

MENDOZA, MANUEL
MARK B. PLUMMER, LAW OFFICES OF MARK B.
PLUMMER PC

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CASE NO. 8:17-CV-00557(JEMX) PENDING
LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1242.**

**Nonpriority creditor's name and mailing address**

MENNELLA, STEVEN ANTHONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                        Case number *(if known)* **17-12224**

| 3.1243. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

**Nonpriority creditor's name and mailing address**

MENTZER, SUSAN L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1244.    **Nonpriority creditor's name and mailing address**

METROPLEX OKLAHOMA LLC
DBA METROPLEX ELECTRIC
6420 N BROADWAY EXT
OKLAHOMA CITY OK 73116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$267.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1245.    **Nonpriority creditor's name and mailing address**

METTER, JENNIFER M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor  **MAC ACQUISITION LLC**                                                     Case number *(if known)* **17-12224**

| 3.1246. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MEYER, DEREK STEVEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1247. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MICHEL, ANDY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1248. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MICHIGAN TREE & LANDSCAPING, INC
30528 GARFIELD STREET
ROSEVILLE MI 48066

☐ Contingent
☐ Unliquidated
☐ Disputed

$600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

| 3.1249. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MID SOUTH MAINTENANCE OF TN INC
1055 RIDGECREST DR
GOODLETTSVILLE TN 37072

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,352.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1250. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MIDDLEBROOKS ELECTRIC SVC INC
718 S. EAST ST
BENTON AR 72015

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,950.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1251. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MIGLIACIO, DEREK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1252. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MIGLIACIO, DEREK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1253. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MIKE AND MARTHA WITT
MARTHA WITT/OWNER
3300 E LAKE CREEK RD
HEBER UT 84032

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1254. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MIKKOLA, ENSIO N.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| 3.1255. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1255.

**Nonpriority creditor's name and mailing address**

MILES, DANIELLE LORENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1256.

**Nonpriority creditor's name and mailing address**

MILLER, CHARLOTTE GRANT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1257.

**Nonpriority creditor's name and mailing address**

MILLER, KALYN NICHOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.1258. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MILLER, KRISTEN LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1259. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MILLER, WILBUR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1260. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MILLSPAUGH, CAMRON ALLEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                  Case number *(if known)* **17-12224**

| 3.1261. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1261. **Nonpriority creditor's name and mailing address**

MILLSPAUGH, CAMRON ALLEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1262. **Nonpriority creditor's name and mailing address**

MINER SOUTHWEST LLC
11827 TECH COM STE 115
SAN ANTONIO TX 78233

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,865.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1263. **Nonpriority creditor's name and mailing address**

MINUTEMAN PLUMBING & DRAIN SERVICE
PO BOX 4983
GARDEN GROVE CA 92842

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,045.67

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1264. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MIROWSKI, NICOLE ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1265. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MITCHELL, CHRISTOPHER MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1266. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MJDEL LLC
NICHOLAS DELEGAS
MANAGER
61 SOLOMON PIERCE RD
LEXINGTON MA 02420

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                           Case number *(if known)* **17-12224**

**3.1267.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MJDEL, LLC
RONALD W. DUNBAR, JR.
197 PORTLAND ST 5TH FL
DUNBAR GOLOBOY, LLP
BOSTON MA 02114

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CASE NO. 1781CV00631 PENDING REAL
ESTATE LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1268.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MODEL LINEN INC
PO BOX 1669
OGDEN UT 84402

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,223.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1269.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MOEN, MELISSA DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

---

3.1270.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

MOISEYENKO, ANASTASIYA O.                                                   UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                       ☑ Contingent
ROCHESTER NY 14607                                    ☑ Unliquidated
                                                      ☑ Disputed

**Date or dates debt was incurred**                   **Basis for the claim:**

VARIOUS                                               CIVIL ACTION NO. 6:15-CV-06742
                                                      PENDING LITIGATION
**Last 4 digits of account number:**

                                                      **Is the claim subject to offset?**
                                                      ☑ No
                                                      ☐ Yes

---

3.1271.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

MOJAVE ELECTRIC INC.                                                        $190.64
3755 W HACIENDA AVE.
LAS VEGAS NV 89118                                    ☐ Contingent
                                                      ☐ Unliquidated
                                                      ☐ Disputed

**Date or dates debt was incurred**                   **Basis for the claim:**

VARIOUS                                               TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**                  **Is the claim subject to offset?**
                                                      ☑ No
                                                      ☐ Yes

---

3.1272.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

MOLINA, LUIS A.                                                             UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                       ☑ Contingent
ROCHESTER NY 14607                                    ☑ Unliquidated
                                                      ☑ Disputed

**Date or dates debt was incurred**                   **Basis for the claim:**

VARIOUS                                               CIVIL ACTION NO. 6:15-CV-06742
                                                      PENDING LITIGATION
**Last 4 digits of account number:**

                                                      **Is the claim subject to offset?**
                                                      ☑ No
                                                      ☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

---

3.1273.   **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        **Amount of claim**
                                                                     *Check all that apply.*
           MOLINA, LUIS ALEXANDER                                                                                 UNDETERMINED
           J. NELSON THOMAS THOMAS & SOLOMON LLP                     ☑ Contingent
           693 EAST AVENUE
           ROCHESTER NY 14607                                        ☑ Unliquidated

                                                                     ☑ Disputed
           **Date or dates debt was incurred**                      **Basis for the claim:**

           VARIOUS                                                   CIVIL ACTION NO. 6:15-CV-06742
                                                                     PENDING LITIGATION
           **Last 4 digits of account number:**
                                                                     **Is the claim subject to offset?**

                                                                     ☑ No

                                                                     ☐ Yes

---

3.1274.   **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        **Amount of claim**
                                                                     *Check all that apply.*
           MOMENTFEED INC                                                                                         $10,078.32
           1540 2ND STREET, 3RD FLOOR                                ☐ Contingent
           SANTA MONICA CA 90401
                                                                     ☐ Unliquidated

                                                                     ☐ Disputed
           **Date or dates debt was incurred**                      **Basis for the claim:**

           VARIOUS                                                   TRADE ACCOUNTS PAYABLE

           **Last 4 digits of account number:**                     **Is the claim subject to offset?**

                                                                     ☑ No

                                                                     ☐ Yes

---

3.1275.   **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        **Amount of claim**
                                                                     *Check all that apply.*
           MONACO, DIANE                                                                                          UNDETERMINED
           J. NELSON THOMAS THOMAS & SOLOMON LLP                     ☑ Contingent
           693 EAST AVENUE
           ROCHESTER NY 14607                                        ☑ Unliquidated

                                                                     ☑ Disputed
           **Date or dates debt was incurred**                      **Basis for the claim:**

           VARIOUS                                                   CIVIL ACTION NO. 6:15-CV-06742
                                                                     PENDING LITIGATION
           **Last 4 digits of account number:**
                                                                     **Is the claim subject to offset?**

                                                                     ☑ No

                                                                     ☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

3.1276.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
                                                                      *Check all that apply.*

MONACO, DIANE                                                         ☑ Contingent                              UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                                       ☑ Unliquidated
ROCHESTER NY 14607                                                    ☑ Disputed

**Date or dates debt was incurred**                                  **Basis for the claim:**

VARIOUS                                                              CIVIL ACTION NO. 6:15-CV-06742
                                                                     PENDING LITIGATION
**Last 4 digits of account number:**
                                                                     **Is the claim subject to offset?**

                                                                     ☑ No
                                                                     ☐ Yes

3.1277.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
                                                                      *Check all that apply.*

MONROE, JEFFERY ALLEN                                                ☑ Contingent                              UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                                       ☑ Unliquidated
ROCHESTER NY 14607                                                    ☑ Disputed

**Date or dates debt was incurred**                                  **Basis for the claim:**

VARIOUS                                                              CIVIL ACTION NO. 6:15-CV-06742
                                                                     PENDING LITIGATION
**Last 4 digits of account number:**
                                                                     **Is the claim subject to offset?**

                                                                     ☑ No
                                                                     ☐ Yes

3.1278.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
                                                                      *Check all that apply.*

MONTESINOS, EDUARDO                                                  ☑ Contingent                              UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                                       ☑ Unliquidated
ROCHESTER NY 14607                                                    ☑ Disputed

**Date or dates debt was incurred**                                  **Basis for the claim:**

VARIOUS                                                              CIVIL ACTION NO. 6:15-CV-06742
                                                                     PENDING LITIGATION
**Last 4 digits of account number:**
                                                                     **Is the claim subject to offset?**

                                                                     ☑ No
                                                                     ☐ Yes

Debtor   **MAC ACQUISITION LLC**                                           Case number *(if known)* **17-12224**

| 3.1279. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1279.

**Nonpriority creditor's name and mailing address**

MONTGOMERY, HANNAH MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1280.

**Nonpriority creditor's name and mailing address**

MONTOTO, MARILYN THERESA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1281.

**Nonpriority creditor's name and mailing address**

MOORE, AMBER ARIELE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                           Case number *(if known)* **17-12224**

---

3.1282.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

MOORE, APRIL MARIE                                                                                          UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                        ☑ Unliquidated

                                          ☑ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                   CIVIL ACTION NO. 6:15-CV-06742
                                          PENDING LITIGATION
**Last 4 digits of account number:**

                                          **Is the claim subject to offset?**

                                          ☑ No

                                          ☐ Yes

---

3.1283.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

MOORE, BRENDON                                                                                             UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                        ☑ Unliquidated

                                          ☑ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                   CIVIL ACTION NO. 6:15-CV-06742
                                          PENDING LITIGATION
**Last 4 digits of account number:**

                                          **Is the claim subject to offset?**

                                          ☑ No

                                          ☐ Yes

---

3.1284.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

MOORE, JAMES KEVIN                                                                                         UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                        ☑ Unliquidated

                                          ☑ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                   CIVIL ACTION NO. 6:15-CV-06742
                                          PENDING LITIGATION
**Last 4 digits of account number:**

                                          **Is the claim subject to offset?**

                                          ☑ No

                                          ☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1285. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1285.

**Nonpriority creditor's name and mailing address**

MOORE, JANA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1286.

**Nonpriority creditor's name and mailing address**

MOORE, JENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1287.

**Nonpriority creditor's name and mailing address**

MOORE, MATTHEW RYAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.1288. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1288.

**Nonpriority creditor's name and mailing address**

MOORE, TELAE MONET
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1289.

**Nonpriority creditor's name and mailing address**

MOORE, TELAE MONE'T
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1290.

**Nonpriority creditor's name and mailing address**

MORALES, FRANCISA
ZACHARY M BEST

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

---

3.1291.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

**Nonpriority creditor's name and mailing address**

MORALES-SUAREZ, DANIELLA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1292.  **Nonpriority creditor's name and mailing address**

MORALES-SUAREZ, DANIELLA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1293.  **Nonpriority creditor's name and mailing address**

MORALEZ, FRANCISCA
166035 MISSION LAW FIRM, A.P.C. ZACHARY M. BEST
332 N. SECOND STREET
SAN JOSE CA 95112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ADA PUBLIC ACCOMMODATIONS CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.1294. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MORARU, NELLIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1295. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MORIAH INVESTMENTS LLC
BRIAN ARTZER
11409 BUSINESS PK CIR STE 300
FIRESTONE CO 80504

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1296. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MORONES, ALEX

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

---

| 3.1297. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.1297.   **Nonpriority creditor's name and mailing address**

MORRELL, DANIEL ALEXANDER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1298.   **Nonpriority creditor's name and mailing address**

MORRIS, LAURIE CATHERINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1299.   **Nonpriority creditor's name and mailing address**

MORRIS, RACHEL KELLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1300. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1300.

**Nonpriority creditor's name and mailing address**

MORT, DEBRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1301.

**Nonpriority creditor's name and mailing address**

MORT, DEBRA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1302.

**Nonpriority creditor's name and mailing address**

MOSS DEVELOPMENT, DBA ONE MAN & A
TOOLBOX
201 BEACON PARKWAY WEST
SUITE 102
BIRMINGHAM AL 35209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$274.49

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.1303. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1303.

**Nonpriority creditor's name and mailing address**

MOUNTAIN SALES & SERVICE INC.
6759 E 50TH AVENUE
COMMERCE CITY CO 80022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$175.21

---

3.1304.

**Nonpriority creditor's name and mailing address**

MOYE, JAMILA SAUDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1305.

**Nonpriority creditor's name and mailing address**

MR. ROOTER PLUMBING
1300 GRAVES AVENUE
OXNARD CA 93030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$187.50

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 443 of 698

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

3.1306.  **Nonpriority creditor's name and mailing address**

MRABET, MAMOUN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Amount of claim |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1307.  **Nonpriority creditor's name and mailing address**

MS INLAND FUND LLC
RPAI SOUTHWEST MANAGEMENT LLC
PRESIDENT OF PROPERTY MANAGEMENT
NIALL BYRNE
2021 SPRING RD STE 200
OAK BROOK IL 60523

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Amount of claim |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1308.  **Nonpriority creditor's name and mailing address**

MUENZNER, KRISTA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Amount of claim |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.1309. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MULHARE, NICOLLE RAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MULHARE, NICOLLE RAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1311. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MULLINS, RAYMOND

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

**3.1312.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

MUNRO, JACOB
705 FOLIAGE COURT
MADISONVILLE LA 70447

$58.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1313.** **Nonpriority creditor's name and mailing address**

MUNRO-EBERLY, KIRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1314.** **Nonpriority creditor's name and mailing address**

MUNSEY, KATIE MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

---

3.1315.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
          MURGA, LUIS MIGUEL                                       *Check all that apply.*
          J. NELSON THOMAS THOMAS & SOLOMON LLP                    ☑ Contingent                                  UNDETERMINED
          693 EAST AVENUE                                          ☑ Unliquidated
          ROCHESTER NY 14607                                       ☑ Disputed

          **Date or dates debt was incurred**                      **Basis for the claim:**

          VARIOUS                                                  CIVIL ACTION NO. 6:15-CV-06742
                                                                   PENDING LITIGATION
          **Last 4 digits of account number:**
                                                                   **Is the claim subject to offset?**
                                                                   ☑ No
                                                                   ☐ Yes

3.1316.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
          MURPHY, AMANDA                                           *Check all that apply.*
          J. NELSON THOMAS THOMAS & SOLOMON LLP                    ☑ Contingent                                  UNDETERMINED
          693 EAST AVENUE                                          ☑ Unliquidated
          ROCHESTER NY 14607                                       ☑ Disputed

          **Date or dates debt was incurred**                      **Basis for the claim:**

          VARIOUS                                                  CIVIL ACTION NO. 6:15-CV-06742
                                                                   PENDING LITIGATION
          **Last 4 digits of account number:**
                                                                   **Is the claim subject to offset?**
                                                                   ☑ No
                                                                   ☐ Yes

3.1317.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
          MURPHY, DALE                                             *Check all that apply.*
                                                                   ☑ Contingent                                  UNDETERMINED
                                                                   ☑ Unliquidated
                                                                   ☑ Disputed

          **Date or dates debt was incurred**                      **Basis for the claim:**

          VARIOUS                                                  GENERAL LIABILITY CLAIMS

          **Last 4 digits of account number:**                     **Is the claim subject to offset?**
                                                                   ☑ No
                                                                   ☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

---

3.1318.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
                                                                   *Check all that apply.*

MURPHY, DANIEL B.                                                                                                 UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent
693 EAST AVENUE                                ☑ Unliquidated
ROCHESTER NY 14607                             ☑ Disputed

**Date or dates debt was incurred**           **Basis for the claim:**

VARIOUS                                        CIVIL ACTION NO. 6:15-CV-06742
                                               PENDING LITIGATION
**Last 4 digits of account number:**

                                               **Is the claim subject to offset?**
                                               ☑ No
                                               ☐ Yes

---

3.1319.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
                                                                   *Check all that apply.*

MURPHY, SUMAR DAWN                                                                                                UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent
693 EAST AVENUE                                ☑ Unliquidated
ROCHESTER NY 14607                             ☑ Disputed

**Date or dates debt was incurred**           **Basis for the claim:**

VARIOUS                                        CIVIL ACTION NO. 6:15-CV-06742
                                               PENDING LITIGATION
**Last 4 digits of account number:**

                                               **Is the claim subject to offset?**
                                               ☑ No
                                               ☐ Yes

---

3.1320.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
                                                                   *Check all that apply.*

MURPHY, SUSAN                                                                                                     UNDETERMINED
                                               ☑ Contingent
                                               ☑ Unliquidated
                                               ☑ Disputed

**Date or dates debt was incurred**           **Basis for the claim:**

VARIOUS                                        GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                               ☑ No
                                               ☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1321. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MURPHY, SUSAN MARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1322. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MURRAY, JOHN STEPHEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1323. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MUSGRAVE LANDSCAPING
369 ALAMEDA PKWY
ARNOLD MD 21012

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,460.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.1324. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1324.

**Nonpriority creditor's name and mailing address**

MVP INVESTMENTS, L.L.C
MICHAEL K. AVERY, ESQ. MCAFEE & TAFT PC
211 NORTH ROBINSON
10TH FLOOR, TWO LEADERSHIP SQUARE
OKLAHOMA CITY OK 73102-7101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CASE NO. CJ-2017-4433 PENDING REAL
ESTATE LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1325.

**Nonpriority creditor's name and mailing address**

MWBS LLC
DBA BACKFLOW TECHNOLOGIES
835 W WARNER RD STE 101-421
GILBERT AZ 85223

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$407.70

---

3.1326.

**Nonpriority creditor's name and mailing address**

MYERS, VICTORIA ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

**3.1327.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

MYERS-BRIGGER, LAVONNE

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1328.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

MYRICK-GIGANDET, CYNTHIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1329.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NACIF, JESSICA MARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 Page 451 of 698

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

3.1330.    **Nonpriority creditor's name and mailing address**

NATIONAL RESTAURANT SUPPLY CO
2513 COMANCHE ROAD NE
ALBUQUERQUE NM 87107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $78.82 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1331.    **Nonpriority creditor's name and mailing address**

NATIONAL SERVICE CENTER
39360 TREASURY CENTER
CHICAGO IL 60694

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $7,573.25 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1332.    **Nonpriority creditor's name and mailing address**

NATIONAL WHOLESALE SUPPLY INC.
PO BOX 54007
DALLAS TX 75354

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $42,002.16 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1333. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

NAVEX GLOBAL INC.
PO BOX 60941
CHARLOTTE NC 28260

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$25,082.66

---

3.1334.    **Nonpriority creditor's name and mailing address**

NC GREEN HEAT
9932 ADLIE DRIVE
DBA NC GREEN HEAT
WAKE FOREST NC 27587

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$573.79

---

3.1335.    **Nonpriority creditor's name and mailing address**

NCR CORPORATION
PO BOX 198755
ATLANTA GA 30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$465,598.99

---

| | |
|---|---|
| Debtor **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |

3.1336.

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| NEAL, JR., PRESSLEY CHARLES<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

3.1337.

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| NEELY, SHANNON NICOLE<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

3.1338.

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| NEGOTIUM TECHNOLOGIES CORP<br>980 NINTH ST, 16TH FLOOR<br>PMB 1626<br>SACRAMENTO CA 95814 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,437.50 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

3.1339.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   | **Amount of claim** |

NELSON, EMILY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1340.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   | **Amount of claim** |

NEMIRE, MARGARET
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1341.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   | **Amount of claim** |

NERBOVIG, LAUREN HEATHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

3.1342.  **Nonpriority creditor's name and mailing address**

NERBOVIG, LAUREN HEATHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1343.  **Nonpriority creditor's name and mailing address**

NESTICO, MICHAEL V.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1344.  **Nonpriority creditor's name and mailing address**

NESTOR, LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

---

3.1345.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

NESTOR, LAUREN KIRK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1346.  **Nonpriority creditor's name and mailing address**

NEW MILLENIUM UPHOLSTERY INC.
10568 MAGNOLIA AVE #121
ANAHEIM CA 92804

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,190.00

---

3.1347.  **Nonpriority creditor's name and mailing address**

NEWBILL, KRISTEN NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

---

3.1348. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NEWBORN, TONI LACADA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1349. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NEWELL, HAYLEY ROSE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1350. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NFC LLC
THOMAS AND MACK DEVELOPMENT GROUP
NICOLA B FRYATT LEASING MANAGER
7181 AMIGO ST STE 100
LAS VEGAS NV 89119

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1351. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1351.  **Nonpriority creditor's name and mailing address**

NGO, RICKY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1352.  **Nonpriority creditor's name and mailing address**

NICHOLAS & COMPANY INC
PO BOX 45005
SALT LAKE CITY UT 84145

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,108.42

---

3.1353.  **Nonpriority creditor's name and mailing address**

NICHOLS, RHONDA ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.1354. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.1354.** | **Nonpriority creditor's name and mailing address**

NICHOLSON, BRANDON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1355.** | **Nonpriority creditor's name and mailing address**

NIETO TECHNOLOGY PARTNERS LLC
20714 SLEEP HOLLOW LANE
SPRING TX 77388

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$52,135.37

---

**3.1356.** | **Nonpriority creditor's name and mailing address**

NOAH, BRADLEY ADAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                              Case number *(if known)* **17-12224**

3.1357.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

NOFEL, AMANDA LEIGH                                                                             UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP         ☑ Contingent
693 EAST AVENUE                               ☑ Unliquidated
ROCHESTER NY 14607                            ☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       CIVIL ACTION NO. 6:15-CV-06742
                                              PENDING LITIGATION
**Last 4 digits of account number:**

                                              **Is the claim subject to offset?**
                                              ☑ No
                                              ☐ Yes

3.1358.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

NONNEMACHER, BRIAN A.                                                                           UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP         ☑ Contingent
693 EAST AVENUE                               ☑ Unliquidated
ROCHESTER NY 14607                            ☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       CIVIL ACTION NO. 6:15-CV-06742
                                              PENDING LITIGATION
**Last 4 digits of account number:**

                                              **Is the claim subject to offset?**
                                              ☑ No
                                              ☐ Yes

3.1359.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

NORRIS, GLORIS                                                                                  UNDETERMINED
                                              ☑ Contingent
                                              ☑ Unliquidated
                                              ☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**
                                              ☑ No
                                              ☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                                Case number *(if known)* **17-12224**

3.1360.    **Nonpriority creditor's name and mailing address**

NORRIS, SHENISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1361.    **Nonpriority creditor's name and mailing address**

NORRIS, SHENISE NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1362.    **Nonpriority creditor's name and mailing address**

NORTH LANDING FIREWOOD AND HAULING
INC.
PO BOX 56286
VIRGINIA BEACH VA 23456

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$180.00

Debtor **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1363. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1363.

**Nonpriority creditor's name and mailing address**

NORTH RAINBOW BOULEVARD HOLDINGS
INTEGRIS REALTY SVC
6440 SKY POINTE DR 140175
LAS VEGAS NV 89131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1364.

**Nonpriority creditor's name and mailing address**

NORTON CREATIVE LLC
9434 OLD KATY RD, STE. 400
HOUSTON TX 77055

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$31,855.50

---

3.1365.

**Nonpriority creditor's name and mailing address**

NOVA ASSOCIATES INC
DBA NOVA 401(K) ASSOCIATES
10777 NORTHWEST FWY
HOUSTON TX 77092

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$819.00

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

---

**3.1366.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NUCO2 INC
PO BOX 9011
STUART FL 34995

☐ Contingent
☐ Unliquidated
☐ Disputed

$39,530.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1367.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NUGENT, BOBBI JO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1368.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NULITE INC
PO BOX 1017
POWAY CA 92074

☐ Contingent
☐ Unliquidated
☐ Disputed

$926.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                           Case number *(if known)* **17-12224**

---

**3.1369.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NUZUM, LATASHA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1370.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

OAKES, JEFFREY JAY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1371.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

O'BRIEN, ERIC
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.1372. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.1372. **Nonpriority creditor's name and mailing address**

OBRIEN, JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1373. **Nonpriority creditor's name and mailing address**

OBRIEN, ROSALIND B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1374. **Nonpriority creditor's name and mailing address**

O'BRIEN, SARAH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

3.1375.  **Nonpriority creditor's name and mailing address**

O'CONNELL, MARIE FRANCES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1376.  **Nonpriority creditor's name and mailing address**

ODAY, ANNA GRACE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1377.  **Nonpriority creditor's name and mailing address**

OGLETHORPE MALL LLC
GGP
HOWARD SIGAL VP AND SR ASSOCIATE GC
110 N WACKER DR
CHICAGO IL 60606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

---

| 3.1378. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OGLETREE DEAKINGS NASH SMOAK &
STEWART PC
PO BOX 89
COLUMBIA SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

$193,568.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1379. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OGUIS, WILFREDO

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM - NO.
4630788

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1380. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OHIO LOGOS INC
4384 TULLER ROAD
DUBLIN OH 43017

☒ Contingent
☒ Unliquidated
☒ Disputed

$2,365.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

---

3.1381.   **Nonpriority creditor's name and mailing address**

OHMIE, SAMANTHA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1382.   **Nonpriority creditor's name and mailing address**

OLIVER, KEITH GARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1383.   **Nonpriority creditor's name and mailing address**

OLIVER, SHANE ALTON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | |
|---|---|
| 3.1384. | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

OLSAVSKY, HOLLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1385.    **Nonpriority creditor's name and mailing address**

OLSON, DENNIS JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1386.    **Nonpriority creditor's name and mailing address**

OLSON, VAWNEE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
|---|---|---|

**3.1387.** **Nonpriority creditor's name and mailing address**

ONDEVILLA, THELMA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1388.** **Nonpriority creditor's name and mailing address**

O'NEILL, CATHERINE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1389.** **Nonpriority creditor's name and mailing address**

O'NEILL, ZANETA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISLION LLC**                                                    Case number *(if known)* **17-12224**

---

**3.1390.[1]**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   **Amount of claim**
                                                                *Check all that apply.*

ONLINE GIFT CARDS                                              ☑ Contingent                               $4,650.79
26 BROADWAY
24TH FLOOR                                                    ☑ Unliquidated
NEW YORK NY 10004                                            ☑ Disputed

**Date or dates debt was incurred**                           **Basis for the claim:**

 VARIOUS                                                      ONLINE GIFT CARDS

**Last 4 digits of account number:**                          **Is the claim subject to offset?**

**[1] Liability to unknown persons in amount**                ☑ No

**of issued and outstanding gift cards.**                     ☐ Yes

---

**3.1391.**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   **Amount of claim**
                                                                *Check all that apply.*

OPRY MILLS MALL LIMITED PARTNERSHIP                           ☑ Contingent                               UNDETERMINED
C O MS MANAGEMENT ASSOCIATES INC
MIKE FREESE ASST GENERAL COUNSEL                              ☑ Unliquidated
225 WEST WASHINGTON ST                                       ☑ Disputed
INDIANAPOLIS IN 46204

**Date or dates debt was incurred**                           **Basis for the claim:**

VARIOUS                                                       LANDLORD CLAIM

**Last 4 digits of account number:**                          **Is the claim subject to offset?**

                                                              ☑ No

                                                              ☐ Yes

---

**3.1392.**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   **Amount of claim**
                                                                *Check all that apply.*

OPTIMUM 07870 453342 02                                       ☐ Contingent                               $211.16
PO BOX 371378
PITTSBURG PA 15250                                           ☐ Unliquidated
                                                              ☐ Disputed

**Date or dates debt was incurred**                           **Basis for the claim:**

VARIOUS                                                       TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**                          **Is the claim subject to offset?**

                                                              ☑ No

                                                              ☐ Yes

Debtor   **MAC ACQUISITION LLC**                                                     Case number *(if known)* **17-12224**

| 3.1393. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | OPTIMUM 07870 455105 02<br>PO BOX 371378<br>PITTSBURGH PA 15250 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $115.58 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1394. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | OPTIMUM CARD SOLUTIONS LLC<br>855 S FIENE DRIVE<br>ADDISON IL 60101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $141.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1395. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ORDEN, RACHEL<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

**3.1396.**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

ORDONEZ BROTHERS FIREWOOD    ☐ Contingent    $670.00
14638 LUFTHANSA CIRCLE
CHANTILLY VA 22151    ☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.1397.**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

ORSIE, RACHEL ELISABETH    ☒ Contingent    UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE    ☒ Unliquidated
ROCHESTER NY 14607    ☒ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.1398.**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

ORSINI-WOLFGANG, MADISON    ☒ Contingent    UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE    ☒ Unliquidated
ROCHESTER NY 14607    ☒ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.1399. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.1399.**

**Nonpriority creditor's name and mailing address**

ORTEGA, CHRISTIAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1400.**

**Nonpriority creditor's name and mailing address**

ORTIZ'S SERVICES
14353 CAMINATA TAUGUS
SAN DIEGO CA 92129

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$800.00

---

**3.1401.**

**Nonpriority creditor's name and mailing address**

OSKADA UPHOLSTERY AND SEW
11300 COLOMA RD, STE. B8
C/O KAREN MARTINEZ GUENDULAN
GOLD RIVER CA 95670

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,090.00

---

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

3.1402.   **Nonpriority creditor's name and mailing address**

OSORIO, PEARL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1403.   **Nonpriority creditor's name and mailing address**

OVERBY, MICHAEL A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1404.   **Nonpriority creditor's name and mailing address**

OVERBY, MICHAEL A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.1405. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OVERMAN-ROMERO, GUILBER A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1406. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OVIEDO, ROSA M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1407. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OXFORD VALLEY RD ASSOCIATES LP
350 SENTRY PKWY
BLDG 630 STE 300
BLUE BELL PA 19422

☐ Contingent
☐ Unliquidated
☐ Disputed

$31,975.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
|---|---|---|

**3.1408.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| OXFORD VALLEY ROAD ASSOCIATES<br>KURTZMAN STEADY LLC<br>JEFFREY KURTZMAN ESQ<br>401 S 2ND ST<br>PHILADELPHIA PA 19147 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LANDLORD CLAIM | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.1409.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| PAC - ACH (SUPPLY)<br>FILE 916241 PO BOX 961094<br>FORT WORTH TX 76161 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40,988.92 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE ACCOUNTS PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.1410.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| PACE, CHELSIE D.<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **MAC ACQUISITION LLC**                                             Case number *(if known)* **17-12224**

| 3.1411. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

PACHECO, BRANDON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1412. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

PACIFIC REFRIGERATION UNLIMITED
P.O BOX 1557
TACOMA WA 98401-1557

☐ Contingent
☐ Unliquidated
☐ Disputed

$764.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1413. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

PALMER, ALISON V.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

3.1414.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
                                                                   *Check all that apply.*

PALMER, KATHLEEN J.
J. NELSON THOMAS THOMAS & SOLOMON LLP                              ☑ Contingent                                    UNDETERMINED
693 EAST AVENUE
ROCHESTER NY 14607                                                 ☑ Unliquidated

                                                                   ☑ Disputed

**Date or dates debt was incurred**                               **Basis for the claim:**

VARIOUS                                                            CIVIL ACTION NO. 6:15-CV-06742
                                                                   PENDING LITIGATION
**Last 4 digits of account number:**

                                                                   **Is the claim subject to offset?**

                                                                   ☑ No

                                                                   ☐ Yes

3.1415.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
                                                                   *Check all that apply.*

PAMELL, SYLVIA RUTH DAMIN
J. NELSON THOMAS THOMAS & SOLOMON LLP                              ☑ Contingent                                    UNDETERMINED
693 EAST AVENUE
ROCHESTER NY 14607                                                 ☑ Unliquidated

                                                                   ☑ Disputed

**Date or dates debt was incurred**                               **Basis for the claim:**

VARIOUS                                                            CIVIL ACTION NO. 6:15-CV-06742
                                                                   PENDING LITIGATION
**Last 4 digits of account number:**

                                                                   **Is the claim subject to offset?**

                                                                   ☑ No

                                                                   ☐ Yes

3.1416.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
                                                                   *Check all that apply.*

PAPPAS LAGUNA NO 2 LP
JOHN PAPPAS LOUIS J PAPPAS                                         ☑ Contingent                                    UNDETERMINED
2020 L ST 5TH FL
SACRAMENTO CA 95811                                                ☑ Unliquidated

                                                                   ☑ Disputed

**Date or dates debt was incurred**                               **Basis for the claim:**

VARIOUS                                                            LANDLORD CLAIM

**Last 4 digits of account number:**

                                                                   **Is the claim subject to offset?**

                                                                   ☑ No

                                                                   ☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

---

3.1417.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

PARENZAN, KIMBERLY ANNETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1418.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

PARKER, KIMBERLY DENISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1419.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

PARKER, MICHAEL ANTHONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1420. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

PARKS, BRIAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1421. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

PARNASS, MOSES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1422. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

PARSONS, AIMEE SUE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor **MAC ACQUISITION LLC** | | Case number *(if known)* **17-12224** |

**3.1423.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- |
| PARTICIA WAHL LAPAN AS TRUSTEE OF THE PATRCIA LAPAN LIVING TRUST PURSUANT TO THE DECLATRATION OF TRUST DTD 04/15/94 WHICH TRUST WAS REST ON OR ABOUT 03/16/05 AN AZ TR PATRICIA WAHL LAPAN 6363 CHRISTIE AVE 2925 EMERYVILLE CA 94608 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.1424.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- |
| PAUL, JAMES F. J. NELSON THOMAS THOMAS & SOLOMON LLP 693 EAST AVENUE ROCHESTER NY 14607 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742 PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.1425.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- |
| PAUL, JANET-ASHLEY MARIE J. NELSON THOMAS THOMAS & SOLOMON LLP 693 EAST AVENUE ROCHESTER NY 14607 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742 PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                 Case number *(if known)* **17-12224**

---

**3.1426.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|

Nonpriority creditor's name and mailing address

PAUL, JANET-ASHLEY MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1427.**

Nonpriority creditor's name and mailing address

PAYTRONIX SYSTEMS INC
80 BRIDGE STREET STREET
NEWTON MA 02458

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,097.10

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1428.**

Nonpriority creditor's name and mailing address

PAZ, SILVIA TERESA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1429. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.1429.

**Nonpriority creditor's name and mailing address**

PAZ, SILVIA TERESA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1430.

**Nonpriority creditor's name and mailing address**

PELSHAW, BRANDON JOSEPH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1431.

**Nonpriority creditor's name and mailing address**

PELSHAW, BRANDON JOSEPH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

---

**3.1432.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

PERFECT PLUMBING SEWER & DRAIN INC.
40250 MOUND ROAD
STERLING HEIGHTS MI 48310

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$180.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.1433.**

**Nonpriority creditor's name and mailing address**

PERFORMANCE AIR MECHANICAL, INC.
3720 PARK CENTRAL BLVD NORTH
POMPANO BEACH FL 33064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$8,505.83

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.1434.**

**Nonpriority creditor's name and mailing address**

PERRY, KIONA PEARLA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

3.1435.   **Nonpriority creditor's name and mailing address**

PERSONETT, TYLEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1436.   **Nonpriority creditor's name and mailing address**

PETERSON, MELISSA JEANNE MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1437.   **Nonpriority creditor's name and mailing address**

PETTUS, JADE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| 3.1438. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PFP TEMECULA REAL ESTATE HOLDINGS LLC
MEISSNER JACQUET COMMERCIAL REAL
ESTATE SVC
LYSLIE J BROOKS REAL ESTATE MANAGER
4995 MURPHY CANYON RD STE 100
SAN DIEGO CA 92122

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1439. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PHILBROOK AVENUE ASSOC LLC
PO BOX 0853
BRATTLEBORO VT 05302-0853

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,906.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1440. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PHILLIPS, JEFFREY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                                    Case number *(if known)* **17-12224**

**3.1441.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PICARIELLO, LADONNA MICHELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1442.** **Nonpriority creditor's name and mailing address**

PICASSO PLUMBING INC.
3135 VERDUGO ROAD
LOS ANGELES CA 90065

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$189.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1443.** **Nonpriority creditor's name and mailing address**

PIERCE, ELISE M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

3.1444.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

PIERCE, ELISE MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1445.  **Nonpriority creditor's name and mailing address**

PIERCE, JESSICA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1446.  **Nonpriority creditor's name and mailing address**

PIERCE, NICHOLAS SEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| | | |
|---|---|---|

**3.1447.**  **Nonpriority creditor's name and mailing address**

PIETRANGOLARE, MICHELLE ROSE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1448.**  **Nonpriority creditor's name and mailing address**

PIETRUSZKA, MORGAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1449.**  **Nonpriority creditor's name and mailing address**

PINEDA, BEAU GIRARD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

---

**3.1450.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PIONEER REAL ESTATE DEVELOPMENT
DENNIS TATE VICE-PRESIDENT
742 PEACHOID RD
GAFFNEY SC 29341

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1451.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PIPEMASTER PLUMBING & IRRIGATION INC
1814 BRANCHWATER TRAIL
ORLANDO FL 32825

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$585.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1452.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PITTS, TIFFANY ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.1453. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PIZZO, HANNAH JESSIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1454.

**Nonpriority creditor's name and mailing address**

PK II EL CANINO NORTH LP
KIMCO REALTY CORP
MORTGAGE DEPT
333 NEW HYDE PK RD SUIT 100
NEW HYDE PARK NY 11042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1455.

**Nonpriority creditor's name and mailing address**

PLAINFIELD FRUIT & PRODUCE CO
82 EXECUTIVE AVE
EDISON NJ 08817

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,685.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.1456. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

PLANCICH, AIDA MARIANA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1457. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

PLAYERLYNC, LLC
9085 E. MINERAL CIR
#160
ENGLEWOOD CO 80112

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,002.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1458. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

PLUMBLING LOGICS
46310 BLACK SPRUCE LANE
PARKER CO 80138

☐ Contingent
☐ Unliquidated
☐ Disputed

$488.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1459. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1459.

**Nonpriority creditor's name and mailing address**

PLUMMER, LYNNE ROXANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1460.

**Nonpriority creditor's name and mailing address**

PLUMMER, QUINN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1461.

**Nonpriority creditor's name and mailing address**

PODOJIL, MORGAN B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

3.1462.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      | **Amount of claim** |
*Check all that apply.*

POFF, THERESA E.                                                                     UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                       ☑ Contingent
ROCHESTER NY 14607                                    ☑ Unliquidated
                                                      ☑ Disputed

**Date or dates debt was incurred**                   **Basis for the claim:**

VARIOUS                                               CIVIL ACTION NO. 6:15-CV-06742
                                                      PENDING LITIGATION
**Last 4 digits of account number:**
                                                      **Is the claim subject to offset?**
                                                      ☑ No
                                                      ☐ Yes

---

3.1463.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      | **Amount of claim** |
*Check all that apply.*

POLIDORO, JESSICA ANN                                                                UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                       ☑ Contingent
ROCHESTER NY 14607                                    ☑ Unliquidated
                                                      ☑ Disputed

**Date or dates debt was incurred**                   **Basis for the claim:**

VARIOUS                                               CIVIL ACTION NO. 6:15-CV-06742
                                                      PENDING LITIGATION
**Last 4 digits of account number:**
                                                      **Is the claim subject to offset?**
                                                      ☑ No
                                                      ☐ Yes

---

3.1464.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      | **Amount of claim** |
*Check all that apply.*

POLLARD, BRITTANY                                                                    UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                       ☑ Contingent
ROCHESTER NY 14607                                    ☑ Unliquidated
                                                      ☑ Disputed

**Date or dates debt was incurred**                   **Basis for the claim:**

VARIOUS                                               CIVIL ACTION NO. 6:15-CV-06742
                                                      PENDING LITIGATION
**Last 4 digits of account number:**
                                                      **Is the claim subject to offset?**
                                                      ☑ No
                                                      ☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1465. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

POLSINELLI PC
900 W 84TH PLACE
KANSAS CITY MO 64112

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,421.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1466. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

POMIANOWSKI, MATTHEW THOMAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1467. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PONTECORVO, DANIELLA D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                                    Case number *(if known)* **17-12224**

| 3.1468. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

POOLE, BOBBIE SUSAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1469. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

POOLE, RICHARD M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1470. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PORTER HEDGES LLP
PO BOX 4346
DEPT 510
HOUSTON TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,630.74

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1471. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.1471.**

**Nonpriority creditor's name and mailing address**

PORTER, JUSTIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1472.**

**Nonpriority creditor's name and mailing address**

POSCH, MICHAEL J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1473.**

**Nonpriority creditor's name and mailing address**

POST, POLAK, GOODSELL & STRAUCHLER, P.A.
425 EAGLE ROCK AVENUE, SUITE 200
ROSELAND NJ 07068

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,002.33

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

3.1474.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

POWELL, JOSHUA
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent          UNDETERMINED
693 EAST AVENUE
ROCHESTER NY 14607          ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS          CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.1475.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

POWELL, SCHERIL MURRAY
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent          UNDETERMINED
693 EAST AVENUE
ROCHESTER NY 14607          ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS          CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.1476.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

POWERS, AARON REAGH
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent          UNDETERMINED
693 EAST AVENUE
ROCHESTER NY 14607          ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS          CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |

---

3.1477. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

PPF RTL ROSEDALE SHOPPING CENTER LLC
100 S 5TH STR #1075
MINNEAPOLIS MN 55402

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CASE NO. 62-CV-17-2961 PENDING REAL ESTATE LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1478. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

PRECISION APPLIANCE OF FLA INC
2414 MERCHANT AVENUE
ODESSA FL 33556

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,511.94

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1479. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

PREFERRED PLUMBING & DRAIN
3437 MYRTLE AVE STE 440
NORTH HIGHLANDS CA 95660

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| 3.1480. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PREMIER FACILITIES REMODEL AND REPAIR
28 ASTON COURT
OWINGS MILLS MD 21117

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,635.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1481. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PREMIER PATIO HTG SPECS LLC
PO BOX 6470
DBA PREMIER CYLINDER EXCHANGE
OCEANSIDE CA 92052

☐ Contingent
☐ Unliquidated
☐ Disputed

$80.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1482. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRESSURE TECH PROPERTY SERVICES
811 WEST 19TH STREET #980
COSTA MESA CA 92627

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

| 3.1483. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |

**3.1483.**

**Nonpriority creditor's name and mailing address**

PRESTO PEST CONTROL INC
PO BOX 495
SELLERSVILLE PA 18960

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$402.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1484.**

**Nonpriority creditor's name and mailing address**

PRIER, GEORGIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1485.**

**Nonpriority creditor's name and mailing address**

PRO REFRIGERATION INC
13089 PEYTON DRIVE
STE. C152
CHINO HILLS CA 91709

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,860.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

**3.1486.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PROSERVE FIRE SYSTEMS, INC.
221 TECHNOLOGY PARK LANE
FUQUAY VARINA NC 27526

☐ Contingent
☐ Unliquidated
☐ Disputed

$927.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1487.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PROTECT-A-COTE, INC
5801 HARVARD AVE
CLEVELAND OH 44105

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1488.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PRPICH, DANNA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

| 3.1489. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRUDENTIAL INSURANCE CO OF AMERICA
CARLY MILLER
7 GIRALDA FARMS
MADISON NJ 07940

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

| 3.1490. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PUGA, KATRINA NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

| 3.1491. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PULLEY, RYAN JOSEPH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

3.1492.  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
Check all that apply.

PURSELL, MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP                              ☒ Contingent                                     UNDETERMINED
693 EAST AVENUE
ROCHESTER NY 14607                                                ☒ Unliquidated

                                                                  ☒ Disputed

**Date or dates debt was incurred**                               **Basis for the claim:**

VARIOUS                                                           CIVIL ACTION NO. 6:15-CV-06742
                                                                  PENDING LITIGATION
**Last 4 digits of account number:**
                                                                  **Is the claim subject to offset?**

                                                                  ☒ No

                                                                  ☐ Yes

---

3.1493.  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
Check all that apply.

PYE-BARKER FIRE & SAFETY, LLC                                     ☐ Contingent                                     $3,396.64
200 MACY DR
ROSWELL GA 30076                                                  ☐ Unliquidated

                                                                  ☐ Disputed

**Date or dates debt was incurred**                               **Basis for the claim:**

VARIOUS                                                           TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**                              **Is the claim subject to offset?**

                                                                  ☒ No

                                                                  ☐ Yes

---

3.1494.  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
Check all that apply.

PYLE, SUSAN
J. NELSON THOMAS THOMAS & SOLOMON LLP                             ☒ Contingent                                     UNDETERMINED
693 EAST AVENUE
ROCHESTER NY 14607                                                ☒ Unliquidated

                                                                  ☒ Disputed

**Date or dates debt was incurred**                               **Basis for the claim:**

VARIOUS                                                           CIVIL ACTION NO. 6:15-CV-06742
                                                                  PENDING LITIGATION
**Last 4 digits of account number:**
                                                                  **Is the claim subject to offset?**

                                                                  ☒ No

                                                                  ☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

---

| 3.1495. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

QUALITY FRUIT & VEG CO
10 ZANE GREY STREET
EL PASO TX 79906

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,663.41

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1496. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

QUALITY STAINLESS LLC
812 SE 82ND STREET
OKLAHOMA CITY OK 73149

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,025.10

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1497. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

QUARTERMAN, KAYLA

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 507 of 698

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | |
|---|---|
| 3.1498. | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

QUICK RESPONSE FIRE PROTECTION
20545 INDEPENDENCE BLVD UNIT G
GROVELAND FL 34736

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$972.00

---

3.1499.   **Nonpriority creditor's name and mailing address**

QUINN, FRANCES PAIGE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1500.   **Nonpriority creditor's name and mailing address**

RAIGOSA, KAMILA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| 3.1501. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.1501.**

**Nonpriority creditor's name and mailing address**

RAITHEL, MARGO

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

EMPLOYMENT CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1502.**

**Nonpriority creditor's name and mailing address**

RAMIEREZ, RUTH

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1503.**

**Nonpriority creditor's name and mailing address**

RAMIREZ, JESSICA S.M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

---

**3.1504.**   **Nonpriority creditor's name and mailing address**

RANCH TOWN CENTER LLC
C O DSB PROPERTIES INC
KATHLEEN YOUNG
101 N WESTLAKE BLDG 201
WESTLAKE VILLAGE CA 91362

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.1505.**   **Nonpriority creditor's name and mailing address**

RAPID AIR
2101 LEONARD STREET
CORPUS CHRISTI TX 78408

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $1,230.15 |

---

**3.1506.**   **Nonpriority creditor's name and mailing address**

RATCHFORD, SHUNEQUA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor   **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

---

**3.1507.** **Nonpriority creditor's name and mailing address**

RAYMARK AIR CONDITIONING & HEATING INC
DBA MARK'S SERVICES
PO BOX 168
PORTER TX 77365

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,566.36

---

**3.1508.** **Nonpriority creditor's name and mailing address**

RAZO, MELISSA B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1509.** **Nonpriority creditor's name and mailing address**

RB 3 ASSOCIATES
C O BENDERSON DEVELOPMENT CO
MIKE WALKER
7978 COOPER CREEK BLVD STE 100
UNIVERSITY PARK FL 34201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 511 of 698

Debtor    **MAC ACQUISITION LLC**                                                         Case number *(if known)* **17-12224**

| 3.1510. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---------|--------------------------------------------------|------------------------------------------------------------------------|-----------------|

**3.1510.**

Nonpriority creditor's name and mailing address

READYREFRESH BY NESTLE'
PO BOX 856680
LOUISVILLE KY 40285-6680

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Amount of claim

$394.80

---

**3.1511.**

Nonpriority creditor's name and mailing address

RED OAK FIREWOOD
1066 LITTLE VINE CHURCH ROAD
VILLA RICA GA 30180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Amount of claim

$454.75

---

**3.1512.**

Nonpriority creditor's name and mailing address

RED SHOVEL LLC
PO BOX 91598
ALBUQUERQUE NM 87199

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Amount of claim

$316.57

---

Debtor    **MAC ACQUISITION LLC**                                           Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| **3.1513.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

REDDS TREE SERVICE
3511 JACK MANN ROAD
LITTLE ROCK AR 72210

$855.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1514.** **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

REED, AMANDA JUNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1515.** **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

REED, MATTHEW D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1516. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1516.

**Nonpriority creditor's name and mailing address**

REESE, ROZLYN COLETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1517.

**Nonpriority creditor's name and mailing address**

REFRIGERATION PLUS LLC
2345 ACADEMY PLACE #109
COLORADO SPRINGS CO 80909

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$344.72

---

3.1518.

**Nonpriority creditor's name and mailing address**

REGISTER, REBECCA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.1519. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REGUS MANAGEMENT GROUP, LLC 7805158
PO BOX 842456
DALLAS TX 75284-2456

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,492.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1520. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REIHER, MATTHEW J
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1521. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REIHER, MATTHEW JOSEPH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                   Case number *(if known)* **17-12224**

| 3.1522. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.1522.

**Nonpriority creditor's name and mailing address**

REINHARDT, GABRIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1523.

**Nonpriority creditor's name and mailing address**

RELIABLE FIRE PROTECTION LLC
5510 LANDERS ROAD STE B
NORTH LITTLE ROCK AR 72117

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$65.00

---

3.1524.

**Nonpriority creditor's name and mailing address**

RELIANT ELECTRICAL SERVICE INC
650 N ROSE DRIVE #405
PLACENTIA CA 92870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$595.00

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

**3.1525.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

REMLEY, CAROLINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.1526.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RENAUD COOK DRURY MESAROS, PA
1 NORTH CENTRAL AVE STE, 900
PHOENIX AZ 85004

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,540.03

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.1527.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RENEW, MEGAN AMANDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

| 3.1528. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---------|---|---|---|

RENO FORKLIFT INC
PO BOX 50009
SPARKS NV 89435

☐ Contingent
☐ Unliquidated
☐ Disputed

$516.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1529. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---------|---|---|---|

RENODIS INC
476 ROBERT STREET N
ST PAUL MN 55101

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,636.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1530. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---------|---|---|---|

REPAIR NOW
5202 GULFPORT DRIVE
GARLAND TX 75043

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,054.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

3.1531.    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
                                                                    *Check all that apply.*
RESNICK, NATHAN HARRISON                                                                                       UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP      ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                                  ☑ Unliquidated

                                                                    ☑ Disputed

**Date or dates debt was incurred**                                 **Basis for the claim:**

VARIOUS                                                             CIVIL ACTION NO. 6:15-CV-06742
                                                                    PENDING LITIGATION
**Last 4 digits of account number:**
                                                                    **Is the claim subject to offset?**

                                                                    ☑ No

                                                                    ☐ Yes


3.1532.    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
                                                                    *Check all that apply.*
RETESS, DOMINIQUE                                                                                              UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP      ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                                  ☑ Unliquidated

                                                                    ☑ Disputed

**Date or dates debt was incurred**                                 **Basis for the claim:**

VARIOUS                                                             CIVIL ACTION NO. 6:15-CV-06742
                                                                    PENDING LITIGATION
**Last 4 digits of account number:**
                                                                    **Is the claim subject to offset?**

                                                                    ☑ No

                                                                    ☐ Yes


3.1533.    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
                                                                    *Check all that apply.*
REVENUE MANAGEMENT SOLUTIONS LLC                                                                              $61,875.45
777 S HARBOUR ISLAND BLVD #890             ☐ Contingent
TAMPA FL 33602
                                                                    ☐ Unliquidated

                                                                    ☐ Disputed

**Date or dates debt was incurred**                                 **Basis for the claim:**

VARIOUS                                                             TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**                                **Is the claim subject to offset?**

                                                                    ☑ No

                                                                    ☐ Yes

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
|---|---|---|

**3.1534.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

REX MOORE GROUP, INC
6001 OUTFALL CIRCLE
SACRAMENTO CA 95828

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$259.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1535.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

REYES, EGORY

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1536.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

REYES, JESUNETTE ANGEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1537. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.1537.

**Nonpriority creditor's name and mailing address**

REYNOLDS, ANGELIA YVONNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1538.

**Nonpriority creditor's name and mailing address**

REYNOLDS, MEGAN DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1539.

**Nonpriority creditor's name and mailing address**

REYNOLDS, MICHAEL SHANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                                        Case number *(if known)* **17-12224**

| | |
|---|---|
| 3.1540. | **Nonpriority creditor's name and mailing address** |

REYNOLDS, RAYMOND DALE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

| | |
|---|---|
| 3.1541. | **Nonpriority creditor's name and mailing address** |

RHODEN, SAVANNAH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

| | |
|---|---|
| 3.1542. | **Nonpriority creditor's name and mailing address** |

RHOTON, SHERRI

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| | |
|---|---|
| **3.1543.** | |

**Nonpriority creditor's name and mailing address**

RICE, DEANNA R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1544.**

**Nonpriority creditor's name and mailing address**

RICHEY, BRIAN JONATHAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1545.**

**Nonpriority creditor's name and mailing address**

RIDMED INC.
531 COUNTRY LN
BUDA TX 78610

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$167.79

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

3.1546.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

RIESE, JONATHAN DAVID                                                                UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP             ☑ Contingent
693 EAST AVENUE                                   ☑ Unliquidated
ROCHESTER NY 14607                                ☑ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                           CIVIL ACTION NO. 6:15-CV-06742
                                                  PENDING LITIGATION
**Last 4 digits of account number:**

                                                 **Is the claim subject to offset?**
                                                 ☑ No
                                                 ☐ Yes

---

3.1547.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

RIGNEY, STEPHANI ELANE                                                              UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP             ☑ Contingent
693 EAST AVENUE                                   ☑ Unliquidated
ROCHESTER NY 14607                                ☑ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                           CIVIL ACTION NO. 6:15-CV-06742
                                                  PENDING LITIGATION
**Last 4 digits of account number:**

                                                 **Is the claim subject to offset?**
                                                 ☑ No
                                                 ☐ Yes

---

3.1548.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

RILEY, KEVIN J.                                                                     UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP             ☑ Contingent
693 EAST AVENUE                                   ☑ Unliquidated
ROCHESTER NY 14607                                ☑ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                           CIVIL ACTION NO. 6:15-CV-06742
                                                  PENDING LITIGATION
**Last 4 digits of account number:**

                                                 **Is the claim subject to offset?**
                                                 ☑ No
                                                 ☐ Yes

---

Debtor **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|

**3.1549.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RILEY, KEVIN JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1550.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RILEY, LINDA SUSAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1551.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RIVER PARK PROPERTIES II
DBA THE SHOPS AT RIVER PARK
265 E RIVER PARK CIR #150
FRESNO CA 93720

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,460.29

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LEASE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

---

3.1552.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RIVERA, SEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1553.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RIVERS, LATOYA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1554.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RIVERS, LATOYA S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

---

**3.1555.**    **Nonpriority creditor's name and mailing address**

ROBERT HALF INTERNATIONAL
PO BOX 743295
DBA RH MANAGEMENT RESOURCES
LOS ANGELES CA 90074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$9,686.04

---

**3.1556.**    **Nonpriority creditor's name and mailing address**

ROBERTS ELECTRICAL CONTRACTORS INC
7420 HITT ROAD STE D
MOBILE AL 36695

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,152.48

---

**3.1557.**    **Nonpriority creditor's name and mailing address**

ROBERTS, ALLEN JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

3.1558.

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|
| ROBERTS, ALLEN JAMES<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

3.1559.

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|
| ROBERTS, NICOLE ELISE<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

3.1560.

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|
| ROBERTS, RYAN JEFFREY<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | |
|---|---|
| 3.1561. | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

ROBERTSON, ASHLEY LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1562.   **Nonpriority creditor's name and mailing address**

ROBINSON, JEANNINE MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1563.   **Nonpriority creditor's name and mailing address**

ROBINSON-RUSSELL, SUSAN LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                             Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1564. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.1564.   **Nonpriority creditor's name and mailing address**

ROCCIA, ANGELA NICCOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1565.   **Nonpriority creditor's name and mailing address**

ROCHA SILVANO, CARLOS A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1566.   **Nonpriority creditor's name and mailing address**

ROCKY RIDGE STATION LLC
ROBERT F MYERS COO LEASE
ADMINISTRATION DEPT
11501 NORTHLAKE DR
CINCINNATI OH 45249

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

3.1567.    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**    | Amount of claim |

RODEN, JEAN

*Check all that apply.*                                    UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                            WORKERS COMPENSATION

**Last 4 digits of account number:**                **Is the claim subject to offset?**

☑ No
☐ Yes

3.1568.    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**    | Amount of claim |

RODERICK ENTERPRISES
RENEE SCHMID ASSET/PROPERTY MNGR
1214 EAST VINE ST
SALT LAKE CITY UT 84121

*Check all that apply.*                                    UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                            LANDLORD CLAIM

**Last 4 digits of account number:**                **Is the claim subject to offset?**

☑ No
☐ Yes

3.1569.    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**    | Amount of claim |

RODRIGUEZ, ROBERT

*Check all that apply.*                                    UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                            GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**                **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                     Case number *(if known)* **17-12224**

3.1570.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

RODRIGUEZ, XOCHILT                                              UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP                ☒ Contingent
693 EAST AVENUE                                                ☒ Unliquidated
ROCHESTER NY 14607                                             ☒ Disputed

**Date or dates debt was incurred**                            **Basis for the claim:**

VARIOUS                                                        CIVIL ACTION NO. 6:15-CV-06742
                                                               PENDING LITIGATION
**Last 4 digits of account number:**
                                                               **Is the claim subject to offset?**
                                                               ☒ No
                                                               ☐ Yes

3.1571.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

ROIG, SARAH DAWN                                               UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP                ☒ Contingent
693 EAST AVENUE                                                ☒ Unliquidated
ROCHESTER NY 14607                                             ☒ Disputed

**Date or dates debt was incurred**                            **Basis for the claim:**

VARIOUS                                                        CIVIL ACTION NO. 6:15-CV-06742
                                                               PENDING LITIGATION
**Last 4 digits of account number:**
                                                               **Is the claim subject to offset?**
                                                               ☒ No
                                                               ☐ Yes

3.1572.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

ROKUSKIE, MELISSA                                             UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP                ☒ Contingent
693 EAST AVENUE                                                ☒ Unliquidated
ROCHESTER NY 14607                                             ☒ Disputed

**Date or dates debt was incurred**                            **Basis for the claim:**

VARIOUS                                                        CIVIL ACTION NO. 6:15-CV-06742
                                                               PENDING LITIGATION
**Last 4 digits of account number:**
                                                               **Is the claim subject to offset?**
                                                               ☒ No
                                                               ☐ Yes

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

| 3.1573. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROKUSKIE, MELISSA M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

| 3.1574. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROMAINE, CHRISTOPHER MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

| 3.1575. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROMAINE, CHRISTOPHER MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | |
|---|---|
| **3.1576.** | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| **3.1576.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

---

**3.1576.**

**Nonpriority creditor's name and mailing address**

ROMANO'S MACARONI GRILL FAMILY FUND
1855 BLAKE ST
DENVER CO 80202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,973.00

---

**3.1577.**

**Nonpriority creditor's name and mailing address**

ROOTER SERVICE INC. ROOTER 2000
PO BOX 40111
MESA AZ 85274

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,747.43

---

**3.1578.**

**Nonpriority creditor's name and mailing address**

ROOTER TOOTER PLUMBING LLC
PO BOX 811
SEAGOVILLE TX 75159

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$254.38

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

---

3.1579.  **Nonpriority creditor's name and mailing address**

ROOTERMAN PLUMBERS
PO BOX 549
GUYTON GA 31312

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $816.11 |

---

3.1580.  **Nonpriority creditor's name and mailing address**

ROSA, CHRISTOBALIN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1581.  **Nonpriority creditor's name and mailing address**

ROSENBAUER, ERIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1582. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1582.

**Nonpriority creditor's name and mailing address**

ROSETTI, MARY TERESA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1583.

**Nonpriority creditor's name and mailing address**

ROSS, HERBERT

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1584.

**Nonpriority creditor's name and mailing address**

ROSS, MICHAEL VINCENT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                  Case number *(if known)* **17-12224**

| 3.1585. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROSSI, RICHARD J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1586. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROTENBERRY, KIMBERLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1587. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROTO-ROOTER PLUMBING AND DRAIN
SERVICE
PO BOX 7226
SHERWOOD AR 72124

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,280.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| 3.1588. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.1588.

**Nonpriority creditor's name and mailing address**

ROUTENBERG, LISA E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1589.

**Nonpriority creditor's name and mailing address**

ROWLES, DUANE A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1590.

**Nonpriority creditor's name and mailing address**

ROYAL CUP INC
PO BOX 206011
DALLAS TX 75320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6,704.00

Debtor **MAC ACQUISITION LLC**                                                                     Case number *(if known)* **17-12224**

---

3.1591.  **Nonpriority creditor's name and mailing address**

ROYSTON MUELLER MCLEAN & REID LLP
102 W PENNSYLVANIA AVE #600
TOWSON MD 21204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $562.00 |

---

3.1592.  **Nonpriority creditor's name and mailing address**

RUCKER MECHANICAL INC
5217 N COUNCIL
OKLAHOMA CITY OK 73132

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $5,142.84 |

---

3.1593.  **Nonpriority creditor's name and mailing address**

RUIZ, MELODI
6568 NORWOOD
ALLEN PARK MI 48101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1594. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | RUIZ, MELODY | *Check all that apply.* |

**Amount of claim**

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
VARIOUS    WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|
| 3.1595. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | RUIZ,MELODI | *Check all that apply.* |

**Amount of claim**

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
VARIOUS    WORKERS COMPENSATION

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|
| 3.1596. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | RUMMELL , GARY | *Check all that apply.* |

**Amount of claim**

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
VARIOUS    GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

3.1597. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RUPP, DAVID W.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1598. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RUTLEDGE, GREGORY CASEEM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1599. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RUZICHO, MICHAEL A.
OHIO CIVIL RIGHTS DIVISION

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EMPLOYMENT CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 541 of 698

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

**3.1600.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |

RYAN EXCAVATING LLC
721 OTTAWA ST
LOWELL MI 49331

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1601.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RYAN, TAYLOR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1602.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RYDER TRANSPORTATION SERVICES
PO BOX 96723
CHICAGO IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,007.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

| 3.1603. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**3.1603.**

**Nonpriority creditor's name and mailing address**

RYDER TRUCK RENTAL, INC
JOHN T. SIEGLER, ASK LLP
2600 EAGAN WOODS DR., STE 400
ST PAUL MN 55121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

DEMAND LETTER

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1604.**

**Nonpriority creditor's name and mailing address**

RYE,NICK

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1605.**

**Nonpriority creditor's name and mailing address**

RYLEE, TERRY STEVEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1606. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SABATINO, JR., DENNIS MARK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1607.    **Nonpriority creditor's name and mailing address**

SADLER, REGGIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1608.    **Nonpriority creditor's name and mailing address**

SAILOR , FAY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1609. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1609.    **Nonpriority creditor's name and mailing address**

SALAMONY, JACLYN MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1610.    **Nonpriority creditor's name and mailing address**

SALAZAR, JAVIER

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1611.    **Nonpriority creditor's name and mailing address**

SALAZAR, JAVIER

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WORKERS COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 545 of 698

Debtor **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1612. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.1612.

**Nonpriority creditor's name and mailing address**

SALAZAR, JAVIER
7815 TOKAY AVE
FONTANA CA 92336

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

---

3.1613.

**Nonpriority creditor's name and mailing address**

SALCIDO, ALBERTO DAVID
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

---

3.1614.

**Nonpriority creditor's name and mailing address**

SALMON, MARC
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

Debtor   **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.1615. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1615.

**Nonpriority creditor's name and mailing address**

SALMON, MARC
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1616.

**Nonpriority creditor's name and mailing address**

SALMONS, JESSICA LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1617.

**Nonpriority creditor's name and mailing address**

SAMCO FACILITIES MAINTENANCE
11878 BROOKFIELD
LIVONIA MI 48150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,457.13

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

3.1618.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |

SANCHEZ, DAVID    *Check all that apply.*    UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

3.1619.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |

SANCHEZ, ERIKA    *Check all that apply.*    UNDETERMINED
ERIKA SANCHEZ

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    EMPLOYMENT CLAIM

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

3.1620.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |

SANCHEZ, JESSICA    *Check all that apply.*    UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                               Case number *(if known)* **17-12224**

---

**3.1621.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SANCHEZ, MERCEDES

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1622.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SANCHEZ, MERCEDES
ERIC TINSTMAN, THE TINSTMAN LAW FIRM

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CASE NO.: 2017-004695-CA-01 PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1623.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SANCHEZ, ROLANDO
ERIC TINSTMAN, THE TINSTMAN LAW FIRM

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CASE NO.: 2017-004695-CA-01 PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
|---|---|---|

**3.1624.** | **Nonpriority creditor's name and mailing address**

SANFORD, SEMCHAK & SPEIGHTS INC
1125 W COLUMBUS ST
BAKERSFIELD CA 93301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,974.96

---

**3.1625.** | **Nonpriority creditor's name and mailing address**

SANTY INTEGRATED, INC.
8370 E. VIA DE VENTURA
SUITE K-100
SCOTTSDALE AZ 85258

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$7,000.00

---

**3.1626.** | **Nonpriority creditor's name and mailing address**

SARIG, LERON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| | | |
|---|---|---|

**3.1627.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SATCHER, SAMANTHA

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WORKERS COMPENSATION CLAIM -

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1628.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SATCHER,SAMANTHA

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WORKERS COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1629.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SAUERS, VALERIE E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

3.1630.   **Nonpriority creditor's name and mailing address**

SAUERS, VALERIE ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1631.   **Nonpriority creditor's name and mailing address**

SAVINS, AMBERLY RENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1632.   **Nonpriority creditor's name and mailing address**

SAVINS, STEPHEN JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.1633. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.1633.**

**Nonpriority creditor's name and mailing address**

SAVITZ, ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1634.**

**Nonpriority creditor's name and mailing address**

SBORAY, ASHLY GRACE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1635.**

**Nonpriority creditor's name and mailing address**

SCHAEFFER, NICOLE JO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

---

**3.1636.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SCHEIDT , CATHERINE

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1637.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SCHENCK, ALEXANDRA NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1638.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SCHMIDT, ANGELA D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 554 of 698

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| 3.1639. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SCHMIDT, GWENDOLYN KEA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1640. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SCHNEIDER ELECTRIC
25716 NETWORK PLACE
CHICAGO IL 60673-1257

☐ Contingent
☐ Unliquidated
☐ Disputed

$41,349.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1641. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SCHOENMANN PRODUCE CO INC
PO BOX 51705
LAFAYETTE LA 77061

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,888.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| | |
|---|---|
| 3.1642. | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

SCHOLZ, MARIA J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1643.   **Nonpriority creditor's name and mailing address**

SCHOTT, BETH SHARON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1644.   **Nonpriority creditor's name and mailing address**

SCHUTZ, CRISTIN GIBBONS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **MAC ACQUISITION LLC**                                     Case number *(if known)* **17-12224**

---

| 3.1645. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SCHWANKE, DANIELLE NICOLE<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1646. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SCHWARTZ, ALISON A.<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1647. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SCHWARTZ, SARAH D.<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

3.1648.    **Nonpriority creditor's name and mailing address**

SCHWARTZ, SARAH D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1649.    **Nonpriority creditor's name and mailing address**

SCHWARTZEL, KAITLIN ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1650.    **Nonpriority creditor's name and mailing address**

SCHWEREN, BRIDEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1651. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1651.

**Nonpriority creditor's name and mailing address**

SCIMECA, LISA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1652.

**Nonpriority creditor's name and mailing address**

SCOTT C MCDERMAND AS TRUSTEE
PO BOX 691
JAMUL CA 91935

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEASE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$16,203.31

---

3.1653.

**Nonpriority creditor's name and mailing address**

SCOTT, ASHLEY ALEXANDRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

3.1654.  **Nonpriority creditor's name and mailing address**

SCOTT, CAROL ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1655.  **Nonpriority creditor's name and mailing address**

SCOTT, CEIRRA DANIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1656.  **Nonpriority creditor's name and mailing address**

SCOTT, CHRISTINA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1657. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1657.  **Nonpriority creditor's name and mailing address**

SCOTT, JR., NORRIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1658.  **Nonpriority creditor's name and mailing address**

SCOTTS EQUIPMENT REPAIR
122 CHILDERS CIRCLE
C/O RANDALL SCOTT
PIEDMONT SC 29673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$135.00

---

3.1659.  **Nonpriority creditor's name and mailing address**

SCRANTON REALTY LLC
DONN WEINBERG
JOEL WINEGARDEN
7 PARK CTR CT
OWINGS MILLS MD 21117

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor  **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1660. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1660.

**Nonpriority creditor's name and mailing address**

SCURRY, JONATHAN LINNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1661.

**Nonpriority creditor's name and mailing address**

SEAY, ARIUS CHEVON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1662.

**Nonpriority creditor's name and mailing address**

SEBOK, DORA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

---

3.1663. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SECOND FLORIDA BS INVESTMENTS, LLC
LESLIE H. PITMAN, ESQ.
P.O. DRAWER 4540
GILPIN GIVHAN, PC
MONTGOMERY AL 36103

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CASE NO. 47-CV-2017-900316.00
PENDING REAL ESTATE LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1664. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SECURITY FIRE PROTECTION CO, INC.
4495 S MENDENHALL ROAD
MEMPHIS TN 38141

☐ Contingent
☐ Unliquidated
☐ Disputed

$562.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1665. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SEDILLO LANDSCAPING INC.
PO BOX 570097
LAS VEGAS NV 89157

☐ Contingent
☐ Unliquidated
☐ Disputed

$977.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                Case number *(if known)* **17-12224**

| 3.1666. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

SEIGAL, STEPHEN LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

| 3.1667. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

SEMENOV, ARSENIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

| 3.1668. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

SENA, ALEXYS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1669. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.1669.**

**Nonpriority creditor's name and mailing address**

SERITAGE GROWTH PROPERTIES LP
MATTHEW FERNAND
OWNER
54 W 40TH ST STE 10N
NEW YORK NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1670.**

**Nonpriority creditor's name and mailing address**

SERRANO, ANGELINA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1671.**

**Nonpriority creditor's name and mailing address**

SERVCO LLC
701 BAGLEY DR
TRUSSVILLE AL 35173

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$815.68

Debtor    **MAC ACQUISITION LLC**                                     Case number *(if known)* **17-12224**

| 3.1672. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1672.

**Nonpriority creditor's name and mailing address**

SERVICE PROFESSOR INC
4770 50TH STREET SE
GRAND RAPIDS MI 49512

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$439.00

---

3.1673.

**Nonpriority creditor's name and mailing address**

SEWELL, ZAKKIYYA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1674.

**Nonpriority creditor's name and mailing address**

SHANDS, JUSTIN MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                     Case number *(if known)* **17-12224**

---

3.1675. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

SHANKAR NEVADA LLC
EUGENE BURGER MANAGEMENT
CORPORATION
KEVIN MOLONEY DISTRICT MANAGER
5011 MEADOWOOD MALL WAY STE 200
RENO NV 89502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1676. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

SHARFF, SHIRLEY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1677. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

SHARICK, KATLYN NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1678. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1678.

**Nonpriority creditor's name and mailing address**

SHEARER, AMANDA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1679.

**Nonpriority creditor's name and mailing address**

SHEARER, NIKKI LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1680.

**Nonpriority creditor's name and mailing address**

SHELTON, MICHAEL MUNROE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

**3.1681.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SHENKER RUSSO & CLARK LLP
121 STATE STREET
ALBANY NY 12207

$4,014.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1682.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SHEPHERDS RESTAURANT SVC INC
PO BOX 1711
WAKE FOREST NC 27588

$240.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1683.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SHERIDAN, COURTNEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.1684. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---------|---------|---------|---------|

SHERMAN, DANIEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1685. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---------|---------|---------|---------|

SHIRK, ERIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1686. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---------|---------|---------|---------|

SHIVELY, JOHN VAL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.1687. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

SHOEMAKER, JAYDEN ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1688. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

SHOES FOR CREWS LLC
FILE LOCKBOX 51151
LOS ANGELES CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

$838.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1689. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

SHOPPING CENTER ASSOCIATES
LAWRENCE M. BERKELEY, ESQ.
120 EAGLE ROCK AVENUE
FISHMAN, MCINTYRE, BERKELEY,
LEVINE,SAMANSKY, P.C.,
EAST HANOVER NJ 07936

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CASE NO. MID-L-4126-17 PENDING REAL
ESTATE LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1690. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

<table>
<tr><td>3.1690.</td><td><b>Nonpriority creditor's name and mailing address</b><br><br>SHORT, DENIS F.<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607<br><br><b>Date or dates debt was incurred</b><br><br>VARIOUS<br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br><b>Basis for the claim:</b><br><br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION<br><br><b>Is the claim subject to offset?</b><br><br>☑ No<br>☐ Yes</td><td><b>Amount of claim</b><br><br>UNDETERMINED</td></tr>
<tr><td>3.1691.</td><td><b>Nonpriority creditor's name and mailing address</b><br><br>SHOWALTER, NIKKI<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607<br><br><b>Date or dates debt was incurred</b><br><br>VARIOUS<br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br><b>Basis for the claim:</b><br><br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION<br><br><b>Is the claim subject to offset?</b><br><br>☑ No<br>☐ Yes</td><td><b>Amount of claim</b><br><br>UNDETERMINED</td></tr>
<tr><td>3.1692.</td><td><b>Nonpriority creditor's name and mailing address</b><br><br>SHRED-IT USA<br>PO BOX 101007<br>PASADENA CA 91189-1007<br><br><b>Date or dates debt was incurred</b><br><br>VARIOUS<br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br><br>TRADE ACCOUNTS PAYABLE<br><br><b>Is the claim subject to offset?</b><br><br>☑ No<br>☐ Yes</td><td><b>Amount of claim</b><br><br>$440.95</td></tr>
</table>

Debtor    **MAC ACQUISITION LLC**                                Case number *(if known)* **17-12224**

| 3.1693. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHUTTS & BOWEN
C/O SUNTRUST BANK, N.A.
25 PARK PLACE
ATLANTA GA 30308

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,800.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1694. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SIEHDA, CHRISTOPHER DOUGLAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1695. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SIKES, AUTUM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1696. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.1696.**

**Nonpriority creditor's name and mailing address**

SILKEY, LYNDA P.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1697.**

**Nonpriority creditor's name and mailing address**

SILLS CUMMINS & GROSS PC
ONE RIVERFRONT PLAZA
NEWARK NJ 07102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,086.75

---

**3.1698.**

**Nonpriority creditor's name and mailing address**

SILVA, FERNANDO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                            Case number *(if known)* **17-12224**

| 3.1699. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.1699.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SILVA, RYAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1700.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SILVER, ADAM WILLIAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1701.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SILVERSTATE REFRIGERATION & HVAC LLC
4535 COPPER SAGE ST
LAS VEGAS NV 89115

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,473.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

3.1702.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

SIMENTAL, RAUL                                                                    UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607    ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.1703.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

SIMMONS, SUSAN                                                                    UNDETERMINED

☑ Contingent

☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    WORKERS COMPENSATION CLAIM - NO.
5028721
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.1704.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

SIMMS, JR., JOHN EMERY                                                            UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607    ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

3.1705.   **Nonpriority creditor's name and mailing address**

SIMON PROPERTY GROUP, L.P.
CHRISTINE J. MCKENNA, ESQ.
3020 NE 32ND AVE, SUITE 304
MCKENNA, MCCAUSLAND & MURPHY PA
FORT LAUDERDALE FL 33308

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CASE NO. 2017-CA-001148 PENDING
REAL ESTATE LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1706.   **Nonpriority creditor's name and mailing address**

SIMON ROOFING AND SHEET METAL CORP
PO BOX 951109
CLEVELAND OH 44193

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$18,115.84

---

3.1707.   **Nonpriority creditor's name and mailing address**

SIMPHER, MELISSA JEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1708. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1708.    **Nonpriority creditor's name and mailing address**

SIMPHER, SYDNEY MARCELLA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1709.    **Nonpriority creditor's name and mailing address**

SIMPSON, COLIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1710.    **Nonpriority creditor's name and mailing address**

SINCLAIR, ROBERT A
DBA GRASSBUSTERS LAWNCARE
14696 COPELAND CHAPEL
MONTGOMERY TX 77316

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$610.00

---

Debtor    **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

---

| 3.1711. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.1711.   **Nonpriority creditor's name and mailing address**

SINGH, SANGARAM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1712.   **Nonpriority creditor's name and mailing address**

SINKOVICH , KATHRYN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1713.   **Nonpriority creditor's name and mailing address**

SIRNA & SONS MAINLINE PRODUCE
7176 STATE ROUTE 88
RAVENNA OH 44266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,317.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

---

3.1714.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   Amount of claim
*Check all that apply.*

SKINNER, JOHNNIE ELMER                                                      UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP         ☑ Contingent
693 EAST AVENUE                                             ☑ Unliquidated
ROCHESTER NY 14607                                        ☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                            CIVIL ACTION NO. 6:15-CV-06742
                                                   PENDING LITIGATION
**Last 4 digits of account number:**
                                                   **Is the claim subject to offset?**

                                                   ☑ No
                                                   ☐ Yes

---

3.1715.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   Amount of claim
*Check all that apply.*

SLAUGHTER, JACQUELYN                                                        UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP         ☑ Contingent
693 EAST AVENUE                                             ☑ Unliquidated
ROCHESTER NY 14607                                        ☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                            CIVIL ACTION NO. 6:15-CV-06742
                                                   PENDING LITIGATION
**Last 4 digits of account number:**
                                                   **Is the claim subject to offset?**

                                                   ☑ No
                                                   ☐ Yes

---

3.1716.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   Amount of claim
*Check all that apply.*

SLAUGHTER, JACQUELYN                                                        UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP         ☑ Contingent
693 EAST AVENUE                                             ☑ Unliquidated
ROCHESTER NY 14607                                        ☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                            CIVIL ACTION NO. 6:15-CV-06742
                                                   PENDING LITIGATION
**Last 4 digits of account number:**
                                                   **Is the claim subject to offset?**

                                                   ☑ No
                                                   ☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

---

3.1717.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

SLOAN, JULIE NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP                                    UNDETERMINED
693 EAST AVENUE
ROCHESTER NY 14607                      ☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                                 CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1718.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

SMITH, ANNA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP                                    UNDETERMINED
693 EAST AVENUE
ROCHESTER NY 14607                      ☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                                 CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1719.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

SMITH, CRYSTAL
ERIC SMITH FONTALLA BENEVIENTO                                           UNDETERMINED
GALLUCCIO & SMITH
246 UNION BLVD                          ☑ Contingent
TOTOWA NJ 07512                         ☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                                 PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

**3.1720.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

**3.1720.**

**Nonpriority creditor's name and mailing address**

SMITH, JAMES

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1721.**

**Nonpriority creditor's name and mailing address**

SMITH, JERIQUIES D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1722.**

**Nonpriority creditor's name and mailing address**

SMITH, KIMBERLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1723. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Nonpriority creditor's name and mailing address**

SMITH, MICHAEL PAUL ANTHONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1724.  **Nonpriority creditor's name and mailing address**

SMITH, MICHAEL RYAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1725.  **Nonpriority creditor's name and mailing address**

SMITH, TIFFANY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1726. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.1726.**

**Nonpriority creditor's name and mailing address**

SMITH, ZACHARY MOISES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1727.**

**Nonpriority creditor's name and mailing address**

SNAPFINGER INC - TILLSTER
3025 WINDWARD PLAZA, STE. 550
ALPHARETTA GA 30005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$24,684.57

---

**3.1728.**

**Nonpriority creditor's name and mailing address**

SNELLER SNOW SYSTEMS
675 CLYDE CT SW
BYRON CENTER MI 49315-8446

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$336.51

Debtor  **MAC ACQUISITION LLC**                                  Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1729. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1729.

**Nonpriority creditor's name and mailing address**

SNOW, JUDITH EMILY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1730.

**Nonpriority creditor's name and mailing address**

SOBERANES CASTRO, GELY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1731.

**Nonpriority creditor's name and mailing address**

SOBOLIK, KIRA JORDAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

3.1732.    **Nonpriority creditor's name and mailing address**

SOLO'RZANO, NINETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1733.    **Nonpriority creditor's name and mailing address**

SOSTRE, PEDRO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1734.    **Nonpriority creditor's name and mailing address**

SOTO, MIRIAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

3.1735.  **Nonpriority creditor's name and mailing address**

SOUFAN, TAMIM
4940 CORINTHIAN BAY DRIVE
FRISCO TX 75034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $7,500.00 |

---

3.1736.  **Nonpriority creditor's name and mailing address**

SOUSA, LORRAINE BARBOSA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1737.  **Nonpriority creditor's name and mailing address**

SOUTH COAST ELECTRICAL, INC.
2283 E VIA BURTON STREET
ANAHEIM CA 92806

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,224.94 |

---

Debtor    **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

---

**3.1738.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTH COAST MARKETING LLC
6537 S STAPLES ST
STE. 125-305
CORPUS CHRISTI TX 78413

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$570.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1739.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTH STREET CENTER LLC
EL PASEO SIMI
101 N WESTLAKE BLVD #201
WESTLAKE VILLAGE CA 91362

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,386.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1740.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTHARD, KATRINA L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                                         Case number *(if known)* **17-12224**

---

**3.1741.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTHERN SHELBY SERVICES LLC
PO BOX 324
SHELBY AL 35143

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,648.75

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1742.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTHPARK MALL LLC
SRP PROPERTY MANAGEMENT LLC
LEASE COORDINATION GINA LOEHR
1 E WACKER DR STE 3700
CHICAGO IL 60601

Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                LANDLORD CLAIM

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1743.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTHWASTE DISPOSAL LLC
PO BOX 53988
LAFAYETTE LA 70505

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$420.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

---

3.1744.    **Nonpriority creditor's name and mailing address**

SPANN, RAKYA S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1745.    **Nonpriority creditor's name and mailing address**

SPATUCCI, GABRIELLA MIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1746.    **Nonpriority creditor's name and mailing address**

SPECIAL "T" WATER SYSTEMS INC
PO BOX 165
WHITTIER CA 90608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$584.00

---

Debtor    **MAC ACQUISITION LLC**                                                                                    Case number *(if known)* **17-12224**

3.1747.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
                                                                                            *Check all that apply.*

SPENCER, SHAWN C.                                                                                                               UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP             ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                                ☑ Unliquidated
                                                                                        ☑ Disputed

**Date or dates debt was incurred**                            **Basis for the claim:**

VARIOUS                                                                         CIVIL ACTION NO. 6:15-CV-06742
                                                                                       PENDING LITIGATION
**Last 4 digits of account number:**

                                                                                       **Is the claim subject to offset?**
                                                                                       ☑ No
                                                                                       ☐ Yes


3.1748.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
                                                                                            *Check all that apply.*

SPERBECK, ASHLEY                                                                                                           UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP             ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                                ☑ Unliquidated
                                                                                        ☑ Disputed

**Date or dates debt was incurred**                            **Basis for the claim:**

VARIOUS                                                                         CIVIL ACTION NO. 6:15-CV-06742
                                                                                       PENDING LITIGATION
**Last 4 digits of account number:**

                                                                                       **Is the claim subject to offset?**
                                                                                       ☑ No
                                                                                       ☐ Yes


3.1749.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
                                                                                            *Check all that apply.*

SPURLOCK, CAROLA RHEA                                                                                                UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP             ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                                ☑ Unliquidated
                                                                                        ☑ Disputed

**Date or dates debt was incurred**                            **Basis for the claim:**

VARIOUS                                                                         CIVIL ACTION NO. 6:15-CV-06742
                                                                                       PENDING LITIGATION
**Last 4 digits of account number:**

                                                                                       **Is the claim subject to offset?**
                                                                                       ☑ No
                                                                                       ☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                        Case number *(if known)* **17-12224**

---

| 3.1750. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SS KEMP AND CO LLC DBA TRIMARK SS KEMP
PO BOX 536326
PITTSBURGH PA 15253

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,121.88

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1751. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STAHLE, SARAH WILSON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1752. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STANLEY CONVERGENT SECURITY
SOLUTIONS INC
DEPT CH 10651
PALASTINE IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

$54,602.84

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

**3.1753.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| STAPLES BUSINESS ADVANTAGE (SUPPLY) | | $16,280.24
| PO BOX 83689 | ☐ Contingent |
| CHICAGO IL 60696 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | TRADE ACCOUNTS PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.1754.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| STAPLES, WAYNE ROBERT | | UNDETERMINED
| J. NELSON THOMAS THOMAS & SOLOMON LLP | ☒ Contingent |
| 693 EAST AVENUE | ☒ Unliquidated |
| ROCHESTER NY 14607 | ☒ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | CIVIL ACTION NO. 6:15-CV-06742 |
| **Last 4 digits of account number:** | PENDING LITIGATION |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.1755.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| STARTZEL, JILLIAN | | UNDETERMINED
| DURKIN & HOOD, LLP, MARQUI HOOD & MOLLY | ☒ Contingent |
| DURKIN | ☒ Unliquidated |
| | ☒ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | PENDING LITIGATION |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.1756. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STAVE, BRANDON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1757. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STAVROFF, TODD ANDREW
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1758. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STEAM PRO
2713 SONIC DRIVE
VIRGINIA BEACH VA 23453

☐ Contingent
☐ Unliquidated
☐ Disputed

$800.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

---

3.1759.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STEELE, DAWN MICHELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Check all that apply.**

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1760.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STEIN, NANCY
RICHARD A. WOLFE, GALERMAN, TABAKIN &
WOLFE

**Check all that apply.**

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1761.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STEINBERG, JAMI MYLISA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Check all that apply.**

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1762. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.1762.**

**Nonpriority creditor's name and mailing address**

STERLE, JUSTIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1763.**

**Nonpriority creditor's name and mailing address**

STERN PRODUCE CO INC.
3200 S. 7TH STREET
PHOENIX AZ 85040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,128.75

---

**3.1764.**

**Nonpriority creditor's name and mailing address**

STEVENSON, ANN MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

3.1765.   **Nonpriority creditor's name and mailing address**

STEVENSON, BRITTNEY LEIGH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1766.   **Nonpriority creditor's name and mailing address**

STOEPLER, BRYCE C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1767.   **Nonpriority creditor's name and mailing address**

STOKES, DONYE LATONYA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| 3.1768. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STOKES, GWENDOLYN

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1769. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STOKES-SONNENBERG, MARISSA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1770. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STRANDBERG, SARAH MARZEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

3.1771.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

STRATTON, NICOLETTE KAYLA                                                  UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP           ☑ Contingent
693 EAST AVENUE                                 ☑ Unliquidated
ROCHESTER NY 14607                              ☑ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         CIVIL ACTION NO. 6:15-CV-06742
                                                PENDING LITIGATION
**Last 4 digits of account number:**
                                                **Is the claim subject to offset?**
                                                ☑ No
                                                ☐ Yes

3.1772.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

STRICKLAND, BRIANNE ELIZABETH                                              UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP           ☑ Contingent
693 EAST AVENUE                                 ☑ Unliquidated
ROCHESTER NY 14607                              ☑ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         CIVIL ACTION NO. 6:15-CV-06742
                                                PENDING LITIGATION
**Last 4 digits of account number:**
                                                **Is the claim subject to offset?**
                                                ☑ No
                                                ☐ Yes

3.1773.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

STRODE, JASMINE                                                            UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP           ☑ Contingent
693 EAST AVENUE                                 ☑ Unliquidated
ROCHESTER NY 14607                              ☑ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         CIVIL ACTION NO. 6:15-CV-06742
                                                PENDING LITIGATION
**Last 4 digits of account number:**
                                                **Is the claim subject to offset?**
                                                ☑ No
                                                ☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                                                          Case number *(if known)* **17-12224**

| 3.1774. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STROHER, TODD

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1775. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STROUD-KRALL, ALANA AMBER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1776. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STURGEON ELECTRIC COMPANY INC.
22389 NETWORK PLACE
CHICAGO IL 60673-1223

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,300.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **MAC ACQUISITION LLC**                                                              Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1777. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1777. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SUN LIGHTING INC
4545 E BROADWAY BLVD
TUCSON AZ 85711

☐ Contingent
☐ Unliquidated
☐ Disputed

$990.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1778. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SUPER STITCH, LLC
1220 W. ALAMEDA DR SUITE 119
TEMPE AZ 85282

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,260.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1779. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SURGE ELECTRIC CORP.
10705 CAHILL ROAD
RALEIGH NC 27614

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,819.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                Case number *(if known)* **17-12224**

---

| 3.1780. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SURVOY'S SUPERIOR SERVICE INC.
5180 W 164TH STREET
BROOKPARK OH 44142

$6,780.98

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1781. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SWANN, RIELL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1782. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SWEARINGEN, ERIC
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

3.1783.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

SWENK, ERIK                                                                              UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent
693 EAST AVENUE                                                  ☑ Unliquidated
ROCHESTER NY 14607                                          ☑ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                          CIVIL ACTION NO. 6:15-CV-06742
                                                                         PENDING LITIGATION
**Last 4 digits of account number:**

                                                                         **Is the claim subject to offset?**

                                                                         ☑ No
                                                                         ☐ Yes

---

3.1784.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

SWENSON, CLAUDIA                                                              UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent
693 EAST AVENUE                                                  ☑ Unliquidated
ROCHESTER NY 14607                                          ☑ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                          CIVIL ACTION NO. 6:15-CV-06742
                                                                         PENDING LITIGATION
**Last 4 digits of account number:**

                                                                         **Is the claim subject to offset?**

                                                                         ☑ No
                                                                         ☐ Yes

---

3.1785.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

SYMMES, JOYCELYN                                                              UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent
693 EAST AVENUE                                                  ☑ Unliquidated
ROCHESTER NY 14607                                          ☑ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                          CIVIL ACTION NO. 6:15-CV-06742
                                                                         PENDING LITIGATION
**Last 4 digits of account number:**

                                                                         **Is the claim subject to offset?**

                                                                         ☑ No
                                                                         ☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

**3.1786.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SYNERGYSUITE INC.
68 WILLOW ROAD
MENLO PARK CA 94040

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$128,605.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1787.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SYNK, HOLLY A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1788.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SYNQ3 RESTAURANT SOLUTIONS LLC
5825 MARK DABLING BLVD, STE. 100
COLORADO SPRINGS CO 80919

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$42,660.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

---

**3.1789.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

SZYJKA, BROOKE ALLISON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1790.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TALX CORP, EQUIFAX WORKFORCE
SOLUTIONS
4076 PAYSPHERE CIRCLE
CHICAGO IL 60674

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,246.93

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1791.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TANAKA, KIYOSHI CHRISTOPHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.1792. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1792.   **Nonpriority creditor's name and mailing address**

TAPMAN IVO DBA IGOR V OSAULA
PO BOX 77402
SEATTLE WA 98177

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$132.48

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1793.   **Nonpriority creditor's name and mailing address**

TARANTINO FOODS, LLC
530 BAILEY AVENUE
BUFFALO NY 14206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,130.31

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1794.   **Nonpriority creditor's name and mailing address**

TASZAREK, MATT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

3.1795.  **Nonpriority creditor's name and mailing address**

TATUM, DANIELLA DIANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1796.  **Nonpriority creditor's name and mailing address**

TAYLOR ENGLISH DUMA, LLP
1600 PARKWOOD CIRCLE, SUITE 400
ATLANTA GA 30339

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$120,974.02

3.1797.  **Nonpriority creditor's name and mailing address**

TAYLOR, ANDREW RICHARD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1798. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.1798.**

**Nonpriority creditor's name and mailing address**

TAYLOR, ASHLEY NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1799.**

**Nonpriority creditor's name and mailing address**

TAYLOR, DEONDRE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1800.**

**Nonpriority creditor's name and mailing address**

TAYLOR-BRYANT, LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.1801. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TAYON, ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1802. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TECHNICAL SERVICES INC
1509 TECHNOLOGY DR STE 101
CHESAPEAKE VA 23320

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,603.41

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1803. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TEMECULA DRAIN SERVICE & PLUMBING
PO BOX 1535
TEMECULA CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

$372.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                            Case number *(if known)* **17-12224**

**3.1804.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.1804.**

**Nonpriority creditor's name and mailing address**

TEMPERATURE ENGINEERING INC.
7475 SOUTH MADISON
WILLOWBROOK IL 60527

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$4,739.10

---

**3.1805.**

**Nonpriority creditor's name and mailing address**

TEPER, MOLLY JO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1806.**

**Nonpriority creditor's name and mailing address**

TERRY, DEVON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                           Case number *(if known)* **17-12224**

| 3.1807. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.1807.  **Nonpriority creditor's name and mailing address**

TESS, LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1808.  **Nonpriority creditor's name and mailing address**

TESTILER, JUDITH
BRETT BERGER, ESQ., MANEY & GORDON PA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1809.  **Nonpriority creditor's name and mailing address**

TESTILER, JUDITH

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

---

| 3.1810. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

TEXAS FILTER SERVICE LLC
10276 ROBINSON DRIVE
TYLER TX 75703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$139.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1811.**

**Nonpriority creditor's name and mailing address**

TEXAS RESTAURANT EQUIPMENT SERVICE
6411 BIG SPRINGS DRIVE
ARLINGTON TX 76001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,810.72

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1812.**

**Nonpriority creditor's name and mailing address**

THACKERY, DENISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                                        Case number *(if known)* **17-12224**

---

**3.1813.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

THACKSTON, JACOB LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1814.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

THE ANN DREVER COTTRELL TRUST
SCOTT C MCDERMAND TRUSTEE
PO BOX 691
JAMUL CA 91935

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1815.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

THE CHAIR DOCTOR
1101 GREEN STREET
FORT COLLINS CO 80524

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$340.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.1816. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

3.1816.

**Nonpriority creditor's name and mailing address**

THE GROWING COMPANY INC
4 WAYNE COURT BUILDING #3
SACRAMENTO CA 95829

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$292.00

---

3.1817.

**Nonpriority creditor's name and mailing address**

THE HAPPY CHEF INC
22 PARK PLACE
BUTLER NJ 07405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$268.03

---

3.1818.

**Nonpriority creditor's name and mailing address**

THE HIRAOKA FAMILY TRUST
ANDREW L. PLATT, ESQ.
65 E. WACKER PLACE, STE. 2300
KUEVER & PLATT, LLC
CHICAGO IL 60601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CASE NO. 17 M3 003313 PENDING REAL
ESTATE LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1819. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.1819. Nonpriority creditor's name and mailing address

THE IRVINE CO LLC
GENERAL COUNSEL
KAROL H REDDY PROPERTY ASSISTANT
550 NEWPORT CTR DR
NEWPORT BEACH CA 92660

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1820. Nonpriority creditor's name and mailing address

THE LION'S CLEANING SERVICES, LLC
1135 LORETTA STREET
LOUISVILLE KY 40213

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,000.00

---

3.1821. Nonpriority creditor's name and mailing address

THE MCS GROUP, INC.
1601 MARKET STREET STE. 800
PHILADELPHIA PA 19103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$939.13

Debtor    **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

3.1822.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |
*Check all that apply.*

THE PLUMBING SOURCE INC.                                                  $781.00
5042 CORBIN DRIVE
CLEVELAND OH 44128                ☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                                TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No

☐ Yes

3.1823.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |
*Check all that apply.*

THE POINTE AT ROBINHOOD VILLAGE                                          $2,018.00
5749 COLIN VILLAGE WAY
WINSTON SALEM NC 27106            ☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                                TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No

☐ Yes

3.1824.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |
*Check all that apply.*

THE SEALS DBA GASKETS ROCK MID-                                          $314.91
ATLANTIC LLC
1914 J.N. PEASE PLACE            ☐ Contingent
CHARLOTTE NC 28262
☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                                TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No

☐ Yes

Debtor  **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.1825. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.1825.** **Nonpriority creditor's name and mailing address**

THE SEAT DOCTOR
2648 LOVE SPRINGS ROAD
DBA AUTO BODY TECHNOLGOIES
GAFFNEY SC 29341

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$760.00

---

**3.1826.** **Nonpriority creditor's name and mailing address**

THE SKAFF FAMILY TRUST DATED 3/8/1991
EMILE SKAFF
4540 CHARMION LN
ENCINO CA 91316

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1827.** **Nonpriority creditor's name and mailing address**

THE WINDOW KING INC
6510 STATE ROAD
PARMA OH 44134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$160.12

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

**3.1828.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THOMAS TYLER PATRICIA TYLER AND
WILLIAM SEIDER
PATRICIA TYLER
2202 CASEY KEY RD
NOKOMIS FL 34275

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.1829.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THOMAS, AMANDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.1830.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THOMAS, AMANDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1831. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THOMAS, BILL
3210 SUNSET OAKS DRIVE
PLANT CITY FL 33563

☐ Contingent
☐ Unliquidated
☐ Disputed

$171.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1832. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THOMAS, KAITLYN GRACE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1833. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THOMAS, KELE

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

| 3.1834. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1834.

**Nonpriority creditor's name and mailing address**

THOMAS, MICHAEL LAWRENCE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1835.

**Nonpriority creditor's name and mailing address**

THOMPSON, ALICIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1836.

**Nonpriority creditor's name and mailing address**

THOMPSON, ERIC LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
|---|---|---|

| 3.1837. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THOMPSON, MARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1838. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THOMPSON, MARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1839. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THOMPSON, PHYLLIS

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1840. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1840.

**Nonpriority creditor's name and mailing address**

THOMPSON, TINA RENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1841.

**Nonpriority creditor's name and mailing address**

THOMSON REUTERS WEST
PAYMENT CENTER
PO BOX 6292
CAROL STREAM IL 60197

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,321.60

---

3.1842.

**Nonpriority creditor's name and mailing address**

THORNDAL ARMSTRONG DELK BALKENBUSH &
EISINGER
PO DRAWER 2070
LAS VEGAS NV 89125-2070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,691.47

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

---

**3.1843.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

THORNE, ANDRE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1844.** **Nonpriority creditor's name and mailing address**

TIETZE PLUMBING, INC.
10545 FM 1560 N
SAN ANTONIO TX 78254

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$262.50

---

**3.1845.** **Nonpriority creditor's name and mailing address**

TIGRISWOODS, LLC
SCOTT O. MERCER, ESQ.
68 S. MAIN ST. STE 200
KESLER & RUST
SALT LAKE CITY UT 84101-1525

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CASE NO. 170401457 PENDING REAL
ESTATE LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

3.1846.   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     Amount of claim
                                                                 *Check all that apply.*
          TILLMAN, JESSICA                                                                                          UNDETERMINED
          J. NELSON THOMAS THOMAS & SOLOMON LLP                  ☑ Contingent
          693 EAST AVENUE                                        ☑ Unliquidated
          ROCHESTER NY 14607                                     ☑ Disputed

          **Date or dates debt was incurred**                    **Basis for the claim:**

          VARIOUS                                                CIVIL ACTION NO. 6:15-CV-06742
                                                                 PENDING LITIGATION
          **Last 4 digits of account number:**
                                                                 **Is the claim subject to offset?**
                                                                 ☑ No
                                                                 ☐ Yes

3.1847.   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     Amount of claim
                                                                 *Check all that apply.*
          TILTON, BETH DIANE DOWNS                                                                                 UNDETERMINED
          J. NELSON THOMAS THOMAS & SOLOMON LLP                  ☑ Contingent
          693 EAST AVENUE                                        ☑ Unliquidated
          ROCHESTER NY 14607                                     ☑ Disputed

          **Date or dates debt was incurred**                    **Basis for the claim:**

          VARIOUS                                                CIVIL ACTION NO. 6:15-CV-06742
                                                                 PENDING LITIGATION
          **Last 4 digits of account number:**
                                                                 **Is the claim subject to offset?**
                                                                 ☑ No
                                                                 ☐ Yes

3.1848.   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     Amount of claim
                                                                 *Check all that apply.*
          TIPPIN, JENNIFER D.                                                                                      UNDETERMINED
          J. NELSON THOMAS THOMAS & SOLOMON LLP                  ☑ Contingent
          693 EAST AVENUE                                        ☑ Unliquidated
          ROCHESTER NY 14607                                     ☑ Disputed

          **Date or dates debt was incurred**                    **Basis for the claim:**

          VARIOUS                                                CIVIL ACTION NO. 6:15-CV-06742
                                                                 PENDING LITIGATION
          **Last 4 digits of account number:**
                                                                 **Is the claim subject to offset?**
                                                                 ☑ No
                                                                 ☐ Yes

Debtor **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

3.1849. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

**Nonpriority creditor's name and mailing address**

TITUS-CAMPOS, PATRICIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1850. 

**Nonpriority creditor's name and mailing address**

TOBIN, AARON O.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1851. 

**Nonpriority creditor's name and mailing address**

TODD, RAMONA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1852. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1852.

**Nonpriority creditor's name and mailing address**

TOKHI, SAEED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1853.

**Nonpriority creditor's name and mailing address**

TOLAN, NICOLE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1854.

**Nonpriority creditor's name and mailing address**

TOLES, RACHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|

**3.1855.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TORO, APRIL GENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.1856.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TORRES HERNANDEZ, JOSE RENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.1857.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TORRES, ADAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

| 3.1858. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TORRES, JUAN DANIEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1859. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TORRES-HERNANDEZ, JOSE RENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1860. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOTAL REFRIG GASKETS INC
2205 PLATINUM RD
APOPKA FL 32703

☐ Contingent
☐ Unliquidated
☐ Disputed

$261.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

---

| 3.1861. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOURNIER, TIFFANIE LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1862. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOWN CENTER INC
PO BOX 2273
BRIGHTON MI 48116

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,544.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1863. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TRADECOR GILBERT &VAUGHN, LLC
ANDREW B. TURK, ESQ. CLARK HILL PLC
14850 NORTH SCOTTSDALE ROAD
STE 500
SCOTTSDALE AZ 85254

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CASE NO. CV-2017-006031 PENDING
REAL ESTATE LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 3.1864. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

TRADECOR GILBERT AND VAUGHN LLC
PERRY MANN MANAGING MEMBER
BRITT RAND SANCHEZ - MEMBER
4455 E CAMELBACK RD STE E180
PHOENIX AZ 85018

| | | |
|---|---|---|
| | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | ☑ Contingent | UNDETERMINED |
| | ☑ Unliquidated | |
| | ☑ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1865.    **Nonpriority creditor's name and mailing address**

TRAIAN LEAHU DBA SEATTLE GROUT & TILE
11000 16TH AVE SE
APT. 806
EVERETT WA 98208

| | | |
|---|---|---|
| | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | ☐ Contingent | $889.68 |
| | ☐ Unliquidated | |
| | ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1866.    **Nonpriority creditor's name and mailing address**

TRAN, KEVIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

| | | |
|---|---|---|
| | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | ☑ Contingent | UNDETERMINED |
| | ☑ Unliquidated | |
| | ☑ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

---

| 3.1867. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | **Amount of claim** |
|---|---|---|---|

3.1867.

**Nonpriority creditor's name and mailing address**

TRAN, MINHANH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1868.

**Nonpriority creditor's name and mailing address**

TRANSOURCE
15955 LA CANTERA PKWY
SAN ANTONIO TX 78256

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,135.37

---

3.1869.

**Nonpriority creditor's name and mailing address**

TRANSWORLD ADVERTISING INC.
3684 N WICKHAM ROAD, STE. C
MELBOURNE FL 32935

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,050.73

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.1870. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.1870. **Nonpriority creditor's name and mailing address**

TRAUGHBER II, JOHN PATRICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1871. **Nonpriority creditor's name and mailing address**

TREITMAN, RACHEL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1872. **Nonpriority creditor's name and mailing address**

TRES WOODLAND INVESTMENT LLC
BRYAN LY
3460 W WALNUT ST STE 120
GARLAND TX 75042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.1873. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

3.1873.

**Nonpriority creditor's name and mailing address**

TREVINO, RACHELLE NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1874.

**Nonpriority creditor's name and mailing address**

TRI STAR SERVICES USA
8619 VIA BELLA NOTTE
ORLANDO FL 32836

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,785.01

---

3.1875.

**Nonpriority creditor's name and mailing address**

TRIANGLE REFRIGERATION SERVICES INC
739 PERSHING ROAD
RALEIGH NC 27608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,392.92

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

**3.1876.**    **Nonpriority creditor's name and mailing address**

TRI-AREA ELECTRICAL CONSTRUCTION INC.
C/O DANIEL LEONE
909 SE 47TH TERRACE
CAPE CORAL FL 33904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,662.54

---

**3.1877.**    **Nonpriority creditor's name and mailing address**

TRICE, AMIRA ALDUHAIM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1878.**    **Nonpriority creditor's name and mailing address**

TRINTECH INC
15851 DALLAS PARKWAY, STE. 900
ADDISON TX 75320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,423.48

---

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

---

3.1879.    **Nonpriority creditor's name and mailing address**

TRUDEAU, KELLIANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1880.    **Nonpriority creditor's name and mailing address**

TRUNFIO, DEREK MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1881.    **Nonpriority creditor's name and mailing address**

TRUSTY, BEVERLY ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

---

**3.1882.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| TUCKER, MARSHA HOPE | | UNDETERMINED
| J. NELSON THOMAS THOMAS & SOLOMON LLP | ☒ Contingent |
| 693 EAST AVENUE | ☒ Unliquidated |
| ROCHESTER NY 14607 | ☒ Disputed |

**Date or dates debt was incurred**     **Basis for the claim:**

VARIOUS                              CIVIL ACTION NO. 6:15-CV-06742
                                     PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.1883.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| TUNDRA RESTAURANT SUPPLY, INC. | | $65.84
| BIN 010198 | ☐ Contingent |
| MILWAUKEE WI 53288-0198 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**     **Basis for the claim:**

VARIOUS                              TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.1884.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| TURNER III, PAUL ALONZO | | UNDETERMINED
| J. NELSON THOMAS THOMAS & SOLOMON LLP | ☒ Contingent |
| 693 EAST AVENUE | ☒ Unliquidated |
| ROCHESTER NY 14607 | ☒ Disputed |

**Date or dates debt was incurred**     **Basis for the claim:**

VARIOUS                              CIVIL ACTION NO. 6:15-CV-06742
                                     PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 3.1885. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

TURPYN, ROBB
164 WESTSIDE DRIVE
ROCHESTER NY 14624

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$700.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1886.   **Nonpriority creditor's name and mailing address**

TUX WINDOW CLEANING
4406 TOWNER AVE, NE STE. 6
ALBUQUERQUE NM 87110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$398.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1887.   **Nonpriority creditor's name and mailing address**

TWC SERVICES INC
PO BOX 1612
DES MOINES IA 50306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$321.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

**3.1888.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | TYBURSKI, KELLY | *Check all that apply.* | UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WORKERS COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1889.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TYLER, NICOLE MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1890.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TYNES, JAMIE LEIGH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1891. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1891.    **Nonpriority creditor's name and mailing address**

U HAUL
RAUCH MILLIKEN, INC.
PO BOX 8390
METAIRIE LA 70011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1892.    **Nonpriority creditor's name and mailing address**

UHAUL INTERNATIONAL INC
PO BOX 52128
PHOENIX AZ 85072

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,745.35

---

3.1893.    **Nonpriority creditor's name and mailing address**

ULTIMATE SOFTWARE GROUP, THE
PO BOX 930953
ATLANTA GA 31193

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$38,376.00

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1894. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1894.

**Nonpriority creditor's name and mailing address**

UNDERGROUND VAULTS & STORAGE
PO BOX 1723
HUTCHINSON KS 67504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$8.47

---

3.1895.

**Nonpriority creditor's name and mailing address**

UNDERGROUND VAULTS & STORAGE INC
PO BOX 1723
HUTCHINSON KS 67504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$7.96

---

3.1896.

**Nonpriority creditor's name and mailing address**

UNDERKOFFLER, LEE MARSHALL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

---

**3.1897.**    **Nonpriority creditor's name and mailing address**

UNIFIRST CORPORATION
6920 COMMERCE AVENUE
EL PASO TX 79915

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $2,818.53 |

---

**3.1898.**    **Nonpriority creditor's name and mailing address**

UPHOLSTERY PROFESSIONALS LLC
PO BOX 291973
TAMPA FL 33687

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $5,201.16 |

---

**3.1899.**    **Nonpriority creditor's name and mailing address**

URFFER, HEIDI ALLISON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| 3.1900. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.1900.    **Nonpriority creditor's name and mailing address**

US MEAT EXPORT FEDERATION
1660 LINCOLN ST, SUITE 2800
DENVER CO 80264

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13,250.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1901.    **Nonpriority creditor's name and mailing address**

UTTERBACK, MARY KATHERINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1902.    **Nonpriority creditor's name and mailing address**

VALENTINE, CHELSEA LEANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1903. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | VALLADAREZBUSTO,ASENCION | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | WORKERS COMPENSATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.1904. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | VALLADREZ BUSTOS, ASENCION | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | WORKERS COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.1905. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | VAN DUGEN, FEMALE | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | GENERAL LIABILITY CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

---

**3.1906.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| VAN HOOK SERVICE COMPANY INC<br>76 SENECA AVE<br>ROCHESTER NY 14621 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,146.70

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1907.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| VANDERLAAN, KATHLEEN MARIE<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1908.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| VANDIKE, DEIRDRE CAITLIN<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**               Page 644 of 698

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|
| 3.1909. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

VANIMAN, DEVON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.1910. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

VANWEY, AUSTIN DARR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.1911. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

VANWEY, AUSTIN DARR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1912. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VARGAS, JOSE D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1913. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VARGO, ANTOINETTTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1914. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VASQUEZ, JENNIFER ELISA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

| 3.1915. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.1915.**

**Nonpriority creditor's name and mailing address**

VAUGHAN, MICHAEL PATRICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1916.**

**Nonpriority creditor's name and mailing address**

VECERE, JOHN WILLIAM KYOSHI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1917.**

**Nonpriority creditor's name and mailing address**

VECTOR INTELLIGENT SOLUTIONS, LLC
PO BOX 645096
PITTSBURG PA 15264-5096

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$744.91

---

Debtor **MAC ACQUISITION LLC**                                                     Case number *(if known)* **17-12224**

| 3.1918. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---------|---------|---------|---------|
| | VELASQUEZ, BRANDON JAY<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1919. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---------|---------|---------|---------|
| | VENTURA GATEWAY LLC<br>RPG VENTURA GATEWAY<br>DEPT 843154<br>LOS ANGELES CA 90084 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,934.86 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LEASE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1920. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---------|---------|---------|---------|
| | VERMAZANI, KATIE ALYSSA<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CIVIL ACTION NO. 6:15-CV-06742<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

---

3.1921.   **Nonpriority creditor's name and mailing address**

VERNICH, WILLIAM A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1922.   **Nonpriority creditor's name and mailing address**

VESTAR DRMOP LLC
PRESIDENT
PAT MCGINLEY PROPERTY MANAGEMENT
VESTAR DEVELOPMENT
2425 E CAMELBACK ROAD STE 750
PHOENIX AZ 85016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1923.   **Nonpriority creditor's name and mailing address**

VESTERMARK, NICOLE ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 3.1924. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1924.    **Nonpriority creditor's name and mailing address**

VETTESE, JAIMIE LYNNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1925.    **Nonpriority creditor's name and mailing address**

VICTORY CONCRETE LLC DBA DONNA MALSKI
1605 FERNDALE PLACE
ANN ARBOR MI 48104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1926.    **Nonpriority creditor's name and mailing address**

VINYL DOCTOR SYSTEMS INC
PO BOX 32086
PALM BEACH GARDENS FL 33420

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$699.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                                     Case number *(if known)* **17-12224**

---

3.1927.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

VIRTEVA LLC
6110 GOLDEN HILLS DRIVE                                              ☐ Contingent                                            $32,356.60
MINNEAPOLIS MN 55416
☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**                                    **Basis for the claim:**

VARIOUS                                                                TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**                                   **Is the claim subject to offset?**

☑ No

☐ Yes

---

3.1928.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

VO, JESSICA ANH-THU
J. NELSON THOMAS THOMAS & SOLOMON LLP                               ☑ Contingent                                            UNDETERMINED
693 EAST AVENUE
ROCHESTER NY 14607                                                  ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                                    **Basis for the claim:**

VARIOUS                                                                CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.1929.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

VON PETRZELKA, PAUL H
7950 QUAIL BREEZE                                                  ☐ Contingent                                            $148.75
SAN ANTONIO TX 78250
☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**                                    **Basis for the claim:**

VARIOUS                                                                TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**                                   **Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                                   Case number *(if known)* **17-12224**

| 3.1930. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VOX MEDIA INC.
1201 CONNECTICUT AVENUE NW - 11TH FLOOR
WASHINGTON DC 20036

☐ Contingent
☐ Unliquidated
☐ Disputed

$19,801.46

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1931. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VOYTA, AMANDA SUE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1932. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VYNAWOOD DBA DARRELL BARTZ
1695 KINGSTON ROAD
LONGWOOD FL 32750

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,328.15

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.1933. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

WADE, MELISSA DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1934.

**Nonpriority creditor's name and mailing address**

WADLEY, BETH RENAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1935.

**Nonpriority creditor's name and mailing address**

WAFFORD, LANISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.1936. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1936.

**Nonpriority creditor's name and mailing address**

WAGNER, JENNIFER DANIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1937.

**Nonpriority creditor's name and mailing address**

WAGNER, JESSICA RAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1938.

**Nonpriority creditor's name and mailing address**

WAHL, BETTY JEAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

---

3.1939.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

WALKER, GARY KENT                                                                        UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                         ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                    CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.1940.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

WALLACE, TONY                                                                            UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                         ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                    CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.1941.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

WALLJASPER, ARMAND A.                                                                    UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                         ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                    CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| | |
|---|---|

3.1942.   **Nonpriority creditor's name and mailing address**

WALTERS, SHANEKA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1943.   **Nonpriority creditor's name and mailing address**

WANG, JILL MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1944.   **Nonpriority creditor's name and mailing address**

WARD, BRITINI ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                         Case number *(if known)* **17-12224**

**3.1945.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WARD, STEPHENSON PATRICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.1946.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WARNOCK, MEGAN VICTORIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.1947.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WARREN, JR., HUBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|

3.1948.  **Nonpriority creditor's name and mailing address**

WARRINGTON, EVAN CHARLES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1949.  **Nonpriority creditor's name and mailing address**

WASHINGTON, ARTHUR RAY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1950.  **Nonpriority creditor's name and mailing address**

WATER LEAK DETECTORS INC.
8530 SW 42ND STREET
MIAMI FL 33155

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$700.00

---

Debtor   **MAC ACQUISITION LLC**                                     Case number *(if known)* **17-12224**

---

3.1951.   **Nonpriority creditor's name and mailing address**

WATTS, JR., BRUCE WAYNE NAYLOR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1952.   **Nonpriority creditor's name and mailing address**

WAYMAN FIRE PROTECTION INC
403 MECO DRIVE
WILMINGTON DE 19804

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,650.00

---

3.1953.   **Nonpriority creditor's name and mailing address**

WC FIRE SAFETY, INC.
PO BOX 560159
MONTVERDE FL 34756

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,325.73

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 659 of 698

Debtor   **MAC ACQUISITION LLC**                                     Case number *(if known)* **17-12224**

---

3.1954.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**   | **Amount of claim** |

WEASE, ANGELA E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1955.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**   | **Amount of claim** |

WEBER, MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1956.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**   | **Amount of claim** |

WEBSTER, ELI ERICHSEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

**3.1957.** | **Nonpriority creditor's name and mailing address**

WEBSTER, SHULAMITH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.1958.** | **Nonpriority creditor's name and mailing address**

WEEKS, DARYL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.1959.** | **Nonpriority creditor's name and mailing address**

WEINFELD, JEANETE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 661 of 698

Debtor    **MAC ACQUISITION LLC**                                                        Case number *(if known)* **17-12224**

3.1960.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | Amount of claim |

WEINGARTEN MILLER AURORA LLC                      *Check all that apply.*
PO BOX 924133                                                                             $3,206.43
TENANT 124626 / CO 49510                          ☐ Contingent
HOUSTON TX 77292
                                                  ☐ Unliquidated

                                                  ☐ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                           LEASE

**Last 4 digits of account number:**             **Is the claim subject to offset?**

                                                  ☑ No

                                                  ☐ Yes

3.1961.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | Amount of claim |

WEINGARTEN REALTY INVESTORS                       *Check all that apply.*
KAT BLAIS                                                                                 UNDETERMINED
KAT BLAIS SR ADMIN ASST                           ☑ Contingent
PO BOX 924133
HOUSTON TX 77292                                  ☑ Unliquidated

                                                  ☑ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                           LANDLORD CLAIM

**Last 4 digits of account number:**             **Is the claim subject to offset?**

                                                  ☑ No

                                                  ☐ Yes

3.1962.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | Amount of claim |

WELCH, CARMETA                                    *Check all that apply.*
J. NELSON THOMAS THOMAS & SOLOMON LLP                                                     UNDETERMINED
693 EAST AVENUE                                   ☑ Contingent
ROCHESTER NY 14607
                                                  ☑ Unliquidated

                                                  ☑ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                           CIVIL ACTION NO. 6:15-CV-06742
                                                  PENDING LITIGATION
**Last 4 digits of account number:**
                                                  **Is the claim subject to offset?**

                                                  ☑ No

                                                  ☐ Yes

Debtor  **MAC ACQUISITION LLC**                                         Case number *(if known)* **17-12224**

---

**3.1963.**   **Nonpriority creditor's name and mailing address**

WELLS LAKE BUENA VISTA LLC
BILL HALE
40 FRANCIS RD
HENDERSONVILLE NC 28792

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LANDLORD CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1964.**   **Nonpriority creditor's name and mailing address**

WELLS, KETURAH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1965.**   **Nonpriority creditor's name and mailing address**

WELLS, OLIVIA RAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

**3.1966.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

WERTZ, TAMARA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1967.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

WESTBROOK, TONI
BART BEHR, BEHR LAW FIRM

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1968.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

WESTFIELD, ALANDRA GAITLYN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.1969. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---------|---|---|---|

**3.1969.**

**Nonpriority creditor's name and mailing address**

WESTLAND PLUMBING CORP
101 W 24 STRET
HIALEAH FL 33010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$150.00

---

**3.1970.**

**Nonpriority creditor's name and mailing address**

WHITE, ALEXIS JEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1971.**

**Nonpriority creditor's name and mailing address**

WHITE, BRIDGETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

---

**3.1972.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

WHITE, ERIC
1110 KIRKLAND COURT
CONCORD NC 28025

☐ Contingent
☐ Unliquidated
☐ Disputed

$944.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1973.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

WHITE, LARA ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1974.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

WHITE, LARRY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC ACQUISITION LLC**                                                                 Case number *(if known)* **17-12224**

---

3.1975.   **Nonpriority creditor's name and mailing address**

WHITE, SHEILA LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1976.   **Nonpriority creditor's name and mailing address**

WHITEHEAD, TREVOR STEPHEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1977.   **Nonpriority creditor's name and mailing address**

WHITTEN, JOHN DAY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

3.1978.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
                                                                    *Check all that apply.*
WIELEBINSKI, DANIELLE                                                                                      UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                   ☑ Unliquidated
                                                     ☑ Disputed
**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                                                  CIVIL ACTION NO. 6:15-CV-06742
                                                         PENDING LITIGATION
**Last 4 digits of account number:**

                                                     **Is the claim subject to offset?**
                                                     ☑ No
                                                     ☐ Yes

3.1979.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
                                                                    *Check all that apply.*
WIGGINS, CHAD WAYNE                                                                                       UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP    ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                   ☑ Unliquidated
                                                     ☑ Disputed
**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                                                  CIVIL ACTION NO. 6:15-CV-06742
                                                         PENDING LITIGATION
**Last 4 digits of account number:**

                                                     **Is the claim subject to offset?**
                                                     ☑ No
                                                     ☐ Yes

3.1980.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
                                                                    *Check all that apply.*
WIGGLYDOG RE VENTURES LLC SERIES C                                                                       $6,960.09
2885 SANFORD AVE SW # 27891                          ☐ Contingent
DBA WDRE MG LLC
GRANDVILLE MI 49418                                  ☐ Unliquidated
                                                     ☐ Disputed
**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                                                  LEASE

**Last 4 digits of account number:**

                                                     **Is the claim subject to offset?**
                                                     ☑ No
                                                     ☐ Yes

Debtor **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 3.1981. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.1981. | **Nonpriority creditor's name and mailing address**

WILEY, KRISTY RENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1982. | **Nonpriority creditor's name and mailing address**

WILGRO CLEANING SERVICES LLC
4655 SOUTHPORT CROSSING
NORCROSS GA 30092

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$180.00

---

3.1983. | **Nonpriority creditor's name and mailing address**

WILKEN, SHARRON LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

**3.1984.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WILKEN, SHARRON LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1985.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WILKERSON, SHERRI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1986.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WILKES, ROBERT BRADLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

3.1987. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WILKINSON, DIANE NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1988. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WILKS, SEAN STEVEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1989. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WILLERT, SARAH CAROL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                Case number *(if known)* **17-12224**

| 3.1990. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.1990.** **Nonpriority creditor's name and mailing address**

WILLIAM BURNS DBA BURNS CLEANING
PO BOX 8523
PORTLAND ME 04104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,100.00

---

**3.1991.** **Nonpriority creditor's name and mailing address**

WILLIAMS, BRIANA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1992.** **Nonpriority creditor's name and mailing address**

WILLIAMS, BRITTANY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

3.1993.   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          | **Amount of claim** |
          *Check all that apply.*

          WILLIAMS, ESTHER DELORES                                     ☑ Contingent                                              UNDETERMINED
          J. NELSON THOMAS THOMAS & SOLOMON LLP                        ☑ Unliquidated
          693 EAST AVENUE                                              ☑ Disputed
          ROCHESTER NY 14607

          **Date or dates debt was incurred**                         **Basis for the claim:**

          VARIOUS                                                      CIVIL ACTION NO. 6:15-CV-06742
                                                                       PENDING LITIGATION
          **Last 4 digits of account number:**
                                                                       **Is the claim subject to offset?**

                                                                       ☑ No
                                                                       ☐ Yes

---

3.1994.   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          | **Amount of claim** |
          *Check all that apply.*

          WILLIAMS, KAREEM                                             ☑ Contingent                                              UNDETERMINED
          J. NELSON THOMAS THOMAS & SOLOMON LLP                        ☑ Unliquidated
          693 EAST AVENUE                                              ☑ Disputed
          ROCHESTER NY 14607

          **Date or dates debt was incurred**                         **Basis for the claim:**

          VARIOUS                                                      CIVIL ACTION NO. 6:15-CV-06742
                                                                       PENDING LITIGATION
          **Last 4 digits of account number:**
                                                                       **Is the claim subject to offset?**

                                                                       ☑ No
                                                                       ☐ Yes

---

3.1995.   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          | **Amount of claim** |
          *Check all that apply.*

          WILLIAMS, KAREEM WALTON                                      ☑ Contingent                                              UNDETERMINED
          J. NELSON THOMAS THOMAS & SOLOMON LLP                        ☑ Unliquidated
          693 EAST AVENUE                                              ☑ Disputed
          ROCHESTER NY 14607

          **Date or dates debt was incurred**                         **Basis for the claim:**

          VARIOUS                                                      CIVIL ACTION NO. 6:15-CV-06742
                                                                       PENDING LITIGATION
          **Last 4 digits of account number:**
                                                                       **Is the claim subject to offset?**

                                                                       ☑ No
                                                                       ☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| | |
|---|---|
| 3.1996. | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

WILLIAMS, KEVIN CURTIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1997. **Nonpriority creditor's name and mailing address**

WILLIAMS, MAALIK AKIL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1998. **Nonpriority creditor's name and mailing address**

WILLIAMS, SHANNON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

| 3.1999. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1999.

**Nonpriority creditor's name and mailing address**

WILLIAMS., JOHN'NEISKA LA'PEACE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.2000.

**Nonpriority creditor's name and mailing address**

WILLIG, JR., ROBERT L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.2001.

**Nonpriority creditor's name and mailing address**

WILLIG, JR., ROBERT LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | |
|---|---|
| 3.2002. | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

WILSON, AMBER RENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.2003.    **Nonpriority creditor's name and mailing address**

WILSON, HANNAH CAROL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.2004.    **Nonpriority creditor's name and mailing address**

WILSON, JAMES

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC ACQUISITION LLC**                                           Case number *(if known)* **17-12224**

| 3.2005. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.2005.**    **Nonpriority creditor's name and mailing address**

WILSON, MATTHEW DAMON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.2006.**    **Nonpriority creditor's name and mailing address**

WILSON, PATRICK

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

GENERAL LIABILITY CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.2007.**    **Nonpriority creditor's name and mailing address**

WILSON, RYAN TRAVIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

3.2008.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

WINDLE, KELSEY ANN                                                                UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                        ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                                CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.2009.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

WING, TAYLOR JANELLE                                                                UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                        ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                                CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.2010.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
*Check all that apply.*

WOLF ROAD PARK II LLC                                                            UNDETERMINED
C O THE BELTRONE GROUP LLC                    ☑ Contingent
JOSEPH G CARANFA VICE PRESIDENT
14 HEMLOCK ST BOX 517                            ☑ Unliquidated
LATHAM NY 12110
☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                                LANDLORD CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

**3.2011.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.2011.**

**Nonpriority creditor's name and mailing address**

WOLFE, JENNIFER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.2012.**

**Nonpriority creditor's name and mailing address**

WOLLMANN, JUSTIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.2013.**

**Nonpriority creditor's name and mailing address**

WOOD, JORDAN D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor  **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| | |
|---|---|
| 3.2014. | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.2014.  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   | **Amount of claim**

WOOD, JORDAN DAVID
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2015.  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **Amount of claim**

WOODS, GLENN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2016.  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **Amount of claim**

WOODS, KELSEY JEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

3.2017. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WOODS, SHANEENA DENISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2018. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WOODWARD, SAMANTHA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2019. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WOOLF, JUSTIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

---

3.2020.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

**Nonpriority creditor's name and mailing address**

WOORMAN, MATTHEW PHILLIP
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.2021.

**Nonpriority creditor's name and mailing address**

WORLD BUSINESS SUPPLY LLC
14993 CROFTON DR
SHELBY TWP MI 48315

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$127.20

---

3.2022.

**Nonpriority creditor's name and mailing address**

WORMSLEY, JASMINE S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC ACQUISITION LLC**                                                        Case number *(if known)* **17-12224**

---

| 3.2023. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WRIGHT, DIANA M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2024. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WRIGHT, EMILEIGH ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2025. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WRIGHT, STEPHANIE M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

| 3.2026. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WURSTHORNE, CHADWICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2027. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

XEROX CORPORATION 723115317
PO BOX 7405
PASADENA CA 91109-7405

☐ Contingent
☐ Unliquidated
☐ Disputed

$21.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2028. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

XTREME DEALS INC.
12096 SW 140TH TERRACE
MIAMI FL 33186

☐ Contingent
☐ Unliquidated
☐ Disputed

$349.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**                                     Case number *(if known)* **17-12224**

| 3.2029. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.2029.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

YANG, HEE SEUNG
J. NELSON THOMAS THOMAS & SOLOMON LLP          UNDETERMINED
693 EAST AVENUE
ROCHESTER NY 14607                              ☑ Contingent
                                                ☑ Unliquidated
                                                ☑ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         CIVIL ACTION NO. 6:15-CV-06742
                                                PENDING LITIGATION
**Last 4 digits of account number:**

                                                **Is the claim subject to offset?**
                                                ☑ No
                                                ☐ Yes

---

3.2030.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

YATES, SHAILA
J. NELSON THOMAS THOMAS & SOLOMON LLP          UNDETERMINED
693 EAST AVENUE
ROCHESTER NY 14607                              ☑ Contingent
                                                ☑ Unliquidated
                                                ☑ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         CIVIL ACTION NO. 6:15-CV-06742
                                                PENDING LITIGATION
**Last 4 digits of account number:**

                                                **Is the claim subject to offset?**
                                                ☑ No
                                                ☐ Yes

---

3.2031.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

YELLOW MARKETING, LTD.
53-55 TOTLEBEN BLVD, 1ST FLOOR                  $1,104.00
DISTRICT KRASNO SELO
SOFIA                                           ☐ Contingent
BULGARIA                                        ☐ Unliquidated
                                                ☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         TRADE ACCOUNTS PAYABLE

**Last 4 digits of account number:**           **Is the claim subject to offset?**
                                                ☑ No
                                                ☐ Yes

Debtor   **MAC ACQUISITION LLC**                                  Case number *(if known)* **17-12224**

---

3.2032.   **Nonpriority creditor's name and mailing address**

YOU FLOOR ME, LLC
15439 N. CAVE CREEK RD
PHOENIX AZ 85032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $400.00 |

---

3.2033.   **Nonpriority creditor's name and mailing address**

YOUNG ELECTRIC SIGN CO LLC
2401 FOOTHILL DRIVE
SALT LAKE CITY UT 84109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $665.42 |

---

3.2034.   **Nonpriority creditor's name and mailing address**

YOUNG, CARLY MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
|---|---|---|

---

3.2035.    **Nonpriority creditor's name and mailing address**

YOUNG, ELIZABETH DIANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.2036.    **Nonpriority creditor's name and mailing address**

YOUNG, JESSICA LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.2037.    **Nonpriority creditor's name and mailing address**

YOUNG, RICKY E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 3.2038. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YOUNG, SABRINA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2039. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YOUNG, SCOTT M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2040. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YOUR YARD GUY LLC
10222 INDEPENDENCE LANE
LITTLE ROCK AR 72209

☐ Contingent
☐ Unliquidated
☐ Disputed

$400.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

---

3.2041.   **Nonpriority creditor's name and mailing address**

YUKICH, MICHAEL GEORGE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.2042.   **Nonpriority creditor's name and mailing address**

YUKICH, MICHAEL GEORGE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.2043.   **Nonpriority creditor's name and mailing address**

ZAHN, NORINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

---

3.2044. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

ZALEWSKI, JOSEPH PATRICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent                 UNDETERMINED
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2045. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

ZAUZIG, ASHLEY TAYLOR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent                 UNDETERMINED
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2046. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

ZAY, JUSTIN SCOTT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent                 UNDETERMINED
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 3.2047. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZAZA, ANTHONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.2048. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZIOBROWSKI, MARISA DENISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 100 UNIVERSITY LLC<br>C/O SERBER & ASSOCIATES, P.A.<br>2875 NE 191ST STREET, SUITE 801<br>AVENTURA FL 33180 | Part 2 line 3.3 | _____ |
| 100 UNIVERSITY LLC<br>LAW OFFICES OF JONATHAN A. HELLER, P.A.<br>JONATHAN A. HELLER, ESQ.<br>14 N.E. 1ST AVE. SUITE 1105<br>MIAMI FL 33132 | Part 2 line 3.4 | _____ |
| 2728 GANNON RD LLC<br>2728 GANNON RD LLC<br>PO BOX L<br>RANCHO SANTA FE CA 92067 | Part 2 line 3.8 | _____ |
| AMBRE HOLLY | Part 2 line 3.884 | _____ |
| ARELLANO, JOSE | Part 2 line 3.91 | _____ |
| BENSON, MARAN | Part 2 line 3.172 | _____ |
| BGHIGH, HANAE | Part 2 line 3.184 | _____ |
| BLK220 LLC<br>MCWHINNEY<br>CRHISTINA SONG MOLINARO<br>2725 ROCKY MOUNTAIN AVE STE 200<br>LOVELAND CO 80538 | Part 2 line 3.199 | _____ |
| BRADLEY D. MCADORY, ADA GROUP<br>PO BOX 231477<br>MONTGOMERY AL 36123 | Part 2 line 3.991 | _____ |
| BRANDYWINE DEVELOPMENT GROUP LLC<br>105 FAULK RD<br>WILMINGTON DE 19803 | Part 2 line 3.230 | _____ |
| BRE RETAIL RESIDUAL OWNER 1 LLC<br>LEGAL COUNSEL<br>40 SKOKIE BLVD STE 600<br>NORTHBROOK IL 60062 | Part 2 line 3.232 | _____ |
| BRINKER INTERNATIONAL INC<br>PO BOX 910232<br>DALLAS TX 75391 | Part 2 line 3.1477 | _____ |
| BYRON MICHAEL LUKSO | Part 2 line 3.1147 | _____ |
| C/O THOMAS & SULLIVAN LLP<br>J. NELSON THOMAS, MICHAEL J.LINGLE<br>JARED K. COOK<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | Part 2 line 3.602 | _____ |

Debtor   **MAC ACQUISITION LLC**                                                  Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| CALABRESE, ADAM<br>C/O THOMAS & SULLIVAN LLP<br>J NELSON THOMAS MICHAEL JLINGLE J COOK | Part 2 line 3.287 | _____ |
| CASTLE AND COOKE DEVELOPMENT<br>KAY WILSON<br>PROPERTY MANAGER<br>2470 TUSCANY ST STE 104<br>CORONA CA 92881 | Part 2 line 3.330 | _____ |
| CASUAL DINING ALTAMONTE SPRINGS LLC<br>26 KNIGHTS COURT<br>UPPER SADDLE RIVER NJ 07458 | Part 2 line 3.333 | _____ |
| CASUAL DINING ALTAMONTE SPRINGS LLC<br>KILLGORE, PEARLMAN, STAMP, DENIUS &<br>SQUIRES, P.A. GREY SQUIRES-BINFORD, ESQ.<br>2 SOUTH ORANGE AVENUE, 5TH FLOOR<br>P.O. BOX 1913<br>ORLANDO FL 32802-1913 | Part 2 line 3.334 | _____ |
| CASUAL DINING COOL SPRINGS, LLC<br>26 KNIGHTS COURT,<br>UPPER SADDLE RIVER NJ 07458 | Part 2 line 3.335 | _____ |
| CBL-FRIENDLY CENTER CMBS, LLC<br>C/O CBL & ASSOCIATES MANAGEMENT, INC.<br>2030 HAMILTON PLACE BLVD<br>CBL CENTER, SUITE 500<br>CHATTANOOGA TN 37421 | Part 2 line 3.338 | _____ |
| CHADHA, SAHIBA, SUBASH CHADHA,<br>MAMTA CHADHA, MANISH CHADHA | Part 2 line 3.351 | _____ |
| CHARLES HICKS<br>2010 BASTON AVE<br>APT 408<br>ROWLAND HEIGHTS CA 91748 | Part 2 line 3.866 | _____ |
| CLEVELAND EEOC<br>1240 E 9TH ST<br>CLEVELAND OH 44199 | Part 2 line 3.1599 | _____ |
| COLUMBUS DINING DST<br>2901 BUTTERFIELD ROAD<br>OAKBROOK IL 60523 | Part 2 line 3.415 | _____ |
| COOK, JARED K.<br>J. NELSON THOMAS, MICHAEL J.LINGLE<br>C/O THOMAS & SULLIVAN LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | Part 2 line 3.602 | _____ |
| COX CASTLE AND NICHOLSON LLP<br>GARY GLICK ESQ<br>2049 CENTURY PK EAST STE 2800<br>LOS ANGELES CA 90067 | Part 2 line 3.667 | _____ |
| CP VENTURE FIVE AWC LLC<br>LENNAR COMMERCIAL SVC LLC<br>LEASE ADMINISTRATOR VICKIE BOCK REGIONAL<br>GM<br>7000 CENTRAL PKWY NE STE 700<br>ATLANTA GA 30328 | Part 2 line 3.1489 | _____ |
| DAN KREMERS MD ATKINSON CO INC<br>DAN KREMERS<br>1401 19TH ST STE 400<br>BAKERSFIELD CA 93301 | Part 2 line 3.667 | _____ |

Debtor    **MAC ACQUISITION LLC**                                   Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| DB FIVE GRILL LP CARDINAL CAPTIAL PARTNERS<br>8214 WESTHEIMER 9TH FL<br>DALLAS TX 75225 | Part 2 line 3.509 | _____ |
| DENVER WEST MILLS LP<br>SIMON PROPERTY GROUP<br>MELISSA A BREEDEN COUNSEL<br>225 W WASHINGTON ST<br>INDIANAPOLIS IN 46204 | Part 2 line 3.528 | _____ |
| DINOVA, INC<br>6455 EAST JOHNS CROSSING<br>STE 200<br>JOHN CREEK GA 30097 | Part 2 line 3.546 | _____ |
| DOLAN-FOX, DEBORAH | Part 2 line 3.552 | _____ |
| EKRYSS, JHARED | Part 2 line 3.602 | _____ |
| EVANS, DARELL | Part 2 line 3.602 | _____ |
| HAPPEL, MARANDA<br>C/O THOMAS & SULLIVAN LLP<br>J NELSON THOMAS MICHAEL JLINGLE J COOK | Part 2 line 3.602 | _____ |
| HOYLES, LATOYA | Part 2 line 3.897 | _____ |
| IGNITE RESTAURANT GROUP<br>10555 RICHMOND AVE #100<br>HOUSTON TX 77042 | Part 2 line 3.602 | _____ |
| JONES LANG LASALLE AMERCAS INC<br>PRESIDENT AND CEO RETAIL<br>JEFF BARBER<br>3344 PEACHTREE RD STE 1110<br>ATLANTA GA 30326 | Part 2 line 3.242 | _____ |
| JUDITH TESTILER | Part 2 line 3.1808 | _____ |
| JUERGEN, CONNIE | Part 2 line 3.602 | _____ |
| KOHNER MANN & KAILAS SC<br>DEVON E DAUGHETY<br>WASHINGTON BLDG, BARNABAS BUSINESS CTR<br>4650 NORTH PORT WASHINGTON RD<br>MILWAUKEE WI 53212-1059 | Part 2 line 3.591 | _____ |
| KOHNER MANN & KAILAS SC<br>DEVON E DAUGHETY<br>WASHINGTON BLDG, BARNABAS BUSINESS CTR<br>4650 NORTH PORT WASHINGTON RD<br>MILWAUKEE WI 53212-1059 | Part 2 line 3.592 | _____ |
| KOHNER MANN & KAILAS SC<br>DEVON E DAUGHETY<br>WASHINGTON BLDG, BARNABAS BUSINESS CTR<br>4650 NORTH PORT WASHINGTON RD<br>MILWAUKEE WI 53212-1059 | Part 2 line 3.593 | _____ |
| KOHNER MANN & KAILAS SC<br>DEVON E DAUGHETY<br>WASHINGTON BLDG, BARNABAS BUSINESS CTR<br>4650 NORTH PORT WASHINGTON RD<br>MILWAUKEE WI 53212-1059 | Part 2 line 3.594 | _____ |

Debtor   **MAC ACQUISITION LLC**                                  Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| KURTZMAN STEADY LLC<br>JEFFREY KURTZMAN<br>401 S 2ND ST STE 200<br>PHILADELPHIA PA 19147 | Part 2 line 3.1407 | _____ |
| LECLAIRRYAN, A PROFESSIONAL CORP<br>ANDREW L COLE<br>800 NORTH KING ST STE 303<br>WILMINGTON DE 19801 | Part 2 line 3.630 | _____ |
| LECLAIRRYAN, A PROFESSIONAL CORPORATION<br>NICLAS A FERLAND;ILAN MARKUS<br>545 LONG WHARF DRIVE 9TH FLOOR<br>NEW HAVEN CT 06511 | Part 2 line 3.630 | _____ |
| LUKE, GEORGIA | Part 2 line 3.1145 | _____ |
| MAMAKOS, THOMAS<br>4 BAKER ST<br>WAYNE NJ 07470 | Part 2 line 3.1719 | _____ |
| MENDOZA, MANUEL | Part 2 line 3.1241 | _____ |
| MERCEDES SANCHEZ, ROLANDO SANCHEZ | Part 2 line 3.1622 | _____ |
| MIRICK O'CONNELL DEMALLIE & LOUGEE LLP<br>PAUL W CAREY<br>100 FRONT ST<br>WORCESTER MA 01608 | Part 2 line 3.1439 | _____ |
| MIRICK O'CONNELL DEMALLIE & LOUGEE LLP<br>KATE P FOLEY<br>1800 WEST PARK DRIVE STE 400<br>WESTBOROUGH MA 01581 | Part 2 line 3.1439 | _____ |
| MJDEL LLC<br>DUNBAR GOLOBOY, LLP<br>RONALD W. DUNBAR, JR.<br>197 PORTLAND STREET 5TH FLOOR<br>BOSTON MA 02114 | Part 2 line 3.1266 | _____ |
| MJDEL, LLC<br>61 SOLOMON PIERCE RD.<br>LEXINGTON MA 02420 | Part 2 line 3.1267 | _____ |
| MS INLAND FUND LLC<br>RPAI HOLDCO MANAGEMENT LLC<br>VICE PRESIDENT OF COLLECTIONS BRIAN<br>GRADY VP AND CONTROLLER<br>2021 SPRING RD STE 200<br>OAK BROOK IL 60523 | Part 2 line 3.1307 | _____ |
| MS INLAND FUND LLC<br>RETAIL PROPERTIES OF AMERICA INC<br>VP AND DIRECTOR OF LEASING MARIA<br>TOLIOPOULOS<br>2021 SPRING RD STE 200<br>OAK BROOK IL 60523 | Part 2 line 3.1307 | _____ |
| MURPHY, AMANDA<br>C/O THOMAS & SULLIVAN LLP<br>J NELSON THOMAS MICHAEL J LINGLE J COOK | Part 2 line 3.1316 | _____ |
| MVP INVESTMENTS, L.L.C<br>JAN VODA<br>608 NW 9TH ST STE 6200<br>OKLAHOMA CITY OK 73102-1049 | Part 2 line 3.1324 | _____ |

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| OTR<br>REAL ESTATE MANAGER<br>KIM WAIPA<br>275 EAST BROAD ST<br>COLUMBUS OH 43215 | Part 2 line 3.557 | _____ |
| OXFORD VALLEY ROAD ASSOCIATES<br>THE GOLDENBERG GROUP<br>JOHN R AHLE JR<br>630 SENTRY PKWY STE 300<br>BLUE BELL PA 19422 | Part 2 line 3.1408 | _____ |
| PLANCICH, AIDA | Part 2 line 3.1456 | _____ |
| PRUDENTIAL INSURANCE CO OF AMERICA<br>LAW DEPT<br>7 GIRALDA FARMS<br>MADISON NJ 07940 | Part 2 line 3.1489 | _____ |
| REDROCK PARTNERS LLC<br>8620 RAINTREE<br>SCOTTSDALE AZ 85260 | Part 2 line 3.338 | _____ |
| REDROCK PARTNERS LLC<br>8620 RAINTREE<br>SCOTTSDALE AZ 85260 | Part 2 line 3.1078 | _____ |
| RIESEN, DEAN | Part 2 line 3.602 | _____ |
| RUZICHO, MICHAEL A. | Part 2 line 3.1599 | _____ |
| SANCHEZ, ERIKA<br>JOHN S. WEST, ALLRED, MAROKO & GOLDBERG<br>6300 WILSHIRE BLVD<br>STE 1500<br>LOS ANGELES CA 90048 | Part 2 line 3.1619 | _____ |
| SECOND FLORIDA BS INVESTMENTS, LLC<br>77 S. BIRCH ROAD #11D,<br>FT. LAUDERDALE FL 33316 | Part 2 line 3.1663 | _____ |
| SEIGAL, STEPHAN | Part 2 line 3.602 | _____ |
| SERITAGE GROWTH PROPERTIES LP<br>MARY ROTTLER<br>EXECUTIVE VP OPERATIONS AND LEASING<br>54 W 40TH ST STE 10N<br>NEW YORK NY 10018 | Part 2 line 3.1669 | _____ |
| SHERWOOD MALL MALL MANAGEMENT OFFICE<br>GENERAL MANAGER<br>5308 PACIFIC AVE<br>STOCKTON CA 95207 | Part 2 line 3.242 | _____ |
| SHOPCORE PROPERTIES RS MANAGEMENT LLC<br>LINDA MADWAY<br>307 FELLOWSHIP RD STE 116<br>MOUNT LAUREL NJ 08054 | Part 2 line 3.231 | _____ |
| SHOPPING CENTER ASSOCIATES<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | Part 2 line 3.1689 | _____ |
| SIMON PROPERTY GROUP, L.P.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | Part 2 line 3.1705 | _____ |

| | | |
|---|---|---|
| **Debtor**  **MAC ACQUISITION LLC** | | Case number *(if known)* **17-12224** |

| | | |
|---|---|---|
| SMITH, CRYSTAL<br>164 MCLEAN BLVD<br>PATERSON NJ 07504 | Part 2 line 3.1719 | _____ |
| SOUTHPARK MALL LLC<br>GENERAL MANAGER<br>KURT REDDICK GENERAL MANAGER<br>500 SOUTHPARK CTR<br>STRONGSVILLE OH 44136 | Part 2 line 3.1742 | _____ |
| STARTZEL, JILLIAN | Part 2 line 3.1755 | _____ |
| STEIN, NANCY | Part 2 line 3.1760 | _____ |
| THANH LE | Part 2 line 3.1078 | _____ |
| THE AVENUE WEST COBB<br>HAZEL PAYNE<br>GENERAL MANAGER<br>3625 DALLAW HIGHWAY STE 470<br>MARIETTA GA 30064 | Part 2 line 3.1489 | _____ |
| THE COCA-COLA COMPANY<br>CURTIS MARSHALL<br>DIRECTOR OF CREDIT & A/R<br>1150 SANCTUARY PARKWAY<br>ALPHARETTA GA 30009 | Part 2 line 3.403 | _____ |
| THE HIRAOKA FAMILY TRUST<br>475 OREGON AVENUE<br>PALO ALTO CA 94301 | Part 2 line 3.1818 | _____ |
| THOMAS A WEBSTER<br>MCDERMOTT & MCGEE LLP<br>75 MAIN ST<br>PO BOX 192<br>MILLBURN NJ 07041 | Part 2 line 3.1719 | _____ |
| THOMAS MACKEY | Part 2 line 3.1159 | _____ |
| TIGRISWOODS, LLC<br>4833 N. EDGEWOOD DR., ST. 201<br>PROVO UT 84604-6171 | Part 2 line 3.1845 | _____ |
| TRADECOR GILBERT &VAUGHN, LLC<br>4455 EAST CAMELBACK ROAD<br>SUITE E-180<br>PHOENIX AZ 85018 | Part 2 line 3.1863 | _____ |
| TRADECOR GILBERT AND VAUGHN LLC<br>CLARK HILL PLC<br>ANDREW B. TURK, ESQ.<br>14850 NORTH SOCTTSDALE ROAD SUITE 500<br>SCOTTSDALE AZ 85254 | Part 2 line 3.1864 | _____ |
| U HAUL<br>2727 N CENTRAL AVE<br>PHOENIX AZ 85004 | Part 2 line 3.1891 | _____ |
| VARNUM RIDDERING SCHMIDT AND HOWLETT<br>LLP<br>G MARK MCALEENAN ESQ<br>COUNSEL<br>PO BOX 35 2333 BRIDGE ST NW<br>GRAND RAPIDS MI 49501 | Part 2 line 3.781 | _____ |
| WESTBROOK, TONI | Part 2 line 3.1967 | _____ |

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|       |                                                      |       |   | **Total of claim amounts** |
|-------|------------------------------------------------------|-------|---|----------------------------|
| 5a.   | **Total claims from Part 1**                         | 5a.   |   | $153,424.14                |
| 5b.   | **Total claims from Part 2**                         | 5b.   | + | $28,606,406.29             |
| 5c.   | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c.  | 5c.   |   | $28,759,830.43             |

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case:**</td></tr>
<tr><td colspan="2">**Debtor name:** MAC ACQUISITION LLC</td></tr>
<tr><td colspan="2">**United States Bankruptcy Court for the:** District of Delaware</td></tr>
<tr><td colspan="2">**Case number (if known):** 17-12224</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | **Title of contract** — REAL PROPERTY LEASE AGREEMENT | 25001 COUNTRY CLUB LLC<br>TOM GOEBEL<br>6855 ROSEROAD CIR<br>INDEPENDENCE OH 44131 |
| | **State what the contract or lease is for** — REAL PROPERTY LEASE STORE # 31033 | |
| | **Nature of debtor's interest** — LESSEE | |
| | **State the term remaining** — 12/17/28 | |
| | **List the contract number of any government contract** — _____ | |
| 2.2. | **Title of contract** — REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** — REAL PROPERTY LEASE STORE # 31022 | |
| | **Nature of debtor's interest** — LESSEE | 307 EAST EDGEWATER AVENUE LLC<br>FRANK MCGINITY<br>1114 STATE ST STE 250<br>SANTA BARBARA CA 93101 |
| | **State the term remaining** — 12/17/28 | |
| | **List the contract number of any government contract** — _____ | |
| 2.3. | **Title of contract** — REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** — REAL PROPERTY LEASE STORE # 31017 | |
| | **Nature of debtor's interest** — LESSEE | 7979 MAC LLC<br>SCOTT AUTREY<br>16 CHERRYMOOR DR<br>ENGLEWOOD CO 80113 |
| | **State the term remaining** — 12/17/28 | |
| | **List the contract number of any government contract** — _____ | |

Debtor    **MAC ACQUISITION LLC**                                                                    Case number *(if known)* **17-12224**

| 2.4. | Title of contract | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31347 | |
| | Nature of debtor's interest | LESSEE | 8000 EL CERRITO INVESTORS LLC |
| | State the term remaining | 4/30/22 | PHIL MALOUF<br>1777 MANOR DR<br>HILLSBOROUGH CA 94010 |
| | List the contract number of any government contract | _____ | |

| 2.5. | Title of contract | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31349 | |
| | Nature of debtor's interest | LESSEE | ALDERWOOD MALL LLC |
| | State the term remaining | 10/31/19 | GENERAL GROWTH PROPERTIES<br>LAW/LEASE ADMINISTRATION<br>HOWARD SIGAL VP AND SR |
| | List the contract number of any government contract | _____ | ASSOCIATE GC<br>110 N WACKER DR<br>CHICAGO IL 60606 |

| 2.6. | Title of contract | LINEN/UNIFORM RENTAL SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ALSCO INC. |
| | State the term remaining | 7/27/2020 | CORPORATE ACCOUNT MANAGER<br>RYAN MATHEWS<br>175 S WEST TEMPLE |
| | List the contract number of any government contract | _____ | STE 510<br>SALT LAKE CITY UT 84101 |

| 2.7. | Title of contract | INVENTORY STOCKING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | AMERCARE ROYAL |
| | State the term remaining | 12/31/2019 | 1200 LAKESIDE PKWY<br>STE 350<br>FLOWER MOUND TX 75028 |
| | List the contract number of any government contract | _____ | |

| 2.8. | Title of contract | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31088 | |
| | Nature of debtor's interest | LESSEE | AMREIT INC |
| | State the term remaining | 10/2/19 | CRAIG VANCE PROPERTY<br>MANAGER<br>8 GREENWAY PLZ STE 1000 |
| | List the contract number of any government contract | _____ | HOUSTON TX 77046 |

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 2.9. | **Title of contract** | NON-DISCLOSURE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CONFIDENTIALITY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ATS REALTY CORPORATION |
| | **State the term remaining** | | TED SPEROS<br>1601 TRAPELO ROAD<br>SUITE 238 |
| | **List the contract number of any government contract** | | WALTHAM MA 02451 |

| | | |
|---|---|---|
| 2.10. | **Title of contract** | MERCHANT SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MERCHANT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BANK OF AMERICA |
| | **State the term remaining** | 2/12/2018 | PO BOX 1256<br>ENGLEWOOD CO 80150 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.11. | **Title of contract** | MERCHANT SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MERCHANT AGREEMENT | |
| | **Nature of debtor's interest** | | BANK OF AMERICA TRANSARMOR ADDENDUM |
| | **State the term remaining** | 2/12/2018 | 150 NORTH COLLEGE STREET<br>15TH FLOOR |
| | **List the contract number of any government contract** | | CHARLOTTE NC 28202 |

| | | |
|---|---|---|
| 2.12. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31174 | |
| | **Nature of debtor's interest** | LESSEE | BAYER RETAIL CO LLC |
| | **State the term remaining** | 7/31/18 | SAM HEIDE GENERAL COUNSEL<br>2222 ARLINGTON AVE |
| | **List the contract number of any government contract** | | BIRMINGHAM AL 35205 |

| | | |
|---|---|---|
| 2.13. | **Title of contract** | PRICING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MEDICAL BENEFITS | |
| | **Nature of debtor's interest** | EMPLOYER | BCBSTX |
| | **State the term remaining** | 12/31/2017 | 1800 W. LOOP SOUTH<br>SUITE 600 |
| | **List the contract number of any government contract** | | HOUSTON TX 77027-3279 |

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 2.14. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31067 | |
| | **Nature of debtor's interest** | LESSEE | BEARDEN CHILDRENS TRUST |
| | **State the term remaining** | 1/13/20 | CC BEARDEN ENTERPRISES CASSIE POORE |
| | **List the contract number of any government contract** | _____ | PO BOX 101717 FORT WORTH TX 76158 |

| 2.15. | **Title of contract** | OPERATOR NEGOTIATED SUPPLY AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BELGIOIOSO CHEESE INC |
| | **State the term remaining** | 8/30/2017 | 4200 MAIN ST GREEN BAY WI 54311-9614 |
| | **List the contract number of any government contract** | _____ | |

| 2.16. | **Title of contract** | OPERATOR NEGOTIATED SUPPLY AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BELGIOIOSO CHEESE INC |
| | **State the term remaining** | 9/30/2017 | 4200 MAIN ST GREEN BAY WI 54311-9614 |
| | **List the contract number of any government contract** | _____ | |

| 2.17. | **Title of contract** | OPERATOR NEGOTIATED SUPPLY AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BELGIOIOSO CHEESE INC |
| | **State the term remaining** | 12/31/2017 | 4200 MAIN ST GREEN BAY WI 54311-9614 |
| | **List the contract number of any government contract** | _____ | |

| 2.18. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31120 | |
| | **Nature of debtor's interest** | LESSEE | BELLA TERRA ASSOCIATES LLC |
| | **State the term remaining** | 1/31/22 | DJM CAPITAL PARTNERS INC OLEG F SIVRYUK DIR OF REAL |
| | **List the contract number of any government contract** | _____ | ESTATE ACCOUNTING 7777 EDINGER AVE STE 133 HUNTINGTON BEACH CA 92647 |

Debtor   **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 2.19. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31179 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 8/31/18 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BILL STUBBS AND CO
RICK RUSSELL
4216 NORTH PORTLAND AVE STE 101
OKLAHOMA CITY OK 73112

| | | |
|---|---|---|
| 2.20. | **Title of contract** | ENGAGEMENT LETTER |
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BILZIN SUMBERG
JON CHASSEN
1450 BRICKELL AVENUE
23RD FLOOR
MIAMI FL 33131-3456

| | | |
|---|---|---|
| 2.21. | **Title of contract** | ENGAGEMENT LETTER |
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BILZIN SUMBERG- EXPANSION
JON CHASSEN
1450 BRICKELL AVENUE
23RD FLOOR
MIAMI FL 33131-3456

| | | |
|---|---|---|
| 2.22. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 90901 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 7/31/22 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BLK220 LLC
MARK WITKIEWICZ
1404 LARIMER ST STE 300
DENVER CO 80538

| | | |
|---|---|---|
| 2.23. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 90901 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 7/31/22 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BLK220 LLC
MCWHINNEY
CRHISTINA SONG MOLINARO
2725 ROCKY MOUNTAIN AVE STE 200
LOVELAND CO 80538

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|
| 2.24. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31314 | |
| | **Nature of debtor's interest** | LESSEE | BOAS LAGUNA VILLAGE LLC |
| | **State the term remaining** | 3/31/20 | REGENCY MANAGEMENT |
| | | | JEANNE LICARI |
| | **List the contract number of any government contract** | | 15260 VENTURA BLVD STE 1705 |
| | | | SHERMAN OAKS CA 91403 |

| | | | |
|---|---|---|---|
| 2.25. | **Title of contract** | ENGAGEMENT LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BONE MCALLESTER |
| | **State the term remaining** | | ROBERT D. PINSON |
| | | | NASHVILLE CITY CENTER, STE 1600 |
| | **List the contract number of any government contract** | | 511 UNION ST |
| | | | NASHVILLE TN 37219 |

| | | | |
|---|---|---|---|
| 2.26. | **Title of contract** | SYSCO OPERATOR NEGOTIATED SUPPLIER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SYSCO CORE | |
| | **Nature of debtor's interest** | | BRAKEBUSH |
| | **State the term remaining** | 6/30/2017 | BRAKEBUSH |
| | | | BRAKEBUSH BROTHERS, INC. |
| | **List the contract number of any government contract** | | N4993 6TH DR |
| | | | WESTFIELD WI 53964-8200 |

| | | | |
|---|---|---|---|
| 2.27. | **Title of contract** | OPERATOR NEGOTIATED SUPPLIER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SUPPLIER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BRAKEBUSH 1 |
| | **State the term remaining** | 12/31/2017 | BRAKEBUSH 1 |
| | | | BRAKEBUSH BROTHERS, INC. |
| | **List the contract number of any government contract** | | N4993 6TH DR |
| | | | WESTFIELD WI 53964-8200 |

| | | | |
|---|---|---|---|
| 2.28. | **Title of contract** | OPERATOR NEGOTIATED SUPPLIER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SUPPLIER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BRAKEBUSH 2 |
| | **State the term remaining** | 12/31/2017 | BRAKEBUSH 2 |
| | | | BRAKEBUSH BROTHERS, INC. |
| | **List the contract number of any government contract** | | N4993 6TH DR |
| | | | WESTFIELD WI 53964-8200 |

Debtor   **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

| 2.29. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31268 | |
| | Nature of debtor's interest | LESSEE | BRE RC LAS PALMAS MP TX LP |
| | State the term remaining | 10/31/22 | LINDA MADWAY<br>307 FELLOWSHIP RD STE 116 |
| | List the contract number of any government contract | _____ | MOUNT LAUREL NJ 08054 |

| 2.30. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31234 | |
| | Nature of debtor's interest | LESSEE | BRE RETAIL RESIDUAL OWNER 1 LLC |
| | State the term remaining | 5/31/21 | OFFICE OF GENERAL COUNSEL PROPERTY<br>CHRISTOPHER BISHOP ASSOC |
| | List the contract number of any government contract | _____ | GENERAL COUNSEL<br>420 LEXINGTON AVE 7TH FL<br>NEW YORK NY 10170 |

| 2.31. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31234 | |
| | Nature of debtor's interest | LESSEE | BRE RETAIL RESIDUAL OWNER 1 LLC |
| | State the term remaining | 5/31/21 | LEGAL COUNSEL<br>40 SKOKIE BLVD STE 600 |
| | List the contract number of any government contract | _____ | NORTHBROOK IL 60062 |

| 2.32. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31141 | |
| | Nature of debtor's interest | LESSEE | BRIARWOOD LLC |
| | State the term remaining | 9/14/21 | SIMON PROPERTY GROUP<br>IDA HENDRIX PROPERTY MANAGER<br>225 W WASHINGTON ST |
| | List the contract number of any government contract | _____ | INDIANAPOLIS IN 46204 |

| 2.33. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31050 | |
| | Nature of debtor's interest | LESSEE | BRINKER ARKANSAS INC |
| | State the term remaining | 10/31/22 | GENERAL COUNSEL<br>DENISE MOORE VP PROPERTY MNGMT<br>6820 LBJ FWY |
| | List the contract number of any government contract | _____ | DALLAS TX 75240 |

Debtor  **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 2.34. | **Title of contract** | GIFT CARD AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GIFT CARD AGREEMENT | |
| | **Nature of debtor's interest** | | BRINKER INTERNATIONAL |
| | **State the term remaining** | 12/18/2011 | 6820 LBJ FREEWAY |
| | **List the contract number of any government contract** | | DALLAS TX 75240 |

| 2.35. | **Title of contract** | GIFT CARD AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GIFT CARD AGREEMENT | |
| | **Nature of debtor's interest** | | BRINKER INTERNATIONAL EXTENSION |
| | **State the term remaining** | 12/24/2014 | 6820 LBJ FREEWAY |
| | **List the contract number of any government contract** | | DALLAS TX 75240 |

| 2.36. | **Title of contract** | GIFT CARD AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GIFT CARD AGREEMENT | |
| | **Nature of debtor's interest** | | BRINKER INTERNATIONAL EXTENSION 2 |
| | **State the term remaining** | 3/31/2017 | 6820 LBJ FREEWAY |
| | **List the contract number of any government contract** | | DALLAS TX 75240 |

| 2.37. | **Title of contract** | GIFT CARD AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GIFT CARD AGREEMENT | |
| | **Nature of debtor's interest** | | BRINKER INTERNATIONAL EXTENSION 3 |
| | **State the term remaining** | 6/30/2017 | 6820 LBJ FREEWAY |
| | **List the contract number of any government contract** | | DALLAS TX 75240 |

| 2.38. | **Title of contract** | REAL PROPERTY SUBLEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31084 | |
| | **Nature of debtor's interest** | LESSEE | BRINKER LOUISIANA INC GENERAL COUNSEL 001009085 |
| | **State the term remaining** | 10/31/21 | DENISE MOORE VP PROPERTY MNGMT |
| | **List the contract number of any government contract** | | 6820 LBJ FWY DALLAS TX 75240 |

Debtor   **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| 2.39. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31053 | |
| | Nature of debtor's interest | LESSEE | BRINKER MICHIGAN INC |
| | State the term remaining | 10/31/22 | GENERAL COUNSEL |
| | List the contract number of any government contract | _____ | DENISE MOORE VP PROPERTY MNGMT<br>6820 LBJ FWY<br>DALLAS TX 75240 |

| 2.40. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31115 | |
| | Nature of debtor's interest | LESSEE | BRINKER NORTH CAROLINA INC |
| | State the term remaining | 10/31/22 | GENERAL COUNSEL |
| | List the contract number of any government contract | _____ | DENISE MOORE VP PROPERTY MNGMT<br>6820 LBJ FWY<br>DALLAS TX 75240 |

| 2.41. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31037, 31045, 31131 | |
| | Nature of debtor's interest | LESSEE | BRINKER TEXAS INC |
| | State the term remaining | 10/31/22 | GENERAL COUNSEL |
| | List the contract number of any government contract | _____ | DENISE MOORE VP PROPERTY MNGMT<br>6820 LBJ FWY<br>DALLAS TX 75240 |

| 2.42. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31195 | |
| | Nature of debtor's interest | LESSEE | BRIXMOR WOLFCREEK OUTPARCEL OWNER |
| | State the term remaining | 12/31/28 | BRIXMOR PROPERTY GROUP |
| | List the contract number of any government contract | _____ | ROBERT DELIZZIO/PROPERTY COLLECTOR<br>PO BOX 645349<br>CINCINNATTI OH 45264-5349 |

| 2.43. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31287 | |
| | Nature of debtor's interest | LESSEE | BRIXTON SHERWOOD LLC |
| | State the term remaining | 1/31/19 | CRAIG PETTITT |
| | List the contract number of any government contract | _____ | 120 S SIERRA AVE STE 200<br>SOLANA BEACH CA 92014 |

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 2.44. | **Title of contract** | CAA-GBG FEE LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LICENSE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CAA-GBG GLOBAL BRAND MANAGEMENT |
| | **State the term remaining** | 10/11/2020 | 2000 AVENUE OF THE STARS LOS ANGELES CA 90067 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.45. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31301 | |
| | **Nature of debtor's interest** | LESSEE | CASAS ADOBES BAPTIST CHURCH CUSHMAN AND WAKEFIELD/PICOR |
| | **State the term remaining** | 12/31/18 | DANA ELCESS PROPERTY MANAGER |
| | **List the contract number of any government contract** | | 1100 N WILMOT STE 200 TUCSON AZ 85712 |

| | | |
|---|---|---|
| 2.46. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31294 | |
| | **Nature of debtor's interest** | LESSEE | CASTLE AND COOKE CORONA INC LAURA WHITAKER |
| | **State the term remaining** | 12/31/18 | DARLENE CARPENTER |
| | **List the contract number of any government contract** | | 10000 STOCKDALE HWY STE 300 BAKERSFIELD CA 93311 |

| | | |
|---|---|---|
| 2.47. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31294 | |
| | **Nature of debtor's interest** | LESSEE | CASTLE AND COOKE DEVELOPMENT |
| | **State the term remaining** | 12/31/18 | KAY WILSON PROPERTY MANAGER |
| | **List the contract number of any government contract** | | 2470 TUSCANY ST STE 104 CORONA CA 92881 |

| | | |
|---|---|---|
| 2.48. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31273, 31266 | |
| | **Nature of debtor's interest** | LESSEE | CBL AND ASSOCIATES MANAGEMENT INC |
| | **State the term remaining** | 06/30/23 | CBL AND ASSOCIATES PROPERTIES |
| | **List the contract number of any government contract** | | JEFF CURRY CHIEF LEGAL OFFICER 2030 HAMILTON PL BLVD CBL CTR STE 500 CHATTANOOGA TN 37421 |

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

| 2.49. | Title of contract | REAL PROPERTY SUBLEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31171 | |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 12/31/18 | CENTENNIAL LAKES GRILL LLC UNITED PROPERTIES INVESTMENT LLC EVA STEVENS EXE VP ASSET MNGMT 3600 AMERICAN BLVD WEST STE 750 BLOOMINGTON MN 55431 |
| | List the contract number of any government contract | _____ | |

| 2.50. | Title of contract | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31108 | |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 2/28/21 | CENTRAL REALTY CORP TODD HARDAWAY VP LEASING AND PROP MNGT PO BOX 1805 400 EAST STONE AVE GREENVILLE SC 29602 |
| | List the contract number of any government contract | _____ | |

| 2.51. | Title of contract | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31197 | |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 9/30/19 | CERRITOS GARP LLC FELECIA SERRA DIRECTOR OF PROPERTY 977 LOMAS SANTA FE DR STE A SOLANA BEACH CA 92075 |
| | List the contract number of any government contract | _____ | |

| 2.52. | Title of contract | OPERATOR NEGOTIATED SUPPLY AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | 7/31/2018 | CERTI FRESH FOODS INC 842 FLINT AVE WILMINGTON CA 90744 |
| | List the contract number of any government contract | _____ | |

| 2.53. | Title of contract | OPERATOR NEGOTIATED SUPPLY AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | 12/31/2017 | CHICKEN OF THE SEA INTL PO BOX 91943 CHICAGO IL 60693-1943 |
| | List the contract number of any government contract | _____ | |

Debtor    **MAC ACQUISITION LLC**                                                                     Case number *(if known)* **17-12224**

2.54.    **Title of contract**                ENGAGEMENT LETTER                      State the name and mailing address
                                                                                     for all other parties with whom the
         **State what the contract or**       ENGAGEMENT AGREEMENT                   debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**      CONTRACT PARTY                         CHRISTENSEN & JENSEN
                                                                                     TANNER STRICKLAND LENART
         **State the term remaining**         _____               257 EAST 200 SOUTH
                                                                                     STE 1100
         **List the contract number of**      _____               SALT LAKE CITY UT 84111
         **any government contract**

2.55.    **Title of contract**                CONFIDENTIALITY AGREEMENT             State the name and mailing address
                                                                                     for all other parties with whom the
         **State what the contract or**       CONFIDENTIALITY AGREEMENT             debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**      CONTRACT PARTY                         CHRISTINE OLAH
                                                                                     ACCOUNTEMPS
         **State the term remaining**         _____               1125 17TH STREET
                                                                                     SUITE 870
         **List the contract number of**      _____               DENVER CO 80202
         **any government contract**

2.56.    **Title of contract**                AGREEMENT                             State the name and mailing address
                                                                                     for all other parties with whom the
         **State what the contract or**       _____              debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**      CONTRACT PARTY                         CITY OF DENVER
                                                                                     MAYOR'S OFFICE
         **State the term remaining**         12/31/2018                            1437 N. BANNOCK, ROOM 350
                                                                                     DENVER CO 80202
         **List the contract number of**      _____
         **any government contract**

2.57.    **Title of contract**                CLASS INFORMATION SYSTEMS, INC.      State the name and mailing address
                                                                                     for all other parties with whom the
         **State what the contract or**       BANK                                  debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**      CONTRACT PARTY                         CLASS INFORMATION SYSTEMS,
                                                                                     INC.
         **State the term remaining**         1/9/2018                              12444 POWERSCOURT DRIVE,
                                                                                     SUITE 550
         **List the contract number of**      _____               ST. LOUIS MO 63131
         **any government contract**

2.58.    **Title of contract**                REAL PROPERTY SUBLEASE AGREEMENT     State the name and mailing address
                                                                                     for all other parties with whom the
         **State what the contract or**       REAL PROPERTY LEASE STORE # 31272    debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**      LESSEE                                COLE MG OB MT LAUREL NJ LLC
                                                                                     AMERICAN REALTY CAPITAL
         **State the term remaining**         6/30/30                              PROPERTIES
                                                                                     LEGAL DEPT
         **List the contract number of**      _____               REGIONAL MANAGER TONIA JONES
         **any government contract**                                                 2325 E CAMELBACK RD STE 1100
                                                                                     PHOENIX AZ 85016

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|
| 2.59. | **Title of contract** | MUTUAL CONFIDENTIALITY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CONFIDENTIALITY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CONTINENTAL MILLS |
| | **State the term remaining** | 9/28/2018 | STEVE WOODSIDE<br>DIRECTOR OF MARKETING AND<br>SALES OPERATIONS |
| | **List the contract number of any government contract** | _____ | 18100 ANDOVER PARK W.<br>TUKWILLA WA 98188 |

| | | | |
|---|---|---|---|
| 2.60. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31286 | |
| | **Nature of debtor's interest** | LESSEE | COX CASTLE AND NICHOLSON LLP |
| | **State the term remaining** | 12/31/22 | GARY GLICK ESQ<br>2049 CENTURY PK EAST STE 2800 |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90067 |

| | | | |
|---|---|---|---|
| 2.61. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31299 | |
| | **Nature of debtor's interest** | LESSEE | CP VENTURE FIVE AWC LLC |
| | **State the term remaining** | 12/31/18 | LENNAR COMMERCIAL SVC LLC<br>LEASE ADMINISTRATOR<br>VICKIE BOCK REGIONAL GM |
| | **List the contract number of any government contract** | _____ | 7000 CENTRAL PKWY NE STE 700<br>ATLANTA GA 30328 |

| | | | |
|---|---|---|---|
| 2.62. | **Title of contract** | MUTUAL CONFIDENTIALITY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CONFIDENTIALITY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CRUNCHTIME |
| | **State the term remaining** | _____ | 129 PORTLAND ST<br>BOSTON MA 02114 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.63. | **Title of contract** | SOFTWARE AS A SERVICE LICENSE AND CLOUD ACCESS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SOFTWARE LICENSE AND ACCESS AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CUSTOMER BUSINESS |
| | **State the term remaining** | 6/28/2018 | ARTHUR JULIAN<br>CEO<br>12 MORGAN |
| | **List the contract number of any government contract** | _____ | IRVINE CA 02114 |

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 2.64. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31345 | |
| | **Nature of debtor's interest** | LESSEE | CWSOVIEDO DEVELOPMENT LLC |
| | **State the term remaining** | 12/31/22 | CWS DEVELOPMENT LLC CARL W SAHLSTEN MANAGING MEMBER |
| | **List the contract number of any government contract** | | 12302 MARBLEHEAD DR TAMPA FL 33626 |

| 2.65. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31286 | |
| | **Nature of debtor's interest** | LESSEE | DAN KREMERS MD ATKINSON CO INC |
| | **State the term remaining** | 12/31/22 | DAN KREMERS 1401 19TH ST STE 400 |
| | **List the contract number of any government contract** | | BAKERSFIELD CA 93301 |

| 2.66. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31340 | |
| | **Nature of debtor's interest** | LESSEE | DDR WINTER GARDEN LLC |
| | **State the term remaining** | 11/30/22 | 1 EXECUTIVE VP LEASING 2 GENERAL COUNSEL RICHARD FORREST OPERATIONS MANAGER |
| | **List the contract number of any government contract** | | 3300 ENTERPRISE PKWY BEACHWOOD OH 44122 |

| 2.67. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31178 | |
| | **Nature of debtor's interest** | LESSEE | DDRA COMMUNITY CENTERS EITHER LP |
| | **State the term remaining** | 1/31/19 | DEVELOPERS DIVERSIFIED REALTY CORPORATION BRYAN STONE ASSOCIATE ATTORNEY |
| | **List the contract number of any government contract** | | 3300 ENTERPRISE PKWY BEACHWOOD OH 44122 |

| 2.68. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31167 | |
| | **Nature of debtor's interest** | LESSEE | DENVER WEST MILLS LP |
| | **State the term remaining** | 1/31/23 | C O SIMON PROPERTY GROUP INC MIKE FREESE ASST GENERAL COUNSEL |
| | **List the contract number of any government contract** | | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204 |

Debtor    **MAC ACQUISITION LLC**                                                      Case number *(if known)* **17-12224**

| 2.69. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31167 | |
| | Nature of debtor's interest | LESSEE | DENVER WEST MILLS LP |
| | State the term remaining | 1/31/23 | SIMON PROPERTY GROUP |
| | | | MELISSA A BREEDEN COUNSEL |
| | List the contract number of any government contract | _____ | 225 W WASHINGTON ST |
| | | | INDIANAPOLIS IN 46204 |

| 2.70. | Title of contract | CORPORATE DINING RESTAURANT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | DINING AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | DINOVA |
| | State the term remaining | 9/30/2017 | NANCY LAWSON |
| | | | VP OPERATIONS |
| | List the contract number of any government contract | _____ | 11950 JONES RIDGE RD |
| | | | STE115-117 |
| | | | JOHNS CREEK GA 30005 |

| 2.71. | Title of contract | COMMERCIAL CUSTOMER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | DIRECTV |
| | State the term remaining | 9/15/2018 | DIRECTTV, LLC |
| | | | BUSINESS SERVICE CENTER |
| | List the contract number of any government contract | _____ | PO BOX 410347 |
| | | | CHARLOTTE NC 28241 |

| 2.72. | Title of contract | COMMERCIAL CUSTOMER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TELEPHONE | |
| | Nature of debtor's interest | CONTRACT PARTY | DIRECTV |
| | State the term remaining | 9/15/2018 | DIRECTV 008743641 |
| | | | PO BOX 105249 |
| | List the contract number of any government contract | _____ | ATLANTA GA 30348-5249 |

| 2.73. | Title of contract | COMMERCIAL CUSTOMER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | DIRECTV 1ST AMENDMENT |
| | State the term remaining | 9/6/2021 | DIRECTTV, LLC |
| | | | BUSINESS SERVICE CENTER |
| | List the contract number of any government contract | _____ | PO BOX 410347 |
| | | | CHARLOTTE NC 28241 |

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|
| 2.74. | **Title of contract** | COMMERCIAL CUSTOMER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | TELEPHONE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DIRECTV 1ST AMENDMENT |
| | **State the term remaining** | 9/6/2021 | DIRECTV 008743641 PO BOX 105249 |
| | **List the contract number of any government contract** | | ATLANTA GA 30348-5249 |

| | | | |
|---|---|---|---|
| 2.75. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31257 | |
| | **Nature of debtor's interest** | LESSEE | DONAHUE SCHRIBER REALTY GROUP LP |
| | **State the term remaining** | 11/30/18 | KAREN J FINKE PROPERTY MANAGER |
| | **List the contract number of any government contract** | | 8020 EAST SANTA ANA CANYON RD ANAHEIM CA 92808 |

| | | | |
|---|---|---|---|
| 2.76. | **Title of contract** | DELIVERY & PROMOTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DOORDASH |
| | **State the term remaining** | | 901 MARKET ST STE 600 |
| | **List the contract number of any government contract** | | SAN FRANCISCO CA 94103 |

| | | | |
|---|---|---|---|
| 2.77. | **Title of contract** | LICENSE PURCHASE AND SALE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LICENSE AND SALE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EDDIE V'S HOLDINGS, LLC |
| | **State the term remaining** | 3/31/2018 | 1000 DARDEN CENTER DRIVE ORLANDO FL 32837 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.78. | **Title of contract** | DISTRIBUTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | DISTRIBUTION AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EDWARD DON & COMPANY |
| | **State the term remaining** | 7/29/2021 | VP NATIONAL ACCOUNTS 9801 ADAM DON PARKWAY |
| | **List the contract number of any government contract** | | WOODRIDGE IL 60517 |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 2.79. | **Title of contract** | ENGAGEMENT LETTER |
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EPSTEIN BECKER GREEN
MICHAEL KUN
1925 CENTURY PARK EAST
STE 500
LOS ANGELES CA 90067

| | | |
|---|---|---|
| 2.80. | **Title of contract** | INSURANCE |
| | **State what the contract or lease is for** | INSURANCE - EXCESS FLOOD |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EVANSTON INSURANCE COMPANY
10 PARKWAY NORTH
DEERFIELD IL 60015

| | | |
|---|---|---|
| 2.81. | **Title of contract** | MEETING AGREEMENT |
| | **State what the contract or lease is for** | |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 6/22/2017 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EVENT TRAVEL MANAGEMENT
4500 CHERRY CREEK DRIVE SOUTH
STE 900
GLENDALE CO 80246

| | | |
|---|---|---|
| 2.82. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31285 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 4/30/23 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EWH ESCONDIDO ASSOCIATES LP
C O WESTFIELD CORP INC
DAMIEN OSIP GENERAL MANAGER
11601 WILSHIRE BLVD 12TH FL
LOS ANGELES CA 90025

| | | |
|---|---|---|
| 2.83. | **Title of contract** | NON-DISCLOSURE AGREEMENT |
| | **State what the contract or lease is for** | CONFIDENTIALITY AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

FALCON REALTY ADVISORS LLC
16000 DALLAS PKWY
STE 225
DALLAS TX 75248

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

2.84.   **Title of contract**          INSURANCE                                State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**  INSURANCE - D&O, FIDUCIARY, EMPLOYMENT    debtor has an executory contract or
        **lease is for**                PRACTICES, CRIME & OTHER INDEMNITY        unexpired lease

        **Nature of debtor's interest** INSURED                                  FEDERAL INSURANCE COMPANY
                                                                                CAPITAL CENTER
        **State the term remaining**    _____     251 NORTH ILLINOIS, SUITE 1100
                                                                                INDIANAPOLIS IN 46204-1927
        **List the contract number of** _____
        **any government contract**

2.85.   **Title of contract**          INSURANCE                                State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**  INSURANCE - EXCESS LIABILTIY             debtor has an executory contract or
        **lease is for**                                                        unexpired lease

        **Nature of debtor's interest** INSURED                                  FIREMAN'S FUND
                                                                                NATIONAL SURETY CORP 07
        **State the term remaining**    _____     CHICAGO IL 60603

        **List the contract number of** _____
        **any government contract**

2.86.   **Title of contract**          REAL PROPERTY LEASE AGREEMENT            State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**  REAL PROPERTY LEASE STORE # 31199        debtor has an executory contract or
        **lease is for**                                                        unexpired lease

        **Nature of debtor's interest** LESSEE                                   FIRST MICHIGAN MAC ASSOCIATES
                                                                                LLC
        **State the term remaining**    12/17/28                                 RAJA KHANNA
                                                                                80 NASHUA RD STE 24
        **List the contract number of** _____     LONDONDERRY NH 03053
        **any government contract**

2.87.   **Title of contract**          ENGAGEMENT LETTER                        State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**  ENGAGEMENT AGREEMENT                     debtor has an executory contract or
        **lease is for**                                                        unexpired lease

        **Nature of debtor's interest** CONTRACT PARTY                           FLAHERTY & O'HARA
                                                                                THOMAS B. HENRY
        **State the term remaining**    _____     610 SMITHFIELD ST
                                                                                STE 300
        **List the contract number of** _____     PIRTSBURGH PA 15222
        **any government contract**

2.88.   **Title of contract**          REAL PROPERTY LEASE AGREEMENT            State the name and mailing address
                                                                                for all other parties with whom the
        **State what the contract or**  REAL PROPERTY LEASE STORE # 31286        debtor has an executory contract or
        **lease is for**                                                        unexpired lease

        **Nature of debtor's interest** LESSEE                                   FLUSHING QUAIL LLC
                                                                                MR LEE JAMIESON
        **State the term remaining**    12/31/22                                 DAN KREMERS PROPERTY
                                                                                MANAGER
        **List the contract number of** _____     3101 STATE RD
        **any government contract**                                             BAKERSFIELD CA 93308

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 2.89. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31132 | |
| | Nature of debtor's interest | LESSEE | FRANCISCO R UNANUE MARIA ELENA ORTEGA |
| | State the term remaining | 12/17/28 | WOLLBERG AND JOSE A ORTEGA JR AS |
| | List the contract number of any government contract | | COTRUSTEES OF THE P AND L TRUST DTD SEP 22 1999 JOSE ORTEGA 2000 NW 92ND AVE MIAMI FL 33172 |

| 2.90. | Title of contract | PROGRAM AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FRANKLIN MACHINE PRODUCTS DAVID BERNSTEIN |
| | State the term remaining | 12/31/2018 | VP, BUSINESS DEVELOPMENT 101 MT HOLLY BYPASS |
| | List the contract number of any government contract | | LUMBERTON NJ 08048 |

| 2.91. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31279 | |
| | Nature of debtor's interest | LESSEE | FREDERICK WESTVIEW PROPERTIES LLC |
| | State the term remaining | 3/31/23 | ANTHONY E GIULIO CONNOR DEVLIN/PROPERTY MGR |
| | List the contract number of any government contract | | 9640 DEERECO RD TIMONIUM MD 21093 |

| 2.92. | Title of contract | NON-DISCLOSURE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONFIDENTIALITY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FRONT BURNER RESTAURANTS LP JOHN GESSNER |
| | State the term remaining | | GENERAL COUNSEL 5151 BELT LINE RD |
| | List the contract number of any government contract | | #1200 DALLAS TX 75254 |

| 2.93. | Title of contract | ORDER FORM | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | | GATHER TECHNOLOGIES, INC. ALEX LASSITER |
| | State the term remaining | 8/28/2019 | 99 KROG ST NE STE 1000 |
| | List the contract number of any government contract | | ATLANTA GA 30307 |

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 2.94. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31203 | |
| | **Nature of debtor's interest** | LESSEE | GGP NORTHRIDGE FASHION CENTER LP |
| | **State the term remaining** | 12/31/19 | GENERAL GROWTH PROPERTIES INC |
| | **List the contract number of any government contract** | | THOMAS K HORNACEK ASSOC GENERAL COUNSEL 110 NORTH WACKER DR CHICAGO IL 60606 |

| 2.95. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31339 | |
| | **Nature of debtor's interest** | LESSEE | GGPOTAY RANCH LP |
| | **State the term remaining** | 6/30/22 | GENERAL GROWTH PROPERTIES LAW/LEASE ADMINISTRATION |
| | **List the contract number of any government contract** | | HOWARD SIGAL VP AND SR ASSOCIATE GC 110 NORTH WACKER DR CHICAGO IL 60606 |

| 2.96. | **Title of contract** | ENGAGEMENT LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GIBSON DUNN |
| | **State the term remaining** | | JEFFREY KRAUSE |
| | **List the contract number of any government contract** | | 333 SOUTH GRAND AVE LOS ANGELES CA 90071-3197 |

| 2.97. | **Title of contract** | GRAND CANYON STATE LOGO SIGN URBAN PROGRAM LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | GRAND CANYON LOGO SIGNS A PROGRAM OF THE ARIZONA |
| | **State the term remaining** | | DEPARTMENT OF TRANSPORTATION |
| | **List the contract number of any government contract** | | 2039 WEST LEWIS AVENUE PHOENIX AZ 85009-2893 |

| 2.98. | **Title of contract** | REAL PROPERTY SUBLEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31272 | |
| | **Nature of debtor's interest** | LESSEE | GRAYLING CORP |
| | **State the term remaining** | 06/30/30 | JOHN C FIRTH PRESIDENT DIANA M SHIVELY PROPERTY |
| | **List the contract number of any government contract** | | MANAGER 4220 EDISON LAKES PKWY MISHAWAKA IN 46545 |

Debtor  **MAC ACQUISITION LLC**                                                                    Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 2.99. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31064 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 9/8/19 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GRILLONI LLC
MICHAEL SCHMIDT
222 GRAND AVE
ENGLEWOOD NJ 07631

| | | |
|---|---|---|
| 2.100. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31346 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 12/31/22 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

H AND Y NORTHERN CALIFORNIA LLC
BHG REAL ESTATE MASON MCDUFFIE
ANNA LI
2 ADRIAN CT #38
BURLINGAME CA 94010

| | | |
|---|---|---|
| 2.101. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31196 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 12/17/28 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HARKAN PROPERTIES LLC
J HARTLEY KANTOR
2122 FIFE ST
TACOMA WA 98406

| | | |
|---|---|---|
| 2.102. | **Title of contract** | ENGAGEMENT LETTER |
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HAYNES AND BOONE
ROBERT A. LAUER
1050 17TH STREET
STE 1800
DENVER CO 80265

| | | |
|---|---|---|
| 2.103. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31342 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 10/31/22 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HINES GLOBAL REIT 2615 MED CENTER PARKWAY LLC
DHA ASSET MANAGEMENT LLC PROPERTY MANAGER
LAUREN ROWLAND GENERAL MANAGER
1901 FREDERICA ST
OWENSBORO KY 42301

Debtor   **MAC ACQUISITION LLC**                                                     Case number *(if known)* **17-12224**

| 2.104. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31156 | |
| | **Nature of debtor's interest** | LESSEE | HIP STEPHANIE LLC HARSCH INVESTMENT PROPERTIES |
| | **State the term remaining** | 12/31/22 | SHARON MATLOCK RETAIL LEASE MANAGER |
| | **List the contract number of any government contract** | _____ | 1121 SW SALMON ST PORTLAND OR 97205 |

| 2.105. | **Title of contract** | GROUP ROOMS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HOTEL INDIGO DENVER DOWNTOWN |
| | **State the term remaining** | 9/7/2017 | THERESA NANTH SENIOR SALES MANAGER |
| | **List the contract number of any government contract** | _____ | 1801 WEWATTA DENVER CO 80202 |

| 2.106. | **Title of contract** | BRAND CONFERENCE 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HST LESSEE DENVER JOHN SEVERE |
| | **State the term remaining** | 6/22/2017 | DIRECTOR OF GROUP SALES 1672 LAWRENCE ST |
| | **List the contract number of any government contract** | _____ | DENVER CO 80202 |

| 2.107. | **Title of contract** | BRAND CONFERENCE NOVEMBER 2017 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HST LESSEE DENVER WESTIN NOVEMBER |
| | **State the term remaining** | 11/8/2017 | JOHN SEVERE DIRECTOR OF GROUP SALES |
| | **List the contract number of any government contract** | _____ | 1672 LAWRENCE ST DENVER CO 80202 |

| 2.108. | **Title of contract** | NON-DISCLOSURE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONFIDENTIALITY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | IGNITE RESTAURANT GROUP BRAD LEIST |
| | **State the term remaining** | _____ | CFO 1055 RICHMOND AVE |
| | **List the contract number of any government contract** | _____ | HOUSTON TX 77042 |

Debtor   **MAC ACQUISITION LLC**                                                        Case number *(if known)* **17-12224**

| 2.109. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - FLOOD | |
| | **Nature of debtor's interest** | INSURED | IMPERIAL FIRE & CASUALTY INSURANCE COMPANY |
| | **State the term remaining** | | PO BOX 912063 |
| | **List the contract number of any government contract** | | DENVER CO 80291-2063 |

| 2.110. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - FLOOD | |
| | **Nature of debtor's interest** | INSURED | IMPERIAL FIRE & CASUALTY INSURANCE COMPANY |
| | **State the term remaining** | | PO BOX 912063 |
| | **List the contract number of any government contract** | | DENVER CO 80291-2063 |

| 2.111. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - FLOOD | |
| | **Nature of debtor's interest** | INSURED | INTEGON NATIONAL INSURANCE COMPANY |
| | **State the term remaining** | | PO BOX 912063 |
| | **List the contract number of any government contract** | | DENVER CO 80291-2063 |

| 2.112. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31327 | |
| | **Nature of debtor's interest** | LESSEE | ISBI SUSQUEHANNA LLC METRO COMMERCIAL MANAGEMENT SVC INC |
| | **State the term remaining** | 4/30/20 | PROPERTY MANAGEMENT ELAINE MANEVAL |
| | **List the contract number of any government contract** | | 307 FELLOWSHIP RD STE 300 MOUNT LAUREL NJ 08054 |

| 2.113. | **Title of contract** | CONFIDENTIALITY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONFIDENTIALITY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JACOBROOT HOWROYD-WRIGHT EMPLOYMENT AGENCY, INC |
| | **State the term remaining** | | 327 W. BROADWAY |
| | **List the contract number of any government contract** | | GLENDALE CA 91204 |

Debtor   **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 2.114. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31302 | |
| | **Nature of debtor's interest** | LESSEE | JCC CALIFORNIA PROPERTIES LLC FESTIVAL MANAGEMENT CORP LEGAL DEPT |
| | **State the term remaining** | 9/30/19 | DIANA WHITT SR REAL ESTATE MNGR |
| | **List the contract number of any government contract** | | 9841 AIRPORT BLVD STE 700 LOS ANGELES CA 90045 |

| 2.115. | **Title of contract** | STAFFING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JOBSTORE JOBSTORE TABITH KUHN |
| | **State the term remaining** | | 7100 E HAMPDEN AVE STE A |
| | **List the contract number of any government contract** | | DENVER CO 80224 |

| 2.116. | **Title of contract** | OPERATOR NEGOTIATED SUPPLIER AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLIER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JOHN SOULES JOHN SOULES FOODS INC |
| | **State the term remaining** | 5/31/2017 | 1150 AVIATION BLVD GAINESVILLE GA 30501 |
| | **List the contract number of any government contract** | | |

| 2.117. | **Title of contract** | OPERATOR NEGOTIATED SUPPLIER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLIER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JOHN SOULES 1 JOHN SOULES FOODS INC |
| | **State the term remaining** | 12/31/2017 | 1150 AVIATION BLVD GAINESVILLE GA 30501 |
| | **List the contract number of any government contract** | | |

| 2.118. | **Title of contract** | OPERATOR NEGOTIATED SUPPLIER AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLIER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JOHN VOLPI & CO PO BOX 204599 |
| | **State the term remaining** | 12/31/2017 | DALLAS TX 75320 |
| | **List the contract number of any government contract** | | |

Debtor   **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|
| 2.119. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31287 | |
| | **Nature of debtor's interest** | LESSEE | JONES LANG LASALLE AMERCAS INC |
| | **State the term remaining** | 1/31/19 | PRESIDENT AND CEO RETAIL JEFF BARBER |
| | **List the contract number of any government contract** | _____ | 3344 PEACHTREE RD STE 1110 ATLANTA GA 30326 |

| | | | |
|---|---|---|---|
| 2.120. | **Title of contract** | REAL PROPERTY SUBLEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31133 | |
| | **Nature of debtor's interest** | LESSEE | JOSE A AND LUCILA G ORTEGA AS COTRUSTEES OF |
| | **State the term remaining** | 12/17/28 | THE LUCILA G ORTEGA 1995 TRUST DTD SEP 1 1995 MARIA WOLLBERG |
| | **List the contract number of any government contract** | _____ | 4970 SW 80TH ST MIAMI FL 33143 |

| | | | |
|---|---|---|---|
| 2.121. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31245 | |
| | **Nature of debtor's interest** | LESSEE | KELLER FAMILY TRUST JOHN KELLER TRUSTEE |
| | **State the term remaining** | 12/17/28 | JOHN KELLER |
| | **List the contract number of any government contract** | _____ | 14435-C BIG BASIN WAY #291 SARATOGA CA 95070 |

| | | | |
|---|---|---|---|
| 2.122. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31003 | |
| | **Nature of debtor's interest** | LESSEE | KENDALLGATE CENTER ASSOCIATES LTD |
| | **State the term remaining** | 2/28/21 | BERKOWITZ DEVELOPMENT GROUP DAVID MARKOWITZ PROPERTY MANAGER |
| | **List the contract number of any government contract** | _____ | 2665 S BAYSHORE DR STE 1200 COCONUT GROVE FL 33133 |

| | | | |
|---|---|---|---|
| 2.123. | **Title of contract** | MUTUAL CONFIDENTIALITY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CONFIDENTIALITY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KERRY INC. ATTN: LEGAL SERVICES DEPARTMENT |
| | **State the term remaining** | _____ | 3400 MILLINGTON RD BELOIT WI 53511 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 2.124. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31039 | |
| | **Nature of debtor's interest** | LESSEE | KIMCO CARROLLWOOD 664 INC |
| | **State the term remaining** | 11/4/18 | KIMCO REALTY CORP<br>VICKI ANTHONY |
| | **List the contract number of any government contract** | | 3333 NEW HYDE PK RD STE 100<br>NEW HYDE PARK NY 11042 |

| 2.125. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31284 | |
| | **Nature of debtor's interest** | LESSEE | KINGSTOWNE TOWN CENTER LP |
| | **State the term remaining** | 7/31/18 | C O COMAR MANAGEMENT INC<br>JOHN HALLE PRESIDENT |
| | **List the contract number of any government contract** | | 2900 LINDEN LN STE 300<br>SILVER SPRING MD 20910 |

| 2.126. | **Title of contract** | OPERATOR NEGOTIATED SUPPLIER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLIER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KRAFT HEINZ FOODS COMPANY |
| | **State the term remaining** | 3/31/2018 | PO BOX 57<br>PITTSBURGH PA 15230-0057 |
| | **List the contract number of any government contract** | | |

| 2.127. | **Title of contract** | ENGAGEMENT LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KUBICKI DRAPER |
| | **State the term remaining** | | BRAD MCCORMICK<br>25 WEST FLAGLER ST |
| | **List the contract number of any government contract** | | PENTHOUSE<br>MIAMI FL 33130 |

| 2.128. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31161 | |
| | **Nature of debtor's interest** | LESSEE | LANCEKASHIAN AND CO |
| | **State the term remaining** | 2/28/23 | RACHELLE DUNNE<br>PROPERTY MANAGER |
| | **List the contract number of any government contract** | | 265 E RIVER PK CIR STE 150<br>FRESNO CA 93720 |

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 2.129. | Title of contract | OPERATOR NEGOTIATED SUPPLY AGREEMENTS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LAND O LAKES |
| | State the term remaining | 8/31/2017 | LAND O LAKES INC<br>PO BOX 96314 |
| | List the contract number of any government contract | _____ | CHICAGO IL 60693-6314 |

| 2.130. | Title of contract | OPERATOR NEGOTIATED SUPPLY AGREEMENTS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LAND O LAKES RENEWAL 1 |
| | State the term remaining | 9/30/2017 | LAND O LAKES INC<br>PO BOX 96314 |
| | List the contract number of any government contract | _____ | CHICAGO IL 60693-6314 |

| 2.131. | Title of contract | OPERATOR NEGOTIATED SUPPLY AGREEMENTS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LAND O LAKES RENEWAL 2 |
| | State the term remaining | 10/31/2017 | LAND O LAKES INC<br>PO BOX 96314 |
| | List the contract number of any government contract | _____ | CHICAGO IL 60693-6314 |

| 2.132. | Title of contract | OPERATOR NEGOTIATED SUPPLY AGREEMENTS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LAND O LAKES RENEWAL 3 |
| | State the term remaining | 11/30/2017 | LAND O LAKES INC<br>PO BOX 96314 |
| | List the contract number of any government contract | _____ | CHICAGO IL 60693-6314 |

| 2.133. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31229 | |
| | Nature of debtor's interest | LESSEE | LEGACY |
| | State the term remaining | 12/17/28 | WELLS PLANO LLC<br>BILL HALE<br>40 FRANCIS RD |
| | List the contract number of any government contract | _____ | HENDERSONVILLE NC 28792 |

Debtor   **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 2.134. | **Title of contract** | VENDOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LENA POPE |
| | **State the term remaining** | _____ | 3200 SANGUINET ST |
| | **List the contract number of any government contract** | _____ | FORT WORTH TX 76107 |

| 2.135. | **Title of contract** | ENGAGEMENT LETTER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| | **State the term remaining** | _____ | ANDY CARPER |
| | **List the contract number of any government contract** | _____ | 201 E WASHINGTON ST STE 1200 PHOENIX AZ 85004 |

| 2.136. | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - UMBRELLA LIABILITY | |
| | **Nature of debtor's interest** | INSURED | LIBERTY INSURANCE COMPANY |
| | **State the term remaining** | _____ | 175 BERKELEY ST |
| | **List the contract number of any government contract** | _____ | BOSTON MA 02116 |

| 2.137. | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - INTERNATIONAL | |
| | **Nature of debtor's interest** | INSURED | LIBERTY INSURANCE COMPANY |
| | **State the term remaining** | _____ | 175 BERKELEY ST |
| | **List the contract number of any government contract** | _____ | BOSTON MA 02116 |

| 2.138. | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - WORKERS COMP. & EMPLOYERS LIABILITY | |
| | **Nature of debtor's interest** | INSURED | LIBERTY INSURANCE COMPANY |
| | **State the term remaining** | _____ | 175 BERKELEY ST |
| | **List the contract number of any government contract** | _____ | BOSTON MA 02116 |

Debtor  **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

---

2.139. | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | INSURANCE - PROPERTY |
| **Nature of debtor's interest** | INSURED | LIBERTY MUTUAL FIRE INSURANCE COMPANY
| **State the term remaining** | _____ | 175 BERKELEY ST
| **List the contract number of any government contract** | _____ | BOSTON MA 02116

2.140. | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | INSURANCE - LIQUOR LIABILITY |
| **Nature of debtor's interest** | INSURED | LIBERTY MUTUAL FIRE INSURANCE COMPANY
| **State the term remaining** | _____ | 175 BERKELEY ST
| **List the contract number of any government contract** | _____ | BOSTON MA 02116

2.141. | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | INSURANCE - GENERAL LIABILITY |
| **Nature of debtor's interest** | INSURED | LIBERTY MUTUAL FIRE INSURANCE COMPANY
| **State the term remaining** | _____ | 175 BERKELEY ST
| **List the contract number of any government contract** | _____ | BOSTON MA 02116

2.142. | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | INSURANCE - AUTO LIABILITY |
| **Nature of debtor's interest** | INSURED | LIBERTY MUTUAL FIRE INSURANCE COMPANY
| **State the term remaining** | _____ | 175 BERKELEY ST
| **List the contract number of any government contract** | _____ | BOSTON MA 02116

2.143. | **Title of contract** | REAL PROPERTY SUBLEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31097 |
| **Nature of debtor's interest** | LESSEE | LILLIE MAE CAIN TRUST FIRST TENNESSEE BANK NA A TENNESSEE BANKING CORP, INTERIM TRUSTEE FIRST NATIONAL BANK NA TRUST DEPT ROBERT KILLEFER SENIOR VP PO BOX 1991 KNOXVILLE TN 37901
| **State the term remaining** | 1/31/14 |
| **List the contract number of any government contract** | _____ |

---

Debtor    **MAC ACQUISITION LLC**                                            Case number *(if known)* **17-12224**

| 2.144. | Title of contract | ENGAGEMENT LETTER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ENGAGEMENT AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LINDA L. AIKIN |
| | State the term remaining | | 530B HARKLE RD |
| | List the contract number of any government contract | | SANTA FE NM 87505 |

| 2.145. | Title of contract | ENGAGEMENT LETTER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ENGAGEMENT AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LIQUOR LICENSE.COM |
| | State the term remaining | | CINDY BLOCK |
| | List the contract number of any government contract | | 2222 DAMON ST<br>LOS ANGELES CA 90021 |

| 2.146. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE - FOOD BORNE ILLNESS | |
| | Nature of debtor's interest | INSURED | LLOYDS LONDON |
| | State the term remaining | | 5802 THUNDERBIRD |
| | List the contract number of any government contract | | BLDG 10, SUITE 100<br>LAGO VISTA TX 78645 |

| 2.147. | Title of contract | TERMS AND CONDITIONS FOR PAYMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PAYMENT AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LODGING SOURCE LLC |
| | State the term remaining | | PO BOX 744 |
| | List the contract number of any government contract | | MOUNT PLEASANT SC 29465 |

| 2.148. | Title of contract | 2018 SPECIFIC SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LONESTAR LOGOS |
| | State the term remaining | 12/31/2018 | 3701 BEE CAVES RD |
| | List the contract number of any government contract | | STE 202<br>AUSTIN TX 78746 |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 2.149. | Title of contract | OPERATOR NEGOTIATED SUPPLIER AGREEMENTS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLIER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LOUISA FOOD PRODUCTS |
| | State the term remaining | 12/31/2017 | 1918 SWITZER AVE |
| | List the contract number of any government contract | | ST LOUIS MO 63136 |

| 2.150. | Title of contract | MEDIA BUY AUTHORIZATION | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LRXD |
| | State the term remaining | 8/19/2017 | CONNIE JONES |
| | List the contract number of any government contract | | CFO<br>1480 HUMBOLDT<br>DENVER CO 80218 |

| 2.151. | Title of contract | MEDIA BUY AUTHORIZATION | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LRXD 1 |
| | State the term remaining | 11/26/2017 | CONNIE JONES |
| | List the contract number of any government contract | | CFO<br>1480 HUMBOLDT<br>DENVER CO 80218 |

| 2.152. | Title of contract | AGENCY SERVICES RETAINER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAINER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LRXD INC |
| | State the term remaining | 7/31/2017 | CONNIE JONES |
| | List the contract number of any government contract | | CFO<br>1480 HUMBOLDT<br>DENVER CO 80218 |

| 2.153. | Title of contract | AGENCY SERVICES RETAINER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAINER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | LRXD INC 1 |
| | State the term remaining | 12/31/2017 | CONNIE JONES |
| | List the contract number of any government contract | | CFO<br>1480 HUMBOLDT<br>DENVER CO 80218 |

Debtor    **MAC ACQUISITION LLC**                                        Case number *(if known)* **17-12224**

| 2.154. | Title of contract | TRADEMARK LICENSE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MAC ACQUISITION IP |
| | State the term remaining | | 1855 BLAKE ST STE 200 |
| | List the contract number of any government contract | | DENVER CO 80202 |

| 2.155. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31176 | |
| | Nature of debtor's interest | LESSEE | MACARONI RR I35 PARTNERSHIP LTD |
| | State the term remaining | 11/30/18 | HOWARD CHAPMAN 10461 WESTPARK DR |
| | List the contract number of any government contract | | HOUSTON TX 77042 |

| 2.156. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31216 | |
| | Nature of debtor's interest | LESSEE | MALL OF GEORGIA LLC SIMON PROPERTY GROUP |
| | State the term remaining | 1/31/21 | JOHN MILAM MARY STULTZ PROPERTY MANAGER |
| | List the contract number of any government contract | | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204 |

| 2.157. | Title of contract | OPERATOR NEGOTIATED SUPPLIER AGREEMENTS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLIER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MANZO FOOD SALES INC |
| | State the term remaining | 11/30/2017 | 13290 NW 25TH ST MIAMI FL 33182-1509 |
| | List the contract number of any government contract | | |

| 2.158. | Title of contract | ENGAGEMENT LETTER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ENGAGEMENT AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MARTIN FROST M. JACK MARTIN, III |
| | State the term remaining | | 3345 BEE CAVE RD STE 105 |
| | List the contract number of any government contract | | AUSTIN TX 78746 |

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 2.159. | **Title of contract** | OPERATOR NEGOTIATED SUPPLIER AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLIER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MAZZETTA CO |
| | **State the term remaining** | 9/30/2017 | 4322 PAYSPHERE CIR |
| | **List the contract number of any government contract** | | CHICAGO IL 60674-0043 |

| 2.160. | **Title of contract** | PRICING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DENTAL BENEFITS | |
| | **Nature of debtor's interest** | EMPLOYER | METLIFE DENTAL |
| | **State the term remaining** | 12/31/2017 | KATHERINE RUSH HEATH |
| | **List the contract number of any government contract** | | CROSSMAN AND CO |
| | | | 3333 S ORANGEAVE SUITE 201 |
| | | | ORLANDO FL 32806 |

| 2.161. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31145 | |
| | **Nature of debtor's interest** | LESSEE | MGAVC LLC AND MGLBC LLC |
| | **State the term remaining** | 12/17/28 | RONALD DE MILT |
| | **List the contract number of any government contract** | | MANAGING MEMBER |
| | | | 4468 BRYNWOOD DR |
| | | | NAPLES FL 34119 |

| 2.162. | **Title of contract** | MICHIGAN SPECIFIC SERVICE SIGNING PROGRAM | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MICHIGAN LOGOS, INC. |
| | **State the term remaining** | 12/31/2020 | MICHAEL KOVALCHICK |
| | **List the contract number of any government contract** | | GENERAL MANAGER |
| | | | 5030 NORTHWIND DRIVE |
| | | | STE 103 |
| | | | EAST LANSING MI 48823 |

| 2.163. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31222 | |
| | **Nature of debtor's interest** | LESSEE | MIKE AND MARTHA WITT |
| | **State the term remaining** | 12/31/20 | MARTHA WITT/OWNER |
| | **List the contract number of any government contract** | | 3300 E LAKE CREEK RD |
| | | | HEBER UT 84032 |

Debtor    **MAC ACQUISITION LLC**                                      Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| **2.164.** **Title of contract** | NON-DISCLOSURE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | CONFIDENTIALITY AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | MILLER'S ALE HOUSE, INC. |
| **State the term remaining** | | 5750 MAJOR BLVD STE 400 |
| **List the contract number of any government contract** | | ORLANDO FL 32819 |

| | | |
|---|---|---|
| **2.165.** **Title of contract** | MASTER SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | SERVICE AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | MOMENTFEED, INC. |
| **State the term remaining** | 9/1/2019 | 1540 2ND STREET STE 302 |
| **List the contract number of any government contract** | | SANTA MONICA CA 90401 |

| | | |
|---|---|---|
| **2.166.** **Title of contract** | OPERATOR NEGOTIATED SUPPLIER AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | SUPPLIER AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | MONIN INC |
| **State the term remaining** | 6/30/2017 | PO BOX 538475 ATLANTA GA 30353-8475 |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.167.** **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31292 | |
| **Nature of debtor's interest** | LESSEE | MORIAH INVESTMENTS LLC BRIAN ARTZER |
| **State the term remaining** | 7/31/21 | 11409 BUSINESS PK CIR STE 300 FIRESTONE CO 80504 |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.168.** **Title of contract** | ENGAGEMENT LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | ENGAGEMENT AGREEMENT | |
| **Nature of debtor's interest** | CONTRACT PARTY | MORRIS JAMES JOHN H., NEWCOMER, JR |
| **State the term remaining** | | 500 DELAWARE AVE STE 1500 |
| **List the contract number of any government contract** | | WILMINGTON DE 19801-1494 |

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|
| **2.169.** | **Title of contract** | MULTI TERRITORY ACCOUNT SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MUZAK LLC D/B/A MOODMEDIA |
| | **State the term remaining** | 4/10/2017 | 1703 WEST 5TH ST STE 600 |
| | **List the contract number of any government contract** | _____ | AUSTIN TX 78703 |

| | | | |
|---|---|---|---|
| **2.170.** | **Title of contract** | OPERATOR NEGOTIATED SUPPLIER AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SUPPLIER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NAGLE VEAL |
| | **State the term remaining** | 12/31/2017 | 1411 E BASELINE ST SAN BERNARDINO CA 92410 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| **2.171.** | **Title of contract** | MUTUAL NON-DISCLOSURE ... AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CONFIDENTIALITY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NATIONAL RETAIL CONCEPT |
| | **State the term remaining** | _____ | DEAN HASKELL PO BOX 682544 |
| | **List the contract number of any government contract** | _____ | FRANKLIN TN 37068-2544 |

| | | | |
|---|---|---|---|
| **2.172.** | **Title of contract** | INITIATING CONSULTING RELATIONSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NATIONAL RETAIL CONCEPT |
| | **State the term remaining** | 11/15/2017 | PARTNERS LLC DEAN HASKELL |
| | **List the contract number of any government contract** | _____ | PO BOX 682544 FRANKLIN TN 37068-2544 |

| | | | |
|---|---|---|---|
| **2.173.** | **Title of contract** | OPERATOR NEGOTIATED SUPPLIER AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SUPPLIER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NESTLE USA |
| | **State the term remaining** | 12/31/2017 | PO BOX 844452 DALLAS TX 75284-4452 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **MAC ACQUISITION LLC**

Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|
| 2.174. | **Title of contract** | OPERATOR NEGOTIATED SUPPLIER AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SUPPLIER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NESTLE WATERS NORTH AMERICA |
| | **State the term remaining** | 12/31/2017 | PO BOX 277015 ATLANTA GA 30384-7015 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.175. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31072 | |
| | **Nature of debtor's interest** | LESSEE | NFC LLC THOMAS AND MACK DEVELOPMENT GROUP |
| | **State the term remaining** | 12/31/19 | NICOLA B FRYATT LEASING MANAGER |
| | **List the contract number of any government contract** | _____ | 7181 AMIGO ST STE 100 LAS VEGAS NV 89119 |

| | | | |
|---|---|---|---|
| 2.176. | **Title of contract** | NO KID HUNGRY CAMPAIGN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NO KID HUNGRY |
| | **State the term remaining** | 11/15/2017 | PO BOX 75475 BALTIMORE MD 21275-5475 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.177. | **Title of contract** | GENERAL INDEMNITY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INDEMNIFICATION AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NORTH AMERICAN SPECIALTY INSURANCE COMPANY |
| | **State the term remaining** | _____ | 475 N MARTINGALE STE 850 |
| | **List the contract number of any government contract** | _____ | SCHAUMBURG IL 60173 |

| | | | |
|---|---|---|---|
| 2.178. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31151 | |
| | **Nature of debtor's interest** | LESSEE | NORTH RAINBOW BOULEVARD HOLDINGS |
| | **State the term remaining** | 2/28/22 | INTEGRIS REALTY SVC |
| | **List the contract number of any government contract** | _____ | 6440 SKY POINTE DR 140175 LAS VEGAS NV 89131 |

Debtor    **MAC ACQUISITION LLC**                                           Case number *(if known)* **17-12224**

| 2.179. | Title of contract | ALLY SMART LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VEHICLE LEASE - 2016 FIAT 500X - ZFBCFABH5GZ038496 | |
| | Nature of debtor's interest | LESSEE | NORTHSIDE IMPORTS, LLC |
| | State the term remaining | 36 MONTHS | 23110 INTERSTATE 45N |
| | List the contract number of any government contract | _____ | SPRING TX 77373-8229 |

| 2.180. | Title of contract | ALLY SMART LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VEHICLE LEASE -2016 FIAT 500L - ZFBCFABH0GZ038227 | |
| | Nature of debtor's interest | LESSEE | NORTHSIDE IMPORTS, LLC |
| | State the term remaining | 36 MONTHS | 23110 INTERSTATE 45N |
| | List the contract number of any government contract | _____ | SPRING TX 77373-8229 |

| 2.181. | Title of contract | ALLY SMART LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VEHICLE LEASE -2016 FIAT 500L- ZFBCFABH2GZ03B469 | |
| | Nature of debtor's interest | LESSEE | NORTHSIDE IMPORTS, LLC |
| | State the term remaining | 36 MONTHS | 23110 INTERSTATE 45N |
| | List the contract number of any government contract | _____ | SPRING TX 77373-8229 |

| 2.182. | Title of contract | ALLY SMART LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | VEHICLE LEASE -2016 FIAT 500L- ZFBCFABHXGZ038235 | |
| | Nature of debtor's interest | LESSEE | NORTHSIDE IMPORTS, LLC |
| | State the term remaining | 36 MONTHS | 23110 INTERSTATE 45N |
| | List the contract number of any government contract | _____ | SPRING TX 77373-8229 |

| 2.183. | Title of contract | FLAT FEE ARRANGEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FEE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | OGLETREE DEAKINS |
| | State the term remaining | 6/9/2017 | KAREN M. MORINELLI |
| | List the contract number of any government contract | _____ | 100 NORTH TAMPA STREET STE 3600 TAMPA FL 33602 |

| Debtor | **MAC ACQUISITION LLC** | | Case number *(if known)* **17-12224** |
|---|---|---|---|

| 2.184. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - WORKERS COMP. | |
| | **Nature of debtor's interest** | INSURED | OHIO BUREAU OF WORKERS' COMPENSATION |
| | **State the term remaining** | | 30 W. SPRING ST 11TH FLOOR |
| | **List the contract number of any government contract** | | COLUMBUS OH 43215 |

| 2.185. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 10897 | |
| | **Nature of debtor's interest** | LESSEE | OMILOS 1 LLC GEORGE NICHOLAKOS |
| | **State the term remaining** | | 5242 YORKTOWN BLVD ARLINGTON VA 22207 |
| | **List the contract number of any government contract** | | |

| 2.186. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31280 | |
| | **Nature of debtor's interest** | LESSEE | OPRY MILLS MALL LIMITED PARTNERSHIP |
| | **State the term remaining** | 3/31/23 | C O MS MANAGEMENT ASSOCIATES INC MIKE FREESE ASST GENERAL COUNSEL |
| | **List the contract number of any government contract** | | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204 |

| 2.187. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31257 | |
| | **Nature of debtor's interest** | LESSEE | OTR REAL ESTATE MANAGER |
| | **State the term remaining** | 11/30/18 | KIM WAIPA 275 EAST BROAD ST |
| | **List the contract number of any government contract** | | COLUMBUS OH 43215 |

| 2.188. | **Title of contract** | STATEMENT OF WORK | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | | OUTDOOR NATION LLC TYANAN CONNER |
| | **State the term remaining** | 8/30/2018 | TERRITORY MANAGER 1807 TAFT HWY #1 |
| | **List the contract number of any government contract** | | SIGNAL MOUNTAIN TN 37377 |

Debtor    **MAC ACQUISITION LLC**                                                                     Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 2.189. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31116 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 6/30/21 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

OXFORD VALLEY ROAD
ASSOCIATES
KURTZMAN STEADY LLC
JEFFREY KURTZMAN ESQ
401 S 2ND ST
PHILADELPHIA PA 19147

| | | |
|---|---|---|
| 2.190. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31252 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 2/28/22 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PAPPAS LAGUNA NO 2 LP
JOHN PAPPAS LOUIS J PAPPAS
2020 L ST 5TH FL
SACRAMENTO CA 95811

| | | |
|---|---|---|
| 2.191. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31163 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 12/17/28 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PARTICIA WAHL LAPAN AS
TRUSTEE OF THE PATRCIA
LAPAN LIVING TRUST PURSUANT
TO THE DECLATRATION
OF TRUST DTD 04/15/94 WHICH
TRUST WAS REST ON OR
ABOUT 03/16/05 AN AZ TR PATRICIA
WAHL LAPAN
6363 CHRISTIE AVE 2925
EMERYVILLE CA 94608

| | | |
|---|---|---|
| 2.192. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31300 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 2/28/19 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PEMBROKE SQUARE ASSOCIATES
DEBRA GUERRERO DIR PROP
MNGMN
4460 CORPORATION LN STE 300
VIRGINIA BEACH VA 23462

| | | |
|---|---|---|
| 2.193. | **Title of contract** | DISTRIBUTION AGREEMENT |
| | **State what the contract or lease is for** | DISTRIBUTION AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PERFORMANCE AWARD CENTER,
INC.
1701 VANTAGE DR
STE 100
CARROLLTON TX 75006

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 2.194. | Title of contract | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31251 | |
| | Nature of debtor's interest | LESSEE | PFP TEMECULA REAL ESTATE HOLDINGS LLC |
| | State the term remaining | 4/30/23 | MEISSNER JACQUET COMMERCIAL REAL ESTATE SVC |
| | List the contract number of any government contract | _____ | LYSLIE J BROOKS REAL ESTATE MANAGER<br>4995 MURPHY CANYON RD STE 100<br>SAN DIEGO CA 92122 |

| 2.195. | Title of contract | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31127 | |
| | Nature of debtor's interest | LESSEE | PHILBROOK AVENUE ASSOCIATES LLC |
| | State the term remaining | 10/31/21 | C O SR WEINER AND ASSOCIATES |
| | List the contract number of any government contract | _____ | DAVID YORK<br>1330 BOYLSTON ST STE 212<br>CHESTNUT HILL MA 02467 |

| 2.196. | Title of contract | NON-DISCLOSURE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CONFIDENTIALITY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | PIE TAP/OJOS LOCOS |
| | State the term remaining | _____ | RICH HICKS |
| | List the contract number of any government contract | _____ | CEO<br>5212 TENNYSON PKWY<br>STE 120<br>PLANO TX 75024-4229 |

| 2.197. | Title of contract | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31289 | |
| | Nature of debtor's interest | LESSEE | PIONEER REAL ESTATE DEVELOPMENT |
| | State the term remaining | 12/31/18 | DENNIS TATE VICE-PRESIDENT |
| | List the contract number of any government contract | _____ | 742 PEACHOID RD<br>GAFFNEY SC 29341 |

| 2.198. | Title of contract | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31283 | |
| | Nature of debtor's interest | LESSEE | PK II EL CANINO NORTH LP |
| | State the term remaining | 8/31/18 | KIMCO REALTY CORP<br>MORTGAGE DEPT |
| | List the contract number of any government contract | _____ | 333 NEW HYDE PK RD SUIT 100<br>NEW HYDE PARK NY 11042 |

| Debtor | **MAC ACQUISITION LLC** | Case number *(if known)* **17-12224** |
| --- | --- | --- |

**2.199.** **Title of contract** UNDER MASTER SUBSCRIPTION AGREEMENT

**State what the contract or lease is for** SUBSCRIPTION AGREEMENT

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** 7/21/2021

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PLAYERLYNC, LLC
ROBERT PAULSON
PRESIDENT & CEO
9085 E MINERAL CIRCLE
STE 160
ENGLEWOOD CO 80112

**2.200.** **Title of contract** REAL PROPERTY LEASE AGREEMENT

**State what the contract or lease is for** REAL PROPERTY LEASE STORE # 31145

**Nature of debtor's interest** LESSEE

**State the term remaining** 12/17/28

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POWERSTONE PROPERTY
MANAGEMENT
MINA RIOS
ACCOUNTS RECEIVABLE
9060 IRVINE CTR DR
IRVINE CA 92618

**2.201.** **Title of contract** REAL PROPERTY SUBLEASE AGREEMENT

**State what the contract or lease is for** REAL PROPERTY LEASE STORE # 31278

**Nature of debtor's interest** LESSEE

**State the term remaining** 7/30/18

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PPF RTL ROSEDALE SHOPPING
CENTER
ASSET MANAGER/ROSEDALE
CENTER
SCOTT MICHAELIS GENERAL
MANAGER
3424 PEACHTREE RD NE STE 300
ATLANTA GA 30326

**2.202.** **Title of contract** REAL PROPERTY LEASE AGREEMENT

**State what the contract or lease is for** REAL PROPERTY LEASE STORE # 31299

**Nature of debtor's interest** LESSEE

**State the term remaining** 12/31/18

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PRUDENTIAL INSURANCE CO OF
AMERICA
CARLY MILLER
7 GIRALDA FARMS
MADISON NJ 07940

**2.203.** **Title of contract** REAL PROPERTY LEASE AGREEMENT

**State what the contract or lease is for** REAL PROPERTY LEASE STORE # 31299

**Nature of debtor's interest** LESSEE

**State the term remaining** 12/31/18

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PRUDENTIAL INSURANCE CO OF
AMERICA
LAW DEPT
7 GIRALDA FARMS
MADISON NJ 07940

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 2.204. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31255 | |
| | Nature of debtor's interest | LESSEE | RANCH TOWN CENTER LLC |
| | State the term remaining | 10/31/22 | C O DSB PROPERTIES INC KATHLEEN YOUNG |
| | List the contract number of any government contract | | 101 N WESTLAKE BLDG 201 WESTLAKE VILLAGE CA 91362 |

| 2.205. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31112 | |
| | Nature of debtor's interest | LESSEE | RB 3 ASSOCIATES |
| | State the term remaining | 12/31/22 | C O BENDERSON DEVELOPMENT CO MIKE WALKER |
| | List the contract number of any government contract | | 7978 COOPER CREEK BLVD STE 100 UNIVERSITY PARK FL 34201 |

| 2.206. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31015 | |
| | Nature of debtor's interest | LESSEE | RDT LIMITED PARTNERSHIP |
| | State the term remaining | 3/14/22 | RICHARD D THURMAN DIANE CONLEE EXEC ASSISTANT |
| | List the contract number of any government contract | | 10000 SHELBYVILLE RD STE 210 LOUISVILLE KY 40223 |

| 2.207. | Title of contract | SERVICES ORDER FORM | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | RED BOOK CONNECT, LLC |
| | State the term remaining | 8/31/2018 | GREG GILLINS VP FINANCE |
| | List the contract number of any government contract | | 3440 PRESTON RIDGE RD STE 650 ALPHARETTA GA 30005 |

| 2.208. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31324 | |
| | Nature of debtor's interest | LESSEE | REDLANDS JOINT VENTURE LLC |
| | State the term remaining | 3/31/20 | C O MAJECTIC REALTY CO SARA BOMBARDIER PROPERTY MANAGER |
| | List the contract number of any government contract | | 13191 CROSSROADS PKWY NORTH 6TH FL CITY OF INDUSTRY CA 91746 |

Debtor    **MAC ACQUISITION LLC**                                                                          Case number *(if known)* **17-12224**

| | | |
|---|---|---|
| 2.209. | **Title of contract** | CONFIDENTIALITY AGREEMENT |
| | **State what the contract or lease is for** | CONFIDENTIALITY AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RENAE BLAKE
ACCOUNTEMPS
1125 17TH STREET
SUITE 870
DENVER CO 80202

| | | |
|---|---|---|
| 2.210. | **Title of contract** | RMS SERVICES AGREEMENT |
| | **State what the contract or lease is for** | RMS SERVICES |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 3/31/2017 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

REVENUE MANAGEMENT
SOLUTIONS, LLC
777 SOUTH HARBOUR ISLAND
BLVD
STE 890
TAMPA FL 33602

| | | |
|---|---|---|
| 2.211. | **Title of contract** | OPERATOR NEGOTIATED SUPPLIER AGREEMENTS |
| | **State what the contract or lease is for** | SUPPLIER AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 12/31/2017 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RICH PRODUCTS CORP
PO BOX 98333
CHICAGO IL 60693-0001

| | | |
|---|---|---|
| 2.212. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 81595 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 12/17/28 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RICHARD J. ROSENTHAL
PO BOX 837
VENICE CA 90294

| | | |
|---|---|---|
| 2.213. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31078 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 12/31/20 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROCKY RIDGE STATION LLC
ROBERT F MYERS COO LEASE
ADMINISTRATION DEPT
11501 NORTHLAKE DR
CINCINNATI OH 45249

Debtor  **MAC ACQUISITION LLC**                                  Case number *(if known)* **17-12224**

| 2.214. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31182 | |
| | **Nature of debtor's interest** | LESSEE | RODERICK ENTERPRISES |
| | **State the term remaining** | 1/31/19 | RENEE SCHMID ASSET/PROPERTY MNGR |
| | **List the contract number of any government contract** | | 1214 EAST VINE ST<br>SALT LAKE CITY UT 84121 |

| 2.215. | **Title of contract** | SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLIER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ROYAL CUP, INC. |
| | **State the term remaining** | 4/13/2022 | BEN PITTS<br>PRESIDENT, FOODSERVICE & HOSPITALITY |
| | **List the contract number of any government contract** | | 160 CLEAGE DR<br>BIRMINGHAM AL 35217 |

| 2.216. | **Title of contract** | OPERATOR NEGOTIATED SUPPLIER AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLIER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SAPUTO CHEESE USA INC, |
| | **State the term remaining** | 12/31/2017 | 2515 COLLECTION CENTER DR<br>CHICAGO IL 60693 |
| | **List the contract number of any government contract** | | |

| 2.217. | **Title of contract** | ENGAGEMENT LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SARD & LEFF LLC |
| | **State the term remaining** | | KEVIN D. LEFF<br>3789 ROSWELL RD |
| | **List the contract number of any government contract** | | ATLANTA GA 30342 |

| 2.218. | **Title of contract** | REAL PROPERTY SUBLEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31133 | |
| | **Nature of debtor's interest** | LESSEE | SERGIOS 4 PINES BLVD LLC |
| | **State the term remaining** | 12/17/28 | RENE PRATS<br>12380 SW 130 ST |
| | **List the contract number of any government contract** | | MIAMI FL 33186 |

Debtor **MAC ACQUISITION LLC**                                                                Case number *(if known)* **17-12224**

| | | | |
|---|---|---|---|
| 2.219. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31238 | |
| | **Nature of debtor's interest** | LESSEE | SERITAGE GROWTH PROPERTIES LP |
| | **State the term remaining** | 6/30/22 | MATTHEW FERNAND OWNER |
| | **List the contract number of any government contract** | _____ | 54 W 40TH ST STE 10N NEW YORK NY 10018 |

| | | | |
|---|---|---|---|
| 2.220. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31238 | |
| | **Nature of debtor's interest** | LESSEE | SERITAGE GROWTH PROPERTIES LP |
| | **State the term remaining** | 6/30/22 | MARY ROTTLER EXECUTIVE VP OPERATIONS AND LEASING |
| | **List the contract number of any government contract** | _____ | 54 W 40TH ST STE 10N NEW YORK NY 10018 |

| | | | |
|---|---|---|---|
| 2.221. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31184 | |
| | **Nature of debtor's interest** | LESSEE | SHANKAR NEVADA LLC EUGENE BURGER MANAGEMENT CORPORATION |
| | **State the term remaining** | 8/31/19 | KEVIN MOLONEY DISTRICT MANAGER |
| | **List the contract number of any government contract** | _____ | 5011 MEADOWOOD MALL WAY STE 200 RENO NV 89502 |

| | | | |
|---|---|---|---|
| 2.222. | **Title of contract** | ENGAGEMENT LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SHENKER RUSSO & CLARK LLP THERESA M. RUSSO |
| | **State the term remaining** | _____ | 121 STATE STREET 4TH FLOOR |
| | **List the contract number of any government contract** | _____ | ALBANY NY 12207 |

| | | | |
|---|---|---|---|
| 2.223. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31287 | |
| | **Nature of debtor's interest** | LESSEE | SHERWOOD MALL MALL MANAGEMENT OFFICE |
| | **State the term remaining** | 1/31/19 | GENERAL MANAGER 5308 PACIFIC AVE |
| | **List the contract number of any government contract** | _____ | STOCKTON CA 95207 |

Debtor    **MAC ACQUISITION LLC**                                             Case number *(if known)* **17-12224**

| 2.224. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31268 | |
| | Nature of debtor's interest | LESSEE | SHOPCORE PROPERTIES RS MANAGEMENT LLC |
| | State the term remaining | 10/31/22 | LINDA MADWAY |
| | List the contract number of any government contract | _____ | 307 FELLOWSHIP RD STE 116 MOUNT LAUREL NJ 08054 |

| 2.225. | Title of contract | SHARED SAVINGS SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EMPLOYEE BENEFIT AGREEMENT | |
| | Nature of debtor's interest | EMPLOYER | SIB |
| | State the term remaining | _____ | JENNIFER FOX CMBDO |
| | List the contract number of any government contract | _____ | 796 MEETING ST CHARLESTON SC 29403 |

| 2.226. | Title of contract | ENGAGEMENT LETTER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ENGAGEMENT AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SILLS CUMMIS |
| | State the term remaining | _____ | TED ZANGARI THE LEGAL CENTER |
| | List the contract number of any government contract | _____ | ONE RIVERFRONT PLAZA NEWARK NY 07102-5400 |

| 2.227. | Title of contract | OPERATOR NEGOTIATED SUPPLIER AGREEMENTS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLIER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SMITHFIELD FARMLAND SALES CORP. |
| | State the term remaining | 8/31/2017 | SMITHFIELD 200 COMMERCE ST |
| | List the contract number of any government contract | _____ | SMITHFIELD VA 23430-1204 |

| 2.228. | Title of contract | OPERATOR NEGOTIATED SUPPLIER AGREEMENTS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLIER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SMITHFIELD FARMLAND SALES CORP. |
| | State the term remaining | 9/30/2017 | SMITHFIELD RENEWED 1 200 COMMERCE ST |
| | List the contract number of any government contract | _____ | SMITHFIELD VA 23430-1204 |

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 2.229. | Title of contract | OPERATOR NEGOTIATED SUPPLIER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLIER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SMITHFIELD FARMLAND SALES CORP. |
| | State the term remaining | 10/31/2017 | SMITHFIELD RENEWED 2 200 COMMERCE ST |
| | List the contract number of any government contract | _____ | SMITHFIELD VA 23430-1204 |

| 2.230. | Title of contract | OPERATOR NEGOTIATED SUPPLIER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLIER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SMITHFIELD FARMLAND SALES CORP. |
| | State the term remaining | 11/30/2017 | SMITHFIELD RENEWED 3 200 COMMERCE ST |
| | List the contract number of any government contract | _____ | SMITHFIELD VA 23430-1204 |

| 2.231. | Title of contract | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31307 | |
| | Nature of debtor's interest | LESSEE | SOUTH STREET CENTER LLC C O DSB PROPERTIES INC |
| | State the term remaining | 6/30/19 | CAROLINE SACHS PROPERTY ADMINISTRATOR |
| | List the contract number of any government contract | _____ | 101 N WESTLAKE BLVD STE 201 WESTLAKE VILLAGE CA 91362 |

| 2.232. | Title of contract | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31307 | |
| | Nature of debtor's interest | LESSEE | SOUTH STREET CENTER LLC ROYAL OAK PROPERTY SVC |
| | State the term remaining | 6/30/19 | STEVE WELCH PROPERTY MANAGER |
| | List the contract number of any government contract | _____ | 7750 BURNET AVE VAN NUYS CA 91405 |

| 2.233. | Title of contract | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31109 | |
| | Nature of debtor's interest | LESSEE | SOUTHPARK MALL LLC SRP PROPERTY MANAGEMENT LLC |
| | State the term remaining | 6/30/22 | LEASE COORDINATION GINA LOEHR |
| | List the contract number of any government contract | _____ | 1 E WACKER DR STE 3700 CHICAGO IL 60601 |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 2.234. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31109 | |
| | Nature of debtor's interest | LESSEE | SOUTHPARK MALL LLC |
| | State the term remaining | 6/30/22 | GENERAL MANAGER KURT REDDICK GENERAL MANAGER |
| | List the contract number of any government contract | _____ | 500 SOUTHPARK CTR STRONGSVILLE OH 44136 |

| 2.235. | Title of contract | CONFIDENTIALITY AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONFIDENTIALITY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SPENCER THODE |
| | State the term remaining | _____ | HOWROYD-WRIGHT EMPLOYMENT AGENCY, INC |
| | List the contract number of any government contract | _____ | 327 W. BROADWAY GLENDALE CA 91204 |

| 2.236. | Title of contract | CORPORATE PLAN | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | CONTRACT PARTY | SPROUTSOCIAL. |
| | State the term remaining | 6/30/2018 | 131 S DEARBORN ST STE 700 |
| | List the contract number of any government contract | _____ | CHICAGO IL 60603 |

| 2.237. | Title of contract | THE LEASE ADMINISTRATION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SRS-CRESA LEASE |
| | State the term remaining | 7/24/2020 | ADMINISTRATION, LLC 15660 NORTH DALLAS PKWY STE 1200 |
| | List the contract number of any government contract | _____ | DALLAS TX 75248 |

| 2.238. | Title of contract | SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | STANLEY AMENDMENT 1 |
| | State the term remaining | 2/28/2021 | 55 SHURMAN BLVD #900 |
| | List the contract number of any government contract | _____ | NAPERVILLE IL 60563 |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| 2.239. | Title of contract | MASTER INSTALLATION AND SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | STANLEY CONVERGENT SECURITY SOLUTIONS, INC. |
| | State the term remaining | 3/13/2017 | 55 SHURMAN BLVD #900 |
| | List the contract number of any government contract | _____ | NAPERVILLE IL 60563 |

| 2.240. | Title of contract | JOB GROWTH INCENTIVE TAX CREDIT CONDITIONAL APPROVAL | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TAX CREDIT - JOB GROWTH | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF COLORADO OFFICE OF ECONOMIC DEVELOPMENT AND INTERNATIONAL TRADE ETC |
| | State the term remaining | 3/1/2025 | CO OFFICE OF ECONOMIC DEVELOPMENT ATTN ANGELA MENDEZ |
| | List the contract number of any government contract | _____ | 1625 BROADWAY STE 2700 DENVER CO 80202 |

| 2.241. | Title of contract | REAL PROPERTY SUBLEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31205 | |
| | Nature of debtor's interest | LESSEE | STIRLING PROPERTIES LLC ASHEE WHITE PROPERTY ASSISTANT |
| | State the term remaining | 12/17/28 | 109 NORTHPARK BLVD STE 300 COVINGTON LA 70433 |
| | List the contract number of any government contract | _____ | |

| 2.242. | Title of contract | ENGAGEMENT LETTER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ENGAGEMENT AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | STONE CONROY SHALOM D. STONE |
| | State the term remaining | _____ | 25A HANOVER RD STE 301 |
| | List the contract number of any government contract | _____ | FLORHAM PARK NJ 07932 |

| 2.243. | Title of contract | STATEMENT OF WORK | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | _____ | SUMMIT GROUP SOFTWARE, INC. |
| | State the term remaining | 8/1/2018 | 1405 PRAIRIE PKWY STE A |
| | List the contract number of any government contract | _____ | WEST FARGO ND 58078 |

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

| 2.244. | **Title of contract** | MASTER CLOUD SERVICES LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LICENSE AND SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SYNERGYSUITE INC. |
| | **State the term remaining** | 1/24/2018 | 68 WILLOW RD |
| | **List the contract number of any government contract** | _____ | MENLO PARK CA 94040 |

| 2.245. | **Title of contract** | CALL CENTER SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SYNQ3 RESTAURANT SOLUTIONS LLC |
| | **State the term remaining** | 7/31/2018 | STEVE BIGARI |
| | **List the contract number of any government contract** | _____ | CEO<br>5825 MARK DABLING RD<br>COLORADO SPRINGS CO 80919 |

| 2.246. | **Title of contract** | MASTER DISTRIBUTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DISTRIBUTION AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SYSCO |
| | **State the term remaining** | 6/30/2019 | ATTN: LEGAL DEPT |
| | **List the contract number of any government contract** | _____ | 1390 ENCLAVE PKWY<br>HOUSTON TX 77077-2099 |

| 2.247. | **Title of contract** | AMENDMENT TO MASTER DISTRIBUTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DISTRIBUTION AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SYSCO AMENDMENT |
| | **State the term remaining** | 6/30/2019 | ATTN: LEGAL DEPT |
| | **List the contract number of any government contract** | _____ | 1390 ENCLAVE PKWY<br>HOUSTON TX 77077-2099 |

| 2.248. | **Title of contract** | PRICING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRICING AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SYSCO BUTTER |
| | **State the term remaining** | 1/31/2018 | ATTN: LEGAL DEPT |
| | **List the contract number of any government contract** | _____ | 1390 ENCLAVE PKWY<br>HOUSTON TX 77077-2099 |

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 2.249. | Title of contract | PRICING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PRICING AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SYSCO EGG |
| | State the term remaining | 10/31/2017 | ATTN: LEGAL DEPT<br>1390 ENCLAVE PKWY<br>HOUSTON TX 77077-2099 |
| | List the contract number of any government contract | _____ | |

| 2.250. | Title of contract | PRICING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PRICING AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SYSCO NON-FOOD |
| | State the term remaining | 12/31/2017 | ATTN: LEGAL DEPT<br>1390 ENCLAVE PKWY<br>HOUSTON TX 77077-2099 |
| | List the contract number of any government contract | _____ | |

| 2.251. | Title of contract | PRICING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PRICING AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SYSCO NUTS |
| | State the term remaining | 12/31/2017 | ATTN: LEGAL DEPT<br>1390 ENCLAVE PKWY<br>HOUSTON TX 77077-2099 |
| | List the contract number of any government contract | _____ | |

| 2.252. | Title of contract | PRICING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PRICING AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SYSCO OLIVES |
| | State the term remaining | 1/31/2018 | ATTN: LEGAL DEPT<br>1390 ENCLAVE PKWY<br>HOUSTON TX 77077-2099 |
| | List the contract number of any government contract | _____ | |

| 2.253. | Title of contract | PRICING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PRICING AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | SYSCO SCALLOPS |
| | State the term remaining | 10/31/2017 | ATTN: LEGAL DEPT<br>1390 ENCLAVE PKWY<br>HOUSTON TX 77077-2099 |
| | List the contract number of any government contract | _____ | |

| Debtor | **MAC ACQUISITION LLC** | | Case number *(if known)* **17-12224** |

**2.254.** **Title of contract** FACILITY CLOSURE AGREEMENT

**State what the contract or lease is for** FACILITY AGREEMENT

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** _____

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TAGEX
NEAL SHERMAN
PRESIDENT
121 SULLY'S TRAIL
STE 8
PITTSFORD NY 14534

**2.255.** **Title of contract** REAL PROPERTY SUBLEASE AGREEMENT

**State what the contract or lease is for** REAL PROPERTY LEASE STORE # 31205

**Nature of debtor's interest** LESSEE

**State the term remaining** 12/17/28

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TANGI EAST LLC NO 1
BRUNO AND BRUNO
JAMIE BUTTS
70325 HIGHWAY 1077 STE 2A
COVINGTON LA 70433

**2.256.** **Title of contract** PRICING AGREEMENT

**State what the contract or lease is for** COBRA/FSA/HRA

**Nature of debtor's interest** EMPLOYER

**State the term remaining** 12/31/2017

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TAXSAVER PLAN
PO BOX 609002
DALLAS TX 75360

**2.257.** **Title of contract** REAL PROPERTY LEASE AGREEMENT

**State what the contract or lease is for** REAL PROPERTY LEASE STORE # 31246

**Nature of debtor's interest** LESSEE

**State the term remaining** 12/17/28

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

THE ANN DREVER COTTRELL TRUST
SCOTT C MCDERMAND TRUSTEE
PO BOX 691
JAMUL CA 91935

**2.258.** **Title of contract** REAL PROPERTY LEASE AGREEMENT

**State what the contract or lease is for** REAL PROPERTY LEASE STORE # 31299

**Nature of debtor's interest** LESSEE

**State the term remaining** 12/31/18

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

THE AVENUE WEST COBB
HAZEL PAYNE
GENERAL MANAGER
3625 DALLAW HIGHWAY STE 470
MARIETTA GA 30064

Debtor    **MAC ACQUISITION LLC**                                          Case number *(if known)* **17-12224**

| 2.259. | Title of contract | PRICING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LIFE INSURANCE/AD&D/STD/LTD | |
| | Nature of debtor's interest | EMPLOYER | THE HARTFORD |
| | State the term remaining | 12/31/2017 | THE HARTFORD GROUP BENEFITS DIVISION |
| | List the contract number of any government contract | _____ | PO BOX 783690 PHILADELPHIA PA 19178 |

| 2.260. | Title of contract | NON-DISCLOSURE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONFIDENTIALITY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | THE HIRAOKA FAMILY TRUST |
| | State the term remaining | _____ | 475 OREGON AVENUE |
| | List the contract number of any government contract | _____ | PALO ALTO CA 94301 |

| 2.261. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31148 | |
| | Nature of debtor's interest | LESSEE | THE IRVINE CO LLC |
| | State the term remaining | 1/31/23 | GENERAL COUNSEL KAROL H REDDY PROPERTY ASSISTANT |
| | List the contract number of any government contract | _____ | 550 NEWPORT CTR DR NEWPORT BEACH CA 92660 |

| 2.262. | Title of contract | REAL PROPERTY SUBLEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31084 | |
| | Nature of debtor's interest | LESSEE | THE PELICAN BATON ROUGE LLC |
| | State the term remaining | 10/31/21 | FENET TREADWAY GAUDIN JENNIFER TREADWAY COUNSEL |
| | List the contract number of any government contract | _____ | 4021 WE HECK CT BATON ROUGE LA 70816 |

| 2.263. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31004 | |
| | Nature of debtor's interest | LESSEE | THE RETAIL CONNECTION |
| | State the term remaining | 10/31/23 | CARLA NEEL 221 W 6TH ST STE 1030 |
| | List the contract number of any government contract | _____ | AUSTIN TX 78701 |

Debtor    **MAC ACQUISITION LLC**                                                                Case number *(if known)* **17-12224**

| 2.264. | Title of contract | SAAS MODEL AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | THE ULTIMATE SOFTWARE |
| | State the term remaining | 6/29/2014 | 2000 ULTIMATE WAY WESTON FL 33326 |
| | List the contract number of any government contract | _____ | |

| 2.265. | Title of contract | SAAS MODEL AGREEMENT ADDENDUM | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | THE ULTIMATE SOFTWARE ADDENDUM |
| | State the term remaining | 12/31/2016 | 2000 ULTIMATE WAY WESTON FL 33326 |
| | List the contract number of any government contract | _____ | |

| 2.266. | Title of contract | SAAS MODEL AGREEMENT ADDENDUM 2 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | THE ULTIMATE SOFTWARE ADDENDUM 2 |
| | State the term remaining | 12/31/2018 | 2000 ULTIMATE WAY WESTON FL 33326 |
| | List the contract number of any government contract | _____ | |

| 2.267. | Title of contract | SAAS MODEL AGREEMENT ADDENDUM 3 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | THE ULTIMATE SOFTWARE ADDENDUM 3 |
| | State the term remaining | 12/31/2018 | 2000 ULTIMATE WAY WESTON FL 33326 |
| | List the contract number of any government contract | _____ | |

| 2.268. | Title of contract | CUSTOMS PREPAID MAINTENANCE PLAN | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLY AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | THE ULTIMATE SOFTWARE MAINTENANCE |
| | State the term remaining | 12/31/2012 | 2000 ULTIMATE WAY WESTON FL 33326 |
| | List the contract number of any government contract | _____ | |

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| 2.269. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31235 | |
| | **Nature of debtor's interest** | LESSEE | THOMAS TYLER PATRICIA TYLER AND |
| | **State the term remaining** | 6/30/21 | WILLIAM SEIDER PATRICIA TYLER |
| | **List the contract number of any government contract** | _____ | 2202 CASEY KEY RD NOKOMIS FL 34275 |

| 2.270. | **Title of contract** | FOODSERVICE EQUIPMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EQUIPMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TRIMARK SS KEMP STEVE FISHMAN |
| | **State the term remaining** | 4/13/2017 | EXECUTIVE VICE PRESIDENT 4567 WILLOW PARKWAY |
| | **List the contract number of any government contract** | _____ | CLEVELAND OH 44125 |

| 2.271. | **Title of contract** | NON-DISCLOSURE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONFIDENTIAL AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TRINTECH INC |
| | **State the term remaining** | _____ | 15851 DALLAS PKWY STE 900 ADDISON TX 75320 |
| | **List the contract number of any government contract** | _____ | |

| 2.272. | **Title of contract** | SUBSCRIPTION SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUBSCRIPTION AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TRINTECH, INC. |
| | **State the term remaining** | 1/15/2019 | 15851 DALLAS PKWY STE 900 ADDISON TX 75320 |
| | **List the contract number of any government contract** | _____ | |

| 2.273. | **Title of contract** | OPERATOR NEGOTIATED SUPPLY AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TYSON FOODS, INC. AND ITS MAJORITY OWNED SUBSIDIARIES |
| | **State the term remaining** | 9/30/2017 | TYSON CT PO BOX 100082 |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91189-0003 |

Debtor    **MAC ACQUISITION LLC**                                                          Case number *(if known)* **17-12224**

| 2.274. | **Title of contract** | OPERATOR NEGOTIATED SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TYSON FOODS, INC. AND ITS MAJORITY OWNED SUBSIDIARIES |
| | **State the term remaining** | 12/31/2017 | TYSON CT RENEWAL 1 PO BOX 100082 |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91189-0003 |

| 2.275. | **Title of contract** | OPERATOR NEGOTIATED SUPPLY AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TYSON FOODS, INC. AND ITS MAJORITY OWNED SUBSIDIARIES |
| | **State the term remaining** | 9/30/2017 | TYSON FOODS AS PO BOX 100082 |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91189-0003 |

| 2.276. | **Title of contract** | OPERATOR NEGOTIATED SUPPLY AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TYSON FOODS, INC. AND ITS MAJORITY OWNED SUBSIDIARIES |
| | **State the term remaining** | 12/31/2017 | TYSON FOODS AS RENEWAL 1 PO BOX 100082 |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91189-0003 |

| 2.277. | **Title of contract** | OPERATOR NEGOTIATED SUPPLY AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TYSON FOODS, INC. AND ITS MAJORITY OWNED SUBSIDIARIES |
| | **State the term remaining** | 9/30/2017 | TYSON FOODS INC S/C PO BOX 100082 |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91189-0003 |

| 2.278. | **Title of contract** | OPERATOR NEGOTIATED SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TYSON FOODS, INC. AND ITS MAJORITY OWNED SUBSIDIARIES |
| | **State the term remaining** | 12/31/2017 | TYSON S/C RENEWAL 1 PO BOX 100082 |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91189-0003 |

Debtor    **MAC ACQUISITION LLC**                                                Case number *(if known)* **17-12224**

| 2.279. | Title of contract | ACKNOWLEDGEMENT OF MEDIA-BUYING SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | VALASSIS |
| | State the term remaining | | AMY CARAN |
| | List the contract number of any government contract | | 19975 VICTOR PARKWAY LIVONIA MI 48152 |

| 2.280. | Title of contract | OPERATOR NEGOTIATED SUPPLIER AGREEMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLIER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | VENTURA FOODS |
| | State the term remaining | 9/30/2017 | VENTURA FOODS 1501 ORCHARD DR |
| | List the contract number of any government contract | | CHAMBERSBURG PA 17201-4812 |

| 2.281. | Title of contract | OPERATOR NEGOTIATED SUPPLIER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLIER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | VENTURA FOODS |
| | State the term remaining | 12/31/2017 | VENTURA FOODS 1 1501 ORCHARD DR |
| | List the contract number of any government contract | | CHAMBERSBURG PA 17201-4812 |

| 2.282. | Title of contract | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31233 | |
| | Nature of debtor's interest | LESSEE | VESTAR DRMOP LLC |
| | State the term remaining | 10/31/21 | PRESIDENT PAT MCGINLEY PROPERTY MANAGEMENT |
| | List the contract number of any government contract | | VESTAR DEVELOPMENT 2425 E CAMELBACK ROAD STE 750 PHOENIX AZ 85016 |

| 2.283. | Title of contract | PRICING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VISION BENEFITS | |
| | Nature of debtor's interest | EMPLOYER | VISION PLAN SERVICES |
| | State the term remaining | 12/31/2017 | 3333 QUALITY DR RANCHO CORDOVA CA 95670 |
| | List the contract number of any government contract | | |

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| 2.284. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31212 | |
| | **Nature of debtor's interest** | LESSEE | VR PARTNERS I LP |
| | **State the term remaining** | 9/30/20 | BILL DEMUTH PRESIDENT<br>6831 PRESTONSHIRE LN |
| | **List the contract number of any government contract** | _____ | DALLAS TX 75225 |

| 2.285. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - WORKERS COMP. | |
| | **Nature of debtor's interest** | INSURED | WASHINGTON STATE DEPT. OF LABOR & INDUSTRIES |
| | **State the term remaining** | _____ | PO BOX 44000 |
| | **List the contract number of any government contract** | _____ | OLYMPIA WA 98504-4000 |

| 2.286. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31185 | |
| | **Nature of debtor's interest** | LESSEE | WDRE MG LLC |
| | **State the term remaining** | 12/17/28 | CINDI ANDERSON PRESIDENT<br>10172 INDIAN RIDGE |
| | **List the contract number of any government contract** | _____ | RENO NV 89511 |

| 2.287. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31296 | |
| | **Nature of debtor's interest** | LESSEE | WEINGARTEN MILLER AURORA II LLC AND |
| | **State the term remaining** | 10/31/18 | GDC AURORA LLC TENANTS IN COMMON |
| | **List the contract number of any government contract** | _____ | WEINGARTEN REALTY MANAG CO<br>TIFFANY TRAN LEGAL ADMINISTRATOR<br>2600 CITADEL PLZ DR STE 125<br>HOUSTON TX 77008 |

| 2.288. | **Title of contract** | REAL PROPERTY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE STORE # 31081 | |
| | **Nature of debtor's interest** | LESSEE | WELLS LAKE BUENA VISTA LLC |
| | **State the term remaining** | 12/17/28 | BILL HALE<br>40 FRANCIS RD |
| | **List the contract number of any government contract** | _____ | HENDERSONVILLE NC 28792 |

Debtor    **MAC ACQUISITION LLC**                                              Case number *(if known)* **17-12224**

| 2.289. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31029 | |
| | Nature of debtor's interest | LESSEE | WINROCK PARTNERS LLC |
| | State the term remaining | 12/31/23 | COLETTE WHARTON |
| | List the contract number of any government contract | _____ | GOODMAN REALTY GROUP 100 SUN AVE NE STE 210 ALBUQUERQUE NM 87109 |

| 2.290. | Title of contract | REAL PROPERTY LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE STORE # 31165 | |
| | Nature of debtor's interest | LESSEE | WOLF ROAD PARK II LLC |
| | State the term remaining | 11/8/22 | C O THE BELTRONE GROUP LLC JOSEPH G CARANFA VICE PRESIDENT |
| | List the contract number of any government contract | _____ | 14 HEMLOCK ST BOX 517 LATHAM NY 12110 |

| 2.291. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE - CYBER LIABILITY | |
| | Nature of debtor's interest | INSURED | XL CAITLIN |
| | State the term remaining | _____ | 190 S. LASALLE ST 39TH FL |
| | List the contract number of any government contract | _____ | CHICAGO IL 60603 |

| 2.292. | Title of contract | SALE OF ALCOHOL BEVERAGE CONTROL LICENSE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ALCOHOL BEVERAGE CONTROL | |
| | Nature of debtor's interest | CONTRACT PARTY | YARDBIRD BEVERLY HILLS LLC |
| | State the term remaining | _____ | 8505 W. 3RD ST STE 100 |
| | List the contract number of any government contract | _____ | LOS ANGELES CA 90048 |

| 2.293. | Title of contract | PURCHASE ORDER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | WEB AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | YELP, INC. |
| | State the term remaining | 9/1/2018 | 140 NEW MONTGOMERY ST SAN FRANCISCO CA 94105 |
| | List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

**Debtor name:** MAC ACQUISITION LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 17-12224

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1.    **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1.   BARBARA RIESEN | PO BOX 25040<br>SCOTTSDALE AZ 85255 | BANK OF COLORADO | ☑ D<br>☐ E/F<br>☐ G |
| 2.2.   DEAN A RIESEN | 1855 BLAKE ST<br>SUITE 200<br>DENVER CO 80202 | BANK OF COLORADO | ☑ D<br>☐ E/F<br>☐ G |
| 2.3.   MAC ACQUISITION IP LLC | 1855 BLAKE ST<br>STE 200<br>DENVER CO 80202 | BANK OF COLORADO | ☑ D<br>☐ E/F<br>☐ G |
| 2.4.   MAC ACQUISITION OF ANNE ARUNDEL COUNTY LLC | 1855 BLAKE ST<br>STE 200<br>DENVER CO 80202 | BANK OF COLORADO | ☑ D<br>☐ E/F<br>☐ G |
| 2.5.   MAC ACQUISITION OF BALTIMORE COUNTY LLC | 1855 BLAKE ST<br>STE 200<br>DENVER CO 80202 | BANK OF COLORADO | ☑ D<br>☐ E/F<br>☐ G |
| 2.6.   MAC ACQUISITION OF FREDERICK COUNTY LLC | 1855 BLAKE ST<br>STE 200<br>DENVER CO 80202 | BANK OF COLORADO | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **MAC ACQUISITION LLC**                                                    Case number *(if known)* **17-12224**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.7.  MAC ACQUISITION OF KANSAS LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |
| 2.8.  MAC ACQUISITION OF NEW JERSEY LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |
| 2.9.  MAC HOLDING LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |
| 2.10.  MAC HOLDING LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | RIESEN FUNDING LLC | ☑ D ☐ E/F ☐ G |
| 2.11.  MAC PARENT LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |
| 2.12.  MAC PARENT LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | RIESEN FUNDING LLC | ☑ D ☐ E/F ☐ G |
| 2.13.  MAC PARENT LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | LIG ELECTRIC INC | ☑ D ☐ E/F ☐ G |
| 2.14.  MAC PARENT LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | HANAE BGHIGH | ☐ D ☑ E/F ☑ G |
| 2.15.  MAC PARENT LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | JHARED EKRYSS | ☐ D ☑ E/F ☐ G |
| 2.16.  MAC PARENT LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | TONI WESTBROOK | ☐ D ☑ E/F ☐ G |
| 2.17.  MACARONI GRILL SERVICES LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |

Debtor    **MAC ACQUISITION LLC**                                    Case number *(if known)* **17-12224**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18.  MONFORT FAMILY LIMITED PARTNERSHIP I | COORS FIELD 2001 BLAKE ST DENVER CO 80202 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |
| 2.19.  REDROCK PARTNERS, LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |
| 2.20.  RICHARD MONFORT | COORS FIELD 2001 BLAKE ST DENVER CO 80202 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |
| 2.21.  RIESEN & COMPANY LLC | PO BOX 25040 SCOTTSDALE AZ 85255 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |
| 2.22.  RIESEN FUNDING LLC | PO BOX 25040 SCOTTSDALE AZ 85255 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |
| 2.23.  RMG DEVELOPMENT, LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |

Fill in this information to identify the case:

**Debtor name:** MAC ACQUISITION LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 17-12224

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/17/2017
              MM/DD/YYYY

x  /s/ Nishant Machado
   Signature of individual signing on behalf of debtor

   Nishant Machado
   Printed name

   President, CEO and Chief Restructuring Officer
   Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAC ACQUISITION LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12224 (MFW)<br><br>(Jointly Administered) |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Mac Acquisition LLC, Mac Parent LLC, Mac Holding LLC, Mac Acquisition of New Jersey LLC, Mac Acquisition of Kansas LLC, Mac Acquisition of Anne Arundel County LLC, Mac Acquisition of Frederick County LLC, Mac Acquisition of Baltimore County LLC, and Macaroni Grill Services LLC (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publically filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Mac Acquisition LLC (6362); Mac Parent LLC (6715); Mac Holding LLC (6682); Mac Acquisition of New Jersey LLC (1121); Mac Acquisition of Kansas LLC (3910); Mac Acquisition of Anne Arundel County LLC (6571); Mac Acquisition of Frederick County LLC (6881); Mac Acquisition of Baltimore County LLC (6865); and Macaroni Grill Services LLC (5963). The headquarters for the above-captioned Debtors is located at 1855 Blake St., Ste. 200, Denver, CO 80202.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## <u>Global Notes and Overview of Methodology</u>

1. **<u>Reservation of Rights</u>**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-

2

bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**. On October 18, 2017 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On October 19, 2017, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 39].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on September 25, 2017, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on October 17, 2017.**

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets as of the Petition Date. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the period ended August 31, 2017, as set forth in the Debtors' books and records. Additionally, because the book values of certain assets, such as patents, trademarks, and copyrights, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated (including as "disputed," "contingent," "unliquidated," and "subject to set-off"), or omitted certain items or designations due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

3

5. **Real Property and Personal Property–Leased**.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors.  The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements.  The Debtors have included on Schedule D (secured debt) lease obligations to the extent the lessor filed a UCC-1.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6. **Excluded Assets and Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains.  In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding prepetition Claims on a post-petition basis.  However, prepetition liabilities related to ordinary course wages and compensation and certain trade claim may have been excluded from the Schedules to the extent their Claims have been paid post-petition.

7. **Insiders**.   Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following:  (a) directors and limited liability company managers; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors).  Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Intellectual Property Rights**.   The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor or a non-Debtor, or *vice versa*.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. **Executory Contracts and Unexpired Leases**.  Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

10. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

11. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

a.   Undetermined Amounts.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

b.   Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

      c.     <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

**12. <u>Estimates and Assumptions</u>**.    Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual amounts could differ from those estimates, perhaps materially.

**13. <u>Currency</u>**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**14. <u>Intercompany</u>.**  The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

**15. <u>Setoffs</u>**.  The Debtors incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets in the ordinary course of business are not independently accounted for, and as such, may be excluded from the Debtors' Schedules and Statements.

**16. <u>Global Notes Control</u>**.  If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

<u>**Specific Disclosures with Respect to the Debtors' Schedules**</u>

<u>**Schedule A/B**</u>.  Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B.  Leases and contracts are listed on Schedule G.

    <u>**Schedule A/B 2**</u>.  Petty cash represents cash on hand at restaurant locations including "register" cash.

    <u>**Schedule A/B 3**</u>.  Cash values held in financial accounts are listed on Schedule A/B 3 as of the open of business on October 18, 2017.  Details with respect to the Debtors' cash management system and bank accounts are provided in the Debtors' cash management motion filed on the Petition Date.  *See* [Docket No. 12].

    <u>**Schedule A/B 11**</u>.  Accounts receivable do not include intercompany receivables, which are listed on Schedule AB 77.

**Schedules A/B 15**.  Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Schedule A/B 55**.  The Debtors do not own any real property.  The Debtors have listed their real property leases in Schedule A/B 55. The Debtors' leasehold interests/improvements appear on Schedule A/B 55.

**Schedule A/B 74 & 75**.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or potential warranty Claims against their suppliers.  Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant.  Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule AB 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D**.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included.  All Claims listed on Schedule D, however, were incurred before the Petition Date.

Reference to the applicable loan agreements and related documents or other instrument creating the purported lien is necessary for a complete description of the collateral and the nature, extent, and priority of liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or statutory lien rights.

**Schedule E/F part 2**.  The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2.  Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as

7

"undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.   Some of the litigation Claims listed on Schedule E//F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims.   Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding admission or representation of the any Debtor's liability with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statement 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.   Finally, where litigation has been threatened or commenced against more than one Debtor, the Debtors may have scheduled those creditors under Mac Acquisition LLC, which is the primary operating company among the Debtors.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.   Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected, except where a judgment has been rendered.

**Schedule G**.   Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease was in effect on the Petition Date or is valid or enforceable.   Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.   Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.   In some cases, the same supplier or provider appears multiple times on Schedule G.   Multiple listings may not reflect distinct contracts between the applicable Debtor and such supplier or provider but, instead, a series of documents comprising a single contract. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or terminated prior to the Petition Date.   The Debtors reserve their rights to argue that any of the contracts, agreements, and leases listed on Schedule G expired or terminated prior to the Petition Date. Additionally, some of the contracts, agreements, and leases listed on Schedule G may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.   Further, unless otherwise specified on Schedule G, each executory

contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**.  For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H.  Any listing of a Debtor on Schedule H is subject to the characterization of the underlying obligations made by such Debtor on its owns Schedules.  The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties.  Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims may not have been set forth individually on Schedule H.  Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

**Specific Disclosures with Respect to the Debtors' Statements**

**Statement 3**.  Statement 3 for Mac Acquisition LLC includes any disbursement or other transfer made by or on behalf of all the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement 4), made as part of regular and ordinary course payroll disbursements, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals).  The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**.  With respect to individuals, the amounts listed reflect the universe of payments and transfers made specifically to or for the benefit of such individuals, including their regular compensation, as well as any bonuses, expense reimbursements, severance payments and/or relocation reimbursement.  However, amounts paid on behalf of such employees for generally applicable employee benefit programs has not been included.

The Debtors have included a single entry for all amounts made over the twelve months preceding the Petition Date for each insider.

**Statement 5**.  Statement 5 excludes goods returned in the ordinary course of business.  The restaurant furniture, fixtures and equipment reported in Statement 5 is all property in closed locations that the landlord obtained possession of in connection with the store closure.  The value is unknown.

**Statement 7**.  Information provided in Statement 7 may not include every administrative agency proceeding open or closed during the relevant time period, as certain agency proceedings are quickly dismissed or settled for a nominal sum.  Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.  The losses listed on Statement 10 are based on the estimated amounts currently owed and are not intended to be an admission of the amounts owed.  Further, Mac Parent LLC is the "named insured" under substantially all of the Debtors' insurance policies.  Accordingly, losses that are covered by insurance are listed under Mac Parent LLC even though they may relate to assets owned by (and income recognized by) other Debtors, primarily Mac Acquisition LLC, the primary asset-owning Debtor.

**Statement 11**.  Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11.  However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services and may include services rendered to other parties.

**Statement 26d.**  The Debtors have provided financial statements in the ordinary course of their businesses to various financial institutions, creditors, landlords, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.