| Fill in this information to identify the case: |
| --- |
| **Debtor name:** MAC PARENT LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 17-12225 |

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals   12/15

## Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a.   **Real property:**
    Copy line 88 from Schedule A/B ...................................................

| |
| --- |
| $0.00 |

    1b.   **Total personal property:**
    Copy line 91A from Schedule A/B ...............................................

| |
| --- |
| $19,209,265.00 |

    1c.   **Total of all property:**
    Copy line 92 from Schedule A/B ................................................

| |
| --- |
| $19,209,265.00 |

## Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

| |
| --- |
| $23,079,480.00 |

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................................

| |
| --- |
| $0.00 |

    3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

| |
| --- |
| + UNDETERMINED |

4.   ***Total liabilities***
Lines 2 + 3a + 3b ................................................................................................

| |
| --- |
| $23,079,480.00 |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** MAC PARENT LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 17-12225 |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. To understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1.    Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2.    Cash on hand**

2.1.    _____    $_____

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3.1. _____ | _____ | _____ | $_____ |

**4.    Other cash equivalents** *(Identify all)*

| Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 4.1. _____ | _____ | _____ | _____ | $_____ |

**5.    Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
| --- |
| $0.00 |

## Part 2: Deposits and prepayments

**6.    Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below

Debtor  **MAC PARENT LLC**                                        Case number *(if known)* **17-12225**

**7.**  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit                                        Current value of
                                                                                        debtor's interest

7.1. _____                                $_____

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment                                      Current value of
                                                                                        debtor's interest

8.1. _____                                $_____

_____

**9.**  **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.                                        $0.00

---

**Part 3:**  **Accounts receivable**

**10.**  **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                                                        **Current value of
                                                                                        debtor's interest**

**11.**      **Accounts receivable**

|  | Face amount | Doubtful or uncollectible accounts |  |  |
|---|---|---|---|---|
| 11a. 90 days old or less: | $_____ | - $_____ | = ........ → | $_____ |
| 11b. Over 90 days old: | $_____ | - $_____ | = ........ → | $_____ |

**12.**  **Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                   $0.00

---

**Part 4:**  **Investments**

**13.**  **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

                                                        **Valuation method used     Current value of
                                                        for current value           debtor's interest**

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

14.1. _____     _____     $_____

Debtor   **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses,
including any interest in an LLC, partnership, or joint venture**

| | Name of entity | % of ownership | | |
|---|---|---|---|---|
| 15.1. | MAC ACQUISITION IP LLC<br>1855 BLAKE ST.<br>STE 200<br>DENVER CO 80202 | 100.00% | _____ | UNDETERMINED |
| 15.2. | MAC HOLDING LLC<br>1855 BLAKE ST.<br>STE 200<br>DENVER CO 80202 | 100.00% | _____ | UNDETERMINED |

**16.   Government bonds, corporate bonds, and other negotiable and non-negotiable
instruments not included in Part 1**

Describe

16.1. _____    _____   $_____

**17.   Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

> UNDETERMINED

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   Raw materials** | | | | |
| 19.1. _____ | _____ | $_____ | _____ | $_____ |
| **20.   Work in progress** | | | | |
| 20.1. _____ | _____ | $_____ | _____ | $_____ |
| **21.   Finished goods, including goods held for resale** | | | | |
| 21.1. _____ | _____ | $_____ | _____ | $_____ |
| **22.   Other inventory or supplies** | | | | |
| 22.1. _____ | _____ | $_____ | _____ | $_____ |

**23.   Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

> $0.00

**24.   Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes Book value: $_____   Valuation method: _____   Current value: $_____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Debtor | **MAC PARENT LLC** | Case number *(if known)* **17-12225** |
|---|---|---|

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

**27.**  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.**  **Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.**  **Farm animals.**  Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.**  **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.**  **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.**  **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.**  **Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.**  **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.**  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____  Valuation method: _____  Current value: $_____

**36.**  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.**  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38.**  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1. _____ | $_____ | _____ | $_____ |
| **40.** **Office fixtures** | | | |
| 40.1. _____ | $_____ | _____ | $_____ |

| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.1. _____ | $_____ | _____ | $_____ |
| **42.** **Collectibles.** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. _____ | $_____ | _____ | $_____ |

**43.** **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

> $0.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. _____ | $_____ | _____ | $_____ |
| **48.** **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. _____ | $_____ | _____ | $_____ |
| **49.** **Aircraft and accessories** | | | |
| 49.1. _____ | $_____ | _____ | $_____ |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1. _____ | $_____ | _____ | $_____ |

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

**51.** **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

$0.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 9:**    **Real property**

**54.** **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.1. _____    _____    $_____    _____    $_____

**56.** **Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 10:**    **Intangibles and intellectual property**

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.**    **Patents, copyrights, trademarks, and trade secrets**

60.1. _____    $_____    _____    $_____

**61.**    **Internet domain names and websites**

|  | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|

61.1. _____    $_____    _____    $_____

---

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

**62.    Licenses, franchises, and royalties**

62.1.    ANNUAL REPORT - SECRETARY OF STATE - CO, NO.      UNDETERMINED      _____    UNDETERMINED
         20151268011

62.2.    ANNUAL REPORT - SECRETARY OF STATE - DE, NO. 4570385    UNDETERMINED                         UNDETERMINED

**63.    Customer lists, mailing lists, or other compilations**

63.1.    _____    $_____    _____    $_____

**64.    Other intangibles, or intellectual property**

64.1.    _____    $_____    _____    $_____

**65.    Goodwill**

65.1.    _____    $_____    _____    $_____

**66.    Total of part 10**

         Add lines 60 through 65. Copy the total to line 89.                               | UNDETERMINED |

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 11:    All other assets**

**70.    Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.    Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ | $_____ - | $_____ | = ........ → | $_____ |
| _____ | | | | |

**72.    Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. _____ | $_____ | $_____ | _____ | $_____ |

**73.    Interests in insurance policies or annuities**

| Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|

Debtor    **MAC PARENT LLC**                                                                         Case number *(if known)* **17-12225**

| | | | | | | |
|---|---|---|---|---|---|---|
| 73.1. | LIBERTY MUTUAL FIRE INSURANCE COMPANY | 3097 | _____ | _____ | _____ | UNDETERMINED |
| 73.2. | INTEGON NATIONAL INSURANCE COMPANY | 8377 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | IMPERIAL FIRE & CASUALTY INSURANCE COMPANY | 8027 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | IMPERIAL FIRE & CASUALTY INSURANCE COMPANY | 8042 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | EVANSTON INSURANCE COMPANY | 2044 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | LLOYDS LONDON | 7019 | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | LIBERTY MUTUAL FIRE INSURANCE COMPANY | 3037 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | LIBERTY MUTUAL FIRE INSURANCE COMPANY | 3027 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | LIBERTY MUTUAL FIRE INSURANCE COMPANY | 3047 | _____ | _____ | _____ | UNDETERMINED |
| 73.10. | LIBERTY INSURANCE COMPANY | 3057 | _____ | _____ | _____ | UNDETERMINED |
| 73.11. | FIREMAN'S FUND | 2286 | _____ | _____ | _____ | UNDETERMINED |
| 73.12. | XL CAITLIN | 24 01 | _____ | _____ | _____ | UNDETERMINED |
| 73.13. | LIBERTY INSURANCE COMPANY | 3067 | _____ | _____ | _____ | UNDETERMINED |
| 73.14. | FEDERAL INSURANCE COMPANY | 6508 | _____ | _____ | _____ | UNDETERMINED |

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 74.1. | _____ | $_____ | $_____ |

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. | _____ | $_____ | $_____ |

**76.**    **Trusts, equitable or future interests in property**

| | | |
|---|---|---|
| 76.1. | _____ | $_____ |

**77.**    **Other property of any kind not already listed**

Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | INTERCOMPANY RECEIVABLE - MAC ACQUISITION LLC | $19,209,265.00 |

**78.**    **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

$19,209,265.00

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                              Case number *(if known)* **17-12225**

---

| **Part 12:** | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................................... → | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*                                     + | $19,209,265.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $19,209,265.00 | + 91b.    $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... | $19,209,265.00 |

**Fill in this information to identify the case:**

**Debtor name:** MAC PARENT LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 17-12225

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1.[1]    **Creditor's name and address**

BANK OF COLORADO
1801 BROADWAY STE 100
DENVER CO 80202

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/8/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
    BANK OF COLORADO LIEN SENIOR TO LIEN OF RIESEN FUNDING LLC, SECOND PRIORITY

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL INVENTORY, CHATTEL PAPER, ACCOUNTS, EQUIPMENT AND GENERAL INTANGIBLES, WHETHER NOW OWNED OR HEREAFTER ACQUIRED, WHETHER NOW EXISTING OR HEREAFTER ARISING, AND WHEREVER LOCATED, ETC

**Describe the lien**

UCC-1 RECORDED 6/8/2015 IN DELAWARE AS DOCUMENT # 20152433166

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

$17,929,080.00          UNDETERMINED

Debtor   **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**2.2.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

LIG ELECTRIC INC
GREYSTONE RECOVERY GROUP CORP
CHRISTOPHER BUCHAR ESQ
5864 N MILWAUKEE AVE
CHICAGO IL 60646

OUTSTANDING INVOICES FOR SERVICES RENDERED AT 21 BLANCHRD CIR, WHEATON, IL 60189 — $20,400.00 — UNDETERMINED

**Creditor's email address, if known**

_____

**Describe the lien**

SUBCONTRACTS CLAIM OF LIEN RECORDED 9/7/2017 DUPAGE COUNTY RECORDER, IL, DOCUMENT # R2017-09212

**Date debt was incurred:** 9/7/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

---

**2.3.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

RIESEN FUNDING LLC
PO BOX 25040
SCOTTSDALE AZ 85255

ACCOUNTS AND ACCOUNTS RECEIVABLE, INVENTORY, EQUIPMENT, MACHINERY, FURNISHINGS AND FURNITURE, WHERESOEVER THE SAME MAY BE LOCATED, CONTRACT RIGHTS, ETC — $5,130,000.00 — UNDETERMINED

**Creditor's email address, if known**

_____

**Describe the lien**

UCC-1 RECORDED 7/3/2017 IN DELAWARE AS DOCUMENT # 20174387814; AND GUARANTEE

**Date debt was incurred:** 7/3/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

¹INCLUDES $4,100,000.00 UNDRAWN LETTERS OF CREDIT

Debtor    **MAC PARENT LLC**                                                                     Case number *(if known)* **17-12225**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts
    from the Additional Page, if any.**                        **$23,079,480.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | ARIA PLUMBING LLC<br>247 WILLIAM ST<br>BENSENVILLE IL 60106 | Line 2.2 | _____ |
| 3.2. | BALL, SANTIN & MCLERAN, PLC<br>JAMES B. BALL<br>2999 N. 44TH STREET<br>SUITE 500<br>PHOENIX AZ 85018 | Line 2.3 | _____ |
| 3.3. | HELEN R KEIM TRUSTEE<br>THE HELEN R KEIM REVOCABLE LIVING TRUST ECT<br>911 DEERPATH CT<br>WHEATON IL 60187 | Line 2.2 | _____ |
| 3.4. | JOSEPH A KEIM TRUSTEE<br>THE JOSEPH A KEIM REVOCABLE LIVING TRUST ETC<br>911 DEERPATH CT<br>WHEATON IL 60187 | Line 2.2 | _____ |
| 3.5. | LAURENS RESTORATIONS INC<br>1536 VOLTZ RD<br>NORTHBROOK IL 60062 | Line 2.2 | _____ |
| 3.6. | MARKUS WILLIAMS YOUNG ET AL.<br>JAMES T. MARKUS<br>1700 LINCOLN STREET<br>SUITE 4550<br>DENVER CO 80203 | Line 2.1 | _____ |
| 3.7. | RIMROCK PARTNERS LLC<br>2415 E CAMELBACK RD STE 700<br>PHOENIX AZ 85016 | Line 2.2 | _____ |
| 3.8. | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>BRIAN L. SHAW<br>321 N. CLARK ST. STE 800<br>CHICAGO IL 60654 | Line 2.1 | _____ |
| 3.9. | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>THOMAS M HORAN; JOHNNA M DARBY<br>300 DELAWARE AVE. STE 1370<br>WILMINGTON DE 19801 | Line 2.1 | _____ |

**Fill in this information to identify the case:**

**Debtor name:** MAC PARENT LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 17-12225

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | _____ | | $_____ | $_____ |
| | _____ | ☐ Contingent | | |
| | _____ | ☐ Unliquidated | | **Nonpriority amount** |
| | _____ | ☐ Disputed | | $_____ |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | _____ | | |
| | **Last 4 digits of account number:** __ __ __ __ | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | ☐ No ☐ Yes | | |

Debtor    **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADAMS, ADAM KALEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.2. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADAMS, EMMA KATHERINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.3. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADAMS, KELLY MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                        Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| 3.4. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Amount of claim**

UNDETERMINED

ADAMS, KIMBERLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.5.    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

**Amount of claim**

UNDETERMINED

ADAMS, SAVANNAH LEE CHENELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.6.    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

**Amount of claim**

UNDETERMINED

AHERN, KAILEE C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.7.    **Nonpriority creditor's name and mailing address**

AIELLO, ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.8.    **Nonpriority creditor's name and mailing address**

ALBANO, BROOKE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.9.    **Nonpriority creditor's name and mailing address**

ALCALA, ALIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                              Case number *(if known)* **17-12225**

---

3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ALESNA, JACOB RYAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ALEXANDER, ANTHONY DWAYNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ALEXANDER, DOMINIQUE NARAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                                        Case number *(if known)* **17-12225**

3.13.    **Nonpriority creditor's name and mailing address**

ALEXANDER, KERRIAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.14.    **Nonpriority creditor's name and mailing address**

ALI, ANEESA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.15.    **Nonpriority creditor's name and mailing address**

ALI, NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                                                        Case number *(if known)* **17-12225**

| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.16.   **Nonpriority creditor's name and mailing address**

ALLGAIER, NICKLAUS JOHN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.17.   **Nonpriority creditor's name and mailing address**

ALLISON, JENA LYN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.18.   **Nonpriority creditor's name and mailing address**

ALMANZA, PEDRO JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC PARENT LLC**                                                   Case number *(if known)* **17-12225**

---

| 3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALMON, TAJEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.20. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALMON, TAJEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.21. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALONSO,FILEMON

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION CLAIM - NO.
201612071343

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.22.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ALONZO, ERIKA LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.23.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ALTHOFF, DANIELLE ROSE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.24.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ALVARADO, GUADALUPE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**

Case number *(if known)* **17-12225**

| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALVAREZ, JUAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.26. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMADOR, RACHEL MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.27. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMATO, DANIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.28.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ANDERLE, ROSE ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.29.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ANDREE, CABRINA LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.30.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ANDROSOFF, STEVEN ROBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

---

| 3.31. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ANDRUCHIW, VALERIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.32. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ANDRUCHIW, VALERIE LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.33. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ANSELMAN, TRACI LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.34.    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **Amount of claim**
         *Check all that apply.*
         ARBI, KAIS
         J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent                                    UNDETERMINED
         693 EAST AVENUE
         ROCHESTER NY 14607                            ☑ Unliquidated

                                                       ☑ Disputed
         **Date or dates debt was incurred**
                                                       **Basis for the claim:**
         VARIOUS
                                                       CIVIL ACTION NO. 6:15-CV-06742
         **Last 4 digits of account number:**          PENDING LITIGATION

                                                       **Is the claim subject to offset?**

                                                       ☑ No

                                                       ☐ Yes


3.35.    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **Amount of claim**
         *Check all that apply.*
         ARCHIBALD, PAIGE
         J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent                                    UNDETERMINED
         693 EAST AVENUE
         ROCHESTER NY 14607                            ☑ Unliquidated

                                                       ☑ Disputed
         **Date or dates debt was incurred**
                                                       **Basis for the claim:**
         VARIOUS
                                                       CIVIL ACTION NO. 6:15-CV-06742
         **Last 4 digits of account number:**          PENDING LITIGATION

                                                       **Is the claim subject to offset?**

                                                       ☑ No

                                                       ☐ Yes


3.36.    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **Amount of claim**
         *Check all that apply.*
         ARCIA, DANIELLE MARIE
         J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent                                    UNDETERMINED
         693 EAST AVENUE
         ROCHESTER NY 14607                            ☑ Unliquidated

                                                       ☑ Disputed
         **Date or dates debt was incurred**
                                                       **Basis for the claim:**
         VARIOUS
                                                       CIVIL ACTION NO. 6:15-CV-06742
         **Last 4 digits of account number:**          PENDING LITIGATION

                                                       **Is the claim subject to offset?**

                                                       ☑ No

                                                       ☐ Yes

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

---

3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ARNOLD, PATRICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

3.38. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ARONSON, HEATHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

3.39. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ARRELL, ISABELLE A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASHER, BOBBIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATHEARN,NATHAN

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATON, AUDREY MARTINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.43.    **Nonpriority creditor's name and mailing address**

AUSTIN, JADE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.44.    **Nonpriority creditor's name and mailing address**

AVALOS, ALMA D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.45.    **Nonpriority creditor's name and mailing address**

AVILA, ISSAC RAMON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.46.**    **Nonpriority creditor's name and mailing address**

AZUA, JENNIFER LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.47.**    **Nonpriority creditor's name and mailing address**

BACAK, ANGELA CHRISTINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.48.**    **Nonpriority creditor's name and mailing address**

BACKE, RACHEL ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.49.**

**Nonpriority creditor's name and mailing address**

BACON, SHAWN MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.50.**

**Nonpriority creditor's name and mailing address**

BADILLO, ALEJANDRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.51.**

**Nonpriority creditor's name and mailing address**

BAINES, KASSANDRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BAIRD, ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.53. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BAKER, SHELBY NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.54. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BAKER, VICKI RENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.55.

**Nonpriority creditor's name and mailing address**

BALL, JOHN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.56.

**Nonpriority creditor's name and mailing address**

BALLESTEROS, VANYA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.57.

**Nonpriority creditor's name and mailing address**

BANCHEK, MEREDITH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

**3.58.**    **Nonpriority creditor's name and mailing address**

BANDY, CYNTHIA L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.59.**    **Nonpriority creditor's name and mailing address**

BANEGAS, MANFREDY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.60.**    **Nonpriority creditor's name and mailing address**

BANEGAS, MANFREDY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                 Case number *(if known)* **17-12225**

| 3.61. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.61. **Nonpriority creditor's name and mailing address**

BANYARD, BAILEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.62. **Nonpriority creditor's name and mailing address**

BARBERENA,DAVID

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.63. **Nonpriority creditor's name and mailing address**

BARINEAU, J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                           Case number *(if known)* **17-12225**

| 3.64. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARKER, SHEMANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.65. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARLOW, THAILAND ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.66. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARNETT, WILLIAM R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                        Case number *(if known)* **17-12225**

---

| 3.67. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARNETTE, STACI E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.68. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARRAS, MICHAEL ALEXANDER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.69. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARRERA, TERESA

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC PARENT LLC**                                    Case number *(if known)* **17-12225**

---

3.70.  **Nonpriority creditor's name and mailing address**

BARRETT, CAROLYN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.71.  **Nonpriority creditor's name and mailing address**

BARRETT, PATRICIA LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.72.  **Nonpriority creditor's name and mailing address**

BARRUS, MARY ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

---

**3.73.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BARTLETT, DANDY MICHELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.74.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BARTLEY, BRITTANY MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.75.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BASILE, MORIAH JOY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.76.   **Nonpriority creditor's name and mailing address**

BASILE, MORIAH JOY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.77.   **Nonpriority creditor's name and mailing address**

BASS, JERRI WILSON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.78.   **Nonpriority creditor's name and mailing address**

BATEMAN, JAMES ROBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                  Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.79.  **Nonpriority creditor's name and mailing address**

BATINI, GUILHERME C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.80.  **Nonpriority creditor's name and mailing address**

BATTLE, COURTNEY A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.81.  **Nonpriority creditor's name and mailing address**

BATZ, KIMBERLY LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                    Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

BAUZA, GABRIEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.83. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

BEACH, ALEXANDRIA PATRICE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.84. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

BEACH, ALEXANDRIA PATRICE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.85.   **Nonpriority creditor's name and mailing address**

BEACH, WESLEY EDWIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.86.   **Nonpriority creditor's name and mailing address**

BEACH, WESLEY EDWIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.87.   **Nonpriority creditor's name and mailing address**

BEAGHAN, CAITLIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                        Case number *(if known)* **17-12225**

---

**3.88.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BEAN, MARIKO JULIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.89.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BEANE, BRANDICE MIKHAIL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.90.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BEASLEY, YVONNA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                        Case number *(if known)* **17-12225**

3.91.  **Nonpriority creditor's name and mailing address**

BEAUDOIN, JADE ALEXIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.92.  **Nonpriority creditor's name and mailing address**

BEAUDOIN, JADE ALEXIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.93.  **Nonpriority creditor's name and mailing address**

BELL, JAMES MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

---

| 3.94. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BENDER, CATHY B.<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.95. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BENDER, CATHY BERLIEN<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.96. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BENSON, KACEE DANIELLE<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

3.97.  **Nonpriority creditor's name and mailing address**

BERGSTROM, JACOB MICHOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.98.  **Nonpriority creditor's name and mailing address**

BERGSTROM, JACOB MICHOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.99.  **Nonpriority creditor's name and mailing address**

BERGSTROM, JARED WILLIAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                      Case number *(if known)* **17-12225**

---

3.100.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

BERGSTROM, JARED WILLIAM                                                                              UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                          ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.101.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

BERNHARDT, JORDAN                                                                                    UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                          ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.102.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

BEST, BRIAN STEVEN                                                                                   UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP          ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                          ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

---

3.103.    **Nonpriority creditor's name and mailing address**

BETANCOURT, REBECCA ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.104.    **Nonpriority creditor's name and mailing address**

BETHANCOURT, HEATHER ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.105.    **Nonpriority creditor's name and mailing address**

BEVIS, CHRISTOPHER IAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                  Case number *(if known)* **17-12225**

---

**3.106.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.106.**

**Nonpriority creditor's name and mailing address**

BEZRUKOVA, IRINA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.107.**

**Nonpriority creditor's name and mailing address**

BGHIGH, HANAE
ADAM CRIACO, CRIACO & ASSOC

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CAUSE NO. 2017-03317 PENDING
LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.108.**

**Nonpriority creditor's name and mailing address**

BGHIGH, HANANE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC PARENT LLC**                                              Case number *(if known)* **17-12225**

---

**3.109.**   **Nonpriority creditor's name and mailing address**

BHAM, OMAR MASOOM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.110.**   **Nonpriority creditor's name and mailing address**

BILCHIK, ADAM J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.111.**   **Nonpriority creditor's name and mailing address**

BISHOP, MARIA LE ANN COBB
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

**3.112.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BJORKLUND, GEOFFREY RYAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.113.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BLACK, ALLISON NICHOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.114.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BLACK, ALLISON NICHOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.115.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BLACK-GREENING, ARIEL LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.116.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BLAKESLEE, RENEE ANNETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.117.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BLAND, BRYAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

Debtor    **MAC PARENT LLC**                                            Case number *(if known)* **17-12225**

---

3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BOFILIOS, IRENE HELEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.119. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BOGDAN, CATHERINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.120. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BOGROFF, TIFFANI C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                     Case number *(if known)* **17-12225**

---

3.121.  **Nonpriority creditor's name and mailing address**

BOGUS, STEVEN CHARLES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.122.  **Nonpriority creditor's name and mailing address**

BOJORQUEZ, JONATHAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.123.  **Nonpriority creditor's name and mailing address**

BOJORQUEZ, JONATHAN LUIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

---

3.124.  **Nonpriority creditor's name and mailing address**

BOND, ASHLEY MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.125.  **Nonpriority creditor's name and mailing address**

BONNER, JR., ARZELL MARVIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.126.  **Nonpriority creditor's name and mailing address**

BOOMER, CHERYL FERNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                      Case number *(if known)* **17-12225**

**3.127.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BORDERS, KELLY M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.128.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BOTTA, COURTNEY A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.129.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BOTTA, TAYLOR MADISON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

**3.130.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BOTTOMS, CHRISTINA LEIGH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.131.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BOULAIS, CHRISTOPHER ROBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.132.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BOULTON, CALEB JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.133.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   **Amount of claim**
         *Check all that apply.*

         BOWERS, JAKE                                                                                          UNDETERMINED
         J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent
         693 EAST AVENUE
         ROCHESTER NY 14607                           ☑ Unliquidated

                                                      ☑ Disputed

         **Date or dates debt was incurred**          **Basis for the claim:**

         VARIOUS                                       CIVIL ACTION NO. 6:15-CV-06742
                                                       PENDING LITIGATION
         **Last 4 digits of account number:**
                                                       **Is the claim subject to offset?**

                                                       ☑ No

                                                       ☐ Yes

3.134.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   **Amount of claim**
         *Check all that apply.*

         BOWSER, BAYLEY JEANE                                                                                  UNDETERMINED
         J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent
         693 EAST AVENUE
         ROCHESTER NY 14607                           ☑ Unliquidated

                                                      ☑ Disputed

         **Date or dates debt was incurred**          **Basis for the claim:**

         VARIOUS                                       CIVIL ACTION NO. 6:15-CV-06742
                                                       PENDING LITIGATION
         **Last 4 digits of account number:**
                                                       **Is the claim subject to offset?**

                                                       ☑ No

                                                       ☐ Yes

3.135.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   **Amount of claim**
         *Check all that apply.*

         BOY, LISA MICHELE                                                                                     UNDETERMINED
         J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent
         693 EAST AVENUE
         ROCHESTER NY 14607                           ☑ Unliquidated

                                                      ☑ Disputed

         **Date or dates debt was incurred**          **Basis for the claim:**

         VARIOUS                                       CIVIL ACTION NO. 6:15-CV-06742
                                                       PENDING LITIGATION
         **Last 4 digits of account number:**
                                                       **Is the claim subject to offset?**

                                                       ☑ No

                                                       ☐ Yes

Debtor     **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.136.**   **Nonpriority creditor's name and mailing address**

BOYCE, MELISSA A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.137.**   **Nonpriority creditor's name and mailing address**

BOYD, ANTHONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.138.**   **Nonpriority creditor's name and mailing address**

BOYD, ASHLEY ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                              Case number *(if known)* **17-12225**

**3.139.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.139.**

**Nonpriority creditor's name and mailing address**

BOYD, JR., ANTHONY TYRONE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.140.**

**Nonpriority creditor's name and mailing address**

BRADFORD, HEATHER NOEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.141.**

**Nonpriority creditor's name and mailing address**

BRADSHAW, KELVIN EDWARD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.142.**    **Nonpriority creditor's name and mailing address**

BRAGG, AMY VICTORIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.143.**    **Nonpriority creditor's name and mailing address**

BREWBAKER, ALYSSA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.144.**    **Nonpriority creditor's name and mailing address**

BREZEAL, CHRISTOPHER JOSHUA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.145.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRIDGES, EMILY MARIE
J. NELSON THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.146.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRINGHURST, RONETTE
J. NELSON THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.147.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRITO, EMILY SILVIA
J. NELSON THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.148.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim
--- | --- | --- | ---

**3.148.**

**Nonpriority creditor's name and mailing address**

BROOKINS, MATTHEW S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

**3.149.**

**Nonpriority creditor's name and mailing address**

BROOKS, MEGAN MICHELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

**3.150.**

**Nonpriority creditor's name and mailing address**

BROOKS, TABITHA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

Debtor    **MAC PARENT LLC**                                    Case number *(if known)* **17-12225**

---

3.151.    **Nonpriority creditor's name and mailing address**

BROUDRICK (SCHULTZ), LYNETTE CHRISTINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.152.    **Nonpriority creditor's name and mailing address**

BROUDRICK (SCHULTZ), LYNETTE CHRISTINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.153.    **Nonpriority creditor's name and mailing address**

BROWN, HALLIE R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.154.  **Nonpriority creditor's name and mailing address**

BROWN, KARL LAMAR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.155.  **Nonpriority creditor's name and mailing address**

BROWN, KATHLEEN RAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.156.  **Nonpriority creditor's name and mailing address**

BROWN, SHELBY DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

---

3.157.    **Nonpriority creditor's name and mailing address**

BROWN, SHELBY LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.158.    **Nonpriority creditor's name and mailing address**

BROWN, TONYA ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.159.    **Nonpriority creditor's name and mailing address**

BROWN, TORI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.160.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRYAN III, JOHN T.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.161.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRYANT, JUSTIN KEITH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.162.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRYCE, DENISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.163.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.163.**

**Nonpriority creditor's name and mailing address**

BUBKO, KIM L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.164.**

**Nonpriority creditor's name and mailing address**

BUCHICCHIO, BRIANNA MIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.165.**

**Nonpriority creditor's name and mailing address**

BUCK, CHERYL W.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.166.  **Nonpriority creditor's name and mailing address**

BUCK, CONRAD KENNETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.167.  **Nonpriority creditor's name and mailing address**

BUCKNER, LACY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.168.  **Nonpriority creditor's name and mailing address**

BUGLIOLI, SAMANTHA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC PARENT LLC**                                    Case number *(if known)* **17-12225**

---

3.169. **Nonpriority creditor's name and mailing address**

BUGLIOLI, SAMANTHA LYN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.170. **Nonpriority creditor's name and mailing address**

BULFON, LISA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.171. **Nonpriority creditor's name and mailing address**

BURGESS, BENJAMIN DANIEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                              Case number *(if known)* **17-12225**

---

**3.172.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BURNETT, AUSTIN BLAKE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.173.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BURNS, CHERYL LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.174.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BURNS, JIM ARTHUR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.175.**  **Nonpriority creditor's name and mailing address**

BURNS, MARIE KASHAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.176.**  **Nonpriority creditor's name and mailing address**

BUSH, RYAN CHRISTOPHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.177.**  **Nonpriority creditor's name and mailing address**

BUSH, ZACHERY JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

**3.178.**    **Nonpriority creditor's name and mailing address**

BUTTICE, MADISON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.179.**    **Nonpriority creditor's name and mailing address**

BUTTON, CARLA LYNNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.180.**    **Nonpriority creditor's name and mailing address**

BYARS, MARISSA ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                         Case number *(if known)* **17-12225**

**3.181.**    **Nonpriority creditor's name and mailing address**

CAGLE, JESSICA D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.182.**    **Nonpriority creditor's name and mailing address**

CALABRESE, ADAM S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.183.**    **Nonpriority creditor's name and mailing address**

CALABRESE, LAUREN ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.184.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CALABRO, KATHRYN ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.185.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CALDWELL, SHATIRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.186.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CALKINS, MATTHEW
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.187.**  **Nonpriority creditor's name and mailing address**

CAMACHO, ADRIAN EDWARD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.188.**  **Nonpriority creditor's name and mailing address**

CAMARATA, KEITH ALLEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.189.**  **Nonpriority creditor's name and mailing address**

CAMARATA, KEITH ALLEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                              Case number *(if known)* **17-12225**

**3.190.**    **Nonpriority creditor's name and mailing address**

CAMINITI, JONATHAN FABRY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.191.**    **Nonpriority creditor's name and mailing address**

CAMLEY, BOBBI JOANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.192.**    **Nonpriority creditor's name and mailing address**

CAMP, MARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.193.  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **Amount of claim**
*Check all that apply.*

CAMP, PRESTON JOHN                                           ☑ Contingent                                UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                              ☑ Unliquidated
ROCHESTER NY 14607
                                                            ☑ Disputed
**Date or dates debt was incurred**                          **Basis for the claim:**

VARIOUS                                                     CIVIL ACTION NO. 6:15-CV-06742
                                                            PENDING LITIGATION
**Last 4 digits of account number:**
                                                            **Is the claim subject to offset?**

                                                            ☑ No

                                                            ☐ Yes

3.194.  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **Amount of claim**
*Check all that apply.*

CAMPBELL, CHRYSTAL                                          ☑ Contingent                                UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                              ☑ Unliquidated
ROCHESTER NY 14607
                                                            ☑ Disputed
**Date or dates debt was incurred**                          **Basis for the claim:**

VARIOUS                                                     CIVIL ACTION NO. 6:15-CV-06742
                                                            PENDING LITIGATION
**Last 4 digits of account number:**
                                                            **Is the claim subject to offset?**

                                                            ☑ No

                                                            ☐ Yes

3.195.  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **Amount of claim**
*Check all that apply.*

CAMPBELL, SCHYVON VIOLET                                    ☑ Contingent                                UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                              ☑ Unliquidated
ROCHESTER NY 14607
                                                            ☑ Disputed
**Date or dates debt was incurred**                          **Basis for the claim:**

VARIOUS                                                     CIVIL ACTION NO. 6:15-CV-06742
                                                            PENDING LITIGATION
**Last 4 digits of account number:**
                                                            **Is the claim subject to offset?**

                                                            ☑ No

                                                            ☐ Yes

Debtor    **MAC PARENT LLC**                                          Case number *(if known)* **17-12225**

---

**3.196.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.196.**

**Nonpriority creditor's name and mailing address**

CAMPS, JODY ROBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.197.**

**Nonpriority creditor's name and mailing address**

CANFIELD, VALERIE HOPE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.198.**

**Nonpriority creditor's name and mailing address**

CANTY, RICHARD RUSSELL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.199.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CARCICH, ELIZABETH JEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.200.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CARDINALI III, ANTHONY G.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.201.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CARDINALI III, ANTHONY G.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

---

**3.202.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CARDINALI III, ANTHONY G.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.203.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CARPENTER, CARMIN RAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.204.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CARPENTER, JUSTIN ROBERT BENJAMIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.205.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.205.**

**Nonpriority creditor's name and mailing address**

CARR, DORIAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.206.**

**Nonpriority creditor's name and mailing address**

CARRELL, STACY DELYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.207.**

**Nonpriority creditor's name and mailing address**

CARROLL, CANDACE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.208.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CARROLL, SHEVONNE P.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.209.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CARVAJAL LEONI, MIGUEL A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.210.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CARVAJAL, JACQUELINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

3.211.  **Nonpriority creditor's name and mailing address**

CASEY, KEVIN ROSS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.212.  **Nonpriority creditor's name and mailing address**

CASSIDY, JUSTIN DAVID
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.213.  **Nonpriority creditor's name and mailing address**

CASTANEDA, ROBERT GABRIEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.214.** **Nonpriority creditor's name and mailing address**

CASTLE, MICHELLE B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.215.** **Nonpriority creditor's name and mailing address**

CASTO, MICHELLE SZREJTER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.216.** **Nonpriority creditor's name and mailing address**

CATALAN, BENITO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                         Case number *(if known)* **17-12225**

---

**3.217.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CATALAN, BENITO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.218.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CECIL, CARRIE ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.219.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CENTROS-RESTO(?), JOYLIZ
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

---

3.220.   **Nonpriority creditor's name and mailing address**

CERNEA, ELLYTHABETH K.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.221.   **Nonpriority creditor's name and mailing address**

CHAMBERS, DANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.222.   **Nonpriority creditor's name and mailing address**

CHANEY, JR., RODRICK DONNELL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.223.**  **Nonpriority creditor's name and mailing address**

CHAO, SHANE PEI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.224.**  **Nonpriority creditor's name and mailing address**

CHAPEL, HANNAH L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.225.**  **Nonpriority creditor's name and mailing address**

CHAPEL, HANNAH LESLIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                        Case number *(if known)* **17-12225**

---

**3.226.**  **Nonpriority creditor's name and mailing address**

CHAPMAN, ALEXANDER LEWIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.227.**  **Nonpriority creditor's name and mailing address**

CHAPMAN, BROCK THEODORE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.228.**  **Nonpriority creditor's name and mailing address**

CHEN, JULIA J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC PARENT LLC**                                    Case number *(if known)* **17-12225**

---

3.229. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHERNY, ERIC LAMONT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.230. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHERRY, MELISSA RAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.231. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHIAZ, TERRI ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.232.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHILTON, THOMAS A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.233.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHRISTIAN, SANDRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.234.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHRISTIAN, SANDRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                                 Case number *(if known)* **17-12225**

**3.235.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHU, BRANDON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.236.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CIANCI, JR., RICHARD JOSEPH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.237.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CILWA, KAREN HOPE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

---

**3.238.**    **Nonpriority creditor's name and mailing address**

CIMOCK, AMANDA SUZETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.239.**    **Nonpriority creditor's name and mailing address**

CIPOLLETTI, VICENZO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.240.**    **Nonpriority creditor's name and mailing address**

CLARK, ALEXANDRA JEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                Case number *(if known)* **17-12225**

---

**3.241.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CLARK, ERIK JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.242.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CLARK, JAMES F.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.243.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CLARK, RYAN PATRICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

Debtor   **MAC PARENT LLC**

Case number *(if known)* **17-12225**

---

**3.244.** **Nonpriority creditor's name and mailing address**

CLARK, TERRANCE XAVIER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.245.** **Nonpriority creditor's name and mailing address**

CLEMENS, TARAH L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.246.** **Nonpriority creditor's name and mailing address**

CLIFFORD, MARY CAROLEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**

Case number *(if known)* **17-12225**

**3.247.** **Nonpriority creditor's name and mailing address**

CLINE, AMANDA RENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.248.** **Nonpriority creditor's name and mailing address**

CLINE, ANDREW TIMOTHY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.249.** **Nonpriority creditor's name and mailing address**

CLINE, HOLLEY CHRISTINA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                    Case number *(if known)* **17-12225**

---

3.250.    **Nonpriority creditor's name and mailing address**

COBB, CRAIG ALLEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.251.    **Nonpriority creditor's name and mailing address**

COBB, THERESA A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.252.    **Nonpriority creditor's name and mailing address**

COBB, THERESA A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                Case number *(if known)* **17-12225**

**3.253.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COCHRAN, TRACY ALISON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.254.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COCKMAN, TYLER MATTHEW
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.255.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COKE, LINDSAY ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.256.** **Nonpriority creditor's name and mailing address**

COLANTUONI, KYLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.257.** **Nonpriority creditor's name and mailing address**

COLDITZ, SHANNON LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.258.** **Nonpriority creditor's name and mailing address**

COLEMAN, TAJA R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.259.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COLLARD, JONATHAN W.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.260.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COLUNGA, MARIA LUISA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.261.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COLVIN, SYDNEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC PARENT LLC**                                                                        Case number *(if known)* **17-12225**

**3.262.**   **Nonpriority creditor's name and mailing address**

COLWELL, ANA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.263.**   **Nonpriority creditor's name and mailing address**

COLWELL, MARISA BIANCA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.264.**   **Nonpriority creditor's name and mailing address**

COMPTON, JR., WARREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.265.**    **Nonpriority creditor's name and mailing address**

CONKLIN, RAYMOND
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.266.**    **Nonpriority creditor's name and mailing address**

CONNELLY, KELLY ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.267.**    **Nonpriority creditor's name and mailing address**

COOK, JESSICA LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                Case number *(if known)* **17-12225**

3.268.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | Amount of claim |
*Check all that apply.*

COOKE, CRYSTAL                                                                                      UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                    ☑ Contingent
ROCHESTER NY 14607                                 ☑ Unliquidated
                                                   ☑ Disputed
**Date or dates debt was incurred**               **Basis for the claim:**

VARIOUS                                            CIVIL ACTION NO. 6:15-CV-06742
                                                   PENDING LITIGATION
**Last 4 digits of account number:**
                                                   **Is the claim subject to offset?**

                                                   ☑ No
                                                   ☐ Yes

3.269.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | Amount of claim |
*Check all that apply.*

COOKE, CRYSTAL                                                                                      UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                    ☑ Contingent
ROCHESTER NY 14607                                 ☑ Unliquidated
                                                   ☑ Disputed
**Date or dates debt was incurred**               **Basis for the claim:**

VARIOUS                                            CIVIL ACTION NO. 6:15-CV-06742
                                                   PENDING LITIGATION
**Last 4 digits of account number:**
                                                   **Is the claim subject to offset?**

                                                   ☑ No
                                                   ☐ Yes

3.270.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | Amount of claim |
*Check all that apply.*

COOP, AMANDA N.                                                                                     UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                    ☑ Contingent
ROCHESTER NY 14607                                 ☑ Unliquidated
                                                   ☑ Disputed
**Date or dates debt was incurred**               **Basis for the claim:**

VARIOUS                                            CIVIL ACTION NO. 6:15-CV-06742
                                                   PENDING LITIGATION
**Last 4 digits of account number:**
                                                   **Is the claim subject to offset?**

                                                   ☑ No
                                                   ☐ Yes

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

**3.271.** **Nonpriority creditor's name and mailing address**

COPAY-HALL, MARCEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.272.** **Nonpriority creditor's name and mailing address**

COPAY-HALL, MARCEL ISIDORE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.273.** **Nonpriority creditor's name and mailing address**

COPELAND, ILEY SCOTT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.274.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COPPEDGE, WILLIAM JACOB
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.275.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CORKERY, JULIA MARIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.276.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COSGRIFF, COURTNEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.277.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

COTNER, JOAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.278.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

COUNTS, TERAH RANETHA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.279.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

COURREGE, DAVID J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

**3.280.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.280.**

**Nonpriority creditor's name and mailing address**

COWLES, CLYDE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.281.**

**Nonpriority creditor's name and mailing address**

COX, ROSANNA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.282.**

**Nonpriority creditor's name and mailing address**

COX, ROSANNA GAIL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                              Case number *(if known)* **17-12225**

**3.283.**   **Nonpriority creditor's name and mailing address**

CRAIG, COLLEEN ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.284.**   **Nonpriority creditor's name and mailing address**

CRANSTON, ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.285.**   **Nonpriority creditor's name and mailing address**

CREACY-REED, CYDNI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                         Case number *(if known)* **17-12225**

---

**3.286.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CREASEY III, CHARLES R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.287.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CREASMAN, BREANA ELISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.288.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CRISANTE, RACHEL M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.289.  **Nonpriority creditor's name and mailing address**

CROSSLEY, KEVIN C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.290.  **Nonpriority creditor's name and mailing address**

CROWDER, KENDALL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.291.  **Nonpriority creditor's name and mailing address**

CRUM, RICHARD SCOTT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.292.**  **Nonpriority creditor's name and mailing address**

CRUPI, DOMINION
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.293.**  **Nonpriority creditor's name and mailing address**

CRUZ, EMMANUEL D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.294.**  **Nonpriority creditor's name and mailing address**

CRUZ, INOEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                                      Case number *(if known)* **17-12225**

---

3.295.    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        Amount of claim
                                                                       *Check all that apply.*
          CRUZ, INOEL                                                                                                     UNDETERMINED
          J. NELSON THOMAS THOMAS & SOLOMON LLP                        ☑ Contingent
          693 EAST AVENUE
          ROCHESTER NY 14607                                           ☑ Unliquidated

                                                                       ☑ Disputed

          **Date or dates debt was incurred**                         **Basis for the claim:**

          VARIOUS                                                      CIVIL ACTION NO. 6:15-CV-06742
                                                                       PENDING LITIGATION
          **Last 4 digits of account number:**
                                                                       **Is the claim subject to offset?**

                                                                       ☑ No

                                                                       ☐ Yes

---

3.296.    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        Amount of claim
                                                                       *Check all that apply.*
          CRYER, JR., DENNIS RAY                                                                                           UNDETERMINED
          J. NELSON THOMAS THOMAS & SOLOMON LLP                        ☑ Contingent
          693 EAST AVENUE
          ROCHESTER NY 14607                                           ☑ Unliquidated

                                                                       ☑ Disputed

          **Date or dates debt was incurred**                         **Basis for the claim:**

          VARIOUS                                                      CIVIL ACTION NO. 6:15-CV-06742
                                                                       PENDING LITIGATION
          **Last 4 digits of account number:**
                                                                       **Is the claim subject to offset?**

                                                                       ☑ No

                                                                       ☐ Yes

---

3.297.    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        Amount of claim
                                                                       *Check all that apply.*
          CUARTAS, JUAN                                                                                                    UNDETERMINED
          J. NELSON THOMAS THOMAS & SOLOMON LLP                        ☑ Contingent
          693 EAST AVENUE
          ROCHESTER NY 14607                                           ☑ Unliquidated

                                                                       ☑ Disputed

          **Date or dates debt was incurred**                         **Basis for the claim:**

          VARIOUS                                                      CIVIL ACTION NO. 6:15-CV-06742
                                                                       PENDING LITIGATION
          **Last 4 digits of account number:**
                                                                       **Is the claim subject to offset?**

                                                                       ☑ No

                                                                       ☐ Yes

---

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

**3.298.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.298.**

**Nonpriority creditor's name and mailing address**

CUEVA, JAVIER FERNANDO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.299.**

**Nonpriority creditor's name and mailing address**

CULVER, SHAWNA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.300.**

**Nonpriority creditor's name and mailing address**

CUMMINGS, WILLIAM NICHOLAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                          Case number *(if known)* **17-12225**

---

| 3.301. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CURRIE, MICHAEL ANTHONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.302. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CURTIS, NATHAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.303. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CZAPINSKI, JOHN P.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                              Case number *(if known)* **17-12225**

| 3.304. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.304.    **Nonpriority creditor's name and mailing address**

DAKA, ZOJ
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.305.    **Nonpriority creditor's name and mailing address**

DALE, REBEKAH DIANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.306.    **Nonpriority creditor's name and mailing address**

DALTO, MARIO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                Case number *(if known)* **17-12225**

**3.307.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.307.** **Nonpriority creditor's name and mailing address**

DALTO, MARIO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.308.** **Nonpriority creditor's name and mailing address**

DANG, BINH H.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.309.** **Nonpriority creditor's name and mailing address**

DARYANANI, RAM A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| **3.310.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.310.**

**Nonpriority creditor's name and mailing address**

DAVIS, JANAY NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.311.**

**Nonpriority creditor's name and mailing address**

DAVIS, MEAGAN ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.312.**

**Nonpriority creditor's name and mailing address**

DAVIS, SEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                Case number *(if known)* **17-12225**

**3.313.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

DAVISON, JULIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.314.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

DE LA PAZ, DEANNA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.315.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

DEBLASS, GLENYS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.316.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DECAMP, JILL LESLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.317.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DECKER, NATISHA J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.318.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DECKER, PATRICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                            Case number *(if known)* **17-12225**

---

**3.319.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.319.**

**Nonpriority creditor's name and mailing address**

DEEDS, KATHLEEN SUSAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.320.**

**Nonpriority creditor's name and mailing address**

DEITRICK, RAECHAL LEE ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.321.**

**Nonpriority creditor's name and mailing address**

DELATORRE, MAGEAN ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                Case number *(if known)* **17-12225**

**3.322.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.322.**

**Nonpriority creditor's name and mailing address**

DELVISCOVO, DUANE CHARLES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.323.**

**Nonpriority creditor's name and mailing address**

DEMASI, TANYA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.324.**

**Nonpriority creditor's name and mailing address**

DERILLIER, GERALDINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| 3.325. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.325.**

**Nonpriority creditor's name and mailing address**

DEROUSELLE, KRISTEN GABRIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.326.**

**Nonpriority creditor's name and mailing address**

DESMOND, NICHOLAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.327.**

**Nonpriority creditor's name and mailing address**

DEVINE, MICHAEL L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

**3.328.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

| | DEWALLI, VANESSA VAN<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.329.** **Nonpriority creditor's name and mailing address**

DIAZ, CELSO A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.330.** **Nonpriority creditor's name and mailing address**

DIAZ, MOISES ESTEBAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor  **MAC PARENT LLC**                                            Case number *(if known)* **17-12225**

---

**3.331.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DICARLO, ARIANE MARIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.332.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DIDONNA, TAYLOR VISCTORIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.333.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DIFRANCO, MIRELLA LUCIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

**3.334.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.334.** **Nonpriority creditor's name and mailing address**

DIGGS, ALYSSA PAIGE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.335.** **Nonpriority creditor's name and mailing address**

DIGIORGIO, ANTHONY A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.336.** **Nonpriority creditor's name and mailing address**

DIPAOLO, AMANDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                              Case number *(if known)* **17-12225**

---

3.337.  **Nonpriority creditor's name and mailing address**

DISABATINO, ANNA C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.338.  **Nonpriority creditor's name and mailing address**

DODSON, MONICA JENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.339.  **Nonpriority creditor's name and mailing address**

DOLAN-FOX, DEBORAH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                              Case number *(if known)* **17-12225**

---

**3.340.**  **Nonpriority creditor's name and mailing address**

DOLAN-FOX, DEBORAH ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.341.**  **Nonpriority creditor's name and mailing address**

DOMBROWSKI, RICHARD ANDREW
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.342.**  **Nonpriority creditor's name and mailing address**

DOMINGUE, AIMEE ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.343.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.343.**

**Nonpriority creditor's name and mailing address**

DOMMASCH, NOELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.344.**

**Nonpriority creditor's name and mailing address**

DONAHUE, CAITLIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.345.**

**Nonpriority creditor's name and mailing address**

DONAHUE, CAITLIN MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

**3.346.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.346.**

**Nonpriority creditor's name and mailing address**

DONALDSON, STEPHANIE AUTUMN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.347.**

**Nonpriority creditor's name and mailing address**

DORIA, FABRIZIO JAVIER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.348.**

**Nonpriority creditor's name and mailing address**

DORRIES, STEVEN H.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

| 3.349. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**3.349.**

**Nonpriority creditor's name and mailing address**

DOUGLAS, STEVIE HARRISON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.350.**

**Nonpriority creditor's name and mailing address**

DOUGLAS, TAJMA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.351.**

**Nonpriority creditor's name and mailing address**

DOVE, RAVEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**

Case number *(if known)* **17-12225**

---

3.352. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**Nonpriority creditor's name and mailing address**

DOZE, MARC ANTHONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.353. **Nonpriority creditor's name and mailing address**

DOZIER,KATIE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.354. **Nonpriority creditor's name and mailing address**

DRAFFEN, MATTHEW JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC PARENT LLC**                                   Case number *(if known)* **17-12225**

---

3.355.   **Nonpriority creditor's name and mailing address**

DRAKE, KENNETH MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.356.   **Nonpriority creditor's name and mailing address**

DRAPER, CHRISTION DIOR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.357.   **Nonpriority creditor's name and mailing address**

DRASNY, TAMARA A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                      Case number *(if known)* **17-12225**

---

**3.358.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

DRUM, KEVIN ERIC
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.359.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

DRUMMER, VERONICA JIMENEZ
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.360.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

DUBOIS, CHELSEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

---

**3.361.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DUERKSEN, CHRISTIANA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.362.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DUGAN, EMILY ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.363.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DURAN, JULIA E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

**3.364.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DVORAK, JAMES THOMAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.365.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EBERSOLE, EMILY PATRICIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.366.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ECHEONA, RICARDO ROLANDO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.367.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ECKHART, PATRICIA DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.368.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EDELMAN, ARIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.369.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EDWARDS, CASONDRA LYNNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                              Case number *(if known)* **17-12225**

---

**3.370.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EDWARDS-EL, ANIKKA MAURA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.371.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EFTYCHIOU, JEFF
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.372.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EGBERT, AMANDA RENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.373.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

EKRYSS, JHARED
J. NELSON THOMAS, MICHAEL J.LINGLE, JARED
K. COOK, THOMAS & SULLIVAN LLP

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.374.** **Nonpriority creditor's name and mailing address**

EKRYSS, JHARED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.375.** **Nonpriority creditor's name and mailing address**

ELANNAN, HAISSAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

| 3.376. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.376.    **Nonpriority creditor's name and mailing address**

ELLISON, BAILOR SCOTT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.377.    **Nonpriority creditor's name and mailing address**

ENGELMANN, EMILY M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.378.    **Nonpriority creditor's name and mailing address**

ERICKSON, CRAIG B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| 3.379. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.379. **Nonpriority creditor's name and mailing address**

ERVIN, TRAVIS LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.380. **Nonpriority creditor's name and mailing address**

ESCARMENT, RENOD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.381. **Nonpriority creditor's name and mailing address**

ESPINOZA, MARCO ANTONIO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

**3.382.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.382.**

**Nonpriority creditor's name and mailing address**

ESTOK, BRETT KENNETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.383.**

**Nonpriority creditor's name and mailing address**

EVANS, DARIAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.384.**

**Nonpriority creditor's name and mailing address**

EVANS, DARRELL ALLEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                          Case number *(if known)* **17-12225**

---

| 3.385. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.385.  **Nonpriority creditor's name and mailing address**

EVERS, CHRISTY N.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.386.  **Nonpriority creditor's name and mailing address**

FAIOLA, TIMOTHY DAVID
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.387.  **Nonpriority creditor's name and mailing address**

FARMER, KARL NEIL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.388.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FARNAM, FRANCESCA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.389.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FARNAM, FRANCESCA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.390.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FAWCETT, JERRIE LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

---

3.391.    **Nonpriority creditor's name and mailing address**

FAZZARI, COURTNEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.392.    **Nonpriority creditor's name and mailing address**

FERNANDES, STEVEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.393.    **Nonpriority creditor's name and mailing address**

FERNANDEZ, ALYSSA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                 Case number *(if known)* **17-12225**

---

**3.394.** **Nonpriority creditor's name and mailing address**

FINNEY, MATTHEW
J. NELSON THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.395.** **Nonpriority creditor's name and mailing address**

FLATER, JACK
J. NELSON THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.396.** **Nonpriority creditor's name and mailing address**

FLATER, JACK CURTIS
J. NELSON THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                    Case number *(if known)* **17-12225**

**3.397.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FLATLEY, EMILY ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.398.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FLEMING, ANTONIO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.399.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FLEMING, ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.400.**  **Nonpriority creditor's name and mailing address**

FLEMING, JORDAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.401.**  **Nonpriority creditor's name and mailing address**

FLORES, JOSE LUIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.402.**  **Nonpriority creditor's name and mailing address**

FLORES, MARIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC PARENT LLC**                                        Case number *(if known)* **17-12225**

**3.403.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FLORIAN, PETER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.404.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FOLEY, MICHAEL ALAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.405.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FONTANILLAS, LINDSAY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.406.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FORGUE, MICHAEL LAWRENCE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.407.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FORKOS, BRIAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.408.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FORKOS, BRIAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

---

**3.409.**    **Nonpriority creditor's name and mailing address**

FORSYTH, PATRICK R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.410.**    **Nonpriority creditor's name and mailing address**

FORTIN, ALEXANDRIA GRACE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.411.**    **Nonpriority creditor's name and mailing address**

FOSNER, REBECCA GAIL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                            Case number *(if known)* **17-12225**

**3.412.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

FOY, CARLY CASEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.413.** **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Amount of claim**

FRANCIS,CORDELL

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.414.** **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Amount of claim**

FREEDMAN, RANNAH LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                           Case number *(if known)* **17-12225**

**3.415.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FREEDMAN, RANNAH LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.416.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FREITAS, FERNANDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.417.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FRENCH, RICHARD WILLIAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                              Case number *(if known)* **17-12225**

3.418.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

FRENCH, RICHARD WILLIAM                                                              UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP      ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                   ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                             CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

3.419.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

FRIELDS, ALYX SUMMER                                                                 UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP      ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                   ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                             CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

3.420.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

FRISON, TARIK OMAR                                                                   UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP      ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                   ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                             CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

**3.421.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FRISON, TARIK OMAR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.422.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FRITSCH, MIKAYLA MARTHA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.423.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FUENTES, JOES G.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.424.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FULLER, JUSTIN MARTEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.425.** | **Nonpriority creditor's name and mailing address**

FURLOW, CARL JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.426.** | **Nonpriority creditor's name and mailing address**

FURLOW, CARL JAMES RICHARDS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.427.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GADD, JULIA ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.428.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GAINEY, LULA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.429.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GAJDIKOVA, LADA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

3.430.   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   Amount of claim
*Check all that apply.*

GALEANA, LUIS                                              ☑ Contingent                         UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                           ☑ Unliquidated
ROCHESTER NY 14607
☑ Disputed

**Date or dates debt was incurred**                       **Basis for the claim:**

VARIOUS                                                   CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**
**Is the claim subject to offset?**

☑ No

☐ Yes

3.431.   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   Amount of claim
*Check all that apply.*

GALLAGHER, ADAM E.                                        ☑ Contingent                         UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                           ☑ Unliquidated
ROCHESTER NY 14607
☑ Disputed

**Date or dates debt was incurred**                       **Basis for the claim:**

VARIOUS                                                   CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**
**Is the claim subject to offset?**

☑ No

☐ Yes

3.432.   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   Amount of claim
*Check all that apply.*

GALLAGHER, ALEXA RAE                                      ☑ Contingent                         UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                           ☑ Unliquidated
ROCHESTER NY 14607
☑ Disputed

**Date or dates debt was incurred**                       **Basis for the claim:**

VARIOUS                                                   CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**
**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **MAC PARENT LLC**                                          Case number *(if known)* **17-12225**

3.433.  **Nonpriority creditor's name and mailing address**

GALLAGHER, ROBERT S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.434.  **Nonpriority creditor's name and mailing address**

GALLEGOS, MICHELLE L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.435.  **Nonpriority creditor's name and mailing address**

GALLEGOS, MICHELLE LAVOE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

**3.436.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GALLIART, KRISTEN SHELBY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.437.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GALLIMORE, COREY ALAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.438.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GARCIA, GUILLERMO SANCHEZ
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| **3.439.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GARCIA, GUILLERMO SANCHEZ
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.440.** **Nonpriority creditor's name and mailing address**

GARCIA, MIGUEL FLORES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.441.** **Nonpriority creditor's name and mailing address**

GARCIA, STEPHEN RAYMOND
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC PARENT LLC**                                                   Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| 3.442. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.442.   **Nonpriority creditor's name and mailing address**

GARRISON, DURRELL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.443.   **Nonpriority creditor's name and mailing address**

GARRISON, MIRANDA SUE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.444.   **Nonpriority creditor's name and mailing address**

GARWOOD, THOMAS C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                              Case number *(if known)* **17-12225**

---

**3.445.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.445.** **Nonpriority creditor's name and mailing address**

GAYAN, APRIL DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.446.** **Nonpriority creditor's name and mailing address**

GAYHEART-ALDEA, HEATHER CHRISTINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.447.** **Nonpriority creditor's name and mailing address**

GEARHART,JACOB

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.448.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.448.**

**Nonpriority creditor's name and mailing address**

GEORGE, JALYNNE A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.449.**

**Nonpriority creditor's name and mailing address**

GERSH, MATTHEW THOMAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.450.**

**Nonpriority creditor's name and mailing address**

GIBB, ELIZABETH ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                         Case number *(if known)* **17-12225**

**3.451.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.451.**

**Nonpriority creditor's name and mailing address**

GIBBS, BRANDON MATTHEW
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.452.**

**Nonpriority creditor's name and mailing address**

GIGLIA, RENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.453.**

**Nonpriority creditor's name and mailing address**

GILBERT, DAYLE LEA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

**3.454.** **Nonpriority creditor's name and mailing address**

GILDOW, STEPHEN E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.455.** **Nonpriority creditor's name and mailing address**

GILLOGLY, ELENA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.456.** **Nonpriority creditor's name and mailing address**

GILMOUR, DEBORAH J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC PARENT LLC**

Case number *(if known)* **17-12225**

---

**3.457.** **Nonpriority creditor's name and mailing address**

GILROY, ADAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.458.** **Nonpriority creditor's name and mailing address**

GILSTER, MICHAEL ALEXANDER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.459.** **Nonpriority creditor's name and mailing address**

GLADU, BRITNI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.460.**    **Nonpriority creditor's name and mailing address**

GLAZENER, KYRSTYNA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

**3.461.**    **Nonpriority creditor's name and mailing address**

GLIDDON, MIRANDA COLETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

**3.462.**    **Nonpriority creditor's name and mailing address**

GLIDDON, MIRANDA COLETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

**3.463.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GLOWACKI, LAURA C. FALLECKER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.464.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GOLISH, ALLISON PAIGE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.465.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GOMEZ, LISA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

---

**3.466.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GONZALES, RAMIRO

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WORKERS COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.467.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GONZALES, RUBEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.468.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GONZALEZ, JONATHAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                              Case number *(if known)* **17-12225**

---

**3.469.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| GONZALEZ, JONATHON J. NELSON THOMAS THOMAS & SOLOMON LLP 693 EAST AVENUE ROCHESTER NY 14607 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742 PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.470.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| GOODREDS, CHRISTINA J. NELSON THOMAS THOMAS & SOLOMON LLP 693 EAST AVENUE ROCHESTER NY 14607 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742 PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.471.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| GORDILLO RIOS, FRANCISCO GUSTAVO J. NELSON THOMAS THOMAS & SOLOMON LLP 693 EAST AVENUE ROCHESTER NY 14607 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742 PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

---

**3.472.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GORDON, ASHLEY NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.473.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GOREN, LISA J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.474.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GOUGH-WILLIAMS, LASHAINA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

**3.475.**  **Nonpriority creditor's name and mailing address**

GOUVEIA, AMANDA MARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

**3.476.**  **Nonpriority creditor's name and mailing address**

GRAB, ALEXANDRA N.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

**3.477.**  **Nonpriority creditor's name and mailing address**

GRACE, CHRISTOPHER MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

3.478.  **Nonpriority creditor's name and mailing address**

GRAFFEO, CLARK SAMUEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.479.  **Nonpriority creditor's name and mailing address**

GRAGG, TAYLOR BREANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.480.  **Nonpriority creditor's name and mailing address**

GRAHAM, JASON JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                              Case number *(if known)* **17-12225**

---

3.481.  **Nonpriority creditor's name and mailing address**

GRAHAM, JOSHUA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.482.  **Nonpriority creditor's name and mailing address**

GRAYSON, CINDY MICHELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.483.  **Nonpriority creditor's name and mailing address**

GREEN, MARIA N.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.484.**    **Nonpriority creditor's name and mailing address**

GREEN, RONNIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.485.**    **Nonpriority creditor's name and mailing address**

GREENE, MICHAELA CARYN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.486.**    **Nonpriority creditor's name and mailing address**

GREGG, ROBERT A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.487.** **Nonpriority creditor's name and mailing address**

GRIFFIN, TIFFANY ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.488.** **Nonpriority creditor's name and mailing address**

GRIGSBY, KENYA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.489.** **Nonpriority creditor's name and mailing address**

GRIMALDI, MICHELE MONICA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| 3.490. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.490.

**Nonpriority creditor's name and mailing address**

GRIMSLEY, TAYLOR SCOTT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.491.

**Nonpriority creditor's name and mailing address**

GRINDLE, NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.492.

**Nonpriority creditor's name and mailing address**

GRIVETT, JORDAN JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                      Case number *(if known)* **17-12225**

3.493.  **Nonpriority creditor's name and mailing address**

GRODEKI, EDWARD FRANCIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.494.  **Nonpriority creditor's name and mailing address**

GROSSMAN, JARED JOSEPH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.495.  **Nonpriority creditor's name and mailing address**

GROVENSTEIN, BRIAN CHRISTOPHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

**3.496.** **Nonpriority creditor's name and mailing address**

GUAJARDO, SUSAN MARLENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

**3.497.** **Nonpriority creditor's name and mailing address**

GUERRERO, JOSE LUIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

**3.498.** **Nonpriority creditor's name and mailing address**

GUERRERO, JOSE LUIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                                Case number *(if known)* **17-12225**

---

**3.499.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GUPTON, JEREMY EDWARD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.500.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GUTIERREZ, GILBERT GEOFFREY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.501.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GUTIERREZ, JAIME
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

**3.502.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GUTIERREZ, JAIME
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.503.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GUTIERREZ, JOHNNY YRINEO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.504.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GUTIERREZ, SAMANTHA L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                                                      Case number *(if known)* **17-12225**

3.505.    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        Amount of claim
          *Check all that apply.*

          GUZMAN, ASHLEY VALARIE                                                                                  UNDETERMINED
          J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent
          693 EAST AVENUE
          ROCHESTER NY 14607                           ☑ Unliquidated

                                                       ☑ Disputed
          **Date or dates debt was incurred**
                                                       **Basis for the claim:**
          VARIOUS
                                                       CIVIL ACTION NO. 6:15-CV-06742
          **Last 4 digits of account number:**        PENDING LITIGATION

                                                       **Is the claim subject to offset?**

                                                       ☑ No

                                                       ☐ Yes

3.506.    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        Amount of claim
          *Check all that apply.*

          HAFER, RICHARD JONATHAN                                                                                 UNDETERMINED
          J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent
          693 EAST AVENUE
          ROCHESTER NY 14607                           ☑ Unliquidated

                                                       ☑ Disputed
          **Date or dates debt was incurred**
                                                       **Basis for the claim:**
          VARIOUS
                                                       CIVIL ACTION NO. 6:15-CV-06742
          **Last 4 digits of account number:**        PENDING LITIGATION

                                                       **Is the claim subject to offset?**

                                                       ☑ No

                                                       ☐ Yes

3.507.    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        Amount of claim
          *Check all that apply.*

          HAINES, GEORGE ROBERT                                                                                   UNDETERMINED
          J. NELSON THOMAS THOMAS & SOLOMON LLP        ☑ Contingent
          693 EAST AVENUE
          ROCHESTER NY 14607                           ☑ Unliquidated

                                                       ☑ Disputed
          **Date or dates debt was incurred**
                                                       **Basis for the claim:**
          VARIOUS
                                                       CIVIL ACTION NO. 6:15-CV-06742
          **Last 4 digits of account number:**        PENDING LITIGATION

                                                       **Is the claim subject to offset?**

                                                       ☑ No

                                                       ☐ Yes

Debtor   **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.508.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HAINES, KELLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.509.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HALL, BRITTANY MAISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.510.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HAMRICK, AMY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**

Case number *(if known)* **17-12225**

---

**3.511.** **Nonpriority creditor's name and mailing address**

HANLEY, EILEEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.512.** **Nonpriority creditor's name and mailing address**

HANSBROUGH, ASHLEY DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.513.** **Nonpriority creditor's name and mailing address**

HARBIN, CHARLES BRADLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

---

**3.514.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

HARDY, ANDRE JEFFREY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.515.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

HARDY, BRIAN KEITH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.516.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

HARMON, CARLI ANTONIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

| 3.517. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.517. **Nonpriority creditor's name and mailing address**

HARPER, MISTI LEEANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.518. **Nonpriority creditor's name and mailing address**

HARRIS, KIMBERLY CHAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.519. **Nonpriority creditor's name and mailing address**

HARRIS, LEANDRE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                         Case number *(if known)* **17-12225**

**3.520.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HARRIS, SR., JASON ANDRE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.521.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HARRIS, TODD MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.522.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HARRISON, CHRISTOPHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.523.**  **Nonpriority creditor's name and mailing address**

HASTY, OTIS JEFFREY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.524.**  **Nonpriority creditor's name and mailing address**

HAUGHT, ELISABETH MARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.525.**  **Nonpriority creditor's name and mailing address**

HAWS SASSMAN, LEAH ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **MAC PARENT LLC**                                                              Case number *(if known)* **17-12225**

---

**3.526.**  **Nonpriority creditor's name and mailing address**

HAYDEN, SARA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.527.**  **Nonpriority creditor's name and mailing address**

HAYNE, DENISE SUZANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.528.**  **Nonpriority creditor's name and mailing address**

HEILEMANN, WILLIAM ALBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **MAC PARENT LLC**                                                                  Case number *(if known)* **17-12225**

3.529.  **Nonpriority creditor's name and mailing address**

HEISLER, EMILY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.530.  **Nonpriority creditor's name and mailing address**

HEJL, ASHLYN SHEA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.531.  **Nonpriority creditor's name and mailing address**

HEMMINGWAY, SHEILA YVETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                              Case number *(if known)* **17-12225**

**3.532.**    **Nonpriority creditor's name and mailing address**

HENDERSON, BRITTANY CHRISTINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.533.**    **Nonpriority creditor's name and mailing address**

HENDERSON, TYLER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.534.**    **Nonpriority creditor's name and mailing address**

HENDRYX, DANIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                                            Case number *(if known)* **17-12225**

---

| 3.535. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HENRIE, BRENTON PORTER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.536. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HERNANDEZ, CHRISTOPHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.537. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HERNANDEZ, MELISSA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| 3.538. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.538. | **Nonpriority creditor's name and mailing address**

HERNANDEZ,NELDAS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WORKERS COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.539. | **Nonpriority creditor's name and mailing address**

HERNANDEZ,RACHEL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WORKERS COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.540. | **Nonpriority creditor's name and mailing address**

HEYWOOD, BELIA STEPHANIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.541.**  **Nonpriority creditor's name and mailing address**

HEYWOOD, MORGAN STEPHANIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.542.**  **Nonpriority creditor's name and mailing address**

HEYWOOD, SPENCER ALLEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.543.**  **Nonpriority creditor's name and mailing address**

HICKEY, RYAN KEITH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                  Case number *(if known)* **17-12225**

**3.544.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HICKS, SARA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.545.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HILL, MATTHEW LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.546.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HILL, RODNEY TREYVON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                                Case number *(if known)* **17-12225**

**3.547.**  **Nonpriority creditor's name and mailing address**

HILL, TIANA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.548.**  **Nonpriority creditor's name and mailing address**

HILTON, SHELBY NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.549.**  **Nonpriority creditor's name and mailing address**

HITAFFER, TIFFANY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                           Case number *(if known)* **17-12225**

| | |
|---|---|
| **3.550.** | **Nonpriority creditor's name and mailing address** |

**3.550.**

**Nonpriority creditor's name and mailing address**

HOCKER, KATIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.551.**

**Nonpriority creditor's name and mailing address**

HOLLINGS, SHANICE NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.552.**

**Nonpriority creditor's name and mailing address**

HOLLOWAY, CODY LEON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

**3.553.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

HOLLOWAY, TOMMY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.554.** **Nonpriority creditor's name and mailing address**

HOLLY, AMBRE
MACK T. JONES, JONES & RACZKOWSKI PC

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.555.** **Nonpriority creditor's name and mailing address**

HONEYWELL, KYLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

---

**3.556.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HORNBECK II, CHARLES BENNIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.557.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HORNBECK, CHARLES BENNIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.558.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HOUNSHELL,MALEN

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WORKERS COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.559.**  **Nonpriority creditor's name and mailing address**

HOWELL, DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.560.**  **Nonpriority creditor's name and mailing address**

HOYLES, LATOYA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.561.**  **Nonpriority creditor's name and mailing address**

HUBER, JOSHUA B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.562.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HUDSON, MERANDA DAIGREPONT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.563.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HUGGENBERGER, ABIGAIL J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.564.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HUGHES, RHONDA R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                                  Case number *(if known)* **17-12225**

**3.565.**    **Nonpriority creditor's name and mailing address**

HUGHES, RHONDA R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.566.**    **Nonpriority creditor's name and mailing address**

HUNTER, EMMA SOPHIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.567.**    **Nonpriority creditor's name and mailing address**

HUNTER, SARA ANJONETT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.568.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.568.** **Nonpriority creditor's name and mailing address**

HUNTINGTON, KELLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.569.** **Nonpriority creditor's name and mailing address**

HURFORD, MICHAEL KEITH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.570.** **Nonpriority creditor's name and mailing address**

HURT, ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.571.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

IESLIN, KIMBERLY ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.572.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

IGLESIAS, GILMER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.573.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

IMBER, EVAN J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                              Case number *(if known)* **17-12225**

**3.574.**  **Nonpriority creditor's name and mailing address**

INFELISE, CHRISTOPHER JOHN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.575.**  **Nonpriority creditor's name and mailing address**

INGRAM, LAWANDA FAY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.576.**  **Nonpriority creditor's name and mailing address**

IRISH, PRESLEY ROSE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC PARENT LLC**                                                                Case number *(if known)* **17-12225**

**3.577.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JACKSON, LATASHA MICHELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.578.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JACOBS, EMILY CHRISTINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.579.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JANES, SPENSER BJORN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

---

3.580.  **Nonpriority creditor's name and mailing address**

JAQUITH, KIMBERLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.581.  **Nonpriority creditor's name and mailing address**

JAQUITH, RYAN M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.582.  **Nonpriority creditor's name and mailing address**

JEFFERSON, AMBER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

---

**3.583.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

JELKS, ANDREW
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.584.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

JENKINS, ASHLEY LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.585.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

JOHNSON, BRIONA AMANDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

**3.586.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

JOHNSON, CRAIG MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.587.** **Nonpriority creditor's name and mailing address**

JOHNSON, JERMAINE WYMAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.588.** **Nonpriority creditor's name and mailing address**

JOHNSON, KAYEESHA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.589.  **Nonpriority creditor's name and mailing address**

JOHNSON, KEVIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.590.  **Nonpriority creditor's name and mailing address**

JOHNSON, KEVIN J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.591.  **Nonpriority creditor's name and mailing address**

JOHNSON, MICHAEL ANTWAN TAYLOR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.592.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

JONES, ALICIA SARAH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.593.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

JONES, DOMINIQUE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.594.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

JONES, DOMINIQUE DEVEREAUX
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

**3.595.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

JONES, JR., MARTIN DALE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.596.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

JONES, KAYLA ROCHELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.597.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

JONES, KENYATTA C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                  Case number *(if known)* **17-12225**

---

**3.598.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.598.** **Nonpriority creditor's name and mailing address**

JONES, KENYATTA CHAREASE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.599.** **Nonpriority creditor's name and mailing address**

JONES, MARY ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.600.** **Nonpriority creditor's name and mailing address**

JONES, NIA MALIKA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                                    Case number *(if known)* **17-12225**

---

**3.601.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

JONES, SCHUYLER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.602.** **Nonpriority creditor's name and mailing address**

JONES, STEVEN DAVID
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.603.** **Nonpriority creditor's name and mailing address**

JORDAN, ABIGAIL PIPER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

| 3.604. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.604.

**Nonpriority creditor's name and mailing address**

JORDAN, MAGGIE LOUISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.605.

**Nonpriority creditor's name and mailing address**

JORDAN, TAMARA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.606.

**Nonpriority creditor's name and mailing address**

JUERGENS, CONNIE JEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.607.**   **Nonpriority creditor's name and mailing address**

JULIAN, ASHLEY MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.608.**   **Nonpriority creditor's name and mailing address**

KACALA, KIRK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.609.**   **Nonpriority creditor's name and mailing address**

KAMMER, WILLIAM CHRISTOPHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

| 3.610. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.610.    **Nonpriority creditor's name and mailing address**

KAN, MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.611.    **Nonpriority creditor's name and mailing address**

KANKA, NICHOLAS JOHN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.612.    **Nonpriority creditor's name and mailing address**

KAPPES, ROBIN MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.613.    **Nonpriority creditor's name and mailing address**

KAY, WILLIAM HASTINGS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.614.    **Nonpriority creditor's name and mailing address**

KEANE, ERIC JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.615.    **Nonpriority creditor's name and mailing address**

KELCH, BLAKE TAYLOR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.616.** **Nonpriority creditor's name and mailing address**

KELCH, CAITLIN LAURA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.617.** **Nonpriority creditor's name and mailing address**

KELLER, BRANDI SHARAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.618.** **Nonpriority creditor's name and mailing address**

KELLER, JOHN D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                          Case number *(if known)* **17-12225**

**3.619.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KELLY, DEIDRE LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.620.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KELLY, SVETLANA ALEXANDROVNA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.621.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KENDALL, ERIC BRIAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.622.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.622.**

**Nonpriority creditor's name and mailing address**

KENNEALLY, KIMBERLY DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.623.**

**Nonpriority creditor's name and mailing address**

KENNETT, MICHAEL RYAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.624.**

**Nonpriority creditor's name and mailing address**

KENNEY, QUINN THOMAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC PARENT LLC**                                         Case number *(if known)* **17-12225**

---

**3.625.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KENT, ALEXA BRIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.626.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KERN, CHRISTOPHER RAYMOND
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.627.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KERSMAN, KARA ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.628.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KETCHUM, RORY J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.629.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KEYIFLI, GANI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.630.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KIDDER, BRANDY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

---

3.631.    **Nonpriority creditor's name and mailing address**

KIEFER, ASHELI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.632.    **Nonpriority creditor's name and mailing address**

KIENHOLZ, SORAIDA M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.633.    **Nonpriority creditor's name and mailing address**

KILE, KIMBERLI ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                            Case number *(if known)* **17-12225**

---

3.634. **Nonpriority creditor's name and mailing address**

KILEY SIPPERLEY, LISA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.635. **Nonpriority creditor's name and mailing address**

KIM, NICHOLAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.636. **Nonpriority creditor's name and mailing address**

KING, COLBY DARTY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**

Case number *(if known)* **17-12225**

3.637. **Nonpriority creditor's name and mailing address**

KIPER, BEVERLY A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.638. **Nonpriority creditor's name and mailing address**

KISS-BICE, DONNA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.639. **Nonpriority creditor's name and mailing address**

KIZER, PORSCHE M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

**3.640.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KLEIN, BRIDGET
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.641.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KLEMBITH, MARY JASMINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.642.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KNOCKUM, CHRISTOPHER GREGORY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                      Case number *(if known)* **17-12225**

---

**3.643.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KOHLER, FRANCIS S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.644.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KOHLER, FRANCIS S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.645.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

KOLESAR, NICOLE MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                      Case number *(if known)* **17-12225**

**3.646.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.646.** **Nonpriority creditor's name and mailing address**

KONARE, MAMADOU

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.647.** **Nonpriority creditor's name and mailing address**

KREICHMAN, ANATOLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.648.** **Nonpriority creditor's name and mailing address**

KRIEGER, DUSTIN CRAIG
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                       Case number *(if known)* **17-12225**

---

**3.649.**    **Nonpriority creditor's name and mailing address**

KROPCZAK, GREGORY A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.650.**    **Nonpriority creditor's name and mailing address**

KROW, HOLLY DANIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.651.**    **Nonpriority creditor's name and mailing address**

KRUMWIEDE, ROBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.652.    **Nonpriority creditor's name and mailing address**

KUILAN RIVERA,MYRNA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.653.    **Nonpriority creditor's name and mailing address**

KULURIS-SPADE, NICOLE ANNE ZITA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.654.    **Nonpriority creditor's name and mailing address**

KUMMING, ERICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                              Case number *(if known)* **17-12225**

---

3.655. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

KUPFER, MAXIM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.656. **Nonpriority creditor's name and mailing address**

KUPFER, MAXIM B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.657. **Nonpriority creditor's name and mailing address**

LABRINY, MOURAD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.658.**  **Nonpriority creditor's name and mailing address**

LAFRANCHISE, VERONICA MAY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.659.**  **Nonpriority creditor's name and mailing address**

LAGARDE, MELZENA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.660.**  **Nonpriority creditor's name and mailing address**

LAIBLY, THOMAS B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.661.    **Nonpriority creditor's name and mailing address**

LALLY, PATRICK COOGAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.662.    **Nonpriority creditor's name and mailing address**

LANCASTER, TIA LEIGH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.663.    **Nonpriority creditor's name and mailing address**

LAND, CHRISTINE A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.664.**    **Nonpriority creditor's name and mailing address**

LANE, MICHAEL KENT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.665.**    **Nonpriority creditor's name and mailing address**

LANG, JOI L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.666.**    **Nonpriority creditor's name and mailing address**

LANGER, LISA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.667.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.667.**

**Nonpriority creditor's name and mailing address**

LANGFORD, PAUL ANTHONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.668.**

**Nonpriority creditor's name and mailing address**

LANIER, JONATHON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.669.**

**Nonpriority creditor's name and mailing address**

LARSON, HILLARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.670.    **Nonpriority creditor's name and mailing address**

LAUSCH, JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.671.    **Nonpriority creditor's name and mailing address**

LAVERGNE, MESHELL R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.672.    **Nonpriority creditor's name and mailing address**

LAVOIE, MATTHEW LOUIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                            Case number *(if known)* **17-12225**

**3.673.** **Nonpriority creditor's name and mailing address**

LAWRENCE, JEFFREY M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.674.** **Nonpriority creditor's name and mailing address**

LAWRENCE, SOFIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.675.** **Nonpriority creditor's name and mailing address**

LEAVY, CASSANDRA N.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                   Case number *(if known)* **17-12225**

---

**3.676.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

3.676.

**Nonpriority creditor's name and mailing address**

LECLAIRE, ANTHONY EUGENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.677.

**Nonpriority creditor's name and mailing address**

LEE, JOHN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.678.

**Nonpriority creditor's name and mailing address**

LEE, LUKE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

---

**3.679.**  **Nonpriority creditor's name and mailing address**

LEE, SHANNON JEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.680.**  **Nonpriority creditor's name and mailing address**

LEE, SHANNON JEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.681.**  **Nonpriority creditor's name and mailing address**

LEEP, KARI L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

---

**3.682.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LEGER, RYAN WADE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.683.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LEGER, RYAN WADE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.684.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LEGGETT, STEFON J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC PARENT LLC**                                                   Case number *(if known)* **17-12225**

---

3.685. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

LEGGETT, STEFON JEROME
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.686. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

LEIGHTON, TRACY L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.687. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

LERMA, JUAN

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

---

**3.688.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LESTER, THOMAS E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.689.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LESTER, THOMAS EDWARD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.690.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LESZCZ, CHRISTOPHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                                 Case number *(if known)* **17-12225**

**3.691.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

LESZCZ, CHRISTOPHER M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.692.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

LEVAN, ISABELLA RACHEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.693.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

LEWIS, BRITTNEY M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.694.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LEWIS, JR., SEAN J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.695.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LEWIS-MCNEAL, MYLES CHRISTOPHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.696.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LEYDET, NICOLE DANIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                          Case number *(if known)* **17-12225**

**3.697.**   **Nonpriority creditor's name and mailing address**

LIDDICK, KATHLEEN MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.698.**   **Nonpriority creditor's name and mailing address**

LINAHON, LAUREN ELIZABETH WENZL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.699.**   **Nonpriority creditor's name and mailing address**

LINDSEY, DWAYNE PAUL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.700.**    **Nonpriority creditor's name and mailing address**

LINER, KATIE NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.701.**    **Nonpriority creditor's name and mailing address**

LIVOTI, PHILLIP CARMEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.702.**    **Nonpriority creditor's name and mailing address**

LLUIS, JEFFREY BRENT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

3.703.    **Nonpriority creditor's name and mailing address**

LONG, AMY JANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.704.    **Nonpriority creditor's name and mailing address**

LOOMIS, JACLYN NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.705.    **Nonpriority creditor's name and mailing address**

LOPEZ, ERIC STEPHEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

---

**3.706.**  **Nonpriority creditor's name and mailing address**

LOPEZ, JOHANN ERIC
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.707.**  **Nonpriority creditor's name and mailing address**

LOPEZ, SELENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.708.**  **Nonpriority creditor's name and mailing address**

LOSCH, JULIE F.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| 3.709. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.709.    **Nonpriority creditor's name and mailing address**

LOSCH, JULIE FRANZ
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED


3.710.    **Nonpriority creditor's name and mailing address**

LOVE, JOHN BRYANT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED


3.711.    **Nonpriority creditor's name and mailing address**

LOVELACE, ELIZABETH M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

---

**3.712.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |

LOWDER, MARK R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.713.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LOWE, JANE M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.714.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LOWE,DEANNA

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

3.715.  **Nonpriority creditor's name and mailing address**

LOY, ALEXANDRA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.716.  **Nonpriority creditor's name and mailing address**

LOY, ALEXANDRIA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.717.  **Nonpriority creditor's name and mailing address**

LOZANO, JR., MARK A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                          Case number *(if known)* **17-12225**

---

**3.718.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LOZANO, JR., MARK A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.719.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LUKE, GEORGIA CAROL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.720.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LUKE, GEORGIA CAROL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.721.**    **Nonpriority creditor's name and mailing address**

LULLEY, ESTELLE ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.722.**    **Nonpriority creditor's name and mailing address**

LYNCH, SARA ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.723.**    **Nonpriority creditor's name and mailing address**

LYON, JOSHUA CASEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

---

**3.724.**  **Nonpriority creditor's name and mailing address**

MACBALE, NEIL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.725.**  **Nonpriority creditor's name and mailing address**

MACIAS, JAVIER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.726.**  **Nonpriority creditor's name and mailing address**

MACIAS, JAVIER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **MAC PARENT LLC**                                        Case number *(if known)* **17-12225**

---

**3.727.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MACKEY, THOMAS
MICHAEL V. PARRAS, RODMAN LLP
101 FEDERAL ST
STE 1900
BOSTON MA 02110

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EMPLOYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.728.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MACON, NICK WILLIAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.729.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MACPHERSON, MATTHEW
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.730.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.730.** **Nonpriority creditor's name and mailing address**

MAGLIARO, STEPHEN J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.731.** **Nonpriority creditor's name and mailing address**

MAJLINGER, GARRET EVAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.732.** **Nonpriority creditor's name and mailing address**

MALIZIA, VINCENT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.733.  **Nonpriority creditor's name and mailing address**

MALKAWI, ISSA Y.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.734.  **Nonpriority creditor's name and mailing address**

MALSON, MELISSA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.735.  **Nonpriority creditor's name and mailing address**

MANLUCCIA, NICHOLAS L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

**3.736.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MANNING, STEVEN O'NEAL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.737.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MARCANO, ANTHONY CASTO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.738.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MARCOS, MATTHEW S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

---

3.739.   **Nonpriority creditor's name and mailing address**

MARINO, JILLIAN FRANCES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.740.   **Nonpriority creditor's name and mailing address**

MARK, JENNIFER LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.741.   **Nonpriority creditor's name and mailing address**

MARKLEY, RYAN SCOTT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.742.**  **Nonpriority creditor's name and mailing address**

MARKS, ASHLEE N.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.743.**  **Nonpriority creditor's name and mailing address**

MARLING, MICHAEL WILLIAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.744.**  **Nonpriority creditor's name and mailing address**

MARQUEZ, COURTNEY WARNER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC PARENT LLC**

Case number *(if known)* **17-12225**

**3.745.** **Nonpriority creditor's name and mailing address**

MARQUEZ, MARINA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

**3.746.** **Nonpriority creditor's name and mailing address**

MARQUEZ, MARINA BEATRICE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

**3.747.** **Nonpriority creditor's name and mailing address**

MARTIN, GEORGE SAMUEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

3.748.    **Nonpriority creditor's name and mailing address**

MARTIN, JESSICA SARA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.749.    **Nonpriority creditor's name and mailing address**

MARTIN, JOSHUA SCOTT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.750.    **Nonpriority creditor's name and mailing address**

MARTIN, KHRISTINA M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                                     Case number *(if known)* **17-12225**

---

**3.751.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

**Nonpriority creditor's name and mailing address**

MARTIN, NICHOLAS EDWARD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.752.**

**Nonpriority creditor's name and mailing address**

MARTIN, TYLER SALVADORE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.753.**

**Nonpriority creditor's name and mailing address**

MARTINEZ, KORAL MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| 3.754. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.754.    **Nonpriority creditor's name and mailing address**

MARTINEZ, RACHEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.755.    **Nonpriority creditor's name and mailing address**

MARTINEZ, VERONICA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.756.    **Nonpriority creditor's name and mailing address**

MASHBURN, KATHLEEN G.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                    Case number *(if known)* **17-12225**

3.757.  **Nonpriority creditor's name and mailing address**

MASON, KAYLA JENEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.758.  **Nonpriority creditor's name and mailing address**

MASON, SHAYNELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.759.  **Nonpriority creditor's name and mailing address**

MATHEWS, JACKY E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                           Case number *(if known)* **17-12225**

---

**3.760.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MATTINGLY, ELIZABETH ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.761.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MAY, HEIDI MARIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.762.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MAYLE, MATTHEW DONALD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                    Case number *(if known)* **17-12225**

**3.763.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MAYNARD, LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.764.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MAYNARD, LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.765.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MCBRIDE, LUCAS ZACHARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.766. **Nonpriority creditor's name and mailing address**

MCBRIDE, WILLIE T.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.767. **Nonpriority creditor's name and mailing address**

MCCLAIN-RUSSELL, MARY K.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.768. **Nonpriority creditor's name and mailing address**

MCCLISH, DANIELLE MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                                Case number *(if known)* **17-12225**

---

3.769.    **Nonpriority creditor's name and mailing address**

MCCLISH, DANIELLE MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.770.    **Nonpriority creditor's name and mailing address**

MCCUNE, LORI ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.771.    **Nonpriority creditor's name and mailing address**

MCFOY, SOPHIA ANN-MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC PARENT LLC**                                        Case number *(if known)* **17-12225**

---

**3.772.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

MCGAUGHEY, AMY CATHERINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.773.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MCGOWAN, BRENNA KATHLEEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.774.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MCGRATH, WILLIAM GREGORY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 259 of 432

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.775.** **Nonpriority creditor's name and mailing address**

MCINTOSH, TARA BETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.776.** **Nonpriority creditor's name and mailing address**

MCKENNA, KYLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.777.** **Nonpriority creditor's name and mailing address**

MCKENNEY, KAYLEIGH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.778.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |
*Check all that apply.*

MCKINLEY, TAMRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                                  CIVIL ACTION NO. 6:15-CV-06742
                                         PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.779.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |
*Check all that apply.*

MCKINNON, SEMAJ AKIL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                                  CIVIL ACTION NO. 6:15-CV-06742
                                         PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.780.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |
*Check all that apply.*

MCLAUGHLIN, JENNY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                                  CIVIL ACTION NO. 6:15-CV-06742
                                         PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 261 of 432

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.781.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.781.**

**Nonpriority creditor's name and mailing address**

MCWETHY, MICHELLE D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.782.**

**Nonpriority creditor's name and mailing address**

MEEDS, JEANNINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.783.**

**Nonpriority creditor's name and mailing address**

MEHRYARI, NEDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                                    Case number *(if known)* **17-12225**

**3.784.** **Nonpriority creditor's name and mailing address**

MEIZLER, KIMBERLY RENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.785.** **Nonpriority creditor's name and mailing address**

MELVIN, MANNY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.786.** **Nonpriority creditor's name and mailing address**

MENDEZ, CHELSEY M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                                 Case number *(if known)* **17-12225**

---

3.787.    **Nonpriority creditor's name and mailing address**

MENDIETA, LAZARO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.788.    **Nonpriority creditor's name and mailing address**

MENNELLA, STEVEN ANTHONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.789.    **Nonpriority creditor's name and mailing address**

MENTZER, SUSAN L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

**3.790.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.790.** **Nonpriority creditor's name and mailing address**

METTER, JENNIFER M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.791.** **Nonpriority creditor's name and mailing address**

MEYER, DEREK STEVEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.792.** **Nonpriority creditor's name and mailing address**

MICHEL, ANDY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.793.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

MIGLIACIO, DEREK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.794.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MIGLIACIO, DEREK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.795.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MIKKOLA, ENSIO N.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.796.  **Nonpriority creditor's name and mailing address**

MILES, DANIELLE LORENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.797.  **Nonpriority creditor's name and mailing address**

MILLER, CHARLOTTE GRANT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.798.  **Nonpriority creditor's name and mailing address**

MILLER, KALYN NICHOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                              Case number *(if known)* **17-12225**

| 3.799. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.799.

**Nonpriority creditor's name and mailing address**

MILLER, KRISTEN LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.800.

**Nonpriority creditor's name and mailing address**

MILLER, WILBUR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.801.

**Nonpriority creditor's name and mailing address**

MILLER,SARAH

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.802.** **Nonpriority creditor's name and mailing address**

MILLSPAUGH, CAMRON ALLEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.803.** **Nonpriority creditor's name and mailing address**

MILLSPAUGH, CAMRON ALLEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.804.** **Nonpriority creditor's name and mailing address**

MIROWSKI, NICOLE ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor   **MAC PARENT LLC**                                                                                    Case number *(if known)* **17-12225**

**3.805.**   **Nonpriority creditor's name and mailing address**

MITCHELL, CHRISTOPHER MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.806.**   **Nonpriority creditor's name and mailing address**

MOEN, MELISSA DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.807.**   **Nonpriority creditor's name and mailing address**

MOISEYENKO, ANASTASIYA O.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.808.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MOLINA, LUIS A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.809.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MOLINA, LUIS ALEXANDER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.810.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MONACO, DIANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                                                 Case number *(if known)* **17-12225**

---

3.811.  **Nonpriority creditor's name and mailing address**

MONACO, DIANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.812.  **Nonpriority creditor's name and mailing address**

MONROE, JEFFERY ALLEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.813.  **Nonpriority creditor's name and mailing address**

MONTESINOS, EDUARDO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                      Case number *(if known)* **17-12225**

---

3.814.  **Nonpriority creditor's name and mailing address**

MONTGOMERY, HANNAH MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.815.  **Nonpriority creditor's name and mailing address**

MONTOTO, MARILYN THERESA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.816.  **Nonpriority creditor's name and mailing address**

MOORE, AMBER ARIELE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor   **MAC PARENT LLC**

Case number *(if known)* **17-12225**

**3.817.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.817.**

**Nonpriority creditor's name and mailing address**

MOORE, APRIL MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.818.**

**Nonpriority creditor's name and mailing address**

MOORE, BRENDON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.819.**

**Nonpriority creditor's name and mailing address**

MOORE, JAMES KEVIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC PARENT LLC**                                                  Case number *(if known)* **17-12225**

**3.820.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MOORE, JANA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.821.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MOORE, JENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.822.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MOORE, MATTHEW RYAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.823.**  **Nonpriority creditor's name and mailing address**

MOORE, TELAE MONET
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.824.**  **Nonpriority creditor's name and mailing address**

MOORE, TELAE MONE'T
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.825.**  **Nonpriority creditor's name and mailing address**

MORALES-SUAREZ, DANIELLA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC PARENT LLC**                                     Case number *(if known)* **17-12225**

**3.826.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.826.** **Nonpriority creditor's name and mailing address**

MORALES-SUAREZ, DANIELLA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.827.** **Nonpriority creditor's name and mailing address**

MORARU, NELLIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.828.** **Nonpriority creditor's name and mailing address**

MORRELL, DANIEL ALEXANDER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

**3.829.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MORRIS, LAURIE CATHERINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.830.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MORRIS, RACHEL KELLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.831.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MORT, DEBRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.832.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MORT, DEBRA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.833.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MOYE, JAMILA SAUDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.834.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MUENZNER, KRISTA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.835.  **Nonpriority creditor's name and mailing address**

MULHARE, NICOLLE RAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.836.  **Nonpriority creditor's name and mailing address**

MULHARE, NICOLLE RAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.837.  **Nonpriority creditor's name and mailing address**

MUNOZ,ALFERDO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

3.838.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

MUNRO-EBERLY, KIRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

3.839.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

MUNSEY, KATIE MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

3.840.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

MURGA, LUIS MIGUEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **MAC PARENT LLC**                                        Case number *(if known)* **17-12225**

---

**3.841.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| MURPHY, AMANDA<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.842.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| MURPHY, DANIEL B.<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.843.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| MURPHY, SUMAR DAWN<br>J. NELSON THOMAS THOMAS & SOLOMON LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

3.844.    **Nonpriority creditor's name and mailing address**

MURPHY, SUSAN MARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.845.    **Nonpriority creditor's name and mailing address**

MURRAY, JOHN STEPHEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.846.    **Nonpriority creditor's name and mailing address**

MYERS, VICTORIA ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.847.   **Nonpriority creditor's name and mailing address**

MYRICK-GIGANDET, CYNTHIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.848.   **Nonpriority creditor's name and mailing address**

NACIF, JESSICA MARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.849.   **Nonpriority creditor's name and mailing address**

NEAL, JR., PRESSLEY CHARLES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                                 Case number *(if known)* **17-12225**

---

**3.850.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.850.**

**Nonpriority creditor's name and mailing address**

NEELY, SHANNON NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.851.**

**Nonpriority creditor's name and mailing address**

NELSON, EMILY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.852.**

**Nonpriority creditor's name and mailing address**

NEMIRE, MARGARET
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                         Case number *(if known)* **17-12225**

**3.853.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.853.**

**Nonpriority creditor's name and mailing address**

NERBOVIG, LAUREN HEATHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.854.**

**Nonpriority creditor's name and mailing address**

NERBOVIG, LAUREN HEATHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.855.**

**Nonpriority creditor's name and mailing address**

NESTICO, MICHAEL V.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.856.  **Nonpriority creditor's name and mailing address**

NESTOR, LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.857.  **Nonpriority creditor's name and mailing address**

NESTOR, LAUREN KIRK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.858.  **Nonpriority creditor's name and mailing address**

NEWBILL, KRISTEN NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

| | |
|---|---|

**3.859.**   **Nonpriority creditor's name and mailing address**

NEWBORN, TONI LACADA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.860.**   **Nonpriority creditor's name and mailing address**

NEWELL, HAYLEY ROSE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.861.**   **Nonpriority creditor's name and mailing address**

NGO, RICKY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                                Case number *(if known)* **17-12225**

**3.862.**  **Nonpriority creditor's name and mailing address**

NICHOLS, RHONDA ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.863.**  **Nonpriority creditor's name and mailing address**

NICHOLSON, BRANDON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.864.**  **Nonpriority creditor's name and mailing address**

NOAH, BRADLEY ADAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC PARENT LLC**

Case number *(if known)* **17-12225**

**3.865.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

NOFEL, AMANDA LEIGH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.866.** **Nonpriority creditor's name and mailing address**

NONNEMACHER, BRIAN A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.867.** **Nonpriority creditor's name and mailing address**

NORRIS, SHENISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **MAC PARENT LLC**                                        Case number *(if known)* **17-12225**

**3.868.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NORRIS, SHENISE NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.869.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NUGENT, BOBBI JO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.870.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NUZUM, LATASHA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.871.    **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **Amount of claim**
*Check all that apply.*

OAKES, JEFFREY JAY                                                          ☑ Contingent                                          UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                                            ☑ Unliquidated
ROCHESTER NY 14607                                                        ☑ Disputed

**Date or dates debt was incurred**                                       **Basis for the claim:**

VARIOUS                                                                    CIVIL ACTION NO. 6:15-CV-06742
                                                                          PENDING LITIGATION
**Last 4 digits of account number:**
                                                                          **Is the claim subject to offset?**

                                                                          ☑ No
                                                                          ☐ Yes


3.872.    **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **Amount of claim**
*Check all that apply.*

O'BRIEN, ERIC                                                              ☑ Contingent                                          UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                                            ☑ Unliquidated
ROCHESTER NY 14607                                                        ☑ Disputed

**Date or dates debt was incurred**                                       **Basis for the claim:**

VARIOUS                                                                    CIVIL ACTION NO. 6:15-CV-06742
                                                                          PENDING LITIGATION
**Last 4 digits of account number:**
                                                                          **Is the claim subject to offset?**

                                                                          ☑ No
                                                                          ☐ Yes


3.873.    **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **Amount of claim**
*Check all that apply.*

OBRIEN, JAMES                                                             ☑ Contingent                                          UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE                                                            ☑ Unliquidated
ROCHESTER NY 14607                                                        ☑ Disputed

**Date or dates debt was incurred**                                       **Basis for the claim:**

VARIOUS                                                                    CIVIL ACTION NO. 6:15-CV-06742
                                                                          PENDING LITIGATION
**Last 4 digits of account number:**
                                                                          **Is the claim subject to offset?**

                                                                          ☑ No
                                                                          ☐ Yes


Official Form 206E/F                          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **MAC PARENT LLC**                                          Case number *(if known)* **17-12225**

---

3.874.   **Nonpriority creditor's name and mailing address**

OBRIEN, ROSALIND B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.875.   **Nonpriority creditor's name and mailing address**

O'BRIEN, SARAH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.876.   **Nonpriority creditor's name and mailing address**

O'CONNELL, MARIE FRANCES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                       Case number *(if known)* **17-12225**

**3.877.**  **Nonpriority creditor's name and mailing address**

ODAY, ANNA GRACE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.878.**  **Nonpriority creditor's name and mailing address**

OLIVER, KEITH GARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.879.**  **Nonpriority creditor's name and mailing address**

OLIVER, SHANE ALTON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                                  Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| 3.880. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.880.**

**Nonpriority creditor's name and mailing address**

OLSAVSKY, HOLLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.881.**

**Nonpriority creditor's name and mailing address**

OLSON, DENNIS JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.882.**

**Nonpriority creditor's name and mailing address**

O'NEILL, ZANETA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.883.    **Nonpriority creditor's name and mailing address**

ORDEN, RACHEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.884.    **Nonpriority creditor's name and mailing address**

ORSIE, RACHEL ELISABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.885.    **Nonpriority creditor's name and mailing address**

ORSINI-WOLFGANG, MADISON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.886.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
                                                                 *Check all that apply.*
         ORTEGA, CHRISTIAN                                                                                             UNDETERMINED
         J. NELSON THOMAS THOMAS & SOLOMON LLP                   ☑ Contingent
         693 EAST AVENUE
         ROCHESTER NY 14607                                      ☑ Unliquidated

                                                                 ☑ Disputed
         **Date or dates debt was incurred**
                                                                 **Basis for the claim:**
         VARIOUS
                                                                 CIVIL ACTION NO. 6:15-CV-06742
         **Last 4 digits of account number:**                   PENDING LITIGATION

                                                                 **Is the claim subject to offset?**

                                                                 ☑ No

                                                                 ☐ Yes

3.887.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
                                                                 *Check all that apply.*
         OSORIO, PEARL                                                                                                UNDETERMINED
         J. NELSON THOMAS THOMAS & SOLOMON LLP                   ☑ Contingent
         693 EAST AVENUE
         ROCHESTER NY 14607                                      ☑ Unliquidated

                                                                 ☑ Disputed
         **Date or dates debt was incurred**
                                                                 **Basis for the claim:**
         VARIOUS
                                                                 CIVIL ACTION NO. 6:15-CV-06742
         **Last 4 digits of account number:**                   PENDING LITIGATION

                                                                 **Is the claim subject to offset?**

                                                                 ☑ No

                                                                 ☐ Yes

3.888.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    Amount of claim
                                                                 *Check all that apply.*
         OVERBY, MICHAEL A.                                                                                           UNDETERMINED
         J. NELSON THOMAS THOMAS & SOLOMON LLP                   ☑ Contingent
         693 EAST AVENUE
         ROCHESTER NY 14607                                      ☑ Unliquidated

                                                                 ☑ Disputed
         **Date or dates debt was incurred**
                                                                 **Basis for the claim:**
         VARIOUS
                                                                 CIVIL ACTION NO. 6:15-CV-06742
         **Last 4 digits of account number:**                   PENDING LITIGATION

                                                                 **Is the claim subject to offset?**

                                                                 ☑ No

                                                                 ☐ Yes

Debtor    **MAC PARENT LLC**                                                                 Case number *(if known)* **17-12225**

---

3.889.    **Nonpriority creditor's name and mailing address**

OVERBY, MICHAEL A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.890.    **Nonpriority creditor's name and mailing address**

OVERMAN-ROMERO, GUILBER A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.891.    **Nonpriority creditor's name and mailing address**

OVIEDO, ROSA M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.892.  **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        **Amount of claim**
                                                                   *Check all that apply.*
        PACE, CHELSIE D.                                                                                                UNDETERMINED
        J. NELSON THOMAS THOMAS & SOLOMON LLP              ☑ Contingent
        693 EAST AVENUE
        ROCHESTER NY 14607                                 ☑ Unliquidated

                                                           ☑ Disputed
        **Date or dates debt was incurred**
                                                           **Basis for the claim:**
        VARIOUS
                                                           CIVIL ACTION NO. 6:15-CV-06742
        **Last 4 digits of account number:**              PENDING LITIGATION

                                                           **Is the claim subject to offset?**

                                                           ☑ No

                                                           ☐ Yes


3.893.  **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        **Amount of claim**
                                                                   *Check all that apply.*
        PACHECO, BRANDON                                                                                                UNDETERMINED
        J. NELSON THOMAS THOMAS & SOLOMON LLP              ☑ Contingent
        693 EAST AVENUE
        ROCHESTER NY 14607                                 ☑ Unliquidated

                                                           ☑ Disputed
        **Date or dates debt was incurred**
                                                           **Basis for the claim:**
        VARIOUS
                                                           CIVIL ACTION NO. 6:15-CV-06742
        **Last 4 digits of account number:**              PENDING LITIGATION

                                                           **Is the claim subject to offset?**

                                                           ☑ No

                                                           ☐ Yes


3.894.  **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**        **Amount of claim**
                                                                   *Check all that apply.*
        PALMER, ALISON V.                                                                                               UNDETERMINED
        J. NELSON THOMAS THOMAS & SOLOMON LLP              ☑ Contingent
        693 EAST AVENUE
        ROCHESTER NY 14607                                 ☑ Unliquidated

                                                           ☑ Disputed
        **Date or dates debt was incurred**
                                                           **Basis for the claim:**
        VARIOUS
                                                           CIVIL ACTION NO. 6:15-CV-06742
        **Last 4 digits of account number:**              PENDING LITIGATION

                                                           **Is the claim subject to offset?**

                                                           ☑ No

                                                           ☐ Yes

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

**3.895.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PALMER, KATHLEEN J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.896.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PAMELL, SYLVIA RUTH DAMIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.897.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PARENZAN, KIMBERLY ANNETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.898.**    **Nonpriority creditor's name and mailing address**

PARKER, KIMBERLY DENISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.899.**    **Nonpriority creditor's name and mailing address**

PARKER, MICHAEL ANTHONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.900.**    **Nonpriority creditor's name and mailing address**

PARKS, BRIAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.901.    **Nonpriority creditor's name and mailing address**

PARNASS, MOSES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.902.    **Nonpriority creditor's name and mailing address**

PARSONS, AIMEE SUE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.903.    **Nonpriority creditor's name and mailing address**

PAUL, JAMES F.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                  Case number *(if known)* **17-12225**

---

**3.904.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PAUL, JANET-ASHLEY MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.905.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PAUL, JANET-ASHLEY MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.906.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PAZ, SILVIA TERESA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

**3.907.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PAZ, SILVIA TERESA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.908.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PELSHAW, BRANDON JOSEPH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.909.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PELSHAW, BRANDON JOSEPH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

---

3.910.  **Nonpriority creditor's name and mailing address**

PERRY, KIONA PEARLA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.911.  **Nonpriority creditor's name and mailing address**

PERSONETT, TYLEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.912.  **Nonpriority creditor's name and mailing address**

PETERSON, MELISSA JEANNE MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.913.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PETTUS, JADE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.914.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PHILLIPS, JEFFREY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.915.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PICARIELLO, LADONNA MICHELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.916.** **Nonpriority creditor's name and mailing address**

PIERCE, ELISE M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.917.** **Nonpriority creditor's name and mailing address**

PIERCE, ELISE MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.918.** **Nonpriority creditor's name and mailing address**

PIERCE, JESSICA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC PARENT LLC**                                          Case number *(if known)* **17-12225**

---

3.919.   **Nonpriority creditor's name and mailing address**

PIERCE, NICHOLAS SEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.920.   **Nonpriority creditor's name and mailing address**

PIETRANGOLARE, MICHELLE ROSE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.921.   **Nonpriority creditor's name and mailing address**

PIETRUSZKA, MORGAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.922.** **Nonpriority creditor's name and mailing address**

PINEDA, BEAU GIRARD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.923.** **Nonpriority creditor's name and mailing address**

PITTS, TIFFANY ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.924.** **Nonpriority creditor's name and mailing address**

PIZZO, HANNAH JESSIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                       Case number *(if known)* **17-12225**

---

**3.925.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.925.**

**Nonpriority creditor's name and mailing address**

PLANCICH, AIDA MARIANA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.926.**

**Nonpriority creditor's name and mailing address**

PLUMMER, LYNNE ROXANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.927.**

**Nonpriority creditor's name and mailing address**

PLUMMER, QUINN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

---

**3.928.**  **Nonpriority creditor's name and mailing address**

PODOJIL, MORGAN B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.929.**  **Nonpriority creditor's name and mailing address**

POFF, THERESA E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.930.**  **Nonpriority creditor's name and mailing address**

POLIDORO, JESSICA ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**

Case number *(if known)* **17-12225**

---

**3.931.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

POLLARD, BRITTANY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.932.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

POMIANOWSKI, MATTHEW THOMAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.933.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

PONTECORVO, DANIELLA D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

**3.934.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

POOLE, BOBBIE SUSAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.935.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

POOLE, RICHARD M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.936.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PORTER, JUSTIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

3.937.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim**

POSCH, MICHAEL J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

3.938.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim**

POWELL, JOSHUA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

3.939.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim**

POWELL, SCHERIL MURRAY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.940.  **Nonpriority creditor's name and mailing address**

POWERS, AARON REAGH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.941.  **Nonpriority creditor's name and mailing address**

PROCTOR,DAWN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
E3V7205

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.942.  **Nonpriority creditor's name and mailing address**

PROCTOR,DAWN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION CLAIM
E5Z8810

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                         Case number *(if known)* **17-12225**

**3.943.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

PRPICH, DANNA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.944.** **Nonpriority creditor's name and mailing address**

PUGA, KATRINA NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.945.** **Nonpriority creditor's name and mailing address**

PULLEY, RYAN JOSEPH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.946.**  **Nonpriority creditor's name and mailing address**

PURSELL, MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.947.**  **Nonpriority creditor's name and mailing address**

PYLE, SUSAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.948.**  **Nonpriority creditor's name and mailing address**

QUINN, FRANCES PAIGE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.949.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RAIGOSA, KAMILA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.950.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RAMIREZ, JESSICA S.M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.951.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RATCHFORD, SHUNEQUA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC PARENT LLC**                                      Case number *(if known)* **17-12225**

---

3.952.   **Nonpriority creditor's name and mailing address**

RAZO, MELISSA B.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.953.   **Nonpriority creditor's name and mailing address**

REED, AMANDA JUNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.954.   **Nonpriority creditor's name and mailing address**

REED, MATTHEW D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                              Case number *(if known)* **17-12225**

| 3.955. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.955.

**Nonpriority creditor's name and mailing address**

REESE, ROZLYN COLETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.956.

**Nonpriority creditor's name and mailing address**

REGISTER, REBECCA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.957.

**Nonpriority creditor's name and mailing address**

REIHER, MATTHEW J
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                           Case number *(if known)* **17-12225**

**3.958.**   **Nonpriority creditor's name and mailing address**

REIHER, MATTHEW JOSEPH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.959.**   **Nonpriority creditor's name and mailing address**

REINHARDT, GABRIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.960.**   **Nonpriority creditor's name and mailing address**

REMLEY, CAROLINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                         Case number *(if known)* **17-12225**

**3.961.** **Nonpriority creditor's name and mailing address**

RENEW, MEGAN AMANDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.962.** **Nonpriority creditor's name and mailing address**

RESNICK, NATHAN HARRISON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.963.** **Nonpriority creditor's name and mailing address**

RETESS, DOMINIQUE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

---

3.964.  **Nonpriority creditor's name and mailing address**

REYES, JESUNETTE ANGEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.965.  **Nonpriority creditor's name and mailing address**

REYES,EGORY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.966.  **Nonpriority creditor's name and mailing address**

REYNOLDS, ANGELIA YVONNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| **3.967.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.967.** | **Nonpriority creditor's name and mailing address**

REYNOLDS, MEGAN DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.968.** | **Nonpriority creditor's name and mailing address**

REYNOLDS, MICHAEL SHANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.969.** | **Nonpriority creditor's name and mailing address**

REYNOLDS, RAYMOND DALE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                                      Case number *(if known)* **17-12225**

**3.970.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

RHODEN, SAVANNAH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.971.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

RICE, DEANNA R.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.972.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

RICHEY, BRIAN JONATHAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                    Case number *(if known)* **17-12225**

---

3.973.  **Nonpriority creditor's name and mailing address**

RIESE, JONATHAN DAVID
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.974.  **Nonpriority creditor's name and mailing address**

RIGNEY, STEPHANI ELANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.975.  **Nonpriority creditor's name and mailing address**

RILEY, KEVIN J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

**3.976.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RILEY, KEVIN JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.977.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RILEY, LINDA SUSAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.978.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RIVERA, SEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| 3.979. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Amount of claim**

RIVERS, LATOYA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.980.    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**Amount of claim**

RIVERS, LATOYA S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.981.    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**Amount of claim**

ROBERTS, ALLEN JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                    Case number *(if known)* **17-12225**

---

**3.982.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|||

ROBERTS, ALLEN JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.983.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROBERTS, NICOLE ELISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.984.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROBERTS, RYAN JEFFREY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.985.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ROBERTSON, ASHLEY LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.986.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ROBINSON, JEANNINE MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.987.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ROBINSON-RUSSELL, SUSAN LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                                 Case number *(if known)* **17-12225**

---

3.988.  **Nonpriority creditor's name and mailing address**

ROCCIA, ANGELA NICCOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.989.  **Nonpriority creditor's name and mailing address**

ROCHA SILVANO, CARLOS A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.990.  **Nonpriority creditor's name and mailing address**

RODRIGUEZ, XOCHILT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                            Case number *(if known)* **17-12225**

---

3.991.  **Nonpriority creditor's name and mailing address**

ROIG, SARAH DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.992.  **Nonpriority creditor's name and mailing address**

ROKUSKIE, MELISSA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.993.  **Nonpriority creditor's name and mailing address**

ROKUSKIE, MELISSA M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                                Case number *(if known)* **17-12225**

**3.994.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.994.**

**Nonpriority creditor's name and mailing address**

ROMAINE, CHRISTOPHER MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.995.**

**Nonpriority creditor's name and mailing address**

ROMAINE, CHRISTOPHER MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.996.**

**Nonpriority creditor's name and mailing address**

ROSENBAUER, ERIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.997.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ROSETTI, MARY TERESA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.998.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ROSS, MICHAEL VINCENT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.999.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ROSSI, RICHARD J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                 Case number *(if known)* **17-12225**

---

**3.1000.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1000.**    **Nonpriority creditor's name and mailing address**

ROTENBERRY, KIMBERLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1001.**    **Nonpriority creditor's name and mailing address**

ROUTENBERG, LISA E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1002.**    **Nonpriority creditor's name and mailing address**

ROWLES, DUANE A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.1003.    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
*Check all that apply.*

RUPP, DAVID W.                                                          UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP              ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                      ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                          CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.1004.    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
*Check all that apply.*

RUTLEDGE, GREGORY CASEEM                                                UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP              ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                      ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                          CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.1005.    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
*Check all that apply.*

RYAN, TAYLOR                                                            UNDETERMINED
J. NELSON THOMAS THOMAS & SOLOMON LLP              ☑ Contingent
693 EAST AVENUE
ROCHESTER NY 14607                                      ☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                          CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION
**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

---

**3.1006.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RYLEY, TERRY STEVEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1007.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SABATINO, JR., DENNIS MARK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1008.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SADLER, REGGIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.1009.    **Nonpriority creditor's name and mailing address**

SALAMONY, JACLYN MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.1010.    **Nonpriority creditor's name and mailing address**

SALCIDO, ALBERTO DAVID
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.1011.    **Nonpriority creditor's name and mailing address**

SALMON, MARC
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                                Case number *(if known)* **17-12225**

---

3.1012.    **Nonpriority creditor's name and mailing address**

SALMON, MARC
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1013.    **Nonpriority creditor's name and mailing address**

SALMONS, JESSICA LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1014.    **Nonpriority creditor's name and mailing address**

SANCHEZ, DAVID

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**

Case number *(if known)* **17-12225**

3.1015.    **Nonpriority creditor's name and mailing address**

SANCHEZ, JESSICA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.1016.    **Nonpriority creditor's name and mailing address**

SARIG, LERON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.1017.    **Nonpriority creditor's name and mailing address**

SAUERS, VALERIE E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

---

3.1018.    **Nonpriority creditor's name and mailing address**

SAUERS, VALERIE ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1019.    **Nonpriority creditor's name and mailing address**

SAVINS, AMBERLY RENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1020.    **Nonpriority creditor's name and mailing address**

SAVINS, STEPHEN JAMES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.1021.**  **Nonpriority creditor's name and mailing address**

SAVITZ, ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1022.**  **Nonpriority creditor's name and mailing address**

SBORAY, ASHLY GRACE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1023.**  **Nonpriority creditor's name and mailing address**

SCHAEFFER, NICOLE JO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                            Case number *(if known)* **17-12225**

---

3.1024. **Nonpriority creditor's name and mailing address**

SCHENCK, ALEXANDRA NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1025. **Nonpriority creditor's name and mailing address**

SCHMIDT, ANGELA D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1026. **Nonpriority creditor's name and mailing address**

SCHMIDT, GWENDOLYN KEA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                 Case number *(if known)* **17-12225**

---

3.1027.  **Nonpriority creditor's name and mailing address**

SCHOLZ, MARIA J.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1028.  **Nonpriority creditor's name and mailing address**

SCHOTT, BETH SHARON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1029.  **Nonpriority creditor's name and mailing address**

SCHUTZ, CRISTIN GIBBONS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.1030.  **Nonpriority creditor's name and mailing address**

SCHWANKE, DANIELLE NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1031.  **Nonpriority creditor's name and mailing address**

SCHWARTZ, ALISON A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1032.  **Nonpriority creditor's name and mailing address**

SCHWARTZ, SARAH D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                      Case number *(if known)* **17-12225**

**3.1033.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCHWARTZ, SARAH D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1034.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCHWARTZEL, KAITLIN ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1035.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCHWEREN, BRIDEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                              Case number *(if known)* **17-12225**

**3.1036.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCIMECA, LISA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.1037.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCOTT, ASHLEY ALEXANDRA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.1038.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCOTT, CAROL ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

**3.1039.**    **Nonpriority creditor's name and mailing address**

SCOTT, CEIRRA DANIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.1040.**    **Nonpriority creditor's name and mailing address**

SCOTT, CHRISTINA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.1041.**    **Nonpriority creditor's name and mailing address**

SCOTT, JR., NORRIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                   Case number *(if known)* **17-12225**

**3.1042.**  **Nonpriority creditor's name and mailing address**

SCURRY, JONATHAN LINNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.1043.**  **Nonpriority creditor's name and mailing address**

SEAY, ARIUS CHEVON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.1044.**  **Nonpriority creditor's name and mailing address**

SEIGAL, STEPHEN LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                           Case number *(if known)* **17-12225**

---

3.1045.    **Nonpriority creditor's name and mailing address**

SEMENOV, ARSENIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1046.    **Nonpriority creditor's name and mailing address**

SENA, ALEXYS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1047.    **Nonpriority creditor's name and mailing address**

SERRANO, ANGELINA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

3.1048. **Nonpriority creditor's name and mailing address**

SEWELL, ZAKKIYYA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.1049. **Nonpriority creditor's name and mailing address**

SHANDS, JUSTIN MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.1050. **Nonpriority creditor's name and mailing address**

SHARICK, KATLYN NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

Debtor   **MAC PARENT LLC**                                                  Case number *(if known)* **17-12225**

---

**3.1051.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SHEARER, AMANDA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1052.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SHEARER, NIKKI LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1053.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SHELTON, MICHAEL MUNROE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC PARENT LLC**                                                                        Case number *(if known)* **17-12225**

---

**3.1054.** **Nonpriority creditor's name and mailing address**

SHERIDAN, COURTNEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1055.** **Nonpriority creditor's name and mailing address**

SHERMAN, DANIEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1056.** **Nonpriority creditor's name and mailing address**

SHIRK, ERIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.1057.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SHIVELY, JOHN VAL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.1058.** **Nonpriority creditor's name and mailing address**

SHOEMAKER, JAYDEN ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.1059.** **Nonpriority creditor's name and mailing address**

SHORT, DENIS F.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.1060.  **Nonpriority creditor's name and mailing address**

SHOWALTER, NIKKI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1061.  **Nonpriority creditor's name and mailing address**

SIEHDA, CHRISTOPHER DOUGLAS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1062.  **Nonpriority creditor's name and mailing address**

SIKES, AUTUM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.1063.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SILKEY, LYNDA P.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1064.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SILVA, FERNANDO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1065.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SILVA, RYAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.1066.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SILVER, ADAM WILLIAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1067.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SIMENTAL, RAUL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1068.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SIMMS, JR., JOHN EMERY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

---

3.1069.    **Nonpriority creditor's name and mailing address**

SIMPHER, MELISSA JEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1070.    **Nonpriority creditor's name and mailing address**

SIMPHER, SYDNEY MARCELLA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1071.    **Nonpriority creditor's name and mailing address**

SIMPSON, COLIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**

Case number *(if known)* **17-12225**

---

**3.1072.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SINGH, SANGARAM

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WORKERS COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1073.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SKINNER, JOHNNIE ELMER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1074.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SLAUGHTER, JACQUELYN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.1075.**   **Nonpriority creditor's name and mailing address**

SLAUGHTER, JACQUELYN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.1076.**   **Nonpriority creditor's name and mailing address**

SLOAN, JULIE NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.1077.**   **Nonpriority creditor's name and mailing address**

SMITH, ANNA MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                  Case number *(if known)* **17-12225**

---

3.1078.  **Nonpriority creditor's name and mailing address**

SMITH, JERIQUIES D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1079.  **Nonpriority creditor's name and mailing address**

SMITH, KIMBERLY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1080.  **Nonpriority creditor's name and mailing address**

SMITH, MICHAEL PAUL ANTHONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

---

3.1081.    **Nonpriority creditor's name and mailing address**

SMITH, MICHAEL RYAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1082.    **Nonpriority creditor's name and mailing address**

SMITH, TIFFANY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1083.    **Nonpriority creditor's name and mailing address**

SMITH, ZACHARY MOISES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.1084.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

**Nonpriority creditor's name and mailing address**

SNOW, JUDITH EMILY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1085.** | **Nonpriority creditor's name and mailing address**

SOBERANES CASTRO, GELY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1086.** | **Nonpriority creditor's name and mailing address**

SOBOLIK, KIRA JORDAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.1087.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOLO'RZANO, NINETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1088.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOSTRE, PEDRO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1089.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOTO, MIRIAM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                       Case number *(if known)* **17-12225**

**3.1090.** **Nonpriority creditor's name and mailing address**

SOUSA, LORRAINE BARBOSA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.1091.** **Nonpriority creditor's name and mailing address**

SOUTHARD, KATRINA L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.1092.** **Nonpriority creditor's name and mailing address**

SPANN, RAKYA S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

**3.1093.**    **Nonpriority creditor's name and mailing address**

SPATUCCI, GABRIELLA MIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

**3.1094.**    **Nonpriority creditor's name and mailing address**

SPENCER, SHAWN C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

**3.1095.**    **Nonpriority creditor's name and mailing address**

SPERBECK, ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

---

3.1096.  **Nonpriority creditor's name and mailing address**

SPURLOCK, CAROLA RHEA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1097.  **Nonpriority creditor's name and mailing address**

STAHLE, SARAH WILSON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1098.  **Nonpriority creditor's name and mailing address**

STAPLES, WAYNE ROBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                             Case number *(if known)* **17-12225**

---

**3.1099.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STAVE, BRANDON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1100.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STAVROFF, TODD ANDREW
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1101.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STEELE, DAWN MICHELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

---

**3.1102.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STEINBERG, JAMI MYLISA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1103.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STERLE, JUSTIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1104.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STEVENSON, ANN MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                             Case number *(if known)* **17-12225**

**3.1105.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STEVENSON, BRITTNEY LEIGH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1106.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STOEPLER, BRYCE C.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1107.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STOKES, DONYE LATONYA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

**3.1108.**  **Nonpriority creditor's name and mailing address**

STOKES-SONNENBERG, MARISSA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1109.**  **Nonpriority creditor's name and mailing address**

STRANDBERG, SARAH MARZEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1110.**  **Nonpriority creditor's name and mailing address**

STRATTON, NICOLETTE KAYLA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                                          Case number *(if known)* **17-12225**

---

**3.1111.**  **Nonpriority creditor's name and mailing address**

STRICKLAND, BRIANNE ELIZABETH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1112.**  **Nonpriority creditor's name and mailing address**

STRODE, JASMINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1113.**  **Nonpriority creditor's name and mailing address**

STROUD-KRALL, ALANA AMBER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F                      Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **MAC PARENT LLC**                                                                  Case number *(if known)* **17-12225**

---

**3.1114.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SWANN, RIELL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1115.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SWEARINGEN, ERIC
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1116.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SWENK, ERIK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

**3.1117.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SWENSON, CLAUDIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.1118.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SYMMES, JOYCELYN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.1119.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SYNK, HOLLY A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.1120.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SZYJKA, BROOKE ALLISON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1121.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TANAKA, KIYOSHI CHRISTOPHER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1122.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TASZAREK, MATT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                                 Case number *(if known)* **17-12225**

**3.1123.** **Nonpriority creditor's name and mailing address**

TATUM, DANIELLA DIANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.1124.** **Nonpriority creditor's name and mailing address**

TAYLOR, ANDREW RICHARD
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.1125.** **Nonpriority creditor's name and mailing address**

TAYLOR, ASHLEY NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

3.1126.  **Nonpriority creditor's name and mailing address**

TAYLOR, DEONDRE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1127.  **Nonpriority creditor's name and mailing address**

TAYLOR-BRYANT, LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1128.  **Nonpriority creditor's name and mailing address**

TAYON, ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC PARENT LLC**                                    Case number *(if known)* **17-12225**

**3.1129.** **Nonpriority creditor's name and mailing address**

TEPER, MOLLY JO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1130.** **Nonpriority creditor's name and mailing address**

TERRY, DEVON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1131.** **Nonpriority creditor's name and mailing address**

TESS, LAUREN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                   Case number *(if known)* **17-12225**

**3.1132.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THACKERY, DENISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1133.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THACKSTON, JACOB LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1134.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THOMAS, AMANDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                            Case number *(if known)* **17-12225**

**3.1135.** **Nonpriority creditor's name and mailing address**

THOMAS, AMANDA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.1136.** **Nonpriority creditor's name and mailing address**

THOMAS, KAITLYN GRACE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.1137.** **Nonpriority creditor's name and mailing address**

THOMAS, MICHAEL LAWRENCE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

---

**3.1138.** **Nonpriority creditor's name and mailing address**

THOMPSON, ERIC LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1139.** **Nonpriority creditor's name and mailing address**

THOMPSON, MARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1140.** **Nonpriority creditor's name and mailing address**

THOMPSON, MARY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

**3.1141.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.1141.** **Nonpriority creditor's name and mailing address**

THOMPSON, TINA RENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1142.** **Nonpriority creditor's name and mailing address**

THORNE, ANDRE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1143.** **Nonpriority creditor's name and mailing address**

TILLMAN, JESSICA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                                  Case number *(if known)* **17-12225**

**3.1144.** **Nonpriority creditor's name and mailing address**

TILTON, BETH DIANE DOWNS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.1145.** **Nonpriority creditor's name and mailing address**

TIPPIN, JENNIFER D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.1146.** **Nonpriority creditor's name and mailing address**

TITUS-CAMPOS, PATRICIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **MAC PARENT LLC**                                        Case number *(if known)* **17-12225**

**3.1147.** **Nonpriority creditor's name and mailing address**

TOBIN, AARON O.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

**3.1148.** **Nonpriority creditor's name and mailing address**

TODD, RAMONA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

**3.1149.** **Nonpriority creditor's name and mailing address**

TOKHI, SAEED
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

3.1150.  **Nonpriority creditor's name and mailing address**

TOLES, RACHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1151.  **Nonpriority creditor's name and mailing address**

TORO, APRIL GENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1152.  **Nonpriority creditor's name and mailing address**

TORRES HERNANDEZ, JOSE RENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

---

**3.1153.** **Nonpriority creditor's name and mailing address**

TORRES, ADAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1154.** **Nonpriority creditor's name and mailing address**

TORRES, JUAN DANIEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1155.** **Nonpriority creditor's name and mailing address**

TORRES-HERNANDEZ, JOSE RENE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

**3.1156.**  **Nonpriority creditor's name and mailing address**

TOURNIER, TIFFANIE LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

**3.1157.**  **Nonpriority creditor's name and mailing address**

TRAN, KEVIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

**3.1158.**  **Nonpriority creditor's name and mailing address**

TRAN, MINHANH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

---

3.1159.    **Nonpriority creditor's name and mailing address**

TRAUGHBER II, JOHN PATRICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1160.    **Nonpriority creditor's name and mailing address**

TREVINO, RACHELLE NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1161.    **Nonpriority creditor's name and mailing address**

TRICE, AMIRA ALDUHAIM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

---

**3.1162.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TRUDEAU, KELLIANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1163.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TRUNFIO, DEREK MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1164.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TRUSTY, BEVERLY ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                      Case number *(if known)* **17-12225**

**3.1165.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

TUCKER, MARSHA HOPE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1166.** **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

TURNER III, PAUL ALONZO
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1167.** **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

TYBURSKI, KELLY

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS COMPENSATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                  Case number *(if known)* **17-12225**

---

**3.1168.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TYLER, NICOLE MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1169.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TYNES, JAMIE LEIGH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1170.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNDERKOFFLER, LEE MARSHALL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                   Case number *(if known)* **17-12225**

**3.1171.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.1171.** **Nonpriority creditor's name and mailing address**

URFFER, HEIDI ALLISON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1172.** **Nonpriority creditor's name and mailing address**

UTTERBACK, MARY KATHERINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1173.** **Nonpriority creditor's name and mailing address**

VALENTINE, CHELSEA LEANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

**3.1174.** **Nonpriority creditor's name and mailing address**

VANDERLAAN, KATHLEEN MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1175.** **Nonpriority creditor's name and mailing address**

VANDIKE, DEIRDRE CAITLIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1176.** **Nonpriority creditor's name and mailing address**

VANIMAN, DEVON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

---

**3.1177.** **Nonpriority creditor's name and mailing address**

VANWEY, AUSTIN DARR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1178.** **Nonpriority creditor's name and mailing address**

VANWEY, AUSTIN DARR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1179.** **Nonpriority creditor's name and mailing address**

VARGAS, JOSE D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

**3.1180.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

VARGO, ANTOINETTTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1181.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

VASQUEZ, JENNIFER ELISA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1182.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

VAUGHAN, MICHAEL PATRICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.1183.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

VECERE, JOHN WILLIAM KYOSHI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1184.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

VELASQUEZ, BRANDON JAY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1185.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

VERMAZANI, KATIE ALYSSA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.1186.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.1186.**

**Nonpriority creditor's name and mailing address**

VERNICH, WILLIAM A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1187.**

**Nonpriority creditor's name and mailing address**

VESTERMARK, NICOLE ASHLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1188.**

**Nonpriority creditor's name and mailing address**

VETTESE, JAIMIE LYNNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

---

3.1189.  **Nonpriority creditor's name and mailing address**

VO, JESSICA ANH-THU
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1190.  **Nonpriority creditor's name and mailing address**

VOYTA, AMANDA SUE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1191.  **Nonpriority creditor's name and mailing address**

WADE, MELISSA DAWN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

---

**3.1192.** **Nonpriority creditor's name and mailing address**

WADLEY, BETH RENAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1193.** **Nonpriority creditor's name and mailing address**

WAFFORD, LANISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1194.** **Nonpriority creditor's name and mailing address**

WAGNER, JENNIFER DANIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

---

3.1195.  **Nonpriority creditor's name and mailing address**

WAGNER, JESSICA RAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1196.  **Nonpriority creditor's name and mailing address**

WALKER, GARY KENT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1197.  **Nonpriority creditor's name and mailing address**

WALLACE, TONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

**3.1198.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WALLJASPER, ARMAND A.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1199.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WALTERS, SHANEKA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1200.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WANG, JILL MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

---

**3.1201.**  **Nonpriority creditor's name and mailing address**

WARD, BRITINI ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.1202.**  **Nonpriority creditor's name and mailing address**

WARD, STEPHENSON PATRICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.1203.**  **Nonpriority creditor's name and mailing address**

WARNOCK, MEGAN VICTORIA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.1204.** **Nonpriority creditor's name and mailing address**

WARREN, JR., HUBERT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.1205.** **Nonpriority creditor's name and mailing address**

WARRINGTON, EVAN CHARLES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.1206.** **Nonpriority creditor's name and mailing address**

WASHINGTON, ARTHUR RAY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**

Case number *(if known)* **17-12225**

---

**3.1207.** **Nonpriority creditor's name and mailing address**

WATTS, JR., BRUCE WAYNE NAYLOR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1208.** **Nonpriority creditor's name and mailing address**

WEASE, ANGELA E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1209.** **Nonpriority creditor's name and mailing address**

WEBER, MICHAEL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

---

**3.1210.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WEBSTER, ELI ERICHSEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1211.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WEBSTER, SHULAMITH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1212.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WEEKS, DARYL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                                   Case number *(if known)* **17-12225**

---

**3.1213.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WELCH, CARMETA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1214.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WELLS, KETURAH
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1215.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WELLS, OLIVIA RAE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                                Case number *(if known)* **17-12225**

---

3.1216. **Nonpriority creditor's name and mailing address**

WERTZ, TAMARA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1217. **Nonpriority creditor's name and mailing address**

WESTBROOK, TONI
BART BEHR, BEHR LAW FIRM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1218. **Nonpriority creditor's name and mailing address**

WESTBROOK, TONI
BART BEHR, BEHR LAW FIRM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                                 Case number *(if known)* **17-12225**

---

**3.1219.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WESTFIELD, ALANDRA GAITLYN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1220.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WHITE, ALEXIS JEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1221.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WHITE, BRIDGETTE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.1222.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WHITE, LARA ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1223.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WHITE, LARRY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1224.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WHITE, SHEILA LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 409 of 432

Debtor   **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.1225.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WHITEHEAD, TREVOR STEPHEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.1226.** **Nonpriority creditor's name and mailing address**

WHITTEN, JOHN DAY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1227.** **Nonpriority creditor's name and mailing address**

WIELEBINSKI, DANIELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.1228.** **Nonpriority creditor's name and mailing address**

WIGGINS, CHAD WAYNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.1229.** **Nonpriority creditor's name and mailing address**

WILEY, KRISTY RENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.1230.** **Nonpriority creditor's name and mailing address**

WILKEN, SHARRON LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.1231.**  **Nonpriority creditor's name and mailing address**

WILKEN, SHARRON LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1232.**  **Nonpriority creditor's name and mailing address**

WILKERSON, SHERRI
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1233.**  **Nonpriority creditor's name and mailing address**

WILKES, ROBERT BRADLEY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

**3.1234.** **Nonpriority creditor's name and mailing address**

WILKINSON, DIANE NICOLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1235.** **Nonpriority creditor's name and mailing address**

WILKS, SEAN STEVEN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1236.** **Nonpriority creditor's name and mailing address**

WILLERT, SARAH CAROL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                   Case number *(if known)* **17-12225**

3.1237.    **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WILLIAMS, BRIANA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

3.1238.    **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WILLIAMS, BRITTANY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

3.1239.    **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WILLIAMS, ESTHER DELORES
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

**3.1240.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WILLIAMS, KAREEM
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1241.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WILLIAMS, KAREEM WALTON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1242.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WILLIAMS, KEVIN CURTIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

**3.1243.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WILLIAMS, MAALIK AKIL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1244.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WILLIAMS, SHANNON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1245.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WILLIAMS., JOHN'NEISKA LA'PEACE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.1246.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

WILLIG, JR., ROBERT L.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1247.** **Nonpriority creditor's name and mailing address**

WILLIG, JR., ROBERT LEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1248.** **Nonpriority creditor's name and mailing address**

WILSON, AMBER RENEE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                                   Case number *(if known)* **17-12225**

---

**3.1249.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WILSON, HANNAH CAROL
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1250.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WILSON, MATTHEW DAMON
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1251.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WILSON, RYAN TRAVIS
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC PARENT LLC**                                                Case number *(if known)* **17-12225**

---

**3.1252.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WINDLE, KELSEY ANN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1253.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WING, TAYLOR JANELLE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1254.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WOLFE, JENNIFER
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **MAC PARENT LLC**                                                                 Case number *(if known)* **17-12225**

3.1255. **Nonpriority creditor's name and mailing address**

WOLLMANN, JUSTIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1256. **Nonpriority creditor's name and mailing address**

WOOD, JORDAN D.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1257. **Nonpriority creditor's name and mailing address**

WOOD, JORDAN DAVID
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.1258.**    **Nonpriority creditor's name and mailing address**

WOODS, GLENN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.1259.**    **Nonpriority creditor's name and mailing address**

WOODS, KELSEY JEAN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.1260.**    **Nonpriority creditor's name and mailing address**

WOODS, SHANEENA DENISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

---

**3.1261.**   **Nonpriority creditor's name and mailing address**

WOODWARD, SAMANTHA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1262.**   **Nonpriority creditor's name and mailing address**

WOOLF, JUSTIN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1263.**   **Nonpriority creditor's name and mailing address**

WOORMAN, MATTHEW PHILLIP
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

---

3.1264.  **Nonpriority creditor's name and mailing address**

WORMSLEY, JASMINE S.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1265.  **Nonpriority creditor's name and mailing address**

WRIGHT, DIANA M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1266.  **Nonpriority creditor's name and mailing address**

WRIGHT, EMILEIGH ANNE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                    Case number *(if known)* **17-12225**

---

**3.1267.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WRIGHT, STEPHANIE M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1268.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WURSTHORNE, CHADWICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1269.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

YANG, HEE SEUNG
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

**3.1270.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

YATES, SHAILA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1271.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

YOUNG, CARLY MARIE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1272.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

YOUNG, ELIZABETH DIANE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

**3.1273.**   **Nonpriority creditor's name and mailing address**

YOUNG, JESSICA LYNN
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.1274.**   **Nonpriority creditor's name and mailing address**

YOUNG, RICKY E.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.1275.**   **Nonpriority creditor's name and mailing address**

YOUNG, SABRINA
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **MAC PARENT LLC**                                                      Case number *(if known)* **17-12225**

**3.1276.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

YOUNG, SCOTT M.
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1277.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

YUKICH, MICHAEL GEORGE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1278.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

YUKICH, MICHAEL GEORGE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **MAC PARENT LLC**                                     Case number *(if known)* **17-12225**

---

**3.1279.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ZAHN, NORINE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1280.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ZALEWSKI, JOSEPH PATRICK
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1281.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ZAUZIG, ASHLEY TAYLOR
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **MAC PARENT LLC**                                                     Case number *(if known)* **17-12225**

---

**3.1282.**    **Nonpriority creditor's name and mailing address**

ZAY, JUSTIN SCOTT
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1283.**    **Nonpriority creditor's name and mailing address**

ZAZA, ANTHONY
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1284.**    **Nonpriority creditor's name and mailing address**

ZIOBROWSKI, MARISA DENISE
J. NELSON THOMAS THOMAS & SOLOMON LLP
693 EAST AVENUE
ROCHESTER NY 14607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

CIVIL ACTION NO. 6:15-CV-06742
PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **MAC PARENT LLC**                                                  Case number *(if known)* **17-12225**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| BGHIGH, HANAE | Part 2 line 3.107 | _____ |
| CALABRESE, ADAM<br>C/O THOMAS & SULLIVAN LLP<br>J NELSON THOMAS MICHAEL JLINGLE J COOK | Part 2 line 3.182 | _____ |
| COOK, JARED K.<br>J. NELSON THOMAS, MICHAEL J.LINGLE<br>C/O THOMAS & SULLIVAN LLP<br>693 EAST AVENUE<br>ROCHESTER NY 14607 | Part 2 line 3.373 | _____ |
| DOLAN-FOX, DEBORAH | Part 2 line 3.339 | _____ |
| EKRYSS, JHARED<br>1 CLINTWOOD DR APT D<br>ROCHESTER NY 14620 | Part 2 line 3.373 | _____ |
| EVANS, DARELL | Part 2 line 3.373 | _____ |
| HAPPEL, MARANDA<br>C/O THOMAS & SULLIVAN LLP<br>J NELSON THOMAS MICHAEL JLINGLE J COOK | Part 2 line 3.373 | _____ |
| HOYLES, LATOYA | Part 2 line 3.560 | _____ |
| IGNITE RESTAURANT GROUP<br>10555 RICHMOND AVE #100<br>HOUSTON TX 77042 | Part 2 line 3.373 | _____ |
| IGNITE RESTAURANT GROUP<br>10555 RICHMOND AVE<br>#100<br>HOUSTON TX 77042 | Part 2 line 3.1217 | _____ |
| JUERGEN, CONNIE | Part 2 line 3.606 | _____ |
| LUKE, GEORGIA | Part 2 line 3.719 | _____ |
| MACKEY , THOMAS<br>43 LORING RD.<br>WINTHROP MA 02152 | Part 2 line 3.727 | _____ |
| MURPHY, AMANDA<br>C/O THOMAS & SULLIVAN LLP<br>J NELSON THOMAS MICHAEL J LINGLE J COOK | Part 2 line 3.841 | _____ |
| PLANCICH, AIDA | Part 2 line 3.925 | _____ |

Debtor  **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

REDROCK PARTNERS LLC                 Part 2 line 3.1217                    _____
8620 RAINTREE
SCOTTSDALE AZ 85260

RIESEN, DEAN                         Part 2 line 3.373                     _____

SEIGAL, STEPHAN                      Part 2 line 3.373                     _____

WESTBROOK, TONI                      Part 2 line 3.1217                    _____

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  |  | Total of claim amounts |
|---|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. |  | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. | + | UNDETERMINED |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. |  | UNDETERMINED |

**Fill in this information to identify the case:**

**Debtor name:** MAC PARENT LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 17-12225

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|

| 2.1. | **Title of contract** | SERVICE AGREEMENT | 8 X 8<br>MARY ELLEN GERDEK<br>2125 O'NEL DRIVE<br>SAN JOSE CA 95131 |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | 6/30/2018 | |
| | **List the contract number of any government contract** | _____ | |

| 2.2. | **Title of contract** | HEALTH & BENEFITS CONSULTING/BROKERAGE ENGAGEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYEE BENEFIT PROVIDER | AON<br>COURTNEY S HUTCHISON<br>SVP AND LOCAL PRACTICE LEADER<br>1900 16TH ST<br>STE 1000<br>DENVER CO 80202 |
| | **Nature of debtor's interest** | EMPLOYER | |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.3. | **Title of contract** | WINERY SUPPLY AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | BANFI SOCIETA VILLADCO<br>C/O VILLADO, INC.<br>1111 CEDAR SWAMP RD<br>OLD BROOKVILLE NY 11545 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | 10/1/2016 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **MAC PARENT LLC**                                                        Case number *(if known)* **17-12225**

| | | | |
|---|---|---|---|
| 2.4. | **Title of contract** | BEVERAGE MARKETING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MARKETING AGREEMENT | |
| | **Nature of debtor's interest** | _____ | COCA-COLA |
| | | | THE COCA-COLA COMPANY |
| | **State the term remaining** | 12/31/2022 | CURTIS MARSHALL DIRECTOR OF CREDIT & A/R |
| | **List the contract number of any government contract** | _____ | 1150 SANCTUARY PARKWAY ALPHARETTA GA 30009 |

| | | | |
|---|---|---|---|
| 2.5. | **Title of contract** | SERVICES AND SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COZZINI BROS |
| | | | COZZINI BROS INC (SUPPLY) |
| | **State the term remaining** | 5/26/2018 | EDWARD FINNEGAN CEO |
| | | | 350 HOWARD AVE |
| | **List the contract number of any government contract** | _____ | DES PLAINES IL 60018 |

| | | | |
|---|---|---|---|
| 2.6. | **Title of contract** | ADMINISTRATIONS TOOL SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DISCOVERLINK |
| | | | 27W250 SAINT CHARLES RD |
| | **State the term remaining** | _____ | STE 1 WEST |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60185 |

| | | | |
|---|---|---|---|
| 2.7. | **Title of contract** | FOUNTAIN SUPPORT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DR PEPPER |
| | | | DR PEPPER/SEVEN UP, INC. |
| | **State the term remaining** | 12/31/2016 | GENERAL COUNSEL |
| | | | 5301 LEGACY DRIVE |
| | **List the contract number of any government contract** | _____ | PLANO TX 75024 |

| | | | |
|---|---|---|---|
| 2.8. | **Title of contract** | AMENDED SELLER'S FOUNTAIN AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DR PEPPER AMENDMENT |
| | | | DR PEPPER/SEVEN UP, INC. |
| | **State the term remaining** | 12/31/2016 | GENERAL COUNSEL |
| | | | 5301 LEGACY DRIVE |
| | **List the contract number of any government contract** | _____ | PLANO TX 75024 |

Debtor    **MAC PARENT LLC**                                          Case number *(if known)* **17-12225**

| | | | |
|---|---|---|---|
| 2.9. | **Title of contract** | PRODUCT AND SERVICES SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ECOLAB |
| | **State the term remaining** | 6/1/2020 | GENERAL COUNSEL |
| | | | ECOLAB CENTER |
| | **List the contract number of any government contract** | | 370 NORTH WABASHA |
| | | | ST PAUL MN 55102 |

| | | | |
|---|---|---|---|
| 2.10. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INSURANCE - EXCESS FLOOD | |
| | **Nature of debtor's interest** | INSURED | EVANSTON INSURANCE COMPANY |
| | **State the term remaining** | | 10 PARKWAY NORTH |
| | | | DEERFIELD IL 60015 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.11. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INSURANCE - D&O, FIDUCIARY, EMPLOYMENT PRACTICES, CRIME & OTHER INDEMNITY | |
| | **Nature of debtor's interest** | INSURED | FEDERAL INSURANCE COMPANY |
| | **State the term remaining** | | CAPITAL CENTER |
| | | | 251 NORTH ILLINOIS, SUITE 1100 |
| | **List the contract number of any government contract** | | INDIANAPOLIS IN 46204-1927 |

| | | | |
|---|---|---|---|
| 2.12. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INSURANCE - EXCESS LIABILTIY | |
| | **Nature of debtor's interest** | INSURED | FIREMAN'S FUND |
| | **State the term remaining** | | NATIONAL SURETY CORP 07 |
| | | | CHICAGO IL 60603 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.13. | **Title of contract** | ENTERPRISE CONTRACT RENEWAL & PROMOTIONS MANAGER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FISHBOWL, INC. |
| | **State the term remaining** | 7/15/2018 | 44 CANAL CENTER PLAZA |
| | | | STE 500 |
| | **List the contract number of any government contract** | | ALEXANDRIA VA 22314 |

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

| 2.14. | **Title of contract** | LETTER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | _____ | GBT |
| | **State the term remaining** | _____ | LORI SMITH<br>200 VESEY STREET |
| | **List the contract number of any government contract** | _____ | NEW YORK NY 10285 |

| 2.15. | **Title of contract** | LETTER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | _____ | GBT ADDENDUM |
| | **State the term remaining** | _____ | LORI SMITH<br>200 VESEY STREET |
| | **List the contract number of any government contract** | _____ | NEW YORK NY 10285 |

| 2.16. | **Title of contract** | AGREEMENT FOR PROPERTY TAX SERVICES- APPEALS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HARDING AND CARBONE, INC. |
| | **State the term remaining** | 1/1/2018 | ANTHONY P YOUNG<br>3903 BELLAIRE BLVD |
| | **List the contract number of any government contract** | _____ | HOUSTON TX 77025 |

| 2.17. | **Title of contract** | ENGAGEMENT LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HAYNES AND BOONE |
| | **State the term remaining** | _____ | ROBERT A. LAUER<br>1050 17TH STREET |
| | **List the contract number of any government contract** | _____ | STE 1800<br>DENVER CO 80265 |

| 2.18. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - FLOOD | |
| | **Nature of debtor's interest** | INSURED | IMPERIAL FIRE & CASUALTY |
| | **State the term remaining** | _____ | INSURANCE COMPANY<br>PO BOX 912063 |
| | **List the contract number of any government contract** | _____ | DENVER CO 80291-2063 |

Debtor    **MAC PARENT LLC**                                                          Case number *(if known)* **17-12225**

| 2.19. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - FLOOD | |
| | **Nature of debtor's interest** | INSURED | IMPERIAL FIRE & CASUALTY INSURANCE COMPANY |
| | **State the term remaining** | | PO BOX 912063 |
| | **List the contract number of any government contract** | | DENVER CO 80291-2063 |

| 2.20. | **Title of contract** | FIRST AMENDMENT TO OUTSOURCING SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INFOSYNC AMENDMENT |
| | **State the term remaining** | 12/31/2018 | 1938 N. WOODLAWN STE 1100 |
| | **List the contract number of any government contract** | | WICHITA KS 67208 |

| 2.21. | **Title of contract** | OUTSOURCING SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OUTSOURCING AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INFOSYNC SERVICES LLC |
| | **State the term remaining** | 5/2/2016 | 1938 N. WOODLAWN STE 1100 |
| | **List the contract number of any government contract** | | WICHITA KS 67208 |

| 2.22. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - FLOOD | |
| | **Nature of debtor's interest** | INSURED | INTEGON NATIONAL INSURANCE COMPANY |
| | **State the term remaining** | | PO BOX 912063 |
| | **List the contract number of any government contract** | | DENVER CO 80291-2063 |

| 2.23. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - UMBRELLA LIABILITY | |
| | **Nature of debtor's interest** | INSURED | LIBERTY INSURANCE COMPANY |
| | **State the term remaining** | | 175 BERKELEY ST |
| | **List the contract number of any government contract** | | BOSTON MA 02116 |

Debtor    **MAC PARENT LLC**

Case number *(if known)* **17-12225**

| 2.24. | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - INTERNATIONAL | |
| | **Nature of debtor's interest** | INSURED | LIBERTY INSURANCE COMPANY |
| | **State the term remaining** | _____ | 175 BERKELEY ST |
| | **List the contract number of any government contract** | _____ | BOSTON MA 02116 |

| 2.25. | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - PROPERTY | |
| | **Nature of debtor's interest** | INSURED | LIBERTY MUTUAL FIRE INSURANCE COMPANY |
| | **State the term remaining** | _____ | 175 BERKELEY ST |
| | **List the contract number of any government contract** | _____ | BOSTON MA 02116 |

| 2.26. | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - LIQUOR LIABILITY | |
| | **Nature of debtor's interest** | INSURED | LIBERTY MUTUAL FIRE INSURANCE COMPANY |
| | **State the term remaining** | _____ | 175 BERKELEY ST |
| | **List the contract number of any government contract** | _____ | BOSTON MA 02116 |

| 2.27. | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - GENERAL LIABILITY | |
| | **Nature of debtor's interest** | INSURED | LIBERTY MUTUAL FIRE INSURANCE COMPANY |
| | **State the term remaining** | _____ | 175 BERKELEY ST |
| | **List the contract number of any government contract** | _____ | BOSTON MA 02116 |

| 2.28. | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - AUTO LIABILITY | |
| | **Nature of debtor's interest** | INSURED | LIBERTY MUTUAL FIRE INSURANCE COMPANY |
| | **State the term remaining** | _____ | 175 BERKELEY ST |
| | **List the contract number of any government contract** | _____ | BOSTON MA 02116 |

Debtor  **MAC PARENT LLC**                                    Case number *(if known)* **17-12225**

| | | |
|---|---|---|
| 2.29. | **Title of contract** | FINANCIAL TERMS AND CONDITIONS |
| | **State what the contract or lease is for** | INSURANCE |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 4/18/2018 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LIBERTY MUTUAL INSURANCE
PO BOX 85307
SAN DIEGO CA 92186-5307

| | | |
|---|---|---|
| 2.30. | **Title of contract** | INSURANCE |
| | **State what the contract or lease is for** | INSURANCE - FOOD BORNE ILLNESS |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LLOYDS LONDON
5802 THUNDERBIRD
BLDG 10, SUITE 100
LAGO VISTA TX 78645

| | | |
|---|---|---|
| 2.31. | **Title of contract** | CUSTOMER AGREEMENT |
| | **State what the contract or lease is for** | CUSTOMER AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 5/14/2018 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LUCERNEX AMENDMENT 1
MICHAEL E. NUZUM
5601 DEMOCRACY DRIVE
STE 120
DALLAS TX 75024

| | | |
|---|---|---|
| 2.32. | **Title of contract** | CUSTOMER AGREEMENT |
| | **State what the contract or lease is for** | CUSTOMER AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 5/14/2018 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LUCERNEX TECHNOLOGIES, INC.
MICHAEL E. NUZUM
5601 DEMOCRACY DRIVE
STE 120
DALLAS TX 75024

| | | |
|---|---|---|
| 2.33. | **Title of contract** | SERVICES AGREEMENT |
| | **State what the contract or lease is for** | SERVICE AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 5/1/2018 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MONEY NETWORK FINANCIAL, LLC
5775 DTC BLVD
STE 100 NORTH
GREENWOOD VILLAGE CO 80111

Debtor    **MAC PARENT LLC**                                                              Case number *(if known)* **17-12225**

| 2.34. | **Title of contract** | ORDER FORM 108850 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NAVEX GLOBAL |
| | | | SHON C RAMEY |
| | **State the term remaining** | 11/16/2017 | GENERAL COUNSEL |
| | | | 5500 MEADOWS RD |
| | **List the contract number of any government contract** | | STE 500 |
| | | | LAKE OSWEGO OR 97035 |

| 2.35. | **Title of contract** | GENERAL INDEMNITY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INDEMNIFICATION AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NORTH AMERICAN SPECIALTY |
| | | | INSURANCE COMPANY |
| | **State the term remaining** | | 475 N MARTINGALE |
| | | | STE 850 |
| | **List the contract number of any government contract** | | SCHAUMBURG IL 60173 |

| 2.36. | **Title of contract** | ENGAGEMENT LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NORTON ROSE FULBRIGHT US LLP |
| | | | 98 SAN JACINTO BLVD |
| | **State the term remaining** | | STE 1100 |
| | | | AUSTIN TX 78701-4255 |
| | **List the contract number of any government contract** | | |

| 2.37. | **Title of contract** | FLAT FEE ARRANGEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FEE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | OGLETREE DEAKINS |
| | | | KAREN M. MORINELLI |
| | **State the term remaining** | 6/9/2017 | 100 NORTH TAMPA STREET |
| | | | STE 3600 |
| | **List the contract number of any government contract** | | TAMPA FL 33602 |

| 2.38. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | OPTIMUM CARD SOLUTIONS LLC |
| | | | 855 SOUTH FIENE DRIVE |
| | **State the term remaining** | 9/16/2017 | ADDISON IL 60101 |
| | **List the contract number of any government contract** | | |

Debtor  **MAC PARENT LLC**                                        Case number *(if known)* **17-12225**

| 2.39. | **Title of contract** | RMS SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RMS SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | REVENUE MANAGEMENT EXTENSION 1 777 SOUTH HARBOUR ISLAND BLVD STE 890 TAMPA FL 33602 |
| | **State the term remaining** | 4/1/2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.40. | **Title of contract** | OFFICE PRODUCTS PROGRAM AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLIER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAPLES CONTRACT JOHN GUERIN 500 STAPLES DRIVE FRAMINGHAM MA 01702 |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.41. | **Title of contract** | MASTER PURCHASING CONTRACT FOR PRODUCTS AND SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLIER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STAPLES CONTRACT & COMMERCIAL INC. JOHN GUERIN 500 STAPLES DRIVE FRAMINGHAM MA 01702 |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.42. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SUMMIT ENERGY SERVICES INC. 10350 ORMSBY PARK PLACE STE 400 LOUISVILLE KY 40223 |
| | **State the term remaining** | 6/1/2018 | |
| | **List the contract number of any government contract** | _____ | |

| 2.43. | **Title of contract** | SOFTWARE LICENSE AND SUPPORT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TAX COMPLIANCE SCOTT STRAUS CEO 10089 WILLOW CREEK RD STE 300 SAN DIEGO CA 92131 |
| | **State the term remaining** | 3/31/2018 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **MAC PARENT LLC**                                                    Case number *(if known)* **17-12225**

| | | | |
|---|---|---|---|
| 2.44. | **Title of contract** | SOFTWARE LICENSE AND SUPPORT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TAX COMPLIANCE ADDENDUM SCOTT STRAUS CEO 10089 WILLOW CREEK RD STE 300 SAN DIEGO CA 92131 |
| | **State the term remaining** | 3/31/2018 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.45. | **Title of contract** | SOFTWARE LICENSE AND SUPPORT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TAX COMPLIANCE ADDENDUM A-2 SCOTT STRAUS CEO 10089 WILLOW CREEK RD STE 300 SAN DIEGO CA 92131 |
| | **State the term remaining** | 3/31/2018 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.46. | **Title of contract** | BLACK BOX INTELLIGENCE MEMBERSHIP SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MEMBERSHIP SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TDN2K, LLC 17304 PRESTON RD STE 430 DALLAS TX 75252 |
| | **State the term remaining** | 5/1/2018 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.47. | **Title of contract** | SAAS MODEL AGREEMENT ADDENDUM 4 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | THE ULTIMATE SOFTWARE ADDENDUM 4 2000 ULTIMATE WAY WESTON FL 33326 |
| | **State the term remaining** | 12/31/2018 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.48. | **Title of contract** | ASSIGNMENT AND AMENDMENT OF AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | THE ULTIMATE SOFTWARE ASSIGNMENT 2000 ULTIMATE WAY WESTON FL 33326 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **MAC PARENT LLC**                                                                    Case number *(if known)* **17-12225**

| 2.49. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE - CYBER LIABILITY | |
| | **Nature of debtor's interest** | INSURED | XL CAITLIN |
| | **State the term remaining** | _____ | 190 S. LASALLE ST<br>39TH FL |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60603 |

**Fill in this information to identify the case:**

Debtor name: MAC PARENT LLC

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 17-12225

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1.    **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1.  BARBARA RIESEN | PO BOX 25040<br>SCOTTSDALE AZ 85255 | BANK OF COLORADO | ☑ D<br>☐ E/F<br>☐ G |
| 2.2.  DEAN A RIESEN | 1855 BLAKE ST<br>SUITE 200<br>DENVER CO 80202 | BANK OF COLORADO | ☑ D<br>☐ E/F<br>☐ G |
| 2.3.  MAC ACQUISITION IP LLC | 1855 BLAKE ST<br>STE 200<br>DENVER CO 80202 | BANK OF COLORADO | ☑ D<br>☐ E/F<br>☐ G |
| 2.4.  MAC ACQUISITION LLC | 1855 BLAKE ST<br>STE 200<br>DENVER CO 80202 | BANK OF COLORADO | ☑ D<br>☐ E/F<br>☐ G |
| 2.5.  MAC ACQUISITION LLC | 1855 BLAKE ST<br>STE 200<br>DENVER CO 80202 | RIESEN FUNDING LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6.  MAC ACQUISITION LLC | 1855 BLAKE ST<br>STE 200<br>DENVER CO 80202 | LIG ELECTRIC INC | ☑ D<br>☐ E/F<br>☐ G |

Debtor   **MAC PARENT LLC**                                      Case number *(if known)* **17-12225**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.7.   MAC ACQUISITION LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | HANAE BGHIGH | ☐ D  ☑ E/F  ☐ G |
| 2.8.   MAC ACQUISITION LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | JHARED EKRYSS | ☐ D  ☑ E/F  ☐ G |
| 2.9.   MAC ACQUISITION LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | TONI WESTBROOK | ☐ D  ☑ E/F  ☐ G |
| 2.10.  MAC ACQUISITION OF ANNE ARUNDEL COUNTY LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D  ☐ E/F  ☐ G |
| 2.11.  MAC ACQUISITION OF BALTIMORE COUNTY LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D  ☐ E/F  ☐ G |
| 2.12.  MAC ACQUISITION OF FREDERICK COUNTY LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D  ☐ E/F  ☐ G |
| 2.13.  MAC ACQUISITION OF KANSAS LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D  ☐ E/F  ☐ G |
| 2.14.  MAC ACQUISITION OF NEW JERSEY LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D  ☐ E/F  ☐ G |
| 2.15.  MAC HOLDING LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D  ☐ E/F  ☐ G |
| 2.16.  MAC HOLDING LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | RIESEN FUNDING LLC | ☑ D  ☐ E/F  ☐ G |
| 2.17.  MACARONI GRILL SERVICES LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D  ☐ E/F  ☐ G |

Debtor    **MAC PARENT LLC**                                                                   Case number *(if known)* **17-12225**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.18.  MONFORT FAMILY LIMITED PARTNERSHIP I | COORS FIELD 2001 BLAKE ST DENVER CO 80202 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |
| 2.19.  REDROCK PARTNERS, LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |
| 2.20.  RICHARD MONFORT | COORS FIELD 2001 BLAKE ST DENVER CO 80202 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |
| 2.21.  RIESEN & COMPANY LLC | PO BOX 25040 SCOTTSDALE AZ 85255 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |
| 2.22.  RIESEN FUNDING LLC | PO BOX 25040 SCOTTSDALE AZ 85255 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |
| 2.23.  RMG DEVELOPMENT, LLC | 1855 BLAKE ST STE 200 DENVER CO 80202 | BANK OF COLORADO | ☑ D ☐ E/F ☐ G |

Official Form 206H                                   **Schedule H: Codebtors**                                   Page 3 of 3

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** MAC PARENT LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 17-12225 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/17/2017          ✗  /s/ Nishant Machado
          MM/DD/YYYY             Signature of individual signing on behalf of debtor

                                           Nishant Machado
                                           Printed name

                                           President, CEO and Chief Restructuring Officer
                                           Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAC ACQUISITION LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12224 (MFW)<br><br>(Jointly Administered) |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Mac Acquisition LLC, Mac Parent LLC, Mac Holding LLC, Mac Acquisition of New Jersey LLC, Mac Acquisition of Kansas LLC, Mac Acquisition of Anne Arundel County LLC, Mac Acquisition of Frederick County LLC, Mac Acquisition of Baltimore County LLC, and Macaroni Grill Services LLC (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publically filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Mac Acquisition LLC (6362); Mac Parent LLC (6715); Mac Holding LLC (6682); Mac Acquisition of New Jersey LLC (1121); Mac Acquisition of Kansas LLC (3910); Mac Acquisition of Anne Arundel County LLC (6571); Mac Acquisition of Frederick County LLC (6881); Mac Acquisition of Baltimore County LLC (6865); and Macaroni Grill Services LLC (5963). The headquarters for the above-captioned Debtors is located at 1855 Blake St., Ste. 200, Denver, CO 80202.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-

2

bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**. On October 18, 2017 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On October 19, 2017, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 39].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on September 25, 2017, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on October 17, 2017.**

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets as of the Petition Date. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the period ended August 31, 2017, as set forth in the Debtors' books and records. Additionally, because the book values of certain assets, such as patents, trademarks, and copyrights, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated (including as "disputed," "contingent," "unliquidated," and "subject to set-off"), or omitted certain items or designations due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Real Property and Personal Property–Leased**.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors.  The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements.  The Debtors have included on Schedule D (secured debt) lease obligations to the extent the lessor filed a UCC-1.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6. **Excluded Assets and Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains.  In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding prepetition Claims on a post-petition basis.  However, prepetition liabilities related to ordinary course wages and compensation and certain trade claim may have been excluded from the Schedules to the extent their Claims have been paid post-petition.

7. **Insiders**.   Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following:  (a) directors and limited liability company managers; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors).  Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Intellectual Property Rights**.  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

4

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor or a non-Debtor, or *vice versa*. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

10. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

11. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a.    Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

      c.      <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

12. **Estimates and Assumptions**.  Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual amounts could differ from those estimates, perhaps materially.

13. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

14. **Intercompany.**  The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

15. **Setoffs**.  The Debtors incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets in the ordinary course of business are not independently accounted for, and as such, may be excluded from the Debtors' Schedules and Statements.

16. **Global Notes Control**.  If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

<u>**Specific Disclosures with Respect to the Debtors' Schedules**</u>

**Schedule A/B**.  Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B.  Leases and contracts are listed on Schedule G.

      **Schedule A/B 2**.  Petty cash represents cash on hand at restaurant locations including "register" cash.

      **Schedule A/B 3**.  Cash values held in financial accounts are listed on Schedule A/B 3 as of the open of business on October 18, 2017.  Details with respect to the Debtors' cash management system and bank accounts are provided in the Debtors' cash management motion filed on the Petition Date.  *See* [Docket No. 12].

      **Schedule A/B 11**.  Accounts receivable do not include intercompany receivables, which are listed on Schedule AB 77.

6

**Schedules A/B 15**.  Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Schedule A/B 55**.  The Debtors do not own any real property.  The Debtors have listed their real property leases in Schedule A/B 55. The Debtors' leasehold interests/improvements appear on Schedule A/B 55.

**Schedule A/B 74 & 75**.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or potential warranty Claims against their suppliers.  Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant.  Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule AB 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D**.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included.  All Claims listed on Schedule D, however, were incurred before the Petition Date.

Reference to the applicable loan agreements and related documents or other instrument creating the purported lien is necessary for a complete description of the collateral and the nature, extent, and priority of liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or statutory lien rights.

**Schedule E/F part 2**.  The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2.  Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as

"undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E//F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding admission or representation of the any Debtor's liability with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statement 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2. Finally, where litigation has been threatened or commenced against more than one Debtor, the Debtors may have scheduled those creditors under Mac Acquisition LLC, which is the primary operating company among the Debtors.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected, except where a judgment has been rendered.

**Schedule G**. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease was in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. Multiple listings may not reflect distinct contracts between the applicable Debtor and such supplier or provider but, instead, a series of documents comprising a single contract. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or terminated prior to the Petition Date. The Debtors reserve their rights to argue that any of the contracts, agreements, and leases listed on Schedule G expired or terminated prior to the Petition Date. Additionally, some of the contracts, agreements, and leases listed on Schedule G may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory

contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. Any listing of a Debtor on Schedule H is subject to the characterization of the underlying obligations made by such Debtor on its owns Schedules. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims may not have been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 for Mac Acquisition LLC includes any disbursement or other transfer made by or on behalf of all the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement 4), made as part of regular and ordinary course payroll disbursements, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**. With respect to individuals, the amounts listed reflect the universe of payments and transfers made specifically to or for the benefit of such individuals, including their regular compensation, as well as any bonuses, expense reimbursements, severance payments and/or relocation reimbursement. However, amounts paid on behalf of such employees for generally applicable employee benefit programs has not been included.

The Debtors have included a single entry for all amounts made over the twelve months preceding the Petition Date for each insider.

**Statement 5**.  Statement 5 excludes goods returned in the ordinary course of business.  The restaurant furniture, fixtures and equipment reported in Statement 5 is all property in closed locations that the landlord obtained possession of in connection with the store closure.  The value is unknown.

**Statement 7**.  Information provided in Statement 7 may not include every administrative agency proceeding open or closed during the relevant time period, as certain agency proceedings are quickly dismissed or settled for a nominal sum.  Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.  The losses listed on Statement 10 are based on the estimated amounts currently owed and are not intended to be an admission of the amounts owed.  Further, Mac Parent LLC is the "named insured" under substantially all of the Debtors' insurance policies.  Accordingly, losses that are covered by insurance are listed under Mac Parent LLC even though they may relate to assets owned by (and income recognized by) other Debtors, primarily Mac Acquisition LLC, the primary asset-owning Debtor.

**Statement 11**.  Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11.  However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services and may include services rendered to other parties.

**Statement 26d.**  The Debtors have provided financial statements in the ordinary course of their businesses to various financial institutions, creditors, landlords, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.