## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAC ACQUISITION LLC, *et al.*,[1]<br><br>　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 17-12224 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: May 1, 2018 at 10:30 a.m. (ET)<br>Obj. Deadline: April 23, 2018 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

TO:　(I) THE U.S. TRUSTEE; (II) COUNSEL FOR RAVEN CAPITAL MANAGEMENT LLC; (III) COUNSEL FOR BANK OF COLORADO; (IV) COUNSEL FOR RIESEN FUNDING LLC; (V) COUNSEL TO THE COMMITTEE; AND (VI) ALL PARTIES WHO HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO LOCAL RULE 2002-1.

**PLEASE TAKE NOTICE** that, on April 9, 2018, the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") filed the attached *Reorganized Debtors' Motion for Entry of Final Decree Closing Certain Cases and Amending Caption of the Remaining Cases* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses (each, a "Response") to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **April 23, 2018 at 4:00 p.m. (ET)**.  At the same time, you must serve a copy of your Response upon the undersigned counsel to the Reorganized Debtors.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **MAY 1, 2018 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT**

---

[1] The Reorganized Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Mac Acquisition LLC (6362); Mac Parent LLC (6715); Mac Holding LLC (6682); Mac Acquisition of New Jersey LLC (1121); Mac Acquisition of Kansas LLC (3910); Mac Acquisition of Anne Arundel County LLC (6571); Mac Acquisition of Frederick County LLC (6881); Mac Acquisition of Baltimore County LLC (6865); and Macaroni Grill Services LLC (5963). The headquarters for the above-captioned Reorganized Debtors is located at 1855 Blake St., Ste. 200, Denver, CO 80202.

**THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: April 9, 2018<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Elizabeth S. Justison*<br>Michael R. Nestor (No. 3526)<br>Edmon L. Morton (No. 3856)<br>Ryan M. Bartley (No. 4985)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>         emorton@ycst.com<br>         rbartley@ycst.com<br>         ejustison@ycst.com<br><br>-and-<br><br>Jeffrey C. Krause (CA No. 94053)<br>Michael S. Neumeister (CA No. 274220)<br>Emily B. Speak (CA No. 294852)<br>Brittany N. Schmeltz (CA No. 313552)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>Email: jkrause@gibsondunn.com<br>         mneumeister@gibsondunn.com<br>         espeak@gibsondunn.com<br>         bschmeltz@gibsondunn.com<br><br>*Counsel to the Reorganized Debtors* |