# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MAC ACQUISITION LLC, <br><br>       Reorganized Debtor. | Chapter 11 <br><br> Case No. 17-12224 (MFW) |
| In re: <br><br> MAC PARENT LLC, <br><br>       Reorganized Debtor. | Chapter 11 <br><br> Case No. 17-12225 (MFW) |
| In re: <br><br> MAC HOLDING LLC, <br><br>       Reorganized Debtor. | Chapter 11 <br><br> Case No. 17-12226 (MFW) |
| In re: <br><br> MAC ACQUISITION OF NEW JERSEY LLC, <br><br>       Reorganized Debtor. | Chapter 11 <br><br> Case No. 17-12228 (MFW) |
| In re: <br><br> MAC ACQUISITION OF KANSAS LLC, <br><br>       Reorganized Debtor. | Chapter 11 <br><br> Case No. 17-12229 (MFW) |
| In re: <br><br> MAC ACQUISITION OF ANNE ARUNDEL COUNTY LLC, <br><br>       Reorganized Debtor. | Chapter 11 <br><br> Case No. 17-12230 (MFW) |

01:23043449.3

| | |
|---|---|
| In re:<br><br>MAC ACQUISITION OF FREDERICK COUNTY LLC,<br><br>                Reorganized Debtor. | Chapter 11<br><br>Case No. 17-12231 (MFW) |
| In re:<br><br>MAC ACQUISITION OF BALTIMORE COUNTY LLC,<br><br>                Reorganized Debtor. | Chapter 11<br><br>Case No. 17-12232 (MFW) |
| In re:<br><br>MACARONI GRILL SERVICES LLC,<br><br>                Reorganized Debtor. | Chapter 11<br><br>Case No. 17-12233 (MFW)<br><br>**Ref. Docket No. 590** |

**FINAL DECREE CLOSING CERTAIN CASES AND**
**AMENDING CAPTION OF THE REMAINING CASES**

Upon consideration of the *Reorganized Debtors' Motion for Entry of Final Decree Closing Certain Cases and Amending Caption of the Remaining Cases* (the "Motion")[1] of the Reorganized Debtors in the above-captioned chapter 11 cases for entry of a final decree and order (this "Final Decree"), pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (a) closing the chapter 11 cases of the Reorganized Debtors (collectively, the "Closing Cases") other than the case of Mac Holding LLC (Case No. 17-12226) (the "Remaining Case"), (b) providing that, subsequent to the entry of this Final Decree, any pending or future matters regarding the Closing Cases shall be addressed in the Remaining Case, (c) waiving certain post-confirmation reporting requirements, and

---

[1]     Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion, unless the context indicates otherwise.

(d) amending the caption of the Remaining Case; and this Court having reviewed the Motion; and this Court finding good and sufficient cause for granting the relief as provided herein; and after proper notice and opportunity to respond to the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. The following cases of the Reorganized Debtors are hereby CLOSED pursuant to section 350(a) of the Bankruptcy Code, effective as of the date of the entry of this Final Decree:

| Name of Debtor | Case Number |
|---|---|
| Mac Acquisition LLC | Case No. 17-12224 (MFW) |
| Mac Parent LLC | Case No. 17-12225 (MFW) |
| Mac Acquisition of New Jersey LLC | Case No. 17-12228 (MFW) |
| Mac Acquisition of Kansas LLC | Case No. 17-12229 (MFW) |
| Mac Acquisition of Anne Arundel County LLC | Case No. 17-12230 (MFW) |
| Mac Acquisition of Frederick County LLC | Case No. 17-12231 (MFW) |
| Mac Acquisition of Baltimore County LLC | Case No. 17-12232 (MFW) |
| Macaroni Grill Services LLC | Case No. 17-12233 (MFW) |

3. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors or any other party in interest to seek to reopen any of the Reorganized Debtors' Closing Cases for cause pursuant to section 350(b) of the Bankruptcy Code.

4. The Closing Cases are hereby removed from the joint administration order [D.I. 39]. The Remaining Case (Case No. 17-12226) shall remain OPEN pending further order of the Court and shall be administered under the following amended caption:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAC HOLDING LLC,[1] | Case No. 17-12226 (MFW) |
| Reorganized Debtor. | |

---

[1] The Reorganized Debtor and the last four digits of its federal tax identification number are as follows: Mac Holding LLC (6682). The mailing address for the Reorganized Debtor is 1855 Blake St., Ste. 200, Denver, CO 80202. The chapter 11 cases of certain affiliates of the Reorganized Debtor have been closed. *See* D.I. [__].

5. The Reorganized Debtors shall complete any remaining quarterly reports with respect to the Closing Cases and pay all U.S. Trustee fees within thirty (30) days of the due date of such reports.

6. The Reorganized Debtors shall not be obligated to pay quarterly fees pursuant to 28 U.S.C. § 1930(a) with respect to the Closing Cases for any period after the date of the entry of this Order.

7. The final report for the Reorganized Debtors in the Closing Cases required under Local Rule 3022-1(c) shall be included as part of a consolidated final report for all the Reorganized Debtors and filed in connection with the closure of the Remaining Case.

8. The Clerk of the Court shall enter this Final Decree on the docket of the Closing Cases, and thereafter each such docket shall be marked as "Closed."

9. All motions, contested matters, and adversary proceedings that remain open as of the date hereof, or that are opened in the future, with respect to the Reorganized Debtors will be administered under the Remaining Case.

10. The Reorganized Debtors and Donlin, Recano & Company, Inc., the Debtors' claims and noticing agent, are authorized to take all actions that may be necessary to undertake the relief granted in this Final Decree.

11. This Court shall retain jurisdiction to hear and determine any matters or disputes related to the Closing Cases, including, without limitation, any matters or disputes relating to the effect of discharge and/or injunction provisions contained in the Plan and/or the Confirmation Order.

12. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, or 9014 of the Bankruptcy Rules or otherwise, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

01:23043449.3

**Dated: April 25th, 2018**
**Wilmington, Delaware**

5

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**